ACCEPTED
03-14-00518-CV
6061835
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 3:04:58 PM
JEFFREY D. KYLE
CLERK

**03-14-00518-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 3:04:58 PM
JEFFREY D. KYLE
Clerk

JAMES POE AND SENIOR RETIREMENT PLANNERS, LLC

APPELLANTS

v.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS
RECEIVER OF RETIREMENT VALUE, LLC                    APPELLEE

Appeal from 200th Judicial District Court of Travis County, Texas
(Hon. Gisela D. Triana, Presiding)

**APPELLEE'S BRIEF**

Respectfully submitted,

George, Brothers, Kincaid
& Horton, L.L.P

John W. Thomas
State Bar No. 19856425
114 W Seventh, Suite 1100
Austin, TX  78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

**ATTORNEYS FOR APPELLEE**

**APPELLEE REQUESTS ORAL ARGUMENT**

**TABLE OF CONTENTS**

**Page**

INDEX OF AUTHORITIES..............................................................................iii

STATEMENT REGARDING ORAL ARGUMENT.................................................. xi

STATEMENT OF FACTS................................................................................1

      RV Misrepresented the Potential Risks and Returns .......................... 3

      RV Misused Premium Reserves ............................................. 8

      RV's Model Would Not Work .................................................. 10

SUMMARY OF THE ARGUMENT........................................................... 11

ARGUMENT.............................................................................................12

      ISSUE 1:  SETTLEMENT CREDITS...........................................................12

            1.     Standard of Review………………………………………………12

            2.     Argument………………………………………………………….13

      ISSUE 2:  OBJECTIONS TO AFFIDAVITS…………………………………….. 22

            1.     Espinosa's July 29, 2011 Affidavit…………………………22

            2.     Espinosa's May 1, 2013 Affidavit………………………… 27

            3.     Burchett's May 1, 2013 Affidavit…………………………. 27

            4.     No Reversible Error …………………………………………..30

      ISSUE 3:  THERE WERE NO FACT ISSUES…………………………………. 31

1.      §24.005(a)(1)………………………………………………………31

2.      §24.005(a)(2)(A) & (B)…………………………………………42

3.      §24.006(a)……………………………………………….. 47

4.      The Receivers Standing …………………………………….55

PRAYER…………………………………………………………………61

CERTIFICATE OF COMPLIANCE………………………………………. 62

CERTIFICATE OF SERVICE…………………………………………………62

APPELLEE'S APPENDIX……………………………………………………63

# INDEX OF AUTHORITIES

Cases                                                                           Pages

*Akin, Gump, Strauss, Hauer and Feld, LLP v. E-Court, Inc.*,
    2003 WL 21025030 (Tex.App.—Austin 2003, no pet.) ......................15, 59

*Anderson v. Snider*,
    808 S.W.2d 54 (Tex. 1991)....................................................................30

*BAC Home Loans Servicing, LP v. Texas Realty Holdings, LLC*,
    2010 WL 3522981 (S.D. Tex. 2010).......................................................36

*Bowman v. El Paso CGP Co.*,
    431 S.W.3d 781 (Tex. App – Houston (14th Dist.) 2014,
    pet. denied) ........................................................................................51

*B.T. Healthcare, Inc. v. Honeycutt*
    196 S.W.3d 296 (Tex.App. – Amarillo 2006, no pet.) .............................20

*Burnett v. Chase Oil & Gas, Inc.*,
    700 S.W.2d 737 (Tex. App. 1985, no writ) ............................................38

*City of Harlingen v. Estate of Sharboneau*,
    48 S.W.3d 177 (Tex. 2001).....................................................................58

*Cobalt Multifamily Investors I, LLC v. Arden*,
    2012 WL 3838834 (S.D.N.Y. 2012), adopted,
    2012 WL 3835400 (S.D.N.Y. 2012) .................................................36, 41

*Cotton v. Republic Nat'l Bank of Dallas*,
    395 S.W.2d 930 (Tex.Civ.App. —Dallas 1965, writ ref'd n.r.e.) ..............59

*Cristus Helath v. Dorriety*,
    345 S.W.3d 104 (Tex.App. – Houston [14th Dist.] 2011, pet denied) .......15

*Crown Life Ins. Co. v. Casteel*,
    22 S.W.3d 378, 391 (Tex. 2000) .....................................................17, 20

*CTTI Priesmeyer, Inc. v. K&O Ltd. P'ship*,
    164 S.W.3d 675 (Tex. App.–Austin 2005, no pet.)..................................17

*Donell v. Kowell*,
    533 F.3d 762 (9th Cir. 2008) ...............................................................45

*Duran v. Henderson*,
    71 S.W.3d 833 (Tex. App.—Texarkana 2002, pet. denied) ......................39

*Engelkes v. Farmers Co-op. Co.*,
    194 F. Supp. 319 (N.D. Iowa 1961)........................................................53

*English Freight co. v. Knox*,
    180 S.W.2d 633 (Tex.Civ.App. – Austin 1944, writ ref'd w.o.m.).............59

*Farmers Bank of Clinton, Mo. v. Julian*,
    383 F.2d 314 (8th Cir. 1967), cert. denied, 389 U.S. 1021 (1967)............52

*Field v. AIM Management Group, Inc.*,
    845 S.W.2d 469, 472 (Tex. App.-Houston [14[th] Dist.] 1993, no pet.).......60

*Frees v. Baker*,
    81 Tex. 216, 16 S.W. 900, 901 (1891) ...................................................38

*Glenn H. McCarthy, Inc. v. Knox*,
    186 S.W.2d 832 (Tex. Civ. App. – Galveston 1945, writ ref'd) .................59

*Guardian Consumer Fin. Corp. V. Langdeau*,
    329 S.W.2d 926 (Tex.Civ.App.-Austin 1959, no wit).........................58, 59

*Gordon v. Dadante*,
    2010 WL 4137289 (N.D.Ohio 2010) .......................................................41

*Hays v. Adams*,
    512 F. Supp. 2d 1330 (N.D. Ga. 2007) ...................................................41

*In re Bayou Grp., LLC*,
   439 B.R. 284 (S.D.N.Y. 2010) .......................................................... 39, 50

*In re Bell & Beckwith*,
   64 B.R. 620 (Bankr. N.D. Ohio 1986) ..................................................... 34

*In re Brentwood Lexford Partners, LLC*,
   292 B.R. 255 (Bankr. N.D. Tex. 2003) ............................................... 51, 52

*In re Canyon Sys. Corp.*,
   343 B.R. 615 (Bankr. S.D. Ohio 2006) .................................................... 45

*In Re Cowin*,
   492 B.R. 858 (Bkrtcy. S.D. Tex. 2013) .................................................... 36

*In re Dillard Dept. Stores, Inc.*,
   181 S.W.3d 370 (Tex.App.-El Paso 2005, no pet.),
   citing, *DeWoody v. Rippley*, 951 S.W.2d 935 (Tex.App.-Fort Worth
   1997, writ dism'd by agr.) .................................................................. 60

*In re IFS Financial Corp.*,
   Bkrtcy.S.D.Tex.2009, 417 B.R. 419, subsequently affirmed
   669 F.3d 255 (Also mentions; In re IFS Financial Corp.,
   669 F.3d 255, 265 (5th Cir. 2012)) .................................................. 36, 41

*In re Imagine Fulfillment Servs., LLC*,
   2014 WL 3867531 (B.A.P. 9th Cir. Aug. 6, 2014) ..................................... 56

*In re Indep. Clearing House Co.*,
   77 B.R. 843 (D. Utah 1987) ................................................................ 37

*In re Merry-Go-Round Enterprises, Inc.*,
   229 B.R. 337 (Bankr. D. Md. 1999) ................................................. 51, 56

*In re Nat'l Consumer Mortgage, LLC*,
   2013 WL 164247 (D. Nev. Jan. 14, 2013) ............................................... 38

*In re ORBCOMM Global, L.P.*,
  2003 WL 21362192 (Bankr. D. Del. June 12, 2003) .................................56

*In re Pioneer Home Builders, Inc.*,
  147 B.R. 889 (Bankr. W.D. Tex. 1992) .....................................................52

*In re Princeton-New York Investors, Inc.*,
  255 B.R. 376 (Bkrtcy. D. N.J. 2000)..........................................................52

*In re Ramirez*,
  2011 WL 30973 (Bankr. S.D. Tex. Jan. 5, 2011) ......................................40

*In re Ramirez Rodriguez*,
  209 B.R. 424 (Bankr.S.D.Tex.1997) .........................................................47

*In re Rodriguez*,
  204 B.R. 510, 514 (Bankr. S.D. Tex. 1995), subsequently aff'd,
  95 F.3d 54 (5th Cir. 1996) .......................................................................27

*In re Trans Texas Gas Corp.*,
  597 F.3d 298 (5th Cir. 2010) ...................................................................46

*In re Trans World Airlines, Inc.*,
  134 F.3d 188, (3d Cir. 1998).....................................................................56

*Jackson Law Office, P.C. v. Chappell*,
  37 S.W.3d 15 (Tex.App.-Tyler 2000, pet. denied)...................................53

*Janvey v. Alguire*,
  846 F.Supp.2d 662 (N.D. Tex. 2011).................................................32, 41

*Janvey v. Alguire*,
  647 F.3d 585 (5th Cir. 2011) .............................................................34, 41

*Klein v. Patterson*,
  2013 WL 3776266 (D.Utah 2013).............................................................41

vii

*LJ Charter, LLC v. Air America Jet Charter, Inc.,*
   2009 WL 4794242 (Tex.App. – Houston [14th Dist.]
   2009 pet. denied) ........................................................................ 12, 17

*Matter of Lamar Haddox Contractor, Inc.,*
   40 F.3d 118 (5th Cir. 1994) ................................................................ 52

*Metal Bldg. Components, LP v. Raley,*
   2007 WL 74316 ................................................................................. 12

*Miller v. Argumaniz,*
   2015 WL 595468 (Tex.App. – El Paso 2015, mot. for
   Extension of time to file pet. granted) ............................................. 23

*MultiFamily Investors I, LLC v. Lisa Arden*,
   2010 WL 3791040 *3 (S.D.N.Y. 2010), *adopted,*
   2010 WL 3790915 (S.D.N.Y. Sept. 28, 2010) ..................................... 41

*Natural Gas Pipeline Co. of American v. Justiss*,
   397 S.W.3d 150 (Tex. 2012) .............................................................. 24

*Osbourne v. Jaugegi, Inc.,*
   252 S.W. 3d 70 (Tex.App.—Austin 2008, no pet.) .............................. 19

*Ramsey v. Spray*,
   2009 WL 5064539 (Tex.App. – Fort Worth 2009, pet. denied) .......... 12

*Reid Rd. Mun. Util. Dist. No. 2 v. Speedy Stop Food Stores, Ltd*.,
   337 S.W.3d 846, 852-53 (Tex. 2011) ............................................... 22

*Reservoir Sys., Inc. v. TGS-NOPEC Geophysical Co., L.P.*
   335 W.w.3d 297 (Tex.App. – Houston 14th Dist.]
   2010, pet. denied ............................................................................ 16

*Shaw v. Borchers*,
   46 S.W.2d 967 (Tex. Comm' App. 1932, judgm't adopted) ............... 59

*Scheck Investments, L.P. v. Kensington Management, Inc.*,
   2009 WL 1916501 (S.D.Fla. 2009) .......................................................42

*Scholes v. African enterprise, Inc.*,
   838 F.Supp. 349 (N.D. Ill. 1993) ..........................................................36

*S.E.C. v. Antar*,
   120 F. Supp. 2d 431, 443 (D.N.J. 2000) aff'd,
   44 F. App'x 548 (3d Cir. 2002)..............................................................40

*S.E.C. v. Cook*,
   2001 WL 256172 (N.D. Tex. 2001) .......................................................41

SEC v. Mutual Benefits Corp., 408 F.3d 737 (11th Cir. 2005)
      (Also mentions; Mutual Benefits, 408 F.3d at 738)

*SEC Trust of Austin v. Lipscomb County*,
   180 S.W.2d 151 (Tex. 1944)..................................................................59

*Sherrod v. City Nat. Bank of Wichita Falls*,
   294 S.W. 295, (Tex. Civ. App. – Amarillo 1927, writ ref'd)......................38

*Sierad v. Barnett*,
   164 S.W.3d 471 (Tex. App. 2005).........................................................22

*Texas Capital Sec., Inc. v. Sandefer*,
   108 S.W.3d 923, 926 (Tex. App.—Texarkana 2003, pet. denied) ............12

*Trans World Airlines, Inc., v. Travellers International AG (In re Trans
   World Airlines)*, 180 B.R. 389, 423–24 (Bankr.D.Del.1994)......................55

*Utts v. Short*,
    2004 WL 635342 (Tex. App. – Austin 2004, pet. denied) ........................12

*Walker v. Anderson*,
   232 S.W.3d 899 (Tex.App. – Dallas 2007, no pet.) .................................34

*Warfield v. Byron,*
    436 F.3d 551 (5th Cir. 2006) ........................................................................46

*Weslaco Federation of Teachers v. Texas Educ. Agency,*
    27 S.W.3d 258 (Tex. App.-Austin 2000, no pet.) ......................................60

*Whatley v. Lindeman, Inc.,*
    2005 WL 291469 (Tex. App. – San Antonio 2005, pet. denied) ..............13

*Wheeler v. American Nat. Bank of Beaumont,*
    162 Tex. 502 S.W.2d 918 (Tex. 1961).......................................................59

*Wuliger v. Mann,*
    2005 WL 1566751 (N.D.Ohio 2005) ........................................................42

## Statutes

Bankruptcy Code 11 U.S.C. § 101 ................................................... 40, 51, 55

Bankruptcy Code 11 U.S.C. § 548 ................................................... 34, 35, 46

Bankruptcy Code 11 U.S.C. § 550 ............................................................35

Tex. Bus. & Com. Code Ann. § 24.002 ...................................... 32, 38, 39, 40

Tex. Bus. & Comm. Code Ann. 24.003 ..................................... 51, 52, 55, 56

Tex. Bus. & Com. Code Ann. §§ 24.005 ...................31, 32, 34, 35, 42, 44, 45

Tex. Bus. & Comm. Code § 24.006 ............................................ 31, 47, 48, 53

Unif. Fraudulent Transfer ..................................................... 35, 40, 46, 47, 51

Unif. Fraudulent Transfer Act §2 cmt. 1 ..............................................46, 51

Unif. Fraudulent Transfer Act §3 cmt. 2 ........................................................

## STATEMENT OF ORAL ARGUMENT

Appellee requests oral argument pursuant to rule 39.1 of the rules of appellate procedure.  Appellee believes that this Court's decisional process will be significantly aided by oral argument so that the parties may address factual and legal questions the Court may have.

**STATEMENT OF FACTS**

This case arises from a massive $77 million securities fraud scam perpetrated by the owners of Retirement Value ("RV") and its outside sales agents, including James Poe, against 900 investors. The Receiver has only been able to recover a fraction of the damages caused by the scheme Poe participated in. Poe admits that RV was a scam, admits that he sold the scam to unwitting victims and admits he received $485,654.13 for doing so. Incredibly, he asserts he is entitled to keep his ill-gotten gains. This Court should affirm the trial court's judgment that he may not do so.

RV sold a security to the public based on the anticipated proceeds of life settlement transactions entered into by RV. The investment was structured as a loan to RV, whereby the investors provided funds in exchange for RV's promise to pay a fixed sum of money at a date in the future. (CR 399-401)[1]. RV would use investor funds to purchase life insurance policies on third parties, and pay the premiums. The amount that RV agreed to pay each investor was tied to the life expectancy of insureds under the life insurance policies. RV agreed to pay a

---

[1] Some of the citations are to evidence included in the State's motion for summary judgment against RV, which was incorporated by reference into the Receiver's motion for summary judgment which is the basis of this appeal. (2ndSuppCR 4).

return of 16.5% interest per year for the insured's calculated life expectancy. (CR 397-398). The date on which the insured under the policy died set the date when RV would be required to repay the loan with the interest. (CR 401).

RV did not sell any securities directly. Rather, it sold them through a network of agents called "Licensees." (2ndSuppCR 202, 207; 215-228; 229-230; 231-232). The Licensees received commissions of up to 18% on each sale they made. (2ndSuppCR 205-206, 212; 232). The Licensees played a vital role in the RV scheme, as they were the ones who convinced the victims to invest. Through the Licensees, RV raised more than $77 million from more than 900 investors. (2ndSuppCR 214). Appellant Senior Retirement Planners, LLC was a Licensee owned by Appellant James Poe (collectively "Poe"). Poe stipulated he received all of the $485,564.13 in commissions RV paid to Senior Retirement Planners, LLC. (CR 1966-67). Collectively, the Licensees received more than $12 million in commissions while the investor-victims didn't receive a single penny. (2ndSuppCR 235). This suit was originally brought by the Texas Attorney General on behalf of the Texas State Securities Board. The trial court granted the State's motion for partial summary judgment finding that RV had engaged in fraud or fraudulent

2

practices in the course of illegally selling unregistered securities and ordered RV to make restitution to the investors. (CR 611-612).

**RV Misrepresented the Potential Risks and Returns**

To induce the investors to purchase the RSLIP, RV touted the investment as safe and highly profitable promising to double the investors' money with "double-digit" returns. (CR 328; 539-563). It claimed it would reserve sufficient funds in separate escrow accounts for each policy to pay premiums for two years beyond the insured's life expectancy as calculated by a reputable and highly skilled medical underwriter, Midwest Medical Review ("Midwest"). (CR 477, 482; 461-462) RV assured investors that there was a 95% chance that the insured would die on or before the life expectancy date calculated by Midwest (2[nd]SuppCR 835; 5[th]SuppCR 488) and a less than 2% chance that the insured would live more than 12 months beyond the Midwest life expectancy. (CR 482; 2[nd]SuppCR 835). *See also,* (5[th]SuppCR 241-253; CR 549).[2]

---

[2] Receiver requested a supplement to the record for additional exhibits to the Sabban Affidavit which were inadvertently omitted by the clerk of the trial court that has not yet been filed. Those exhibits are Sabban Aff., Ex. B-14, Ex. 2; Ex. B-16, at TSSB 50025; Ex. B-16, at TSSB 050023.

The life expectancy calculation is the key variable in determining the success or failure of a life settlement investment. As the court in *SEC v. Mutual Benefits Corp.*, 408 F.3d 737 (11th Cir. 2005), explained:

> The purchaser of the viatical settlement realizes a profit if, when the insured dies, the policy benefits paid are greater than the purchase price, adjusted for time value. Thus, in purchasing a viatical settlement, it is of paramount importance that an accurate determination be made of the insured's expected date of death. If the insured lives longer than expected, the purchaser of the policy will realize a reduced return, or may lose money on the investment.

*Id.* at 738. As Dick Gray, the President and principal owner of RV acknowledged, the life expectancy calculation drives the price of the policy, the reserves needed to pay anticipated premiums and the desirability of the investment. (CR 576, 580-581, 582-584).

The investment was highly risky and far more likely to lose money than to make money for the investors. RV's representations as to the low risk of the investment due to the accuracy of Midwest were wholly false. A life expectancy is not the point in time in which an insured is expected to have died, as RV represented. Instead, it is the point at which 50% of the people who are statistically similar to the insured are expected to have died and 50% are expected to remain alive. (CR 403, 421-423). *See also*, (5[th]SuppCR 519-522). At life

4

expectancy (assuming it is calculated correctly), there is only a 50/50 chance that an insured will have died. *Id*. This is a far cry from the 95/5 chance claimed by RV.

In this manner, RV significantly overstated the likelihood that it would be able to repay the money it borrowed plus the promised return. The leadership of RV knew full well that RV was misrepresenting what Midwest's calculations meant. After all, they had the full Midwest report which directly disclosed that Midwest's calculations were a median and directly contradicted RV's statements about the calculations. (CR 421-422). RV intentionally hid this most critical part of the Midwest report when it was sent to investors. (5[th]SuppCR 233, 343-471, 524-527; CR 505, 362-364, 372-374, 377).

RV made these misrepresentations purposefully in order to make the investment saleable. RV's COO explained that RV could not attract investors if it had to disclose that there was only a 50/50 chance that the insured would die at the life expectancy. He wrote:

> Here's a mental picture.
>
> You're sitting at a kitchen and going over the presentation. You're [sic] prospect asks "do you have any statistics (a look back is fine) to support your LE projections?" "I sure do Mr. Prospect. Our look back confirms we're at 50/50. No better than a coin toss; is that OK?"

"Perfect!" says Mr. Prospect. "Write me up!" Needless to say you would politely be shown the door.

(CR 463). He later explained to Gray that disclosure that the life expectancy represented just a 50/50 chance of death would not "be[] a selling point, it would cause significant head wind." (5[th]SuppCR 473). RV was quite aware that investors would want to know that Midwest was providing only an estimate of the time needed to reach a 50/50 chance – a coin toss, in Collins' words – of the insured's mortality. (CR 367-368).

It gets worse. In the course of its investigation, the State obtained life expectancy calculations by 21st Services and AVS Underwriting, LLC, two well-established and reputable providers, on many of the persons insured under policies owned by RV. Comparison of their calculations to those by Midwest show that the life expectancies calculated by 21st and AVS, on the same individuals generated at or about the same time, were about 2½ times longer than the Midwest calculations used by RV. (CR 220-221). At the time that it was using Midwest, RV understood that Midwest's life expectancy calculations were roughly half as long as those by every other life expectancy provider. (CR 576-579). RV chose Midwest instead of the reputable providers precisely because its life

expectancies were half as long as industry standard in order to understate the required premium reserves. (CR 378-379; 210, 241). When asked why RV did not use a reputable provider than Midwest, Gray testified: "We could have, but it wouldn't have worked. … Because the longer the LE [life expectancy], the more you have to escrow premiums." (CR 576). See also, (5[th]SuppCR 480). Thus, the scheme was doomed to failure from the beginning. (2[nd]SuppCR 234-235).

Far from being reputable as RV claimed, Midwest was operated by a convicted felon who had falsely represented that he was a medical doctor and been indicted on 21 counts involving fraud and conspiracy. (5[th]SuppCR 127-179, 75-88). While RV was using Midwest, Midwest was facing accusations by the SEC in a lawsuit that it had participated in a different, "fraudulent scheme" involving life settlements by providing life expectancies that were "unreliable" and much too short thereby increasing the risk "policies may lapse from lack of funds to make premium payments." (5[th]SuppCR 75-88). RV knew of the SEC's accusations against Midwest and its owner's conviction. (5[th]SuppCR 491-511). It also knew that investors and Licensees who learned of these facts balked at continuing a relationship with RV. *Id*. *See also*, (5[th]SuppCR 504, 482, 512, 516; CR 368-369,

7

378-380, 606-607). Moreover, the Texas Department of Insurance had warned RV that continuing to sell investments based on life expectancy calculations issued by Midwest would be grounds for disciplinary action. (5[th]SuppCR 516).

**RV Misused Premium Reserves**

RV promised investors would be protected from any malfeasance of RV because their funds reserved for the premium payments would be held in separate escrow accounts for each policy and they would be made irrevocable co-beneficiaries of the policies. (CR 328, 477-479; 2[nd]SuppCR 454, 457). These alleged protections were crucial to RV's marketing of the RSLIP. (CR 594, 596).

These too were lies. There was no escrow – RV retained full control over the funds held by the alleged escrow agent which it used to funnel increasing amounts of money to James Settlement Services at the expense of funding the premium reserves. (CR 387-388, 489-497, 215-216; 5[th]SuppCR 525-527, 529-530). In addition, RV routinely used funds set aside for one policy to pay expenses related to other policies. (CR 216, 217-220, 316-321). As a result of this commingling, RV had underfunded the premium reserves by about $3 million. (CR 220, 323, 404, 532). Contrary to its promise, whenever RV needed money to pay

8

an expense related to a policy, it pulled funds from whatever account it could find them in regardless of their intended use.  (CR 313-314).  The Receiver has documented at least 84 instances where RV paid for a policy using funds reserved for other policies. (CR 216-217).  The commingling was so extensive, it was not possible to trace the investment by any particular investor to the purchase of any particular policy.  (2$^{nd}$SuppCR 63).  Dick Gray testified that commingling of this sort was a routine practice "from the very beginning."  (CR 598).  As Dick Gray noted, the problem simply got worse as RV continued to sell investments.  (CR 534).  None of the policies had sufficient premium reserves to pay premiums up to life expectancy, much less to the life expectancy plus 24 months RV had promised. (2$^{nd}$SuppCR 243)  In fact, most had less than half the required reserves to pay premiums to life expectancy. (2ndSuppCR 245).

RV was aware of the significance of its use of premium reserves to purchase policies and the corresponding failure to maintain proper reserves.  (5$^{th}$SuppCR 531).  *See also,* (5$^{th}$SuppCR 533).  In an effort to hide the shortfall, RV postponed the year-end audit it has promised investors.  (5$^{th}$SuppCR 533-535).

**RV's Model Would Not Work**

There were many other intentional misrepresentations made by Retirement Value. Poe himself devoted 32 pages in his response to the motion for summary judgment detailing 72 separate fraudulent misrepresentations RV made. (CR 1372-1404).

The combination of (1) ignoring the fact that the life expectancy was only the median (2) purposefully using unreliable life expectancies that were 2.5 times shorter than industry standard, and (3) the shortfall in the reserve accounts caused by RV's misuse of the funds, meant RV's premium reserves were woefully inadequate to hold the policies in force like RV had promised they would be. (2ndSuppCR 234). RV's model was insolvent from the beginning and, as structured, could not have reached solvency. (2ndSuppCR 234-235). The only way the Receiver could keep RV afloat was to disregard RV model of each policy standing on its own. Instead, he had to combine all the policies into a common fund whereby the proceeds received from policies that matured first could be used to pay premiums on the ones that had not matured. (2ndSuppCR 55-59). As Gray testified, "it wouldn't have worked" without Midwest. (CR 576). The Receiver determined RV's model had "zero chance of success." (2ndSuppCR 56).

## SUMMARY OF THE ARGUMENT

Those, such as Poe, who actively participate in fraudulent schemes are not entitled to retain their ill-gotten gains under a very long line of cases.

A receiver serves in a dual capacity, which enables the Receiver to bring suits both on behalf of the receivership entity (such as for breach of fiduciary duty) and on behalf of creditors (such as for fraudulent transfers). Poe is not entitled to a credit for the James settlement for three independently sufficient reasons: (1) there were separate damages for separate injuries caused to separate parties, (2) Poe was not found jointly and severally liable, and (3) the settlement agreement segregated the damages.

Poe's objections to the Espinosa and Burchett affidavits are without merit, as both were well-qualified to give the opinions they did and they properly relied on the valuation work Lewis & Ellis did on the policies. The affidavits are quite lengthy and spell out the basis for their opinions in great detail. Moreover, there is no reversible error as the portions of the affidavits and exhibits thereto Poe did not object to contain more than sufficient evidence to uphold the judgment.

11

The Receiver presented overwhelming evidence that the transfers to Poe were fraudulent as a matter of law under a long, long line of similar cases.  Those cases are not limited to Ponzi schemes.  Poe's arguments are just that.  He has no evidence, and his arguments are both factually and legally flawed.

**ARGUMENT**

**ISSUE 1:  SETTLEMENT CREDITS**

**1.  Standard of review.**

Poe incorrectly asserts the standard of review on this point is de novo.  (Br. p. 14.)  "We review the trial court's decision to apply a settlement credit for an abuse of discretion**.**  A trial court abuses its discretion when it acts without reference to guiding rules or principles."  *Metal Bldg. Components, LP v. Raley*, 2007 WL 74316, at *18 (Tex. App. – Austin 2007, no pet.) (citations omitted). *See also*, *Utts v. Short*, 2004 WL 635342, at *3 (Tex. App. – Austin 2004, pet. denied); *Texas Capital Sec., Inc. v. Sandefer*, 108 S.W.3d 923, 925 (Tex. App. – Texarkana 2003, pet. denied); *Ramsey v. Spray*, 2009 WL 5064539, at *2 (Tex. App. – Fort Worth 2009, pet. denied); *LJ Charter, LLC v. Air America Jet Charter, Inc.*, 2009 WL 4794242 *7 (Tex. App. – Houston [14th Dist.] 2009, pet. denied).  "[S]tated

12

another way, [the question is] whether its decision was arbitrary or unreasonable. Weighing the evidence with respect to the amount of the settlement credit involves the exercise of the trial court's discretion, and the trial court will not be held to have abused its discretion if some evidence reasonably supports its decision." *Whatley v. Lindeman, Inc.*, 2005 WL 291469, at *4 (Tex. App. – San Antonio 2005, pet. denied) (citations omitted).

## 2. Argument

The Receiver sought damages for two distinct injuries in this case. The first injury was caused by the fraudulent transfer of funds from RV to defendants as their individual "take" from the scheme. The Receiver identified precisely how much each individual took, and sued that individual for the return of that money. (CR 705-06). In Poe's case, that was $485,654.13. (CR 705). That was the amount of commissions he received for recruiting investor victims into the scheme. In James' case, it was the $19-20 million he overcharge RV for the policies by using the artificially short Midwest life expectancies. (CR 706-707). The claims the Receiver brought to recover for these injuries and the resulting damages were for violations of TUFTA separately against each individual defendant. (CR 705-08). The Receiver did not seek joint liability on these claims (the "separate

damages").[3] (CR 707-08). The Receiver identified the specific bag of money each defendant received, and only sought the return of the money from the defendant that received it. In Poe's case that was the return of his commission, and in James' case it was the return of the excess he charged RV for the policies over their true value. (CR 705-708). At no point did the Receiver seek to hold James jointly liable with Poe for his commissions, or Poe jointly liable with James for the overcharges. (CR 705-08).

The second injury was caused by RV being ordered to pay restitution to the victims of the RV scheme. (CR 691). The claims the Receiver brought to recover for this injury and the resulting damages were for aiding and abetting and conspiracy to breach fiduciary duties. (CR 691) The Receiver did seek joint liability on these claims (the "joint damages"). (CR 691).

The separate damages were distinct from the joint damages. They were to separate measures of damage designed to remedy two different and distinct injuries. Moreover, the injuries were to two separate parties. One injury involved

---

[3] Some of the Licensees set up companies that received the commission directly from RV, and then passed the money through to the individual. In Poe's case, he set up Senior Retirement Planners, LLC which passed all the commission onto him. (CR 1966-1967). In such instances, the Receiver sued both the company and individual, as both transferees are liable under TUFTA.

the breach the duty under TUFTA owed to creditors. The other injury involved the breach of fiduciary duty owed to RV. The separate damages relate to the former, and joint damages the later. The purpose of the separate damages was to compensate creditors for harm done to them, while the purpose of the joint damages was to compensate RV for harm done to it. The Receiver was acting in two separate capacities in bringing this suit. *See*, *Akin, Gump, Strauss, Hauer & Feld, L.L.P. v. E Court, Inc.*,2003 WL 21025030, at *5 (Tex. App.—Austin 2003, no pet.). In one capacity, he was bringing the TUFTA claims seeking separate damages for the benefit of creditors. In the other capacity, he as brining the fiduciary duty claims for the benefit of RV. There is no way that the separate damages under TUFTA and the joint damages for breach of fiduciary duty result from an indivisible injury. They represent compensation for injuries to two different parties arising from two distinct and separate duties. *See*, *Christus Health v. Dorriety*, 345 S.W.3d 104, 114 (Tex. App.—Houston [14th Dist.] 2011, pet. denied) (Rejecting application of one satisfaction rule and applying an abuse of discretion standard, the court held: "The one-satisfaction rule applies to prevent a plaintiff from obtaining more than one recovery for the same injury. The rule applies when multiple defendants commit the same act as well as when

defendants commit technically different acts that result in a single injury. This case, however, involves two meaningfully different injuries, and two separate and distinct victims of different acts of malpractice: (1) the injuries to Timothy during his birth, which caused a life-long mental handicap, and (2) the injuries to Melissa resulting from Christus's negligence, which caused her death. The 1984 settlement compensated Timothy for the things he can no longer do for himself; the 2009 judgment compensated Timothy for the things that Melissa can no longer do for him.") (citations omitted); *Reservoir Sys., Inc. v. TGS-NOPEC Geophysical Co., L.P.*, 335 S.W.3d 297, 309 (Tex. App.—Houston [14th Dist.] 2010, pet. denied) (Ruling one satisfaction rule was not violated: "Here, TGS's remedy for Reservoir's failure to repay the loan compensates TGS for its out-of-pocket loss for the loan. TGS's remedy for Sigmar's fraud compensates TGS for a portion of what it expected to receive based on Sigmar's representations regarding the Pemex project. Because TGS suffered separate and distinct injuries and damages from Sigmar's fraud and Reservoir's breach of contract, the trial court did not err in awarding judgment on both causes of action.")

"[T]he nonsettling defendant is entitled to offset any liability for joint and several damages by the amount of common damages paid by the settling

defendant, but not for any amount of separate or punitive damages paid by the settling defendant." *Crown Life Ins. Co. v. Casteel*, 22 S.W.3d 378, 391-92 (Tex. 2000). Thus, Poe is only entitled to a settlement credit on damages he and James are jointly liable for. "Under the one satisfaction rule, the nonsettling defendant may only claim a credit based on the damages for which all joint torfeasors are jointly liable." *Crown Life*, 22 S.W.3d at 391. "The supreme court's decision in *Crown Life* is controlling in this case and requires that settlement credits be applied only if the parties were jointly and severally liable for the damages." *CTTI Priesmeyer, Inc. v. K & O Ltd. P'ship*, 164 S.W.3d 675, 685 (Tex. App.-Austin 2005, no pet.).

In this instance, there was no joint liability. Courts look to the judgment entered against the non-settling defendant in determining if there is joint liability to apply a settlement credit to, not at the allegations that were made against the nonsettling defendant in the pleadings. *Crown Life*, 22 S.W.3d at 391. *See also*, *LJ Charter*, 2009 WL at *9 (Holding settlement credit should not be applied where the plaintiff lost on its claim against nonsettling defendant alleging joint liability with settling defendant when the court disregarded the verdict against the

17

nonsettling defendant on that claim). Poe acknowledges this when he says this issue was preserved for appeal when he asked the trial court to apply the settlement credits after Poe's liability had been adjudicated, as opposed to by the earlier motions he had filed. (Br. 19 & n. 8) His counsel argued the same thing at the hearing. (RR v2 14) The trial court ruled on summary judgment that Poe was not liable on the claim for joint damages. (CR 1974). Poe was only held liable for his separate damages under TUFTA. *Id.* Poe is not entitled to a settlement credit since he was not jointly liable with James for any damages.

Poe is improperly seeking a credit for a settlement of joint damages against his separate damages. RV was ordered to pay restitution to investors in the amount of $77.6 million. (CR 611-612). The judgment against Poe was for much less than that amount, thus he would not be entitled to a credit even if the damages assessed against him were for joint damages as he claims in his brief since there has not been one satisfaction on the joint damages. "The [one satisfaction] rule guards against a plaintiff receiving a windfall "by recovering an amount in court that covers the plaintiff's entire damages, but to which a settling defendant has already partially contributed. The plaintiff would otherwise be

recovering an amount greater than the trier of fact has determined would fully compensate for the injury." *Osborne v. Jaugegi, Inc.,* 252 S.W.3d 70, 75 (Tex. App. – Austin 2008, no pet.). There would be no windfall here. The Receiver would be only 1/8th satisfied.

For the reasons discussed above, the damages against Poe are separate. Poe is asking this court to apply a settlement credit from joint damages on which has been judicially determined not to be liable for to the separate damage claim against him, something that is clearly improper.

In addition to Poe, the Receiver obtained separate similar summary judgments on its TUFTA claims against all other licensees who had not settled with separate (not joint and several) damages awarded against each of them. The Receiver had also brought a TUFTA claim against James seeking $19-20 million in separate damages from him. The James settlement was credited against and extinguished that claim for separate damages against James. If Poe were to claim credit for it as well, then it would be double counted. If Poe could receive credit for it, then under the same logic the other licensees with judgments (none of which exceed the James settlement) against them could as well. That would

provide Poe a windfall, turn the one satisfaction rule on its head, and lead to an absurd result.

The result that is consistent with the one satisfaction rule gives credit for the James settlement on the joint damages and James' separate damages. That way the Receiver does not get a double recovery and Poe does not get a windfall and remains liable for his separate damages.

Moreover, the language of the settlement agreement precludes Poe from claiming a credit, even if there were joint damages, which there were not. "If the nonsettling party meets its burden [to show a settlement], the burden shifts to the plaintiff to tender a settlement agreement that allocates the settlement between (1) damages for which the settling and nonsettling defendant are jointly liable, and (2) damages for which only the settling party was liable." *Crown Life,* 22 S.W.3d at 392. No magic words are required in the settlement agreement to establish the Plaintiff's intent on the allocation.[4] *B.T. Healthcare, Inc. v. Honeycutt,* 196 S.W.3d 296, 298 (Tex. App. – Amarillo 2006, no pet.). The

---

[4] Poe acknowledges this in his brief when he states: "Nowhere within the James Settlement Agreement is there any language stating or ***implying*** that the James Defendants were paying only for damages for which they James Defendants were solely liable . . . ." (Br. at 18) (emphasis added)

language of the settlement agreement made it clear that it only related to the damage claims against James, and no other parties: "In return for the Monetary Consideration . . . Plaintiffs . . . release the James Parties and Beste[5] . . . . from any and all claims . . . damages . . . which Plaintiffs . . . have <u>against the James Parties and Beste</u> that were brought in Cause No. . . . . " (CR 2025) (emphasis added).[6] Moreover, the settlement contains the following specific language that further limits its scope to only those damage claims for which James was liable:

> Nothing in this release language nor any other provision of this Agreement is intended to release any claims Plaintiffs have against the Licensees, Wells Fargo or any other party to the Lawsuit. Those claims are expressly and specifically reserved. Except as expressly provided herein, there are no third party beneficiaries to this Agreement.

(CR 2027).

Poe suggests that the Receiver could have met his burden by stating in the settlement agreement that it only covered certain damages James was liable for. (Br. 20-21) Instead, the Receiver chose to accomplish the same result by making it crystal clear that nothing in the settlement agreement affected his claims

---

[5] For brevity, the James Parties and Beste have collectively been referred to as James in this brief.

[6] The emphasized language distinguishes this agreement from the on in *Honeycutt* where the scope of the settlement covered all claims in the suit, and was not limited to those against the settling Defendant.

21

against the nonsettling defendants.  Those are two different ways of saying the same thing.  Again, no magic words are required.

Point One should be overruled for three independently sufficient reasons: (1) there were separate damages for separate injuries caused to separate parties, (2) Poe was not found jointly and severally liable, and (3) the settlement agreement segregated the damages.

## ISSUE 2:  OBJECTIONS TO AFFIDAVITS

1.  Espinosa's July 29, 2011 Affidavit

Poe first attacks the affidavit on the grounds Espinosa was not competent to offer expert opinions on the value of RV's assets and liabilities.  Espinosa was competent to testify about those values since, as Receiver he owned the assets and liabilities. *Reid Rd. Mun. Util. Dist. No. 2 v. Speedy Stop Food Stores, Ltd.*, 337 S.W.3d 846, 852-53 (Tex. 2011); *Sierad v. Barnett*, 164 S.W.3d 471 (Tex. App. 2005).

Poe next claims those portions of the affidavit on the value of the assets and liabilities are conclusory.  Even a cursory review of the affidavit (which is 178 pages long including exhibits) shows it was far, far from conclusory.  Poe attempts

22

to sensationalize his argument by incorrectly claiming the affidavit failed to explain while policies with face values totaling $130 million were worth $5 million. Espinosa's affidavit included a copy of his report to the court which explained in detail for three pages why the policies were valued at that amount. (2$^{nd}$SuppCR 109-111). Espinosa's report also included copies of two valuation reports done by Lewis & Ellis on the policies. (2$^{nd}$SuppCR 123-156). The Receiver hired Lewis & Ellis to advise him on the value of the policies so he could evaluate the option of liquidating them to help pay restitution to the investors, not as litigation experts. (2$^{nd}$SuppCR 95). Those reports explain the rationale and methodology for valuing the policies in great detail for six pages. (2$^{nd}$SuppCR 128-133, 146-151). Another expert hired by the Receiver, Asset Servicing Group to administer the policies for him, concurred with choice of the discount rate Lewis & Ellis used to value the policies. (2$^{nd}$SuppCR 110, 143). Poe admits RV overpaid for the policies in his response to the motion for summary judgment. (CR 1377). It was entirely appropriate for Espinosa to base his opinions on this work done by his experts. *Miller v. Argumaniz,* 2015 WL 595468 *3-4 (Tex. App. –El Paso 2015, mot. for extension of time to file pet. granted). Just like experts, lay opinion, and particularly those considering an owner's testimony about value, may be based

23

on hearsay such as appraisals. *Natural Gas Pipeline Co. of American v. Justiss*, 397 S.W.3d 150, 157-59 (Tex. 2012).

Poe also claims the affidavit is unreliable because Espinosa did not apply a discount rate to RV's liabilities. As discussed more fully below in connection with the solvency analysis under TUFTA, the liabilities should not have been discounted. In short, and as Burchett explained, the debts were not discounted because the valuation was done as if the company was being liquidated, which would necessarily entail the immediate payment of all liabilities. (2[nd]SuppCR 110). Moreover, Poe offered no expert or other evidence on what the claimed accounting principles were, whether the liabilities should be discounted or what the discount rate would be. Thus, he cannot show discounting the liabilities would have made a difference in the court's decision on solvency.

Lastly, Poe attacks Espinosa's discussion of the inadequate premium reserves in paragraphs 34-37 of his affidavit (2[nd]SuppCR 65-67). Poe only partially challenges that fact by objecting to paragraphs 34-37 of Espinosa's July 29, 2011 affidavit, and paragraph 7 of the his May 1, 2013 affidavit (2[nd]SuppCR 232). Poe complains Espinosa was unqualified to opine that the life expectancy calculations

performed by Midwest were too short. He was qualified based on the personal knowledge he gained about Midwest in the course his role as Receiver for RV. Both his affidavit, and his reports which are exhibits to his affidavit show that. He owned the policies and the reserve accounts in his capacity as Receiver. Moreover, the premium reserves were $14.2 million short even using the bogus Midwest life expectancies.[7] (2ndSuppCR 65). As discussed above, RV knew the premiums reserves were short. In any event, Espinosa's affidavit[8] contained clear and unequivocal reports and other evidence, which Poe did not object to, from undisputed experts on life expectancies done on the same policies by (1) two more reputable life expectancy companies, (2) a life expectancy company hired by the receiver to conduct independent calculations, and (3) a report from an expert commissioned by RV prior to the receivership to examine the life expectancies. (2ndSuppCR 107-109, 139). All of those show the life expectancies performed by Midwest were way too short. Poe himself argued in his response to the motion

---

[7] The shortfall in the premium reserve is even worse because RV represented that it would reserve sufficient funds to pay premiums on each policy for the life expectancy plus 24 months, by which time it represented the insured on that policy had a greater than 98.5% chance of dying. (2ndSuppCR 112). In truth, the life expectancy is the point at which 50% of the insureds will have died. *Id*. The shortfall was further compounded by the fact that RV failed to take into account the fact that the premiums required to keep the policies in force would increase every year. (2ndSuppCR 113).

[8] Similar evidence was contained in Espinosa's report, which was not objected to. (2ndSuppCR 111-113).

for summary judgment that the life expectancies prepared by Midwest were unreliable. (CR 1376).

Poe also points to the fact that RV was only obligated to have premium reserves for the estimated life expectancy plus 24 months, but ignores the poof that RV did <u>not</u> have reserves for the estimated life expectancy plus 24 months, because, among other things, it raided the premium reserves to pay for new polices and routinely purchased policies without having the promised premium reserve. (2[nd]SuppCR 62, 91). On top of that, the unchallenged evidence established RV had pervasively commingled the premium reserve accounts in contravention of its promises to investors to the contrary, and even used premium reserves for existing policies to purchase new policies. (2[nd]SuppCR 62-64, 91). Finally, the report from Lewis & Ellis, which Poe did not object to, attached to Espinosa's affidavit and also to Burchett's affidavit establishes that not a single policy had sufficient reserves to maintain the policy in force for the insured's life expectancy. (2[nd]SuppCR 131).

Lastly, Poe stated in his response to the motion for summary judgment that (1) "[t]here was an ever-increasing short-fall in the premium accounts," (2) "[b]y

26

the end of 2009, there was a massive ($2 million) shortfall in the premium accounts," and (3) "[f]unds were commingled from the outset." (CR 1371). Later in the response, he stated "there were massive short-falls in the premium accounts due to the undisclosed commingling and misapplication of funds on deposit." (CR 1375). He is no position to dispute these facts now.

2. Espinosa's July 29, 2011 Affidavit

Poe's only objection to this affidavit is a repeat of his objection that Espinosa did not set out his qualification to testify as an expert on the premium reserves. That claim was addressed above.

3. Burchett May 1, 2013 Affidavit

Poe first objects that Burchett's affidavit did not set out his qualifications to testify as an expert on the value of insurance policies. Burchett was unquestionably competent to testify on the issue of solvency since he was a CPA. (2ndSuppCR 296-303; 233). *In re Rodriguez*, 204 B.R. 510, 514 (Bankr. S.D. Tex. 1995), *aff'd,* 95 F.3d 54 (5th Cir. 1996). Burchett explained in his affidavit: "I relied on the valuations of RV's life insurance policies as performed by Lewis &

Ellis, Inc., Actuaries and Consultants, for assessing the market value of these assets. These records are of a type that are reasonably relied upon by experts in my field in forming opinions." (2nd SuppCR 234). Burchett's affidavit also includes copies of those reports, which Poe did not object to. (2nd SuppCR 234-236, 237-271). Burchett's reliance on Lewis & Ellis report was entirely proper. . Experts on solvency typically rely on other experts, such as real estate appraisers and others to determine the fair value of the debtor's assets. The impressive qualifications of Lewis & Ellis are set out in its reports and in the biographies of the principals who did the work.[9] (2nd SuppCR 132, 152, 267-271).

Poe next complains Burchett's affidavit did not set out his qualifications to determine discount rates for assets and liabilities. CPA's, such as Burchett, are obviously qualified to determine such discount rates. In any event, this is a non-issue, since Lewis & Ellis valued the policies (using a discount rate they

---

[9] In summary, Lewis & Ellis is an actuarial consulting firm that has been in business for over 40 years, has offices in Dallas, Kansas City, London and Baltimore and was performing life settlement portfolio valuations on 10 + life settlement portfolios ranging from 2 policies to 1,100 policies at the time of its report. (2nd SuppCR 128, 132). The Lewis & Ellis principals who prepared the report had many years of experience and were Fellows of the Society of Actuaries and Members of the American Academy of Actuaries and one of them had served as a Board Member of the Life Insurance Settlement Association for nearly five years. (2nd SuppCR 132).

determined was proper) and no discount rate was applied to the liabilities for the reasons discussed above.

Poe also argues Burchett's affidavit should be disregarded as unreliable based on the 20% discount rate applied when valuing the policies. Lewis & Ellis explained that discount rate in their report where they stated it was carefully chosen based on the valuations they had done on many policy portfolios ranging in size from two to 1,100 policies, their experience with those funds, their knowledge of the market and the then-current discount rates used in the market when policies are bought and sold. (2ndSuppCR 242). Lewis and Ellis chose the discount rate, not Burchett. Poe did not object to the Lewis & Ellis report attached to either Espinosa's or Burchett's affidavit. Poe offered no expert of his own. Thus, this evidence is uncontroverted.

Poe also points out that Burchett failed to discount the liabilities. That was entirely proper for the reasons briefly stated above and explained more fully below. Burchett did not admit in his deposition that a fair valuation of RV's debts required application of the same or a similar discount rate as was applied to the assets like Poe says he did citing 2$^{nd}$SuppCR 762. In any event, Burchett

explained, correctly, that the debts were not discounted because the valuation was done as if RV was being liquidated. (2<sup>nd</sup>SuppCR 758).

4. No Reversible Error

Having no experts of his own, Poe has not created a fact issue nor can he show reversible error. "Lay testimony is insufficient to refute an expert's testimony." *Anderson v. Snider*, 808 S.W.2d 54, 55 (Tex. 1991). Arguments of counsel certainly are.

In fact, there is plenty of evidence on the valuation of the policies and RV's insolvency apart from the few portions of the affidavits Poe objects to that will support the judgment. For instance, Poe did not object to any of the reports from Espinosa, Burchett, or Lewis & Ellis attached to the affidavits. Moreover, either affidavit on its own is enough as well. Those are other reasons there is no reversible error here.

Even if the objections to the affidavits were valid (which they are not), RV's liabilities still exceeded its assets by $40 million even if the policies were valued based under the investment method which would include the purchase price,

acquisition costs, premiums paid to date as well as all other capitalized expenses. (2[nd]SuppCR 122). Additionally, there is a balance sheet for RV that shows RV's liabilities exceeded its assets, even without the adjustments Poe complains about. *Id*. *See also*, (2[nd]SuppCR 127) (showing assets exceeding liabilities each month).

Poe's focus solely on the value RV's assets and liabilities is fundamentally misplaced in any event. All of this evidence relates to the solvency analysis under TUFTA 24.006(a). Insolvency is not a requirement under the Receivers' claims under three other TUFTA provisions, as explained below.

Point Two should be denied as the affidavits were proper, and there was no reversible error in any event.

### ISSUE 3: THERE WERE NO FACT ISSUES

The Receiver brought fraudulent transfer claims under four separate TUFTA provisions - §§24.005(a)(1), 24.005 (a)(2)(A)&(B) and 24.006(a). The judgment can be affirmed under any of them.

**§24.005(a)(1)**

A transfer is fraudulent to a present or future creditor if the transfer was made "with actual intent to hinder, delay or defraud any creditor of the debtor." TUFTA §24.005(a)(1).

RV has been found to have committed securities fraud. (CR 611). Therefore, it has already been determined as a matter of law (based on the evidence set out above plus much more) that RV intended to defraud investors through a fraudulent scheme. The investors were indisputably creditors, both by virtue of their loans to RV and their claims against RV for securities fraud. TUFTA §24.002(3)(4)&(5). Thus, each transaction whereby Poe was paid a commission was necessarily done with the intent to hinder, delay or defraud any creditor of RV. Defrauding the investors was the very core of RV. As part of the fraudulent scheme, money was transferred from RV to Poe for his role in luring investors. These transfers were fraudulent under Section 24.005(a)(1) because they were made with actual intent to defraud creditors. *See Janvey v. Alguire*, 846 F.Supp.2d 662 (N.D. Tex. 2011) (receiver properly asserted a claim against employees of Stanford International Bank for fraudulent transfer under TUFTA

where the Stanford Defendants transferred investors' funds to employees with actual intent to hinder, delay or defraud creditors).

The evidence of actual intent is overwhelming. The facts set out in the beginning of this brief prove RV intentionally lied to investors in many respects about the returns they could expect and the safety of their investment. Dick Gray told his key lieutenants and Licensees in a recorded conference call:

> The model has grown so quickly that in the buying of policies, the disbursement of client funds, I would describe as a leaning – a financial Leaning Tower of Pisa. That's another way of saying, if somebody came in right now from a regulator and took a photograph of our operation and all the bottom lines and all numbers and all the policy and all the subaccounts, they would call us a Ponzi scheme.

(2nd SuppCR 439-440). In addition, it is undisputed that (1) RV had been told by all three separate lawyers it hired that it was illegally selling an unregistered security (2nd SuppCR 775, 844-45, 893), (2) RV was constantly worried about being caught by the regulators and tried to "stay under the radar" and use "legal double-talk" because RV knew it would "hit the fan" when RV was discovered (2nd SuppCR 704, 770, 821, 893), (3) RV was using the premium reserve accounts to finance its "cash shortfall" which was causing "very deep professional concerns" (2nd SuppCR 791, 870), and (4) RV's leadership discussed the importance of not putting

33

anything incriminating in emails for fear of future subpoenas, with one saying "if you don't have it in writing, I never said it." (2ndSuppCR 925).

Proving that a debtor operated as a Ponzi scheme proves actual intent to hinder, delay, or defraud any creditor or debtor required by TUFTA §24.005(a)(1). *Janvey v. Alguire*, 647 F.3d 585, 598 (5th Cir. 2011). Poe's first challenge to this claim is to allege that the case the Receiver relied on below involved a Ponzi scheme, and he claims RV was not a Ponzi scheme. (BR p. 61) Poe does not cite a single case holding that such a distinction makes a difference. There are two fatal flaws in Poe's argument. The first is that court found, as a matter of law, and the evidence cited in this brief indisputably proves that the creditors (investors) were defrauded. Thus, whether it was a Ponzi scheme or not doesn't matter. Intent to defraud is determined on a case by case basis and can be proven by circumstantial evidence. TUFTA §24.005(b); *Walker v. Anderson*, 232 S.W.3d 899, 914 (Tex. App.—Dallas 2007, no pet.). A Ponzi scheme is not required.[10]

---

[10] *In re Bell & Beckwith*, 64 B.R. 620, 629 (Bankr. N.D. Ohio 1986), involved the diversion of client funds for personal use rather than a Ponzi scheme. When analyzing whether transfers could be set aside as having been made "with actual intent to hinder, delay, or defraud" a creditor in violation of Section 548(a)(1) of the Bankruptcy Code, the court reasoned:

> Although the funds for the horse racing enterprise were not necessarily spent by
> Wolfram with the intent to defraud the customers, the availability of those funds was

34

The second fatal flaw in Poe's response is the rule that proving the transfer was made as part of a fraudulent scheme proves actual intent to hinder, delay, or defraud any creditor or debtor required by TUFTA §24.005(a)(1) is <u>not</u> limited to Ponzi schemes. "The Fifth Circuit and other circuits have repeatedly held that the existence of a fraudulent scheme itself is sufficient to find that a transfer made in furtherance of that scheme was made with fraudulent intent. Indeed, in a fraudulent scheme, all transfers made in furtherance of the fraudulent scheme are inherently made with fraudulent intent." *In re IFS Financial Corp.*, 417 B.R. 419, 439 (Bkrtcy. S.D. Tex. 2009), *aff'd*, 669 F.3d 255 (5th Cir. 2012) (applying Texas law) (citations omitted). The court in *IFS Financial* refused to even consider whether the scheme involved in that case was a Ponzi scheme, because it said: "The Fifth Circuit's reasoning applies whether the organization neatly fits within a judicially constructed definition of Ponzi scheme or was a fraudulent scheme that had some, but perhaps not all, attributes of the traditional Ponzi scheme. When an organization perpetuating a fraud makes a transfer necessary for continuation

---

accomplished by and is the product of a deliberate fraud. Therefore, any disposition of those funds must be considered to be part of a continuing course of conduct which was intended to defraud the customers of the Debtor. Based upon these facts, it is evident that the elements of Section 548(a)(1) were present at the time the transfers in question were made. Accordingly, it must be concluded that they are avoidable under Section 548(a)(1) and recoverable under Section 550.

35

of the fraud, the transfer is made with actual intent to defraud." *Id*. at n. 15. The Fifth Circuit agreed with this holding when it affirmed that case: "Evidence that a company operated as a <u>*fraudulent enterprise*</u> at the time of the transfer, moreover, may be sufficient to establish actual intent." *In re IFS Financial Corp.*, 669 F.3d 255, 265 (5th Cir. 2012) (emphasis added). The court in *In Re Cowin*, 492 B.R. 858, 902 (Bkrtcy. S.D. Tex. 2013), also applying Texas law, held that the existence of a conspiracy which did not involve a Ponzi scheme was evidence of fraudulent intent under TUFTA. Similarly, the court in *BAC Home Loans Servicing, LP v. Texas Realty Holdings, LLC,* 2010 WL 3522981 *3 (S.D. Tex. 2010), *adopted*, 2010 WL 3522980 (S.D. Tex. 2010), held that the fact that the defendant was running a non-Ponzi scheme was "strong evidence of her actual intent to defraud" under TUFTA. Other jurisdiction agree.[11] As these cases demonstrate, there is no meaningful distinction between a Ponzi scheme and securities fraud scheme in the context of analyzing intent to hinder, delay or defraud creditors. Both are illegal schemes that fundamentally grounded in fraud from the very beginning.

---

[11] *See also*, *Cobalt MultiFamily Investors I, LLC,* 2010 WL 3791040 *3 (securities fraud that was a non-Ponzi scheme constituted fraudulent intent under uniform fraudulent transfer act); *Scholes v. African Enterprise, Inc.*, 838 F.Supp. 349, 353, 356 (N.D. Ill. 1993) (principle's mental state to actually defraud investors is sufficient to establish requisite mental state under uniform fraudulent transfer act);

In addition, this case had many of the same characteristics of a Ponzi

scheme.[12] "Courts presume actual intent in relation to a Ponzi scheme because

the debtor knows at the time of the transfer that the scheme ultimately must

---

[12] RV knew it was illegally selling unregistered securities, was doing all it could to dodge the regulators, was plotting strategy to hide evidence for when it got caught, promised grossly high returns on a safe investment, was insolvent from the beginning and got progressively more insolvent with each investment, commingled and misused investor funds, made many fraudulent misrepresentations to investors, admitted there was no way its model would work without the bogus life expectancies of Midwest, and paid excessive profits to the owners and participants. RV was never profitable. (2nd SuppCR 278) In fact, the losses grew as more policies were sold. (2nd SuppCR 279-291) Other than a negligible initial capital investment of $1,000, RV was solely funded by money from investors. (2nd SuppCR 234). Investor funds were then used to buy policies, pay premiums, give Licensees commissions, pay operating costs, and make sizeable distributions to management. *Id*. Gray and others associated with RV, including his son, even called RV a Ponzi scheme and "financial Leaning Tower of Pisa." (2nd SuppCR 438-440, 441, 447, 454, 457). The only way to keep RV afloat would have been from the use of funds from future investors. (2nd SuppCR 234). Frankly, the only reason it didn't turn into a situation where current investors were paid money from new investors as in a classic Ponzi scheme is due to the good work of the TSSB and AG shutting RV down before more investors could be fleeced.

> The evidence before the bankruptcy court on the question of the debtors' intent consisted of the affidavit of Ron N. Bagley, the original trustee and trustee Merrill's accountant. That evidence shows that the debtors conducted no business operations, never generated any profits or earnings, paid all monthly disbursements to undertakers solely from other undertakers' investments, were insolvent from the moment the first investment contract was executed, became more insolvent with each successive contract, and ran their business as a Ponzi scheme. In addition, the Bagley affidavit sets out fourteen material representations—many of them allegedly false—that the debtors made regarding the nature of their business and the nature of the investments to induce undertakers to invest in the program. None of the defendants introduced any evidence to dispute the assertions in the Bagley affidavit. Thus, it was undisputed that the debtors' business "was conducted as a 'Ponzi' scheme...." 41 B.R. at 994.

*In re Indep. Clearing House Co.*, 77 B.R. 843, 860 (D. Utah 1987).

collapse." *In re Nat'l Consumer Mortgage, LLC*, 2013 WL 164247, at *11 (D. Nev. Jan. 14, 2013). The same was definitely true of RV.

Poe also claims the investors were not "creditors" with "claims" before or a reasonable time after the transfers because the investors' loans had not matured. (Br. 61) That is wrong for two reasons. First, the definition of "claim" under TUFTA provides: "'Claim' means a right to payment or property, whether or not the right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, ***unmatured***, disputed, undisputed, legal, equitable, secured, or unsecured." TUFTA § 24.002(3) (emphasis added). Including unmatured debt in the solvency analysis has been the law in Texas for at least 125 years. *See*, *Burnett v. Chase Oil & Gas, Inc.*, 700 S.W.2d 737, 743 (Tex. App. 1985, no writ); *Frees v. Baker*, 81 Tex. 216, 16 S.W. 900, 901 (1891). *See also*, *Sherrod v. City Nat. Bank of Wichita Falls*, 294 S.W. 295, 296 (Tex. Civ. App. – Amarillo 1927, writ ref'd) (judgments rendered after the fraudulent transfer are to be considered on issue of solvency at time of transfer).

Second, the investors were also creditors with claims by virtue of the securities fraud as of the date the fraud was committed, which was when they

38

initially invested.  The definition of a "claim" includes a right to payment "whether

or not the right is reduced to judgment, liquidated, unliquidated, fixed,

contingent, matured, unmatured, undisputed . . . . ."  TUFTA §24.002(3).  *See also,*

*Duran v. Henderson*, 71 S.W.3d 833, 841 (Tex. App.—Texarkana 2002, pet. denied)

("As the statutory definitions make clear, the Hendersons did not need to obtain a

judgment against Charles Duran for conversion, which they in fact eventually did,

in order for him to become a debtor to them within the meaning of the statute.").

This identical issue was addressed by the court in *In re Bayou Grp., LLC*, 439 B.R.

284 (S.D.N.Y. 2010), which also involved an illegal investment scheme.  The

transferees argued that "case law does not support treating liabilities for which

the debtor is not legally bound to pay at the valuation date as 'debts' for purposes

of insolvency." *Id*. at 334.  The court rejected this argument because the tort

claims of the investors were founded on fraudulent misrepresentations made at

the time of initial investment. *Id*. at 335.  "[I]t is a given . . . that the [investment

company] had a legal tort liability to their investors for the full amount of their

investments based on rescission for fraud. As such, the investors were and are

creditors." *Id*.  Based on the fact that "in tort cases the relationship of debtor and

creditor arises the moment the cause of action accrues," the court held that the

"investors' claims accrued at the moment of the fraudulent inducement and therefore were liabilities of" the investment company from that time and were properly counted as such in the solvency analysis. *Id*. at 335.  *See also*, *S.E.C. v. Antar*, 120 F. Supp. 2d 431, 443 (D.N.J. 2000) *aff'd,* 44 F. App'x 548 (3d Cir. 2002) (summary judgment entered for fraudulent transfer on basis of insolvency when transfers occurred years before judgment for securities fraud); *In re Ramirez*, 2011 WL 30973, at *4 (Bankr. S.D. Tex. 2011) (debt arose when tort was committed).  The definition for "claim" and "debt" under the bankruptcy code is, in all relevant respects, identical to the one in TUFTA.  *Compare*, TUFTA §24.002(3) & (5) with 11 USC §101(5) & (12).  In fact, the TUFTA definition was taken from the bankruptcy code. Unif.Fraudulent Transfer Act § 1 comment 3.

Lastly, Poe asserts the Receiver has failed to show that the transfers to Poe were made with intent to defraud.  As discussed above, since RV was operating a fraudulent scheme, all transfers (including the ones to Poe) are made with fraudulent intent as a matter of law.

> The Fifth Circuit and other circuits have repeatedly held that the existence of a fraudulent scheme itself is sufficient to find that a transfer made in furtherance of that scheme was made with fraudulent intent. Indeed, in a

> fraudulent scheme, all transfers made in furtherance of the fraudulent
> scheme are inherently made with fraudulent intent.

*In re IFS Fin. Corp.*, 417 B.R. at 439 (citations omitted). "When an organization

perpetuating a fraud makes a transfer necessary for continuation of the fraud, the

transfer is made with actual intent to defraud." *Id*. at 439 n. 15. The payments of

commissions to sales agents was necessary for RV to continue its fraud. They are

the only ones who sold its product.

The law is clear – a receiver may recover sales commissions that were paid

for luring investors into an illegal and fraudulent investment scheme (as well as

payments to employees of the fraudulent enterprise), and the Receiver is

regularly granted summary judgment on those claims. *Janvey v. Alguire*, 647 F.3d

585; *Janvey*, 846 F.Supp.2d at 674; *S.E.C. v. Cook*, 2001 WL 256172 *2 (N.D.

Tex.,2001) (granting summary judgment to receiver under Texas law); *MultiFamily*

*Investors I, LLC v. Lisa Arden*, 2010 WL 3791040 *3 (S.D.N.Y. 2010), *adopted,* 2010

WL 3790915 (S.D.N.Y. 2010); *Hays v. Adams*, 512 F.Supp.2d 1330, 1333-34 (N.D.

Ga. 2007) (granting summary judgment for receiver); *Klein v. Patterson*, 2013 WL

3776266 *3 (D. Utah 2013) (granting summary judgment for receiver); *Cobalt*

*Multifamily Investors I, LLC v. Arden*, 2012 WL 3838834 *6 (S.D.N.Y. 2012); *Gordon*

*v. Dadante*, 2010 WL 4137289 * 2 (N.D.Ohio 2010); *Scheck Investments, L.P. v. Kensington Management, Inc.*, 2009 WL 1916501 *4 (S.D.Fla. 2009); *Wuliger v. Mann*, 2005 WL 1566751 *9 (N.D.Ohio 2005).

### §24.005(a)(2)(A) & (B)

A transfer is fraudulent to a present or future creditor if the transfer was made "without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor: (A) was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or (B) intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due." TUFTA §24.005(a)(2).

The transfers to Poe were fraudulent because RV was engaged in a business or transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction. (2ndSuppCR 234); TUFTA §24.005(a)(2)(A). RV was insolvent at all times, meaning that "the sum of RV's debts was greater than all of RV's assets." (2ndSuppCR 234-235; 278). Having

42

promised to pay each investor 16.5% simple annual interest and reserve premiums for life expectancy plus 24 months, RV lacked any reasonable amount of assets to actually fulfill that promise. (2ndSuppCR 234). Burchett's affidavit stated that his review of RV's books and records proved RV's "management paid out all of the available cash soon after it came in, leaving it insolvent and unable to meets its obligations." (2nd Supp. 233) Burchett's affidavit also stated: "Actually, RV became more and more insolvent with each transaction that management entered into in its name. After management took their cut, the Licensees took their cut, the James parties took their cut, and Kiesling Porter took it's cut, there was not enough money left to pay premiums with which to keep the policies in force. Because of this way of managing the business, RV was left owing more money than it could possibly pay." (2[nd]SuppCR 234) This unchallenged proof is more than sufficient to prove the transfers to Poe violated TUFTA separate and apart from any alleged errors in valuing the policies, or liabilities. As discussed above, RV's model was based on the intentional misinterpretation of the Midwest life expectancy and using Midwest instead of a reputable provider in order to get life expectancy numbers that were half as long as they should have been. There was no way the RV model would work.

In addition, the transfers were fraudulent because RV intended to incur, or believed or reasonably should have believed that it would incur debts beyond RV's ability to pay as they became due. TUFTA §24.005(a)(2)(B). Gray's belief in this regard was evident when he described RV as a Leaning Tower of Pisa that the regulators would call a Ponzi scheme. Here again, the knowing misuse of the Midwest life expectancies made it impossible for the RV business model to work. Gray even admitted it would not work without Midwest, which he clearly knew was providing bogus life expectancies. There was no way for RV to pay its debts as they came became due. *Id*. (2[nd]SuppCR 234). In addition to constant and worsening insolvency, when the Receiver took over, RV had a $3 million shortfall in the policy premium accounts as a result of commingling. (2ndSuppCR 55; 65; 168). The payments to Licensees were fraudulent because each transaction made RV more and more insolvent and allowed it to incur debts beyond RV's ability to pay. (2ndSuppCR 234-235). TUFTA §24.005(a)(2)(B).

The Receiver's proof clearly supported a summary judgment.

> Proof that transfers were made pursuant to a Ponzi scheme generally establishes that the scheme operator "[w]as engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction,"

§ 3439.04(a)(2)(A), or "[i]ntended to incur, or believed or reasonably should have believed that he or she would incur, debts beyond his or her ability to pay as they became due," § 3439.04(a)(2)(B).

*Donell v. Kowell*, 533 F.3d 762, 770-71 (9th Cir. 2008). The rationale that

"compels" this rule is that Ponzi schemes are insolvent from their inception, and

so too was RV. *In re Canyon Sys. Corp.*, 343 B.R. 615, 650 (Bankr. S.D. Ohio 2006)

(granting summary judgment). "The fact that the debtor operated primarily if not

exclusively on fraudulently obtained funds establishes that the debtor had little if

any legitimate operating capital. *Id*. Other than a negligible initial capital

investment of $1,000, RV was solely funded by money fraudulently obtained from

investors. (2^(nd)SuppCR 234). It's model would not work.

Poe argues that the transfers to him must have been what caused the

remaining assets of RV to be unreasonably small or caused RV to incur debts

beyond its ability to pay as they became due. By their plain language, neither of

these TUFTA provisions require such a causal link. TUFTA §24.005(a)(2)(A)&(B)

As a matter of law, Poe did not provide reasonably equivalent value. "To

measure reasonably equivalent value, we judge the consideration given for a

transfer from the standpoint of creditors. The proper focus is on the net effect of

the transfers on the debtor's estate, and the funds available to the unsecured creditors." *In re TransTexas Gas Corp.*, 597 F.3d 298, 306 (5th Cir. 2010). The relevant comment in UFTA states that the definition of "value" is:

> [A]dapted from § 548(d)(2)(A) of the Bankruptcy Code.... The definition [ ]is not exclusive [and] is to be determined in light of the purpose of the Act to protect a debtor's estate from being depleted to the prejudice of the debtor's unsecured creditors. *Consideration having no utility from a creditor's viewpoint does not satisfy the statutory definition.*

Unif. Fraudulent Transfer Act § 3 cmt. 2 (emphasis added). From a creditor's viewpoint, RV lost the money it paid Poe and it incurred debts to investors it had no realistic chance of repaying. "The primary consideration in analyzing the exchange of value for any transfer is the degree to which transferor's net worth is preserved. It takes cheek to contend that in exchange for the payments he received, the RDI Ponzi scheme benefited from his efforts to extend the fraud by securing new investments." *Warfield v. Byron*, 436 F.3d 551, 560 (5th Cir. 2006) (affirming summary judgment for Receiver). Because the debtor's business was inherently illegitimate, the broker's services, which furthered the scheme, had no value as a matter of law. It made no difference whether those same broker services would have been valuable to legitimate businesses in the marketplace or

that the broker was unaware of the fraud. *Id*. *See also, In re Ramirez Rodriguez,* 209 B.R. 424, 434 (Bankr.S.D.Tex.1997) (stating that "as a matter of law, the Defendant gave no value to the debtors [Ponzi scheme operators] for the commissions attributable to investments made by others"). The same logic applies here. Each investment dollar the Poe brought into the illegal scheme resulted in RV owing more money and becoming more insolvent. (2ndSuppCR 235). Thus, RV's net worth harmed by the transfer.

Since Poe's affidavit contains no evidence that his services preserved the value of RV's estate or had any utility from a creditor's perspective, it does not create a fact issue on reasonably equivalent value. *Janvey*, 780 F.3d at 646. Even if the fraudulent scheme was disregarded, the money from investors was a loan to RV, and created additional debt that RV had no hope of repaying thereby harming its net worth and creditors.

### §24.006(a)

A transfer is also fraudulent as to present creditors "whose claim arose before the transfer was made or the obligation was incurred if the debtor made the transfer or incurred the obligation without receiving a reasonably equivalent

47

value in exchange for the transfer or obligation and the debtor was insolvent at the time or the debtor became insolvent as a result of the transfer or obligation." TUFTA § 24.006(a). The Receiver is not claiming RV became insolvent as a result of the transfers to Poe.

The transfers to Poe were fraudulent because RV was insolvent at the time and RV did not receive a reasonably equivalent value in exchange. TUFTA §24.006(a). RV was insolvent at all times in that the sum of its debts was greater than all of its assets at fair valuation. (2ndSuppCR 234-235). With each investment procured by the Licensees, RV became increasingly insolvent. (2ndSuppCR 235). Everyone – Licensees, Gray, and other Defendants – took their cut at the beginning, leaving RV with the liability to pay investors as promised. Every dime of investor money was already accounted for. Considering that RV based its model on a intentional misreading of what the Midwest life expectancies really meant, not to mention the fact that Midwest life expectancies were less than half of what reputable life expectancies were, (2ndSuppCR 65-66), RV did not have enough money to keep the policies in force. (2ndSuppCR 65; 234). As a result, for each dollar that was brought in, RV incurred additional

obligations it couldn't repay. (2ndSuppCR 234-235). The RV model simply wouldn't work. In addition, the transaction that the investors entered into was the product of securities fraud, and as a result, RV was required to repay all the investors which further exacerbated the insolvency. (CR 611). As stated above, there was no reasonably equivalent value provided for the commissions.

The Receiver presented overwhelming proof of RV's insolvency at the time of the transfers to Poe. The Receiver conducted a detailed and thorough analysis of RV's financial condition in hopes of paying the defrauded investors the restitution they were entitled to. He could not do so because RV was insolvent. The Receiver engaged an expert actuary with tremendous experience with life settlements to value the policies RV had. He also engaged another life settlement expert to help him manage the portfolio of policies. On top of that, he engaged a well-respected accounting firm to thoroughly analyze RV's finances, books and records. The summary judgment proof of insolvency included the statements made in the Receiver's affidavits as well as the affidavit of his expert accountant, Burchett which the court should review. They are included in the Appendix to this brief.

Either of those affidavits standing alone was sufficient to prove RV was insolvent as a matter of law.  There are many portions of those affidavits that Poe does not even attempt to challenge, including the reports and other documents attached to them.  For instance, Burchett's report shows RV's liabilities exceeded its assets by $26,989.81 in its first month and that it became increasingly insolvent each month until it was shut down in March 2010 with liabilities exceeding assets by $8.5 million. (2^{nd}SuppCR 277).  That was *before* any of the valuation adjustments Poe complains of. *Id*.   Of course, the insolvency was much higher when the policies were adjusted to their fair valuations. (2^{nd}SuppCR 278) Those unchallenged portions of the affidavits, standing alone, are sufficient to prove RV was insolvent as a matter of law.

> Significantly, Poe offers no real evidence on solvency himself.

> Although it is Debtors' burden to demonstrate insolvency and provide reliable expert testimony, Appellants cannot—in the face of the exhaustive analysis conducted by an expert as qualified as Lenhart—credibly assert fatal flaws in his analysis without supporting evidence of their own. The conclusory statements contained in Appellants' briefs—without citation to contradictory evidence or independent expert analysis—do not raise material issues of fact as to the Bayou Funds' insolvency or the possibility of conducting a solvency analysis on a non-aggregated basis

*In re Bayou Grp., LLC*, 439 B.R. at 336.

50

In his challenge to insolvency, Poe improperly seeks to (a) value assets at face value instead of using a "far valuation," (b) discount or completely ignore RV's debt, and (c) use the Receiver's reorganization plan for repaying investors.

"A debtor is insolvent if the sum of the debtor's debt is greater than all of the debtor's assets at a ***fair valuation***." TUFTA § 24.003(a) (emphasis added). Poe is improperly valuing the insurance policies RV owned at their face value, not at their fair value as the Receiver did and as required by TUFTA. *In re Merry-Go-Round Enterprises, Inc.*, 229 B.R. 337, 343 (Bankr. D. Md. 1999) (recipients of fraudulent transferred offered no controverting evidence of solvency when they presented balance sheets, as opposed to using a fair valuation).[13] Solvency is determined from the creditor's perspective. That is, does the creditor have sufficient assets to sell and pay its debts. Fair valuation is not the book value, or cost, usually reflected on the balance sheet. Rather, it is determined by "estimating what the debtor's assets would realize if sold in a prudent manner in

[13] The definition of insolvency, which is also contained in the Uniform Fraudulent Transfer Act was taken from the bankruptcy code definition contained at 11 U.S.C.A. § 101(32). *In re Brentwood Lexford Partners, LLC*, 292 B.R. 255, 268 (Bankr. N.D. Tex. 2003); Uniform Fraudulent Transfer Act § 2 comment 1. TUFTA §24.012 provides: "This chapter shall be applied and construed to effectuate its general purpose to make uniform the law with respect to the subject of this chapter among states enacting it." Accordingly, citations to bankruptcy cases and cases from other states that adopted the uniform act are appropriate. *Bowman v. El Paso CGP Co.*, 431 S.W.3d 781, 786 n.6 (Tex. App. – Houston (14th Dist.) 2014, pet. denied).

current market conditions." *Matter of Lamar Haddox Contractor, Inc.*, 40 F.3d 118, 121 (5th Cir. 1994). Courts apply this meaning of "fair valuation" to TUFTA. *See*, *In re Brentwood Lexford Partners, LLC*, 292 B.R. 255, 268 (Bankr. N.D. Tex. 2003); *In re Pioneer Home Builders, Inc.*, 147 B.R. 889, 893 (Bankr. W.D. Tex. 1992).

Poe's claim in his affidavit and argument stating that RV could pay the investors back when the policies matured did not create a genuine issue of material fact. It does not address fair valuation of the policies at all as required by what courts call the balance sheet test in TUFTA § 24.003(a). Whether RV could pay those debts when they came due (which it could not) is simply not the test. All debts are to be counted in the solvency analysis, not just those currently due. TUFTA § 24.003(a) ("A debtor is insolvent if the sum of the debtor's debts is greater than all of the debtor's assets at fair valuation."); *In re Prince*, 2012 WL 1095506, at *8 n. 7 (Bankr. E.D. Tex. Mar. 30, 2012) ("Under both Texas law and the Bankruptcy Code, a debtor is insolvent if the sum of the debtor's liabilities is greater than the sum of the debtor's assets at a fair valuation."); *Farmers Bank of Clinton, Mo. v. Julian*, 383 F.2d 314, 326 (8th Cir. 1967), *cert. denied*, 389 U.S.

52

1021 (1967) ("The test for 'insolvency' under . . . the Bankruptcy Act is not the inability to meet current obligations but is the state of having liabilities exceed assets."). *Engelkes v. Farmers Co-op. Co.*, 194 F. Supp. 319, 327 (N.D. Iowa 1961) (It is to be noted that the definition of 'insolvency' appearing in the Bankruptcy Act is a 'balance sheet' definition and requires the weighing of assets against liabilities. It differs in this respect from the conventional definition of insolvency which is 'a general inability to meet pecuniary liabilities as they mature, by means of either available assets or an honest use of credit.').  All debts are to be counted in the solvency analysis, not just those currently due.

Poe's argument is further flawed by the fact that he relies on the Receiver's reorganization plan to demonstrate RV could pay its debts as they came due. That plan is not properly considered as part of the solvency analysis.  "The question of insolvency is to be determined as of the time of the conveyance." *Jackson Law Office, P.C. v. Chappell*, 37 S.W.3d 15, 25 (Tex. App. – Tyler 2000, pet. denied).  *See also*, TUFTA § 24.006(a) (A transfer is fraudulent if the debtor was insolvent "at the time.").

Poe's argument that Burchett had no personal expertise in valuing life settlements or computing life expectancies is irrelevant. As demonstrated above, he properly relied on the work done by Lewis & Ellis. Burchett also interviewed Lewis & Ellis to understand their work. (2[nd]SuppCR 753)

Burchett did not violate AICPA standards. Poe cites to 2[nd]SuppCR 756 which is Burchett's deposition testimony on those standards. A review of his testimony shows that Poe's counsel was mixing apples (AICPA standards on valuation) with oranges (AICPA standards on solvency). Burchett made it clear that he had conducted a solvency analysis, not a valuation. (2[nd]SuppCR 755-56) Therefore, the standards Poe's counsel was relying on were inapplicable. *Id*.

Lewis & Ellis' decision to apply a 20% discount rate when valuing the policies was entirely appropriate, as explained in their report. As stated above, a second firm hired by the Receiver to administer the policies concurred in the choice of that discount rate. Poe offered no controverting evidence to show this discount rate was inappropriate.

Poe next claims, without citation to any expert testimony or authority, that the $77 million obligation to participants should have been discounted because

54

"these amounts are not payable until the death of the insureds, which is projected to occur years in the future."  (Br. P. 52)  Here again, Poe ignores the fact RV was running a securities fraud scheme and the investors had current claims for restitution because of the fraud committed against them.  Even if the tort liability is ignored, the obligations to investors under the RV contracts should not have been discounted.  TUFTA § 24.003(a); *Julian*, 383 F.2d at 326 ("The test for 'insolvency' under . . . the Bankruptcy Act is not the inability to meet current obligations but is the state of having liabilities exceed assets.").  In analyzing this issue under the Bankruptcy Code definition of insolvency the TUFTA definition was taken from, one court explained:

> On the debt side of the insolvency equation under § 101(32)(A), the phrase "at a fair valuation" does not modify the phrase "the sum of [the] entity's debts." *See Trans World Airlines, Inc., v. Travellers International AG (In re Trans World Airlines),* 180 B.R. 389, 423–24 (Bankr.D.Del.1994) (relying on plain language and noting the anomaly that would result if the insolvency determination was premised on debts being fairly valued, i.e. insolvency could never occur), reversed on this point, 203 B.R. 890, 897 (D.Del.1996), affirmed on this point 134 F.3d 188, 196–97 (3d Cir.1998). Under the Bankruptcy Code, debt is defined as "liability on a claim." 11 U.S.C. § 101(12). A claim, in turn, is defined to as a "right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; ...." *Id.* at § 101(5). Therefore, the sum of an entity's

debts is the sum of the entity's liability on each of its claims. An entity's liability on a claim is the amount of the claim.

*In re Merry-Go-Round Enterprises, Inc.*, 229 B.R. 337, 342 (Bankr. D. Md. 1999).

*See also*, *In re ORBCOMM Global, L.P.*, 2003 WL 21362192, at *3 (Bankr. D. Del.

June 12, 2003); *In re Trans World Airlines, Inc.*, 134 F.3d 188, 197 (3d Cir. 1998),

cert. denied (1998); *In re Imagine Fulfillment Servs., LLC*, 2014 WL 3867531, at *5

(B.A.P. 9th Cir. 2014). The definitions of "debt" and "claim" are the same under

TUFTA. TUFTA §24.002(3)&(5).

Burchett did not admit he should have applied the same discount rate to the money owed investors as had been applied in valuing the policies. Rather, Burchett's response Poe points to was to a hypothetical situation counsel had been discussing with him for several pages, and Burchett's response was simply "it's possible, I'll have to think about that, I have not considered that entirely." (2nd SuppCR 762). That hypothetical involved the sale of the liability at market prices. (2nd SuppCR 762). That hypothetical was improper under *In re Merry-Go-Round Enterprises, Inc.* and the other cases cited above. In contrast, when asked specifically about the debt to the investors in RV as part of his solvency analysis, Burchett testified unequivocally that it should not be discounted because

56

insolvency is a balance sheet test to determine whether the company could pay its debts if liquidated. (2[nd]SuppCR 758). That testimony is entirely in line with the cases just cited which specifically reject Poe's claim that debts should be discounted or valued at market value.

Poe complains that the statements in Espinosa's affidavit that "RV is insolvent" is conclusory. (Br. p. 54) The affidavit sets for the facts supporting that statement in detail immediately following it; thus, it is not conclusory. (2[nd]SuppCR 55) In addition to that, the affidavit contains many exhibits supporting Espinosa's opinion that RV was insolvent, as well as the report of Burchett who Espinosa hired to evaluate RV's solvency. The same is true for the statement that "the market value of the assets [RV] holds is far less than its debts" that Poe also objects to.

Next, Poe points to the section of Espinosa's report where he says the value of the policies could not be determined based on comparable sales. (Br. p. 55) That doesn't matter, because there are other ways of valuing policies or similar assets, such as the income approach which was used here. "The three traditional approaches to determining market value are the comparable sales method, the

cost method, and the income method." *City of Harlingen v. Estate of Sharboneau*, 48 S.W.3d 177, 182 (Tex. 2001). In fact, the very next sentence of Espinosa's report states: "Instead, policies are valued based on the net present value of their anticipated cash flows." (2[nd]SuppCR 728). Espinosa then details how that calculation was performed and attaches the Lewis & Ellis report. (2[nd]SuppCR 728-29).

The rest of Poe's arguments concerning Espinosa's affidavit are based on the Receivers' reorganization plan and the face value of the policies, which have been addressed above.

**The Receiver's Standing**

Poe's challenge to the Receiver's standing is baseless. Receivers in Texas have standing to bring the exact type of TUFTA claims against sales agents the Receiver brings here.

> Generally, a receiver has no greater powers than the corporation had as of the date of the receivership. *See Guardian Consumer Fin. Corp. v. Langdeau,* 329 S.W.2d 926, 934 (Tex.Civ.App.-Austin 1959, no writ). However, when the receiver acts to protect innocent creditors of insolvent corporations ... the receiver acts in a dual capacity, as a trustee for both the stockholders and the creditors, and as trustee for the creditors ***he can***

> ***maintain and defend actions done in fraud of creditors*** even though the corporation would not be permitted to do so. *Id.; accord Shaw v. Borchers,* 46 S.W.2d 967, 968-69 (Tex. Comm'n App.1932, judgm't adopted).

*Akin, Gump,* 2003 WL at \*5 (emphasis added). Thus, the Receiver had standing to bring the breach of fiduciary duty claims on behalf of RV as well as the TUFTA claims on behalf of the creditors in his dual capacity. This has been the law in Texas since at least 1932 up through the present.[14]

The statement Poe claims was a judicial admission was not. The Receiver was plainly asserting in the summary judgment motion that he has standing to recover on the claims he brings, and the partial statement the Licensees refer to is simply a metaphorical way of driving home the point that the Licensees continue to hold stubbornly onto their ill-gotten gains.

To qualify as a judicial admission, a statement must be (1) made in the course of a judicial proceeding; (2) contrary to an essential fact for the party's

---

[14] *See, Wheeler v. American Nat. Bank of Beaumont,* 162 Tex. 502, 503, 347 S.W.2d 918, 919 (Tex. 1961); *Sec. Trust Co. of Austin v. Lipscomb County,* 180 S.W.2d 151, 158 (Tex. 1944); *Shaw v. Borchers,* 46 S.W.2d 967, 968-69 (Tex. Comm'n App. 1932, judgment adopted); *Cotten v. Republic Nat. Bank of Dallas,* 395 S.W.2d 930, 941 (Tex.Civ.App.-1965, writ ref'd n.r.e.); *Wheeler v. American Nat. Bank of Beaumont,* 162 Tex. 502, 503, 347 S.W.2d 918, 919 (Tex. 1961); *Guardian Consumer Fin. Corp. v. Langdeau,* 329 S.W.2d 926, 934 (Tex. Civ. App. – Austin 1959, no writ); *Glenn H. McCarthy, Inc. v. Knox,* 186 S.W.2d 832, 837-38 (Tex.Civ.App.-Galveston 1945, writ ref'd); *English Freight Co. v. Knox,* 180 S.W.2d 633, 640 (Tex.Civ.App.-Austin 1944, writ ref'd w.o.m.).

recovery; (3) deliberate, clear and unequivocal; (4) related to a fact upon which

judgment for the opposing party could be based; and (5) enforcing the admission

would be consistent with public policy. A true judicial admission is a formal waiver

of proof usually found in pleadings or the stipulations of the parties.

> The attorney's opening argument, which is not evidence in the case, constitutes no more than a forceful and persuasive summary of the Federation's case. The Federation does not argue that the contracts state that the supplement is "permanently irrevocable." These general statements delineating what "this case is about" are not deliberate, clear, and unequivocal statements. We further note that these statements are unsworn. The policy underlying judicial admissions is to prevent a party from recovering after he has sworn himself out of court. Judicial admissions are a formal act, and the doctrine should be applied with caution.

*Weslaco Federation of Teachers v. Texas Educ. Agency*, 27 S.W.3d 258, 263 (Tex.

App.-Austin 2000, no pet.) (citations omitted). *See also, Field v. AIM Management*

*Group, Inc.,* 845 S.W.2d 469, 472 (Tex. App.-Houston [14th Dist.] 1993, no pet.)

("Judicial admissions which determine an ultimate issue must be made of sterner

stuff . . . "). Statements mistakenly made by counsel are not judicial admissions.

*In re Dillard Dept. Stores, Inc.*, 181 S.W.3d 370, 376 (Tex.App.-El Paso 2005, no

pet.), *citing, DeWoody v. Rippley,* 951 S.W.2d 935, 946 (Tex.App.-Fort Worth

1997, writ dism'd by agr.).

The court should deny Point Three. There is overwhelming evidence to support the TUFTA claims, or any one of them, and the Receiver had standing to bring those claims.

## PRAYER

Receiver prays that the judgment of the trial court be in all things affirmed. In the alternative, the case should be remanded for further proceedings.

Respectfully submitted,

George, Brothers, Kincaid
& Horton, L.L.P

/s/ John W. Thomas

_____
John W. Thomas
State Bar No. 19856425
114 W Seventh, Suite 1100
Austin, TX 78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

**ATTORNEYS FOR APPELLEE, EDUARDO S. ESPINOSA, IN HIS CAPACITY AS RECEIVER OF RETIRMENT VALUE, LLC**.

## CERTIFICATE OF COMPLIANCE

I certify that this brief was produced on a computer using Microsoft Work and contains 13,647 words, as determined by the computer software's word-count function, excluding the sections of the brief listed in Texas Rule of Appellate Procedure 9.4(i)(1).

*/s/ John W. Thomas*
John W. Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following listed counsel by the Court's electronic service and pursuant to Rule 21a, Tex. R. Civ. P. , on this 13th day of July, 2015.

Scott Lindsey
Gardner Aldrich, LLP
1130 Fort Worth Club Tower
777 Taylor St.
Fort Worth, TX 76102
slindsey@gardneraldrich.com

*/s/ John W. Thomas*
John W. Thomas

**03-14-00518-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

---

James Poe and Senior Retirement Planners, LLC

                                                                APPELLANTS

v.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS
RECEIVER OF RETIREMENT VALUE, LLC                    APPELLEE

---

Appeal from 200th Judicial District Court of Travis County, Texas
(Hon. Gisela D. Triana, Presiding)

---

**APPELLEE'S APPENDIX**

---

I.      Espinosa's July 29, 2011 Affidavit [2$^{nd}$SuppCR 53-68]……………….……...…Tab 1

    A.      Espinosa July 28, 2010 Report [2$^{nd}$SuppCR 70-100]………………….. Tab 2

    B.      Espinosa April 30, 2011 Report [2$^{nd}$SuppCR 102-139]………………. Tab 3

    C.      Lewis & Ellis, Inc. Reports [ 2$^{nd}$SuppCR 123-156] ………………….. Tab 4

    D.      Espinosa July 29, 2011 Affidavit Exhibits. D – K …………………. Tab 5

II.     Burchett May 1, 2013 Affidavit [2$^{nd}$Supp CR 233-272]………………. Tab 6

    A.      Ex. B Burchett Report [2$^{nd}$SuppCR 273-279] ………………….. Tab 7

    B.      Burchett Report Exhibits [2$^{nd}$SuppCR 280-477] ………………. Tab 8

TAB 1

| STATE OF TEXAS, | § | IN THE DISTRICT COURT OF |
|---|---|---|
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| RETIREMENT VALUE, LLC, | § | |
| RICHARD H. "DICK" GRAY, HILL | § | |
| COUNTRY FUNDING, LLC, a | § | |
| **Texas Limited Liability Company,** | § | TRAVIS COUNTY, TEXAS |
| HILL COUNTRY FUNDING, a Nevada | § | |
| **Limited Liability Company, and** | § | |
| WENDY ROGERS, | § | |
| | § | |
| **Defendants,** | § | |
| | § | |
| AND | § | |
| | § | |
| KIESLING, PORTER, KIESLING, & | § | |
| FREE, P.C., | § | |
| | § | |
| **Relief Defendant.** | § | 126th JUDICIAL DISTRICT |

## AFFIDAVIT OF EDUARDO S. ESPINOSA

BEFORE ME, the undersigned authority, on this day personally appeared Eduardo S. Espinosa, who is personally known to me, and after being duly sworn according to law, upon his/her oath duly deposed and said:

1. My name is Eduardo S. Espinosa. I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this cause. I have personal knowledge of the facts stated herein, all of which are true and correct.

2. I am a partner in the law firm of K&L Gates, LLP. I was admitted to practice law in the State of Louisiana in 1996 and in the State of Texas in 1999. Prior to entering private practice, I was an Enforcement Attorney with the United States Securities and Exchange



TAB 1

Commission, where I investigated violations of and enforced the antifraud provisions of the federal securities laws.

3. The Court appointed me as the receiver for Retirement Value, LLC, a Texas limited liability company ("Retirement Value"), and the assets derived there from of Richard H. "Dick" Gray ("Gray") and Bruce Collins ("Collins") pursuant to the First Amended Temporary Restraining Order and Order Appointing Receiver entered on May 5, 2010 (as extended as to all Defendants on May 12, 2010 and as extended as to Collins on June 2, 2010, (the "First Amended TRO") in the cause numbered D-1-GV-10-000454 and styled *State of Texas v. Retirement Value, LLC, Richard H. "Dick" Gray, and Bruce Collins, Defendants, and Kiesling, Porter, Kiesling, & Free, P.C., Relief Defendant,* in the 126th District Court of Travis County, Texas (the "Retirement Value Lawsuit").

4. I continue as the court-appointed receiver for Retirement Value and Gray's assets derived therefrom pursuant to the Agreed Temporary Injunction Order against Defendants Retirement Value LLC and Richard H. "Dick" Gray and the Relief Defendant and Order Appointing Receiver entered on May 28, 2010 (the "Agreed TI") in the Retirement Value Lawsuit.

5. Initially, the First Amended TRO and now, the Agreed TI directs me to, among other things: take control of the property, assets, books, records, and the physical premises of Retirement Value; conduct and manage the business affairs of Retirement Value; notify investor-victims; assist the State Securities Board and the Attorney General with their investigations of the Defendants' violations of the Securities Act and other laws of the State of Texas and to effect fair restitution, if possible, from the assets under my control according to a plan to be approved by the Court.

2

6.   As directed in the Agreed TI, I have completed a diligent investigation into the identity of investor-victims, the amounts they paid to Defendants Retirement Value or Gray, any amounts already paid by Defendants Retirement Value or Gray to the investor-victims, and the circumstances under which their dealings with Defendants Retirement Value or Gray arose. The results of my investigation are detailed in my Initial Report of July 28, 2010 and in my Report of April 30, 2011. Both reports have previously been filed with the Court. For convenience, I am attaching copies of each report to my affidavit (Exhibits A and B, respectively). The copy of the Initial Report attached to this affidavit does not have the exhibits attached as they are voluminous and already part of the Court's record.

7.   Retirement Value is insolvent. The market value of the assets it holds is far less than its debts. Retirement Value owes $125.1 million in debt. Almost all of this debt is owed to the investors -- $77.6 million in principal and $47.2 million in interest. It also owes about $100,000 to various vendors and other trade creditors. In addition, Retirement Value faces a claim for employment discrimination as well as other unliquidated claims. To pay these debts Retirement Value has approximately $29 million in cash and a portfolio of policies with an estimated liquidation value of $5.7 million.

8.   Retirement Value also holds claims against its members, licensees and others. It has reached tentative agreements to settle its claims against Dick Gray and Kiesling Porter. These settlements are anticipated to generate approximately $1.3 million in cash and assets. While Retirement Value remaining claims are meritorious, it is not possible to estimate their value at this time.

9.   Retirement Value had planned to repay its debt to the investors (or at least represented that it would do so) by holding the policies in its portfolio to maturity and using the

3

proceeds of the policies to pay the investors. Retirement Value's initial plan has zero chance of success. It needs approximately $42.7 million in additional reserves just to get each policy to the insured's life expectancy – the point at which the insured as a 50/50 chance of having died. As it stands currently, no policy has sufficient reserves to keep it in force until life expectancy. Most policies are significantly under-reserved and many policies either have already exhausted their reserves or will run out in just a few months.

10.     Simply holding the policies and attempting to keep them in force through maturity using only the funds reserved for each policy will not work. Even worse, attempting to do so will deplete the estate, leaving it unable to pay the investors at all. The portfolio must be either restructured or liquidated.

11.     The first option is simply to liquidate the portfolio and to pay the proceeds of the sale of the policies plus any remaining cash to the creditors. Liquidation has the virtue of being quick and relatively inexpensive. A sales process designed to maximize the sales price should take approximately six to twelve months, depending on the level of interest. The portfolio is in good shape for sale currently. Each of the policies is in force, has a current illustration and a current life expectancy calculation from a reputable source. We have already received several unsolicited expressions of interest in the portfolio and anticipate that by soliciting offers we could have a number of potential offers within a reasonable period of time. The primary expense would be the premiums necessary to keep the policies in force until sale.

12.     The downside of liquidation is that it will return relatively little value for the portfolio. The fair market value for the policies is between $4.3 million and $7.1 million. Using the middle value of $5.7 million plus the cash and other assets on hand, sale of the estate's assets would yield approximately $35 million dollars in distributable cash. With over $77 million in

4

claims, that means that the estate would only be able to return approximately 45% of each investor's initial investment to them. In effect, liquidating the portfolio locks in the loss associated with the difference between the purchase price paid by Retirement Value for the portfolio and its actuarial value.

13. How the funds will be distributed – either on a pro rata basis or on a policy by policy basis – does not impact the total return to the investors as a group from liquidation. It does, however, have a significant impact on the distribution of funds among the investors. Under a pro rata method, all investors will recover equally based on the amount invested. Under a policy by policy method, some investors will recover more than 44%; others will recover much less. Who recovers what, depends on the market value of the policies a particular investor invested in and the reserves actually maintained for that policy. Under the policy by policy method, whether an investor participated in policy PLI140 will also play a significant role as PLI140 investors would recover more than investors who did not invest in PLI140.

14. The second option is to hold the policies to maturity distributing the net proceeds after payment of premiums and other expenses to the investors. The option will take longer to pay out as it requires waiting for the policies to mature. However, it will recover significantly more than liquidation. After analyzing the Portfolio, L&E has determined that if the Receiver administers the estates' assets as single Portfolio, then the Portfolio is expected to yield $77.9 in cash for the investors at maturity, an amount sufficient to repay 100% of the amount invested. Statistically speaking, there is: (i) a 68% probability that the cash available for the investors will be between $70 million and $85 million (returning between 91% and 110% of the investors' initial investment) ; and (ii) a 95% probability that the cash available for the investors will be between $62.5 million and $92.5 million (returning between 81% and 120% of the investors'

5

initial investment) L&E Revised Valuation Report dated June 27, 2011 attached as Exhibit C to my affidavit.

15.     Under this option, all of the assets of the estate would be available to pay premiums on all of the policies in the Portfolio. When a policy matures, the proceeds of the policy will be used to pay premiums on the policies that have not matured. Since the life expectancy of each insured is a median, some of the policies should mature prior to their stated life expectancy and some will mature after their stated life expectancy. The policies that mature early will generate proceeds that the estate can use to pay the premiums for policies that have yet to mature. By using all of the available cash to pay premiums as they become due, the estate can disregard the significant and often imminent shortfalls in the reserve accounts to maintain all of the policies in force and realize their maturity.

16.     Managing the Portfolio in this manner requires significantly less cash at the onset than attempting to manage the portfolio on a policy by policy basis. Because proceeds from maturing policies can be used to pay future premiums, the estate need not reserve 100% of its future cash obligations. Instead, it can rely on statistical probabilities to determine its probable cash requirements. Based on the 100,000 scenarios modeled by L&E, Retirement Value needs only $19.9 million in cash on-hand to have adequate resources to pay premiums in 97.5% of the scenarios.

17.     An incidental benefit of a single Portfolio is an enhanced ability to manage the on-hand cash. As currently structured, the Receiver has 50 bank accounts, one for each policy's premium reserves and a cash account. Each account's cash balance must be maintained segregated, liquid and available to pay the premiums for the corresponding policy. This results in a significant amount of cash sitting idle at a financial institution. At the simplest of levels,

6

consolidating the portfolio allows for the deposits to be consolidated and deposited in various CD's with staggered terms structured to mature in accordance with the estate's cash needs. The estate could thus avail itself of the higher interest rates that are available for longer term deposits without exposing its assets to additional financial risk.

18. The hold strategy works only if Retirement Value's assets are treated as a single portfolio and managed for the proportionate benefit of all investor victims. Attempting to retain the policy by policy structure envisioned by Retirement Value and hold the policies to maturity is simply not possible. No policy has sufficient reserves to maintain the policy in force for the insured's life expectancy. Thus, each policy has less than (often, significantly less than) a 50/50 chance of maturing before the premium reserves are exhausted. If we attempted to hold the policies to maturity without consolidation, the most likely result would be that a handful of policies would mature and the remaining policies would exhaust their reserves and lapse. In other words, a few investors would recover a small portion of their investment but that most would recover nothing. If the portfolio is not consolidated so that each investor shares on a pro rata basis, the only prudent course is to liquidate.

19. To that end, I have proposed a Plan of Distribution that contains the following points:

- The investors will be paid on a pro rata basis up to the amount of their claims, as funds become available for distribution. No investor has an interest in or entitlement to the proceeds of any particular policy.

- The investors will have priority over the general creditors (e.g., trade creditors).

- Investor claims will be valued on a "net investment" basis – dollars invested less dollars received from Retirement Value. This will have a limited effect on the majority of investors but reduces the claims of investors who also happen to be licensees by the amount of the commissions received.

- I will publish a schedule of claims. Only those claimants (i) whose claims are scheduled as disputed; (ii) whose claims are not scheduled or (iii) who dispute the

7

amount or classification of their claim will need to take further action by filing a proof of claim. Proofs of claim must be filed by a bar date, to be set by the Court. The overwhelming majority of claimants will not need to do anything to preserve their claim.

- As policies mature and portfolio variables in the model become known, I will periodically review the portfolio cash reserves, and make distributions of excess cash flows, when on-hand cash exceeds the forecasted reserve requirements.

- Reserve levels will be maintained at levels equal to the necessary premium reserves calculated at the 97½ percentile in the most recent stochastic model prepared by the estate's actuaries plus a reserve for expenses and contingencies.

- There will be an initial distribution of $7.7 million payable in 2011. Further distributions will be made as excess net cash flow funds become available.

I solicited comments on the Plan of Distribution from the Intervenors and other investors as well as the State. I also posted the Plan on the Receivership website.

20. I anticipate making further distributions in the future. As maturities occur, I expect that cash on hand will exceed the reserves necessary to keep the policies in force. At those points, I will make additional distributions. The frequency and amount of future distributions will depend upon the timing of future maturities and recoveries from claims asserted by the Estate.

21. The Plan that I have proposed provides the best likelihood of paying the most money to the most investors. It treats all investors equally with no investor or group of investors prevailing over the others. It is also in line with how Retirement Value actually operated its business (as opposed to how Retirement Value represented it would do so). Retirement Value treated the policies it held as a single portfolio taking funds as needed from various reserve accounts to purchase policies unconnected to those accounts.

22. In the course of my investigation of the business affairs of Retirement Value, I personally interviewed several Retirement Value employees, including without limitation, Gray on May 6, 2010, and Wendy Rogers ("Rogers") on May 7, 2010. Further, my agents interviewed

8

several Retirement Value employees, including without limitation Carie Morales ("Morales") on May 11, 2010. I have also reviewed numerous documents and other records I or my agents found in Retirement Value's offices located at 707 N. Walnut, New Braunfels, Comal County, Texas as well as records stored on Retirement Value's computers.

23. Among the records I reviewed were QuickBooks accounting files maintained by Retirement Value and by Kiesling Porter Kiesling & Free, PC ("KPKF"), who acted as the nominal escrow agent for Retirement Value's Resale Life Insurance Policy Program ("RSLIP"). I also reviewed bank records, wire transfer instructions, payment instructions and escrow release instructions evidencing the movement of funds among the accounts maintained by KPKF on behalf of Retirement Value and the transfer of funds from KPKF to Pacific Northwest Title, which acted as the escrow agent pursuant to the policy purchase agreements between Retirement Value and James Settlement Services. I also reviewed accounting records provided by Pacific Northwest Title. All of these records have been produced to the parties. Because of the size of these records, I have summarized relevant portions of them in this affidavit.

24. In my review of these records, I identified 84 instances where Retirement Value instructed KPKF to pay for a policy using funds reserved for other policies. I also identified numerous instances where Retirement Value allowed James Settlement Services to direct Pacific Northwest to use funds directed to the purchase of one policy for the purchase of a different policy. As an example, Retirement Value sent in excess of $4 million to Pacific Northwest on account of policy PLI140-111109-DM. Of those funds, only $2.36 million was applied to that policy. In addition, there were a number of accounts at Pacific Northwest which had positive balances even after the policy had been paid in full and delivered. In other instances, Pacific

9

61

Northwest applied more to a given policy than the stated purchase price or than Retirement Value sent on account of that policy.

25. I also discovered that Retirement Value routinely directed KPKF to deliver funds to Pacific Northwest for the purchase of policies before Retirement Value had raised and received sufficient funds from investors to pay the purchase price of the policy and to maintain the promised premium reserve. In a number of instances, Retirement Value directed KPKF to deliver funds to Pacific Northwest even before Retirement Value had raised and received sufficient funds from investors to pay for the purchase price. These instructions created a risk that Retirement Value would purchase policies but be unable to establish the promised reserves to pay premiums creating a risk of default by Retirement Value on the investments tied to that policy. In most cases, these funds were released to Pacific Northwest without requiring delivery of the policies which the funds were intended to purchase.

26. In addition, my review of the records indicates Retirement Value routinely allowed Pacific Northwest to disburse funds to James Settlement Services as funds became available and without requiring delivery of the policies. Allowing the escrow agent to disburse funds without requiring the delivery of policy being purchased defeats the purpose of the escrow and leads to a risk that policies would be paid for and not delivered. As of the date I was appointed (May 5, 2010), Retirement Value was party to contracts to purchase 12 policies of insurance from James Settlement Services. At Retirement Value's instructions, KPKF had delivered $7.1 million towards the purchase of these policies; of which $6.5 million had been released to James Settlement Services without delivery of the policies.

27. In order to discover the extent of the commingling, I directed that my agents examine the payment instructions provided by Retirement Value to KPKF and the corresponding

10

payment instructions from KPKF to Pacific Northwest. An example of these instructions is attached as Exhibit D to my affidavit. My agents reviewed the payment instructions relating to the reserve accounts for policies PLI140-111109-DM, LFG740-071509-RL and AXA091-012110-PC. They have summarized the disbursements made to purchase policies from those accounts in a Summary of Reserve Disbursements, which is attached as Exhibit E to my affidavit. This analysis reveals that it is not possible to trace the investment by any particular investor to the purchase of any particular policy.

28. According to Retirement Value's records, it paid $4,290,000 to purchase policy PLI140-111109-DM. KPKF disbursed $3,290,000 from various reserve accounts to Pacific Northwest to purchase the policy. Summary of Reserve Disbursements at 1. Retirement Value separately sent $1,000,000 from its operating account to Pacific Northwest on account of policy PLI140. The purchase price for PLI140, according to the purchase agreement between Retirement Value and James Settlement, was only $2,360,000. Records provided by Pacific Northwest, confirm that $2,360,000 was applied to the PLI140 policy – leaving $1,930,000 "paid" on behalf of PLI140 but actually used to purchase other policies. From the records available to me, I cannot determine which of the funds sent to Pacific Northwest to purchase the PLI140 policy were actually used for that purpose.

29. Of the funds sent to Pacific Northwest to purchase the PLI140 policy, only 18.2% came from the appropriate account. The remaining 81.8% came from Retirement Value's operating account and from thirteen different reserve accounts. *Id.* Instead of using the funds in the PLI140 reserve account to buy that policy, Retirement Value used them to purchase other policies. KPKF's records reflect that it disbursed $2,205,507 from the PLI140 reserve account

11

for the purchase of policies. Of these funds, $779,967 went towards the purchase of policy PLI140 and $1,425,540 went towards the purchase of other policies. *Id.* at 2

30. According to the purchase agreement between Retirement Value and James Settlement Services, the purchase price for LFG740-071509-RL was $1,040,000. However, both the records provided by Pacific Northwest and by KPKF show that $1,250,000 was paid for the policy. The records available to me do not explain the $210,000 discrepancy between the purchase price (as set by the purchase agreement) and the amount actually paid for policy LFG740. Of the $1,250,000 paid for the policy, only $10,000 (0.8%) came from the reserve account dedicated to policy LFG740. The remaining $1,240,000 (99.2%) came from fifteen other reserve accounts. *Id.* at 5. Kiesling Porter disbursed $387,000 from the LFG740 reserve account to Pacific Northwest for the purchase of policies. Of that, only $10,000 went towards the purchase of LFG740. The remainder was used to purchase three other policies. *Id.* at 6.

31. According to the purchase agreement between Retirement Value and James Settlement Services, the purchase price for policy AXA091-012110-PC was $1,300,000. Of the $1,300,000 paid for the policy, only $222,101 (17.1%) came from the reserve account dedicated to policy AXA091. The remaining $1,077,899 (82.9%) came from eight other reserve accounts. *Id.* at 3. KPKF disbursed $1,359,904 from the AXA091 reserve account for the purchase of policies. Of that, $222,101 went to purchase policy AXA091 and the remaining $1,137,803 was used to purchase twelve other policies. *Id.* at 4.

32. Based on the results of the review of the three accounts (PLI140-111109-DM, LFG740-071509-RL and AXA091-012110-PC), the documentary evidence of pervasive commingling throughout the life of Retirement Value and Dick Gray's testimony that Retirement

12

Value commingled funds from the beginning of its operations, I determined that further analysis of the reserve accounts would not yield different or better information.

33. The mishandling of the reserve accounts described above caused Retirement Value to have less in reserve than it promised as part of the RSLIP. According to the RSLIP documents, Retirement Value agreed to maintain sufficient reserves to pay premiums on the policies it acquired for the life expectancy of the insured (as calculated by Midwest Medical Review) plus 24 months. As of May 5, 2010, the reserve accounts for the fully subscribed policies on a net basis were short by $272,159.87. Some of the reserve accounts on the fully subscribed policies had more than the required amount while others had less than the required amount. When the reserve accounts for the policies that were not fully subscribed are included, the total reserves are short by $14.2 million from the LE+24 level promised by Retirement Value. Taking into account reserves allocated for policies not acquired and for $2.6 million of investor money that was never placed into reserve accounts, the total reserve shortfall (from the LE + 24 level) is approximately $3 million. I have attached my calculations of the reserve shortfalls as F to my affidavit.

34. Retirement Value's use of unreasonably short life expectancy calculations caused additional shortfalls in the necessary premium reserves. In the course of its investigation, the State obtained life expectancy calculations by 21st Services and AVS Underwriting, LLC on many of the persons insured under policies owned by Retirement Value. Comparison of their calculations to those by Midwest Medical show that the life expectancies calculated by 21st and AVS, on the same individuals generated at or about the same time, were about 2½ times as long. Due to the questions raised by the State and to obtain the best possible information, the Receiver obtained his own life expectancy calculations from Insurance Strategies Services, LLC ("ISC"),

13

another major provider of life expectancy calculations. These calculations were based on the most current medical information available from the insureds and their doctors. The ISC life expectancy calculations are comparable to those of AVS and 21st and more than twice as long as the median calculations provided by Midwest Medical. The chart below summarizes the results from Midwest Medical, 21st Services, AVS and ISC.

| | Midwest Medical | | 21st | AVS | ISC |
|---|---|---|---|---|---|
| | (50%) | (85%) | (50%) | (50%) | (50%) |
| Portfolio Only Data | 49 | 48 | 38 | 49 | 48 |
| Average LE | | | | | |
| (in months) | 52.43 | 83.69 | 121.03 | 134.67 | 123.98 |
| %MM (50%) | - | 160% | 231% | 257% | 236% |

Because the ISC life expectancy results are comparable to those of AVS and 21st and because of the good reputation enjoyed by ISC, my actuarial consultants and I are comfortable that ISC's calculations fairly estimate the life expectancies of the insureds.

35. Retirement Value reserved too little money to pay premiums because it relied on life expectancy calculations that were too short. Because the insureds' life expectancies are more than twice as long as originally represented, I will need to pay premiums for a longer period of time that anticipated. In addition, the premiums that I will have to pay are higher than originally anticipated because the premiums necessary to keep a policy in force increase as the insured ages. As a result, Retirement Value did not reserve sufficient funds to pay premiums.

36. To better understand the magnitude of the reserve shortfall, I had my actuaries, L&E, determine how much money would be needed to maintain each policy in force until the life expectancy of the insured. Using information provided by the insurance companies, L&E was able to estimate the cost of maintaining the insurance in force for the insureds' life expectancy. It estimates the cost of maintaining the 48 remaining policies in force during the

14

insured's life expectancy will be approximately $58 million from February 28, 2011 onward. The reserves set aside for those policies originally were only $15.3 million.[1]

37.    In addition to computing the total reserve required to maintain each policy through the insureds' life expectancy, L&E also calculated how long each premium reserve account would be expected to last using the anticipated premium cost for the applicable policy. Not a single policy has sufficient reserves to maintain the policy in force for the insured's life expectancy. In other words, each policy has less than a 50/50 chance of maturing before its premium reserves are exhausted.

38.    I have also reviewed the insurance policies owned by Retirement Value, records provided by the insurance companies as well as the change of beneficiary forms executed in connection with those policies. No investor is or was named a beneficiary, much less an irrevocable co-beneficiary, on any of the policies owned by Retirement Value. The sole beneficiary was KPKF. I have seen no indication on any of the documents that I have reviewed that KPKF was named an irrevocable beneficiary on any policy owned by Retirement Value. In every instance in which the insurance company identified the nature of KPKF's beneficiary designation, the insurance company noted that KPKF was a revocable beneficiary.

39.    Attached as Exhibits G, H, I, J and K are true and correct copies of documents that are kept by Retirement Value in the regular course of its business, and such records are made at the time of the acts, transactions, occurrences and/or events reflected in the records, or within a reasonable time thereafter, by someone with personal knowledge of such acts, transactions, occurrences and or events.

---

[1] These are the reserves allocated to specific policies. This figure does not include funds by the Receiver that are not dedicated to any particular policy or funds received in connection with the maturity of policy PLI140-111109-DM.

15

**FURTHER AFFIANT SAYETH NOT.**

_Eduardo S. Espinosa_ (signature)

Eduardo S. Espinosa

SUBSCRIBED AND SWORN TO BEFORE ME this 27th day of July 2011.

_Patricia Wilkerson_ (signature)

Notary Public

PATRICIA WILKERSON
Notary Public
State of Texas
My Comm. Expires 04-20-2014

16

**TAB 2**

# Initial Report

## Of

## Eduardo S. Espinosa, Temporary Receiver

## For

## Retirement Value, LLC
### A Texas limited liability company

## As of
## July 28, 2010

Issued in connection with
that certain matter pending before the
126th District Court of Travis County, Texas,
Cause Number D-1-GV-10-000454

I.      Background and Status of the State's Suit ..................................................................... 1

II.     The Appointment of the Receiver ................................................................................... 2

III.    The Receiver's Investigation .......................................................................................... 3

        A.      Nature of the Investment ................................................................................... 4

        B.      Use of Investor Funds by Retirement Value .................................................... 5

        C.      Fraud in the Sale of Investments ...................................................................... 7

                1.      The Investors Are Not Irrevocable Co-Beneficiaries ........................... 8

                2.      Investor Funds Were Not Held in Escrow ............................................ 8

                3.      Retirement Value Overstated the Likely Return from the Investments
                        and Understated the Likely Risks ....................................................... 11

                4.      Retirement Value failed to disclose the risk of regulatory action. ............ 19

                5.      Other Issues ........................................................................................ 19

IV.     Actions to Preserve and Protect the Estate .................................................................. 20

        A.      Cash and cash equivalents ............................................................................... 21

        B.      Policies ............................................................................................................ 22

        C.      Professional Advisors ...................................................................................... 23

                1.      Asset Servicing Group. ....................................................................... 23

                2.      Lewis & Ellis ...................................................................................... 24

                3.      BKD LLP. ............................................................................................ 25

        D.      Issues Confronting the Portfolio's Administration ......................................... 25

                1.      Portfolio Value. .................................................................................. 25

                2.      Insufficient Premium Reserves. ......................................................... 26

                3.      The portfolio structure ........................................................................ 27

V.      Conclusions .................................................................................................................. 28

i

71

## INITIAL REPORT OF EDUARDO S. ESPINOSA, TEMPORARY RECEIVER FOR RETIREMENT VALUE, LLC

On May 5, 2010, the 126th Judicial District Court of Travis County, Texas (the "Court") appointed Eduardo S. Espinosa as the temporary receiver for Retirement Value, LLC, a Texas limited liability company. Since then, my team and I have been engaged in: (a) gathering and preserving Retirement Value's assets; (b) investigating claims against Retirement Value by investors and others; and (c) investigating Retirement Value's potential claims against its principals and other participants in its Re-Sale Life Insurance Policy Program. We have also spoken or corresponded with many of the investors. However, because there are more than 900 investors, it is not possible for us to communicate with each investor, individually. This report updates the investors, the Court and the public as to the status of the Receivership.

### I. Background and Status of the State's Suit

On May 5, 2010, the State of Texas filed suit against Retirement Value, Gray and Collins alleging that they were selling unregistered securities, engaging in securities fraud and violating the Texas Deceptive Trade Practices Act. Among other things, the State sought the appointment of a receiver for Retirement Value, the issuance of temporary and permanent injunctions against the defendants and restitution for the losses suffered by investors. The State subsequently amended its suit to include Wendy Rogers as a defendant, and to seek a receivership over Hill Country Funding, LLC, a Texas limited liability company ("HCF-TX"), and Hill Country Funding, LLC, a Nevada limited liability company ("HCF-NV"), each a Retirement Value affiliate.

On May 28, 2010, the Court entered, by agreement of the parties, a temporary injunction against Gray and Retirement Value and continued the Receiver's appointment. The temporary

-1-

72

injunction and the receivership will remain in place until the end of the trial of this matter, which is currently scheduled for February 28, 2011.

Bruce Collins has agreed to the entry of a permanent injunction which the Court entered on June 17, 2010. He has also entered into a settlement with the Receiver under which Collins transferred approximately $319,000 in cash and other assets to the Receiver. On June 17, 2010, the Court approved the settlement between Collins and the Receiver.

## II. The Appointment of the Receiver

Whenever there are allegations of fraud in an investment context, particularly if there are assets remaining in the estate, the State will usually seek the appointment of a receiver to preserve the assets and protect them from being dissipated by the individuals accused of fraud. The Receiver's duties include: (a) collecting and preserving the receivership assets; (b) notifying the investor-victims of these proceedings; (c) attempting to effect fair restitution to the investor-victims based on a plan to be approved by the court; and (d) assisting the State in its investigation of the Defendants and those who dealt with them.

The Receiver has retained the law firm of K&L Gates, LLP to represent him in connection with this case, to assist him in the performance of his duties and to prosecute or defend litigation on behalf of Retirement Value. The Receiver is a partner in K&L Gates. He has also retained the following professionals:

- BKD, LLC to act as the Receiver's accountants and to prepare the Receivership's books and records;

- Asset Servicing Group to act as a portfolio manager for Retirement Value's policies and to advise the Receiver on how to maximize the policies' value; and

- Lewis & Ellis to provide actuarial consulting as to the portfolio's value and the funds necessary to keep the policies in force.

-2-

73

The fees of the Receiver, K&L Gates and the other professionals employed by the Receiver are subject to the approval of the Court.

## III. The Receiver's Investigation

Once appointed, the Receiver instituted an investigation into the business and assets of Retirement Value and its affiliates. The investigation is intended to: (1) determine Retirement Value's current status and to assess the investors' claims against it; (2) identify, gather and protect any assets belonging to Retirement Value; and (3) to uncover and prosecute viable claims against members, officers, licensees and others who have done business with Retirement Value.

The investigation, although well under way, is not complete. To date, we have interviewed most of Retirement Value's employees, including Dick Gray, Wendy Rogers and Bruce Collins as well as key employees of Kiesling Porter. We have also spoken with many investors and licensees to gain their perspectives on the investment offered by Retirement Value. In addition, we have spoken with representatives of each bank known to have done business with Retirement Value as well as representatives of the insurance companies which have issued policies owned by Retirement Value. We have also spoken with Ron James of James Settlement Services, which sold the policies to Retirement Value.

We have searched Retirement Value's offices for the purpose of gathering and examining records relating to the operations of Retirement Value. We have also obtained and reviewed the accounting records maintained by Retirement Value and Kiesling Porter as well as banking and other financial records. In addition, we have gathered some 236 gigabytes of data (if printed, that would be roughly about 14 million pages of information) from Retirement Value's computers. In addition, we have obtained access to substantial additional Retirement Value data stored by various vendors. With the assistance of the Texas Department of Insurance, we have

-3-

74

also gathered additional documents and records from the insurance companies. We have also reviewed recordings of Retirement Value's monthly sales meetings and calls with licensees.

As a result of the investigation, we have been able to reach certain preliminary conclusions as to the business conduct of Retirement Value.

## A. Nature of the Investment

From April 2009 through March 29, 2010, Retirement Value raised approximately $77 million from more than 900 investors through the sale of investments in its Re-Sale Life Insurance Policy Program.

Each of the investments was structured as a loan to Retirement Value, whereby the investors provided Retirement Value with funds in exchange for Retirement Value's promise to pay a fixed sum of money at an undetermined date in the future. The amount that Retirement Value agreed to pay was tied to the calculated life expectancy of insureds under life insurance policies purportedly owned by Retirement Value. In all instances, Retirement Value agreed to pay a return of 16.5% simple interest per year for the insured's calculated life expectancy. Thus, Retirement Value would pay $18,800 on a $10,000 investment in a policy where the insured had a calculated life expectancy of 64 months. The date on which the insured under the policy died set the date that the investment matured and when Retirement Value would be required to repay the loan. The loan's maturity date did not affect the amount of money that Retirement Value was obligated to pay the investor, except that investors were entitled to a return of unused premiums, if any. Each investor was allowed to select a life insurance policy or policies to which to tie his or her investment from a rotating portfolio of ten policies maintained by Retirement Value. Investor Agreement – Qualified (Exh. A-1); Investor Agreement – Non-Qualified (Exh. A-2).[1]

---

[1] The exhibits to this report are contained in the Appendix to the Initial Report.

-4-

## B.  Use of Investor Funds by Retirement Value

Retirement Value used funds received from investors to purchase insurance policies, to set up premium reserves, to pay administrative costs, including commissions to its licensees, fees payable to Kiesling Porter and to fund its operations.  The amount of the premium reserve for a given policy was calculated by Retirement Value based on: (i) the life expectancy of the insured, as calculated by Midwest Medical, plus 24 months; and (ii) a schedule of estimated premiums provided by the seller of the policies, James Settlement Services, LLC.[2]  Retirement Value paid Kiesling Porter a fee equal to 1% of the face value of each policy and the licensees a commission of no less than 16% of the money invested.  Any money not allocated towards purchasing the policies, establishing premium reserves or paying administrative costs was immediately released by Kiesling Porter to Retirement Value.

All money paid by investors was received by and held in accounts administered by Kiesling Porter.  On any given investment, after funds cleared and the 10-day free look period expired,[3] Retirement Value would instruct Kiesling Porter as to the distribution of the funds.  Based on instructions received from Retirement Value, Kiesling distributed money to the licensees involved in the particular investment, to Retirement Value's operating account and to itself as payment for its fee.  The remaining funds were placed in sub-accounts dedicated to the particular policies in which the investor invested.

As of May 5, 2010 – the date that the TRO was entered, Retirement Value had distributed the following amounts:

---

[2] This schedule was an estimate.  It did not reflect the premiums actually due on the policies or ultimately paid by Retirement Value.

[3] The 10 day free look commenced running upon Kiesling Porter's receipt of executed documents or funds from the investor, whichever came first.  Accordingly, the 10 day free look period often ran contemporaneously with the funds clearing process.

76

| Recipient | Amount |
|---|---|
| James Settlement Services, LLC (via Pacific Northwest Title) | $27,939,063.00 |
| Retirement Value, LLC Operating | $10,251,508.49 |
| Kiesling, Porter, Kiesling & Free PC | $1,275,666.48 |
| Licensees | $12,796,389.76 |

KPKF Accounting Record Excerpts – Vendor Distributions (Exh. B). Retirement Value used the remaining funds to pay premiums and to fund the premium reserve accounts. There are approximately $23 million remaining in the various reserve accounts.

The Defendants or members of their immediate families received the following amounts from Retirement Value prior to the issuance of the TRO:

| Dick and Catherine Gray | | | Wendy Rogers | |
|---|---|---|---|---|
| Dividends (10/6/09 to 3/5/10) | $2,139,000 | | Dividends (10/6/09 to 3/5/10) | $688,000 |
| 2010 Tax Prepayment | 599,200 | | 2010 Tax Prepayment | 149,800 |
| Dick Gray salary (2009-10) | 210,574 | | Wendy Rogers salary (2009-10) | 133,693 |
| C Gray (2009-10) | 45,833 | | Wendy Rogers, Licensee | 12,300 |
| Dick Gray, Licensee | 13,400 | | | |
| Total | $3,008,007 | | Total | $983,793 |
| Bruce Collins | | | David and Elizabeth Gray | |
| Honorarium as COO | $75,000 | | Buyout Agreement (2010) | $231,155 |
| B Collins, Licensee | 43,390 | | Dividends (2009) | 579,307 |
| Collins Marketing, Licensee | 469,799 | | | |
| Total | $588,189 | | Total | $810,462 |

RV & KPKF Accounting Record Excerpts – Insiders (Exh.C).

Retirement Value also diverted over $1 million to HCF-TX, a company owned and controlled by Dick and Catherine Gray. In a series of transactions occurring in February and March of 2010, Retirement Value and HCF-TX transferred significant sums of money between

---

[4] David Gray is the brother of Dick Gray and a former member (owner) of Retirement Value. Elizabeth Gray is David Gray's wife.

-6-

them. The net result of these transactions was the transfer of $1,150,000 from Retirement Value to HCF-TX. RV Accounting Record Excerpts – RV to HCF (Exh. D). Dick Gray explained these transfers as money that he intended to use to reimburse previous investors whom he had convinced to invest in a Ponzi scheme operated by Secure Investment Services, Inc.

On March 30, 2010 – the day that the Texas State Securities Board served its emergency cease and desist order on Retirement Value, Dick Gray obtained a cashier's check drawn on the HCF-TX account at First Commercial Bank in the amount of $1,075,000[5] and withdrew all of the funds remaining in Retirement Value's bank account ($342,000). He deposited these funds into an account at JP Morgan Chase in the name of Special Acquisitions, Inc., a Texas corporation ("Special Acquisitions"). *Id.* Special Acquisitions was formed on March 30, 2010 by Carie Morales, a part-time employee of Retirement Value and a long-time friend of Wendy Rogers. According to state records and the statements of Ms. Morales and Ms. Rogers, Carie Morales was Special Acquisitions' sole owner, officer and director. Special Acquisitions Formation Records (Exh. E). The signatories on the Special Acquisitions account at JP Morgan Chase were Ms. Rogers and Ms. Morales.

Gray and Rogers intentionally created a corporation, in which the public record did not reflect them as having any interest in; to hide Retirement Value's remaining assets from the State as it continued its investigation. The Receiver discovered this account during the search of Retirement Value's offices on May 5 and immediately took steps to seize these funds

C.    Fraud in the Sale of Investments

The investigation to date has uncovered substantial evidence of fraud in the sale of investments by Retirement Value and its licensees in the Re-Sale Life Insurance Policy Program.

_____

[5] This money is directly traceable to the $1,150,000 transferred from Retirement Value.

-7-

78

This fraud covers most aspects of the program from the structure of the investment, the protections offered to the investors to the potential return and risks of the investment. Material misstatements and omissions were made to the investors regarding the Re-Sale Life Insurance Policy Program, denying them the opportunity to make an informed investment decision. Quite simply, the investors have not received the investment that they were promised.

### 1. The Investors Are Not Irrevocable Co-Beneficiaries

The investors were promised that they would be "irrevocable co-beneficiaries" in the policies associated with their investments. RV Marketing Materials (Exh. F) at F-1, p.3, F-2, p.3, F-5, p.4, F-6, p.7. Kiesling Porter was the only named beneficiary under the policies. It, however, owed no contractual duty to the investors and was, itself, merely a revocable beneficiary. In short, the investors have no contractual interest in or lien on the proceeds of the policies. And, Retirement Value had no contractual obligation to maintain the policies, particularly beyond the calculated life expectancy plus 24 months.

### 2. Investor Funds Were Not Held in Escrow

The "escrow accounts" into which the investor's money was deposited were not true escrows. Retirement Value and its licensees[6] represented that all investor funds would be deposited in "escrow accounts" that would be managed by Kiesling Porter in its role as an "independent escrow agent" and that Retirement Value would not receive or handle investor money. *Id.* at F-1, p.2, 5, F-2, p.2, 5. In addition, Retirement Value represented that funds would be placed in sub-accounts tied to each policy owned by Retirement Value. Retirement Value described Kiesling Porter's role as "your Third Party Fiduciary," which would assure the

---

[6] According to Dick Gray and corroborated by records reviewed in the investigation, Retirement Value approved the promotional materials used by the licensees and created some materials for use by the licensees.

-8-

safe-keeping of investor money. *Id.* at F-6, p.8. Retirement Value made numerous comments about the role of Kiesling Porter as the "protector" of the investor's funds. *Id.* at F-1, p.5, F-2, p.5. For example, at the July 2009 licensee meeting, Dick Gray described Kiesling Porter's role as "representing the money and protecting the money and protecting you from us in a sense." July 2009 Meeting, Disk 2; Transcript (Exh. G) at 2. Although Brent Free of Kiesling Porter was present, he did not contradict this statement. Later at the July 2009 meeting, Free described Kiesling Porter's role, "Our job is to safe guard the money and as the anti drug campaign used to say 'just say no.' ... Our job as escrow agents is...as I said is to make sure the money is safe " *Id.* at 9.[7]

These statements significantly misstate the role of Kiesling Porter and the nature of the premium reserve accounts. First, the funds loaned to Retirement Value by the investors were not held in escrow and Kiesling Porter did not act as an escrow agent. An escrow agreement requires at least three parties – the two parties to the transaction and the escrow agent. Further, to create an escrow, the depositor – in this case, Retirement Value – must make an irrevocable deposit with the escrow agent and cede all control over the escrowed funds to the escrow agent. The escrow agent owes fiduciary duties to both parties to release the escrowed property only upon the occurrence of the conditions set forth in the escrow agreement.

The "master escrow agreement" between Kiesling Porter and Retirement Value does not satisfy this test. The only parties to the agreement were Kiesling Porter and Retirement Value. Master Escrow Agreement (Exh. H) at ¶ 23 Further, Kiesling Porter agreed to "disburse funds as directed by Retirement [Value]" and that its liability was limited to transferring funds into sub-

---

[7] At this point, Free also vouched for Gray, Retirement Value and the Program. *See* July 2009 Meeting, Disk 2 (Transcript at 8)("[W]hen we talked with Dick about this about a year ago he explained what it was and we did as much research as we could and we felt very comfortable with him in the whole process.").

accounts "as directed by Retirement [Value];" paying premiums "upon written instruction by Retirement [Value];" and "disbursement of re-sale life insurance proceeds upon death of insured in accordance with written instruction from Retirement [Value]." Master Escrow Agreement at ¶¶ 6, 8. In other words, Kiesling Porter acted only as the agent of Retirement Value. And, far from acting as the investors' "Third Party Fiduciary," Kiesling Porter expressly disavowed any duties to the investors.

> This Agreement is solely between Retirement [Value] and Kiesling [Porter]. Neither Participants investing funds nor Licensees are intended to be nor shall they be a party to this Agreement or a third-party beneficiary of this Agreement. Kiesling [Porter] has no responsibility, obligations or duties to such Participants and will have no contact with Participants other than the receipt of funds and transfer of such funds as directed by Retirement [Value].

Master Escrow Agreement at ¶ 23 (emphasis added).

Second, Retirement Value (with the acquiescence of Kiesling Porter) repeatedly commingled the funds held in the sub-accounts. Retirement Value routinely directed Kiesling Porter to take funds out of a sub-account dedicated to one policy to pay the purchase price owed to James Settlement Services on a second policy. As an example on March 25, 2010, Retirement Value directed Kiesling Porter to pay $552,384 towards the purchase of policy AVL180-030510-MR[8] but to take the funds from the sub-accounts for the following policies:

| From the account for policy | Amount |
| --- | --- |
| AXA091-012110-PC | $ 61,878 |
| AXA335-022410-PS | $ 54,235 |
| AVL180-030510-MR | $136,045 |
| LFG735-030510-AS | $ 53,300 |
| LFG311-031210-HM | $ 96,450 |
| AXA036-031610-PC | $ 26,817 |
| JHL633-031210-CT | $123,659 |
| **Total** | **$552,384** |

---

[8] To preserve the insureds' privacy, we are using the policy codes used by Retirement Value to sell the investments.

Only $136,045 of the payment for the AVL180-030510-MR policy came from the correct sub-account. The remaining $416,339 came from accounts that were to be set aside solely to pay expenses related to other policies. Kiesling Porter followed these instructions, without comment. Copies of Retirement Value's instructions to Kiesling Porter and Kiesling Porter's transmittal to Pacific Northwest, redacted to protect the underlying insured privacy, are attached hereto as Exhibits I-1 and I-2, respectively. Retirement Value directed Kiesling Porter to commingle funds in this manner on at least 50 separate occasions from November 2009 through March 2010.

As a result of the frequent use of funds dedicated to one policy to pay expenses related to a second policy, Kiesling Porter was required to "re-balance" the sub-accounts from time to time. KPKF Accounting Record Excerpts – Rebalancing (Exh. J). As of the date of the TRO, some sub-accounts were over funded in relation to what is expected to be in those accounts while many others are under funded by that measure.[9] Premium Reserve Calculation (Exh. K).

In short, investors were led to believe that Kiesling Porter had custody and control over their funds and that Retirement Value "never touched the money." In reality, Retirement Value at all times maintained control over the funds.

### 3. Retirement Value Overstated the Likely Return from the Investments and Understated the Likely Risks

When selling the investment, Retirement Value provided the investors with charts showing the return on an investment in a given policy over time. As an example, the "Client Participation Example and Base Line Targeted Income During Ten Years" Chart for policy PLI140-111109-DM, is attached hereto as Exhibit L-1. The chart represented that the policy had

---

[9] This is an entirely separate issue from the under funding of all accounts due to the miscalculation of life expectancies by Midwest Medical and the underestimation of premiums due on the policies when setting the original reserve amounts.

-11-

a face value of $10,000,000 with an annual premium of $399,702 and that the insured's life expectancy was 38 months. An investment of $10,000 would have a base line return of $15,225. Assuming that the insured died at month 38,[10] the investment would return $16,442 representing the base line return of $15,225 plus unused premiums of $1,217 for an annualized return of 18.41%. If the insured survived to LE+24 or 62 months, the investment would return $15,225 for an annualized return of 9.50%.

The chart also reflects Retirement Value's predictions for the investment's performance beyond LE +24. In making this prediction, Retirement Value assumed that the investors would respond to premium calls in accordance with their agreements. In the chart, Retirement Value represented that each investor would be required to pay an annual premium of $608.55 per $10,000 invested in the policy.

In connection with the use of these charts, Retirement Value made a number of misrepresentations. First, Retirement Value misrepresented the likelihood that an insured would survive beyond LE+24. Second, it misrepresented the premium cost that each investor would be expected to incur if the insured survived beyond  Third, Retirement Value misrepresented the risk to the investor if the insured survived beyond LE+24.

a.   *Life Expectancy Calculations*

The insured's life expectancy is a key component of the value of a life insurance policy and of the likelihood of success in the Re-Sale Life Insurance Program. If the insured lives more than 24 months longer than his or her calculated life expectancy, then the premium reserves would be exhausted and the investors would be required to pay future premium costs.

---

[10] Retirement Value's projections assume that the investment in a given policy would be made on the date of the life expectancy certificate provided by Midwest Medical.

-12-

Retirement Value significantly misrepresented the insureds' likelihood of outliving their calculated life expectancy. In its written materials, Retirement Value represented that "90% of policies mature at or before projected LE" and that "95% of policies mature at or before LE plus 12 months." Marketing Materials (Exh. F) at F-1, pp. 8,10. In other materials, Retirement Value represented that Midwest Medical was "accurate 95% of the time to LE" and had "98.5% accuracy within 12 months after expected LE." *Id.* at F-6, p.11. In conversations with the undercover investigator for the State Securities Board, Dick Gray represented that 95% of the insureds would die within 24 months of the life expectancy calculated by Retirement Value. Transcript of "Cody Walker" Call (Exh. M) at 6. All in all, Retirement Value strove to and succeeded in creating an impression that it was a very low risk (1.5% to 5%) that the insureds would outlive the premium reserve.

Retirement Value's representations as to this risk are wholly false. The life expectancy calculation used by Retirement Value and presented to the investors was Midwest Medical's calculation of the insured's median life expectancy. It is the point at which 50% of the people who are statistically similar to the insured are expected to have died and 50% are expected to remain alive. Thus, even if Midwest Medical was 100% accurate in its calculations (which it was not), there was at best a 50% likelihood that the insured would die at or before his or her life expectancy.

Retirement Value did not disclose, and in fact hid, its use of a median life expectancy from the investors. As a general matter, Retirement Value did not provide investors with copies of the life expectancy certificates when the investors made their investment decisions. Instead, it simply stated a life expectancy without disclosing that it was a median or explaining what that meant. After the investor's 10-day free look period expired, Retirement Value purported to

-13-

provide the life expectancy certificates for the policies in which an investor invested. However, in many cases, Retirement Value provided only the first two pages of the three-page life expectancy certificate provided by Midwest Medical.[11] The first two pages contain a narrative of the insured's health and a statement of the life expectancy. On the third page (the page often hidden by Retirement Value), Midwest Medical provided its statistical analysis. This analysis discloses that the life expectancy shown on the first two pages was a median. It also discloses a life expectancy at an 85% confidence level (i.e., the point at which 85% of the people like the insured are expected to have died). On average Midwest Medical's 85% life expectancy was just over LE+30. In other words, Retirement Value's assertion that there was a 95%-98.5% probability that the insured would pass away within LE+24 is contradicted by the Midwest Medical life expectancy certificates in its possession, which estimate the probability of death prior to LE+30 at less than 85%.

Even if RV had not misrepresented them, Midwest Medical's life expectancy calculations are unreliable. Midwest Medical has a very poor reputation and a history of regulatory problems. Its owner, George Kindness, is a convicted felon. He and Midwest Medical's predecessor, AmScot Medical, were accused of falsifying life expectancy calculations as part of fraudulent schemes to sell life insurance policies to investors. Retirement Value was aware of these issues with Midwest Medical and failed to disclose them to investors. Moreover, Retirement Value knew that Midwest Medical's life expectancy calculations were shorter than those provided by more reputable companies. When Dick Gray and Jeremy Gray were interviewed, they told the Receiver those life expectancy calculations provided by better known

---

[11] The Life Expectancy Certificate for policy AGL73L-031909-WK (Exh. N) is attached as an example.

life expectancy providers (such as AVS and Fasano) were at least 180% longer than those provided by Midwest Medical.

In the course of its investigation, the State of Texas obtained life expectancy calculations by 21st Services and AVS Underwriting, LLC on many of the persons insured under policies owned by Retirement Value. Comparison of their calculations to those by Midwest Medical show that the life expectancies calculated by 21st and AVS, on the same individuals generated at or about the same time, were about 2½ times as long. To further illustrate the disparity between Midwest Medical and the more reputable providers, we compared Midwest Medicals 85% life expectancy certificates with 21st and AVS median life expectancies for the same individuals. As you can see from the table below,[12] even the average of Midwest Medical's 85% calculations is significantly below the average of the median life expectancies provided by the more reputable providers.

|  | Midwest Medical (50%) | Midwest Medical (85%) | 21st (50%) | AVS (50%) |
|---|---|---|---|---|
| All data points | 53 | 52 | 40 | 52 |
| Average LE | 52.42 | 83.83 | 120.85 | 133.77 |
| Data points in Common | 40 | 39 | 40 | 40 |
| Average LE (in months) | 52.55 | 83.69 | 120.85 | 134.65 |
| % MM (50%) | - | 159% | 230% | 256% |
| % MM (85%) | - | - | 144% | 161% |

Attached as Exhibit L-2, is a modified version of Retirement Value's "Client Participation Example and Base Line Targeted Income During Ten Years" chart for policy PLI140-111109-DM. It is modified to superimpose 21st Services' and AVS's median life expectancies (and 21st Services 85% calculation) and to reflect the anticipated effect of a more reliable but longer life expectancy on the underlying investment. In this instance, the insured's

_____

[12] The underlying data is shown on Exhibit O.

-15-

median life expectancy extends well beyond the 38 months reported by Midwest Medical or the 62 months of LE+24. In fact the insured's median life expectancy exceeds Retirement Value's LE+24 by 4-5 years. Thus, there is a significant probability (more then 50%) that the insured will live beyond LE+24 and that the investors would have to cover significant premiums for many years beyond LE+24. Failure to do so is not only a default for that investor, but places at risk the other investors who participated in that policy. *See*: Section III.C.3.c, below.

In addition, the State obtained a report by HMH Consulting on Midwest Medical's performance as an estimator of life expectancies. This report showed that Midwest Medical's Actual to Expected Performance to be 42%.[13] HMH reviewed 14,528 the life expectancy certificates issued by Midwest Medical. Based on Midwest Medical's predictions, HMH expected to observe that 3,319 subjects had died as of the study's effective date. Actually, only 1,395 people had died. As a general standard, a life expectancy underwriter's actual to expected performance should be between 90% (too short) and 110% (too long), with 100% considered perfect. As an example, 21st Services reports that an independent auditor calculated its actual to expected performance at 98.1%. 21st Services Press Release (Exh. P).

Further, Retirement Value misrepresented where it obtained life expectancy calculations and how it used them. Retirement Value represented in writing and in oral communications with potential investors that it used the longest of three independent life expectancy calculations. Marketing Materials (Exh. F) at F-1, p.2; Transcript of "Cody Walker" Call (Exh. M) at 5. Retirement Value did not in fact obtain any life expectancy calculation, but rather relied exclusively on Midwest Medical's certificate which was provided by James Settlement Services.

---

[13] When describing the HMH Report to the TSSB's undercover investigator, Dick Gray misrepresented that Hess concluded that Midwest Medical's actual to expected performance was 92%. Transcript of "Cody Walker" Call (Exh. M) at 4

Contrary to its representations, Retirement Value did not obtain any life expectancy calculations and clearly did not use the longest of three calculations.

b.    *Premium Cost*

Retirement Value disclosed that if the underlying insured survived LE+24, each investor would have to cover its pro rata portion of the premiums.  However, as previously mentioned, Retirement Value falsely led investors to expect that there was only a 1.5%-5% chance that an insured would survive beyond LE+24.  Moreover, Retirement Value also misrepresented the cost of maintaining the policy in force after the premium reserves expired at LE+24.  Client Participation Example (Exh. L-1).  In its projections to investors, Retirement Value represented that the premiums paid by the investors after the expiration of LE+24 would be the same as the premiums paid prior to LE+24.  This representation was false.  In a universal life policy, which is the only type of policy that Retirement Value purchased, the cost of insurance – the amount of money that must be paid each month to keep the policy in force – rises each year.  As the underlying insured ages, this increase in cost of insurance increases dramatically.

When an insurance company sells a universal life policy, it typical sets a planned premium.  The planned premium is substantially larger than the amount of money required to keep the policy in force initially.  The excess cash is deposited with the insurance company and earns interest.  In later years when the cost of insurance exceeds the planned premium, there should be sufficient cash value in the policy to pay the difference between the planned premium and the cost of maintaining the policy.

Retirement Value, like most life settlement companies, paid only the amount necessary to maintain the policy in force until the next premium payment was due.  As a routine matter, Retirement Value engaged in premium optimization – working with the insurance company to determine the minimum payment need to keep the policy in force until the next premium is due.

-17-

In this manner, the current amount required to maintain the policy is reduced at the expense of the cash value which would otherwise subsidize the cost of insurance in later years. As a result, the premiums needed to keep the policies in force after LE+24 would be substantially higher than those estimated at the time of investment.

c.    *Risk on Non-Payment by Other Investors*

Retirement Value failed to disclose the risk of loss, if the other investors on a policy failed to pay their share of the post-LE+24 premiums. While Retirement Value's debt to any investor who defaulted on its portion of a post LE+24 premium would be extinguished, Retirement Value remained liable to pay each investor who paid his or her share of the additional premiums. However, Retirement Value would be able to do so only if it were able to keep the policy in force. Thus, Retirement Value would have to: (i) solicit additional premiums from the non-defaulting investors; (ii) pay the premiums itself; or (iii) find a new investor to take over the defaulting investors positions. Retirement Value made no disclosures regarding its own credibility or ability to cover such post-LE+24 premium shortfalls. As of the date of the TRO, Retirement Value had distributed substantially all surplus cash to its owners and retained no reserves to cover such a contingency.[14]   RV Accounting Records Excerpt – Balance Sheet (Exh. Q)[15] Further, Retirement Value had no other means of repaying the investors, except for the proceeds from the life insurance policies. In any case, the success on the investment turned on Retirement Value's success in raising money and selling investments. If Retirement Value could

[14] There was only $118,000 in Retirement Value's bank account as of the date of May 5, 2010, when the account was seized by the Receiver.

[15] The balance sheet attached as Exhibit Q was printed directly from Retirement Value's accounting records and reflects its assets and liabilities as such records were maintained by Retirement Value. This balance sheet is inaccurate and incomplete in that it fails to reflect either the liabilities associated with Retirement Value's debt to the investors or the current value of insurance policies owned by Retirement Value.

-18-

not raise the funds necessary to cover a premium shortfall, whether by selling new investments or from another source, then the respective policy would lapse and even those investors who complied with their obligation to pay premiums past LE + 24 would lose their entire investment.

Retirement Value did not disclose this risk to the investors. Nor did Retirement Value provide the investors with any information with which to make an informed decision as to Retirement Value's ability to pay additional premiums either from its own funds or by selling additional investments.

### 4. Retirement Value failed to disclose the risk of regulatory action.

Retirement Value received repeated warnings from multiple sources that its Re-Sale Life Insurance Program constituted or was likely to constitute a security under the Texas Securities Act. Given the probability that Retirement Value's Re-Sale Life Insurance Program would constitute a security, Retirement Value should have (i) registered its offering; (ii) offered the Program pursuant to an exemption from registration; or (iii) disclosed to investors that the investment could be subject to the securities laws, but that it was not being offered in compliance with those laws. It did none of these. By failing to do so, Retirement Value denied the investors the opportunity to make an informed investment decision.

### 5. Other Issues

#### a. *Retirement Value released funds from escrow before acquiring policies.*

Retirement Value entered into Policy Purchase Agreements with James Settlement Services with respect to each policy that it acquired or planned to acquire. The Policy Purchase Agreements called for the purchase price to be placed in escrow at Pacific Northwest Title in Oregon to be exchanged for the policy when it was delivered by James Settlement Services. Sample Policy Purchase Agreement (Exh. R). Retirement Value would routinely instruct

-19-

Kiesling Porter to distribute funds, as they were received from investors, to Pacific Northwest. As discussed previously, in many cases these funds were taken from sub-accounts other than that dedicated to the policy being purchased. As soon as a deposit was made at Pacific Northwest, Retirement Value authorized Pacific Northwest to release those funds to James Settlement Services even though the full purchase price had not been raised from investors and the policy had not been delivered by James Settlement Services. Escrow Releases (Exh. S). As a result, Retirement Value lost any protection provided by the escrow arrangement with James Settlement Services and Pacific Northwest.

b. *Failed to adequately reserve for the policies*

Commencing in the 4th quarter of 2009, Retirement Value accelerated payments for the purchase price to James Settlement Services by shorting the premium reserves from early subscribers to a policy and making it up from the late subscribers. Thus, Retirement Value acquired policies from James Settlement Services before Retirement Value had established adequate reserves to pay premiums for LE+24. If Retirement Value was unable to continue selling investments as happened at the end of March 2010, it would be unable to raise the funds necessary to fund the reserve accounts.

## IV. Actions to Preserve and Protect the Estate

Since being appointed, the Receiver has acted to protect and preserve the assets of Retirement Value. We have secured Retirement Value's business premises, its computing facilities, its records and its bank accounts. In addition, the Receiver and his agents have been in contact with every insurance company which has issued a policy of life insurance owned by Retirement Value and all banks with which Retirement Value, Gray or Rogers are known to have done business with.

-20-

## A. Cash and cash equivalents

Retirement Value's assets consist primarily of cash and short term securities, insurance policies and a building located in New Braunfels. In addition, Retirement Value has claims against its officers, members, licensees and others arising out of the receipt of funds from Retirement Value and misconduct related to its business. Pursuant to the powers granted to him by the Court, the Receiver has seized $25,463,772.69 in cash and securities as follows:

| Entity | RV Assets | 3rd Parties | Total |
|---|---|---|---|
| Retirement Value | 118,379.23 | | 118,379.23 |
| Kiesling, Porter, Kiesling & Free | | | - |
|    Bank Accounts | 11,374,732.74 | | 11,374,732.74 |
|    Investment Accounts | 11,737,806.83 | | 11,737,806.83 |
| Special Acquisition Inc | | 1,231,925.00 | 1,231,925.00 |
| Richard H. Dick Gray | | 263,912.24 | 263,912.24 |
| Wendy Rogers | | 204,168.86 | 204,168.86 |
| Bruce Collins | | | - |
| Collins Marketing | | 158,228.13 | 158,228.13 |
| Hill Country Funding | | 374,619.66 | 374,619.66 |
| | 23,230,918.80 | 2,232,853.89 | 25,463,772.69 |

Please note that this chart represents the value of these accounts as of the time that they were seized by the Receiver and not their value as of the date of this Initial Report. Funds in the KPK&F premium reserve accounts have been used to pay premiums due on the insurance policies. Funds in the Retirement Value and Special Acquisition accounts have been used to pay expenses such as the mortgage on Retirement Value's office building, payroll for Retirement Value employees,[16] and utility bills.[17]

---

[16] The Receiver terminated the employment of all Retirement Value employees in May 2010.

[17] As of the date of this Initial Report, neither the Receiver nor his counsel has been paid. As directed by the Court in the Temporary Injunction, the Receiver and his counsel will submit their bills to the Court for approval. We anticipate that the monies recovered by the Receiver (including the $1.2 million from Special Acquisitions) will be sufficient to pay the costs of administering the Receivership.

-21-

**B.    Policies**

Retirement Value also owns 41 policies of life insurance with a total face value of $118,250,000. All of these policies are in-force and premiums are being paid on them as they become due. There are an additional 12 policies (listed below) with a face value of $36,085,000 that were in the process of being transferred from James Settlement Services to Retirement Value as of the date the cease and desist orders were issued. There is also $559,304 on deposit in escrow accounts at Pacific Northwest related to purchase agreements between Retirement Value and James Settlement Services, $489,497 is associated with the disputed policies and the balance is associated with fully consummated transaction.

| Policy | Face Amount | Purchase Price | PP Paid | PP Balance Due |
|---|---|---|---|---|
| GLG089-012110-RF | $1,000,000 | $295,000 | $295,000 | $ - |
| AGL76L-12810-WS | $3,000,000 | $653,300 | $653,300 | $ - |
| LFG3248-012610-HM | $3,000,000 | $805,000 | $761,077 | $ 43,923 |
| LFG311-031210-HM | $5,000,000 | $1,400,000 | $987,775 | $412,225 |
| AVL180-030510-MR | $5,000,000 | $1,050,000 | $641,104 | $408,896 |
| LFG735-022410-AS | $5,000,000 | $1,100,000 | $659,784 | $440,216 |
| AXA091-012110-PC | $5,000,000 | $1,300,000 | $1,300,000 | $ - |
| AXA777-012310-TP | $1,000,000 | $100,000 | $100,000 | $ - |
| AXA335-022410-PS | $3,000,000 | $565,000 | $565,000 | $ - |
| LFG117-021710-HW | $2,000,000 | $459,000 | $459,000 | $ - |
| LBL15J-021710-HW | $2,085,000 | $420,000 | $420,000 | $ - |
| LBL918021710-RW | $1,000,000 | $208,750 | $208,750 | $ - |
| | $36,085,000 | $8,356,050 | $7,050,790 | $1,305,260 |

As of the date of this Initial Report, the Receiver and James Settlement Services have reached a tentative agreement whereby: (i) James Settlement Services and Retirement Value will jointly instruct Pacific Northwest to release the $559,304 remaining in escrow to Retirement Value; (ii) Retirement Value will relinquish its interest in GLG089-012110-RF, AGL76L-12810-WS, AXA777-012310-TP, LBL918021710-RW; and (iii) James Settlement Services will deliver the

-22-

remaining policies to Retirement Value. The Texas State Securities Board and Texas Department of Insurance have assured the Receiver that they do not consider the completion of these transactions as a violation of the existing cease-and-desist orders.

Please note that prior to the Receiver's appointment, Retirement Value abandoned its right to acquire JHL383-03161-GR, JHL633-031210-CT, AXA826-032410-CD and AXA036-03161-PC.

### C. Professional Advisors

The Receiver has retained Asset Servicing Group ("ASG") to act as portfolio manager, and Lewis & Ellis, Inc. ("L&E") to act as actuarial consultants. ASG and L&E will jointly undertake to review and evaluate the portfolio and to advise the Receiver as to its value and the premiums needed to maintain it in force until maturity. The Receiver has also engaged the services of BKD, LLP to provide accounting services for the estate and maintain the Receiverships financial books and records.

#### 1. Asset Servicing Group.

The Receiver has ASG to act as portfolio manager for the 41 policies of life insurance owned by Retirement Value and for the 8 policies that the Receiver anticipates will be delivered by James Settlement Services. ASG will provide Policy Administration (payment of premiums, correspondence with insurers), Death Tracking, Claims Processing, Verification of Policies, Premium Optimization, and Policy Valuation services. These services are essential to the proper maintenance and management of the portfolio. The fees charged by ASG are the result of negotiation and represent a discount off of ASG's standard rates.

ASG is well qualified to act as portfolio manager. It is actively involved in the management of portfolios of life insurance policies and currently has approximately 6,000 policies under management. ASG has acted in this capacity for court-appointed receivers on

-23-

numerous occasions. ASG is a member of the two principal trade associations for the life settlement industry, the Life Insurance Settlement Association and the Institutional Life Markets Association.

Tom Moran, ASG's principal, is highly respected in the life settlement industry. He has in excess of 30 years experience with insurance, the last 12 of which are exclusively with life settlements. Over the last 8 years, Mr. Moran, personally, has been appointed as receiver or conservator for life settlement companies by courts on several occasions and has extensive experience in dealing with distressed portfolios of policies.

The Receiver and his counsel researched various potential portfolio managers and conducted due diligence into the background, reputation and competency of ASG and Mr. Moran. Based on this research and due diligence, the Receiver is satisfied that ASG is the best candidate available to provide these services.

2. Lewis & Ellis, Inc.

L&E will provide an actuarial analysis of the portfolio's anticipated cash flows. This analysis is necessary to enable the Receiver to accurately value the portfolio and maximize its value. The principal actuary working on the portfolio will be Scott Gibson. Mr. Gibson is a Fellow of the Society of Actuaries and a Member of the American Academy of Actuaries. In addition, he has extensive experience in the life settlement industry and has served on the board of directors of the Life Insurance Settlement Association.

The Receiver and his counsel researched actuarial consultants and conducted due diligence into the background, reputation and competency of Mr. Gibson and L&E. In addition, the Receiver obtained bids from other actuaries. Based on his research and due diligence, the Receiver is satisfied that L&E is the best candidate available.

-24-

L&E has agreed to provide an actuarial analysis of the policies at a fixed rate of $300 per policy. L&E will provide additional services at base hourly rates as set forth in its engagement agreement with the Receiver. L&E has requested and the Receiver has agreed to pay a refundable retainer of $6,000 against which L&E will bill. The fees charged by L&E are the result of negotiation resulting in a discount off of L&E' initial bid.

  3.  BKD LLP.

The Receiver has retained BKD, LLP to provide accounting services for the estate. In addition to maintaining the books of the receivership and preparing necessary tax filings, BKD will also restate the books of Retirement Value to more accurately reflect the company's true financial condition. This will require, among other things, consolidating the financial records maintained by Kiesling Porter Kiesling and Free on behalf of Retirement Value with those maintained directly by Retirement Value. BKD has requested and the Receiver has agreed to pay a refundable retainer of $5,000 against which BKD will bill

**D.  Issues Confronting the Portfolio's Administration**

Based on information available to date, the portfolio is confronted by three significant issues: (1) we anticipate that the fair market Retirement Value's policy portfolio cannot be liquidated; (2) Retirement Value's failure to adequately reserve sufficient funds to pay premiums through the policies reasonably expected maturity; and (3) the portfolio's structure.

  1.  Portfolio Value.

Retirement Value paid over $28 million for its portfolio of insurance policies. The market value of a life insurance policy is largely determined by the insured's life expectancy. Because the Midwest Medical life expectancy certificates relied on by Retirement Value underestimated the life expectancy of the insureds to a significant degree, Retirement Value likely overpaid for these policies. Further, the life settlement market has a limited number of

-25-

players, most of which are hoping to acquire the policies from a distressed seller, at a discount. Thus, any liquidation of the portfolio at this point in time would likely be for significantly less than Retirement Value paid for the policies. Though the portfolio does face certain long and short term challenges, there are several alternatives available to a fire-sale liquidation of the policies, all of which are being assessed and some of which may prove attractive.

2.      Insufficient Premium Reserves.

This problem arises in large part because the premium reserves were based on the median life expectancies calculated by Midwest Medical. As discussed previously, these calculations are far too short, leading Retirement Value to make insufficient reserves for premiums. In addition, Retirement Value's mishandling of funds has led to premium shortfalls in specific accounts. The use of funds set aside for one policy to fund expenses related to a different policy depleted the fund available for the first policy. While Retirement Value doubtless intended to use funds from future investments to replenish these accounts, this source of replenishment ended with the TSSB's cease and desist order in March 2010. Further, Retirement Value routinely would disburse funds to pay James Settlement Services for policies before completely satisfying the premium reserve. As a result, Retirement Value purchased policies without having fully funded the premium reserves.

The following table[18] shows the portfolio's shortfalls based on the life expectancy calculations available to the Receiver.

---

[18] The underlying data is shown on Exhibit T.

| | Actual Reserve | Midwest Medical | 21st | AVS |
|---|---|---|---|---|
| Observations | | 53 | 40 | 52 |
| Calculated reserves | | $25,246,794 | $33,830,592 | $44,550,785 |
| Avg Per Policy | | $476,355 | $845,765 | $856,746 |
| Premiums For LE(50) for 53 Policies | $24,345,935 | $25,246,794 | $44,825,354 | $45,407,531 |
| Shortfall | - | $900,858 | $20,479,598 | $21,061,595 |

Please note that this chart actually underestimates the problem because it based on the assumption that premiums needed to maintain the policies will remain level. As previously discussed, the cost of insurance and hence the premiums will increase over time. Because the exact amount of the increase is not known at this time, the Receiver has provided this chart for illustrative purposes.

### 3. The portfolio structure

The portfolio's structure issue further exacerbates the inadequacy of premium reserves. Retirement Value's Re-Sale Program was designed as a series of individual investments associated with individual policies. In other words, when an insured dies the corresponding loan matures and Retirement Value is supposed to use 100% of the insurance proceeds to satisfy its debt, but only as to those investors who facilitated Retirement Value's purchase of that particular policy. Accordingly, any early maturities would not generate any of the funds that are needed to support the premium payment on policies that are slower to mature. This structure epitomizes an inherent inequity in the estate. If adhered to, certain investors would receive a distribution from Retirement Value's assets to the detriment of Retirement Values remaining investors.

We anticipate that the vast majority of the policies will mature significantly after the LE+24 calculated by Midwest Medical and Retirement Value. By collapsing the portfolio's segregated structure into a unified portfolio, we may be able to overcome some of the shortfalls in its premium reserves and maximize the return to the investor-victims based on sound actuarial

-27-

98

and management principles. With ASG's and L&E's assistance, we are analyzing this opportunity in order to establish a plan pursuant to maximize the value of the portfolio. When a plan is finalized, it will submitted to the Court for approval.

## V. Conclusions

The Receiver has been put in place to preserve Retirement Values assets for the benefit of the investors. The Receiver has already identified over $2.2 million that were outside of Retirement Value's pool of investor funds and recovered in excess of $1.5 million of that.

Retirement Value misrepresented material characteristics of its Re-Sale Life Insurance Program, including, among other things: the investors interest in the underlying policies; the segregation, safety and control of the investors' funds; the investments' anticipated maturity; by downplaying the significant probability of premium beyond LE+24, the investor's reasonably expected cost; the investments anticipated rate of return; the uncertainty associated with Retirement Value's ability to legally market, and by failing to undertake any due diligence or otherwise adhere to the processes established in its own marketing materials, the value of the underlying policies.

The Receiver has assembled a team of professionals, accountants, actuaries, lawyers and portfolio managers to administer Retirement Value's estate in the most efficient manner possible. This team of professionals is dedicated to maximizing the portfolio's return, by using their respective skills to execute the portfolio's and the estate's administrative functions in the most efficient and cost-effective manner.

Contrary to widespread rumors, the Receiver is not liquidating the portfolio. The portfolio itself is being preserved and maintained. Policy premiums are being paid as they come due. The Receiver's professional advisors are assessing the portfolio at the individual policy basis and at the portfolio level. Once their assessments have been completed, we will proceed to

-28-

formulate a plan of operation that will maximize the Receiver's ability to make restitution to the investors. The details of such a plan will be submitted to the Court for approval, prior to implementation.

The Receiver is periodically mailing updates to the investors. However, in order to minimize the cost and effort associated with frequent mailings, the Receiver has also established a website at "www.rvllcreceivership.com" to post information regarding this matter, such as: recently issued Court orders, frequently asked questions, and copies of the correspondence with the investors. In addition, the Receiver is will host a internet-based call to discuss the status of this case and his investigation  Investors who do not have internet access will be able to dial in and listen to the presentation. The details of this call will be distributed separately.

Respectfully submitted,

Eduardo S. Espinosa,
Receiver for Retirement Value, LLC

**TAB 3**

# REPORT

## OF

## EDUARDO S. ESPINOSA, TEMPORARY RECEIVER

## FOR

## RETIREMENT VALUE, LLC
## A TEXAS LIMITED LIABILITY COMPANY

## As of
## April 30, 2011

Issued in connection with
that certain matter pending before the
126th District Court of Travis County, Texas,
Cause Number D-1-GV-10-000454

On May 5, 2010, the 126th Judicial District Court of Travis County, Texas (the "*Court*") appointed Eduardo S. Espinosa as the temporary receiver for Retirement Value, LLC, a Texas limited liability company. Since then, my team and I have been engaged in: (a) gathering and preserving Retirement Value's assets; (b) investigating claims against Retirement Value by investors and others; and (c) investigating Retirement Value's potential claims against its principals and other participants in its Re-Sale Life Insurance Policy Program. We have also spoken or corresponded with many of the investors. However, because there are more than 900 investors, it is not possible for us to communicate with each investor, individually. This report updates the investors, the Court and the public as to the status of the Receivership as of the end of April 2011 – one full year into the Receivership.

## I.     Status of the Litigation

There are currently two lawsuits involving the receivership estate. The first is the State's suit against Retirement Value, LLC, Richard Gray, Wendy Rogers and Hill Country Funding, LLC. The second is the Receiver's suit against David and Elizabeth Gray, who were formerly partial owners of Retirement Value. The Receiver anticipates that he will file additional lawsuits against the licensees and others in the near future. In addition, Retirement Value is the subject of an investigation by Equal Employment Opportunities Commission arising out of allegations of employment discrimination by a former employee.

### A.     State of Texas vs. Retirement Value, LLC et al.

The State's case against Retirement Value, Dick Gray and Wendy Rogers is proceeding. Earlier this year, the Receiver asserted his own claims against Dick Gray, his wife, Catherine Gray, and Wendy Rogers. The Receiver has alleged that the Grays and Rogers caused Retirement Value to pay themselves substantial amounts of money in violation of Texas law at a time when Retirement Value was insolvent. The Receiver later amended his claim to assert that

2

Dick Gray and Wendy Rogers violated their fiduciary duties to Retirement Value by causing it to participate in the fraudulent scheme which resulted in liability to the State and the investors. Two groups of Intervenors[1] have also asserted similar claims against the Grays and Rogers.

The Receiver, the State and the Intervenors (except for Grant and Opel Bejeck) have reached a tentative agreement to settle their claims against Dick and Catherine Gray for approximately $650,000 in cash and property. The parties are in the process of drafting the documents to effectuate the settlement. When the settlement documents are drafted and executed by the parties, the Receiver will file a motion with the Court to seek approval of the settlement.

The parties were unable to reach agreement with Wendy Rogers and the claims against her remain pending. Trial of those claims is currently set for May 2011 but will likely be postponed until August 2011.

In addition to the claims by the State, the Receiver and others against the Grays and Wendy Rogers, a group of Intervenors has asserted a class action against Kiesling, Porter, Kiesling & Free, P.C. ("*Kiesling Porter*") alleging claims arising out of its role as escrow agent. The claims against Kiesling Porter have been severed from the claims against Retirement Value, the Grays and Rogers and will be tried separately, if necessary. A tentative agreement has been reached to settle the claims of the putative class and the potential claims of the State and Receiver against Kiesling Porter for $710,000. As with the settlement with the Grays, the parties are in the process of preparing documents to effectuate the settlement. When that process is complete, the Receiver and the class plaintiffs will seek approval of the settlement from the Court and provide notice of the details of the settlement to the investors.

---

[1] The Intervenors asserting claims against Dick Gray are Gary Cain, MD, Barry Edelstein, Qvest III Master Fund, LLC and Ladell Harrison on behalf of Matthew C. Allen, Jr., Teddie Allen and the Matthew and Teddie Allen Charitable Remainder Annuity Trust. Grant and Opel Bejcek have also intervened in this case but have not asserted claims against any of the Defendants.

**B.      Receiver vs. David and Elizabeth Gray**

The Receiver has filed suit against David and Elizabeth Gray to recover monies paid to them by Retirement Value and to declare that Retirement Value is not obligated to make payments due on an agreement to redeem their membership interests. Discovery in this case is proceeding and it has not been set for trial.

**II.      The Financial Condition of Retirement Value**

**A.      Inadequate books and records**

Retirement Value failed to maintain meaningful or appropriate financial records. Retirement Value financial records were erroneously and inappropriately bifurcated between Kiesling Porter and Retirement Value. The absence of a complete set of financial records required the Receiver and his accountants to reconcile and consolidate Kiesling Porter's escrow records with Retirement Value's financial records.

Kiesling Porter maintained the financial records pertaining to the funds received from investors. Generally speaking, Kiesling Porter tracked its cash receipts and disbursements as either an increase or decrease in an off-setting liability account. Thus, according to Kiesling Porter's books, each disbursement (payment to Retirement Value, licensees, premiums, etc) served as a reduction in the liabilities to the investor, which was inaccurate. Though Kiesling Porter's records may have been sufficient for its use, they did not appropriately account for Retirement Values' business or correctly represent Retirement Value's debt obligations.

Retirement Value failed to maintain financial records that reflected the amount that it borrowed from the investors, the policies purchased by Retirement Value, the costs of purchasing and maintaining the policies or the payments to the licensees the amount of money it raised. Instead, the books maintained by Retirement Value's bookkeeper, Frank Frye, reflect the portion of investor funds diverted to Retirement Value's operating account as its gross revenues.

4

The only expenses shown are those relating to Retirement Value's headquarters. This methodology ignored the majority of Retirement Value's business, and failed to accurately represent Retirement Value's results from operations or its financial position.

Neither set of records properly accounts for the policies that Retirement Value owned, its debts, its payments to licensees or its premium obligations. Because of these accounting issues, the Receiver has had to create books and records for Retirement Value. Subject to further adjustment in accordance with the claims process, a current balance sheet, based on the work of the Receiver and his forensic accountants is attached as **Exhibit A**.

## B. Tax Issues

Retirement Value will recognize taxable income when the life insurance policies mature. Under Revenue Rulings 2009-14 and 2009-25, Retirement Value's taxable income will be the proceeds of each policy less Retirement Value's basis in that policy. Under the Revenue Rulings, basis in a life settlement policy includes the cost of acquiring and carrying the policy, including interest on debt incurred in order to acquire the policy, and the premiums paid to maintain it. The commissions paid to the licensees are part of the cost of acquisition and are properly included in the basis. Since Retirement Value's business was to purchase and hold life settlement policies to maturity, most of the costs associated with the operation of Retirement Value should also be capitalized against the policies.

Retirement Value is a limited liability company which has elected to be taxed as S-corporation. This means that the income from Retirement Value's operations is attributed and taxable to its members. However, we believe that Retirement Value's members will be unable to meet their tax obligations and that the IRS will look to the estate to pay those taxes. The estate's ultimate obligation to pay taxes is not currently determinable. However, our models assume that the estate will have to pay those taxes.

5

## III.    The Portfolio of Life Insurance Policies

In addition to its cash, buildings and other assets, Retirement Value owns a portfolio of 49 life insurance policies insuring the lives of 44 individuals (the "*Portfolio*"). One of the Portfolio's policies, PLI140-111109-DM, matured last November leaving 48 active policies in the Portfolio. After several months of delay, the insurer for PLI140-111109-DM paid the proceeds of the policy – approximately $10.1 million – to the Receiver earlier this year.

The remaining policies are the primary asset of Retirement Value and represent the most likely avenue for the Receiver to make restitution to the investors and to pay the other creditors of the Retirement Value. Because of their importance, the Receiver has devoted substantial time and attention to the Portfolio. He has retained Asset Servicing Group ("*ASG*") to act as the Portfolio's administrator and Lewis & Ellis, Inc. ("*L&E*"), an actuarial firm, to evaluate the Portfolio. The Receiver has tasked L&E with analyzing each of the policies in the Portfolio. L&E has studied the insureds' life expectancies, the Portfolio's policies and information provided by the insurance companies to model the potential cash flows from the policies. This analysis will enable the Receiver to evaluate the various options available to obtain as much value as possible from the Portfolio. A copy of L&E's full report is attached hereto as **Exhibit B** (the "*Actuarial Report*").

### A.    Update on Life Expectancies

The insured's life expectancy is a key component of the value of a life insurance policy and of the likelihood of success in an investment in a life settlement. As we reported previously, there were a number of questions raised about the Midwest Medical life expectancy calculations used by Retirement Value. In the course of its investigation, the State obtained a report by HessMorganHouse (the "*Hess Report*"), which was partially commissioned by Retirement Value, on the accuracy of Midwest Medical's life expectancy calculations. The Hess Report

6

showed that Midwest Medical's "actual-to-expected" performance was a miserable 42% as compared to the 90+% performance of the major providers. In addition, the State obtained life expectancy calculations by 21st Services and AVS Underwriting, LLC on many of the persons insured under policies owned by Retirement Value. Comparison of their calculations to those by Midwest Medical show that the life expectancies calculated by 21st and AVS, on the same individuals generated at or about the same time, were about 2½ times as long as those of Midwest Medical.

Due to the questions raised by the State and to obtain the best possible information, the Receiver obtained his own life expectancy calculations from Insurance Strategies Services, LLC ("*ISC*"), another major provider of life expectancy calculations.[2] These calculations were based on the most current medical information available from the insureds and their doctors. The chart below summarizes the life expectancy calculations prepared by ISC.[3] The ISC life expectancy calculations are comparable to those of AVS and 21st and more than twice as long as the median calculations provided by Midwest Medical.

|  | Midwest Medical | | 21st | AVS | ISC |
| --- | --- | --- | --- | --- | --- |
|  | (50%) | (85%) | (50%) | (50%) | (50%) |
| Portfolio Only Data Average LE | 49 | 48 | 38 | 49 | 48 |
| (in months) | 52.43 | 83.69 | 121.03 | 134.67 | 123.98 |
| %MM (50%) | -- | 160% | 231% | 257% | 236% |

---

[2] The Receiver's actuaries, Lewis & Ellis, recommended ISC. ASG, the Receiver's Portfolio administrator concurred in the recommendation.

[3] A chart summarizing the life expectancy calculations by ISC for each of the policies in the Portfolio is attached as **Exhibit C**. ISC did not perform a life expectancy calculation on policy PLI140-11109-DM because we were unable to obtain medical records from the insured before that policy matured.

7

Because the ISC life expectancy results are comparable to those of AVS and 21st and because of the good reputation enjoyed by ISC, the Receiver and his actuarial consultants are comfortable that ISC's calculations fairly estimate the life expectancies of the insureds.

**B.    The Effect of Longer Life Expectancies on the Portfolio**

As noted, the actual life expectancies of the insureds are significantly longer than represented by Retirement Value in the course of soliciting loans from the investors. What does this mean to the investors? That the life expectancies are slightly more than twice as long as originally stated creates two problems. First, the fair market value of the policies in the Portfolio is significantly less than what Retirement Value paid for them. Second, the premium reserves are far too small to support the Portfolio as currently structured.

1.    *The Policies are Worth Much Less than Retirement Value Paid for Them*

A significant consequence of Retirement Value's underestimation of the insureds' life expectancies is that the policies are worth significantly less than Retirement Value paid for them. The life expectancy of the insured is a significant factor in determining the value of an insurance policy.[4] All other things being equal, the longer the insured's life expectancy is, the less valuable the policy will be. The longer the insured is expected to live, the more premiums will have to be paid and the longer the investor will have to wait for a return on his investment. Because the life expectancies of the insureds are twice as long as Retirement Value said they were, the policies are worth much less than Retirement Value said they were.

Because the life expectancy estimates used by Retirement Value were so far off, the Receiver needed to determine the actual market value of the policies in order to determine the

---

[4] The other factors that determine the value of an insurance policy are the anticipated premium costs, and the face amount of the policy. Higher premium costs reduce a policy's value. Conversely, higher face amounts generally lead to greater policy values.

8

best course of action for the investors. Unfortunately, there is no easily available market price for life settlement insurance policies. Unlike stocks, bonds and commodities, there is no public exchange for insurance policies. Each sale takes place in private between a single buyer and a single seller. The sales price is generally confidential and, in any event, there is no centralized database for sales of life insurance policies, such as there is for real estate. Accordingly, it is not generally possible to determine the market price for an insurance policy based on sales of comparable policies.

Instead, policies are valued based on the net present value of their anticipated cash flows. Present value is the value today of a future payment or series of future payments, discounted to reflect the time value of money and other factors such as investment risk.[5] To determine the net present value, the present values of the expected expenses (premiums) are subtracted from the present values of the expected income (the proceeds of the policy).

Our actuaries determined the expected cash flows on the policies by taking into account the probabilities of the insureds dying at various points in time. This type of calculation (called, the "probabilistic method") takes into account the possibility the insureds may die earlier than expected as well as the possibility that the insureds may die later than expected. It is the method most commonly used by sophisticated purchasers of policies.

We used discount rates equal to those currently required by purchasers to value the policies. Currently, purchasers are basing their valuations on discount rates between 18% and 24% according to our experts, L&E and ASG. Also, several potential purchasers have contacted the Receiver to express interest in purchasing the Portfolio. Each of these purchasers has indicated that their pricing would be based on discount rate of approximately 20%. For purposes

---

[5] The discount rate makes a significant difference to present value. The higher the discount rate applied to a given payment, the lower the present value of that payment.

9

of its valuation of the Portfolio, L&E used discount rates of 16%, 18% and 20% to take into account potential market variations and the Receivers' ability to negotiate for a lower discount rate (i.e., a better price). These rates are in line with the 16.5% annual return represented by Retirement Value when soliciting the investors.

Based on its analysis, L&E has determined that the Portfolio has a market value between $5.3 million and $8.3 million.[6] Compare this to the $26.5 million that Retirement Value paid for the policies[7], and it is relatively clear that Retirement Value significantly overpaid for the policies.

However, the Receiver is not faced with a "buy" decision, but rather whether to sell or to hold. Accordingly, the value of these policies to the estate is potentially much higher. The Receiver is not deciding whether to purchase the policies, the estate already owns them. Nor does the estate need to promise to pay a large return to induce investors to provide funds for their purchase, the investors have already provided those funds. The Receiver's primary goal is to maximize the estate's value so as to return as much of the investors' money back as possible.

2. _The Premium Reserves are Too Small_

Retirement Value represented that it had reserved sufficient funds to pay the anticipated premiums due on the policies past the point at which 98.5% of the insureds were expected to die. It failed to do so. Instead, Retirement Value understated the required premium reserves because: (i) the insureds' life expectancies are more than twice as long as originally represented; and (ii)

---

[6] A policy by policy breakdown of the market value of each policy is reflected in the Actuarial Report at page 6.

[7] Policy PLI140-111109-DM has matured and was excluded from these fair market value and aggregate purchase price calculations.

10

the premiums necessary to keep a policy in force increase as the insured ages.[8] As a result, Retirement Value did not reserve sufficient funds to pay premiums.

Retirement Value represented that it would reserve sufficient funds to pay premiums on each policy for LE + 24, by which time it represented the insured on that policy had a greater than 98.5% chance of dying. It calculated the amount to reserve using an estimate of future premium costs provided by James Settlement Services. This approach has a number of flaws.

First, it completely ignores what a life expectancy calculation actually is. A person's life expectancy is not the date by which he is expected to die. It is the date by which 50% of the people similar to the insured are expected to have died. Thus, an insured has a 50% chance of dying prior to his life expectancy and a 50% chance of surviving beyond his life expectancy. Adding 24 months to the life expectancy does not raise the odds of the insured dying to 98.5%. In the aggregate, Midwest Medical's life expectancy certificates reflect that the Portfolio has: (i) an average median life expectancy of 52.43 months; and (ii) an average 85% life expectancy of 83.69 months. Thus, according to Midwest Medical, it would take, on average, 31.26 months (the difference between 83.69 months and 52.43 months) to increase the probability of death from 50% to 85%. By way of comparison, ISC's calculations, indicate that, on average for the Portfolio, it requires an additional 68.1 months (from 123.98 months to 192.08 months) to go from a 50% probability to an 85% probability.

Second, Midwest Medical's life expectancy calculations are less than half as long as they should have been. To get even to life expectancy (the 50/50 mark) requires twice as long as anticipated. Assuming that Retirement Value accurately anticipated its premium costs and

---

[8] In addition, Retirement Value's mishandling of the reserve accounts and commingling of funds caused it to reserve less money than it said it would.

maintained the reserves that it said it would, it should have reserved on average 76 months[9] of premiums. ISC's median life expectancy is, on average, 124 months – some four years longer than Retirement Value's calculated reserves.

Third, Retirement Value underestimated the cost of maintaining the policies in force. The estimates that Retirement Value used to calculate its premium reserves were based on information provided by James Settlement Services. As Retirement Value began to work with the insurance companies to calculate the cost of maintaining the insurance in force, it discovered that the estimates provided by James Settlement Services were unreliable. Gray Dep. at 177-79. In addition, the cost of maintaining a universal life policy increases every year. As a result it will cost more to maintain a policy through years 6 through 10 than it will to maintain it for years 1 through 5.

In short, Retirement Value did not reserve adequate funds to pay premiums for the Portfolio's policies. To better understand the magnitude of the reserve shortfall, the Receiver had his actuaries, L&E, determine how much money would be needed to maintain each policy in force until the life expectancy of the insured. Using information provided by the insurance companies, L&E was able to estimate the cost of maintaining the insurance in force until each insured's median life expectancy. It estimates the cost of maintaining the 48 remaining policies in force during the insured's life expectancy will be approximately $58 million.[10] Retirement Value's current premium reserves for those policies are only $15.3 million.[11]

---

[9] Midwest Medical's average life expectancy calculation for the Portfolio was 52.43 months. Adding 24 months to the average equals 76 months.

[10] This estimate does not include any costs related to PLI140-111109-DM because that policy matured on November 2, 2010.

[11] These are actual reserves, so they do not include amounts under-reserved because Retirement Value acquired policies prior to being fully subscribed. This also does not include funds held by

12

In addition to computing the total reserve required to maintain each policy through the insureds' life expectancies, L&E also calculated how long each premium reserve account is expected to last using the anticipated premium costs for the applicable policy. Page 7 of the Actuarial Report is a chart that compares the remaining balance for each reserve account (in months) to the life expectancy of the insured for the policy tied to that account. As you can see, no policy has sufficient reserves to maintain the policy in force for the insured's life expectancy. In other words, each policy has less than (often, significantly less than) a 50/50 chance of maturing before the premium reserves are exhausted.

## IV.    Distribution to Investors– How Much and When

There are over 900 investor-victims with claims against Retirement Value in excess of $77 million. Additionally, there are known trade-creditor claims not exceeding $100,000.[12] The Retirement Value assets available to satisfy these claims are: (i) about $29 million, in cash; (ii) 48 life policies with a market value of $6,667,066; (iii) the sale of Retirement Value's office building in New Braunfels, which is expected to yield about $300,000; (iv) proceeds from the pending mediated settlements of approximately $1,360,000;[13] and (v) any recoveries from claims against the remaining defendant and other participants in the Retirement Value scheme.

In order to pay Retirement Value's debts, the portfolio of insurance policies that it owns must be converted into money. There are two basic options for doing this: (1) the polices can be

---

the Receiver that are not dedicated to any particular policy or funds received in relation to PLI140-111109-DM.

[12] In addition, there are several unliquidated and disputed claims asserted against the estate, such as the employment discrimination claim and the claim by David Gray for payment under an agreement to redeem his interest in Retirement Value.

[13] The Receiver has reached tentative settlements with Dick Gray and Kiesling Porter. Each settlement is in the process of being reduced to writing and will be presented to the Court for approval.

13

liquidated and the proceeds distributed to creditors; or (2) the policies can be held until maturity and any funds left over after payment of premiums can be distributed to the creditors. How the funds will be distributed – either on a pro rata basis with each creditor receiving a pro rata share of the entire pool of assets or on a policy by policy basis in accordance with the representations made by Retirement Value in selling the investments – impacts these options as well.

We are preparing a plan for distribution and briefing to the Court and the investors which will provide more detail as to the various options available to the Receiver and as to the mechanics for repayment of claims. In this report, we are providing only a summary of the various options and an explanation of the actuarial analysis supporting the Receiver's recommendations.

## A. Liquidation

The first option is simply to liquidate the portfolio and to pay the proceeds of the sale of the policies plus any remaining cash to the creditors. Liquidation has the virtue of being quick and relatively inexpensive. A sales process designed to maximize the sales price should take approximately six to twelve months, depending on the level of interest. The portfolio is in good shape for sale currently. Each of the policies is in force, has a current illustration and a current life expectancy calculation from a reputable source. We have already received several unsolicited expressions of interest in the portfolio and anticipate that by soliciting offers we could have a number of potential offers within a reasonable period of time. The primary expense would be the premiums necessary to keep the policies in force until sale.

The downside of liquidation is that it will return relatively little value for the portfolio. The fair market value for the policies is between $5.3 million and $8.3 million. Using the middle value of $6.7 million plus the cash and other assets on hand, sale of the estate's assets would yield approximately $35 million dollars in distributable cash. With over $77 million in claims,

14

that means that the estate would only be able to return approximately 45% of each investor's initial investment to them. In effect, liquidating the portfolio locks in the loss associated with the difference between the purchase price paid by Retirement Value for the portfolio and its actuarial value.

How the funds will be distributed – either on a pro rata basis or on a policy by policy basis – does not impact the total return to the investors as a group from liquidation. It does, however, have a significant impact on the distribution of funds among the investors. Under a pro rata method, all investors will recover equally based on the amount invested. Under a policy by policy method, some investors will recover more than 45%; others will recover much less. Who recovers what, depends on the market value of the policies a particular investor invested in and the reserves actually maintained for that policy. Under the policy by policy method, whether an investor participated in policy PLI140 will also play a significant role as PLI140 investors would recover more than investors who did not invest in PLI140.

## B. Hold to Maturity

The second option is to hold the policies to maturity distributing the net proceeds after payment of premiums and other expenses to the investors. The option will take longer to pay out as it requires waiting for the policies to mature. However, it will recover significantly more than liquidation. After analyzing the Portfolio, L&E has determined that if the Receiver administers the estates' assets as single Portfolio, then the Portfolio is expected to yield $77.9 in cash for the investors at maturity, an amount sufficient to repay 100% of the amount invested.[14] Statistically

---

[14] L&E ran 100,000 iterations of a simulation that randomly generated a date of death for each insured based on each individual's survival curve that was developed from the insured's LE. For each iteration, the simulation compiled (i) how much cash was needed to pay the premiums through to maturity; and (ii) how much net cash the Portfolio yielded through maturity. A chart of the result of each iteration is included in the Actuarial Report. Among the 100,000 iterations,

15

speaking, there is: (i) a 68% probability that the cash available for the investors will be between $70 million and $85 million (returning between 91% and 110% of the investors' initial investment) ; and (ii) a 95% probability that the cash available for the investors will be between $62.5 million and $92.5 million (returning between 81% and 120% of the investors' initial investment). Actuarial Report at 13.

Under this option, all of the assets of the estate would be available to pay premiums on all of the policies in the Portfolio. When a policy matures, the proceeds of the policy will be used to pay premiums on the policies that have not matured. Since the life expectancy of each insured is a median, some of the policies should mature prior to their stated life expectancy and some will mature after their stated life expectancy. The policies that mature early will generate proceeds that the estate can use to pay the premiums for policies that have yet to mature. By using all of the available cash to pay premiums as they become due, the estate can disregard the significant and often imminent shortfalls in the reserve accounts to maintain all of the policies in force and realize their maturity.

Managing the Portfolio in this manner requires significantly less cash at the onset than attempting to manage the portfolio on a policy by policy basis. Because proceeds from maturing policies can be used to pay future premiums, the estate need not reserve 100% of its future cash obligations. Instead, it can rely on statistical probabilities to determine its probable cash requirements. Based on the 100,000 scenarios modeled by L&E, Retirement Value needs only $19.9 million in cash on-hand to have adequate resources to pay premiums in 97.5% of the scenarios.

---

the "Base Case" assumes that all insureds die at their life expectancy. Though an unlikely scenario, the Base Case provides a reference point for discussion purposes.

16

This means that we can make a distribution to the investors this year and that we will likely be able to make further distributions to the investors over time before all of the policies mature. The estate currently has $29 million in cash and the Receiver anticipates receiving an additional $1.7 million in proceeds from pending settlements and sale of assets not related to the portfolio. Accordingly, in conjunction with the plan of distribution, the Receiver will recommend that the Court approve a distribution of $7.7 million this year.[15]

We anticipate making further distributions in the future. As maturities occur, we expect that cash on hand will exceed the reserves necessary to keep the policies in force. At points, we will make additional distributions. The frequency and amount of future distributions will depend upon the timing of future maturities and recoveries from claims asserted by the Receiver.

When a substantial number of the policies have matured, it will make sense to revisit the issue of whether to hold or liquidate the policies. Eventually, the cost of administering the portfolio will exceed the incremental value of continuing to hold. We don't anticipate that this will occur before the average life expectancy of the Portfolio (124 months) is reached. However, if the early maturities are high face value polices, then that may accelerate this decision.

An incidental benefit of a single Portfolio is an enhanced ability to manage the on-hand cash. As currently structured, the Receiver has 50 bank accounts, one for each policy's premium reserves and a cash account. Each account's cash balance must be maintained segregated, liquid and available to pay the premiums for the corresponding policy. This results in a significant amount of cash sitting idle at a financial institution. At the simplest of levels, consolidating the

---

[15] The Receiver will retain additional reserves of $3 million for contingencies and administrative expenses. Future administrative expenses are expected to be substantially less than the $1.8 million that the Receiver expects from the settlements and non-portfolio sales which are in progress. As this $1.8 million is not included in L&E's analysis, the payment of administrative expenses should not affect the returns projected by L&E.

17

118

portfolio allows for the deposits to be consolidated and deposited in various CD's with staggered terms structured to mature in accordance with the estate's cash needs. The estate could thus avail itself of the higher interest rates that are available for longer term deposits without exposing its assets to additional financial risk.[16]

The hold strategy works only if Retirement Value's assets are treated as a single portfolio and managed for the proportionate benefit of all investor victims. Attempting to retain the policy by policy structure envisioned by Retirement Value and hold the policies to maturity is simply not possible. No policy has sufficient reserves to maintain the policy in force for the insured's life expectancy. Thus, each policy has less than (often, significantly less than) a 50/50 chance of maturing before the premium reserves are exhausted. If we attempted to hold the policies to maturity without consolidation, the most likely result would be that a handful of policies would mature and the remaining policies would exhaust their reserves and lapse. In other words, a few investors would recover a small portion of their investment but that most would recover nothing. If the portfolio is not consolidated so that each investor shares on a pro rata basis, the only prudent course is to liquidate.

Taking into account the time value of money, a hold strategy is preferable to a liquidation strategy. It is, however, difficult to make the comparison. While we expect to make interim distributions, we do not know when or how much. For discussion purposes, we are going to make the artificial assumption that all future distributions will occur only at maturity of the last

---

[16] Through the use of CDARs or other financial products that distribute funds among various banks, the Receiver could get the benefit of federal deposit insurance which would eliminate the admittedly small but current risk of loss due to the uninsured failure of a financial institution. The Receiver is currently analyzing whether elimination of this risk is worth the lower returns inherent in CDARs or similar products.

18

policy in the Portfolio. Though an unrealistic assumption, it allows us to calculate the Portfolio's internal rate of return for comparison purposes. The following table summarizes the anticipated distributions and internal rate of returns for the liquidation scenario, the realistic worst case "hold" scenario and the realistic best case "hold" scenario.[17]

| | | Realistic Hold Scenarios | |
| --- | --- | --- | --- |
| | Liquidation | Worst Case | Best Case |
| Net Cash Flow (millions) | 35 | 62.5 | 92.5 |
| Payment per $1.00 of claims | | | |
| Now | 0.45 | 0.10 | 0.10 |
| Final Maturity | - | 0.71 | 1.10 |
| Years to Final Maturity | - | 20 | 10 |
| IRR | | 3.60% | 12.14% |

We expect that the actual results will fall between the extremes shown. However, looking at the extremes demonstrates that continuing to hold the policies is the best option. In the worst case (and unrealistically ignoring interim distributions), holding the policies will increase the return to the investors over that from liquidation at a rate that exceeds current depository returns. In the best case, the rate by which the investors' return increases over liquidation is significantly higher than returns from other available investments.

---

[17] Please note that the IRR measures the internal rate of return on the $0.35 of undistributed liquidation value remaining after the initial $7.7 million distribution.

## V.    Conclusion

Properly managed, Retirement Value's assets can yield sufficient money to return 100% (plus or minus 20%) of the money invested to the investor-victims. The Receiver has determined that the best and most prudent course of action is not to liquidate the Portfolio but to hold it to substantial maturity. In order to do so, the Portfolio must be consolidated so that all assets of the estate are available to support each policy in the Portfolio and that the proceeds of the policies that mature early will be used to pay premiums on policies that mature later. This means that each investor will be paid a pro rata share of the funds distributed.

Respectfully submitted,

Eduardo S. Espinosa,
Receiver for Retirement Value, LLC

121

# Exhibit A

## RETIREMENT VALUE, LLC, RECEIVER
## Balance Sheet
### As of April 30, 2011

| | Apr 30, 11 | | | Apr 30, 11 |
|---|---|---|---|---|
| **ASSETS** | | | **LIABILITIES & EQUITY** | |
| **Current Assets** | | | Liabilities | |
| Checking/Savings | | | Current Liabilities | |
| Checking/Savings | 10,779,572.05 | | Other Current Liabilities | |
| Policy Bank Accounts | 15,310,016.17 | | 3rd Party Assets | 202,145.69 |
| WELLS FARGO BASE - 8459 | 3,197,916.42 | | Total Other Current Liabilities | 202,145.69 |
| **Total Checking/Savings** | 29,287,504.64 | | **Total Current Liabilities** | 202,145.69 |
| | | | | |
| **Other Current Assets** | | | Long Term Liabilities | |
| Security Deposits | 120.00 | | Payable to Investors | 77,590,217.73 |
| **Total Other Current Assets** | 120.00 | | Interest Promised to Investors | 47,172,631.62 |
| **Total Current Assets** | 29,287,624.64 | | N/P - First Commercial Bank | 399,074.89 |
| | | | **Total Long Term Liabilities** | 125,161,924.24 |
| **Fixed Assets** | | | | |
| Building - 707 N Walnut[1] | 334,500.00 | | **Total Liabilities** | 125,364,069.93 |
| Land | 85,500.00 | | | |
| **Total Fixed Assets** | 420,000.00 | | | |
| | | | **Equity** | |
| **Other Assets** | | | Retained Earnings | -1,275,984.21 |
| Policies[2] | 55,667,732.71 | | Deficit | -38,712,728.37 |
| **Total Other Assets** | 55,667,732.71 | | **Total Equity** | -39,988,712.58 |
| | | | | |
| **TOTAL ASSETS** | 85,375,357.35 | | **TOTAL LIABILITIES & EQUITY** | 85,375,357.35 |

[1] The Building is reflected on Retirement Value's books at cost less accumulated depreciation.

[2] According to FASB Staff Position No. FTB 85-4-1, the Polices are reflected on Retirement Value's books using the investment method. Under the investment method, the book value of each policy includes its purchase price, other acquistion costs (e.g., payments to licensees), premiums paid to date as well as other capitalized expenses. The market value of the Policies is only $6,667,065.56. Taking the market value of the Policies into account, the amount by which Retirement Value's liabilities exceed its assets increases by $49,000,667.15 to $87,713,395.52.

**TAB 4**

K&L GATES LLP

# Retirement Value

POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS

**May 2, 2011**



**Lewis & Ellis, Inc.
Actuaries & Consultants**

S. Scott Gibson, F.S.A., M.A.A.A.
Jacqueline B. Lee, F.S.A., M.A.A.A.

# POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS

Table of Contents

| **Section** | | **Page** |
|---|---|---|
| I. | Purpose and Scope | 1 |
| II. | Valuation | 4 |
| III. | Stochastic Modeling | 8 |
| IV. | Summary | 12 |

*Lewis & Ellis, Inc.* • *Actuaries & Consultants*

# I.     Purpose and Scope

Eduardo S. Espinosa (Receiver) is the court-appointed receiver for Retirement Value, LLC (RV). The Receiver engaged Lewis & Ellis, Inc. (L&E) to perform the independent valuation of the RV policies and portfolio. L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 49 policies with a total face value amount of $134,835,000. The Receiver also hired Asset Servicing Group, LLC (ASG) to administer the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports. The LE reports that we used in our analysis were provided by ISC Services, a life expectancy provider generally considered to be reliable. We also reviewed LE reports prepared by AVS and 21st Services, which were provided to us by the Receiver (via ASG).

One policy has matured since the receivership began. This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) of the portfolio. This report will also assist the Receiver with additional graphs and tools for their presentation to the courts and decision-making process on how to handle the portfolio.

**Limits on Distribution and Utilization**

This report has been prepared for the use of the Receiver in reporting to the Court and in determining the best strategy for managing the portfolio. It is not appropriate for any other purpose.

This report may not be distributed to any other parties without the prior consent of L&E. Any users of this report must possess a certain level of expertise in life insurance, the life settlement industry, statistics, and/or actuarial science so as not to misinterpret the data presented. Any distribution of this report should be made in its entirety. In addition, any third party with access to this report acknowledges, as a condition of receipt, that L&E does not make any representations or warranties as to the accuracy or completeness of the material. Any third party with access to these materials cannot bring suit, claim, or action against L&E, under any theory of law, related in any way to this material.

It is our understanding, upon which we are relying, that any recipient of this report will consult with and rely solely upon their own legal counsel with respect to definitions. No representation is made herein, or directly or indirectly by the report, as to any legal matter or as to the sufficiency of said definitions for any purpose other than setting forth the scope of our Report hereunder. In connection with this Report, we have made such reviews, analyses, and inquiries as we have deemed necessary and appropriate under the circumstances.

# K&L Gates – Retirement Value Receivership

Lewis & Ellis is available to answer any questions that may be raised by this report. Please direct any inquiries to Scott Gibson or Jacqueline Lee.

**Confidentiality of Review**

L&E recognizes that in the performance of the work, we acquired or had access to records and information considered confidential by the Receiver. L&E took steps to comply with all laws, regulations, and standards relating to confidentiality and privacy.

**Reliances**

L&E's work was based upon data and information obtained through the Receiver and ASG. Lewis & Ellis did not perform a detailed review of the data provided. L&E did review the data for overall appropriateness and reasonableness. The data appear to be appropriate for use. If there are any material inaccuracies in the data provided, the conclusions reached in this report may be invalid.

We have relied upon and assumed, without independent verification unless noted elsewhere, that:

1. The life expectancies as presented are valid, reasonable, and proper; and
2. The life insurance policies' insured information, benefits, and structures are valid as presented.

The professional fee for this engagement is not contingent upon the opinion of the value set forth in the attached written report prepared by L&E.

The report is based on valuation as of the February 28, 2011 valuation date. Subsequent events that could affect the conclusion set forth in the report include adverse changes in industry performance or market conditions, adverse mortality experience, and changes to the business. L&E is under no obligation to update, revise, or reaffirm the report.

The report is intended solely for the information of the person or persons to whom it is addressed solely for the purpose stated, and may not be relied upon by any other person or for any other purpose without L&E's prior written consent. The conclusions set forth in the report are based on methods and techniques that L&E considers appropriate under the circumstances, and represent the opinion of L&E based upon information furnished by the Receiver, ASG, and their advisors.

Notwithstanding the foregoing, the opinions set forth in the report are not intended by L&E, and should not be construed, to be the investment advice in any manner whatsoever. Furthermore, no opinion, counsel, or interpretation is intended in matters that require legal, accounting, tax, or other appropriate professional advice. It is assumed that such opinions, counsel, or interpretations have been or will be obtained from the appropriate professional sources.

---

## K&L Gates – Retirement Value Receivership

L&E is not guaranteeing, on any basis, the performance or success of the portfolio, the repayment of invested capital, or any particular rate of capital or income return.

L&E assumes that the portfolio, the Receiver, and ASG have complied with all applicable federal, state, and local regulations and laws, unless the lack of compliance is specifically noted in the report.

Except to the extent specifically disclosed in writing to L&E, the report also assumes that the portfolio has no material contingent assets or liabilities, no unusual obligations, or substantial commitments other than those incurred in the ordinary course of business, and no pending or threatened litigation that would have a material effect on the portfolio.

L&E has not accounted for any no-lapse provisions that may be included with some of the policies.

127

**K&L Gates – Retirement Value Receivership**

# II.  Valuation

## Description of the Portfolio

There are 49 policies in the Retirement Value portfolio with a total face value amount of $134,835,000. Asset Servicing Group, LLC (ASG) administers the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports.

One policy has matured since the receivership. This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) for the portfolio.

The term "actuarial value" is defined as the amount at which the Portfolio (or more specifically the policies of the portfolio) would change hands between a willing buyer and a willing seller, each having reasonable knowledge of the relevant facts, with the presumption that actuarial assumptions and discount rates remain the same. We have not accounted for federal income tax in developing the actuarial value.

All valuation methodologies used to determine the actuarial value of the portfolio are predicated on numerous assumptions pertaining to prospective mortality experience. Unanticipated events and circumstances relating to such may occur and actual results may vary from those assumed. The variations may be material.

The discount rate is an assumption that drastically affects the results of the actuarial value in our analysis. Careful consideration is made when choosing this assumption. L&E currently performs life settlement portfolio valuations on 10+ life settlement portfolios ranging from 2 policies to 1,100 policies. Based on our experience with these funds, their managers, and our general perception of the market, the current market discount rate utilized for buying and selling of policies and portfolios ranges from 10-21%. Factors influencing the estimated range are overall financial market conditions, life insurance carrier, freshness and quality of life expectancy evaluation(s), means of original policy acquisition, and quality of policy source provider. The actuarial value of the portfolio has an inverse relationship to the discount rate; therefore, if the discount rate decreases, the actuarial value of the portfolio increases. Prospective buyers in the life settlement market want the discount rate to be higher, which would drive the purchase price down. Since the Receiver is either selling or maintaining the policies in the portfolio, it is reasonable to assume a higher discount rate such as 18%.

The total current death benefit for the policies, excluding the matured policy, in the portfolio is $124,835,000. As of the Valuation Date, the actuarial value of the Fund is $6,667,066 using the 18% discount rate. A value summary of policies held by the

---

*Lewis & Ellis, Inc. • Actuaries & Consultants*                                      *4*

## K&L Gates – Retirement Value Receivership

portfolio is shown on the next page (Exhibit A) along with two other discount rate scenarios of 16% and 20%.

Each policy has an escrow account that holds funds that will be used to pay future premiums and are referred to as "Premium Reserves." Exhibit B, which is on the page following Exhibit A, compares the number of months of premium reserves available to the number of months of the life expectancy for each policy. On average, the premium reserves do not provide enough funds to continue paying premiums from the escrow (roughly 45 months). None of the policies have enough funds to be able to pay premiums until the month of the policy's LE. The graph shows the number of months the premiums would be available in escrow as well as the number of months of the LE for each policy.

## Exhibit A - Net Present Values
### Probabilistic Basis
### As of 2/28/2011

| Policy* | Purchaser's Perspective** | | |
|---|---|---|---|
| | 16% | 18% | 20% |
| AGL06L-102009-LM | 430,848.67 | 383,494.19 | 342,423.11 |
| AGL130-012110-PM | 269,496.00 | 238,743.88 | 211,694.59 |
| AGL66L-071509-LB | 92,756.91 | 78,344.01 | 66,253.45 |
| AGL73L-031909-WK | 234,996.40 | 187,977.64 | 149,979.28 |
| ANI521-102209-BW | (97,289.63) | (97,142.05) | (96,860.07) |
| ANI852-031909-HO | (61,032.56) | (82,323.33) | (98,105.58) |
| AVL180-030510-MR | 230,384.80 | 174,347.14 | 127,850.65 |
| AXA091-012110-PC | 223,817.25 | 141,417.18 | 74,542.53 |
| AXA146-090409-GJ | 14,138.90 | (12,309.29) | (33,270.10) |
| AXA335-022410-PS | 1,358.25 | (27,854.75) | (50,269.07) |
| AXA597-110209-HM | (20,644.43) | (33,126.09) | (42,943.94) |
| AXA729-112009-SF | 50,370.72 | 24,828.76 | 4,325.22 |
| AXA804-031909-RM | (208,052.03) | (239,268.19) | (262,592.30) |
| AXA826-110509-IC | 9,787.61 | (7,258.07) | (20,919.07) |
| AXA994-011510-BD | 198,237.45 | 156,145.06 | 121,214.96 |
| HLI814-092509-MI | 126,651.82 | 101,993.08 | 81,324.89 |
| ING036-071509-EB | (115,058.12) | (140,372.55) | (160,074.80) |
| ING15J-121409-AK | (53,774.30) | (59,469.45) | (63,612.77) |
| ING201-071509-AG | (4,519.96) | (41,979.86) | (70,733.67) |
| ING283-031909-AI | 40,293.89 | 18,818.30 | 1,251.57 |
| LBL165-031909-NL | 39,663.41 | 29,549.82 | 21,395.93 |
| LBL361-021710-SW | 122,252.87 | 98,117.47 | 79,019.11 |
| LBL771-110209-MF | 309,382.49 | 267,941.88 | 233,119.47 |
| LFG006-103009-JC | (40,264.98) | (48,827.64) | (55,183.87) |
| LFG008-102909-RB | 247,337.99 | 202,416.42 | 165,922.89 |
| LFG081-021710-RC | 42,470.43 | 33,072.64 | 25,507.48 |
| LFG117-021710-HW | (3,005.66) | (15,030.54) | (24,438.59) |
| LFG177-031909-MC | (21,043.53) | (24,789.09) | (27,199.85) |
| LFG183-111109-MR | 889,335.90 | 789,529.17 | 704,782.99 |
| LFG248-012610-HM | 318,870.03 | 264,166.14 | 219,337.68 |
| LFG272-112009-PS | 65,022.78 | 45,526.99 | 30,074.67 |
| LFG311-031210-HM | 530,789.97 | 439,612.29 | 364,907.59 |
| LFG566-071509-MR | 770,238.74 | 685,062.11 | 612,323.98 |
| LFG591-031909-DH | 181,443.04 | 155,770.93 | 133,968.32 |
| LFG735-030510-AS | 396,678.80 | 332,026.12 | 279,328.35 |
| LFG740-071509RL | 429,916.80 | 353,461.03 | 291,617.47 |
| LFG782-090409-HO | 1,623,780.92 | 1,490,304.07 | 1,372,485.14 |
| LLI899-102209-AT | 445,960.12 | 334,404.40 | 243,834.63 |
| MET650-071509-DF | (275,274.43) | (261,038.83) | (248,187.16) |
| MMI860-071509-ML | (10,913.68) | (26,973.98) | (38,949.70) |
| OML446-031909-RL | 254,107.70 | 210,247.28 | 173,109.10 |
| PLI680-102909-JS | (82,486.24) | (82,307.67) | (81,650.23) |
| PLI930-102009-HM | (41,504.59) | (49,846.58) | (56,441.11) |
| PLI980-111109-JS | (374,822.02) | (374,179.87) | (371,609.18) |
| SLA338-112009-CD | 49,363.12 | 24,405.72 | 4,167.34 |
| SLA534-031909-LC | (9,805.77) | (16,225.41) | (21,410.62) |
| TRA281-071509-RJ | 75,834.79 | 50,174.42 | 29,153.13 |
| WPL982-071509-LB | 36,547.44 | 29,341.76 | 23,498.39 |
| *Portfolio Total* | *8,298,793.00* | *6,667,065.56* | *5,330,111.16* |

*Excludes PLI140-111109-DM

**Do not include any no-lapse guarantees

Exhibit B



**Exhibit B**

**Comparison between Number of Months of Escrowed Premiums vs. Number of Months for the Life Expectancy**

**As of 2/28/2011**

**K&L Gates – Retirement Value Receivership**

**Qualifications** *(to include S. Scott Gibson, FSA, MAAA and Jacqueline B. Lee, FSA, MAAA)*

Lewis & Ellis, Inc. has been an actuarial consulting firm for over 40 years with offices in Dallas, Kansas City, London, and Baltimore. Scott Gibson has been a consultant with L&E in the Dallas office since 1987 serving as a partner since 1993. Jackie Lee has been with Lewis & Ellis since 2008. Scott and Jackie are Fellows of the Society of Actuaries and Members of the American Academy of Actuaries. Scott served as a Board Member of the Life Insurance Settlement Association (LISA) for nearly five years starting in November 2005. Scott specialized his entire actuarial career, which started in 1981, in the life insurance area and has been working/serving the life settlement market since 2004. In 2004, Jackie began her actuarial career serving the health insurance industry, and she transitioned over to the life settlement industry at L&E. For life settlement work, they provide policy pricing, policy/fund valuations providing policy pricing, policy/fund valuations, and general consulting on an independent basis.

## Valuation Methodology

The policies are valued based on the Probabilistic Method. The life expectancy, account values, and illustrations were provided to L&E from ASG. Upon receiving the information, L&E solved for the cost of insurance rates. The projected cash flows will be determined based on mortality probabilities.

Other specific items included and utilized in the valuation:

- Base mortality table is the 2008 Valuation Basic Table (2008 VBT) Select that is gender and smoking class distinct; whereby age is on an ANB (age near birthday) basis.
- Every life expectancy (LE) provided came from ISC Services and a constant multiplier is determined such that when applied to the 2008 VBT and adjusted for the multiplier, the adjusted mortality table produces a calculated LE equal to the underwriter's LE as of the underwriting date.
- Based on the final adjusted mortality tables, a continuance table is developed based on the assumption that the survivorship is 100% as of the valuation date, and showing the probabilities of death occurring in each of the following month, and the cumulative probability of survival to each future month.
- Estimates of future premiums, after the valuation date, are the minimum premium streams calculated from the current values on the illustration. The premium streams are those used in pricing the case, and reflect the minimum premiums required to fund the policy short of lapsation, based on the insurance company policy illustration and verification of coverage (VOC) data.

As months elapse, the new value of the asset will take into consideration the new projected cash flows based on the survivorship of the policy.

## K&L Gates – Retirement Value Receivership

On a monthly basis the projected cost of insurance will be assumed to have been paid.

We are relying on and using the LE's that they have currently been provided. As we are not medical underwriters, we cannot opine as to the methodology embedded in or the accuracy of these LE's.

**Asset Value Calculation Formula:**

| | |
|---|---|
| x | The insured's age at LE underwriting. |
| w | The last age of the mortality table; 115 for 2008 VBT. |
| tPx | The probability of a person age x surviving t years. |
| tQx | The probability of a person age x dying within t years. |
| t\|Qx | The probability of a person age x surviving t years then dying in the next year. |
| Ex | The life expectancy in years of a person age x. This is the sum of tPx for t=1 to w minus x. |
| Mult | The mortality scalar multiplier applied to the Base mortality table such that Ex equals the Life Expectancy Provider's provided LE. |
| tDB | The face amount of the policy in year t. |
| tMP | The projected minimum policy premium to be paid in year t. |
| tEDB | The expected death benefit to be collected in year t. This equals tDB times t\|Qx. It should be noted that the sum of all tEDB's equals the face amount of the policy. |
| tEMP | The expected minimum policy premium to be paid in year t. This equals tMP times tPx. |
| i | The policy applicable discount rate as defined above. |
| NPVy(tEDB) | The net present value of the expected death benefits to be collected. This equals the sum of $(1+i)$ to the $(-t+y)$ power times tEDB for t=y+1 to w-x. The assumption is that the death benefit is paid at the end of the policy year. |
| NPVy(tEMP) | The net present value of the expected minimum policy premiums to be paid. This equals the sum of $(1+i)$ to the $(-t+y+1)$ power times tEMP for t=1 to w-x. The assumption is that premiums are paid annually at the beginning of policy year. |
| PPP | The policy purchase price. This equals the sum of NPV0EDB minus NPV0EMP. |
| NAVy | The net asset value of the policy at the end of year t. This equals (the sum of NPVy(tEDB) minus NPVy(tEMP) divided by tPx. |

The above formulas are presented on an "annual" basis for simplicity and ease of understanding. The reality is that we make these calculations on a monthly basis with the same principals being applied. Essentially, "t" becomes a measure of months. Proper adjustments are made to the minimum premium component to accommodate for varying modes of payment.

---

133

# III. Stochastic Modeling

L&E was also asked to provide additional graphs and analysis that would help the Receiver make the appropriate decisions on the behalf of the investors in the policies. Specifically, the Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity (Premiums Needed). Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes (Net Cash at Maturity) for the portfolio. The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.

The Receiver's accountant provided guidance on the taxation of the policies. The 35% tax rate is applied to the gain when the death benefit is paid. The gain is the face amount of the policy less the basis (the costs) that RV had in the policy. The basis includes the cost of acquiring the policy as well as all premiums paid on the policy prior to maturity. Our model takes into account the increase in basis resulting from future premium payments. The tax was calculated at the policy level.

L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's. The simulation ran 100,000 iterations. The base case is defined as the scenario where the LE's are equal to the LE provided by ISC. The following chart provides the statistics for the "Premiums Needed" and "Net Cash at Maturity."

| Statistics | Premiums Needed | Portfolio - Net Cash at Maturity |
|---|---|---|
| Trials | 100,000 | 100,000 |
| Base Case (at LE) | 28,995,631 | 91,188,233 |
| Mean | 9,955,226 | 77,548,109 |
| Median | 9,481,410 | 77,934,276 |
| Standard Deviation | 4,526,196 | 7,511,097 |
| Minimum | 0 | 40,214,472 |
| Maximum | 35,319,223 | 102,685,783 |

The graph on the next page shows the frequency graph for the Premiums Needed. The graph displays the results from the 100,000 iterations. The graph shows the median, 95th percentile, and 97 ½ percentile.

## K&L Gates – Retirement Value Receivership

### Exhibit C



## K&L Gates – Retirement Value Receivership

The next graph shows the results for the net cash at maturity for the portfolio. As explained earlier, the net cash at maturity is the amount of death benefits paid after all policies have matured less taxes and anticipated premiums after 2/28/2011. The net cash also includes the total cash on hand with the Receiver for the RV portfolio. This amount is $29.17 million and is added to the total death benefits less taxes and premiums paid.

The graph resembles a normal distribution, and we have displayed the 68% confidence interval and the 95% confidence interval. Based on the simulation, we are 68% confident that the cash received after all maturities will be between $70.0 million and $85.1 million. Likewise, we are 95% confident that the cash received will be between $62.5 million and $92.6 million.

136

## K&L Gates – Retirement Value Receivership

<u>**Exhibit D**</u>



## K&L Gates – Retirement Value Receivership

# IV.   Summary

Eduardo S. Espinosa is the court-appointed receiver for Retirement Value, LLC. The Receiver engaged Lewis & Ellis, Inc. to perform the independent valuation of the RV policies and portfolio. L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 48 policies, excluding the matured policy, with a total face value amount of $124,835,000. The Receiver also hired Asset Servicing Group, LLC to administer the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy reports.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 of the portfolio. This report will also assist the Receiver with additional graphs and statistics based on stochastic modeling of the portfolio for their presentation to the courts and decision-making process on how to handle the portfolio.

Analysis
- The actuarial value of the portfolio as of February 28, 2011 is $6,667,066 with an 18% discount rate.
- L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's.
  - Premiums Needed: The Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity.
  - Net Cash: Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes for the portfolio. The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.

S. Scott Gibson, FSA, MAAA
Senior Vice President & Principal
Lewis & Ellis, Inc.
May 2, 2011

Jacqueline B. Lee, FSA, MAAA
Vice President & Consulting Actuary
Lewis & Ellis, Inc.
May 2, 2011

**EXHIBIT C**

| Internal Code | Life Expectancy in Months | |
| --- | --- | --- |
| | ISC LE 50% | ISC LE 85% |
| LFG177-031909-MC | 149 | 222 |
| LFG081-021710-RC | 140 | 216 |
| LFG740-071509RL | 127 | 194 |
| LFG006-103009-JC | 127 | 196 |
| LFG591-031909-DH | 95 | 148 |
| LFG008-102909-RB | 121 | 191 |
| LFG782-090409-HO | 68 | 113 |
| LFG272-112009-PS | 140 | 216 |
| LFG566-071509-MR | 118 | 188 |
| LFG183-111109-MR | 118 | 188 |
| LFG117-021710-HW | 140 | 217 |
| LFG735-030510-AS | 125 | 197 |
| LFG311-031210-HM | 127 | 192 |
| LFG248-012610-HM | 127 | 192 |
| LBL165-031909-NL | 120 | 186 |
| LBL771-110209-MF | 102 | 158 |
| LBL361-021710-SW | 129 | 197 |
| AGL73L-031909-WK | 149 | 223 |
| AGL66L-071509-LB | 125 | 197 |
| AGL06L-102009-LM | 97 | 161 |
| AGL130-012110-PM | 64 | 121 |
| ANI852-031909-HO | 129 | 198 |
| ANI521-102209-BW | 85 | 146 |
| AXA804-031909-RM | 158 | 229 |
| AXA146-090409-GJ | 140 | 217 |
| AXA826-110509-IC | 129 | 198 |
| AXA994-011510-BD | 112 | 173 |
| AXA729-112009-SF | 141 | 213 |
| AXA597-110209-HM | 135 | 203 |
| AXA091-012110-PC | 125 | 197 |
| AXA335-022410-PS | 161 | 237 |
| SLA338-112009-CD | 125 | 197 |
| SLA534-031909-LC | 113 | 181 |
| MMI860-071509-ML | 162 | 242 |
| PLI980-111109-JS | 150 | 220 |
| PLI680-102909-JS | 150 | 220 |
| PLI930-102009-HM | 135 | 203 |
| PLI140-111109-DM | NA | NA |
| ING036-071509-EB | 132 | 206 |
| ING201-071509-AG | 127 | 196 |
| ING15J-121409-AK | 120 | 187 |
| ING283-031909-AI | 105 | 168 |
| LLI899-102209-AT | 126 | 192 |
| MET650-071509-DF | 127 | 197 |
| TRA281-071509-RJ | 118 | 188 |
| HLI814-092509-MI | 110 | 178 |
| WPL982-071509-LB | 119 | 182 |
| OML446-031909-RL | 91 | 151 |
| AVL180-030510-MR | 118 | 188 |
| **Average** | **123.98** | **192.08** |

# Exhibit C

K&L GATES LLP

# Retirement Value

POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS-REVISED

June 27, 2011



## Lewis & Ellis, Inc.
## Actuaries & Consultants

S. Scott Gibson, F.S.A., M.A.A.A.
Jacqueline B. Lee, F.S.A., M.A.A.A.

# POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS

Table of Contents

| Section | | Page |
|---|---|---|
| I. | Purpose and Scope | 1 |
| II. | Valuation | 4 |
| III. | Stochastic Modeling | 8 |
| IV. | Summary | 12 |

*Lewis & Ellis, Inc.* • *Actuaries & Consultants*

# I.    Purpose and Scope

Eduardo S. Espinosa (Receiver) is the court-appointed receiver for Retirement Value, LLC (RV). The Receiver engaged Lewis & Ellis, Inc. (L&E) to perform the independent valuation of the RV policies and portfolio. L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 49 policies with a total face value amount of $134,835,000. The Receiver also hired Asset Servicing Group, LLC (ASG) to administer the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports. The LE reports that we used in our analysis were provided by ISC Services, a life expectancy provider generally considered to be reliable. We also reviewed LE reports prepared by AVS and 21st Services, which were provided to us by the Receiver (via ASG).

One policy has matured since the receivership began. This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) of the portfolio. This report will also assist the Receiver with additional graphs and tools for their presentation to the courts and decision-making process on how to handle the portfolio.

**Limits on Distribution and Utilization**

This report has been prepared for the use of the Receiver in reporting to the Court and in determining the best strategy for managing the portfolio. It is not appropriate for any other purpose.

This report may not be distributed to any other parties without the prior consent of L&E. Any users of this report must possess a certain level of expertise in life insurance, the life settlement industry, statistics, and/or actuarial science so as not to misinterpret the data presented. Any distribution of this report should be made in its entirety. In addition, any third party with access to this report acknowledges, as a condition of receipt, that L&E does not make any representations or warranties as to the accuracy or completeness of the material. Any third party with access to these materials cannot bring suit, claim, or action against L&E, under any theory of law, related in any way to this material.

It is our understanding, upon which we are relying, that any recipient of this report will consult with and rely solely upon their own legal counsel with respect to definitions. No representation is made herein, or directly or indirectly by the report, as to any legal matter or as to the sufficiency of said definitions for any purpose other than setting forth the scope of our Report hereunder. In connection with this Report, we have made such reviews, analyses, and inquiries as we have deemed necessary and appropriate under the circumstances.

143

Lewis & Ellis is available to answer any questions that may be raised by this report. Please direct any inquiries to Scott Gibson or Jacqueline Lee.

**Confidentiality of Review**

L&E recognizes that in the performance of the work, we acquired or had access to records and information considered confidential by the Receiver. L&E took steps to comply with all laws, regulations, and standards relating to confidentiality and privacy.

**Reliances**

L&E's work was based upon data and information obtained through the Receiver and ASG. Lewis & Ellis did not perform a detailed review of the data provided. L&E did review the data for overall appropriateness and reasonableness. The data appear to be appropriate for use. If there are any material inaccuracies in the data provided, the conclusions reached in this report may be invalid.

We have relied upon and assumed, without independent verification unless noted elsewhere, that:

1. The life expectancies as presented are valid, reasonable, and proper; and
2. The life insurance policies' insured information, benefits, and structures are valid as presented.

The professional fee for this engagement is not contingent upon the opinion of the value set forth in the attached written report prepared by L&E.

The report is based on valuation as of the February 28, 2011 valuation date. Subsequent events that could affect the conclusion set forth in the report include adverse changes in industry performance or market conditions, adverse mortality experience, and changes to the business. L&E is under no obligation to update, revise, or reaffirm the report.

The report is intended solely for the information of the person or persons to whom it is addressed solely for the purpose stated, and may not be relied upon by any other person or for any other purpose without L&E's prior written consent. The conclusions set forth in the report are based on methods and techniques that L&E considers appropriate under the circumstances, and represent the opinion of L&E based upon information furnished by the Receiver, ASG, and their advisors.

Notwithstanding the foregoing, the opinions set forth in the report are not intended by L&E, and should not be construed, to be the investment advice in any manner whatsoever. Furthermore, no opinion, counsel, or interpretation is intended in matters that require legal, accounting, tax, or other appropriate professional advice. It is assumed that such opinions, counsel, or interpretations have been or will be obtained from the appropriate professional sources.

L&E is not guaranteeing, on any basis, the performance or success of the portfolio, the repayment of invested capital, or any particular rate of capital or income return.

L&E assumes that the portfolio, the Receiver, and ASG have complied with all applicable federal, state, and local regulations and laws, unless the lack of compliance is specifically noted in the report.

Except to the extent specifically disclosed in writing to L&E, the report also assumes that the portfolio has no material contingent assets or liabilities, no unusual obligations, or substantial commitments other than those incurred in the ordinary course of business, and no pending or threatened litigation that would have a material effect on the portfolio.

L&E has not accounted for any no-lapse provisions that may be included with some of the policies.

# II.  Valuation

## Description of the Portfolio

There are 49 policies in the Retirement Value portfolio with a total face value amount of $134,835,000.  Asset Servicing Group, LLC (ASG) administers the portfolio.  ASG provided the information used in the valuation.  We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports.

One policy has matured since the receivership.  This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) for the portfolio.

The term "actuarial value" is defined as the amount at which the Portfolio (or more specifically the policies of the portfolio) would change hands between a willing buyer and a willing seller, each having reasonable knowledge of the relevant facts, with the presumption that actuarial assumptions and discount rates remain the same.  We have not accounted for federal income tax in developing the actuarial value.

All valuation methodologies used to determine the actuarial value of the portfolio are predicated on numerous assumptions pertaining to prospective mortality experience.  Unanticipated events and circumstances relating to such may occur and actual results may vary from those assumed.  The variations may be material.

The discount rate is an assumption that drastically affects the results of the actuarial value in our analysis.  Careful consideration is made when choosing this assumption.  L&E currently performs life settlement portfolio valuations on 10+ life settlement portfolios ranging from 2 policies to 1,100 policies. Based on our experience with these funds, their managers, and our general perception of the market, the current market discount rate utilized for buying and selling of policies and portfolios ranges from 10-21%. Factors influencing the estimated range are overall financial market conditions, life insurance carrier, freshness and quality of life expectancy evaluation(s), means of original policy acquisition, and quality of policy source provider.  The actuarial value of the portfolio has an inverse relationship to the discount rate; therefore, if the discount rate decreases, the actuarial value of the portfolio increases.  Prospective buyers in the life settlement market want the discount rate to be higher, which would drive the purchase price down.  Since the Receiver is either selling or maintaining the policies in the portfolio, it is reasonable to assume a higher discount rate such as 18%.

The total current death benefit for the policies, excluding the matured policy, in the portfolio is $124,835,000.  As of the Valuation Date, the actuarial value of the Fund is $5,700,917 using the 18% discount rate.  A value summary of policies held by the

146

portfolio is shown on the next page (Exhibit A) along with two other discount rate scenarios of 16% and 20%.

Each policy has an escrow account that holds funds that will be used to pay future premiums and are referred to as "Premium Reserves." Exhibit B, which is on the page following Exhibit A, compares the number of months of premium reserves available to the number of months of the life expectancy for each policy. On average, the premium reserves do not provide enough funds to continue paying premiums from the escrow (roughly 45 months). None of the policies have enough funds to be able to pay premiums until the month of the policy's LE. The graph shows the number of months the premiums would be available in escrow as well as the number of months of the LE for each policy.

### _Exhibit A - Net Present Values_
### _Probabilistic Basis_
### _As of 2/28/2011_

| Policy* | Purchaser's Perspective** | | |
| --- | --- | --- | --- |
| | 16% | 18% | 20% |
| AGL06L-102009-LM | 430,848.67 | 383,494.19 | 342,423.11 |
| AGL130-012110-PM | 238,743.88 | 238,743.88 | 211,694.59 |
| AGL66L-071509-LB | 92,756.91 | 78,344.01 | 66,253.45 |
| AGL73L-031909-WK | 234,996.40 | 187,977.64 | 149,979.28 |
| ANI521-102209-BW | (97,289.63) | (97,142.05) | (96,860.07) |
| ANI852-031909-HO | (61,032.56) | (82,323.33) | (98,105.58) |
| AVL180-030510-MR | 230,384.80 | 174,347.14 | 127,850.65 |
| AXA091-012110-PC | 223,817.25 | 141,417.18 | 74,542.53 |
| AXA146-090409-GJ | (12,309.29) | (12,309.29) | (33,270.10) |
| AXA335-022410-PS | 1,358.25 | (27,854.75) | (50,269.07) |
| AXA597-110209-HM | (20,644.43) | (33,126.09) | (42,943.94) |
| AXA729-112009-SF | 24,828.76 | 24,828.76 | 4,325.22 |
| AXA804-031909-RM | (208,052.03) | (239,268.19) | (262,592.30) |
| AXA826-110509-IC | (7,258.07) | (7,258.07) | (20,919.07) |
| AXA994-011510-BD | 198,237.45 | 156,145.06 | 121,214.96 |
| HLI814-092509-MI | 101,993.08 | 101,993.08 | 81,324.89 |
| ING036-071509-EB | (140,372.55) | (140,372.55) | (160,074.80) |
| ING15J-121409-AK | (59,469.45) | (59,469.45) | (63,612.77) |
| ING201-071509-AG | (4,519.96) | (41,979.86) | (70,733.67) |
| ING283-031909-AI | 18,818.30 | 18,818.30 | 1,251.57 |
| LBL165-031909-NL | 39,663.41 | 29,549.82 | 21,395.93 |
| LBL361-021710-SW | 122,252.87 | 98,117.47 | 79,019.11 |
| LBL771-110209-MF | 309,382.49 | 267,941.88 | 233,119.47 |
| LFG006-103009-JC | (40,264.98) | (48,827.64) | (55,183.87) |
| LFG008-102909-RB | 247,337.99 | 202,416.42 | 165,922.89 |
| LFG081-021710-RC | 42,470.43 | 33,072.64 | 25,507.48 |
| LFG117-021710-HW | (3,005.66) | (15,030.54) | (24,438.59) |
| LFG177-031909-MC | (21,043.53) | (24,789.09) | (27,199.85) |
| LFG183-111109-MR | 889,335.90 | 789,529.17 | 704,782.99 |
| LFG248-012610-HM | 318,870.03 | 264,166.14 | 219,337.68 |
| LFG272-112009-PS | 65,022.78 | 45,526.99 | 30,074.67 |
| LFG311-031210-HM | 530,789.97 | 439,612.29 | 364,907.59 |
| LFG566-071509-MR | 770,238.74 | 685,062.11 | 612,323.98 |
| LFG591-031909-DH | 181,443.04 | 155,770.93 | 133,968.32 |
| LFG735-030510-AS | 396,678.80 | 332,026.12 | 279,328.35 |
| LFG740-071509RL | 429,916.80 | 353,461.03 | 291,617.47 |
| LFG782-090409-HO | 1,623,780.92 | 1,490,304.07 | 1,372,485.14 |
| LLI899-102209-AT | 445,960.12 | 334,404.40 | 243,834.63 |
| MET650-071509-DF | (275,274.43) | (261,038.83) | (248,187.16) |
| MMI860-071509-ML | (26,973.98) | (26,973.98) | (38,949.70) |
| OML446-031909-RL | 210,247.28 | 210,247.28 | 173,109.10 |
| PLI680-102909-JS | (82,486.24) | (82,307.67) | (81,650.23) |
| PLI930-102009-HM | (41,504.59) | (49,846.58) | (56,441.11) |
| PLI980-111109-JS | (374,822.02) | (374,179.87) | (371,609.18) |
| SLA338-112009-CD | 49,363.12 | 24,405.72 | 4,167.34 |
| SLA534-031909-LC | (9,805.77) | (16,225.41) | (21,410.62) |
| TRA281-071509-RJ | 75,834.79 | 50,174.42 | 29,153.13 |
| WPL982-071509-LB | 36,547.44 | 29,341.76 | 23,498.39 |
| **Portfolio Total** | **7,095,792** | **5,700,917** | **4,363,962** |

*Excludes PLI140-111109-DM

**Do not include any no-lapse guarantees

148



Exhibit B
Comparison between Number of Months of Escrowed Premiums vs. Number of Months for the Life Expectancy
As of 2/28/2011

**Qualifications** *(to include S. Scott Gibson, FSA, MAAA and Jacqueline B. Lee, FSA, MAAA)*

Lewis & Ellis, Inc. has been an actuarial consulting firm for over 40 years with offices in Dallas, Kansas City, London, and Baltimore. Scott Gibson has been a consultant with L&E in the Dallas office since 1987 serving as a partner since 1993. Jackie Lee has been with Lewis & Ellis since 2008. Scott and Jackie are Fellows of the Society of Actuaries and Members of the American Academy of Actuaries. Scott served as a Board Member of the Life Insurance Settlement Association (LISA) for nearly five years starting in November 2005. Scott specialized his entire actuarial career, which started in 1981, in the life insurance area and has been working/serving the life settlement market since 2004. In 2004, Jackie began her actuarial career serving the health insurance industry, and she transitioned over to the life settlement industry at L&E. For life settlement work, they provide policy pricing, policy/fund valuations providing policy pricing, policy/fund valuations, and general consulting on an independent basis.

**Valuation Methodology**

The policies are valued based on the Probabilistic Method. The life expectancy, account values, and illustrations were provided to L&E from ASG. Upon receiving the information, L&E solved for the cost of insurance rates. The projected cash flows will be determined based on mortality probabilities.

Other specific items included and utilized in the valuation:

- Base mortality table is the 2008 Valuation Basic Table (2008 VBT) Select that is gender and smoking class distinct; whereby age is on an ANB (age near birthday) basis.
- Every life expectancy (LE) provided came from ISC Services and a constant multiplier is determined such that when applied to the 2008 VBT and adjusted for the multiplier, the adjusted mortality table produces a calculated LE equal to the underwriter's LE as of the underwriting date.
- Based on the final adjusted mortality tables, a continuance table is developed based on the assumption that the survivorship is 100% as of the valuation date, and showing the probabilities of death occurring in each of the following month, and the cumulative probability of survival to each future month.
- Estimates of future premiums, after the valuation date, are the minimum premium streams calculated from the current values on the illustration. The premium streams are those used in pricing the case, and reflect the minimum premiums required to fund the policy short of lapsation, based on the insurance company policy illustration and verification of coverage (VOC) data.

As months elapse, the new value of the asset will take into consideration the new projected cash flows based on the survivorship of the policy.

On a monthly basis the projected cost of insurance will be assumed to have been paid.

We are relying on and using the LE's that they have currently been provided. As we are not medical underwriters, we cannot opine as to the methodology embedded in or the accuracy of these LE's.

**Asset Value Calculation Formula:**

| | |
|---|---|
| x | The insured's age at LE underwriting. |
| w | The last age of the mortality table; 115 for 2008 VBT. |
| $tPx$ | The probability of a person age x surviving t years. |
| $tQx$ | The probability of a person age x dying within t years. |
| $t|Qx$ | The probability of a person age x surviving t years then dying in the next year. |
| Ex | The life expectancy in years of a person age x. This is the sum of $tPx$ for t=1 to w minus x. |
| Mult | The mortality scalar multiplier applied to the Base mortality table such that Ex equals the Life Expectancy Provider's provided LE. |
| tDB | The face amount of the policy in year t. |
| tMP | The projected minimum policy premium to be paid in year t. |
| tEDB | The expected death benefit to be collected in year t. This equals tDB times $t|Qx$. It should be noted that the sum of all tEDB's equals the face amount of the policy. |
| tEMP | The expected minimum policy premium to be paid in year t. This equals tMP times $tPx$. |
| i | The policy applicable discount rate as defined above. |
| NPVy(tEDB) | The net present value of the expected death benefits to be collected. This equals the sum of $(1+i)$ to the $(-t+y)$ power times tEDB for t=y+1 to w-x. The assumption is that the death benefit is paid at the end of the policy year. |
| NPVy(tEMP) | The net present value of the expected minimum policy premiums to be paid. This equals the sum of $(1+i)$ to the $(-t+y+1)$ power times tEMP for t=1 to w-x. The assumption is that premiums are paid annually at the beginning of policy year. |
| PPP | The policy purchase price. This equals the sum of NPV0EDB minus NPV0EMP. |
| NAVy | The net asset value of the policy at the end of year t. This equals (the sum of NPVy(tEDB) minus NPVy(tEMP) divided by $tPx$. |

The above formulas are presented on an "annual" basis for simplicity and ease of understanding. The reality is that we make these calculations on a monthly basis with the same principals being applied. Essentially, "t" becomes a measure of months. Proper adjustments are made to the minimum premium component to accommodate for varying modes of payment.

151

# III. Stochastic Modeling

L&E was also asked to provide additional graphs and analysis that would help the Receiver make the appropriate decisions on the behalf of the investors in the policies. Specifically, the Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity (Premiums Needed). Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes (Net Cash at Maturity) for the portfolio. The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.

The Receiver's accountant provided guidance on the taxation of the policies. The 35% tax rate is applied to the gain when the death benefit is paid. The gain is the face amount of the policy less the basis (the costs) that RV had in the policy. The basis includes the cost of acquiring the policy as well as all premiums paid on the policy prior to maturity. Our model takes into account the increase in basis resulting from future premium payments. The tax was calculated at the policy level.

L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's. The simulation ran 100,000 iterations. The base case is defined as the scenario where the LE's are equal to the LE provided by ISC. The following chart provides the statistics for the "Premiums Needed" and "Net Cash at Maturity."

| Statistics | Premiums Needed | Portfolio - Net Cash at Maturity |
|---|---|---|
| Trials | 100,000 | 100,000 |
| Base Case (at LE) | 28,995,631 | 91,188,233 |
| Mean | 9,955,226 | 77,548,109 |
| Median | 9,481,410 | 77,934,276 |
| Standard Deviation | 4,526,196 | 7,511,097 |
| Minimum | 0 | 40,214,472 |
| Maximum | 35,319,223 | 102,685,783 |

The graph on the next page shows the frequency graph for the Premiums Needed. The graph displays the results from the 100,000 iterations. The graph shows the median, 95th percentile, and 97 ½ percentile.

## Exhibit C



The next graph shows the results for the net cash at maturity for the portfolio. As explained earlier, the net cash at maturity is the amount of death benefits paid after all policies have matured less taxes and anticipated premiums after 2/28/2011. The net cash also includes the total cash on hand with the Receiver for the RV portfolio. This amount is $29.17 million and is added to the total death benefits less taxes and premiums paid.

The graph resembles a normal distribution, and we have displayed the 68% confidence interval and the 95% confidence interval. Based on the simulation, we are 68% confident that the cash received after all maturities will be between $70.0 million and $85.1 million. Likewise, we are 95% confident that the cash received will be between $62.5 million and $92.6 million.

154

## Exhibit D



# IV.  Summary

Eduardo S. Espinosa is the court-appointed receiver for Retirement Value, LLC.  The Receiver engaged Lewis & Ellis, Inc. to perform the independent valuation of the RV policies and portfolio.  L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 48 policies, excluding the matured policy, with a total face value amount of $124,835,000.  The Receiver also hired Asset Servicing Group, LLC to administer the portfolio.  ASG provided the information used in the valuation.  We received illustrations, annual statements, policy contracts, and life expectancy reports.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 of the portfolio.  This report will also assist the Receiver with additional graphs and statistics based on stochastic modeling of the portfolio for their presentation to the courts and decision-making process on how to handle the portfolio.

Analysis
- The actuarial value of the portfolio as of February 28, 2011 is $5,700,917 with an 18% discount rate.
- L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's.
  - Premiums Needed:  The Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity.
  - Net Cash:  Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes for the portfolio.  The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.

S. Scott Gibson, FSA, MAAA
Senior Vice President & Principal
Lewis & Ellis, Inc.
June 27, 2011

Jacqueline B. Lee, FSA, MAAA
Vice President & Consulting Actuary
Lewis & Ellis, Inc.
June 27, 2011

**TAB 5**

# Exhibit D

**WIRE TRANSFER INSTRUCTIONS TO *JAMES SETTLEMENT SERV.***

| | | |
|---|---|---|
| AMOUNT: | $ 552,384 | |
| TO (INSURED NAME): | ████████ ←————— | AVL180-030510-MR |
| TO (Escrow Account #): | 1104230B | |
| FROM (Sub-Account #): | $ 61,878 | ████(AXA091-012110-PC) ✓ |
| | $ 54,235 | ██████(AXA335-022410-PS) ✓ |
| | $ 136,045 | ███(AVL180-030510-MR) ✓ |
| | $ 53,300 | ████(LFG735-030510-AS) ✓ |
| | $ 96,450 | ██████(LFG311-031210-HM) ✓ |
| | $ 26,817 | ██████(AXA036-031610-PC) ✓ |
| | $ 123,659 | █████(JHL633-031210-CT) ✓ |

DATE:   03-25-2010

Redacted — Insureds' Names Removed and Replaced w/ Codes

# KIESLING, PORTER, KIESLING & FREE, P.C.

Attorneys at Law
P.O. Box 311686
New Braunfels, Texas 78131-1686
348 East San Antonio Street
New Braunfels, Texas 78130

ROB B. KIESLING
    Email: krkiesling@sbcglobal.net
KRISTEN QUINNEY PORTER
    Email: kqp@nbrplaw.net
    BOARD CERTIFIED
    RESIDENTIAL REAL ESTATE
    TEXAS BOARD OF LEGAL SPECIALIZATION
RICK A. KIESLING
    Email: rickiesling@sbcglobal.net
BRENTLEY W. FREE
    Email: bwfree@sbcglobal.net
    BOARD CERTIFIED
    TAX LAW
    TEXAS BOARD OF LEGAL SPECIALIZATION

(830) 625-7481

SA Metro
(830) 609-7531

Fax
(830) 625-1721

www.kieslinglaw.com

DATE: March 29, 2010

PLEASE DELIVER __1__ PAGES (including this cover letter)

TO: Jan Mann
COMPANY: Pacific Northwest Title of Oregon, Inc.
FAX: 503-226-7399

MAR 3 9 2010

FROM: Kiesling, Porter, Kiesling & Free, P.C. – Kristen Porter/Brently Free

MATTER: Retirement Value

OUR LF: 6781-10,000

MESSAGE: Dear Ms. Mann,

AVL180-030510-MR

Our office has sent a wire transfer on March 29, 2010 in the amount of $552,384.00 on Escrow Account No. 1104730B – ████████ on behalf of Retirement Value, LLC. We have listed below the Internal Policy checking accounts from which they have been deducted:

DETAILS: Internal Details for KPKF, PC:

| | Amount | Internal Account No. | Carrier |
|---|---|---|---|
| $ | 61,878.00 | AXA091-6554971207 | AXA Equitable |
| $ | 54,235.00 | AXA335-6554971082 | AXA Equitable |
| $ | 136,045.00 | AVL180-6554971157 | Avivia Life |
| $ | 53,300.00 | LFG735-6554971140 | Lincoln Financial |
| $ | 96,450.00 | LFG311-6554971132 | Lincoln Financial |
| $ | 26,817.00 | AXA036-6554971173 | AXA Equitable |
| $ | 123,659.00 | JHL633-6554971165 | John Hancock Life |

Total $ 552,384.00

If you need additional information, please call our office.

cy: Retirement Value, LLC
    830-609-5002 and 830-609-6202

This transmission contains confidential Attorney-Client privileged information and is intended for the sole use of the person or entity named above. Any disclosure, copying, dissemination, or distribution of, or acting in any manner upon the contents of this transmission other than as intended, is strictly prohibited. If you have received this transmission in error, please contact us immediately and return these documents to us by way of the U.S. Postal Service, at our expense. PLEASE NOTIFY US IMMEDIATELY IF THIS TRANSMISSION WAS NOT RECEIVED PROPERLY.

Redacted -- Insured's Name Removed and Replaced w/ Code

# Exhibit E

| Funds Used for PLI140-111109-DM | | | | |
|---|---|---|---|---|
| **Source Account** | **Date** | **Amount** | **Account SubTotals** | |
| LFG008-102909-RB | 12/22/09 | $139,000 | | |
| LFG008-102909-RB | 1/4/10 | $67,669 | $206,669 | 4.82% |
| AXA091-012110-PC | 2/2/10 | $59,904 | $59,904 | 1.40% |
| SLA338-112009-CD | 12/22/09 | $55,000 | | |
| SLA338-112009-CD | 1/4/10 | $115,801 | | |
| SLA338-112009-CD | 1/7/10 | $17,468 | $188,269 | 4.39% |
| AXA994-011510-BD | 2/2/10 | $61,342 | $61,342 | 1.43% |
| GFG089-012110-RF | 2/2/10 | $36,173 | $36,173 | 0.84% |
| AXA729-112009-SF | 12/22/09 | $79,000 | | |
| AXA729-112009-SF | 1/4/10 | $119,291 | | |
| AXA729-112009-SF | 1/7/10 | $93,928 | $292,219 | 6.81% |
| ING151-121409-AK | 1/7/10 | $63,064 | $63,064 | 1.47% |
| LFG248-012610-HM | 2/2/10 | $48,616 | $48,616 | 1.13% |
| PLI140-111109-DM | 12/22/10 | $220,000 | | |
| PLI140-111109-DM | 1/4/10 | $154,755 | | |
| PLI140-111109-DM | 1/7/10 | $267,613 | | |
| PLI140-111109-DM | 2/2/10 | $53,690 | | |
| PLI140-111109-DM | 2/16/10 | $83,909 | $779,967 | 18.18% |
| AXA346-112009-GR | 12/22/09 | $52,000 | | |
| MMI025-112009-GR | 1/4/10 | $119,398 | | |
| MMI025-112009-GR | 1/7/10 | $138,989 | $310,387 | 7.24% |
| LFG183-111109-MR | 12/22/09 | $99,000 | | |
| LFG183-111109-MR | 1/4/10 | $122,603 | | |
| LFG183-111109-MR | 1/7/10 | $130,062 | | |
| LFG183-111109-MR | 2/2/10 | $51,823 | $403,488 | 9.41% |
| PLI980-111109-JS | 12/22/09 | $124,000 | | |
| PLI980-111109-JS | 1/4/10 | $130,620 | | |
| PLI980-111109-JS | 1/7/10 | $148,118 | $402,738 | 9.39% |
| LLG272-112009-PS | 12/22/09 | $60,000 | | |
| LLG272-112009-PS | 1/4/10 | $68,446 | $128,446 | 2.99% |
| LLI899-102209-AT | 12/22/09 | $102,000 | | |
| LLI899-102209-AT | 1/4/10 | $135,230 | | |
| LLI899-102209-AT | 1/7/10 | $71,488 | $308,718 | 7.20% |
| RV Operating | | $1,000,000 | $1,000,000 | 23.31% |
| TOTAL | | $4,290,000 | $4,290,000 | |

| Expenditures from PLI140-111109-DM Reserve Account | | | |
|---|---|---|---|
| **Policy Purchased** | **Date** | **Amount** | **Account SubTotals** |
| AXA091-012110-PC | 1/26/10 | $148,820 | |
| AXA091-012110-PC | 2/16/10 | $10,140 | $158,960 |
| LFG081-021710-RC | 2/12/10 | $22,305 | $22,305 |
| AXA994-011510-BD | 1/22/10 | $1,502 | $1,502 |
| GFG089-012110-RF | 2/5/10 | $102,219 | $102,219 |
| LBL771-110209-MI | 12/17/09 | $312,768 | $312,768 |
| AXA729-112009-SF | 12/17/09 | $137,565 | $137,565 |
| ING15J-121409-AK | 1/22/10 | $18,809 | $18,809 |
| PLI140-111109-DM | 12/22/10 | $220,000 | |
| PLI140-111109-DM | 1/4/10 | $154,755 | |
| PLI140-111109-DM | 1/7/10 | $267,613 | |
| PLI140-111109-DM | 2/2/10 | $53,690 | |
| PLI140-111109-DM | 2/16/10 | $83,909 | $779,967 |
| AGL130-012110-PM | 1/29/10 | $97,823 | $97,823 |
| MMI025-112009-GR | 1/19/10 | $149,675 | $149,675 |
| LFG183-111109-MR | 1/15/10 | $189,347 | |
| LFG183-111109-MR | 1/22/10 | $24,540 | $213,887 |
| ANI521-102209-BW | 2/19/10 | $111,591 | $111,591 |
| LFG117-021710-HW | 2/23/10 | $98,436 | $98,436 |
| TOTAL | | $2,205,507 | $2,205,507 |

| Funds Used for Policy AXA0910012110-PL(Wire Transfer Instructions) | | | | |
|---|---|---|---|---|
| Source Account | Date | Amount | Account SubTotals | |
| AXA091-012110-PC | 2/5/10 | $96,118 | | |
| AXA091-012110-PC | 2/9/10 | $61,696 | | |
| AXA091-012110-PC | 2/16/10 | $64,287 | $222,101 | 17.08% |
| AXA994-011510-BD | 1/26/10 | $90,743 | | |
| AXA994-011510-BD | 2/9/10 | $20,879 | | |
| AXA994-011510-BD | 2/16/10 | $27,105 | $138,727 | 10.67% |
| GFG089-012110-RF | 1/26/10 | $25,270 | | |
| GFG089-012110-RF | 2/5/10 | $79,784 | | |
| GFG089-012110-RF | 2/9/10 | $34,937 | | |
| GFG089-012110-RF | 2/12/10 | $20,814 | $160,805 | 12.37% |
| LFG248-012610-HM | 2/5/10 | $8,657 | | |
| LFG248-012610-HM | 2/9/10 | $34,508 | | |
| LFG248-012610-HM | 2/16/10 | $24,263 | $67,428 | 5.19% |
| PLI140-111109-DM | 1/26/10 | $148,820 | | |
| PLI140-111109-DM | 2/16/10 | $10,140 | $158,960 | 12.23% |
| AGL130-012110-PM | 2/5/10 | $64,691 | | |
| AGL130-012110-PM | 2/9/10 | $34,552 | | |
| AGL130-012110-PM | 2/12/10 | $52,301 | $151,544 | 11.66% |
| ANI065-011510-NR | 1/26/10 | $88,844 | $88,844 | 6.83% |
| MMI025-112009-GR | 1/26/10 | $90,584 | $90,584 | 6.97% |
| LFG183-111109-MR | 1/26/10 | $128,745 | | |
| LFG183-111109-MR | 2/9/10 | $66,921 | | |
| LFG183-111109-MR | 2/16/10 | $25,341 | $221,007 | 17.00% |
| TOTAL | | $1,300,000 | $1,300,000 | |

-3-

163

| Expenditures from AXA091-012110-PL Reserve | | | | |
|---|---|---|---|---|
| **Policy Purchased** | **Date** | **Amount** | **Account SubTotals** | |
| AXA091-012110-PC | 2/5/10 | $96,118 | | |
| AXA091-012110-PC | 2/9/10 | $61,696 | | |
| AXA091-012110-PC | 2/16/10 | $64,287 | $222,101 | 16.33% |
| LFG081-021710-RC | 2/12/10 | $64,603 | $64,603 | 4.75% |
| LFG248-012610-HM | 3/2/10 | $125,235 | | |
| LFG248-012610-HM | 3/9/10 | $23,496 | | |
| LFG248-012610-HM | 3/12/10 | $148,050 | | |
| LFG248-012610-HM | 3/16/10 | $53,645 | $350,426 | 25.77% |
| PLI140-111109-DM | 2/2/10 | $59,904 | $59,904 | 4.41% |
| AGL130-012110-PM | 1/29/10 | $5,227 | $5,227 | 0.38% |
| AVL180-030510-MR | 3/23/10 | $23,096 | | |
| AVL180-030510-MR | 3/25/10 | $61,878 | $84,974 | 6.25% |
| LFG735-030510-AS | 3/19/10 | $181,536 | $181,536 | 13.35% |
| AXA335-022410-PS | 3/5/10 | $102,270 | | |
| AXA335-022410-PS | 3/12/10 | $34,442 | $136,712 | 10.05% |
| AGL761-012810-WS | 2/19/10 | $2,401 | $2,401 | 0.18% |
| AGL130-012110-PM | 2/19/20 | $40,557 | $40,557 | 2.98% |
| LFG117-021710-HW | 2/23/10 | $81,259 | $81,259 | 5.98% |
| LBL361-021710-SW | 2/26/10 | $85,529 | $85,529 | 6.29% |
| LBL918-022410-RW | 2/19/10 | $44,675 | $44,675 | 3.29% |
| **TOTAL** | | **$1,359,904** | **$1,359,904** | |

| Funds Used for Policy LFG740-71509-RL | | | | |
|---|---|---|---|---|
| Source Account | Date | Amount | Account Sub-Totals | |
| AGL66L-071509-LB | 8/21/2009 | 36,000 | | |
| AGL66L-071509-LB | 8/28/2009 | 40,000 | 76,000 | 6.08% |
| AGL73L-031909-WK | 8/21/2009 | 20,000 | | |
| AGL73L-031909-WK | 8/25/2009 | 10,000 | | |
| AGL73L-031909-WK | 8/28/2009 | 30,000 | 60,000 | 4.80% |
| ANI852-031909-HO | 8/21/2009 | 50,000 | | |
| ANI852-031909-HO | 8/28/2009 | 90,000 | | |
| ANI852-031909-HO | 8/25/2009 | 20,000 | 160,000 | 12.80% |
| AXA804-031909-RM | 8/21/2009 | 55,000 | | |
| AXA804-031909-RM | 8/28/2009 | 60,000 | | |
| AZA804-031909-RM | 8/25/2009 | 20,000 | 135,000 | 10.80% |
| ING201-071509-AG | 8/21/2009 | 45,000 | | |
| ING201-071509-AG | 8/25/2009 | 20,000 | | |
| ING201-071509-AG | 8/28/2009 | 40,000 | 105,000 | 8.40% |
| ING283-031909-AI | 8/21/2009 | 76,000 | | |
| ING283-031909-AI | 8/28/2009 | 80,000 | 156,000 | 12.48% |
| LBL165-031909-NL | 8/21/2009 | 3,000 | | |
| LBL165-031909-NL | 8/28/2009 | 20,000 | 23,000 | 1.84% |
| LFG566-71509-MR | 8/21/2009 | 8,000 | | |
| LFG566-71509-MR | 8/25/2009 | 5,000 | 13,000 | 1.04% |
| LFG032-031909-GM* | 8/21/2009 | 17,000 | | |
| LFG032-031909-GM* | 8/28/2009 | 30,000 | 47,000 | 3.76% |
| LGL177-0319-09ML | 8/21/2009 | 23,000 | | |
| LGL177-0319-09ML | 8/25/2009 | 10,000 | | |
| LGL177-0319-09ML | 8/28/2009 | 20,000 | 53,000 | 4.24% |
| LFG591-031909-DH | 8/28/2009 | 30,000 | | |
| LFG591-031909-DH | 8/21/2009 | 20,000 | 50,000 | 4.00% |
| LFG740-71509-RL | 8/25/2009 | 10,000 | 10,000 | 0.80% |
| MMI860-071509-ML | 8/21/2009 | 66,000 | | |
| MMI860-071509-ML | 8/25/2009 | 10,000 | | |
| MMI860-071509-ML | 8/28/2009 | 20,000 | 96,000 | 7.68% |
| OML446-031909-RL | 8/21/2009 | 71,000 | | |
| OML446-031909-RL | 8/28/2009 | 100,000 | 171,000 | 13.68% |
| SLA534-031909-LC | 8/21/2009 | 5,000 | 5,000 | 5.56% |
| TRA281-071509-RJ | 8/25/2009 | 20,000 | | |
| TRA281-071509-RJ | 8/28/2009 | 40,000 | | |
| TRA281-071509-RJ | 8/21/2009 | 30,000 | 90,000 | 7.20% |
| TOTAL | | $1,250,000 | $1,250,000 | |

*Retirement Value was not able to acquire this policy and the participants in LFG032 were assigned to other policies. However, none were assigned to LFG740

-5-

165

## Expenditures from LFG740-071509-RL Account Reserve

| Policy Purchased | Date | Amount | Account Sub-Totals | |
|---|---|---|---|---|
| HLI814-092509-MI | 10/29/2009 | $2,000 | $2,000 | 0.52% |
| LFG740-071509-RL | 8/25/2009 | $10,000 | $10,000 | 2.58% |
| LFG782-090409-HO | 9/17/2009 | $75,000 | | |
| LFG782-090409-HO | 9/24/2009 | $100,000 | | |
| LFG782-090409-HO | 10/20/2009 | $100,000 | $275,000 | 71.06% |
| LFG566-071509-MR | 9/11/2009 | $27,000 | | |
| LFG566-071509-MR | 9/14/2009 | $10,000 | | |
| LFG566-071509-MR | 10/29/2009 | $63,000 | $100,000 | 25.84% |
| **TOTAL** | | **$387,000** | **$387,000** | |

# Exhibit F

| Description | to be sold (Per RV - K.Hensely 5/5/10) | Reserve Req'd for LE + 24 | Purchase Price | $ Req'd for LE+24+ Purch Price | PP + Premiums Paid | Calc Reserve amount | Act Deposit | Surplus (deficit) |
|---|---|---|---|---|---|---|---|---|
| | | | | | As of 5/6/10 | | | |
| AGL73L-031909-WK | - | 485,667.00 | 482,000.00 | 947,667.00 | 554,378.00 | 393,289.00 | 424,391.49 | 31,102.49 |
| ING283-031909-AI | - | 536,000.00 | 300,000.00 | 836,000.00 | 360,431.50 | 475,568.50 | 495,853.62 | 20,285.12 |
| LFG177-031909-MC | - | 266,333.00 | 221,000.00 | 487,333.00 | 258,069.00 | 229,264.00 | 251,919.18 | 22,655.18 |
| LFG581-031909-DH | - | 237,000.00 | 195,000.00 | 432,000.00 | 228,869.50 | 203,130.50 | 226,917.99 | 23,787.49 |
| SLA534-031909-LC | - | 162,500.00 | 80,000.00 | 242,500.00 | 105,134.95 | 137,365.05 | 137,503.33 | 138.28 |
| LBL165-031909-NL | - | 195,000.00 | 101,520.00 | 296,520.00 | 112,348.00 | 184,172.00 | 184,175.62 | 3.62 |
| ANI652-031909-HO | - | 1,066,636.00 | 880,000.00 | 1,946,636.00 | 1,081,271.00 | 865,365.00 | 900,151.00 | 34,786.00 |
| AXA804-031909-RM | - | 1,085,000.00 | 593,999.90 | 1,678,999.90 | 700,749.00 | 978,250.90 | 1,002,173.05 | 23,922.15 |
| MET650-071509-DF | - | 150,464.00 | 217,000.00 | 367,464.00 | 241,845.12 | 125,518.88 | 129,144.96 | 3,626.08 |
| WPL982-071509-LB | - | 68,221.00 | 143,000.00 | 211,221.00 | 154,376.00 | 56,843.00 | 57,064.22 | 221.22 |
| MMI850-071509-ML | - | 217,000.00 | 309,000.00 | 526,000.00 | 327,644.00 | 198,356.00 | 201,714.77 | 3,358.77 |
| TRA281-071509-RJ | - | 334,400.00 | 272,000.00 | 606,400.00 | 304,284.08 | 302,115.92 | 323,952.80 | 21,836.88 |
| AGL66L-071509-LB | - | 187,733.00 | 100,000.00 | 287,733.00 | 120,121.00 | 167,612.00 | 217,928.24 | 50,316.24 |
| ING036-071509-EB | - | 403,009.00 | 638,000.00 | 1,041,009.00 | 638,000.00 | 403,009.00 | 420,174.50 | 17,165.50 |
| ING201-071509-AG | - | 1,190,043.00 | 835,000.00 | 2,025,043.00 | 931,992.48 | 1,093,050.52 | 1,127,558.31 | 34,507.79 |
| LFG565-071509-MR | - | 323,833.00 | 1,604,000.00 | 1,927,833.00 | 1,858,778.00 | 269,055.00 | 370,857.87 | 101,802.87 |
| LFG740-071509RL | - | 798,145.00 | 992,000.00 | 1,790,145.00 | 1,096,560.05 | 693,584.95 | 773,029.28 | 79,444.33 |
| AXA146-090409-GJ | - | 402,150.00 | 370,000.50 | 772,150.50 | 413,523.00 | 358,627.50 | 364,101.08 | 5,473.58 |
| LFG782-090409-HO | - | 811,182.00 | 1,120,000.00 | 1,931,182.00 | 1,233,141.35 | 698,040.65 | 839,837.35 | 141,796.70 |
| HLI814-092509-MI | - | 206,928.00 | 301,999.50 | 508,927.50 | 319,446.68 | 189,480.82 | 196,340.29 | 6,859.47 |
| PLI930-102009-HM | - | 235,857.00 | 282,500.40 | 518,357.40 | 282,500.00 | 235,857.40 | 278,916.32 | 43,058.92 |
| AGL06L-102009-LM | - | 635,883.00 | 491,999.90 | 1,127,882.90 | 550,900.00 | 576,982.90 | 648,355.41 | 71,372.51 |
| ANI521-102009-BW | - | 218,389.00 | 259,000.00 | 477,389.00 | 136,000.00 | 341,389.00 | 226,025.98 | (115,363.02) |
| LLI899-102209-AT | - | 1,502,921.00 | 900,000.00 | 2,402,921.00 | 1,046,415.00 | 1,356,506.00 | 986,502.19 | (370,003.81) |
| PLI680-102909-JS | - | 178,211.00 | 205,200.10 | 383,411.10 | 113,293.78 | 270,117.32 | 128,042.28 | (142,075.04) |
| LFG008-102909-RB | - | 358,249.00 | 831,000.10 | 1,189,249.10 | 859,158.78 | 330,090.32 | 339,297.72 | 9,207.40 |
| LFG005-103009-JC | - | 383,253.00 | 389,999.60 | 773,252.60 | 416,041.48 | 357,211.12 | 366,271.63 | 9,060.51 |
| AXA597-110209-HM | - | 235,857.00 | 282,500.50 | 518,357.50 | 306,290.00 | 212,067.50 | 219,959.32 | 7,891.82 |
| LBL771-110209-MF | - | 224,072.00 | 702,000.30 | 926,072.30 | 403,739.00 | 522,333.30 | 219,793.44 | (302,539.86) |
| AXA526-110509-IC | - | 279,762.00 | 200,000.00 | 479,762.00 | 216,909.00 | 252,853.00 | 269,417.78 | 6,564.78 |
| LFG183-111109-MR | - | 480,101.00 | 1,649,200.00 | 2,129,301.00 | 1,709,991.22 | 419,309.78 | 397,950.25 | (21,359.53) |
| PLI980-111109-JS | - | 727,488.00 | 820,799.80 | 1,548,287.80 | 904,684.24 | 643,603.56 | 638,624.76 | (4,978.80) |
| SLA338-112009-CD | - | 470,492.00 | 302,000.50 | 772,492.50 | 354,241.38 | 418,251.12 | 422,732.70 | 4,481.58 |
| LFG272-112009-PS | - | 201,912.00 | 333,000.10 | 534,912.10 | 342,229.18 | 192,682.92 | 201,491.77 | 8,808.85 |
| AXA729-112009-SF | - | 330,540.00 | 503,000.00 | 833,540.00 | 531,263.00 | 302,277.00 | 309,223.49 | 6,946.49 |
| ING15J-121409-AK | - | 238,158.00 | 186,000.00 | 424,158.00 | 190,893.00 | 233,265.00 | 238,117.68 | 4,852.68 |
| AXA994-011510-BD | - | 391,463.00 | 432,999.50 | 824,462.50 | 465,248.00 | 359,214.50 | 303,712.16 | (55,502.34) |
| CEG089-012110-RE | | 92,425.00 | 295,000.00 | 387,425.00 | 295,000.00 | 92,425.00 | 57,178.48 | (35,246.52) |
| AGL130-012110-PM | - | 572,988.00 | 400,000.00 | 972,988.00 | 448,800.00 | 524,188.00 | 537,856.30 | 13,668.30 |
| LFG245-012610-HM | | 341,031.00 | 805,000.00 | 1,146,031.00 | 805,000.00 | 341,031.00 | 291,950.25 | (49,080.75) |
| AGL20-022810-WS | | 544,535.00 | 653,300.00 | 1,197,835.00 | 653,300.00 | 544,535.00 | 558,511.16 | 13,976.16 |
| LBL919-022410-RW | | 152,206.00 | 210,000.00 | 362,206.00 | 210,000.00 | 152,206.00 | 153,219.02 | 1,013.02 |
| OML446-031909-RL | 800.00 | 474,667.00 | 420,000.00 | 894,667.00 | 587,088.00 | 307,579.00 | 326,470.37 | 18,891.37 |
| LFG081-021710-RC | 17,000.00 | 144,687.00 | 298,000.00 | 442,687.00 | 304,585.00 | 138,102.00 | 129,566.07 | (8,535.93) |
| LFG117-021710-HW | 17,000.00 | 329,549.00 | 459,000.00 | 788,549.00 | 459,000.00 | 329,549.00 | 318,079.88 | (11,469.12) |
| LBL361-021710-SW | | 343,021.00 | 420,000.00 | 763,021.00 | 420,000.00 | 343,021.00 | | |
| AXA777-112310-IT | 173,090.40 | 295,174.00 | 100,000.00 | 395,174.00 | 100,000.00 | 295,174.00 | 295,182.63 | 8.63 |
| PLI140-111109-DM | 481,960.00 | 2,065,127.00 | 2,360,000.00 | 4,425,127.00 | 2,615,568.75 | 1,809,558.25 | 1,313,133.92 | (496,424.33) |
| AXA309-012710-RC | 712,125.00 | 768,713.00 | 3,300,000.00 | 4,068,713.00 | 3,831,581.00 | 226,907.25 | | (602,683.00) |
| AXA535-022410-PS | 795,862.00 | 522,909.00 | 565,000.00 | 1,087,909.00 | 402,479.00 | 1,685,430.00 | 114,478.91 | (570,951.09) |
| AXA036-022410-CD | 1,650,662.00 | 561,324.00 | 535,000.40 | 1,096,324.40 | | 1,096,324.40 | 11,629.84 | (1,084,694.56) |
| LFG755-030610-AS | 730,857.00 | 748,492.00 | 1,050,000.49 | 1,798,492.49 | 95,941.00 | 1,702,796.49 | 140,587.75 | (1,562,201.74) |
| AXA136-030610-MR | 2,375,080.00 | 304,364.00 | 1,050,000.00 | 2,154,364.00 | 279,329.00 | 1,875,035.00 | 138,777.51 | (1,736,258.68) |
| AXA036-031610-PC | 2,412,727.00 | 1,028,970.00 | 800,000.00 | 1,828,970.00 | 1,828,970.00 | | 95,491.51 | (1,733,478.58) |
| LFG303-031610-HM | 2,559,583.00 | 526,051.00 | 1,400,000.00 | 1,926,051.00 | 77,476.00 | 1,848,575.00 | 96,680.61 | (1,751,894.19) |
| LLI853-031610-GR | 2,954,126.00 | 1,153,158.00 | 958,999.80 | 2,113,157.80 | | 2,113,157.80 | 197,412.69 | (1,915,745.11) |
| JHI63-031610-O | 5,618,228.00 | 2,380,325.00 | 1,940,000.00 | 4,320,325.00 | 228,136.00 | 4,092,189.00 | 344,983.73 | (3,747,205.28) |
| Paid after 3/25/10 | | | | | 552,384.00 | (552,384.00) | | 552,384.00 |
| Plug to balance to QB | | | | | (723,192.00) | (723,192.00) | | 723,192.00 |
| **Sub Total** | 22,052,770.73 | 30,370,571.00 | 34,527,021.39 | 64,897,592.39 | 30,166,515.52 | 34,731,076.87 | 20,541,548.59 | (14,189,528.28) |
| Base Escrow Account | | | | | | | 2,600,849.98 | 2,600,849.98 |
| **Total** | 22,052,770.73 | | | | | | | (11,588,678.30) |

Legend

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Abandoned by RV | 12,065,543.33 | | 4,235,000.20 | 9,358,777.20 | 228,136.00 | 9,130,641.20 | 650,517.80 | 8,480,123.40 |
| Unwound | 173,090.40 | | 1,258,300.00 | 2,342,643.90 | 1,258,300.00 | 1,084,343.00 | 1,064,091.31 | (20,251.69) |
| Acquired from USS | 8,714,377.00 | | 5,049,000.40 | 11,794,130.49 | 3,737,600.00 | 7,056,530.49 | 1,880,558.90 | (6,275,841.50) |
| | | | | | | | | (14,776,216.59) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fully Subscribed | 0.00 | 17,923,040.00 | 20,870,020.70 | 38,793,060.70 | 0.00 | 22,082,961.77 | 16,710,098.93 | 16,437,939.06 | (272,159.87) |
| Not fully subscribed | 22,052,770.73 | 12,447,531.00 | 13,657,000.69 | 26,104,531.69 | 0.00 | 6,807,977.75 | 19,296,553.94 | 4,103,609.53 | (15,192,944.41) |
| Adj. Post 3/25/10 X'action | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,275,576.00 | (1,275,576.00) | 0.00 | 1,275,576.00 |
| Sub-Total | 22,052,770.73 | 30,370,571.00 | 34,527,021.39 | 64,897,592.39 | 0.00 | 30,166,515.52 | 34,731,076.87 | 20,541,548.59 | (14,189,528.28) |
| (Abandoned by RV) | (12,065,543.33) | 0.00 | (4,235,000.20) | (9,358,777.20) | 0.00 | (228,136.00) | (9,130,641.20) | (650,517.80) | 8,480,123.40 |
| (Unwound) | (173,090.40) | 0.00 | (1,258,300.00) | (2,342,643.00) | 0.00 | (1,258,300.00) | (1,084,343.00) | (1,064,091.31) | 20,251.69 |
| Total | 9,214,137.00 | 30,370,571.00 | 29,033,721.19 | 53,196,172.19 | 0.00 | 28,680,079.52 | 24,516,092.67 | 18,825,939.48 | (5,689,153.19) |
| Base Account | - | - | - | - | - | - | - | 2,600,849.98 | 2,600,849.98 |
| Net/Net/Net | | | | | | | | | (3,088,303.21) |

# Exhibit G

| From: | Dick Gray <rgray@retirementvalue.com> |
|---|---|
| Sent: | Saturday, November 21, 2009 6:35 AM |
| To: | 'Jeremy Gray' <jgray@retirementvalue.com>; 'Terry Taylor' <terry.taylor5669@sbcglobal.net>; bwfree@sbcglobal.net; 'Kristen Quinney Porter' <kdq@sbcglobal.net> |
| Cc: | 'Marisa Kane' <mkane@retirementvalue.com>; 'Wendy Rogers' <wrogers@retirementvalue.com>; 'Katie Hensley' <khensley@retirementvalue.com>; JISERVCS@aol.com; don.james1@comcast.net; jeffa@ssacpa.com; scottrbaker@sbcglobal.net |
| Subject: | RE: Wire Transfer 11-20-2009 |

If my assumption is correct - that this is our **1st**-ever "draw the line in the sand" e-mail for policy payment disbursements – then this is a wonderful step forward for RV and for our relationship with KPKF, PC as Escrow Agent. We also must note the several positive visits with Ron James during the past few days and his acceptance of where we are right now; his awareness of our determination to "stop the bleeding" and properly fill all the premium buckets, which required his understanding and agreement.

**To re-cap, if what I believe has happened actually has happened...**

Ron James asked for $1,042,000 in the wire set for Friday the 20th. We at RV agreed we would send ONLY (1) funds actually in-house / in-hand and (2) only to the extent or percent we had funds that ought to be legitimately devoted ONLY to policy purchase dollars (as a specific percent of face, translated into a specific percent of each client dollar in-hand).

If that is what we have done, then we finally have stabilized the entire disbursement process and now can play planned catch-up. Naturally, all of this depends of Ron's flexibility and agreement to have more frequent smaller wires as we accumulate such funds – and to advance even more into the front-money loan on his end (already over $8 million!!) – which Ron has agreed to do.

**Now what RV will do is:** (1) get a final fixed number for the premium need (which we estimated Friday is about $1.9 million); (2) re-capitalize from current profits to meet that short-fall; (3) move close to half the net short-fall to Kiesling immediately; (4) propose a fixed schedule for meeting the balance of the need well before the close of the fiscal year 04-30-2010.

Dick Gray
President / CEO
Retirement Value, LLC
457 Landa Street, Suite B, New Braunfels, TX 78130
P.O. Box 310635, New Braunfels, TX 78131-0635
(830) 624-8858 ofc  (866) 498-4644 fax  (210) 392-3550 mobile
rgray@retirementvalue.com

CONFIDENTIALITY NOTICE – The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

**From:** Jeremy Gray [mailto:jgray@retirementvalue.com]
**Sent:** Friday, November 20, 2009 1:45 PM
**To:** 'Terry Taylor'; bwfree@sbcglobal.net
**Cc:** 'Marisa Kane'; 'Dick Gray'; 'Wendy Rogers'
**Subject:** Wire Transfer 11-20-2009

Terry,
Here are the details regarding today's wire transfer-

RVR015068
170

TOTAL AMOUNT: $627,254
$550,000 TO ALMA TURNER (Escrow #: 1097802A)
$ 77,254 TO LAURA MURPHY (Escrow #: 1079486A)

Here is the list of the accounts and amounts from which I would like the funds to be taken:

| | |
|---|---|
| LBL771 - 7528808624 | $ 125,531 |
| AGL062 - 7528808558 | $ 129,975 |
| LNL782 - 1456460946 | $ 78,740 |
| PLI680 - 7528808608 | $ 60,863 |
| JPI062 - 7528808590 | $ 88,237 |
| LNL26A - 9200168756 | $ 70,796 |
| LLI899 - 7528808541 | $ 37,734 |
| PLI140 - 7528808632 | $ 35,378 |
| | |
| Total | $627,254 |

Please let me know if you need anything else from me. Thanks Terry!


**Jeremy Gray**
**Director Of Product Development & Policy Administration**

**Retirement Value, LLC**
**457 Landa Street, Suite B, New Braunfels, TX 78130**
**P.O. Box 310635, New Braunfels, TX 78131-0635**
**(830) 624-8858 ofc  (866) 498-4644 fax  (210) 392-3550 mobile**
jgray@retirementvalue.com

CONFIDENTIALITY NOTICE – The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

# Exhibit H

# Retirement Value, LLC (RV)

## Benefits and Advantages To Clients

### Fast application of funds.
Participants funds can be assigned immediately to any of ten life insurance policies that are owned by RV, over a desirable range of life expectancies(LE's), rather than languishing in a non-interest-bearing account, waiting weeks or months for policies to "become available."

### Extraordinary Safety in the U S Legal Reserve System
All policies offered are issued by US Legal Reserve life insurance companies with an A M Best rating of "A" or higher, are past contestability periods, and have passed a rigorous twenty-one point inspection process before receiving consideration for purchase. No STOLI policies are offered.

### Proven Track Record
An independent, objective firm predicts LE's for all policies purchased by RV. Historically, less than 2% of cases mature more than one year beyond predicted LE'(s), based on a documented audit of 5,000 randomly selected cases.

### Generous Income
RV's policies are priced to deliver 16.5% simple interest per year over the LE of the insureds.

### Bonus Income
Early maturities pay higher returns because the full measure of LE income is paid no matter when death occurs, and pro-rata unearned escrowed premiums are paid, too.

### Increased Safety
Policy premiums are placed into escrow with Wells Fargo Bank to pay for premiums for LE plus an additional **two years.** The escrow agent, Kiesling Porter Kiesling & Free is a forty-year-old Texas law firm.

### Increased Opportunity
Participants complete a suitability form rather than having to declare that they are "Acredited Investors," and can participate with an amount as low as $25,000, and $5,000 per policy, to achieve maximum spread of risk.

### Greater Client Satisfaction
The only investment alternative that guarantees both the clients' principal and their gains – totally free from any direct stock market risk, as long as premiums are paid.

### 10-Day Free Look
Clients enjoy a ten-day free look period after purchase.


**For additional information, please contact:**
Michael McDermott, Master Licensee
www.retirementvalue.com
(469) 688-1168
sendmegoodnews@yahoo.com

© 2009 Michael C McDermott

RVR017544

173

# Exhibit I

| From: | bcollins@retirementvalue.com |
|---|---|
| Sent: | Wednesday, February 17, 2010 8:43 AM |
| To: | Dick Gray <rgray@retirementvalue.com>; Wendy Rogers <wrogers@retirementvalue.com> |
| Subject: | RE: Hess report- what does it really say? |

A 50% median LE would be a significant deviation from MMR's printed material.
Rather than being a selling point it would cause significant head wind.
Hess has a 1000 policy sample
HOW MANY passed away sooner than LE?
HOW MANY LE plus two years?
HOW MANY over LE plus two years?

If MMR is to have any credibility (something MB and JSS should want to know) their numbers should be close to MMR's material.


**Bruce Collins**
**Chief Operating Officer**
**Retirement Value, LLC**
**457 Landa St. Suite B**
**New Braunfels, TX 78130**
**Office 830-624-8858**
**FAX 830-609-5002**
**_214-732-5422* Use Cell Phone_**
**_As iron sharpens iron, man sharpens man. It is accepting the possibility of hearing the word "no"_**
**_which creates the opportunity to hear the word "yes." See 3-5 prospects this week._**


-------- Original Message --------
Subject: Hess report- what does it really say?
From: Michael Beste <mbeste@msn.com>
Date: Wed, February 17, 2010 8:07 am
To: Dick Gray <rgray@retirementvalue.com>, Ron James <jiservcs@aol.com>
Cc: Don James <don.james1@comcast.net>, <bcollins@retirementvalue.com>,
Wendy Rogers <wrogers@retirementvalue.com>, <jgray@retirementvalue.com>

Dick,
First, 1000 cases is critical mass without doubt.
Indicates trend strongly.
When you get a 50% median LE std. it means that half will die before half after.
It is a target to buy off of.
It does not mean you have a 50/50 coin toss idea of what the LE is.
Ron and I talked this over yesterday and I'm sure he can walk you through it effectively so that the "lay man"
can make some sense of this and
you and Bruce can guide licensees with authority.
Why Hess is looking at projections is beyond me.
Maybe I didn't tell you anything you didn't already know!
Mike

RVR019817

175

**Michael T. Beste**
**Vertical Capital Holdings LLC**

**460 St. Michaels Drive**
**Suite 703**
**Santa Fe, NM 87505**

**(817) 329-9292 Direct**
**(214) 725-4240 Cell**

CONFIDENTIALITY: This e-mail message, including any attachments, is intended only for use by the person(s) to whom it is addressed and may contain information that is legally privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the intended recipient of this e-mail message or the person responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this communication, and any attachments hereto, is legally prohibited. If you have received this communication in error, please immediately notify us by either reply e-mail or telephone at (505) 983-9834 and permanently delete the original and any copy of this e-mail communication, including any attachments, and any printout thereof.
ELECTRONIC TRANSACTIONS: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary hereinabove, this e-mail communication, its contents and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, any of its clients, or any other person or entity.

From: rgray@retirementvalue.com
To: JISERVCS@aol.com
CC: don.james1@comcast.net; mbeste@msn.com; bcollins@retirementvalue.com; wrogers@retirementvalue.com; jgray@retirementvalue.com
Subject: RE: FW: [FWD: Re: [FWD: Breaking News]]
Date: Wed, 17 Feb 2010 06:51:58 -0600

As of Wednesday morning the same question remains on the table: what can / should / will we say Thursday at our meeting?  These people (including myself) are not going to understand all of the 46% - 92% stuff.

**What exactly is it we know and can share safely?**  "1,000 deaths were confirmed and cross-referenced with the Social Security Administration data base – and the correlation of "actuals" to "expecteds" was: 92% of the deaths were within LE + _____ months for these 1,000 cases."

??????

RVR019818
176

We cannot have another meeting (or should not have another meeting) at which we say "Princeton Report data still to come."


Dick Gray

President / CEO

Retirement Value, LLC

457 Landa Street, Suite B, New Braunfels, TX 78130

P.O. Box 310635, New Braunfels, TX 78131-0635

(830) 624-8858 ofc  (866) 498-4644 fax  (210) 392-3550 mobile

rgray@retirementvalue.com

CONFIDENTIALITY NOTICE -- The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

**From:** JISERVCS@aol.com [mailto:JISERVCS@aol.com]
**Sent:** Sunday, February 14, 2010 10:28 AM
**To:** rgray@retirementvalue.com
**Cc:** don.james1@comcast.net; mbeste@msn.com
**Subject:** Re: FW: [FWD: Re: [FWD: Breaking News]]


Dick,


I talked with Jim Hess Friday about the soon to be released report and he told me the following-


There are basically two sets of numbers, the first being the Actual LE's on Deaths Reported versus the Expected LE's on Deaths Reported.


On this set of numbers the ACCURACY RATE is around 92% of the expected median LE. In other words, if you had 100 lives with the same LE of 60 months, over a period of ten years until the last person died the median LE would be 72 months (66 being 92% of 72). This group of numbers is based on approximately

RVR019819

1000 people who have died. The actual number of deaths reported was 1300 but they were only able to match about 1000 of them though the Social Security Administration.

Because an LE is a Median at 50% up to the LE, and not an average, the Hess Group refers to 92% as 46% (92% is an Accuracy Rate, 46% is 92% of the Median of 50%).

The second set of numbers involves Projecting forward on LE's where the people are still alive. This group is projected at 42%, or 84% accuracy. I don't put much credence in projections in particular because the bulk of the LE's underwritten by Midwest have been done in the past four or five years, and the vast majority of them range from 72 to 144 months ( not the type you order).

Statisticians are nerdy, difficult people to understand and their reports, verbal or written, are convoluted and kind of read like the IRS Tax Code.

The only numbers that matter to me are the Actual Deaths reported to the SS Administration.

Ron James

RVR019820

178

# Exhibit J

## RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** LLI899-102209-AT    (age **75**) @ **64**-month Life Expectancy w/    **$7,000,000**  face amount and annual premiums of    **$204,944**  collected through month  **88**

**Client income:** 16.5% simple annual income during the    **64**  month Life Expectancy =    **88.00%**  base-line targeted income -extended and adjusted for a period of ten years

**Basis:** Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 64 months - plus pro-rata premium refunds / minus pro-rata premium payment

**Assumptions:**   **$10,000**   participation x   **1.8800**   =   **$18,800**  total return at maturity = **0.2686%**   share of the face amount =   **$550.42**  annual pro-rata premium share > **88** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 64 | At the end of Year 6 | At the end of Year 7 | Month 88 the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 122.86% $22,286 | 117.36% $21,736 | 111.85% $21,185 | 106.35% $20,635 | 100.84% $20,084 | 99.01% $19,901 | 95.34% $19,534 | 89.83% $18,983 | 88.00% $18,800 | 83.51% $18,400 | 79.27% $17,880 | 75.53% $17,532 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" cost

| | 58.68% $21,736 | | | | | | | | | | |
| | | 37.28% $21,185 | | | | | | | | | |
| | | | 26.59% $20,635 | 20.17% $20,084 | 16.55% $19,901 | 15.89% $19,534 | 12.83% $18,983 | 12.00% $18,800 | 10.43% $18,400 | 8.81% $17,880 | 7.55% $17,532 |

* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 89 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $3,486.00 extra for this client as a refund of unused premiums. 1st year total return is then 122.86% shown rather than 88.00%.

RVR051720

## RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** LFG081-021710-RC  (age 80) @ 64-month Life Expectancy w/  **$1,250,000**  face amount and annual premiums of  **$19,730**  collected through month  88

**Client income:** 16.5% simple annual income during the  64 month Life Expectancy =  **88.00%**  base-line targeted income -extended and adjusted for a period of ten years

**Basis: Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 64 months - plus pro-rata premium refunds / minus pro-rata premium payment**

**Assumptions:** **$10,000**  participation x  **1.8800**  =  **$18,800**  total return at maturity = **1.5040%**  share of the face amount =  **$296.74**  annual pro-rata premium share > 88 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 64 | At the end of Year 6 | At the end of Year 7 | Month 88 = the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106.79% | 103.83% | 100.86% | 97.89% | 94.92% | 93.93% | 91.96% | 88.99% | 88.00% | 86.48% | | | |
| $20,679 | $20,383 | $20,086 | $19,789 | $19,492 | $19,393 | $19,196 | $18,899 | $18,800 | $18,602 | 83.07% | | |
| | | | | | | | | | | $18,205 | 80.64% | |
| | | | | | | | | | | | $18,009 | |

Client income is higher than the "base-line targeted income" of 16.5%
all the way through year seven because of the pro-rata re-distribution of
the un-used premiums in the escrow account when the insured dies.

Premiums were collected
for an extra 24 months > LE
as part of "acquisition" costs

| | 61.91% | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $20,383 | | | | | | | | | | | |
| | | 33.62% | | | | | | | | | | |
| | | $20,086 | | | | | | | | | | |
| | | | 24.47% | | | | | | | | | |
| | | | $19,789 | | | | | | | | | |
| | | | | 18.98% | 17.61% | 15.33% | | | | | | |
| | | | | $19,492 | $19,393 | $19,196 | 12.71% | 12.00% | 10.68% | 9.23% | 8.08% | |
| | | | | | | | $18,899 | $18,800 | $18,602 | $18,205 | $18,009 | |

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums.  All percentages or dollars after month 89 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $1,879.00 extra for this client as a refund of unused premiums.  1st year total return is then 106.79% shown rather than 88.00%.

RVR051720

# RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** LBL361-021710-SW    (age 77) @ 60-month Life Expectancy w/    **$2,085,000**    face amount and annual premiums of    **$49,003**    collected through month    **84**

**Client income:** 16.5% simple annual income during the    60 month Life Expectancy =    **82.50%**    base-line targeted income -extended and adjusted for a period of ten years

**Basis:  Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 60 months - plus pro-rata premium refunds / minus pro-rata premium payment**

**Assumptions:**    **$10,000**    participation x    **1.8250**    =    **$18,250**    total return at maturity =    **0.8753%**    share of the face amount =    **$428.92**    annual pro-rata premium share > 84 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 60 | At the end of Year 6 | At the end of Year 7 | Month 84 = the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108.24% $20,824 | 103.95% $20,395 | 99.66% $19,966 | 95.37% $19,537 | 91.08% $19,108 | 90.72% $19,072 | 86.79% $18,679 | 82.50% $18,250 | 82.50% $18,250 | 79.11% $17,392 | 75.95% | 75.05% $16,950 |
| | 51.97% $20,395 | | | | | | | | | | |
| | | 33.22% $19,966 | | | | | | | | | |
| | | | 23.84% $19,537 | 18.22% $19,108 | 18.14% $19,072 | 14.46% $18,679 | 11.79% $18,250 | 11.79% $18,250 | 9.80% $17,821 | 8.44% $17,392 | 7.31% $16,950 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums.  All percentages or dollars after month 85 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $2,574.00 extra for this client as a refund of unused premiums.  1st year total return is then 108.24% shown rather than 82.50%

RVR051720

## RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** LFG117-021710-HW (age 77 @ 52-month Life Expectancy w/ **$2,000,000** face amount and annual premiums of **$52,034** collected through month **76**

**Client Income:** 16.5% simple annual income during the 52 month Life Expectancy: **71.50%** base-line targeted income -extended and adjusted for a period of ten years

**Basis:** Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 52 months - plus pro-rata premium refunds / minus pro-rata premium payment

**Assumptions:** **$10,000** participation x **1.7150** = **$17,150** total return at maturity = **0.8575%** share of the face amount **$446.19** annual pro-rata premium share > **76** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 52 | At the end of Year 5 | At the end of Year 6 | Months - the escrowed premiums @ 0 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95.30% $19,530 | 90.83% $19,083 | 86.37% $18,637 | 81.91% $18,191 | 80.42% $18,042 | 77.45% $17,745 | 72.99% $17,299 | 71.50% $17,150 | 68.45% $16,853 | 65.04% $16,406 | 63.08% $15,960 | 60.67% $15,514 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

| | 45.42% $19,083 | 28.79% $18,637 | 20.48% $18,191 | 18.56% $18,042 | 15.49% $17,745 | 12.16% $17,299 | 11.20% $17,150 | 8.76% $16,853 | 8.21% $16,406 | 7.01% $15,960 | 6.07% $15,514 |

\* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 76 reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $2,380.00 extra for this client as a refund of unused premiums. 1st year total return is then 95.3% shown rather than 71.50%.

RVR051720

## RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** LFG248-012610-HM  (age 76 @ 52-month Life Expectancy w/        $3,000,000 face amount and annual premiums of        $53,847   collected through month 76

**Client income:** 16.5% simple annual income during the      52 month Life Expectancy :   71.50%    base-line targeted income -extended and adjusted for a period of ten years

**Basis:  Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 52 months - plus pro-rata premium refunds / minus pro-rata premium payment**

**Assumptions:**   $10,000   participation x      1.7150    =  $17,150   total return at maturity =   0.5717%     share of the face amount  $307.83  annual pro-rata premium share > 76 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 52 | At the end of Year 5 | At the end of Year 6 | Month 76 (the escrowed premiums @ 0) | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87.92% | 84.84% | 81.76% | 78.68% | 77.66% | 75.60% | 72.53% | 71.50% | 69.06% | 67.95% | | |
| $18,792 | $18,484 | $18,176 | $17,868 | $17,766 | $17,560 | $17,253 | $17,150 | $16,945 | $16,637 | 65.40% | |
| | | | | | | | | | | $16,329 | 63.65% |
| | | | | | | | | | | | $16,021 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months LE as part of "acquisition" costs

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42.42% | | | | | | | | | | |
| | $18,484 | | | | | | | | | | |
| | | 27.25% | | | | | | | | | |
| | | $18,176 | | | | | | | | | |
| | | | 19.67% | | | | | | | | |
| | | | $17,868 | 17.92% | 15.12% | 12.09% | | | | | |
| | | | | $17,766 | $17,560 | $17,253 | 11.29% | 9.91% | 8.42% | | |
| | | | | | | | $17,150 | $16,945 | $16,942 | 7.37% | 5.97% |
| | | | | | | | | | | $16,329 | $16,021 |

* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums.  All percentages or dollars *after* month 76 reflect a pro-rata payment of a share of premiums by this client. Example: In this example, maturity at the end of year #1 would result in $1,642.00 extra for this client as a refund of unused premiums. 1st year total return is then 87.92% shown rather than 71.50%.

RVR051720

# RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** AXA994-011510-BD (age 77 @ 51-month Life Expectancy w/ $2,100,000 face amount and annual premiums of $62,634 collected through month 75

**Client income:** 16.5% simple annual income during the 51 month Life Expectancy : 70.13% base-line targeted income -extended and adjusted for a period of ten years

**Basis:** Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 51 months - plus pro-rata premium refunds / minus pro-rata premium payment

**Assumptions:** $10,000 participation x 1.7013 = $17,013 total return at maturity = 0.8101% share of the face amount $507.42 annual pro-rata premium share > 75 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 51 | At the end of Year 5 | At the end of Year 6 | Month 75 = the escrowed premiums @ 0 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96.77% | 91.70% | 86.62% | 81.55% | 80.28% | 76.47% | 71.40% | 70.13% | 66.74% | 63.67% | | |
| $19,677 | $19,170 | $18,662 | $18,155 | $18,028 | $17,647 | $17,140 | $17,013 | $16,632 | $16,125 | | |
| | | | | | | | | | | 60.86% | 58.30% |
| | | | | | | | | | | $15,618 | $15,110 |
| | 45.85% | | | | | | | | | | |
| | $19,170 | | | | | | | | | | |
| | | 28.87% | | | | | | | | | |
| | | $18,662 | | | | | | | | | |
| | | | 20.39% | | | | | | | | |
| | | | $18,155 | | | | | | | | |
| | | | | 18.89% | 15.29% | 11.90% | 11.22% | 9.50% | 7.96% | 6.75% | 5.63% |
| | | | | $18,028 | $17,647 | $17,140 | $17,013 | $16,632 | $16,505 | $15,818 | $15,110 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 75 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $2,664.00 extra for this client as a refund of unused premiums. 1st year total return is then 96.77% shown rather than 70.13%.

RVR051720

185

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

**Case:** AXA091-012110-PC (age 81) @ 45-month Life Expectancy w/   **$5,000,000**   face amount and annual premiums of   **$133,863**   collected through month   **69**

**Client income:** 16.5% simple annual income during the 45-month Life Exectancy = **61.88%** base-line expected income - extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 45 months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions**   $10,000  participation x   **1.6188**   =   **$16,188**   total return at maturity =   **0.3238%**   share of the face amount =   **$433.39**   annual pro-rata premium share > 69 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | LE Report Maturity Month 45 | At the end of Year 4 | At the end of Year 5 | Monthly the escrowed premiums @ 0 | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 82.47% $18,247 | 78.13% $17,813 | 73.80% $17,380 | 70.55% $17,055 | 69.46% $16,946 | 65.13% $16,513 | 61.88% $16,188 | 60.60% $16,060 | 56.46% $15,646 | 52.13% $15,213 | 47.79% $14,779 | 43.46% $14,346 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year five because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

| | 39.07% $17,813 | | | | | | | | | | |
| | | 24.60% $17,380 | | | | | | | | | |
| | | | 20.16% $17,055 | 17.37% $16,946 | 13.03% $16,513 | 11.25% $16,188 | 10.13% $16,080 | 8.07% $15,646 | 6.24% $15,213 | 5.21% $14,779 | 4.05% $14,346 |

* Percentages or dollars through year five reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 69 reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $2,059.00 extra for this client as a refund of unused premiums. 1st year total return is then 82.47% shown rather than 61.88%.

RVR051720

# RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** JPI183-111109-MR  (age **82**) @ **40**-month Life Expectancy w/  **$5,000,000**  face amount and annual premiums of  **$90,019**  collected through month  **64**

**Client income:** 16.5% simple annual income during the 40-month Life Exectancy = 55.00% base-line targeted income - extended and adjusted for a period of ten year

**Basis:**  Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 40 months - plus pro-rata premium refunds / minus pro-rata premium payment

**Assumptions**  **$10,000** participation x  **1.5500**  =  **$15,500**  total return at maturity =  **0.3100%**  share of the face amount =  **$279.06**  annual pro-rata premium share > 64 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | LE Report Maturity Month 40 | At the end of Year 4 | At the end of Year 5 | Month 64 = the escrowed premiums @ 0 | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67.09% $16,709 | 64.30% $16,430 | 61.51% $16,151 | 60.58% $16,058 | 58.72% $15,872 | 55.93% $15,593 | 55.00% $15,500 | 53.14% $15,314 | 50.35% $15,036 | 47.55% $14,756 | 44.77% $14,477 | 41.98% $14,198 |
| | 32.15% $16,430 | 20.50% $16,151 | 17.31% $16,058 | 14.68% $15,872 | 11.19% $15,593 | 10.00% $15,500 | 8.86% $15,314 | 7.19% $15,036 | 5.94% $14,756 | 4.97% $14,477 | 4.20% $14,198 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year five because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies

Premiums were collected for the first 40 months LE as part of the valuation model.

\* Percentages or dollars through year five reflect a required pro-rata refund of unused premiums.  All percentages or dollars after month **64** reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $1,209.00 extra for this client as a refund of unused premiums.  1st year total return is then 67.09% shown rather than 55.00%.

RVR051720

# RETIREMENT VALUE, LLC - CLIENT PARTICIPATION EXAMPLE AND BASE-LINE TARGETED INCOME DURING TEN YEARS

**Case:** PLI140-111109-DM  (age **83**) @ **38**-month Life Expectancy w/     **$10,000,000**  face amount and annual premiums of     **$399,702**  collected through month     **62**

**Client income:** 16.5% simple annual income during the 38-month Life Expectancy = 52.25% base-line targeted income - extended and adjusted for a period of ten year

**Basis:** Client base-line targeted income = simple annual income @ 16.5% x a Life Expectancy of 38 months - plus pro-rata premium refunds / minus pro-rata premium payment

**Assumptions**    **$10,000** participation x    **1.5225**  =  **$15,225** total return at maturity =    **0.1523%**  share of the face amount =    **$608.55** annual pro-rata premium share > **62** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | LE Report Maturity Month 38 | At the end of Year 4 | At the end of Year 5 | Month 62 = the escrowed premiums @ | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77.61% $17,761 | 71.52% $17,152 | 65.44% $16,544 | 64.42% $16,442 | 59.35% $15,935 | 53.26% $15,326 | 52.25% $15,225 | 47.18% $14,718 | 41.09% $14,109 | 35.01% $13,501 | 28.92% $12,892 | 22.84% $12,284 |
| | 35.76% $17,152 | | | | | | | | | | |
| | | 21.81% $16,544 | | | | | | | | | |
| | | | 16.41% $16,442 | 14.84% $15,935 | 10.85% $15,326 | 9.50% $15,225 | 7.86% $14,718 | 5.87% $14,109 | 4.06% $13,501 | 0.21% $12,892 | -2.25% $12,284 |

Client income is higher than the "base-line targeted income" of 16.5% all the way through year five because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

\* Percentages or dollars through year five reflect a required pro-rata refund of unused premiums. All percentages or dollars after month **62** reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $2,536.00 extra for this client as a refund of unused premiums. 1st year total return is then 77.61% shown rather than 52.25%.

RVR051720

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

Case: AGL130-012110-PM (age **88**) @ **33**-month Life Expectancy w/    **$2,000,000**    face amount and annual premiums of    **$120,629**    collected through month    **57**

Client income: 16.5% simple annual income during the **33**-month Life Exectancy = **45.38%** base-line expected income - extended and adjusted for a period of ten years

Basis: Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of **33** months - plus pro-rata premium refunds / minus pro-rata premium payments

Assumptions    **$10,000** participation x    **1.4538**    =    **$14,538**    total return at maturity =    **0.7269%**    share of the face amount =    **$876.85**    annual pro-rata premium share > 57 months

| At the end of Year 1 | At the end of Year 2 | LE Report Maturity Month 33 | At he end of Year 3 | At the end of Year 4 | Month 57 * premiums escrowed premiums @ 0 | At the end of Year 5 | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78.26% $17,826 | 69.49% $16,949 | 62.92% $16,292 | 60.72% $16,072 | 51.96% $15,196 | 45.38% $14,538 | 43.19% $14,319 | 34.42% $13,442 | 25.65% $12,565 | 16.88% $11,688 | 8.11% $10,811 | -0.65% $9,935 |
| | 34.75% $16,949 | | | | | | | | | | |
| | | 20.97% $16,292 | | | | | | | | | |
| | | | 17.35% $16,072 | 12.99% $15,196 | 9.08% $14,538 | 7.85% $14,319 | 5.74% $13,442 | 3.66% $12,565 | 2.11% $11,688 | 0.99% $10,811 | -0.07% $9,935 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year four because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

premiums were collected for an extra 24 months as part of acquisition costs

Premiums held in escrow for this policy will last 57 months if the insured lives that long. If 24 months worth of premiums are paid up-front premiums keep this policy insured... Based on the current network of lapsing premiums in escrow at 24 cash on hand, pro-rata premiums that would be $876.85 per year in escrow at 0 cash on hand is the cost per dollar of the premiums you are responsible for under the program.

\* Percentages or dollars through year four reflect a required pro-rata refund of unused premiums. All percentages or dollars after month **57** reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $3,288.00 extra for this client as a refund of unused premiums. 1st year total return is then 78.26% shown rather than 45.38%.

RVR051720

# Exhibit K

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

Case: LNL177-031909-MC    (age 77) @ 70-month Life Expectancy w/    $1,500,000    face amount and annual premiums of    $34,000    collected through month  94

Client income:  16.5% simple annual income during the    70    month Life Expectancy =    96.25%    base-line expected income -extended and adjusted for a period of ten years

Basis:  Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 70 months - plus pro-rata premium refunds / minus pro-rata premium payments

Assumptions:    $10,000    participation x    1.9625    =    $19,625    total return at maturity =    1.3083%    share of the face amount =    $444.83    annual pro-rata premium share > 94 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 70 | At the end of Year 6 | At the end of Year 7 | Month 94 = the escrowed premiums $ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126.65% $22,666 | 122.20% $22,220 | 117.75% $21,775 | 113.30% $21,330 | 108.85% $20,885 | 105.15% $20,615 | 104.41% $20,441 | 99.96% $19,996 | 96.25% $19,625 | 92.15% $19,551 | 88.39% $19,105 | 84.92% $18,661 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

Starting in month 95 the pro-rata premium share for this client is $444.83 annually which begins to reduce total investment value to have when the insured dies > year 8.49.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61.10% $22,220 | | | | | | | | | | |
| | | 39.25% $21,775 | | | | | | | | | |
| | | | 28.33% $21,330 | 21.77% $20,885 | 18.03% $20,615 | 17.40% $20,441 | 14.28% $19,996 | 12.29% $19,625 | 11.62% $19,551 | 9.83% $19,105 | 8.49% $18,661 |

* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 94 reflect a pro-rata payment of a share of premiums by this client.
Example: in this example, maturity at the end of year #1 would result in $3,040.00 extra for this client as a refund of unused premiums. 1st year total return is then 126.65% shown rather than 96.25%.

RVR051693

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

**Case:** AGL73L-031909-WK   (age **77**) @ **70**-month Life Expectancy w/   **$3,000,000**  face amount and annual premiums of   **$62,000**   collected through month  **94**

**Client income:** 16.5% simple annual income during the   **70** month Life Expectancy =   **96.25%**   base-line expected income -extended and adjusted for a period of ten years

**Basis:**  Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 70 months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:**   **$10,000**    participation x    **1.9625**   =   **$19,626**  total return at maturity = **0.6542%**      share of the face amount =  **$405.58**  annual pro-rata premium share > **94** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 70 | At the end of Year 6 | At the end of Year 7 | Month 94 = The escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 123.96% $22,396 | 119.91% $21,991 | 115.85% $21,585 | 111.80% $21,180 | 107.74% $20,774 | 104.36% $20,436 | 103.69% $20,369 | 99.63% $19,963 | 96.25% $19,625 | 92.59% $19,557 | 89.00% $19,152 | 86.81% $18,745 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

Starting in month 95, the pro-rata premium share for this client is $405.58, so this client is required to pay a pro-rata share of the premiums, but the later ten years income average is 8.5%

| | 59.95% $21,991 | | | | | | | | | | |
| | | 38.62% $21,585 | | | | | | | | | |
| | | | 27.95% $21,180 | 21.55% $20,774 | 17.89% $20,436 | 17.28% $20,369 | 14.23% $19,963 | 12.29% $19,625 | 11.59% $19,557 | 9.89% $19,152 | 8.56% $18,745 |

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 94 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $2,771.00 extra for this client as a refund of unused premiums. 1st year total return is then 123.96% shown rather than 96.25%.

RVR051693

# RETIREMENT VALUE, LLC - Client participation example and base-line expected income during ten years

**Case:** AXA804-031909-RM (age **77**) @ **69**-month Life Expectancy w/ **$4,500,000** face amount and annual premiums of **$140,000** collected through month **93**

**Client income:** 16.5% simple annual income during the **69** month Life Expectancy = **94.88%** base-line expected income -extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of69 months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:** **$10,000** participation x **1.9488** = **$19,488** total return at maturity = **0.4331%** share of the face amount = **$606.29** annual pro-rata premium share > **93** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 69 | At the end of Year 6 | At the end of Year 7 | Month 93 = the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135.80% $23,580 | 125.74% $22,974 | 123.68% $22,368 | 117.62% $21,762 | 111.55% $21,155 | 107.01% $20,701 | 105.49% $20,549 | 99.43% $19,943 | 94.88% $19,488 | 89.46% $19,036 | 84.62% $18,730 | 80.28% $18,124 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

Starting in month 94 the pro-rata premium share for this client is $606.29 / year which begins to reduce total income - however his 10 year 80.28% income average is 80.28%

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 64.87% $22,974 | | | | | | | | | | |
| | | 41.23% $22,368 | | | | | | | | | |
| | | | 29.40% $21,762 | | | | | | | | |
| | | | | 22.31% $21,155 | 18.61% $20,701 | 17.58% $20,549 | 14.20% $19,943 | 12.24% $19,488 | 11.18% $19,036 | 9.40% $18,730 | 8.90% $18,124 |

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 93 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $4,092.00 extra for this client as a refund of unused premiums. 1st year total return is then 135.8% shown rather than 94.88%.

RVR051693

193

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

Case: MAM660-071509-ML   (age 78) @ 69-month Life Expectancy w/   $1,500,000   face amount and annual premiums of   $28,000   collected through month   93

Client income: 16.5% simple annual income during the   69 month Life Expectancy =   94.88%   base-line expected income -extended and adjusted for a period of ten years

Basis: Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 69 months - plus pro-rata premium refunds / minus pro-rata premium payments

Assumptions:   $10,000   participation x   1.9488   =   $19,488   total return at maturity =   1.2992%   share of the face amount =   $363.78   annual pro-rata premium share > 93 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 69 | At the end of Year 6 | At the end of Year 7 | Month 93 = the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119.43% $21,943 | 115.80% $21,580 | 112.16% $21,216 | 108.52% $20,852 | 104.88% $20,488 | 102.16% $20,216 | 101.25% $20,125 | 97.61% $19,761 | 94.88% $19,488 | 91.55% $19,397 | 96.45% $19,033 | 95.54% $18,670 |
| Client income is higher than the "base-line expected income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies. | | | | | | Premiums were collected for an extra 24 months > LE as part of "acquisition" cost | | | | | |
| | 57.90% $21,580 | | | | | | | | | | |
| | | 37.39% $21,216 | | | | | | | | | |
| | | | 27.13% $20,852 | 20.98% $20,488 | 17.77% $20,216 | 16.87% $20,125 | 13.94% $19,761 | 12.24% $19,488 | 11.44% $19,397 | 9.8% $19,033 | 8.55% $18,670 |

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 93 reflect a pro-rata payment of a share of premiums by this client.
Example: In this example, maturity at the end of year #1 would result in $2,455.00 extra for this client as a refund of unused premiums. 1st year total return is then 119.43% shown rather than 94.88%.

RVR051693

# RETIREMENT VALUE, LLC - Client participation example and base-line expected income during ten years

**Case:** LNL740-071509-RL    (age 80) @ 63-month Life Expectancy w/    $5,000,000  face amount and annual premiums of    $110,089  collected through month  87

**Client income:** 16.5% simple annual income during the    63 month Life Expectancy =    86.63%  base-line expected income -extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 64 months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:**  $10,000   participation x   1,8663   =   $18,663  total return at maturity = 0.3733%   share of the face amount =  $410.92  annual pro-rata premium share > 87 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | At the end of Year 5 | LE Report Maturity Month 63 | At the end of Year 6 | At the end of Year 7 | Month 87 = the escrowed premiums @ 0 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112.31% $21,231 | 108.20% $20,820 | 104.09% $20,409 | 99.98% $19,998 | 95.88% $19,588 | 94.85% $19,485 | 91.77% $19,177 | 87.66% $18,766 | 86.63% $18,663 | 83.21% $18,355 | 80.00% $17,944 | 77.12% $17,533 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year seven because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

Starting in month #88, a pro-rata monthly share for this client is $410.92 annually which lowers the annual income - however, after 10 years income averages 7.71%

| | 54.10% $20,820 | 34.70% $20,409 | 25.00% $19,998 | 19.18% $19,588 | 18.07% $19,485 | 15.29% $19,177 | 12.52% $18,766 | 11.95% $18,663 | 10.50% $18,355 | 8.89% $17,944 | 7.71% $17,533 |

\* Percentages or dollars through year seven reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 88 reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $2,568.00 extra for this client as a refund of unused premiums. Ist year total return is then 112.31% shown rather than 86.63%.

RVR051693

# RETIREMENT VALUE, LLC — Client participation example and base-line expected income during ten years

**Case:** TRA281-071509-RJ (age **82**) @ **56**-month Life Expectancy w/ **$1,500,000** face amount and annual premiums of **$50,160** collected through month **80**

**Client income:** 16.5% simple annual income during the **56** month Life Expectancy : **77.00%** base-line expected income -extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of **56** months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:** **$10,000** participation x **1.7700** = **$17,700** total return at maturity = **1.1800%** share of the face amount **$591.89** annual pro-rata premium share > **80** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 56 | At the end of Year 5 | At the end of Year 6 | Month 80 = the escrowed premiums @ 0 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110.54% $21,054 | 104.62% $20,462 | 98.70% $19,870 | 92.78% $19,278 | 88.84% $18,884 | 86.86% $18,686 | 80.95% $18,095 | 77.00% $17,700 | 72.70% $17,503 | 66.86% $17,108 | 66.39% $16,616 | 62.26% $15,924 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months LE as part of "acquisition" costs

|  | 52.31% $20,462 |  |  |  |  |  |  |  |  |  |  |
|  |  | 32.90% $19,870 |  |  |  |  |  |  |  |  |  |
|  |  |  | 23.20% $19,278 |  |  |  |  |  |  |  |  |
|  |  |  |  | 19.04% $18,884 | 17.37% $18,686 | 13.49% $18,095 | 11.55% $17,700 | 10.00% $17,503 | 8.01% $17,108 | 7.27% $16,616 | 6.22% $15,924 |

\* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums. All percentages or dollars after month **80** reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $3,354.00 extra for this client as a refund of unused premiums. 1st year total return is then 110.54% shown rather than 77.00%.

RVR051693

# RETIREMENT VALUE, LLC — Client participation example and base-line expected income during ten years

**Case:** ING201-071509-AG (age 79) @ 55-month Life Expectancy w/ **$5,000,000** face amount and annual premiums of **$180,766** collected through month **79**

**Client income:** 16.5% simple annual income during the **55** month Life Expectancy : **75.63%** base-line expected income -extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of **55** months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:** **$10,000** participation x **1.7563** = **$17,563** total return at maturity = **0.3513%** share of the face amount **$634.96** annual pro-rata premium share > **79** months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 55 | At the end of Year 5 | At the end of Year 6 | Month 79 = the last collected premiums @ 0 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111.08% $21,108 | 104.73% $20,473 | 98.38% $19,838 | 92.03% $19,203 | 88.33% $18,833 | 85.68% $18,568 | 79.33% $17,933 | 75.63% $17,563 | 74.11% $17,295 | 67.47% $16,928 | 63.63% $16,493 | 59.03% $15,658 |
| | 52.37% $20,473 | 32.79% $19,838 | 23.01% $19,203 | 19.27% $18,833 | 17.14% $18,568 | 13.22% $17,933 | 11.49% $17,563 | 10.15% $17,295 | 8.59% $16,928 | 7.06% $16,493 | 6.03% $15,658 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months - i.e. as part of "acquisition" costs

Starts w/ 100% of the pro-rata premium share for this client - $634.96 annually which begins to reduce the client's income - but even still, client's income averages 60%+

* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 79 reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $3,545.00 extra for this client as a refund of unused premiums. 1st year total return is then 111.08% shown rather than 75.63%.

RVR051693

## RETIREMENT VALUE, LLC  - Client participation example and base-line expected income during ten years

**Case:** ANI852-031909-HO  (age _78_ @ _53_-month Life Expectancy w/  **$5,000,000** face amount and annual premiums of  **$166,229** collected through month  _77_

**Client income:** 16.5% simple annual income during the  _53_ month Life Expectancy :  **72.88%** base-line expected income -extended and adjusted for a period of ten years

**Basis:** Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of_53_ months - plus pro-rata premium refunds / minus pro-rata premium payments

**Assumptions:** **$10,000** participation x  **1.7288** = **$17,288** total return at maturity = **0.3458%** share of the face amount **$574,75** annual pro-rata premium share > _77_ months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | At the end of Year 4 | LE Report Maturity Month 53 | At the end of Year 5 | At the end of Year 6 | Month 77 – the escrowed premiums @ 0 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104.01% $20,401 | 98.26% $19,826 | 92.52% $19,252 | 86.77% $18,677 | 84.38% $18,438 | 81.02% $18,102 | 75.27% $17,527 | 72.88% $17,288 | 66.92% $16,953 | 55.37% $16,713 | 62.18% $16,159 | 59.28% $15,554 | |
| | 49.13% $19,826 | | | | | | | | | | | |
| | | 30.84% $19,252 | | | | | | | | | | |
| | | | 21.69% $18,677 | 19.10% $18,438 | 16.20% $18,102 | 12.55% $17,527 | 11.36% $17,288 | 9.85% $16,953 | 8.17% $16,713 | 6.91% $16,159 | 6.03% $15,554 | |

Client income is higher than the "base-line expected income" of 16.5% all the way through year six because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

\* Percentages or dollars through year six reflect a required pro-rata refund of unused premiums. All percentages or dollars after month _77_ reflect a pro-rata payment of a share of premiums by this client. Example: In this example, maturity at the end of year #1 would result in $3,113.00 extra for this client as a refund of unused premiums. 1st year total return is then 104.01% shown rather than 72.88%.

RVR051893

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

Case: ING283-031909-AI  (age 81) @ 43-month Life Expectancy w/  $2,000,000  face amount and annual premiums of  $96,000  collected through month  67

Client income: 16.5% simple annual income during the 43-month Life Exectancy = 59.13% base-line expected income - extended and adjusted for a period of ten years

Basis: Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of 43 months - plus pro-rata premium refunds / minus pro-rata premium payments

Assumptions  $10,000 participation x  1.5775  =  $15,775  total return at maturity =  0.7888%  share of the face amount =  $757.20  annual pro-rata premium share > 67 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | LE Report Maturity Month 43 | At the end of Year 4 | At the end of Year 5 | Month 67 = the escrowed premiums @ 0 | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92.46% | 84.88% | 77.31% | 72.89% | 69.74% | 62.17% | 57.75% | 54.59% | 47.02% | 39.45% | 31.88% | 24.31% |
| $19,246 | $18,488 | $17,731 | $17,289 | $16,974 | $16,217 | $15,775 | $15,460 | $14,702 | $13,945 | $13,188 | $12,431 |

Client income is higher than the "base-line expected income" of 16.5% all the way through year five because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies.

Premiums were collected for an extra 24 months > LE as part of "acquisition" costs

| | 42.44% $18,488 | | | | | | | | | | |
| | | 25.77% $17,731 | | | | | | | | | |
| | | | 20.83% $17,289 | 17.43% $16,974 | 12.43% $16,217 | 10.50% $15,775 | 9.10% $15,460 | 6.72% $14,702 | 4.93% $13,945 | | |

* Percentages or dollars through year five reflect a required pro-rata refund of unused premiums. All percentages or dollars after month 67 reflect a pro-rata payment of a share of premiums by this client.

Example: in this example, maturity at the end of year #1 would result in $3,471.00 extra for this client as a refund of unused premiums. 1st year total return is then 92.46% shown rather than 59.13%.

RVR051693

**RETIREMENT VALUE, LLC** - Client participation example and base-line expected income during ten years

<u>Case:</u> OML446-031909-RL (age <u>79</u>) @ <u>40</u>-month Life Expectancy w/ **$2,000,000** face amount and annual premiums of **$89,000** collected through month **64**

<u>Client Income:</u> 16.5% simple annual income during the <u>40</u>-month Life Exectancy = <u>55.00%</u> base-line expected income - extended and adjusted for a period of ten years

<u>Basis:</u> Client base-line expected income = simple annual income @ 16.5% x a Life Expectancy of <u>40</u> months - <u>plus</u> pro-rata premium refunds / <u>minus</u> pro-rata premium payments

<u>Assumptions</u> **$10,000** participation x **1.5500** = **$15,500** total return at maturity = **0.7750%** share of the face amount = **$689.75** annual pro-rata premium share > 64 months

| At the end of Year 1 | At the end of Year 2 | At the end of Year 3 | LE Report Maturity Month 40 | At the end of Year 4 | At the end of Year 5 | Month 64 LE the escrowed premiums @ 0 | At the end of Year 6 | At the end of Year 7 | At the end of Year 8 | At the end of Year 9 | At the end of Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84.89% $18,489 | 77.99% $17,799 | 71.09% $17,109 | 66.80% $16,880 | 64.20% $16,420 | 57.30% $15,730 | 55.00% $15,500 | 50.40% $15,040 | 43.50% $14,350 | 36.61% $13,661 | 29.71% $12,971 | 22.81% $12,281 |
| Client income is higher than the "base-line expected income" of 16.5% all the way through year five because of the pro-rata re-distribution of the un-used premiums in the escrow account when the insured dies. | | | | | | | | | | | |
| | 49.00% $17,799 | | | | | | | | | | |
| | | 23.70% $17,109 | | | | | | Premiums were collected for an extra 24 months > LE as part of "acquisition" costs | | | |
| | | | 19.58% $16,880 | 16.05% $16,420 | 11.46% $15,730 | 10.00% $15,500 | 8.40% $15,040 | 6.21% $14,350 | 4.58% $13,661 | 3.30% $12,971 | 2.25% $12,281 |

* Percentages or dollars through year five reflect a required pro-rata refund of unused premiums. All percentages or dollars <u>after</u> month <u>64</u> reflect a pro-rata payment of a share of premiums by this client.

Example: In this example, maturity at the end of year #1 would result in $2,989.00 extra for this client as a refund of unused premiums. 1st year total return is then 84.89% shown rather than 55.00%.

RVR051693

**TAB 6**

CAUSE NO. D-1-GV-10-000454

| | | |
|---|---|---|
| STATE OF TEXAS, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| RETIREMENT VALUE, LLC, ET AL, | § | |
| *Defendants,* | § | TRAVIS COUNTY, TEXAS |
| AND | § | |
| | § | |
| JAMES SETTLEMENT SERVICES, LLC, | § | |
| ET AL | § | |
| *Third-Party Defendants* | § | 126th JUDICIAL DISTRICT |

## AFFIDAVIT OF S. TODD BURCHETT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

Before me, the undersigned authority personally appeared S. Todd Burchett, who, being by me duly sworn, deposed as follows:

1. My name is S. Todd Burchett. I have personal knowledge of the information contained in this Affidavit, and the same is true and correct. I am over the age of twenty-one, and am a resident of San Antonio, Texas. I have never been convicted of a crime involving moral turpitude, and in all other ways am qualified to make the statements contained herein. The statements are all true and correct and within my personal knowledge.

2. I am a certified public accountant and have been since 1992.

3. I have been retained by the Receiver for Retirement Value, LLC ("Retirement Value"), to provide litigation consulting services and perform various analyses related to Retirement Value. My opinions are based upon my years of experience as a certified public accountant and are based on reliable and applicable accounting principles, known as generally accepted accounting principles or GAAP.

4. My analysis began with the financial information as prepared by BKD, LLP for the Receiver. BKD obtained the books and records of Retirement Value, and reconciled the accounts and corrected the accounting entries in order to make the financial information accurate and in accordance with GAAP.

5. My review of the books and records of Retirement Value shows that management paid out all of the available cash soon after it came in, leaving it insolvent and unable to meet its obligations. Management distributed cash to insiders in the form of salaries and distributions. The James parties were paid for the policies up front, the Licensees were paid



EXHIBIT

4

233

their 16-18% commissions up front, and the law firm Kiesling Porter Kiesling & Free, PC ("Kiesling Porter") was paid 1% of the face value of each policy up front.

6. In contrast, Retirement Value was left owing $80.1 million in liabilities and had only $26 million in cash and total assets of $31.5 million, as of March 31, 2010. Actually, Retirement Value became more and more insolvent with each transaction that management entered into in its name. After management took their cut, the Licensees took their cut, the James parties took their cut, and Kiesling Porter took its cut, there was not enough money left to pay premiums with which to keep the policies in force. Because of this way of managing the business, Retirement Value was left owing more money than it could possibly pay.

7. Retirement Value was set up as an LLC, which is a pass-through entity for its owners, and it was in fact operated as a pass-through entity.

8. The assets of Retirement Value consisted almost entirely of life insurance policies purchased with investor funds. I relied on the valuations of Retirement Value's life insurance policies as performed by Lewis & Ellis, Inc., Actuaries & Consultants, for assessing the market value of these assets. These records are of a type that are reasonably relied upon by experts in my field in forming opinions. See Exhibit A for the Lewis & Ellis report. I have also interviewed S. Scott Gibson, FSA, MAAA of Lewis & Ellis, Inc., who was one of the preparers of the report.

9. The owners of Retirement Value capitalized the company with only $1,000. The rest of the company's funds came exclusively from investors. All amounts collected from the investors were used to buy policies, pay premiums and policy costs including licensee commissions, reserve amounts for future premium payments, pay the operating expenses of the company and pay distributions to the owners. Lewis & Ellis determined that the portfolio of policies owned by Retirement Value had a market value between $3.0 million and $5.9 million at the time of purchase. When comparing this to the $28.9 million that Retirement Value paid for the policies, it is relatively clear that Retirement Value significantly overpaid for the policies. When considering the fair market value of the policies as reflected in the Lewis & Ellis valuation report, Retirement Value incurred costs on the policies in amounts that exceed the value of the policies.

10. Retirement Value incurred debts beyond its ability to pay as they became due. Based on the Lewis & Ellis report, Retirement Value's premium reserves were underfunded and they would not have the funds available to pay the premiums that would become due through each policy's life expectancy. If the premiums were not paid, the policies would lapse. The only way this could have been cured would have been for the owners to pay in more capital (and I have not seen any evidence they were capable of doing so) or for the company to raise more money from investors.

11. Retirement Value's assets at all times were unreasonably small in relation to its business and the transactions it entered into. Its assets were limited to the policies that it purchased and the cash that was reserved to pay premiums to keep those policies in force. Therefore, management would not have been able to liquidate any assets in order to make the company solvent. Retirement Value's business as structured would have been unable to reach solvency.

234

12. Retirement Value was insolvent from its inception. At all times from April 30, 2009 through March 31, 2010, the sum of Retirement Value's debts was greater than all of Retirement Value's assets at a fair valuation, resulting in insolvency. During each month of its existence, it became increasingly insolvent.

While the Licensees were paid collectively nearly $13 million in commissions, Retirement Value did not receive any benefit of reasonably equivalent value in exchange[1] and instead became increasingly insolvent. With each investment procured by the Licensees, Retirement Value became more and more insolvent.

13. Attached hereto as Exhibit B, and incorporated herein by reference as if set out in full, is a true and correct copy of the expert report I have prepared in this case.

14. I have reviewed the Retirement Value accounting records as maintained by Kiesling Porter. These records are of a type that are reasonably relied upon by experts in my field in forming opinions. Based on a review of these records, I have concluded the following:

> Gallagher Financial Group was paid $1,413,114.40 in commissions.
> Senior Retirement Planners, LLC was paid $485,564.13 in commissions.
> Estate Protection Planning Corp. was paid $388,589.11 in commissions.
> Secured Financial Strategies, LLC was paid $300,782.47 in commissions.
> Reid Thorburn was paid $11,267.00 in commissions.
> Brian Cervenka was paid $261,825.96 in commissions.
> Niche Investment Group, LLC was paid $223,528.00 in commissions.
> Senior Texan Estate Planning Services, LLC was paid $165,735.43 in commissions.
> Mike Ahlers was paid $153,169.58 in commissions.
> PC&S, LLC was paid $132,879.96 in commissions.
> Global One Direct, LLC was paid $123,957.75 in commissions.
> Steven Feeken was paid $119,009.91 in commissions.
> Ronald Coleman was paid $84,025.56 in commissions.
> Gary Lenahan was paid $77,715.64 in commissions.
> Mike Givilancz, Jr. was paid $76,524.41 in commissions.
> Michael Castellano was paid $73,823.66 in commissions.
> David Rice was paid $5,600.00 in commissions.
> Alternative Solutions Insurance Services, Inc. was paid $33,818.50 in commissions.
> Greg Chick was paid $5,000.00 in commissions.
> Colin Boddicker was paid $19,840.96 in commissions.
> Creative Wealth Designs, LLC was paid $53,000.00 in commissions.
> Frederick William Rust was paid $25,485.50 in commissions.
> Harvest Planning, LLC was paid $26,769.15 in commissions.
> James Craig Orr was paid $39,139.75 in commissions.
> James Strizak was paid $24,940.00 in commissions.

---

[1] I was provided the following definition for reasonably equivalent value: "'Reasonably equivalent value' includes, without limitation, a transfer or obligation that is within the range of values for which the transferor would have sold the assets in an arm's length transaction." Tex. Bus. & Comm. Code § 24.004(d).

Jeff Mejia was paid $24,500.00 in commissions.
Jerry Neal Orr was paid $11,060.00 in commissions.
John Todd Reagan was paid $ 35,082.24 in commissions.
John Hoskins was paid $ 15,871.45 in commissions.
Kenneth Franco was paid $27,800.00 in commissions.
Lighthouse Capital Preservation was paid $40,000.00 in commissions.
Clement Ng was paid $ 3,000.00 in commissions.
Mark J. Smith was paid $13,125.27 in commissions.
Michael William Sylkatis was paid $35,300.00 in commissions.
Michael Woods was paid $3,500.00 in commissions.
Milks & Milks was paid $41,403.32 in commissions.
Raymon Chadwick, Jr. was paid $52,981.77 in commissions.
Richard Evans was paid $24,757.43 in commissions.
Robert Knox was paid $24,277.20 in commissions.
Sam Hensley was paid $19,496.03 in commissions.
Steven Skijus was paid $34,344.23 in commissions.
T. C. Weston was paid $12,250.00 in commissions.
Walter Young was paid $21,000.00 in commissions.
Wesley Davidson was paid $38,846.34 in commissions.
William Evans was paid $57,666.92 in commissions.

15. The preceding paragraph lists payments made directly by Retirement Value, through Kiesling Porter. Some of the individuals listed above may have received more than the commissions listed above if they received commissions indirectly through an LLC or other entity. For example, payments made to Secured Financial Strategies, LLC would have passed-through to the owners/members of Secured Financial Strategies, LLC, in addition to whatever commissions such owners/members received directly.

16. Attached as Exhibit C are true and correct excerpts of a spreadsheet I created from the accounting records of Retirement Value which also show the total amount of commissions paid to the licensees listed above.

Further Affiant sayeth not.

_____
S. Todd Burchett

THE STATE OF TEXAS §
§
COUNTY OF BEXAR §

SWORN TO AND SUBSCRIBED before me on the _1_ day of May, 2013.

_____
Notary Public, State of Texas
My commission expires: _8/31/13_

DARLENE DENISE BARTA
Notary Public State of Texas
My Commission Expires
AUGUST 31, 2013

236

K&L GATES LLP

# Retirement Value

POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS – REVISED

**June 27, 2011**

ADDENDUMS

**August 11, 2011 & February 15, 2013**



Actuaries &
Consultants

**Lewis & Ellis, Inc.
Actuaries & Consultants**

S. Scott Gibson, F.S.A., M.A.A.A.
Jacqueline B. Lee, F.S.A., M.A.A.A.



EXHIBIT

A

# POLICY, PORTFOLIO, & STOCHASTIC ANALYSIS

Table of Contents

| Section | | Page |
|---|---|---|
| I. | Purpose and Scope | 1 |
| II. | Valuation | 4 |
| III. | Stochastic Modeling | 8 |
| IV. | Summary | 12 |

# I.   Purpose and Scope

Eduardo S. Espinosa (Receiver) is the court-appointed receiver for Retirement Value, LLC (RV). The Receiver engaged Lewis & Ellis, Inc. (L&E) to perform the independent valuation of the RV policies and portfolio. L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 49 policies with a total face value amount of $134,835,000. The Receiver also hired Asset Servicing Group, LLC (ASG) to administer the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports. The LE reports that we used in our analysis were provided by ISC Services, a life expectancy provider generally considered to be reliable. We also reviewed LE reports prepared by AVS and 21st Services, which were provided to us by the Receiver (via ASG).

One policy has matured since the receivership began. This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) of the portfolio. This report will also assist the Receiver with additional graphs and tools for their presentation to the courts and decision-making process on how to handle the portfolio.

**Limits on Distribution and Utilization**

This report has been prepared for the use of the Receiver in reporting to the Court and in determining the best strategy for managing the portfolio. It is not appropriate for any other purpose.

This report may not be distributed to any other parties without the prior consent of L&E. Any users of this report must possess a certain level of expertise in life insurance, the life settlement industry, statistics, and/or actuarial science so as not to misinterpret the data presented. Any distribution of this report should be made in its entirety. In addition, any third party with access to this report acknowledges, as a condition of receipt, that L&E does not make any representations or warranties as to the accuracy or completeness of the material. Any third party with access to these materials cannot bring suit, claim, or action against L&E, under any theory of law, related in any way to this material.

It is our understanding, upon which we are relying, that any recipient of this report will consult with and rely solely upon their own legal counsel with respect to definitions. No representation is made herein, or directly or indirectly by the report, as to any legal matter or as to the sufficiency of said definitions for any purpose other than setting forth the scope of our Report hereunder. In connection with this Report, we have made such reviews, analyses, and inquiries as we have deemed necessary and appropriate under the circumstances.

---

*Lewis & Ellis, Inc.* • *Actuaries & Consultants*                                   *1*

Lewis & Ellis is available to answer any questions that may be raised by this report. Please direct any inquiries to Scott Gibson or Jacqueline Lee.

**Confidentiality of Review**

L&E recognizes that in the performance of the work, we acquired or had access to records and information considered confidential by the Receiver. L&E took steps to comply with all laws, regulations, and standards relating to confidentiality and privacy.

**Reliances**

L&E's work was based upon data and information obtained through the Receiver and ASG. Lewis & Ellis did not perform a detailed review of the data provided. L&E did review the data for overall appropriateness and reasonableness. The data appear to be appropriate for use. If there are any material inaccuracies in the data provided, the conclusions reached in this report may be invalid.

We have relied upon and assumed, without independent verification unless noted elsewhere, that:

1. The life expectancies as presented are valid, reasonable, and proper; and
2. The life insurance policies' insured information, benefits, and structures are valid as presented.

The professional fee for this engagement is not contingent upon the opinion of the value set forth in the attached written report prepared by L&E.

The report is based on valuation as of the February 28, 2011 valuation date. Subsequent events that could affect the conclusion set forth in the report include adverse changes in industry performance or market conditions, adverse mortality experience, and changes to the business. L&E is under no obligation to update, revise, or reaffirm the report.

The report is intended solely for the information of the person or persons to whom it is addressed solely for the purpose stated, and may not be relied upon by any other person or for any other purpose without L&E's prior written consent. The conclusions set forth in the report are based on methods and techniques that L&E considers appropriate under the circumstances, and represent the opinion of L&E based upon information furnished by the Receiver, ASG, and their advisors.

Notwithstanding the foregoing, the opinions set forth in the report are not intended by L&E, and should not be construed, to be the investment advice in any manner whatsoever. Furthermore, no opinion, counsel, or interpretation is intended in matters that require legal, accounting, tax, or other appropriate professional advice. It is assumed that such opinions, counsel, or interpretations have been or will be obtained from the appropriate professional sources.

240

L&E is not guaranteeing, on any basis, the performance or success of the portfolio, the repayment of invested capital, or any particular rate of capital or income return.

L&E assumes that the portfolio, the Receiver, and ASG have complied with all applicable federal, state, and local regulations and laws, unless the lack of compliance is specifically noted in the report.

Except to the extent specifically disclosed in writing to L&E, the report also assumes that the portfolio has no material contingent assets or liabilities, no unusual obligations, or substantial commitments other than those incurred in the ordinary course of business, and no pending or threatened litigation that would have a material effect on the portfolio.

L&E has not accounted for any no-lapse provisions that may be included with some of the policies.

241

## II.  Valuation

### Description of the Portfolio

There are 49 policies in the Retirement Value portfolio with a total face value amount of $134,835,000. Asset Servicing Group, LLC (ASG) administers the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy (LE) reports.

One policy has matured since the receivership. This policy has been excluded from all of our analyses, and the received death benefit has been included in the total cash for the portfolio.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 (Valuation Date) for the portfolio.

The term "actuarial value" is defined as the amount at which the Portfolio (or more specifically the policies of the portfolio) would change hands between a willing buyer and a willing seller, each having reasonable knowledge of the relevant facts, with the presumption that actuarial assumptions and discount rates remain the same. We have not accounted for federal income tax in developing the actuarial value.

All valuation methodologies used to determine the actuarial value of the portfolio are predicated on numerous assumptions pertaining to prospective mortality experience. Unanticipated events and circumstances relating to such may occur and actual results may vary from those assumed. The variations may be material.

The discount rate is an assumption that drastically affects the results of the actuarial value in our analysis. Careful consideration is made when choosing this assumption. L&E currently performs life settlement portfolio valuations on 10+ life settlement portfolios ranging from 2 policies to 1,100 policies. Based on our experience with these funds, their managers, and our general perception of the market, the current market discount rate utilized for buying and selling of policies and portfolios ranges from 10-21%. Factors influencing the estimated range are overall financial market conditions, life insurance carrier, freshness and quality of life expectancy evaluation(s), means of original policy acquisition, and quality of policy source provider. The actuarial value of the portfolio has an inverse relationship to the discount rate; therefore, if the discount rate decreases, the actuarial value of the portfolio increases. Prospective buyers in the life settlement market want the discount rate to be higher, which would drive the purchase price down. Since the Receiver is either selling or maintaining the policies in the portfolio, it is reasonable to assume a higher discount rate such as 18%.

The total current death benefit for the policies, excluding the matured policy, in the portfolio is $124,835,000. As of the Valuation Date, the actuarial value of the Fund is $5,700,917 using the 18% discount rate. A value summary of policies held by the

portfolio is shown on the next page (Exhibit A) along with two other discount rate scenarios of 16% and 20%.

Each policy has an escrow account that holds funds that will be used to pay future premiums and are referred to as "Premium Reserves." Exhibit B, which is on the page following Exhibit A, compares the number of months of premium reserves available to the number of months of the life expectancy for each policy. On average, the premium reserves do not provide enough funds to continue paying premiums from the escrow (roughly 45 months). None of the policies have enough funds to be able to pay premiums until the month of the policy's LE. The graph shows the number of months the premiums would be available in escrow as well as the number of months of the LE for each policy.

### Exhibit A - Net Present Values
### Probabilistic Basis
### As of 2/28/2011

| Policy* | Purchaser's Perspective** | | |
|---|---|---|---|
| | 16% | 18% | 20% |
| AGL06L-102009-LM | 430,848.67 | 383,494.19 | 342,423.11 |
| AGL130-012110-PM | 238,743.88 | 238,743.88 | 211,694.59 |
| AGL66L-071509-LB | 92,756.91 | 78,344.01 | 66,253.45 |
| AGL73L-031909-WK | 234,996.40 | 187,977.64 | 149,979.28 |
| ANI521-102209-BW | (97,289.63) | (97,142.05) | (96,860.07) |
| ANI852-031909-HO | (61,032.56) | (82,323.33) | (98,105.58) |
| AVL180-030510-MR | 230,384.80 | 174,347.14 | 127,850.65 |
| AXA091-012110-PC | 223,817.25 | 141,417.18 | 74,542.53 |
| AXA146-090409-GJ | (12,309.29) | (12,309.29) | (33,270.10) |
| AXA335-022410-PS | 1,358.25 | (27,854.75) | (50,269.07) |
| AXA597-110209-HM | (20,644.43) | (33,126.09) | (42,943.94) |
| AXA729-112009-SF | 24,828.76 | 24,828.76 | 4,325.22 |
| AXA804-031909-RM | (208,052.03) | (239,268.19) | (262,592.30) |
| AXA826-110509-IC | (7,258.07) | (7,258.07) | (20,919.07) |
| AXA994-011510-BD | 198,237.45 | 156,145.06 | 121,214.96 |
| HLI814-092509-MI | 101,993.08 | 101,993.08 | 81,324.89 |
| ING036-071509-EB | (140,372.55) | (140,372.55) | (160,074.80) |
| ING15J-121409-AK | (59,469.45) | (59,469.45) | (63,612.77) |
| ING201-071509-AG | (4,519.96) | (41,979.86) | (70,733.67) |
| ING283-031909-AI | 18,818.30 | 18,818.30 | 1,251.57 |
| LBL165-031909-NL | 39,663.41 | 29,549.82 | 21,395.93 |
| LBL361-021710-SW | 122,252.87 | 98,117.47 | 79,019.11 |
| LBL771-110209-MF | 309,382.49 | 267,941.88 | 233,119.47 |
| LFG006-103009-JC | (40,264.98) | (48,827.64) | (55,183.87) |
| LFG008-102909-RB | 247,337.99 | 202,416.42 | 165,922.89 |
| LFG081-021710-RC | 42,470.43 | 33,072.64 | 25,507.48 |
| LFG117-021710-HW | (3,005.66) | (15,030.54) | (24,438.59) |
| LFG177-031909-MC | (21,043.53) | (24,789.09) | (27,199.85) |
| LFG183-111109-MR | 889,335.90 | 789,529.17 | 704,782.99 |
| LFG248-012610-HM | 318,870.03 | 264,166.14 | 219,337.68 |
| LFG272-112009-PS | 65,022.78 | 45,526.99 | 30,074.67 |
| LFG311-031210-HM | 530,789.97 | 439,612.29 | 364,907.59 |
| LFG566-071509-MR | 770,238.74 | 685,062.11 | 612,323.98 |
| LFG591-031909-DH | 181,443.04 | 155,770.93 | 133,968.32 |
| LFG735-030510-AS | 396,678.80 | 332,026.12 | 279,328.35 |
| LFG740-071509RL | 429,916.80 | 353,461.03 | 291,617.47 |
| LFG782-090409-HO | 1,623,780.92 | 1,490,304.07 | 1,372,485.14 |
| LLI899-102209-AT | 445,960.12 | 334,404.40 | 243,834.63 |
| MET650-071509-DF | (275,274.43) | (261,038.83) | (248,187.16) |
| MMI860-071509-ML | (26,973.98) | (26,973.98) | (38,949.70) |
| OML446-031909-RL | 210,247.28 | 210,247.28 | 173,109.10 |
| PLI680-102909-JS | (82,486.24) | (82,307.67) | (81,650.23) |
| PLI930-102009-HM | (41,504.59) | (49,846.58) | (56,441.11) |
| PLI980-111109-JS | (374,822.02) | (374,179.87) | (371,609.18) |
| SLA338-112009-CD | 49,363.12 | 24,405.72 | 4,167.34 |
| SLA534-031909-LC | (9,805.77) | (16,225.41) | (21,410.62) |
| TRA281-071509-RJ | 75,834.79 | 50,174.42 | 29,153.13 |
| WPL982-071509-LB | 36,547.44 | 29,341.76 | 23,498.39 |
| *Portfolio Total* | *7,095,792* | *5,700,917* | *4,363,962* |

*Excludes PLI140-111109-DM

**Do not include any no-lapse guarantees



Exhibit B
Comparison between Number of Months of Escrowed Premiums vs. Number of Months for the Life Expectancy
As of 2/28/2011

245

**Qualifications** *(to include S. Scott Gibson, FSA, MAAA and Jacqueline B. Lee, FSA, MAAA)*

Lewis & Ellis, Inc. has been an actuarial consulting firm for over 40 years with offices in Dallas, Kansas City, London, and Baltimore. Scott Gibson has been a consultant with L&E in the Dallas office since 1987 serving as a partner since 1993. Jackie Lee has been with Lewis & Ellis since 2008. Scott and Jackie are Fellows of the Society of Actuaries and Members of the American Academy of Actuaries. Scott served as a Board Member of the Life Insurance Settlement Association (LISA) for nearly five years starting in November 2005. Scott specialized his entire actuarial career, which started in 1981, in the life insurance area and has been working/serving the life settlement market since 2004. In 2004, Jackie began her actuarial career serving the health insurance industry, and she transitioned over to the life settlement industry at L&E. For life settlement work, they provide policy pricing, policy/fund valuations providing policy pricing, policy/fund valuations, and general consulting on an independent basis.

**Valuation Methodology**

The policies are valued based on the Probabilistic Method. The life expectancy, account values, and illustrations were provided to L&E from ASG. Upon receiving the information, L&E solved for the cost of insurance rates. The projected cash flows will be determined based on mortality probabilities.

Other specific items included and utilized in the valuation:

- Base mortality table is the 2008 Valuation Basic Table (2008 VBT) Select that is gender and smoking class distinct; whereby age is on an ANB (age near birthday) basis.
- Every life expectancy (LE) provided came from ISC Services and a constant multiplier is determined such that when applied to the 2008 VBT and adjusted for the multiplier, the adjusted mortality table produces a calculated LE equal to the underwriter's LE as of the underwriting date.
- Based on the final adjusted mortality tables, a continuance table is developed based on the assumption that the survivorship is 100% as of the valuation date, and showing the probabilities of death occurring in each of the following month, and the cumulative probability of survival to each future month.
- Estimates of future premiums, after the valuation date, are the minimum premium streams calculated from the current values on the illustration. The premium streams are those used in pricing the case, and reflect the minimum premiums required to fund the policy short of lapsation, based on the insurance company policy illustration and verification of coverage (VOC) data.

As months elapse, the new value of the asset will take into consideration the new projected cash flows based on the survivorship of the policy.

246

On a monthly basis the projected cost of insurance will be assumed to have been paid.

We are relying on and using the LE's that they have currently been provided. As we are not medical underwriters, we cannot opine as to the methodology embedded in or the accuracy of these LE's.

**Asset Value Calculation Formula:**

| | |
|---|---|
| x | The insured's age at LE underwriting. |
| w | The last age of the mortality table; 115 for 2008 VBT. |
| $tPx$ | The probability of a person age x surviving t years. |
| $tQx$ | The probability of a person age x dying within t years. |
| $t|Qx$ | The probability of a person age x surviving t years then dying in the next year. |
| Ex | The life expectancy in years of a person age x. This is the sum of $tPx$ for t=1 to w minus x. |
| Mult | The mortality scalar multiplier applied to the Base mortality table such that Ex equals the Life Expectancy Provider's provided LE. |
| tDB | The face amount of the policy in year t. |
| tMP | The projected minimum policy premium to be paid in year t. |
| tEDB | The expected death benefit to be collected in year t. This equals tDB times $t|Qx$. It should be noted that the sum of all tEDB's equals the face amount of the policy. |
| tEMP | The expected minimum policy premium to be paid in year t. This equals tMP times $tPx$. |
| i | The policy applicable discount rate as defined above. |
| NPVy(tEDB) | The net present value of the expected death benefits to be collected. This equals the sum of $(1+i)$ to the $(-t+y)$ power times tEDB for t=y+1 to w-x. The assumption is that the death benefit is paid at the end of the policy year. |
| NPVy(tEMP) | The net present value of the expected minimum policy premiums to be paid. This equals the sum of $(1+i)$ to the $(-t+y+1)$ power times tEMP for t=1 to w-x. The assumption is that premiums are paid annually at the beginning of policy year. |
| PPP | The policy purchase price. This equals the sum of NPV0EDB minus NPV0EMP. |
| NAVy | The net asset value of the policy at the end of year t. This equals (the sum of NPVy(tEDB) minus NPVy(tEMP) divided by $tPx$. |

The above formulas are presented on an "annual" basis for simplicity and ease of understanding. The reality is that we make these calculations on a monthly basis with the same principals being applied. Essentially, "t" becomes a measure of months. Proper adjustments are made to the minimum premium component to accommodate for varying modes of payment.

247

# III. Stochastic Modeling

L&E was also asked to provide additional graphs and analysis that would help the Receiver make the appropriate decisions on the behalf of the investors in the policies. Specifically, the Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity (Premiums Needed). Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes (Net Cash at Maturity) for the portfolio. The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.

The Receiver's accountant provided guidance on the taxation of the policies. The 35% tax rate is applied to the gain when the death benefit is paid. The gain is the face amount of the policy less the basis (the costs) that RV had in the policy. The basis includes the cost of acquiring the policy as well as all premiums paid on the policy prior to maturity. Our model takes into account the increase in basis resulting from future premium payments. The tax was calculated at the policy level.

L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's. The simulation ran 100,000 iterations. The base case is defined as the scenario where the LE's are equal to the LE provided by ISC. The following chart provides the statistics for the "Premiums Needed" and "Net Cash at Maturity."

| Statistics | Premiums Needed | Portfolio - Net Cash at Maturity |
|---|---|---|
| Trials | 100,000 | 100,000 |
| Base Case (at LE) | 28,995,631 | 91,188,233 |
| Mean | 9,955,226 | 77,548,109 |
| Median | 9,481,410 | 77,934,276 |
| Standard Deviation | 4,526,196 | 7,511,097 |
| Minimum | 0 | 40,214,472 |
| Maximum | 35,319,223 | 102,685,783 |

The graph on the next page shows the frequency graph for the Premiums Needed. The graph displays the results from the 100,000 iterations. The graph shows the median, 95th percentile, and 97 ½ percentile.

## Exhibit C



The next graph shows the results for the net cash at maturity for the portfolio. As explained earlier, the net cash at maturity is the amount of death benefits paid after all policies have matured less taxes and anticipated premiums after 2/28/2011. The net cash also includes the total cash on hand with the Receiver for the RV portfolio. This amount is $29.17 million and is added to the total death benefits less taxes and premiums paid.

The graph resembles a normal distribution, and we have displayed the 68% confidence interval and the 95% confidence interval. Based on the simulation, we are 68% confident that the cash received after all maturities will be between $70.0 million and $85.1 million. Likewise, we are 95% confident that the cash received will be between $62.5 million and $92.6 million.

## Exhibit D



# IV. Summary

Eduardo S. Espinosa is the court-appointed receiver for Retirement Value, LLC. The Receiver engaged Lewis & Ellis, Inc. to perform the independent valuation of the RV policies and portfolio. L&E was also asked to perform a stochastic analysis on the portfolio.

The RV portfolio consists of 48 policies, excluding the matured policy, with a total face value amount of $124,835,000. The Receiver also hired Asset Servicing Group, LLC to administer the portfolio. ASG provided the information used in the valuation. We received illustrations, annual statements, policy contracts, and life expectancy reports.

The purpose of analysis is to provide the Receiver with a report of the actuarial value, as of February 28, 2011 of the portfolio. This report will also assist the Receiver with additional graphs and statistics based on stochastic modeling of the portfolio for their presentation to the courts and decision-making process on how to handle the portfolio.

Analysis
- The actuarial value of the portfolio as of February 28, 2011 is $5,700,917 with an 18% discount rate.
- L&E used a Monte Carlo simulation to randomly generate the LE's by policy based on each individual's survival curve that was developed during the valuation analysis from the underwriter's LE's.
  - Premiums Needed: The Receiver wanted to know how much cash they need to pay all future premiums and see all policies to maturity.
  - Net Cash: Also, the Receiver wanted to know the net cash received if all policies matured and accounting for taxes for the portfolio. The net cash also includes over $29 million that the Receiver has in escrow and operating cash for the portfolio.


S. Scott Gibson, FSA, MAAA
Senior Vice President & Principal
Lewis & Ellis, Inc.
June 27, 2011

Jacqueline B. Lee, FSA, MAAA
Vice President & Consulting Actuary
Lewis & Ellis, Inc.
June 27, 2011

# V.    Addendum

This is an addendum to the report dated June 27, 2011. L&E was asked to perform the stochastic analysis again excluding the assumption of taxes. All exhibits are on the following pages.

Exhibit E represents the total premiums needed, which is similar to Exhibit C in the original report. Exhibit E excludes any taxes that would be paid. If all policies matured at the life expectancy, then the total premiums needed would be $28,296,232.

Exhibit F shows the results for the net cash at maturity for the portfolio. This exhibit is related to Exhibit D in the original report. As with Exhibit E, Exhibit F excludes any taxes that would be paid. If all policies matured at the life expectancy, then the net cash at maturity would be $95,734,565.

Exhibit G displays the month of the final maturity. Note that the horizontal axis displays numbers that correspond to months. Month 1 represents 2/28/2011. The median month of the final maturity is 276, which is 1/31/2034. If all policies matured at the life expectancy, then the month of the final maturity would be 9/30/2024.

253

## Exhibit E



## Exhibit F



## Exhibit G



# VI.  Addendum

This is a second addendum to the report dated June 27, 2011. This addendum is being submitted on February 15, 2013. L&E was retained by George Brothers Kincaid & Horton, L.L.P. (GBKH) to perform additional valuations of the Retirement Value (RV) portfolio. The valuations included in this report are:

- Valuation of all policies as of the date that Retirement Value purchased the policy,
- Valuation of all policies as of May 5, 2010,
- Valuation of all policies, excluding PLI140-111109-DM, as of July 2013, and
- Valuation of all policies, excluding PLI140-111109-DM, as of October 2013.

Policy PLI140-111109-DM was excluded from the original report because the policy matured since the receivership began. This policy has been included in the first 2 valuations listed because the policy was part of the portfolio at those times.

All methodologies discussed in the original report are consistent with the methodologies used to develop these valuations. Any changes in assumptions are outlined in this addendum.

The RV portfolio consisted of 49 policies with a total face amount of $134,835,000 at the time of the receivership. With the maturation of policy PLI140-111109-DM, the portfolio's face amount reduced to $124,835,000. LE reports were provided by Midwest Medical, AVS, and 21st Services. In L&E's experience, Midwest Medical is not considered a reputable LE provider in the industry. Therefore, L&E excluded these LEs from the analyses. The LE reports used differed by valuation based on the information available on the date assumed for each valuation analysis.

**Valuation as of Retirement Value Purchase Date**

The Valuation as of the Retirement Value Purchase Date includes all 49 policies. The purchase dates were obtained from GBKH. The valuation results and purchase dates are shown in Exhibit H on the next page. The valuation was analyzed using discount rates of 18%, 20%, and 24%. These discount rates were used because they most currently reflect the market situation for policies such as these.

The life expectancies used for this valuation came from AVS and 21st Services. L&E used the LE reports that were closest to the purchase dates without being later than the purchase date. This ensures that L&E used the freshest and newest LE reports available at the time of the purchase, as if L&E were valuing these policies at that time. The LE reports range from 2008 to 2010 with 1 LE report from 2006. For all policies that had both an AVS and 21st LE report, the LEs and LE dates were averaged. When only 1 of the reports existed for a policy, the LE and LE date were used as seen in the report. Of the 49 policies, 38 of the policies had 2 reports and 11 had only an AVS report. The LEs and LE dates are shown in Exhibit I.

---

257

### Exhibit H - Net Present Values
### Probabilistic Basis
### As of Retirement Value Purchase Date

| Policy | Purchase Date | Discount Rates | | |
|---|---|---|---|---|
| | | 18% | 20% | 24% |
| AGL06L-102009-LM | 10/2009 | 440,165 | 396,727 | 325,279 |
| AGL130-012110-PM | 1/2010 | 149,612 | 133,979 | 107,072 |
| AGL66L-071509-LB | 7/2009 | 38,061 | 29,727 | 17,073 |
| AGL73L-031909-WK | 4/2009 | 264,913 | 221,409 | 154,475 |
| ANI521-102209-BW | 10/2009 | 105,547 | 92,982 | 72,259 |
| ANI852-031909-HO | 6/2009 | (79,731) | (94,783) | (115,111) |
| AVL180-030510-MR | 2/2010 | (157,104) | (173,321) | (195,014) |
| AXA091-012110-PC | 1/2010 | 227,478 | 174,610 | 92,872 |
| AXA146-090409-GJ | 9/2009 | 162,852 | 135,699 | 93,792 |
| AXA335-022410-PS | 2/2010 | (22,160) | (31,834) | (44,906) |
| AXA597-110209-HM | 10/2009 | (4,600) | (13,370) | (25,725) |
| AXA729-112009-SF | 12/2009 | 91,800 | 70,095 | 37,043 |
| AXA804-031909-RM | 6/2009 | 140,442 | 100,987 | 43,398 |
| AXA826-110509-IC | 9/2009 | 636,193 | 605,502 | 551,693 |
| AXA994-011510-BD | 1/2010 | (1,399) | (12,194) | (28,169) |
| HLI814-092509-MI | 9/2009 | 217,518 | 194,865 | 158,275 |
| ING036-071509-EB | 8/2009 | 150,774 | 126,173 | 89,754 |
| ING15J-121409-AK | 12/2009 | (21,923) | (25,475) | (30,108) |
| ING201-071509-AG | 7/2009 | 373,678 | 311,691 | 215,169 |
| ING283-031909-AI | 6/2009 | 158,045 | 134,042 | 95,928 |
| LBL165-031909-NL | 4/2009 | 83,906 | 73,239 | 56,581 |
| LBL361-021710-SW | 2/2010 | (165,587) | (161,314) | (152,927) |
| LBL771-110209-MF | 12/2009 | 97,038 | 79,680 | 52,646 |
| LFG006-103009-JC | 10/2009 | (2,012) | (8,855) | (18,278) |
| LFG008-102909-RB | 11/2009 | 91,295 | 69,240 | 35,649 |
| LFG081-021710-RC | 1/2010 | 128,685 | 110,064 | 80,904 |
| LFG117-021710-HW | 1/2010 | 183,550 | 157,067 | 116,115 |
| LFG177-031909-MC | 4/2009 | 814 | (3,458) | (9,260) |
| LFG183-111109-MR | 11/2009 | 200,465 | 154,527 | 82,614 |
| LFG248-012610-HM | 1/2010 | 543,148 | 485,894 | 394,109 |
| LFG272-112009-PS | 12/2009 | 122,932 | 104,704 | 76,700 |
| LFG311-031210-HM | 3/2010 | 872,601 | 775,452 | 618,105 |
| LFG566-071509-MR | 8/2009 | 322,873 | 275,278 | 201,399 |
| LFG591-031909-DH | 4/2009 | 23,424 | 16,709 | 6,307 |
| LFG735-030510-AS | 2/2010 | 497,079 | 433,513 | 333,826 |
| LFG740-071509RL | 7/2009 | 306,710 | 256,475 | 179,066 |
| LFG782-090409-HO | 9/2009 | 40,224 | 27,489 | 6,996 |
| LLI899-102209-AT | 10/2009 | (275,553) | (277,590) | (276,965) |
| MET650-071509-DF | 9/2009 | 5,003 | (2,725) | (14,133) |
| MMI860-071509-ML | 8/2009 | (61,491) | (69,437) | (79,898) |
| OML446-031909-RL | 5/2009 | 117,030 | 92,793 | 53,773 |
| PLI140-111109-DM | 1/2010 | (312,937) | (326,116) | (335,930) |
| PLI680-102909-JS | 12/2009 | (11,905) | (17,394) | (25,000) |
| PLI930-102009-HM | 10/2009 | 5,721 | (2,451) | (13,962) |
| PLI980-111109-JS | 12/2009 | (31,873) | (54,249) | (85,443) |
| SLA338-112009-CD | 11/2009 | 171,208 | 144,362 | 102,100 |
| SLA534-031909-LC | 6/2009 | (4,677) | (9,229) | (16,031) |
| TRA281-071509-RJ | 7/2009 | 76,819 | 58,910 | 30,964 |
| WPL982-071509-LB | 9/2009 | 30,041 | 24,831 | 16,739 |
| *Portfolio Total* | | *5,924,690* | *4,784,921* | *3,031,815* |

**Do not include any no-lapse guarantees

## *Exhibit I - Life Expectancies*
### *As of Retirement Value Purchase Date*

| Policy | LE | LE Date |
|---|---|---|
| AGL06L-102009-LM | 105 | 4/2008 |
| AGL130-012110-PM | 82 | 10/2009 |
| AGL66L-071509-LB | 143 | 7/2009 |
| AGL73L-031909-WK | 143 | 8/2008 |
| ANI521-102209-BW | 89 | 7/2009 |
| ANI852-031909-HO | 142 | 3/2009 |
| AVL180-030510-MR | 157 | 8/2009 |
| AXA091-012110-PC | 132 | 11/2009 |
| AXA146-090409-GJ | 131 | 2/2009 |
| AXA335-022410-PS | 182 | 11/2009 |
| AXA597-110209-HM | 139 | 7/2009 |
| AXA729-112009-SF | 138 | 9/2009 |
| AXA804-031909-RM | 143 | 5/2009 |
| AXA826-110509-IC | 66 | 5/2006 |
| AXA994-011510-BD | 145 | 8/2009 |
| HLI814-092509-MI | 121 | 7/2008 |
| ING036-071509-EB | 136 | 5/2009 |
| ING15J-121409-AK | 136 | 2/2009 |
| ING201-071509-AG | 109 | 8/2009 |
| ING283-031909-AI | 98 | 3/2009 |
| LBL165-031909-NL | 113 | 4/2009 |
| LBL361-021710-SW | 170 | 2/2010 |
| LBL771-110209-MF | 126 | 10/2009 |
| LFG006-103009-JC | 139 | 5/2009 |
| LFG008-102909-RB | 141 | 10/2009 |
| LFG081-021710-RC | 133 | 8/2009 |
| LFG117-021710-HW | 120 | 12/2009 |
| LFG177-031909-MC | 161 | 11/2008 |
| LFG183-111109-MR | 157 | 8/2009 |
| LFG248-012610-HM | 105 | 12/2009 |
| LFG272-112009-PS | 125 | 12/2009 |
| LFG311-031210-HM | 104 | 2/2010 |
| LFG566-071509-MR | 157 | 8/2009 |
| LFG591-031909-DH | 134 | 2/2009 |
| LFG735-030510-AS | 129 | 9/2009 |
| LFG740-071509RL | 126 | 5/2009 |
| LFG782-090409-HO | 133 | 6/2009 |
| LLI899-102209-AT | 176 | 6/2009 |
| MET650-071509-DF | 137 | 12/2008 |
| MMI860-071509-ML | 160 | 7/2009 |
| OML446-031909-RL | 95 | 4/2009 |
| PLI140-111109-DM | 112 | 11/2009 |
| PLI680-102909-JS | 147 | 11/2008 |
| PLI930-102009-HM | 139 | 7/2009 |
| PLI980-111109-JS | 147 | 11/2008 |
| SLA338-112009-CD | 130 | 3/2008 |
| SLA534-031909-LC | 120 | 4/2009 |
| TRA281-071509-RJ | 131 | 7/2008 |
| WPL982-071509-LB | 124 | 2/2009 |

259

**Valuation as of May 5, 2010**

The Valuation as of May 5, 2010 includes all 49 policies. The valuation results are shown in Exhibit J on the next page. The valuation was analyzed using discount rates of 18%, 20%, and 24%. These discount rates were used because they most currently reflect the market situation for policies such as these.

The life expectancies used for this valuation came from AVS and 21st Services. L&E used the LE reports that were closest to May 5, 2010 without being later than this valuation date. This ensures that L&E used the freshest and newest LE reports available, as if L&E were valuing these policies at that time. The LE reports range from 2008 to 2010 with 1 LE report from 2006. For all policies that had both an AVS and 21st LE report, the LEs and LE dates were averaged. When only 1 of the reports existed for a policy, the LE and LE date were used as seen in the report. Of the 49 policies, 38 of the policies had 2 reports and 11 had only an AVS report. Thirteen of the LEs were updated from the RV purchase date valuation analysis. The LEs and LE dates are shown in Exhibit K.

260

### *Exhibit J - Net Present Values*
### *Probabilistic Basis*
### *Retirement Value as of May 5, 2010*

| Policy | Valuation Date | Discount Rates | | |
|---|---|---|---|---|
| | | 18% | 20% | 24% |
| AGL06L-102009-LM | 5/5/2010 | 453,779 | 409,544 | 335,890 |
| AGL130-012110-PM | 5/5/2010 | 143,851 | 129,093 | 103,664 |
| AGL66L-071509-LB | 5/5/2010 | 51,111 | 41,529 | 26,508 |
| AGL73L-031909-WK | 5/5/2010 | 384,983 | 337,744 | 263,184 |
| ANI521-102209-BW | 5/5/2010 | 132,667 | 119,862 | 98,442 |
| ANI852-031909-HO | 5/5/2010 | 34,686 | 5,487 | (38,815) |
| AVL180-030510-MR | 5/5/2010 | (148,138) | (165,752) | (190,027) |
| AXA091-012110-PC | 5/5/2010 | 255,199 | 200,280 | 114,393 |
| AXA146-090409-GJ | 5/5/2010 | 192,715 | 163,978 | 118,840 |
| AXA335-022410-PS | 5/5/2010 | (17,802) | (28,012) | (42,050) |
| AXA597-110209-HM | 5/5/2010 | (12,981) | (22,858) | (37,263) |
| AXA729-112009-SF | 5/5/2010 | 114,230 | 91,503 | 56,425 |
| AXA804-031909-RM | 5/5/2010 | 176,095 | 131,758 | 64,978 |
| AXA826-110509-IC | 5/5/2010 | 657,924 | 628,110 | 575,479 |
| AXA994-011510-BD | 5/5/2010 | 8,094 | (3,373) | (20,635) |
| HLI814-092509-MI | 5/5/2010 | 228,282 | 205,141 | 167,272 |
| ING036-071509-EB | 5/5/2010 | 118,398 | 92,729 | 54,669 |
| ING15J-121409-AK | 5/5/2010 | (26,233) | (30,724) | (36,846) |
| ING201-071509-AG | 5/5/2010 | 450,872 | 385,342 | 281,154 |
| ING283-031909-AI | 5/5/2010 | 176,356 | 148,808 | 104,058 |
| LBL165-031909-NL | 5/5/2010 | 65,801 | 56,589 | 42,095 |
| LBL361-021710-SW | 5/5/2010 | (161,709) | (157,910) | (150,346) |
| LBL771-110209-MF | 5/5/2010 | 93,485 | 75,388 | 46,843 |
| LFG006-103009-JC | 5/5/2010 | (14,946) | (22,645) | (33,624) |
| LFG008-102909-RB | 5/5/2010 | 102,697 | 79,309 | 43,064 |
| LFG081-021710-RC | 5/5/2010 | 143,117 | 124,077 | 94,025 |
| LFG117-021710-HW | 5/5/2010 | 187,125 | 159,974 | 117,661 |
| LFG177-031909-MC | 5/5/2010 | 13,059 | 8,044 | 940 |
| LFG183-111109-MR | 5/5/2010 | 289,156 | 240,885 | 164,076 |
| LFG248-012610-HM | 5/5/2010 | 559,112 | 501,151 | 407,669 |
| LFG272-112009-PS | 5/5/2010 | 126,928 | 108,109 | 78,914 |
| LFG311-031210-HM | 5/5/2010 | 938,590 | 840,799 | 681,877 |
| LFG566-071509-MR | 5/5/2010 | 362,132 | 312,019 | 232,788 |
| LFG591-031909-DH | 5/5/2010 | 39,877 | 32,296 | 20,113 |
| LFG735-030510-AS | 5/5/2010 | 507,898 | 443,416 | 341,753 |
| LFG740-071509RL | 5/5/2010 | 284,812 | 235,850 | 159,547 |
| LFG782-090409-HO | 5/5/2010 | 57,505 | 43,674 | 20,829 |
| LLI899-102209-AT | 5/5/2010 | (222,861) | (227,558) | (231,690) |
| MET650-071509-DF | 5/5/2010 | 17,526 | 8,880 | (4,283) |
| MMI860-071509-ML | 5/5/2010 | (48,444) | (56,770) | (68,190) |
| OML446-031909-RL | 5/5/2010 | 228,965 | 202,522 | 158,671 |
| PLI140-111109-DM | 5/5/2010 | (346,410) | (362,242) | (376,447) |
| PLI680-102909-JS | 5/5/2010 | (13,470) | (19,496) | (28,080) |
| PLI930-102009-HM | 5/5/2010 | (1,543) | (10,638) | (23,845) |
| PLI980-111109-JS | 5/5/2010 | (36,953) | (61,393) | (96,350) |
| SLA338-112009-CD | 5/5/2010 | 185,481 | 157,431 | 112,663 |
| SLA534-031909-LC | 5/5/2010 | 191,851 | 163,801 | 119,033 |
| TRA281-071509-RJ | 5/5/2010 | 188,586 | 160,536 | 115,768 |
| WPL982-071509-LB | 5/5/2010 | 193,122 | 165,072 | 120,304 |
| *Portfolio Total* | | 7,304,575 | 6,041,358 | 4,065,095 |

*\*\*Do not include any no-lapse guarantees*

### Exhibit K - Life Expectancies
### As of May 5, 2010

| Policy | LE | LE Date |
|--------|-----|---------|
| AGL06L-102009-LM | 105 | 4/2008 |
| AGL130-012110-PM | 82 | 10/2009 |
| AGL66L-071509-LB | 143 | 7/2009 |
| AGL73L-031909-WK | 143 | 8/2008 |
| ANI521-102209-BW | 89 | 7/2009 |
| ANI852-031909-HO | 142 | 3/2009 |
| AVL180-030510-MR | 157 | 8/2009 |
| AXA091-012110-PC | 132 | 11/2009 |
| AXA146-090409-GJ | 131 | 2/2009 |
| AXA335-022410-PS | 182 | 11/2009 |
| AXA597-110209-HM | 139 | 7/2009 |
| AXA729-112009-SF | 138 | 9/2009 |
| AXA804-031909-RM | 143 | 5/2009 |
| AXA826-110509-IC | 66 | 5/2006 |
| AXA994-011510-BD | 145 | 8/2009 |
| HLI814-092509-MI | 121 | 7/2008 |
| ING036-071509-EB | 136 | 5/2009 |
| ING15J-121409-AK | 136 | 2/2009 |
| ING201-071509-AG | 109 | 8/2009 |
| ING283-031909-AI | 98 | 3/2009 |
| LBL165-031909-NL | 113 | 4/2009 |
| LBL361-021710-SW | 170 | 2/2010 |
| LBL771-110209-MF | 126 | 10/2009 |
| LFG006-103009-JC | 139 | 5/2009 |
| LFG008-102909-RB | 141 | 10/2009 |
| LFG081-021710-RC | 133 | 8/2009 |
| LFG117-021710-HW | 120 | 12/2009 |
| LFG177-031909-MC | 161 | 11/2008 |
| LFG183-111109-MR | 157 | 8/2009 |
| LFG248-012610-HM | 105 | 12/2009 |
| LFG272-112009-PS | 125 | 12/2009 |
| LFG311-031210-HM | 104 | 2/2010 |
| LFG566-071509-MR | 157 | 8/2009 |
| LFG591-031909-DH | 134 | 2/2009 |
| LFG735-030510-AS | 129 | 9/2009 |
| LFG740-071509RL | 126 | 5/2009 |
| LFG782-090409-HO | 133 | 6/2009 |
| LLI899-102209-AT | 176 | 6/2009 |
| MET650-071509-DF | 137 | 12/2008 |
| MMI860-071509-ML | 160 | 7/2009 |
| OML446-031909-RL | 95 | 4/2009 |
| PLI140-111109-DM | 112 | 11/2009 |
| PLI680-102909-JS | 147 | 11/2008 |
| PLI930-102009-HM | 139 | 7/2009 |
| PLI980-111109-JS | 147 | 11/2008 |
| SLA338-112009-CD | 130 | 3/2008 |
| SLA534-031909-LC | 120 | 4/2009 |
| TRA281-071509-RJ | 131 | 7/2008 |
| WPL982-071509-LB | 124 | 2/2009 |

262

**Valuations as of July 2013 and October 2013**

The Valuations as of July 2013 and October 2013 exclude the matured policy, resulting in 48 policies being valued. The valuation results are shown in Exhibit L for July 2013 and Exhibit M for October 2013. The valuations were analyzed using discount rates of 18%, 20%, and 24%. These discount rates were used because they most currently reflect the market situation for policies such as these.

The life expectancies used for this valuation came from AVS. These AVS reports were updated since the previous AVS reports used in the other valuations. These are the freshest LE reports available for the policies as of this addendum. The LE reports range from 2011 to 2012 with 1 LE report from 2009. The LE and LE date were used as seen in the report. The LEs and LE dates are shown in Exhibit N.

### Exhibit L - Net Present Values
### Probabilistic Basis
### Retirement Value as of July 2013 using AVS LEs

| Policy | Valuation Date | Discount Rates | | |
| --- | --- | --- | --- | --- |
| | | 18% | 20% | 24% |
| AGL06L-102009-LM | 7/2013 | 543,784 | 513,039 | 459,032 |
| AGL130-012110-PM | 7/2013 | 336,651 | 323,649 | 299,827 |
| AGL66L-071509-LB | 7/2013 | 118,848 | 109,015 | 92,530 |
| AGL73L-031909-WK | 7/2013 | 293,362 | 261,093 | 208,912 |
| ANI521-102209-BW | 7/2013 | 88,433 | 81,460 | 69,516 |
| ANI852-031909-HO | 7/2013 | 248,473 | 211,112 | 150,047 |
| AVL180-030510-MR | 7/2013 | 386,719 | 341,590 | 266,700 |
| AXA091-012110-PC | 7/2013 | 447,341 | 401,675 | 325,683 |
| AXA146-090409-GJ | 7/2013 | 173,415 | 151,635 | 116,032 |
| AXA335-022410-PS | 7/2013 | (59,189) | (63,571) | (68,951) |
| AXA597-110209-HM | 7/2013 | 268,530 | 243,629 | 202,064 |
| AXA729-112009-SF | 7/2013 | 153,675 | 134,506 | 103,218 |
| AXA804-031909-RM | 7/2013 | 252,290 | 211,487 | 146,813 |
| AXA826-110509-IC | 7/2013 | 120,751 | 106,575 | 83,162 |
| AXA994-011510-BD | 7/2013 | 44,890 | 34,235 | 16,846 |
| HLI814-092509-MI | 7/2013 | 292,197 | 272,383 | 238,486 |
| ING036-071509-EB | 7/2013 | (1,706) | (20,871) | (50,606) |
| JNG15J-121409-AK | 7/2013 | 40,539 | 31,024 | 15,529 |
| ING201-071509-AG | 7/2013 | 567,340 | 508,606 | 410,880 |
| ING283-031909-AI | 7/2013 | 58,022 | 46,704 | 27,664 |
| LBL165-031909-NL | 7/2013 | 31,182 | 25,604 | 16,653 |
| LBL361-021710-SW | 7/2013 | (72,924) | (73,887) | (74,650) |
| LBL771-110209-MF | 7/2013 | 119,737 | 106,152 | 83,438 |
| LFG006-103009-JC | 7/2013 | 42,547 | 29,651 | 8,951 |
| LFG008-102909-RB | 7/2013 | 284,113 | 254,876 | 206,376 |
| LFG081-021710-RC | 7/2013 | 153,112 | 137,765 | 112,257 |
| LFG117-021710-HW | 7/2013 | 68,087 | 55,743 | 36,079 |
| LFG177-031909-MC | 7/2013 | 19,645 | 13,694 | 4,649 |
| LFG183-111109-MR | 7/2013 | 870,183 | 806,085 | 697,299 |
| LFG248-012610-HM | 7/2013 | (49,426) | (53,542) | (59,347) |
| LFG272-112009-PS | 7/2013 | 220,105 | 198,268 | 162,265 |
| LFG311-031210-HM | 7/2013 | 137,131 | 117,049 | 84,125 |
| LFG566-071509-MR | 7/2013 | 859,255 | 792,390 | 679,830 |
| LFG591-031909-DH | 7/2013 | 64,699 | 58,815 | 48,642 |
| LFG735-030510-AS | 7/2013 | 368,112 | 330,010 | 267,423 |
| LFG740-071509RL | 7/2013 | 491,856 | 438,427 | 350,021 |
| LFG782-090409-HO | 7/2013 | (123,497) | (126,050) | (130,196) |
| LLI899-102209-AT | 7/2013 | (190,739) | (197,945) | (207,904) |
| MET650-071509-DF | 7/2013 | 51,217 | 42,591 | 28,495 |
| MMI860-071509-ML | 7/2013 | (16,265) | (22,781) | (32,327) |
| OML446-031909-RL | 7/2013 | 276,306 | 256,134 | 220,897 |
| PLI680-102909-JS | 7/2013 | 8,217 | 2,288 | (6,720) |
| PLI930-102009-HM | 7/2013 | 261,032 | 236,745 | 196,205 |
| PLI980-111109-JS | 7/2013 | 34,013 | 10,231 | (25,906) |
| SLA338-112009-CD | 7/2013 | 196,962 | 176,882 | 143,428 |
| SLA534-031909-LC | 7/2013 | 53,147 | 47,424 | 37,746 |
| TRA281-071509-RJ | 7/2013 | 116,777 | 103,873 | 82,310 |
| WPL982-071509-LB | 7/2013 | 121,564 | 112,362 | 96,645 |
| **Portfolio Total** | | **8,770,511** | **7,777,829** | **6,140,069** |

**Do not include any no-lapse guarantees

264

## Exhibit M - Net Present Values
### Probabilistic Basis
### Retirement Value as of October 2013 using AVS LEs

| Policy | Valuation Date | Discount Rates | | |
| --- | --- | --- | --- | --- |
| | | 18% | 20% | 24% |
| AGL06L-102009-LM | 10/2013 | 562,774 | 532,720 | 479,705 |
| AGL130-012110-PM | 10/2013 | 343,734 | 331,417 | 308,751 |
| AGL66L-071509-LB | 10/2013 | 124,618 | 114,823 | 98,327 |
| AGL73L-031909-WK | 10/2013 | 304,790 | 272,214 | 219,268 |
| ANI521-102209-BW | 10/2013 | 98,044 | 91,111 | 79,185 |
| ANI852-031909-HO | 10/2013 | 268,285 | 230,183 | 167,463 |
| AVL180-030510-MR | 10/2013 | 416,807 | 371,174 | 294,970 |
| AXA091-012110-PC | 10/2013 | 477,220 | 431,315 | 354,492 |
| AXA146-090409-GJ | 10/2013 | 191,472 | 169,414 | 133,129 |
| AXA335-022410-PS | 10/2013 | (56,172) | (60,985) | (67,135) |
| AXA597-110209-HM | 10/2013 | 286,870 | 261,806 | 219,761 |
| AXA729-112009-SF | 10/2013 | 166,810 | 147,401 | 115,523 |
| AXA804-031909-RM | 10/2013 | 272,943 | 231,265 | 164,754 |
| AXA826-110509-IC | 10/2013 | 133,741 | 119,395 | 95,556 |
| AXA994-011510-BD | 10/2013 | 59,630 | 48,701 | 30,711 |
| HLI814-092509-MI | 10/2013 | 300,147 | 280,525 | 246,828 |
| ING036-071509-EB | 10/2013 | 26,204 | 6,191 | (25,235) |
| ING15J-121409-AK | 10/2013 | 52,986 | 43,193 | 27,109 |
| ING201-071509-AG | 10/2013 | 597,719 | 538,450 | 439,273 |
| ING283-031909-AI | 10/2013 | 81,725 | 70,171 | 50,573 |
| LBL165-031909-NL | 10/2013 | 34,042 | 28,331 | 19,097 |
| LBL361-021710-SW | 10/2013 | (68,678) | (69,960) | (71,307) |
| LBL771-110209-MF | 10/2013 | 131,122 | 117,419 | 94,364 |
| LFG006-103009-JC | 10/2013 | 59,582 | 46,286 | 24,748 |
| LFG008-102909-RB | 10/2013 | 301,446 | 272,033 | 222,968 |
| LFG081-021710-RC | 10/2013 | 164,237 | 148,825 | 123,067 |
| LFG117-021710-HW | 10/2013 | 76,621 | 63,995 | 43,737 |
| LFG177-031909-MC | 10/2013 | 19,787 | 13,643 | 4,228 |
| LFG183-111109-MR | 10/2013 | 899,432 | 835,908 | 727,639 |
| LFG248-012610-HM | 10/2013 | (40,620) | (45,097) | (51,584) |
| LFG272-112009-PS | 10/2013 | 232,637 | 210,671 | 174,268 |
| LFG311-031210-HM | 10/2013 | 153,173 | 132,786 | 99,121 |
| LFG566-071509-MR | 10/2013 | 887,327 | 820,836 | 708,428 |
| LFG591-031909-DH | 10/2013 | 72,825 | 66,956 | 56,744 |
| LFG735-030510-AS | 10/2013 | 379,855 | 341,515 | 278,204 |
| LFG740-071509RL | 10/2013 | 523,738 | 469,786 | 380,002 |
| LFG782-090409-HO | 10/2013 | (99,218) | (102,260) | (107,383) |
| LLI899-102209-AT | 10/2013 | (165,582) | (173,799) | (185,681) |
| MET650-071509-DF | 10/2013 | 57,830 | 49,015 | 34,498 |
| MMI860-071509-ML | 10/2013 | (9,453) | (16,324) | (26,547) |
| OML446-031909-RL | 10/2013 | 295,993 | 275,986 | 240,841 |
| PLI680-102909-JS | 10/2013 | 12,355 | 6,186 | (3,285) |
| PLI930-102009-HM | 10/2013 | 278,882 | 254,434 | 213,419 |
| PLI980-111109-JS | 10/2013 | 50,562 | 25,826 | (12,163) |
| SLA338-112009-CD | 10/2013 | 211,337 | 191,146 | 157,317 |
| SLA534-031909-LC | 10/2013 | 58,757 | 52,989 | 43,172 |
| TRA281-071509-RJ | 10/2013 | 129,689 | 116,690 | 94,834 |
| WPL982-071509-LB | 10/2013 | 127,568 | 118,367 | 102,580 |
| Portfolio Total | | 9,485,593 | 8,482,673 | 6,818,335 |

**Do not include any no-lapse guarantees

## *Exhibit N - Life Expectancies*
### *As of July 2013 and October 2013*

| Policy | LE | LE Date |
|---|---|---|
| AGL06L-102009-LM | 89 | 5/2012 |
| AGL130-012110-PM | 60 | 5/2012 |
| AGL66L-071509-LB | 125 | 12/2011 |
| AGL73L-031909-WK | 138 | 5/2012 |
| ANI521-102209-BW | 90 | 12/2011 |
| ANI852-031909-HO | 111 | 12/2011 |
| AVL180-030510-MR | 117 | 5/2012 |
| AXA091-012110-PC | 125 | 3/2012 |
| AXA146-090409-GJ | 127 | 1/2012 |
| AXA335-022410-PS | 177 | 5/2012 |
| AXA597-110209-HM | 89 | 12/2011 |
| AXA729-112009-SF | 134 | 12/2011 |
| AXA804-031909-RM | 132 | 1/2012 |
| AXA826-110509-IC | 112 | 12/2011 |
| AXA994-011510-BD | 134 | 1/2012 |
| HL1814-092509-MI | 108 | 1/2011 |
| ING036-071509-EB | 132 | 1/2012 |
| ING15J-121409-AK | 100 | 5/2012 |
| ING201-071509-AG | 100 | 12/2011 |
| ING283-031909-AI | 104 | 1/2012 |
| LBL165-031909-NL | 122 | 4/2012 |
| LBL361-021710-SW | 150 | 12/2011 |
| LBL771-110209-MF | 122 | 1/2012 |
| LFG006-103009-JC | 114 | 12/2011 |
| LFG008-102909-RB | 118 | 1/2012 |
| LFG081-021710-RC | 134 | 12/2011 |
| LFG117-021710-HW | 142 | 5/2012 |
| LFG177-031909-MC | 164 | 1/2009 |
| LFG183-111109-MR | 117 | 5/2012 |
| LFG248-012610-HM | 170 | 5/2012 |
| LFG272-112009-PS | 108 | 1/2012 |
| LFG311-031210-HM | 170 | 5/2012 |
| LFG566-071509-MR | 117 | 5/2012 |
| LFG591-031909-DH | 120 | 1/2012 |
| LFG735-030510-AS | 132 | 2/2012 |
| LFG740-071509RL | 106 | 5/2012 |
| LFG782-090409-HO | 127 | 5/2012 |
| LLI899-102209-AT | 156 | 12/2011 |
| MET650-071509-DF | 122 | 12/2011 |
| MMI860-071509-ML | 161 | 1/2012 |
| OML446-031909-RL | 86 | 12/2011 |
| PLI680-102909-JS | 130 | 1/2012 |
| PLI930-102009-HM | 89 | 12/2011 |
| PLI980-111109-JS | 130 | 1/2012 |
| SLA338-112009-CD | 117 | 1/2012 |
| SLA534-031909-LC | 101 | 12/2011 |
| TRA281-071509-RJ | 125 | 1/2012 |
| WPL982-071509-LB | 79 | 5/2012 |

Actuarial Services

Actuarial Software

Illustration Software

Compliance Services

Company Information

Customer Support

# The Experts: Actuarial Consultants

**S. SCOTT GIBSON, FSA, MAAA**
*Senior Vice President & Principal*
*Consulting Actuary, Dallas*

**Email:** SGibson@LewisEllis.com

As a Senior Vice President and Principal in the Dallas office, Scott provides a diverse range of actuarial knowledge to his clients. He has been a consultant to the insurance industry since his graduation from the University of Texas in 1981.



<< RETURN

Scott's practice has centered on providing actuarial services to small, medium, and large sized family owned insurance companies. This work requires strong communication skills with non-actuaries. His ability to communicate actuarial and technical issues to non-actuaries is one reason Scott is so highly regarded in this arena. His experience includes activities such as product development, statutory valuation, reinsurance, modeling, experience studies, and cash flow testing. He serves as the appointed valuation actuary for numerous insurers.

Starting in 2003, Scott began his entry into the Life Settlement market. He has developed numerous mathematical tools and models for serving this industry. His client base ranges from individual policyholders to multinational bank investors. In November 2005, he was elected to the Board of Directors of the Life Insurance Settlement Association (LISA), where he dutifully served for nearly 5 years.

Scott, a devoted family man with a lovely wife and four children, enjoys working on outdoor projects and activities.

**Upcoming/Recent Professional Activities**

**2/2012**
Was a panelist for the Investor's Roundtable, Life Settlements & Longevity Products, at the 11th Insurance Linked Securities Summit in the Cayman Islands.

**9/2011**
Was a panelist for the session on "Texas: Why is the Lone Star State Such a Magnet for Alleged Life Settlement Frauds?" at The Life Settlements Conference in Las Vegas sponsored by Deal Flow Media.

**4/2010**

267

Spoke at the 16th Annual Spring Conference of the Life Insurance Settlement Association (LISA) in Washington D.C. on the first release of the LISA Common Actuarial Tables (CAT). Scott spearheaded the development of these tables while working with the industry's leading Life Expectancy Providers' actuaries. The development and release of these tables marks a giant step forward for the life settlement industry.

### 2/2010

Scott and Jackie Lee moderated several sessions which included "Industry Best Practices" and "What Investors Can Find In This Market" at the Life Settlement Trade Mission in London, Luxembourg, and Zurich.

### 2009

Appointed to chair the Data Transfer and Privacy Best Practices Committee of the Life Insurance Settlement Association (LISA) that has been placed in charge of developing a standard and format for the secure transfer and collection of highly sensitive life settlement information.

### 11/2009

Moderated the session of the Investors' Summit on "Life Settlement Fund Managers - Long Term Investment Success" at the 15th Annual Fall Conference of the Life Insurance Settlement Association (LISA) in New York City. The session was well attended by nearly 150 of the major investors in the life settlement market.

### 10/2009

Appointed to chair the Actuarial Committee of Life Expectancy Best Practices that has been placed in charge of deriving the underlying mortality table that will be the standard used in the life settlement industry in the measurement of life expectancy "actual-to-expected" ratios.

### 5/2008

Re-elected to the Board of Directors of the Life Insurance Settlement Association (LISA) for another two-year term at their 14th Annual Spring Conference in Washington, DC.

### 11/2005

Named to the Board of Directors of the Life Insurance Settlement Association (LISA).

### 07/2005

Addressed the Louisiana Insurers Conference (LIC) in San Diego. Scott spoke on "Life Insurance Valuation Issues".

### Presentations

- **Life Insurance Valuation Interest Rate - Louisiana Insurers Conference**

© Copyright 2004 - 2012 Lewis & Ellis, Inc. All Rights Reserved Privacy Statement



# S. Scott Gibson, F.S.A., M.A.A.A.

**Managing Principal**
**Consulting Actuary, Dallas office since 1987**

### Prior Positions

1984-1987: Rudd & Wisdom, Inc.; Consulting Actuary
1982-1984: Texas State Board of Insurance, Austin, Texas; Assistant Life Actuary
1981-1982: American National Insurance Company, Galveston, Texas; Actuarial Student

### Responsibilities and Experience

- Evaluation and assistance in life insurance company acquisitions and mergers
- Financial projections and forecasting
- Statutory valuation actuary
- Development and pricing of new insurance products
- Development and pricing of debt protection programs
- Life settlement pricing & administration
- Asset/liability projections
- Financial reporting
- Mortality and Lapse Studies
- Insurance systems conversion
- Computer programming and operations
- Policy forms filing with state insurance departments

### Education

University of Texas,
B.B.A., Actuarial Science

### Professional

Fellow, Society of Actuaries
Member, American Academy of Actuaries
Prior Board Member of Life Insurance Settlement Association (LISA); served 4+ years



Home   Contact

Actuarial Services

Actuarial Software

Illustration Software

Compliance Services

Company Information

Customer Support

# The Experts: Actuarial Consultants

**JACQUELINE B. LEE, FSA, MAAA**
*Vice President*
*Consulting Actuary, Dallas office*

**Email:** JLee@LewisEllis.com

Jackie Lee joined Lewis & Ellis in June 2008. Since the beginning of Jackie's actuarial career, she focused on the individual and group health insurance markets. She continues to work with product pricing, development, and experience rating. Additionally, she reviews policy forms and rate filings for individual and group products for clients with various types of health plan types, including but not limited to major medical plans, consumer driven health plans, specified disease plans, cancer plans, and pharmacy plans. Jackie frequently communicates with state insurance departments and their actuaries regarding rate and policy form filings. She also assists several state insurance departments in their financial examinations of health and dental insurance companies.

Additionally, Jackie has expanded her actuarial knowledge base to include the life settlement industry. She provides policy pricing and policy/fund valuations for clients with funds of varying sizes. Jackie's ability to communicate and simplify complex actuarial concepts is invaluable to current and future clients.

In her spare time, she coaches volleyball and enjoys traveling with her husband.

### Upcoming/Recent Professional Activities

#### 2/2010
Jackie and Scott Gibson moderated several sessions which included "Industry Best Practices" and "What Investors Can Find In This Market" at the Life Settlement Trade Mission in London, Luxembourg, and Zurich.



<< RETURN

© Copyright 2004 - 2012   Lewis & Ellis, Inc.   All Rights Reserved   Privacy Statement

# Jacqueline Lee, F.S.A., M.A.A.A.



## Vice President
## Consulting Actuary, Dallas Office

### Prior Positions

2005-2008: HealthMarkets-Mega Life & Health Insurance Company, Assistant Actuary
2003-2005: CIGNA, Actuarial Analyst

### Responsibilities and Experience

- Valuations for life settlement policies and portfolios
- Analysis of life insurance policies and illustrations
- Financial projections and forecasting
- Annual auditing of insurance company STAT & GAAP financial statements
  Development, pricing, and rate review of A & H individual and group products
- Competitive benefit and rate studies
- Policy form, rate filings, and correspondence with state insurance departments
- State-specific certification of compliance with small employer A & H requirements
- Financial reporting: GAAP, statutory, and tax
- A & H claim and contract reserves
- Gross premium valuation testing for deficiency reserves
- GASB Valuations for post-employment health benefit liabilities
- Retiree Drug Subsidy calculations

### Education

B.S. in Mathematics and Economics, Texas Lutheran University

### Professional

Fellow, Society of Actuaries
Member, American Academy of Actuaries

TAB 7

Cause No. D-1-GV-10-000454

IN THE DISTRICT COURT OF
TRAVIS COUNTY, TEXAS
126TH JUDICIAL DISTRICT

STATE OF TEXAS, Plaintiff

v.

RETIREMENT VALUE, LLC, et al., Defendants

AND

JAMES SETTLEMENT SERVICES, LLC, et al., Third-Party Defendants

Expert Witness Report of
S. Todd Burchett, CPA, ABV, ASA, CFF

February 15, 2013



EXHIBIT

B



**CPAs & Advisors**

10001 Reunion Place, Suite 400
San Antonio, TX 78216-4137
210.341.9400   Fax 210.341.9434   www.bkd.com

Mr. John W. Thomas
George & Brothers, LLP
114 W. Seventh, Suite 1100
Austin, Texas 78701-3015

We have performed a solvency analysis and have prepared schedules of disbursements to assist George & Brothers, LLP with the dispute involving Retirement Value, LLC, et al. and James Settlement Services, LLC and the State of Texas in the 126th Judicial District Court of Travis County, Texas.

We have relied on information provided to us by you. If additional information should be provided to us at a later date, the conclusions contained in this report could change.

This report is the property of **BKD, LLP**. If any party intends to publish or otherwise reproduce this report and make reference to our firm name in any manner in connection herewith, BKD must be provided with the printer's proofs or masters for our review and approval before printing or other reproduction and provided with a copy of the final reproduced material for our approval before it is distributed, including posting our report on any website.

We will be pleased to discuss our conclusions at your convenience. Keep in mind that we may issue a supplemental or updated report based upon additional discovery in this matter. I am being compensated at an hourly rate of $360 per hour. My compensation is not determined by our opinion or the outcome of this case. In addition, my curriculum vitae, testimony and speech details are attached hereto.

*BKD, LLP*

S. Todd Burchett, CPA, ABV, ASA, CFF

February 15, 2013

experience **BKD**

**Praxity**
MEMBER
GLOBAL ALLIANCE OF
INDEPENDENT FIRMS

274

STATE OF TEXAS, Plaintiff

v.

RETIREMENT VALUE, LLC, et al., Defendants

AND

JAMES SETTLEMENT SERVICES, LLC, et al., Third-Party Defendants


Expert Witness Report of
S. Todd Burchett, CPA, ABV, ASA, CFF

February 15, 2013


# Contents

Introduction...........................................................................................................................1

Assignment ...........................................................................................................................1

Documents Provided .............................................................................................................1

Analysis and Opinions ..........................................................................................................2

   Solvency Analysis..............................................................................................................2

   Payments by Category ......................................................................................................3

Summary of Opinions ...........................................................................................................4

Mr. John W. Thomas
George & Brothers, LLP
114 W. Seventh, Suite 1100
Austin, Texas 78701-3015

## Introduction
You have retained our firm to provide litigation consulting services, including solvency analysis, in connection with the litigation involving the State of Texas ("Plaintiff") against Retirement Value, LLC, Inc., et al. ("Retirement Value" or "Defendants"), existing in the 126th District Court of Travis County, Texas, Cause No. D-1-GV-10-000454.[1]

## Assignment
Our primary assignment is to evaluate information produced in this case and to report on our conclusions and observations in order to assist the courts in its evaluation of the allegations made in the Petition.[2]

## Documents Provided
We have been furnished the following information in the preparation of this report:

- Receiver Espinosa's Seventh Amended Cross-Claim and Third-Party Claim, filed November 27, 2012
- Receiver Espinosa's Fifth Amended Cross-Claim and Third-Party Claim, filed March 28, 2012
- Receiver's Fourth Amended Response to Requests for Disclosure, filed September 14, 2012, and related exhibits
- Report of Eduardo S. Espinosa, Temporary Receiver for Retirement Value, LLC, a Texas Limited Liability Company, as of April 30, 2011
- QuickBooks accounting records of Retirement Value, LLC
- Payroll reports
- Numerous (over 500) spreadsheets produced by the Receiver in this matter
- David Gray's Membership Interest Purchase Agreement
- Information provided by Lewis & Ellis, Inc.

You have requested that we communicate our conclusions and observations to date in a written report. Our conclusions and observations contained in this report are based upon the documents reviewed and analysis performed to this date. As additional information becomes available, it may impact the conclusions and observations contained in this report. We reserve the right to amend or supplement this report by issuing an amended, supplemental or updated report at a future date after considering additional materials and information.

---

[1] See engagement letter from our firm dated May 18, 2012
[2] See Receiver Espinosa's Seventh Amended Cross-Claim and Third-Party Claim, filed November 27, 2012

## Analysis and Opinions

You have asked us to review and analyze the financial information of Retirement Value and the other information provided to us and prepare a report that presents our opinions regarding its solvency between April 30, 2009 and March 31, 2010. In addition, you have asked us to calculate all payments made by category and payments to certain parties from March 1, 2009 through March 31, 2010.

## Solvency Analysis

Our analysis began with the accounting information as prepared by BKD, LLP for the Receiver. BKD obtained the books and records of Retirement Value, LLC (Company) and reconciled the accounts and corrected the accounting entries in order to make the financial information accurate and in conformance with generally accepted accounting principles. BKD was not engaged to audit, compile or review the financial statements of the Company and did not do so. This information has been used by the Receiver to file income tax returns for the Company.

The assets and liabilities were recorded on the accrual basis, not on the cash basis.

We have been provided the following information and have used this definition in our analysis: The Texas Uniform Fraudulent Transfer Act provides that a debtor is insolvent "if the sum of the debtor's debts is greater than all of the debtor's assets at a fair valuation."

The solvency measurement dates we were asked to measure were as of the end of each month from April 30, 2009 through March 31, 2010.

The Company's net book value (assets minus liabilities) before any valuation adjustments at each of the measurement dates was negative, indicating insolvency. See the table below for the equity balances of the Company.

| 4/30/2009 | -$26,989.81 |
|-----------|-------------|
| 5/31/2009 | -$47,772.00 |
| 6/30/2009 | -$118,807.08 |
| 7/31/2009 | -$296,218.26 |
| 8/31/2009 | -$528,662.84 |
| 9/30/2009 | -$694,502.54 |
| 10/31/2009 | -$1,741,321.33 |
| 11/30/2009 | -$2,000,434.45 |
| 12/31/2009 | -$4,453,489.05 |
| 1/31/2010 | -$5,252,432.80 |
| 2/28/2010 | -$6,998,107.20 |
| 3/31/2010 | -$8,464,193.43 |

We have relied on the valuations of the life insurance policies as performed by Lewis & Ellis, Inc., Actuaries & Consultants, for assessing the market value of the assets of the Company and any related adjustments. The valuation dates used by Lewis & Ellis, Inc. are as of the purchase dates of the insurance policies. I have also interviewed S. Scott Gibson, FSA, MAAA of Lewis & Ellis, Inc., who was one of the preparers of the report.

We have used the values of the policies as reflected in the Lewis & Ellis, Inc. report in our analysis. We have made adjustments to the amounts as reflected on the books of Retirement Value in order to adjust the insurance policy assets to their market values. The adjusted book values of Retirement Value as of the relevant measurement dates are, as follows:

| | |
|---|---|
| 4/30/2009 | -$1,076,609.36 |
| 5/31/2009 | -$1,692,312.72 |
| 6/30/2009 | -$5,228,669.15 |
| 7/31/2009 | -$7,423,361.30 |
| 8/31/2009 | -$10,270,088.70 |
| 9/30/2009 | -$12,215,070.82 |
| 10/31/2009 | -$16,885,762.65 |
| 11/30/2009 | -$22,071,702.23 |
| 12/31/2009 | -$31,137,669.73 |
| 1/31/2010 | -$39,092,233.35 |
| 2/28/2010 | -$44,553,585.71 |
| 3/31/2010 | -$48,635,672.75 |

Having conducted the above analysis, the sum of Retirement Value's debts was greater than all of Retirement Value's assets at a fair valuation at all times from April 30, 2009 through March 31, 2010, resulting in insolvency during all of the time periods. See Exhibits 1A through 1L, attached hereto.

We have also reviewed the profitability of the Company during the periods of 2009 and 2010 and determined that the Company was not profitable. This indicates that any intangible assets that existed have no value since an intangible asset must generate a measurable amount of economic benefit in order to have economic value.[3]

## Payments by Category

You have asked us to calculate all payments made by category from March 1, 2009 through March 31, 2010. Those payments summarized in Exhibit 2 and attached hereto, total $54,064,761.24. This figure does not include $117,500.00 paid to principals and recorded on April 1, 2010.

You have also asked us to calculate the payments to the following parties:

- Kiesling Porter, Kiesling & Free, P.C.
- James Settlement Services, LLC
- Richard & Catherine Gray
- David & Elizabeth Gray
- Wendy Rogers
- Bruce Collins and Collins Marketing
- Licensees

Those calculations are presented in Exhibit 3, attached hereto.

---

[3] Valuing Small Businesses & Professional Practices, Third Edition, Pratt/Reilly/Schweihs, page 108.

## Summary of Opinions

Retirement Value was insolvent from April 30, 2009 through March 31, 2010. During each month of its existence, it became increasingly insolvent.

The checks disbursed from March 1, 2009 through March 31, 2010 from the Retirement Value accounts total $54,064,761.24.

ACCEPTED
03-14-00518-CV
6062095
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 3:10:16 PM
JEFFREY D. KYLE
CLERK

**TAB 8**

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| WELLS FARGO BASE - 8459 | 259,152.39 | 0.00 | 259,152.39 | | 259,152.39 |
| Retirement Value, LLC | | 833.10 | 833.10 | | 833.10 |
| Retirement Value, LLC (Frost) | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Checking/Savings** | 259,152.39 | 833.10 | 259,985.49 | 0.00 | 259,985.49 |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Accounts Receivable** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 0.00 | 0.00 | 0.00 | | 0.00 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Other Current Assets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Assets** | 259,152.39 | 833.10 | 259,985.49 | 0.00 | 259,985.49 |
| **Fixed Assets** | | | | | |
| **Total Fixed Assets** | 0.00 | 2,250.00 | 2,250.00 | | 2,250.00 |
| **Other Assets** | | | | | |
| Policies | 16,000.00 | 0.00 | 16,000.00 | 291,898.45 | 307,898.45 |
| **Total Policies** | 16,000.00 | 0.00 | 16,000.00 | 291,898.45 | 307,898.45 |
| **Total Other Assets** | 16,000.00 | 0.00 | 16,000.00 | 291,898.45 | 307,898.45 |
| **TOTAL ASSETS** | 275,152.39 | 3,083.10 | 278,235.49 | 291,898.45 | 570,133.94 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Escrow to Ret/Amount Owed on Policies** | 16,500.00 | | 16,500.00 | | 16,500.00 |
| AGL 73L | | | 0.00 | 453,000.00 | 453,000.00 |
| LBL 165 | | | 0.00 | 285,881.00 | 285,881.00 |
| LFG 177 | | | 0.00 | 220,637.00 | 220,637.00 |
| LFG 591 | | | 0.00 | 382,000.00 | 382,000.00 |
| **Total - Escrow to Ret/Amount Owed on Policies** | 16,500.00 | 0.00 | 16,500.00 | 1,341,518.00 | 1,358,018.00 |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 258,725.30 | | 258,725.30 | | 258,725.30 |
| Building Loan | 0.00 | 30,000.00 | 30,000.00 | | 30,000.00 |
| **Total Long Term Liabilities** | 258,725.30 | 30,000.00 | 288,725.30 | 0.00 | 288,725.30 |
| **Total Liabilities** | 275,225.30 | 30,000.00 | 305,225.30 | 1,341,518.00 | 1,646,743.30 |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (1,049,619.55) | -1,048,619.55 |
| Net Income | -72.91 | -27,916.90 | -27,989.81 | | -27,989.81 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Equity** | -72.91 | -26,916.90 | -26,989.81 | -1,049,619.55 | -1,076,609.36 |
| **TOTAL LIABILITIES & EQUITY** | 275,152.39 | 3,083.10 | 278,235.49 | 291,898.45 | 570,133.94 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| Total Policy Bank Accounts | 231,305.39 | 0.00 | 231,305.39 | | 231,305.39 |
| WELLS FARGO BASE - 8459 | 246,411.24 | 0.00 | 246,411.24 | | 246,411.24 |
| Retirement Value, LLC | | 23,322.94 | 23,322.94 | | 23,322.94 |
| Retirement Value, LLC (Frost) | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Checking/Savings | 477,716.63 | 23,322.94 | 501,039.57 | 0.00 | 501,039.57 |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 48,533.00 | -48,533.00 | 0.00 | | 0.00 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 48,533.00 | -48,533.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Assets** | 526,249.63 | -25,210.06 | 501,039.57 | 0.00 | 501,039.57 |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 7,571.80 | 7,571.80 | | 7,571.80 |
| **Other Assets** | | | | | |
| Policies | 146,714.00 | 0.00 | 146,714.00 | 253,977.28 | 400,691.28 |
| Total Policies | 146,714.00 | 0.00 | 146,714.00 | 253,977.28 | 400,691.28 |
| Total Other Assets | 146,714.00 | 0.00 | 146,714.00 | 253,977.28 | 400,691.28 |
| **TOTAL ASSETS** | 672,963.63 | -17,638.26 | 655,325.37 | 253,977.28 | 909,302.65 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Amount Owed on Policies** | 0.00 | | 0.00 | | 0.00 |
| AGL 73L | | | 0.00 | 453,000.00 | 453,000.00 |
| LBL 165 | | | 0.00 | 285,881.00 | 285,881.00 |
| LFG 177 | | | 0.00 | 220,637.00 | 220,637.00 |
| LFG 591 | | | 0.00 | 382,000.00 | 382,000.00 |
| OML 445 | | | 0.00 | 557,000.00 | 557,000.00 |
| Total - Escrow to Ret/Amount Owed on Policies | 0.00 | 0.00 | 0.00 | 1,898,518.00 | 1,898,518.00 |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 673,097.37 | | 673,097.37 | | 673,097.37 |
| Building Loan | 0.00 | 30,000.00 | 30,000.00 | | 30,000.00 |
| Total Long Term Liabilities | 673,097.37 | 30,000.00 | 703,097.37 | 0.00 | 703,097.37 |
| **Total Liabilities** | 673,097.37 | 30,000.00 | 703,097.37 | 1,898,518.00 | 2,601,615.37 |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (1,644,540.72) | -1,643,540.72 |
| Net Income | -133.74 | -48,638.26 | -48,772.00 | | -48,772.00 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Equity | -133.74 | -47,638.26 | -47,772.00 | -1,644,540.72 | -1,692,312.72 |
| **TOTAL LIABILITIES & EQUITY** | 672,963.63 | -17,638.26 | 655,325.37 | 253,977.28 | 909,302.65 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| Total Policy Bank Accounts | 120,616.46 | 0.00 | 120,616.46 | | 120,616.46 |
| WELLS FARGO BASE - 8459 | 168,400.09 | 0.00 | 168,400.09 | | 168,400.09 |
| Retirement Value, LLC | | 25,834.66 | 25,834.66 | | 25,834.66 |
| Retirement Value, LLC (Frost) | 0.00 | 47,370.75 | 47,370.75 | | 47,370.75 |
| Total Checking/Savings | 289,016.55 | 73,205.41 | 362,221.96 | 0.00 | 362,221.96 |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 186,397.75 | -184,080.97 | 2,316.78 | | 2,316.78 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 186,397.75 | -184,080.97 | 2,316.78 | 0.00 | 2,316.78 |
| **Total Current Assets** | 475,414.30 | -110,875.56 | 364,538.74 | 0.00 | 364,538.74 |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 8,472.98 | 8,472.98 | | 8,472.98 |
| **Other Assets** | | | | | |
| Policies | 1,265,820.60 | 0.00 | 1,265,820.60 | (734,112.07) | 531,708.53 |
| Total Policies | 1,265,820.60 | 0.00 | 1,265,820.60 | -734,112.07 | 531,708.53 |
| **Total Other Assets** | 1,265,820.60 | 0.00 | 1,265,820.60 | -734,112.07 | 531,708.53 |
| **TOTAL ASSETS** | 1,741,234.90 | -102,402.58 | 1,638,832.32 | -734,112.07 | 904,720.25 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Amount Owed on Policies** | 0.00 | | 0.00 | | 0.00 |
| AGL 73L | | | 0.00 | 390,000.00 | 390,000.00 |
| ANI 652 | | | 0.00 | 1,105,750.00 | 1,105,750.00 |
| AXA 604 | | | 0.00 | 1,079,000.00 | 1,079,000.00 |
| ING 283 | | | 0.00 | 507,000.00 | 507,000.00 |
| LBL 165 | | | 0.00 | 163,000.00 | 163,000.00 |
| LFG 177 | | | 0.00 | 159,000.00 | 159,000.00 |
| LFG 591 | | | 0.00 | 291,000.00 | 291,000.00 |
| OML 446 | | | 0.00 | 507,000.00 | 507,000.00 |
| SLA 534 | | | 0.00 | 174,000.00 | 174,000.00 |
| Total - Escrow to Ret/Amount Owed on Policic | 0.00 | 0.00 | 0.00 | 4,375,750.00 | 4,375,750.00 |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 1,741,639.40 | | 1,741,639.40 | | 1,741,639.40 |
| Building Loan | 0.00 | 16,000.00 | 16,000.00 | | 16,000.00 |
| Total Long Term Liabilities | 1,741,639.40 | 16,000.00 | 1,757,639.40 | 0.00 | 1,757,639.40 |
| **Total Liabilities** | 1,741,639.40 | 16,000.00 | 1,757,639.40 | 4,375,750.00 | 6,133,389.40 |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (5,109,862.07) | -5,108,862.07 |
| Net Income | -404.50 | -119,402.56 | -119,807.06 | | -119,807.06 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Equity | -404.50 | -118,402.56 | -118,807.06 | -5,109,862.07 | -5,228,669.15 |
| **TOTAL LIABILITIES & EQUITY** | 1,741,234.90 | -102,402.56 | 1,638,832.32 | -734,112.07 | 904,720.25 |

\* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

## Exhibit 1D
## July 31, 2009

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| Policy Bank Accounts | | | | | |
| Total Policy Bank Accounts | 38,192.50 | 0.00 | 38,192.50 | | 38,192.50 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 797,369.19 | 0.00 | 797,369.19 | | 797,369.19 |
| Retirement Value, LLC | | 6,756.00 | 6,756.00 | | 6,756.00 |
| Retirement Value, LLC (Frost) | 0.00 | 60,340.51 | 60,340.51 | | 60,340.51 |
| Total Checking/Savings | 835,561.69 | 67,096.51 | 902,658.20 | 0.00 | 902,658.20 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 397,098.37 | -368,862.17 | 28,236.20 | | 28,236.20 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 397,098.37 | -368,862.17 | 28,236.20 | 0.00 | 28,236.20 |
| | | | | | |
| **Total Current Assets** | 1,232,660.06 | -301,765.66 | 930,894.40 | 0.00 | 930,894.40 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 14,325.84 | 14,325.84 | | 14,325.84 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 2,887,613.67 | 0.00 | 2,887,613.67 | (1,833,143.04) | 1,054,470.63 |
| | | | | | |
| Total Policies | 2,887,613.67 | 0.00 | 2,887,613.67 | -1,833,143.04 | 1,054,470.63 |
| | | | | | |
| Total Other Assets | 2,887,613.67 | 0.00 | 2,887,613.67 | -1,833,143.04 | 1,054,470.63 |
| | | | | | |
| **TOTAL ASSETS** | 4,120,273.73 | -287,439.82 | 3,832,833.91 | -1,833,143.04 | 1,999,690.87 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - Amount Owed on Policies | 0.00 | | 0.00 | | 0.00 |
| AGL 66L | | | 0.00 | 173,000.00 | 173,000.00 |
| AGL 73L | | | 0.00 | 271,000.00 | 271,000.00 |
| ANI 852 | | | 0.00 | 1,041,000.00 | 1,041,000.00 |
| AXA 504 | | | 0.00 | 987,000.00 | 987,000.00 |
| ING 201 | | | 0.00 | 1,023,000.00 | 1,023,000.00 |
| ING 233 | | | 0.00 | 365,000.00 | 365,000.00 |
| LBL 165 | | | 0.00 | 44,000.00 | 44,000.00 |
| LFG 177 | | | 0.00 | 53,000.00 | 53,000.00 |
| LFG 591 | | | 0.00 | 158,000.00 | 158,000.00 |
| LFG 740 | | | 0.00 | 397,000.00 | 397,000.00 |
| OML 446 | | | 0.00 | 368,000.00 | 368,000.00 |
| SLA 534 | | | 0.00 | 34,000.00 | 34,000.00 |
| TRA 281 | | | 0.00 | 400,000.00 | 400,000.00 |
| Total - Escrow to Ret/Amount Owed on Policies | 0.00 | 0.00 | 0.00 | 5,294,000.00 | 5,294,000.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 4,121,052.17 | | 4,121,052.17 | | 4,121,052.17 |
| | | | | | |
| Building Loan | 0.00 | 8,000.00 | 8,000.00 | | 8,000.00 |
| Total Long Term Liabilities | 4,121,052.17 | 8,000.00 | 4,129,052.17 | 0.00 | 4,129,052.17 |
| | | | | | |
| **Total Liabilities** | 4,121,052.17 | 8,000.00 | 4,129,052.17 | 5,294,000.00 | 9,423,052.17 |
| | | | | | |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (7,127,143.04) | -7,126,143.04 |
| Net Income | -778.44 | -296,439.82 | -297,218.26 | | -297,218.26 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Equity | -778.44 | -295,439.82 | -296,218.26 | -7,127,143.04 | -7,423,361.30 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 4,120,273.73 | -287,439.82 | 3,832,833.91 | -1,833,143.04 | 1,999,690.87 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

283

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| Total Policy Bank Accounts | 347,085.20 | 0.00 | 347,085.20 | | 347,085.20 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 977,683.28 | 0.00 | 977,683.28 | | 977,683.28 |
| Retirement Value, LLC | | 72,749.17 | 72,749.17 | | 72,749.17 |
| Retirement Value, LLC (Frost) | 0.00 | 214,973.76 | 214,973.76 | | 214,973.76 |
| Total Checking/Savings | 1,324,768.48 | 287,722.93 | 1,612,491.41 | 0.00 | 1,612,491.41 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 833,569.20 | -832,546.39 | 1,022.81 | | 1,022.81 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 833,569.20 | -832,546.39 | 1,022.81 | 0.00 | 1,022.81 |
| | | | | | |
| Total Current Assets | 2,158,337.68 | -544,823.46 | 1,613,514.22 | 0.00 | 1,613,514.22 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 15,804.81 | 15,804.81 | | 15,804.81 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 5,944,394.80 | 0.00 | 5,944,394.80 | (4,557,909.86) | 1,386,484.94 |
| Total Policies | 5,944,394.80 | 0.00 | 5,944,394.80 | -4,557,909.86 | 1,386,484.94 |
| | | | | | |
| Total Other Assets | 5,944,394.80 | 0.00 | 5,944,394.80 | -4,557,909.86 | 1,386,484.94 |
| | | | | | |
| **TOTAL ASSETS** | 8,102,732.48 | -529,018.65 | 7,573,713.83 | -4,557,909.86 | 3,015,803.97 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Amount Owed on Policies** | 0.00 | | 0.00 | | 0.00 |
| AGL 66L | | | 0.00 | 35,000.00 | 35,000.00 |
| AGL 73L | | | 0.00 | 146,000.00 | 146,000.00 |
| ANI 852 | | | 0.00 | 777,000.00 | 777,000.00 |
| AXA 804 | | | 0.00 | 785,000.00 | 785,000.00 |
| ING 036 | | | 0.00 | 510,000.00 | 510,000.00 |
| ING 201 | | | 0.00 | 795,000.00 | 795,000.00 |
| ING 283 | | | 0.00 | 63,000.00 | 63,000.00 |
| LBL 165 | | | 0.00 | 5,000.00 | 5,000.00 |
| LFG 177 | | | 0.00 | 53,000.00 | 53,000.00 |
| LFG 566 | | | 0.00 | 1,111,516.00 | 1,111,516.00 |
| LFG 591 | | | 0.00 | 15,000.00 | 15,000.00 |
| LFG 740 | | | 0.00 | 357,000.00 | 357,000.00 |
| MMI 860 | | | 0.00 | 252,000.00 | 252,000.00 |
| OML 446 | | | 0.00 | 65,000.00 | 65,000.00 |
| SLA 534 | | | 0.00 | 10,000.00 | 10,000.00 |
| TRA 281 | | | 0.00 | 194,000.00 | 194,000.00 |
| Total - Escrow to Ret/Amount Owed on Policie | 0.00 | 0.00 | 0.00 | 5,163,516.00 | 5,163,516.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors | 8,104,376.67 | | 8,104,376.67 | | 8,104,376.67 |
| Building Loan | 0.00 | -2,000.00 | -2,000.00 | | -2,000.00 |
| Total Long Term Liabilities | 8,104,376.67 | -2,000.00 | 8,102,376.67 | 0.00 | 8,102,376.67 |
| | | | | | |
| Total Liabilities | 8,104,376.67 | -2,000.00 | 8,102,376.67 | 5,163,516.00 | 13,265,892.67 |
| | | | | | |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (9,741,425.86) | -9,740,425.86 |
| Net Income | -1,544.19 | -528,018.65 | -529,562.84 | | -529,562.84 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Equity | -1,544.19 | -527,018.65 | -528,562.84 | -9,741,425.86 | -10,270,088.70 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 8,102,732.48 | -529,018.65 | 7,573,713.83 | -4,557,909.86 | 3,015,803.97 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| Total Policy Bank Accounts | 1,474,699.79 | 0.00 | 1,474,699.79 | | 1,474,699.79 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 1,739,464.96 | 0.00 | 1,739,464.96 | | 1,739,464.96 |
| Retirement Value, LLC | 0.00 | 34,096.01 | 34,096.01 | | 34,096.01 |
| Retirement Value, LLC (Frost) | 0.00 | 816,835.78 | 816,835.78 | | 816,835.78 |
| Total Checking/Savings | 3,214,164.75 | 850,931.79 | 4,065,096.54 | 0.00 | 4,065,096.54 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 1,624,290.25 | -1,578,534.82 | 45,755.43 | | 45,755.43 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 1,624,290.25 | -1,578,534.82 | 45,755.43 | 0.00 | 45,755.43 |
| | | | | | |
| **Total Current Assets** | 4,838,455.00 | -727,603.03 | 4,110,851.97 | 0.00 | 4,110,851.97 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 23,367.04 | 23,367.04 | | 23,367.04 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 9,297,942.07 | 0.00 | 9,297,942.07 | (6,925,795.28) | 2,372,146.79 |
| | | | | | |
| Total Policies | 9,297,942.07 | 0.00 | 9,297,942.07 | -6,925,795.28 | 2,372,146.79 |
| | | | | | |
| Total Other Assets | 9,297,942.07 | 0.00 | 9,297,942.07 | -6,925,795.28 | 2,372,146.79 |
| | | | | | |
| **TOTAL ASSETS** | 14,136,397.07 | -704,235.99 | 13,432,161.08 | -6,925,795.28 | 6,506,365.80 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - Amount Owed on Policies | 0.00 | | 0.00 | | 0.00 |
| ANI 852 | | | 0.00 | 440,000.00 | 440,000.00 |
| AXA 146 | | | 0.00 | 342,484.00 | 342,484.00 |
| AXA 804 | | | 0.00 | 600,000.00 | 600,000.00 |
| AXA 826 | | | 0.00 | 200,000.00 | 200,000.00 |
| HLI 814 | | | 0.00 | 9,033.00 | 9,033.00 |
| ING 036 | | | 0.00 | 315,000.00 | 315,000.00 |
| ING 201 | | | 0.00 | 579,000.00 | 579,000.00 |
| LFG 556 | | | 0.00 | 895,516.00 | 895,516.00 |
| LFG 740 | | | 0.00 | 165,000.00 | 165,000.00 |
| LFG 782 | | | 0.00 | 938,740.00 | 938,740.00 |
| MET 650 | | | 0.00 | 110,000.00 | 110,000.00 |
| Total - Escrow to Ret/Amount Owed on Policie | 0.00 | 0.00 | 0.00 | 4,594,773.00 | 4,594,773.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 14,138,054.02 | | 14,138,054.02 | | 14,138,054.02 |
| | | | | | |
| Building Loan | 0.00 | -11,390.40 | -11,390.40 | | -11,390.40 |
| Total Long Term Liabilities | 14,138,054.02 | -11,390.40 | 14,126,663.62 | 0.00 | 14,126,663.62 |
| | | | | | |
| **Total Liabilities** | 14,138,054.02 | -11,390.40 | 14,126,663.62 | 4,594,773.00 | 18,721,436.62 |
| | | | | | |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (11,520,568.28) | -11,519,568.28 |
| Net Income | -1,656.95 | -693,845.59 | -695,502.54 | | -695,502.54 |
| Dividends | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Equity | -1,656.95 | -692,845.59 | -694,502.54 | -11,520,568.28 | -12,215,070.82 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 14,136,397.07 | -704,235.99 | 13,432,161.08 | -6,925,795.28 | 6,506,365.80 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| Policy Bank Accounts | | | | | |
| Total Policy Bank Accounts | 3,409,575.34 | 0.00 | 3,409,575.34 | | 3,409,575.34 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 6,395,843.94 | 0.00 | 6,395,843.94 | | 6,395,843.94 |
| Retirement Value, LLC | 0.00 | 0.00 | 0.00 | | 0.00 |
| Retirement Value, LLC (Frost) | 0.00 | 1,003,724.74 | 1,003,724.74 | | 1,003,724.74 |
| Total Checking/Savings | 9,805,419.28 | 1,003,724.74 | 10,809,144.02 | 0.00 | 10,809,144.02 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 2,829,092.56 | -2,787,686.65 | 41,405.91 | | 41,405.91 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 2,829,092.56 | -2,787,686.65 | 41,405.91 | 0.00 | 41,405.91 |
| | | | | | |
| **Total Current Assets** | 12,634,511.84 | -1,783,961.91 | 10,850,549.93 | 0.00 | 10,850,549.93 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 33,204.66 | 33,204.66 | | 33,204.66 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 13,992,736.42 | 0.00 | 13,992,736.42 | (11,433,147.32) | 2,559,589.10 |
| | | | | | |
| Total Policies | 13,992,736.42 | 0.00 | 13,992,736.42 | -11,433,147.32 | 2,559,589.10 |
| | | | | | |
| Total Other Assets | 13,992,736.42 | 0.00 | 13,992,736.42 | -11,433,147.32 | 2,559,589.10 |
| | | | | | |
| **TOTAL ASSETS** | 26,627,248.26 | -1,750,757.25 | 24,876,491.01 | -11,433,147.32 | 13,443,343.69 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - Amount Owed on Policies | 0.00 | | 0.00 | | 0.00 |
| AGL 06L | | | 0.00 | 405,446.00 | 405,446.00 |
| ANI 521 | | | 0.00 | 130,000.00 | 130,000.00 |
| AXA 148 | | | 0.00 | 192,484.00 | 192,484.00 |
| AXA 804 | | | 0.00 | 250,000.00 | 250,000.00 |
| AXA 828 | | | 0.00 | 200,000.00 | 200,000.00 |
| HLI 814 | | | 0.00 | 9,033.00 | 9,033.00 |
| LFG 006 | | | 0.00 | 192,200.00 | 192,200.00 |
| LFG 566 | | | 0.00 | 345,516.00 | 345,516.00 |
| LFG 782 | | | 0.00 | 638,740.00 | 638,740.00 |
| LLI 899 | | | 0.00 | 1,347,875.00 | 1,347,875.00 |
| | | | | | |
| Total - Escrow to Ret/Amount Owed on Policie | 0.00 | 0.00 | 0.00 | 3,711,294.00 | 3,711,294.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 26,629,202.74 | | 26,629,202.74 | | 26,629,202.74 |
| | | | | | |
| Building Loan | 0.00 | -11,390.40 | -11,390.40 | | -11,390.40 |
| Total Long Term Liabilities | 26,629,202.74 | -11,390.40 | 26,617,812.34 | 0.00 | 26,617,812.34 |
| | | | | | |
| **Total Liabilities** | 26,629,202.74 | -11,390.40 | 26,617,812.34 | 3,711,294.00 | 30,329,106.34 |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (15,144,441.32) | -15,143,441.32 |
| Net Income | -1,954.48 | -940,366.85 | -942,321.33 | | -942,321.33 |
| Dividends | 0.00 | -800,000.00 | -800,000.00 | | -800,000.00 |
| Total Equity | -1,954.48 | -1,739,366.85 | -1,741,321.33 | -15,144,441.32 | -16,885,762.65 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 26,627,248.26 | -1,750,757.25 | 24,876,491.01 | -11,433,147.32 | 13,443,343.69 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| Total Policy Bank Accounts | 8,162,039.04 | 0.00 | 8,162,039.04 | | 8,162,039.04 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 6,170,948.53 | 0.00 | 6,170,948.53 | | 6,170,948.53 |
| Retirement Value, LLC | 0.00 | 0.00 | 0.00 | | 0.00 |
| Retirement Value, LLC (Frost) | 0.00 | 2,189,904.14 | 2,189,904.14 | | 2,189,904.14 |
| **Total Checking/Savings** | 14,332,987.57 | 2,189,904.14 | 16,522,891.71 | 0.00 | 16,522,891.71 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Accounts Receivable** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 4,225,317.45 | -4,234,091.41 | -8,773.96 | | -8,773.96 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Other Current Assets** | 4,225,317.45 | -4,234,091.41 | -8,773.96 | 0.00 | -8,773.96 |
| | | | | | |
| **Total Current Assets** | 18,558,305.02 | -2,044,187.27 | 16,514,117.75 | 0.00 | 16,514,117.75 |
| | | | | | |
| **Fixed Assets** | | | | | |
| **Total Fixed Assets** | 0.00 | 34,316.90 | 34,316.90 | | 34,316.90 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 18,996,192.28 | 0.00 | 18,996,192.28 | (16,068,473.78) | 2,927,718.50 |
| | | | | | |
| **Total Policies** | 18,996,192.28 | 0.00 | 18,996,192.28 | -16,068,473.78 | 2,927,718.50 |
| | | | | | |
| **Total Other Assets** | 18,996,192.28 | 0.00 | 18,996,192.28 | -16,068,473.78 | 2,927,718.50 |
| | | | | | |
| **TOTAL ASSETS** | 37,554,497.30 | -2,009,870.37 | 35,544,626.93 | -16,068,473.78 | 19,476,153.15 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Amount Owed on Policies** | 0.00 | | 0.00 | | 0.00 |
| ANI 521 | | | 0.00 | 130,000.00 | 130,000.00 |
| AXA 525 | | | 0.00 | 200,000.00 | 200,000.00 |
| HLI 814 | | | 0.00 | 9,033.00 | 9,033.00 |
| LFG 008 | | | 0.00 | 749,019.00 | 749,019.00 |
| LFG 183 | | | 0.00 | 1,701,023.00 | 1,701,023.00 |
| LLI 899 | | | 0.00 | 900,719.00 | 900,719.00 |
| SLA 338 | | | 0.00 | 313,000.00 | 313,000.00 |
| **Total - Escrow to Ret/Amount Owed on Policies** | 0.00 | 0.00 | 0.00 | 4,002,794.00 | 4,002,794.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 37,556,451.78 | | 37,556,451.78 | | 37,556,451.78 |
| | | | | | |
| Building Loan | 0.00 | -11,390.40 | -11,390.40 | | -11,390.40 |
| **Total Long Term Liabilities** | 37,556,451.78 | -11,390.40 | 37,545,061.38 | 0.00 | 37,545,061.38 |
| | | | | | |
| **Total Liabilities** | 37,556,451.78 | -11,390.40 | 37,545,061.38 | 4,002,794.00 | 41,547,855.38 |
| | | | | | |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (20,071,267.78) | -20,070,267.78 |
| Net Income | -1,954.48 | -1,199,479.97 | -1,201,434.45 | | -1,201,434.45 |
| Dividends | 0.00 | -800,000.00 | -800,000.00 | | -800,000.00 |
| **Total Equity** | -1,954.48 | -1,998,479.97 | -2,000,434.45 | -20,071,267.78 | -22,071,702.23 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 37,554,497.30 | -2,009,870.37 | 35,544,626.93 | -16,068,473.78 | 19,476,153.15 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| Policy Bank Accounts | | | | | |
| Total Policy Bank Accounts | 12,957,030.49 | 0.00 | 12,957,030.49 | | 12,957,030.49 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 2,534,331.41 | 0.00 | 2,534,331.41 | | 2,534,331.41 |
| Retirement Value, LLC | 0.00 | 0.00 | 0.00 | | 0.00 |
| Retirement Value, LLC (Frost) | 0.00 | 331,046.74 | 331,046.74 | | 331,046.74 |
| Total Checking/Savings | 15,491,361.90 | 331,046.74 | 15,822,408.64 | 0.00 | 15,822,408.64 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 6,001,410.33 | -6,008,591.14 | -7,180.81 | | -7,180.81 |
| Other Current Asset | 0.00 | 20,183.89 | 20,183.89 | | 20,183.89 |
| Total Other Current Assets | 6,001,410.33 | -5,988,407.25 | 13,003.08 | 0.00 | 13,003.08 |
| | | | | | |
| **Total Current Assets** | 21,492,772.23 | -5,657,360.51 | 15,835,411.72 | 0.00 | 15,835,411.72 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 624,137.20 | 624,137.20 | | 624,137.20 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 25,785,436.09 | 1,000,000.00 | 26,785,436.09 | (23,700,357.68) | 3,085,078.41 |
| | | | | | |
| Total Policies | 25,785,436.09 | 1,000,000.00 | 26,785,436.09 | -23,700,357.68 | 3,085,078.41 |
| | | | | | |
| **Total Other Assets** | 25,785,436.09 | 1,000,000.00 | 26,785,436.09 | -23,700,357.68 | 3,085,078.41 |
| | | | | | |
| **TOTAL ASSETS** | 47,278,208.32 | -4,033,223.31 | 43,244,985.01 | -23,700,357.68 | 19,544,627.33 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities - Amount Owed on Policies** | 0.00 | | 0.00 | | 0.00 |
| ANI 621 | | | 0.00 | 130,000.00 | 130,000.00 |
| AXA 729 | | | 0.00 | 213,219.00 | 213,219.00 |
| ING 15J | | | 0.00 | 186,000.00 | 186,000.00 |
| LBL 771 | | | 0.00 | 130,000.00 | 130,000.00 |
| LFG 008 | | | 0.00 | 67,669.00 | 67,669.00 |
| LFG 183 | | | 0.00 | 1,251,467.00 | 1,251,467.00 |
| LFG 272 | | | 0.00 | 68,446.00 | 68,446.00 |
| LLI 899 | | | 0.00 | 254,593.00 | 254,593.00 |
| PLI 680 | | | 0.00 | 82,275.00 | 82,275.00 |
| PLI 980 | | | 0.00 | 456,885.00 | 456,885.00 |
| SLA 338 | | | 0.00 | 133,269.00 | 133,269.00 |
| Total - Escrow to Ret/Amount Owed on Policie | 0.00 | 0.00 | 0.00 | 2,983,823.00 | 2,983,823.00 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 47,278,474.05 | | 47,278,474.05 | | 47,278,474.05 |
| | | | | | |
| Building Loan | 0.00 | 420,000.00 | 420,000.00 | | 420,000.00 |
| Total Long Term Liabilities | 47,278,474.05 | 420,000.00 | 47,698,474.05 | 0.00 | 47,698,474.05 |
| | | | | | |
| **Total Liabilities** | 47,278,474.05 | 420,000.00 | 47,698,474.05 | 2,983,823.00 | 50,682,297.05 |
| | | | | | |
| **Equity** | | | | | |
| Opening Balance Equity | 0.00 | 1,000.00 | 1,000.00 | (26,684,180.68) | -26,683,180.68 |
| Net Income | -285.74 | -1,722,916.10 | -1,723,181.84 | | -1,723,181.84 |
| Dividends | 0.00 | -2,731,307.21 | -2,731,307.21 | | -2,731,307.21 |
| Total Equity | -285.74 | -4,453,223.31 | -4,453,489.05 | -26,684,180.68 | -31,137,669.73 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 47,278,208.31 | -4,033,223.31 | 43,244,985.00 | -23,700,357.68 | 19,544,627.32 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

288

# Exhibit 1J
## January 31, 2010

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| Policy Bank Accounts | | | | | |
| Total Policy Bank Accounts | 15,082,517.56 | 0.00 | 15,082,517.56 | | 15,082,517.56 |
| | | | | | |
| WELLS FARGO BASE - 8459 | 2,235,719.80 | 0.00 | 2,235,719.80 | | 2,235,719.80 |
| FCB - Checking - 0362 | 0.00 | 500,000.00 | 500,000.00 | | 500,000.00 |
| Retirement Value, LLC (Frost) | 0.00 | 365,978.94 | 365,978.94 | | 365,978.94 |
| Total Checking/Savings | 17,318,237.36 | 865,978.94 | 18,184,216.30 | 0.00 | 18,184,216.30 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 7,357,227.75 | -7,364,775.16 | -7,547.41 | | -7,547.41 |
| Other Current Asset | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Other Current Assets | 7,357,227.75 | -7,364,775.16 | -7,547.41 | 0.00 | -7,547.41 |
| | | | | | |
| **Total Current Assets** | 24,675,465.11 | -6,498,796.22 | 18,176,668.89 | 0.00 | 18,176,668.89 |
| | | | | | |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 680,668.89 | 680,668.89 | | 680,668.89 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 31,804,000.56 | 1,000,000.00 | 32,804,000.56 | (28,995,618.55) | 3,808,382.01 |
| | | | | | |
| Total Policies | 31,804,000.56 | 1,000,000.00 | 32,804,000.56 | -28,995,618.55 | 3,808,382.01 |
| | | | | | |
| Total Other Assets | 31,804,000.56 | 1,000,000.00 | 32,804,000.56 | -28,995,618.55 | 3,808,382.01 |
| | | | | | |
| **TOTAL ASSETS** | 56,479,465.67 | -4,818,127.33 | 51,661,338.34 | -28,995,618.55 | 22,665,719.79 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - A/P & Amount Owed on Policies | 0.00 | 18,710.18 | 18,710.18 | | 18,710.18 |
| AGL 130 | | | 0.00 | 400,000.00 | 400,000.00 |
| AXA 091 | | | 0.00 | 1,359,904.00 | 1,359,904.00 |
| AXA 994 | | | 0.00 | 341,956.00 | 341,956.00 |
| LFG 081 | | | 0.00 | 298,000.00 | 298,000.00 |
| LFG 117 | | | 0.00 | 457,822.00 | 457,822.00 |
| LFG 183 | | | 0.00 | 612,410.00 | 612,410.00 |
| LFG 248 | | | 0.00 | 746,072.00 | 746,072.00 |
| LLI 899 | | | 0.00 | 47,875.00 | 47,875.00 |
| PLI 140 | | | 0.00 | 580,113.00 | 580,113.00 |
| Total - Escrow to Ret/Amount Owed on Policies | 0.00 | 18,710.18 | 18,710.18 | 4,844,182.00 | 4,862,892.18 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to investors - * | 56,477,651.78 | | 56,477,651.78 | | 56,477,651.78 |
| | | | | | |
| Building Loan | 0.00 | 417,409.18 | 417,409.18 | | 417,409.18 |
| Total Long Term Liabilities | 56,477,651.78 | 417,409.18 | 56,895,060.96 | 0.00 | 56,895,060.96 |
| | | | | | |
| Total Liabilities | 56,477,651.78 | 436,119.36 | 56,913,771.14 | 4,844,182.00 | 61,757,953.14 |
| | | | | | |
| **Equity** | | | | | |
| Retained Earnings | -265.74 | -4,453,223.31 | -4,453,489.05 | (33,839,800.55) | -38,293,289.60 |
| Net Income | 2,079.63 | -531,023.38 | -528,943.75 | | -528,943.75 |
| Dividends | 0.00 | -270,000.00 | -270,000.00 | | -270,000.00 |
| Total Equity | 1,813.89 | -5,254,246.69 | -5,252,432.80 | -33,839,800.55 | -39,092,233.35 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 56,479,465.67 | -4,818,127.33 | 51,661,338.34 | -28,995,618.55 | 22,665,719.79 |

\* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

**Exhibit 1K**

**February 28, 2010**

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| Total Policy Bank Accounts | 16,777,793.27 | 0.00 | 16,777,793.27 | | 16,777,793.27 |
| WELLS FARGO BASE - 8459 | 2,672,831.28 | 0.00 | 2,672,831.28 | | 2,672,831.28 |
| FCB - Checking - 0382 | 0.00 | 0.00 | 0.00 | | 0.00 |
| Retirement Value, LLC (Frost) | 0.00 | 223,527.01 | 223,527.01 | | 223,527.01 |
| Total Checking/Savings | 19,450,624.55 | 223,527.01 | 19,674,151.56 | 0.00 | 19,674,151.56 |
| **Accounts Receivable** | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | | 0.00 |
| Total Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 8,517,838.13 | -8,536,670.26 | -18,832.13 | | -18,832.13 |
| Other Current Asset | 0.00 | 100.00 | 100.00 | | 100.00 |
| Total Other Current Assets | 8,517,838.13 | -8,536,570.26 | -18,732.13 | 0.00 | -18,732.13 |
| **Total Current Assets** | 27,968,462.68 | -8,313,043.25 | 19,655,419.43 | 0.00 | 19,655,419.43 |
| **Fixed Assets** | | | | | |
| Total Fixed Assets | 0.00 | 845,817.64 | 845,817.64 | | 845,817.64 |
| **Other Assets** | | | | | |
| Policies | 37,601,969.60 | 1,000,000.00 | 38,601,969.60 | (34,726,542.51) | 3,875,427.09 |
| Total Policies | 37,601,969.60 | 1,000,000.00 | 38,601,969.60 | -34,726,542.51 | 3,875,427.09 |
| Total Other Assets | 37,601,969.60 | 1,000,000.00 | 38,601,969.60 | -34,726,542.51 | 3,875,427.09 |
| **TOTAL ASSETS** | 65,570,432.28 | -6,467,225.61 | 59,103,206.67 | -34,726,542.51 | 24,376,664.16 |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - A/P & Amount Owed on Policies | 0.00 | 117,500.00 | 117,500.00 | | 117,500.00 |
| AVL 180 | | | 0.00 | 415,374.00 | 415,374.00 |
| AXA 091 | | | 0.00 | 753,648.00 | 753,648.00 |
| AXA 335 | | | 0.00 | 456,714.00 | 456,714.00 |
| LBL 361 | | | 0.00 | 275,062.00 | 275,062.00 |
| LFG 981 | | | 0.00 | 202,813.00 | 202,813.00 |
| LFG 117 | | | 0.00 | 301,622.00 | 301,622.00 |
| LFG 248 | | | 0.00 | 274,209.00 | 274,209.00 |
| LFG 735 | | | 0.00 | 149,494.00 | 149,494.00 |
| Total - Escrow to Ret/Amount Owed on Policie | 0.00 | 117,500.00 | 117,500.00 | 2,828,936.00 | 2,946,436.00 |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 65,567,600.44 | | 65,567,600.44 | | 65,567,600.44 |
| Building Loan | 0.00 | 416,213.43 | 416,213.43 | | 416,213.43 |
| Total Long Term Liabilities | 65,567,600.44 | 416,213.43 | 65,983,813.87 | 0.00 | 65,983,813.87 |
| **Total Liabilities** | 65,567,600.44 | 533,713.43 | 66,101,313.87 | 2,828,936.00 | 68,930,249.87 |
| **Equity** | | | | | |
| Retained Earnings | -265.74 | -4,453,223.31 | -4,453,489.05 | (37,555,478.51) | -42,008,967.56 |
| Net Income | 3,097.58 | -1,115,271.97 | -1,112,174.39 | | -1,112,174.39 |
| Dividends | 0.00 | -1,432,443.76 | -1,432,443.76 | | -1,432,443.76 |
| Total Equity | 2,831.84 | -7,000,939.04 | -6,998,107.20 | -37,555,478.51 | -44,553,585.71 |
| **TOTAL LIABILITIES & EQUITY** | 65,570,432.28 | -6,467,225.61 | 59,103,206.67 | -34,726,542.51 | 24,376,664.16 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

| | New - RETIREMENT VALUE, LLC, RECEIVER | Retirement Value, LLC | TOTAL | Adjustments | Net Asset Value |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **Policy Bank Accounts** | | | | | |
| **Total Policy Bank Accounts** | 20,919,930.17 | 0.00 | 20,919,930.17 | | 20,919,930.17 |
| | | | | | |
| WELLS FARGO BASE - 5459 | 4,556,809.42 | 0.00 | 4,556,809.42 | | 4,556,809.42 |
| FCB - Checking - 0382 | 0.00 | 24,985.00 | 24,985.00 | | 24,985.00 |
| Chase - Checking | 0.00 | 342,000.00 | 342,000.00 | | 342,000.00 |
| Merchant Account | 0.00 | 944.83 | 944.83 | | 944.83 |
| Retirement Value, LLC (Frost) | 0.00 | 165,632.63 | 165,632.63 | | 165,632.63 |
| **Total Checking/Savings** | 25,476,739.59 | 533,562.46 | 26,010,302.05 | 0.00 | 26,010,302.05 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| **Accounts Receivable** | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total Accounts Receivable** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Current Assets** | | | | | |
| Intercompany Clearing Account | 10,315,070.25 | -10,338,442.06 | -23,371.81 | | -23,371.81 |
| Other Current Asset | 0.00 | 100.00 | 100.00 | | 100.00 |
| **Total Other Current Assets** | 10,315,070.25 | -10,338,342.06 | -23,271.81 | 0.00 | -23,271.81 |
| | | | | | |
| **Total Current Assets** | 35,791,809.84 | -9,804,779.60 | 25,987,030.24 | 0.00 | 25,987,030.24 |
| | | | | | |
| **Fixed Assets** | | | | | |
| **Total Fixed Assets** | 0.00 | 859,950.29 | 859,950.29 | | 859,950.29 |
| | | | | | |
| **Other Assets** | | | | | |
| Policies | 43,822,358.06 | 1,000,000.00 | 44,822,358.06 | (40,171,479.32) | 4,650,878.74 |
| **Total Policies** | 43,822,358.06 | 1,000,000.00 | 44,822,358.06 | -40,171,479.32 | 4,650,878.74 |
| | | | | | |
| **Total Other Assets** | 43,822,358.06 | 1,000,000.00 | 44,822,358.06 | -40,171,479.32 | 4,650,878.74 |
| | | | | | |
| **TOTAL ASSETS** | 79,614,167.90 | -7,934,829.31 | 71,679,338.59 | -40,171,479.32 | 31,507,859.27 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Liabilities - A/P & Amount Owed on Policies | 2,625,855.51 | 117,500.00 | 2,743,355.51 | - | 2,743,355.51 |
| Total - Escrow to Ret/Amount Owed on Policies | 2,625,855.51 | 117,500.00 | 2,743,355.51 | 0.00 | 2,743,355.51 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Payable to Investors - * | 76,983,963.08 | | 76,983,963.08 | | 76,983,963.08 |
| Building Loan | 0.00 | 416,213.43 | 416,213.43 | | 416,213.43 |
| **Total Long Term Liabilities** | 76,983,963.08 | 416,213.43 | 77,400,176.51 | 0.00 | 77,400,176.51 |
| | | | | | |
| **Total Liabilities** | 79,609,818.59 | 533,713.43 | 80,143,532.02 | 0.00 | 80,143,532.02 |
| | | | | | |
| **Equity** | | | | | |
| Retained Earnings | -265.74 | -4,453,223.31 | -4,453,489.05 | (40,171,479.32) | -44,624,968.37 |
| Net Income | 4,615.05 | -1,423,875.87 | -1,419,260.62 | | -1,419,260.62 |
| Dividends | 0.00 | -2,591,443.76 | -2,591,443.76 | | -2,591,443.76 |
| **Total Equity** | 4,349.31 | -8,468,542.74 | -8,464,193.43 | -40,171,479.32 | -48,635,672.75 |
| | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 79,614,167.90 | -7,934,829.31 | 71,679,338.59 | -40,171,479.32 | 31,507,859.27 |

* - This is the amount paid by the investors and does not include the amount of interest that was contractually owed to the investors.

Exhibit 2

| | RV Books Profit & Loss Mar '09 - Mar 10 | RV Books Disbursements Mar '09 - Mar 10 | Escrow Books Profit & Loss Mar '09 - Mar 10 | Escrow Books Disbursements Mar '09 - Mar 10 | Combined Disbursements Mar '09 - Mar 10 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Rental Income | 334.00 | | | | |
| DVD Sales | 280.00 | | | | |
| Commission Income | 0.00 | | | | |
| Interest Income | | | 2,660.57 | | |
| Reimbursement of Expenses | 2,500.00 | | | | |
| **Total Income** | 3,114.00 | | 2,660.57 | | |
| **Cost of Goods Sold** | | | | | |
| Commission Chargeback | 79,029.87 | | | 0.00 | 0.00 |
| Death Tracking | 583.61 | 583.61 | | 0.00 | 583.61 |
| Policy Illustrations | 50.00 | 50.00 | | 0.00 | 50.00 |
| Product Cost | 50.00 | 50.00 | | 0.00 | 50.00 |
| **Total COGS** | 79,713.48 | 683.61 | 0.00 | 0.00 | 683.61 |
| **Gross Profit** | -76,599.48 | | 2,660.57 | | |
| **Expense** | | | | | |
| Janitorial | 1,885.71 | 1,885.71 | | 0.00 | 1,885.71 |
| Advertising and Promotion | 13,582.10 | 13,582.10 | | 0.00 | 13,582.10 |
| Agent Expenses | 553,579.17 | 553,579.17 | | 0.00 | 553,579.17 |
| Amortization Expense | 34.08 | | | | 0.00 |
| Automobile Expense | 14,144.71 | 14,144.71 | | 0.00 | 14,144.71 |
| Bank Service Charges | 1,791.71 | 1,791.71 | 0.00 | 0.00 | 1,791.71 |
| Business and Client Gifts | 4,560.05 | 4,560.05 | | 0.00 | 4,560.05 |
| Business Licenses and Permits | 588.40 | 588.40 | | 0.00 | 588.40 |
| Casual Labor | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| Charity | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| Client Gifts | 255.00 | 255.00 | | 0.00 | 255.00 |
| Computer and Internet Expenses | 33,623.01 | 33,623.01 | | 0.00 | 33,623.01 |
| Depreciation Expense | 49,438.38 | | | | 0.00 |
| Dues and Subscriptions | 1,940.00 | 1,940.00 | | 0.00 | 1,940.00 |
| Event/Meetings | 105,503.15 | 105,503.15 | | 0.00 | 105,503.15 |
| Insurance Expense | 4,590.49 | 4,590.49 | | 0.00 | 4,590.49 |
| Interest Expense | 7,528.65 | 7,528.65 | | 0.00 | 7,528.65 |
| Moving Expenses | 1,617.57 | 1,617.57 | | 0.00 | 1,617.57 |
| Office Supplies | 58,605.58 | 58,605.58 | 0.00 | 0.00 | 58,605.58 |
| Payroll Expenses | 1,260,392.58 | 1,260,392.58 | | 0.00 | 1,260,392.58 |
| Postage and Delivery | 30,327.31 | 30,327.31 | | 0.00 | 30,327.31 |
| Printing and Reproduction | 60,092.83 | 60,092.83 | | 0.00 | 60,092.83 |
| Professional Fees | 600,789.58 | 600,789.58 | | 0.00 | 600,789.58 |
| Rent Expense | 70,517.62 | 70,517.62 | | 0.00 | 70,517.62 |
| Repairs & Maintenance | 14,982.59 | 14,982.59 | | 0.00 | 14,982.59 |
| Suspense | 0.00 | 0.00 | -1,688.74 | -1,688.74 | -1,688.74 |
| Taxes | 35,226.82 | 35,226.82 | | 0.00 | 35,226.82 |
| Telephone Expense | 49,167.17 | 49,167.17 | | 0.00 | 49,167.17 |
| Travel Expense | 47,739.84 | 47,739.84 | | 0.00 | 47,739.84 |
| Utilities | 5,488.27 | 5,488.27 | | 0.00 | 5,488.27 |
| Void Check | 0.00 | 0.00 | | 0.00 | 0.00 |
| **Total Expense** | 3,070,162.29 | 3,029,719.91 | -1,688.74 | -1,688.74 | 3,028,031.17 |
| **Net Ordinary Income** | -3,146,791.77 | | 4,349.31 | | |
| **Net Income** | -3,146,791.77 | | 4,349.31 | | |
| | | | | | |
| Total disbursements from income statement | | 3,030,403.52 | | -1,688.74 | 3,028,714.78 |
| Plus: | | | | | |
| Commercial Building | | 484,500.00 | | | 484,500.00 |
| Commercial Building Improvement | | 205,014.23 | | | 205,014.23 |
| Computer Equipment | | 34,896.85 | | | 34,896.85 |
| Furniture | | 88,796.81 | | | 88,796.81 |
| Telephone Equipment | | 7,775.78 | | | 7,775.78 |
| Commercial Building C.C. | | 5,939.20 | | | 5,939.20 |
| Commercial Building Land | | 85,500.00 | | | 85,500.00 |
| Policy Costs | | 1,000,600.00 | | 28,014,306.87 | 29,014,906.87 |
| Policy Costs: Premiums | | | | 1,707,065.52 | 1,707,065.52 |
| Policies: Commissions and Fees | | | | 14,100,935.87 | 14,100,935.87 |
| HB - 0447 | | 1,175,000.00 | | | 1,175,000.00 |
| Dividends | | 4,147,750.97 | | | 4,147,750.97 |
| Less: | | | | | 0.00 |
| Intercompany Clearing Account | | -10,338,442.08 | | 10,315,070.25 | -23,371.81 |
| Other Current Asset | | 100.00 | | | 100.00 |
| Building Loan | | 3,786.57 | | | 3,786.57 |
| Total Disbursement during the period | | 70,978.33 | | 54,135,739.57 | 54,064,761.24 |
| | | | | | |
| Reconciliation: | | | | | |
| Cash received from Investors | | 0.00 | | 76,983,963.08 | 76,983,963.08 |
| Cash received from Investors - In Accounts Payable at 3/31/10 | | | | 1,923,233.55 | 1,923,233.55 |
| Funds deposited, then returned | | | | 1,602,821.96 | 1,602,821.96 |
| Accounts Payable - see note below | | 117,500.00 | | 0.00 | 117,500.00 |
| Cash received from Members | | 1,000.00 | | 0.00 | 1,000.00 |
| Cash received from Building Loan | | 420,000.00 | | 0.00 | 420,000.00 |
| Cash paid back to Investors | | -79,029.87 | | | -79,029.87 |
| Cash received from Income | | 3,114.00 | | 2,660.57 | 5,774.57 |
| Less: cash on hand at 3/31/10 | | -533,562.46 | | -25,476,739.59 | -26,010,302.05 |
| | | -70,978.33 | | 54,135,739.57 | 54,064,761.24 |

Note: On April 1, 2010, the following payments were made and are not reflected above:

| | | |
|---|---|---|
| Collins Marketing Company | ck# 1994 | 25,000.00 |
| David Gray | ck# 1995 | 92,500.00 |

Exhibit 3

| | Kiesling Porter<br>Mar '09 - Mar 10 | Licensees<br>Mar '09 - Mar 10 | James Settlement/<br>Pacific Northwest<br>Title of Oregon<br>Mar '09 - Mar 10 | Richard Gray<br>Mar '09 - Mar 10 | Catherine Gray<br>Mar '09 - Mar 10 | David Gray<br>Mar '09 - Mar 10 | Elizabeth Gray<br>Mar '09 - Mar 10 | Wendy L. Rogers<br>Mar '09 - Mar 10 | Bruce Collins Collins Mktg.<br>Mar '09 - Mar 10 |
|---|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | | |
| Agent Expenses | | | | | | 92,500.00 | | | 25,000.00 |
| Payroll Expenses | | | | 181,727.97 | 27,063.33 | 139,421.92 | 40,121.40 | 110,440.95 | |
| Professional Fees | 15,475.93 | | 10,000.00 | | | 92,500.00 | | | 58,500.00 |
| **Total Expense** | 15,475.93 | 0.00 | 10,000.00 | 181,727.97 | 27,063.33 | 324,421.92 | 40,121.40 | 110,440.95 | 51,500.00 |
| | | | | | | | | | |
| Total disbursements from income statement | 15,475.93 | 0.00 | 10,000.00 | 181,727.97 | 27,063.33 | 324,421.92 | 40,121.40 | 110,440.95 | 51,500.00 |
| Plus: | | | | | | | | | |
| Policy Costs - Purchase Price | | | 26,892,092.00 | | | | | | |
| Commissions and Fees | 1,262,228.79 | 12,250,520.49 | | 31,245.71 | | | 1,500.00 | 12,300.00 | 513,169.88 |
| Dividends | | | | 2,065,700.00 | 872,500.00 | 579,307.32 | | 837,800.00 | |
| Total Disbursement during the period | 1,277,704.72 | 12,250,520.49 | 26,902,092.00 | 2,278,674.68 | 899,563.33 | 903,729.24 | 41,621.40 | 960,540.95 | 594,669.88 |





**S. Todd Burchett**
**CPA, ABV, ASA, CFF**
**Partner**

**Forensics & Valuation Services**
**San Antonio**
**Phone: 210.268.1932**
**Fax: 210.249.9882**
**tburchett@bkd.com**

Todd is a Partner with BKD's Forensics & Valuation Services division. He provides business valuation, forensic accounting, bankruptcy and litigation support services, including serving as an expert witness. In addition to being a CPA, Todd is accredited as an ABV (Accredited in Business Valuation), as an ASA (Accredited Senior Appraiser), and as a CFF (Certified in Financial Forensics).

He has more than twenty years of experience providing client solutions in consulting, accounting, and tax matters. He has performed business valuations for a variety of purposes including gift and estate tax, business planning, succession planning, dispute resolution and for solvency purposes in bankruptcy.

Todd is experienced in providing expert testimony and his assistance with litigation matters includes forensic investigations, reconstruction of financial records, tracing of transactions, financial analysis (including cost allocations), damages analysis and valuations in shareholder disputes, intellectual property disputes, breach of contract disputes, lost income calculations, and analysis for solvency and preference claims in bankruptcy.

Todd is a member of the American Institute of Certified Public Accountants (AICPA) where he has served on the Business Valuations Committee. He is also a member of the American Society of Appraisers and serves on ASA's International Board of Examiners. He has made numerous oral presentations on forensic analysis and valuation of businesses to various professional organizations.

 

## S. Todd Burchett

### Professional Certifications

- Certified Public Accountant – Oklahoma – 1992, Texas – 1993
- Series 6 and Series 63 securities license – Texas 1996 – 1999
- Accredited in Business Valuation – American Institute of Certified Public Accountants Accreditation – 2002
- Accredited Senior Appraiser – American Society of Appraisers – 2005
- Certified in Financial Forensics – American Institute of Certified Public Accountants Accreditation – 2008

### Education

- Graduated Oral Roberts University with a BS in Accounting 1986
- American Institute of Certified Public Accountants: Business Valuation Training Courses
- Numerous continuing education courses related to taxation, accounting, business valuation, financial analysis and litigation support

### Professional, Civic, and Other Activities

- American Institute of Certified Public Accountants
  - ABV Examination Review Taskforce - Member 2004, 2005
  - BV/FLS Editorial Advisory - Board Member 2006 – 2007
  - Forensic and Valuation Services (FVS) – Section Member
  - Business Valuations Committee 2007 – 2010
- American Society of Appraisers
  - ASA International Board of Examiners
    - Business Valuation Examiner – 2007 – 2012
  - San Antonio Chapter of American Society of Appraisers
    - Secretary - 2004 - 2006
    - President - 2006 – 2012
  - Advanced Business Valuation Conference Committee – 2013
- Texas Society of Certified Public Accountants
  - Business Valuation/Forensic & Litigation Services Committee
    - Board Member 2003 - 2009
      - Task Force Chairman for the AICPA Proposed Statement on Standards for Valuation Services
- San Antonio Chapter of Texas Society of Certified Public Accountants
  - Young CPA Task Force – Member 1999 – 2003
  - Key Person for Public Affairs Committee – 2001 – 2004
  - Membership Committee – 1999 – 2003
- PKF North American Network – Legal Services and Valuation Committee – 2008

 

**S. Todd Burchett**

**Professional, Civic, and Other Activities, cont.**

- Young Professionals – Member – 1999 to 2004
- San Antonio Estate Planners Council - Member
- San Antonio Youth Literacy - Treasurer, Board Member 2002 to 2004
- Association of Certified Fraud Examiners - Member
- Turnaround Management Association – Member
- American Bankruptcy Institute – Member

**Select Publications & Presentations**

Publications

- "Forward-Looking Approach to Business Can Help Owner Build Value"
  San Antonio Business Journal, April 14, 2003

- "Power of the Telephone!" National Litigation Consultants' Review,
  January 2004

- "New Standards Offer Benchmark for Placing Value on Businesses"
  San Antonio Business Journal, June 18, 2004

- "Use of Subsequent Events to Verify the Valuation Conclusion (Okerlund &
  Noble)" Valuation Forum, 4th issue

- Contributed to "The Widening and Changing Scope of Valuation Services"
  Practical Accountant, June 2005

- "Demand for Valuation Services Rising as Profession Matures"
  San Antonio Business Journal, April 7, 2006

- "Theft, Obscured by Details, Can be Detected by Forensic Accounting"
  San Antonio Business Journal, October 3, 2008

- "Contingent Claims and Solvency Analysis; A Known Defective Product; Claims
  Unknown, but Probable", American Bar Association Bankruptcy Litigation,
  Winter 2011, Vol. 16, No. 2

- "Contingent Claims and Solvency Analysis Series Part II", American Bar
  Association Bankruptcy & Insolvency Litigation, Spring 2011, Vol. 16, No. 3

 

## S. Todd Burchett

- "Contingent Claims and Solvency Analysis Series Part III", <u>American Bar Association Bankruptcy Litigation</u>, Summer 2011, Vol. 16, No. 4

- "Contingent Claims and Solvency Analysis Series Part IV", <u>American Bar Association Bankruptcy Litigation</u>, Fall 2011, Vol. 17, No. 1

<u>Presentations</u>

- "Measuring Firm Profitability" presented to the Association of Legal Administrators, April 19, 2001

- "Questions You Need Answers To In Business Valuation" presented to the Texas College for Judicial Studies, May 23, 2002

- "Personal vs. Business Goodwill: How Do You Separate the Two?" presented to the 2002 Judicial Section Annual Conference, August 27, 2002

- "Consideration and Examination of Fraud and SAS 99" presented to the A&A Group of The Hanke Group, November 22, 2002

- "Issues Involved in the Valuation of a Medical Practice" presented to the San Antonio Medical Managers, April 16, 2003

- "Fundamentals of Business Valuation" presented to the staff of The Hanke Group, May 15, 2003

- "Fundamentals of Business Valuation II" presented to the staff of The Hanke Group, June 2, 2003

- "Summary of Revenue Rulings in Business Valuation" presented to the staff of The Hanke Group, June 4, 2003

- "Multi-Tier Discounting in Large Estates" presented to the staff of The Hanke Group, November 12, 2003

- "Issues Involved in the Valuation of a Dental Practice" presented to the Dental Residents of the University of Texas Health Science Center, February 2, 2004, January 26, 2005, March 1, 2006, October 4, 2011

- "Business Valuation Overview" presented to the staff of The Hanke Group, January 13, 2006



## S. Todd Burchett

- "Key Benchmarking Metrics for Law Practices" presented to Association of Legal Administrators, March 16, 2006

- "Buy Sell Agreements and Their Influence on Value" presented to San Antonio Young Lawyers, July 19, 2006

- "Working with Valuation Analysts & Forensic Accountants in Your Law Practice" presented to Langley & Banack, Inc., May 17, 2007

- "Fundamentals of Business Valuation" presented to the staff of The Hanke Group, August 24, 2007

- "A Guide for Reviewing Business Appraisal Reports" presented at the 2008 Texas College for Judicial Studies, specialized judicial education and training provided by the Texas Center for the Judiciary, April 18, 2008

- "AICPA Statement on Standards for Valuation Services No. 1" presented for the San Antonio Chapter of CPA's, May 28, 2008

- "Data Analysis and Mining for Preference Claims" presented to the San Antonio Bankruptcy Bar, July 22, 2008

- "The Application of Discounts and Premiums" presented at the 2008 San Antonio CPA Society CPE Symposium, August 12, 2008

- "Forensic Accounting" presented to the University of Texas at San Antonio, Department of Information Systems & Technology Management, Master's Program, April 28, 2009

- "Demystifying Financial Statements" presented to the San Antonio Bar Association District Courts Committee, September 2, 2010

- "Surviving a Daubert Challenge: A Financial Expert's Perspective" presented to Andrews Kurth, LLP's Austin office, October 12, 2010

- "Lost Profits or Lost Business Value – Round Peg in a Square Hole?" presented as part of BKD Forensics Institute, October 13, 2010

- "Daubert Challenges of Financial Experts" presented to Kane Russell Coleman & Logan, P.C., November 16, 2010

 

## S. Todd Burchett

- "Daubert Challenges of Financial Experts" presented to Diamond McCarthy, LLP, November 16, 2010

- "Daubert Challenges of Financial Experts" presented to Hohmann, Taube & Summers,LLP, February 17, 2011

- "Daubert Challenges of Financial Experts" presented to Cokinos, Bosien & Young, February 23, 2011

- "Daubert Challenges of Financial Experts" presented to Baker Hostetler, March 10, 2011

- "Daubert Challenges of Financial Experts" presented to Hiersche, Hayward, Drakeley & Urbach, P.C., March 23, 2011

- "Reviewing the Expert's Report: Top Five Questions for the Business Appraiser" presented as part of BKD Forensics Institute, April 27, 2011

- "Behind the Numbers – What Every Lawyer Should Know About Financial Statements" presented to Andrews Myers, P.C., September 7, 2011

- "Internal Fraud & Embezzlement: Schemes & Scams in an Economic Downturn" presented to Comerica Treasury Management Forum, September 20 and 22, 2011

- "Business Valuation Basics – What you don't know CAN hurt you" presented to the Wealth Planners and Wealth Advisors of BKD, LLP, September 29-30, 2011

- "Behind the Numbers – What Every Lawyer Should Know About Financial Statements" presented to Friedman & Feiger, LLP, October 18, 2011

- "Internal Fraud & Embezzlement: Schemes & Scams in an Economic Downturn" presented to The Davis Group, December 19, 2011

- "Internal Fraud & Embezzlement: Schemes & Scams in an Economic Downturn" presented to San Antonio Chapter of Institute of Internal Auditors and San Antonio Chapter of ISACA (formerly the Information Systems Audit and Control Association), January 11, 2012

- "Investigations of Fraud Schemes in an Economic Downturn" presented to the South/Central Texas Chapter of the Association of Corporate Counsel, February 8, 2012

 

## S. Todd Burchett

- "A Perfect Storm – Estate Planning Strategies for High Net Worth Individuals" presented to clients and advisers of the firm, March 1, 2012

- "Internal Fraud & Embezzlement: Schemes & Scams in an Economic Downturn" presented to Locke Lord, LLP – Dallas Office, March 28, 2012

- "The Healthcare Seminar: How to Prevent, Deter and Detect Fraud in Your Practice", presented to medical professionals, March 28, 2012

- "Reviewing the Expert's Report: Top Five Questions for the Business Appraiser" presented to 2012 Texas College for Judicial Studies, April 11, 2012

- "Daubert Challenges of Financial Experts" presented to SNR Denton, August 15, 2012

- "Cash Management and Fraud Prevention" presented to Education Service Center Region 15, November 15, 2012

- "Data Mining & Continuous Auditing" presented to The Austin Area Chapter of The Association of Certified Fraud Examiners, December 5, 2012

# INFORMATION CONCERNING S. TODD BURCHETT'S TESTIMONY
## BY DEPOSITION OR TRIAL

Cause No. 1999-61089, George Ingram, III, et al. vs. Butler Binion, LLP, Steven J. Clausen, Dempsey J. Prappas, and Fred J. Tuthill; in the 152nd Judicial District, District Court of Harris County, Texas – Deposition

Cause No. 2002-CR-2096, The State of Texas vs. George Warren Ingram, in the 186th Judicial District Court, Bexar County Criminal District Court, Texas – Trial

Cause No. 2003-CVH-00733-D4, In the Matter of the Marriage of Michelle Jones and James K. Jones, Jr.; in the District Court, 406th Judicial District, Webb County, Texas – Hearings and Proceedings

Cause No. 02-0364-CV, Isenhour Service Center, Inc. v. Trako Cleaning Systems, Inc., et al., in the 25th District Court, Guadalupe County, Texas – Trial

Cause No. FM4-06059, John Asher Thompson, Jr. and Susan Luigs Thompson and in the Interest of John Asher Thompson, III, A Minor Child, in the 261st District Court, Travis County, Texas – Trial

Cause No. 2004-CI-05640, Jacqueline P. Tavera vs. Caremark, Inc.; Choicepoint Business and Government Services, Inc.; Concentra, Inc.; and Michael J. Trolley, in the 166th District Court, Bexar County, Texas – Trial

Cause No. 2003CVQ001134-D2, Rajender Tyagi, as Surviving Spouse, et al. vs. Sisters of Mercy, et al.; in the 111th District Court, Webb County, Texas – Deposition

Cause No. 2005-CI-05228, In the Matter of the Marriage of Martha C. Batchelor and Kenneth Batchelor and In the Interest of Kendall Lauren Batchelor; in the 408th Judicial District Court, Bexar County, Texas – Trial

Cause No. B33499-0406, Robert Gish vs. Martin Resources, Inc. et al.; in the 242nd District Court in and for Hale County, Texas – Trial

Case No. 06-50057, Hardwood P-G, Inc., Custom Forest Products, Ltd., and Custom Forest Products Transportation, Inc./The Official Committee of Unsecured Creditors v. Columbia Forest Products, Inc. and Columbia Forest Products-Import, in the United States Bankruptcy Court, Western District of Texas, San Antonio Division – Deposition

Civil Action No. 2:06-CV-00485, Danny Sims and Sims & Simpson, S & S Enterprises, LLC d/b/a S & S Enterprises, LLC v. Gehl Company and Redstone Equipment, Inc., in the United States District Court, Eastern District of Texas, Marshall Division – Deposition

American Arbitration Association No. 70 110 Y 00283 07, Bonds & Associates, Inc. v. FaulknerUSA, L.P. – Deposition

Last Updated – 8/23/2012

Case No. 04-35574-BJH-11, Adversary Pro. No. 06-03377, The Heritage Organization, LLC, Dennis S. Faulkner, Trustee, Plaintiff against Gary M. Kornman, et al, in the United States Bankruptcy Court, for the Northern District of Texas, Dallas Division – Deposition, Hearings and Proceedings

Cause No. D-1-GN-06-001057, Ted Byerly v. Texas Animal Health Commission, in the 126th Judicial District, Travis County, Texas – Deposition and Trial

Cause No. 2007-CI-12735, Central Texas Orthopedic Products, Inc. v. Andrew Espinoza and Howmedica Osteonics Corp., in the 288th Judicial District Court, Bexar County, Texas – Deposition and Trial

Cause No. 04-12-00396, Pinwheel, Inc., a Texas Corporation dba Pinwheel Ranch v. John G. Kain dba Jay Kay Ranch, in the 81st Judicial District, Frio County, Texas – Deposition

Cause No. 2006-CI-18807, Vernco Construction, Inc., Plaintiff v. David Nelson, individually and d/b/a Collective Contracting, a sole proprietorship; Collective Contracting, Inc.; E.E. Hood & Sons, Inc., Gerald Koenning; Insurance One Agency-San Antonio, LLC; Safeco; San Antonio Water Systems; Bexar County Metropolitan Water District a/k/a Bexar Met; and the Texas Department of Transportation, Defendants, in the 225th Judicial District Court, Bexar County, Texas – Deposition/Hearing/Trial

Cause No. 2006-CI-11585, Dean Davenport and Dillon Water Resources, LP, Plaintiffs v. Mark Wynne, Defendant, AND WAD, Inc., as General Partner of Water Exploration Company, Ltd., Plaintiff v. Dillon Water Resources, Dean Davenport, Wanda Davenport, 5D Drilling and Pump Service, Inc., and 5D Water Resources, LLC, Defendant AND Davenport Operating, LLC and Davenport Drilling and Pump Services, LLC, Plaintiffs v. 5D Drilling and Pump Service, Inc. and 5D Water Resources, LLC, Defendants, in the 166th Judicial District Court, Bexar County, Texas – Deposition/Hearings

Case No. 09-52647, In re Premier General Holdings, Ltd., Debtor, in the United States Bankruptcy Court, for the Western District of Texas, San Antonio Division – Hearing

Cause No. 08-2098-E, Ricci Lee Pozzi vs. Border Swabbing, Inc. and Tyler Ricottilli, in the 148th Judicial District Court, Nueces County, Texas – Deposition/Trial

Civil No. SA-09-CA-00695-OLG, John Martin, Individually and Derivatively on behalf of Cal-Tex Protective Coatings, Inc. v. Darryl A. Frail, et al., in the United States District Court, Western District of Texas, San Antonio Division – Deposition

Case Number: 10-094; Esperanza Properties, LP and Louis Scott Felder vs. Serengeti Resort, LLC and Lori Hagee; In the District Court, 216th Judicial District, Kendall County, Texas – Deposition

Cause No. 2008-CI-05336; Incore, Inc., Sonterra Office Park, L.P., and John W. Lopez, Plaintiffs and Counterclaim Defendants, v. Incore Construction, Inc., Francisco Casias, Jr., Defendants and Counterclaim/Third-Party Claim Plaintiffs; and, Casias Construction, LLC, Domingo R. Casias, Sr., Harding-Conley-Drawert-Tinch Insurance Agency, Inc. a/k/a HCDT Insurance Agency, Inc., Joyce Tinch as heir of Ace Tinch, Deceased, Maryanna S. Christensen, Paul W. Poettgen, Great American Insurance Company, and Rebecca Lawson Landry, Defendants, in the District Court of 285th Judicial District, Bexar County, Texas – Hearing

Cause No. 10-06624-H; Frederick Brodsky, Plaintiff vs. Huber Prater & Henson, P.C. and Jerry Prater, Defendants; In the District Court, 160th Judicial District, Dallas County, Texas – Deposition

Case No. 11-CV-1275; James E. Woods; Sharon K. Woods; James E. Woods and Sharon K. Woods, Co-Trustees of the James E. Woods and Sharon K. Woods Charitable Remainder Trust Dated December 31, 2008; and Woods, Inc., Plaintiffs vs. Tim J. Larson; and Tim J. Larson, J.D., P.A., Defendants; In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil Department – Deposition

Civil Action No. SA-11-CA-0009-FB; Alfred L. Hernandez, an individual, and Dudley I. Klatt, an individual, Plaintiffs v. W. Lynn Frazier, an individual, Magnum Oil Tools International, LLC, a Texas limited liability company, Magnum International, Inc., an Oklahoma corporation, Magnum Oil Tools Canada, Ltd., a Canadian Company, Magnum CI, Ltd., a Cayman Islands Company, and GARD International, Ltd., a Cayman Islands Company, Defendants; In the United States District Court, Western District of Texas, San Antonio Division - Deposition

Case No. 201001800; NW Doctors Plaza, Ltd. vs. Houston Area Community Service; In the District Court of Harris County, Texas, 125th Judicial District – Deposition

Case No. 1122-CC08678; Peter Nicolazzi v. Laura L. Bone; In the Circuit Court of the City of Saint Louis, State of Missouri – Deposition



EXHIBIT

C-1

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Gallagher Financial Group, Inc.** | | | | | | | | | |
| Check | 7/29/2009 | 1208 | Gallagher Financial Group, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 7/29/2009 | 1208 | Gallagher Financial Group, Inc. | Commission | AP Pavlak LNL 177 | WELLS FARGO BASE - 8459 | 1,625.00 | | -4,875.00 |
| Check | 7/29/2009 | 1208 | Gallagher Financial Group, Inc. | Commission | AP Pavlak AGL 73L | WELLS FARGO BASE - 8459 | 1,625.00 | | -3,250.00 |
| Check | 7/29/2009 | 1208 | Gallagher Financial Group, Inc. | Commission | AP Pavlak LBL 165 | WELLS FARGO BASE - 8459 | 1,625.00 | | -1,625.00 |
| Check | 7/29/2009 | 1208 | Gallagher Financial Group, Inc. | Commission | AP Pavlak ING 283 | WELLS FARGO BASE - 8459 | 1,625.00 | | 0.00 |
| Check | 8/7/2009 | 1313 | Gallagher Financial Group, Inc. | Rice(6781-70) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 8/7/2009 | 1313 | Gallagher Financial Group, Inc. | Client: Gene T. Rice | AP Rice ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 8/7/2009 | 1313 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP Rice OML 446 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 8/7/2009 | 1313 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman | AP Rice ING 283 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Dicken(6781-75) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,550.00 | -4,550.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Client: William A. Dicken | AP Dicken AGL 66L | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Total $ Amount: 35,000.00 | AP Dicken TRA 281 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken | AP Dicken ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Dicken(6781-75) Commission | AP Dicken LNL 591 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Dicken(6781-74) Commission | AP Dicken ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Dicken(6781-75) Commission | AP Dicken ING 283 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 8/11/2009 | 1333 | Gallagher Financial Group, Inc. | Dicken(6781-75) Commission | AP Dicken OML 446 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | King(6781-88) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | Client: Teri King | AP King ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP King LNL 591 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman | AP King ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | King(6781-88) Commission | AP King ING 283 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 8/12/2009 | 1352 | Gallagher Financial Group, Inc. | King(6781-88) Commission | AP King OML 446 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Fahey-IRA(6781-69) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,483.75 | -6,483.75 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Client: Robert J. Fahey-IRA | AP Fahey-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,296.75 | | -5,187.00 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Total $ Amount: 49,875.00 | AP Fahey-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,296.75 | | -3,890.25 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman | AP Fahey-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,296.75 | | -2,593.50 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Fahey-IRA(6781-69) Commission | AP Fahey-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,296.75 | | -1,296.75 |
| Check | 8/24/2009 | 1464 | Gallagher Financial Group, Inc. | Fahey-IRA(6781-69) Commission | AP Fahey-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,296.75 | | 0.00 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 26,221.56 | -26,221.56 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Client: Stanley Prichard-IRA | AP Prichard-IRA LNL 177 | WELLS FARGO BASE - 8459 | 2,622.21 | | -23,599.35 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Total $ Amount: 201,704.31 | AP Prichard-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,622.15 | | -20,977.20 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman | AP Prichard-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,622.15 | | -18,355.05 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard AGL 66L | WELLS FARGO BASE - 8459 | 2,622.15 | | -15,732.90 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA TRA 281 | WELLS FARGO BASE - 8459 | 2,622.15 | | -13,110.75 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,622.15 | | -10,488.60 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA LNL 591 | WELLS FARGO BASE - 8459 | 2,622.15 | | -7,866.45 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,622.15 | | -5,244.30 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ING 283 | WELLS FARGO BASE - 8459 | 2,622.15 | | -2,622.15 |
| Check | 8/24/2009 | 1469 | Gallagher Financial Group, Inc. | Prichard-IRA(6781-74) Commission | AP Prichard-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,622.15 | | 0.00 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Fernando,M (6781-119) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,610.25 | -4,610.25 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Client: Manel & Sumith Fernando | AP Fernando, M LNL 740 | WELLS FARGO BASE - 8459 | 658.61 | | -3,951.64 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Total $ Amount: 35,463.48 | AP Fernando, M TRA 281 | WELLS FARGO BASE - 8459 | 658.61 | | -3,293.03 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Fernando, M ING 201 | WELLS FARGO BASE - 8459 | 658.61 | | -2,634.42 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Fernando,M (6781-119) Commission | AP Fernando,M LNL 591 | WELLS FARGO BASE - 8459 | 658.61 | | -1,975.81 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Fernando,M (6781-119) Commission | AP Fernando, M ANI 852 | WELLS FARGO BASE - 8459 | 658.61 | | -1,317.20 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Fernando,M (6781-119) Commission | AP Fernando, M ING 036 | WELLS FARGO BASE - 8459 | 658.60 | | -658.60 |
| Check | 9/1/2009 | 1520 | Gallagher Financial Group, Inc. | Fernando,M (6781-119) Commission | AP Fernando, M LFG 566 | WELLS FARGO BASE - 8459 | 658.60 | | 0.00 |
| Check | 9/1/2009 | 1525 | Gallagher Financial Group, Inc. | Fernando,S (6781-120) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,921.94 | -2,921.94 |
| Check | 9/1/2009 | 1525 | Gallagher Financial Group, Inc. | Client: Sumith & Manel Fernando | AP Fernando, S ING 201 | WELLS FARGO BASE - 8459 | 730.49 | | -2,191.45 |
| Check | 9/1/2009 | 1525 | Gallagher Financial Group, Inc. | Total $ Amount: 22,476.44 | AP Fernando, S ANI 852 | WELLS FARGO BASE - 8459 | 730.49 | | -1,460.96 |
| Check | 9/1/2009 | 1525 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Fernando, S ING 036 | WELLS FARGO BASE - 8459 | 730.48 | | -730.48 |
| Check | 9/1/2009 | 1525 | Gallagher Financial Group, Inc. | Fernando,S (6781-120) Commission | AP Fernando, S LFG 566 | WELLS FARGO BASE - 8459 | 730.48 | | 0.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,500.00 | -19,500.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Client: Gary Smith-IRA | AP Smith-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,950.00 | | -17,550.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Total $ Amount: 150,000.00 | AP Smith-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,950.00 | | -15,600.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Smith-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,950.00 | | -13,650.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA AGL 66L | WELLS FARGO BASE - 8459 | 1,950.00 | | -11,700.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,950.00 | | -9,750.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,950.00 | | -7,800.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA MAM 860 | WELLS FARGO BASE - 8459 | 1,950.00 | | -5,850.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,950.00 | | -3,900.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,950.00 | | -1,950.00 |
| Check | 9/8/2009 | 1583 | Gallagher Financial Group, Inc. | Smith-IRA(6781-99) Commission | AP Smith-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,950.00 | | 0.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Alcedo-IRA (6781-122) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Client: Mary Alcedo IRA | AP Alcedo-IRA ING 201 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Total $ Amount: 25,000.00 | AP Alcedo-IRA TRA 281 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Alcedo-IRA ANI 852 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Alcedo-IRA (6781-122) Commission | AP Alcedo-IRA ING 036 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 9/10/2009 | 1610 | Gallagher Financial Group, Inc. | Alcedo-IRA (6781-122) Commission | AP Alcedo-IRA LFG 566 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 22,720.00 | -22,720.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Client: Glenda Brooks IRA | AP Brooks-IRA LNL 177 | WELLS FARGO BASE - 8459 | 2,272.00 | | -20,448.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Total $ Amount: 142,000.00 | AP Brooks-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,272.00 | | -18,176.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Brooks-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,272.00 | | -15,904.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,272.00 | | -13,632.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA MAM 860 | WELLS FARGO BASE - 8459 | 2,272.00 | | -11,360.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,272.00 | | -9,088.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA TRA 281 | WELLS FARGO BASE - 8459 | 2,272.00 | | -6,816.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,272.00 | | -4,544.00 |
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA ING 036 | WELLS FARGO BASE - 8459 | 2,272.00 | | -2,272.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 9/10/2009 | 1631 | Gallagher Financial Group, Inc. | Brooks-IRA (6781-153) Commission | AP Brooks-IRA LFG 566 | WELLS FARGO BASE - 8459 | 2,272.00 | | 0.00 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,050.00 | -11,050.00 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Client: Beck Revocable Trust | AP Beck Trust AGL 73L | WELLS FARGO BASE - 8459 | 1,227.78 | | -9,822.22 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Total $ Amount: 85,000.00 | AP Beck Trust AXA 804 | WELLS FARGO BASE - 8459 | 1,227.78 | | -8,594.44 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Beck Trust LNL 740 | WELLS FARGO BASE - 8459 | 1,227.78 | | -7,366.66 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust MAM 660 | WELLS FARGO BASE - 8459 | 1,227.78 | | -6,138.88 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust ING 201 | WELLS FARGO BASE - 8459 | 1,227.78 | | -4,911.10 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust WPL 982 | WELLS FARGO BASE - 8459 | 1,227.78 | | -3,683.32 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust ANI 852 | WELLS FARGO BASE - 8459 | 1,227.78 | | -2,455.54 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust ING 036 | WELLS FARGO BASE - 8459 | 1,227.77 | | -1,227.77 |
| Check | 9/14/2009 | 1678 | Gallagher Financial Group, Inc. | Beck Revocable Trust (6781-162) Commission | AP Beck Trust LFG 566 | WELLS FARGO BASE - 8459 | 1,227.77 | | 0.00 |
| Check | 9/15/2009 | 1717 | Gallagher Financial Group, Inc. | Blackman, CE (6781-176) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 9/15/2009 | 1717 | Gallagher Financial Group, Inc. | Client: Clarence E. Blackman | AP Blackman, CE ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 9/15/2009 | 1717 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP Blackman, CE ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 9/15/2009 | 1717 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Blackman, CE LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 9/15/2009 | 1722 | Gallagher Financial Group, Inc. | Blackman, CA (6781-177) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 9/15/2009 | 1722 | Gallagher Financial Group, Inc. | Client: Clarence A. Blackman | AP Blackman, CA ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 9/15/2009 | 1722 | Gallagher Financial Group, Inc. | Total $ Amount: 20,000.00 | AP Blackman, CA LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,180.00 | -11,180.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Client: Marilyn Wheeler IRA | AP Wheeler,M-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,118.00 | | -10,062.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Total $ Amount: 85,000.00 | AP Wheeler,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,118.00 | | -8,944.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Wheeler,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,118.00 | | -7,826.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,118.00 | | -6,708.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,118.00 | | -5,590.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,118.00 | | -4,472.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA MAM 660 | WELLS FARGO BASE - 8459 | 1,118.00 | | -3,354.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,118.00 | | -2,236.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,118.00 | | -1,118.00 |
| Check | 9/16/2009 | 1751 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,118.00 | | 0.00 |
| Check | 9/18/2009 | 1766 | Gallagher Financial Group, Inc. | Brenneman Family Trust (6781-187) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 9/18/2009 | 1766 | Gallagher Financial Group, Inc. | Client: Brenneman Family Trust | AP Brenneman Trust ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 9/18/2009 | 1766 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP Brenneman Trust ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 9/18/2009 | 1766 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Brenneman Trust LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 9/18/2009 | 1770 | Gallagher Financial Group, Inc. | Van Norman (6781-166) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,720.00 | -2,720.00 |
| Check | 9/18/2009 | 1770 | Gallagher Financial Group, Inc. | Client: Charles & Janice Van Norman | AP Van Norman ING 201 | WELLS FARGO BASE - 8459 | 906.67 | | -1,813.33 |
| Check | 9/18/2009 | 1770 | Gallagher Financial Group, Inc. | Total $ Amount: 17,000.00 | AP Van Norman ANI 852 | WELLS FARGO BASE - 8459 | 906.67 | | -906.66 |
| Check | 9/18/2009 | 1770 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Van Norman LFG 566 | WELLS FARGO BASE - 8459 | 906.66 | | 0.00 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Snodgrass IRA (6781-182) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,750.00 | -9,750.00 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Client: Robert Snodgrass | AP Snodgrass IRA WPL 982 | WELLS FARGO BASE - 8459 | 1,392.86 | | -8,357.14 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Total $ Amount: 75,000.00 | AP Snodgrass IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,392.86 | | -6,964.28 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Snodgrass IRA ING 201 | WELLS FARGO BASE - 8459 | 1,392.86 | | -5,571.42 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA MAM 860 | WELLS FARGO BASE - 8459 | 1,392.86 | | -4,178.56 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,392.86 | | -2,785.70 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,392.85 | | -1,392.85 |
| Check | 9/18/2009 | 1787 | Gallagher Financial Group, Inc. | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA ING 036 | WELLS FARGO BASE - 8459 | 1,392.85 | | 0.00 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,308.31 | -3,308.31 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Client: Michael Wheeler IRA | AP Wheeler,Michael IRA LNL 177 | WELLS FARGO BASE - 8459 | 661.67 | | -2,646.64 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Total $ Amount: 25,446.57 | AP Wheeler,Michael IRA LNL740 | WELLS FARGO BASE - 8459 | 661.66 | | -1,984.98 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (1.00%) | AP Wheeler,Michael IRA ANI 852 | WELLS FARGO BASE - 8459 | 661.66 | | -1,323.32 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165) Commission | AP Wheeler,Michael IRA LFG 566 | WELLS FARGO BASE - 8459 | 661.66 | | -661.66 |
| Check | 9/23/2009 | 1822 | Gallagher Financial Group, Inc. | Wheeler-IRA (6781-165) Commission | AP Wheeler,Michael IRA ING 036 | WELLS FARGO BASE - 8459 | 661.66 | | 0.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Crespy (6781-200) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,000.00 | -13,000.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Client: Garrett J. Crespy | AP Crespy LNL 732 | WELLS FARGO BASE - 8459 | 2,600.00 | | -10,400.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Total $ Amount: 100,000.00 | AP Crespy ING 201 | WELLS FARGO BASE - 8459 | 2,600.00 | | -7,800.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Crespy ANI 852 | WELLS FARGO BASE - 8459 | 2,600.00 | | -5,200.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Crespy (6781-200) Commission | AP Crespy LFG 566 | WELLS FARGO BASE - 8459 | 2,600.00 | | -2,600.00 |
| Check | 9/24/2009 | 1856 | Gallagher Financial Group, Inc. | Crespy (6781-200) Commission | AP Crespy ING 036 | WELLS FARGO BASE - 8459 | 2,600.00 | | 0.00 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Chacon IRA (6781-204) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,483.75 | -6,483.75 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Client: Isabel R. Chacon | AP Chacon IRA INV 201 | WELLS FARGO BASE - 8459 | 1,296.75 | | -5,187.00 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Total $ Amount: 49,875 | AP Chacon IRA LNL 732 | WELLS FARGO BASE - 8459 | 1,296.75 | | -3,890.25 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3%) | AP Chacon IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,296.75 | | -2,593.50 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Chacon IRA (6781-204) commission | AP Chacon IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,296.75 | | -1,296.75 |
| Check | 9/29/2009 | 1891 | Gallagher Financial Group, Inc. | Chacon IRA (6781-204) commission | AP Chacon IRA ING 036 | WELLS FARGO BASE - 8459 | 1,296.75 | | 0.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,380.00 | -3,380.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Client: Alfred Mays | AP Mays IRA MET 650 | WELLS FARGO BASE - 8459 | 338.00 | | -3,042.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Total $ amount $26,000 | AP Mays IRA AGL 73L | WELLS FARGO BASE - 8459 | 338.00 | | -2,704.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3% | AP Mays IRA AXA 804 | WELLS FARGO BASE - 8459 | 338.00 | | -2,366.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA WPL 982 | WELLS FARGO BASE - 8459 | 338.00 | | -2,028.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA LNL 740 | WELLS FARGO BASE - 8459 | 338.00 | | -1,690.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA ING 201 | WELLS FARGO BASE - 8459 | 338.00 | | -1,352.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA MAM 860 | WELLS FARGO BASE - 8459 | 338.00 | | -1,014.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA ANI 852 | WELLS FARGO BASE - 8459 | 338.00 | | -676.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA LFG 566 | WELLS FARGO BASE - 8459 | 338.00 | | -338.00 |
| Check | 9/29/2009 | 1909 | Gallagher Financial Group, Inc. | Mays IRA (6781-195) commission | AP Mays IRA ING 036 | WELLS FARGO BASE - 8459 | 338.00 | | 0.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Jones IRA (6781-149) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Client: James Jones | AP Jones IRA AXA 804 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Jones IRA LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Jones IRA MAM 860 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Jones IRA (6781-149) commission | AP Jones IRA ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Jones IRA (6781-149) commission | AP Jones IRA TRA 281 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 9/30/2009 | 1948 | Gallagher Financial Group, Inc. | Jones IRA (6781-149) commission | AP Jones IRA ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,600.00 | -9,600.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Client: David & Nancy Rogers | AP Rogers MET 650 | WELLS FARGO BASE - 8459 | 960.00 | | -8,640.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Total $ amount $60,000 | AP Rogers AGL 73L | WELLS FARGO BASE - 8459 | 960.00 | | -7,680.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP Rogers AXA 804 | WELLS FARGO BASE - 8459 | 960.00 | | -6,720.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP RogersAXA 146 | WELLS FARGO BASE - 8459 | 960.00 | | -5,760.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers LNL 740 | WELLS FARGO BASE - 8459 | 960.00 | | -4,800.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers ING 201 | WELLS FARGO BASE - 8459 | 960.00 | | -3,840.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers ANI 852 | WELLS FARGO BASE - 8459 | 960.00 | | -2,880.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers LNL 782 | WELLS FARGO BASE - 8459 | 960.00 | | -1,920.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers LFG 566 | WELLS FARGO BASE - 8459 | 960.00 | | -960.00 |
| Check | 9/30/2009 | 1961 | Gallagher Financial Group, Inc. | Rogers (6781-224) commission | AP Rogers ING 036 | WELLS FARGO BASE - 8459 | 960.00 | | 0.00 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Friedline-IRA (6781-238) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,736.00 | -4,736.00 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Client: Larry Friedline IRA | AP Friedline-IRA LNL 740 | WELLS FARGO BASE - 8459 | 789.33 | | -3,946.67 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Total $ Amount: 28,600.00 | AP Friedline-IRA ING 201 | WELLS FARGO BASE - 8459 | 789.33 | | -3,157.34 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Friedline-IRA ANI 852 | WELLS FARGO BASE - 8459 | 789.33 | | -2,368.01 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Friedline-IRA (6781-238) Commission | AP Friedline-IRA TRA 261 | WELLS FARGO BASE - 8459 | 789.33 | | -1,578.68 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Friedline-IRA (6781-238) Commission | AP Friedline-IRA LFG 566 | WELLS FARGO BASE - 8459 | 789.33 | | -789.35 |
| Check | 10/5/2009 | 2044 | Gallagher Financial Group, Inc. | Friedline-IRA (6781-238) Commission | AP Friedline-IRA ING 036 | WELLS FARGO BASE - 8459 | 789.35 | | 0.00 |
| Check | 10/9/2009 | 2176 | Gallagher Financial Group, Inc. | R. McDonald-IRA (6781-270A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 841.58 | -841.58 |
| Check | 10/9/2009 | 2176 | Gallagher Financial Group, Inc. | Client: Robert McDonald - IRA | AP McDonald,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 841.58 | | 0.00 |
| Check | 10/9/2009 | 2181 | Gallagher Financial Group, Inc. | D. McDonald-IRA (6781-270C) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 650.00 | -650.00 |
| Check | 10/9/2009 | 2181 | Gallagher Financial Group, Inc. | Client: Drucilla McDonald - IRA | AP McDonald,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/9/2009 | 2188 | Gallagher Financial Group, Inc. | Fahey-IRA (6781-271) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,730.56 | -1,730.56 |
| Check | 10/9/2009 | 2188 | Gallagher Financial Group, Inc. | Client: Barbara Fahey - IRA | AP Fahey-IRA LNL 782 | WELLS FARGO BASE - 8459 | 865.28 | | -865.28 |
| Check | 10/9/2009 | 2188 | Gallagher Financial Group, Inc. | Total $ Amount: 13,312.02 | AP Fahey-IRA LFG 566 | WELLS FARGO BASE - 8459 | 865.28 | | 0.00 |
| Check | 10/13/2009 | 2199 | Gallagher Financial Group, Inc. | Zarate (6781-273) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 10/13/2009 | 2199 | Gallagher Financial Group, Inc. | Client: Humberto Zarate | AP Zarate ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/13/2009 | 2199 | Gallagher Financial Group, Inc. | Total $ Amount: 20,000.00 | AP Zarate ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/13/2009 | 2199 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Zarate LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/13/2009 | 2199 | Gallagher Financial Group, Inc. | Zarate (6781-273) Commission | AP Zarate LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Loftin (6781-274) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Client: Leslie & Donna Loftin | AP Loftin ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP Loftin ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Licensee: Wesley Davidson (3.00%) | AP Loftin LNL 782 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Loftin (6781-274) Commission | AP Loftin LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 10/13/2009 | 2254 | Gallagher Financial Group, Inc. | Loftin (6781-274) Commission | AP Loftin ING 036 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 10/15/2009 | 2262 | Gallagher Financial Group, Inc. | RJ McDonald-IRA (6781-270) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,185.00 | -3,185.00 |
| Check | 10/15/2009 | 2262 | Gallagher Financial Group, Inc. | Client: Robert J. McDonald-IRA | AP McDonald,RJ-IRA ING 201 | WELLS FARGO BASE - 8459 | 796.25 | | -2,388.75 |
| Check | 10/15/2009 | 2262 | Gallagher Financial Group, Inc. | Total $ Amount: 24,500.00 | AP McDonald,RJ-IRA ANI 852 | WELLS FARGO BASE - 8459 | 796.25 | | -1,592.50 |
| Check | 10/15/2009 | 2262 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP McDonald,RJ-IRA LNL 782 | WELLS FARGO BASE - 8459 | 796.25 | | -796.25 |
| Check | 10/15/2009 | 2262 | Gallagher Financial Group, Inc. | RJ McDonald-IRA (6781-270) Commission | AP McDonald,RJ-IRA LFG 566 | WELLS FARGO BASE - 8459 | 796.25 | | 0.00 |
| Check | 10/15/2009 | 2267 | Gallagher Financial Group, Inc. | DJ McDonald-IRA (6781-270) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,640.00 | -3,640.00 |
| Check | 10/15/2009 | 2267 | Gallagher Financial Group, Inc. | Client: Drucilla J. McDonald-IRA | AP McDonald,DJ-IRA ING 201 | WELLS FARGO BASE - 8459 | 910.00 | | -2,730.00 |
| Check | 10/15/2009 | 2267 | Gallagher Financial Group, Inc. | Total $ Amount: 28,000.00 | AP McDonald,DJ-IRA ANI 852 | WELLS FARGO BASE - 8459 | 910.00 | | -1,820.00 |
| Check | 10/15/2009 | 2267 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP McDonald,DJ-IRA LNL 782 | WELLS FARGO BASE - 8459 | 910.00 | | -910.00 |
| Check | 10/15/2009 | 2267 | Gallagher Financial Group, Inc. | DJ McDonald-IRA (6781-270B) Commission | AP McDonald,DJ-IRA LFG 566 | WELLS FARGO BASE - 8459 | 910.00 | | 0.00 |
| Check | 10/16/2009 | 2305 | Gallagher Financial Group, Inc. | Rugnetta Trust (6781-299) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 10/16/2009 | 2305 | Gallagher Financial Group, Inc. | Client: Frank & Helen Rugnetta Rev. Trust | AP Rugnetta Trust ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/16/2009 | 2305 | Gallagher Financial Group, Inc. | Total $ Amount: 20,000.00 | AP Rugnetta Trust ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/16/2009 | 2305 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Rugnetta Trust LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/16/2009 | 2305 | Gallagher Financial Group, Inc. | Rugnetta Trust (6781-299) Commission | AP Rugnetta Trust LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | King-IRA (6781-240A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,600.00 | -9,600.00 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | Client: James Garfield King | AP King-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,371.48 | | -8,228.52 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | Total $ Amount: 60,000.00 | AP King-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,371.42 | | -6,857.10 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (15.00%) | AP King-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,371.42 | | -5,485.68 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | King-IRA (6781-240A) Commission | AP King-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,371.42 | | -4,114.26 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | King-IRA (6781-240A) Commission | AP King-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,371.42 | | -2,742.84 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | King-IRA (6781-240A) Commission | AP King-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,371.42 | | -1,371.42 |
| Check | 10/19/2009 | 2338 | Gallagher Financial Group, Inc. | King-IRA (6781-240A) Commission | AP King-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,371.42 | | 0.00 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,006.72 | -6,006.72 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | Client: Janice Van Norman-IRA (6781-188A) | AP Van Norman,J-IRA LNL 740 | WELLS FARGO BASE - 8459 | 858.12 | | -5,148.60 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | Total $ Amount: 37,542.00 | AP Van Norman,J-IRA MAM 860 | WELLS FARGO BASE - 8459 | 858.10 | | -4,290.50 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Van Norman,J-IRA ING 201 | WELLS FARGO BASE - 8459 | 858.10 | | -3,432.40 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | Commission | AP Van Norman,J-IRA WPL 982 | WELLS FARGO BASE - 8459 | 858.10 | | -2,574.30 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | | AP Van Norman,J-IRA ANI 852 | WELLS FARGO BASE - 8459 | 858.10 | | -1,716.20 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | | AP Van Norman,J-IRA ING 036 | WELLS FARGO BASE - 8459 | 858.10 | | -858.10 |
| Check | 10/20/2009 | 2379 | Gallagher Financial Group, Inc. | | AP Van Norman,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 858.10 | | 0.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,400.00 | -6,400.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | Client: Charles & Janice Van Norman (6781-188B) | AP Van Norman J&C AXA 804 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | Total $ Amount: 40,000.00 | AP Van Norman J&C AXA 146 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Van Norman J&C LNL 740 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | Commission | AP Van Norman J&C ING 201 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | | AP Van Norman J&C ANI 852 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | | AP Van Norman J&C LNL 782 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | | AP Van Norman J&C LFG 566 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 10/20/2009 | 2383 | Gallagher Financial Group, Inc. | | AP Van Norman J&C ING 036 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,600.00 | -9,600.00 |
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | Client: James & Delaine King (6781-240B) | AP King, J&D ING 201 | WELLS FARGO BASE - 8459 | 1,920.00 | | -7,680.00 |
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | Total $ Amount: 60,000.00 | AP King, J&D ANI 852 | WELLS FARGO BASE - 8459 | 1,920.00 | | -5,760.00 |
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP King, J&D LNL 782 | WELLS FARGO BASE - 8459 | 1,920.00 | | -3,840.00 |
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | Commission | AP King, J&D LFG 566 | WELLS FARGO BASE - 8459 | 1,920.00 | | -1,920.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/21/2009 | 2405 | Gallagher Financial Group, Inc. | | AP King, J&D ING 036 | WELLS FARGO BASE - 8459 | 1,920.00 | | 0.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | Client: Monica F. Noyes (6781-315) | AP Noyes HLI 814 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | Total $ amount $50,000 | AP Noyes ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | Licensee: Monica F. Noyes (3%) | AP Noyes ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | Commissions | AP Noyes LNL 762 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 10/23/2009 | 2496 | Gallagher Financial Group, Inc. | | AP Noyes LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,500.00 | -19,500.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | Client: Robert D. Ward-IRA (6781-344) | AP Ward,R-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,950.00 | | -17,550.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | Total $ Amount: 150,000.00 | AP Ward,R-IRA LNL 761 | WELLS FARGO BASE - 8459 | 1,950.00 | | -15,600.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Ward,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,950.00 | | -13,650.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | Commission | AP Ward,R-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,950.00 | | -11,700.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,950.00 | | -9,750.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,950.00 | | -7,800.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,950.00 | | -5,850.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,950.00 | | -3,900.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,950.00 | | -1,950.00 |
| Check | 10/26/2009 | 2563 | Gallagher Financial Group, Inc. | | AP Ward,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,950.00 | | 0.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 14,400.00 | -14,400.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | Client: Nancy JoAnn Burt-IRA (6781-343) | AP Burt,N-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,440.00 | | -12,960.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | Total $ Amount 90,000.00 | AP Burt,N-IRA LNL 761 | WELLS FARGO BASE - 8459 | 1,440.00 | | -11,520.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Burt,N-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,440.00 | | -10,080.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | Commission | AP Burt,N-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,440.00 | | -8,640.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,440.00 | | -7,200.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,440.00 | | -5,760.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,440.00 | | -4,320.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,440.00 | | -2,880.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,440.00 | | -1,440.00 |
| Check | 10/26/2009 | 2587 | Gallagher Financial Group, Inc. | | AP Burt,N-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,440.00 | | 0.00 |
| Check | 10/27/2009 | 2591 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 10/27/2009 | 2591 | Gallagher Financial Group, Inc. | Client: Samuel & Ruth Pavlak (6781-52A) | AP Pavlak HLI 814 | WELLS FARGO BASE - 8459 | 1,950.00 | | -1,950.00 |
| Check | 10/27/2009 | 2591 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Pavlak ING 036 | WELLS FARGO BASE - 8459 | 1,950.00 | | 0.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | Client: Tahlie M. Carter (6781-334) | AP Carter HLI 814 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | Total $ Amount: 25,000.00 | AP Carter ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Carter ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | Commission | AP Carter LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/28/2009 | 2650 | Gallagher Financial Group, Inc. | | AP Carter LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,382.08 | -10,382.08 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | Client: Deborah Jones-IRA (6781-309) | AP Jones,D-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,038.21 | | -9,343.87 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | Total $ amount $79,862.12 | AP Jones,D-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,038.21 | | -8,305.66 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Jones,D-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,038.21 | | -7,267.45 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | Commissions | AP Jones,D-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,038.21 | | -6,229.24 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,038.21 | | -5,191.03 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,038.21 | | -4,152.82 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,038.21 | | -3,114.61 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,038.21 | | -2,076.40 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,038.21 | | -1,038.19 |
| Check | 10/29/2009 | 2685 | Gallagher Financial Group, Inc. | | AP Jones,D-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,038.19 | | 0.00 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,853.66 | -10,853.66 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | Client: Barbara D. Cook-IRA (6781-365) | AP Cook,B-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,085.37 | | -9,768.29 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | Total $ amount $83,489.68 | AP Cook,B-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,085.37 | | -8,682.92 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Cook,B-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,085.37 | | -7,597.55 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | Commissions | AP Cook,B-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,085.37 | | -6,512.18 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,085.37 | | -5,426.81 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,085.37 | | -4,341.44 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,085.37 | | -3,256.07 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,085.37 | | -2,170.70 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,085.37 | | -1,085.33 |
| Check | 10/30/2009 | 2735 | Gallagher Financial Group, Inc. | | AP Cook,B-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,085.33 | | 0.00 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,811.63 | -5,811.63 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | Client: Delaine King-IRA (6781-240) | AP King,D-IRA MET 650 | WELLS FARGO BASE - 8459 | 830.23 | | -4,981.40 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | Total $ amount $38,322.71 | AP King,D-IRA AGL 03L | WELLS FARGO BASE - 8459 | 830.23 | | -4,151.17 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP King,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 830.23 | | -3,320.94 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | Commissions | AP King,D-IRA ANI 852 | WELLS FARGO BASE - 8459 | 830.23 | | -2,490.71 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | | AP King,D-IRA OMI 446 | WELLS FARGO BASE - 8459 | 830.23 | | -1,660.48 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | | AP King,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 830.23 | | -830.25 |
| Check | 10/30/2009 | 2744 | Gallagher Financial Group, Inc. | | AP King,D-IRA ING 036 | WELLS FARGO BASE - 8459 | 830.25 | | 0.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,750.00 | -9,750.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | Client: Alfred & Marguerita Maya (6781-195A) | AP Maya,A HLI 814 | WELLS FARGO BASE - 8459 | 975.00 | | -8,775.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | Total $ Amount: 75,000.00 | AP Maya,A LLI 899 | WELLS FARGO BASE - 8459 | 975.00 | | -7,800.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Maya,A AXA 804 | WELLS FARGO BASE - 8459 | 975.00 | | -6,825.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | Commission | AP Maya,A AXA 146 | WELLS FARGO BASE - 8459 | 975.00 | | -5,850.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A LNL 740 | WELLS FARGO BASE - 8459 | 975.00 | | -4,875.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A ING 201 | WELLS FARGO BASE - 8459 | 975.00 | | -3,900.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A ANI 852 | WELLS FARGO BASE - 8459 | 975.00 | | -2,925.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A LNL 782 | WELLS FARGO BASE - 8459 | 975.00 | | -1,950.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A LFG 566 | WELLS FARGO BASE - 8459 | 975.00 | | -975.00 |
| Check | 11/3/2009 | 2784 | Gallagher Financial Group, Inc. | | AP Maya,A ING 036 | WELLS FARGO BASE - 8459 | 975.00 | | 0.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,800.00 | -7,800.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | Client: Deborah Jones (6781-309) | AP Jones,D HLI 814 | WELLS FARGO BASE - 8459 | 780.00 | | -7,020.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | Total $ Amount: 60,000.00 | AP Jones,D LLI 899 | WELLS FARGO BASE - 8459 | 780.00 | | -6,240.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Jones,D AXA 804 | WELLS FARGO BASE - 8459 | 780.00 | | -5,460.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | Commission | AP Jones,D AXA 146 | WELLS FARGO BASE - 8459 | 780.00 | | -4,680.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D LNL 740 | WELLS FARGO BASE - 8459 | 780.00 | | -3,900.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D ING 201 | WELLS FARGO BASE - 8459 | 780.00 | | -3,120.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D ANI 852 | WELLS FARGO BASE - 8459 | 780.00 | | -2,340.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D LNL 782 | WELLS FARGO BASE - 8459 | 780.00 | | -1,560.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D LFG 566 | WELLS FARGO BASE - 8459 | 780.00 | | -780.00 |
| Check | 11/3/2009 | 2792 | Gallagher Financial Group, Inc. | | AP Jones,D ING 036 | WELLS FARGO BASE - 8459 | 780.00 | | -0.00 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,648.31 | -4,648.31 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | Client: Diane Carrington (6781-332) | AP Carrington HLI 814 | WELLS FARGO BASE - 8459 | 929.66 | | -3,718.65 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | Total $ Amount: 35,756.21 | AP Carrington ING 201 | WELLS FARGO BASE - 8459 | 929.66 | | -2,788.99 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | Licensee: Wesley Davidson (3.00%) | AP Carrington ANI 852 | WELLS FARGO BASE - 8459 | 929.66 | | -1,859.33 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | Commission | AP Carrington LNL 782 | WELLS FARGO BASE - 8459 | 929.66 | | -929.67 |
| Check | 11/9/2009 | 2926 | Gallagher Financial Group, Inc. | | AP Carrington LFG 566 | WELLS FARGO BASE - 8459 | 929.67 | | -0.00 |
| Check | 11/10/2009 | 2947 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,990.00 | -2,990.00 |
| Check | 11/10/2009 | 2947 | Gallagher Financial Group, Inc. | Client: John Gillespie (6781-378) | AP Gillespie J&G HLI 814 | WELLS FARGO BASE - 8459 | 747.50 | | -2,242.50 |
| Check | 11/10/2009 | 2947 | Gallagher Financial Group, Inc. | Total $ amount $23,000 | AP Gillespie J&G PLI 930 | WELLS FARGO BASE - 8459 | 747.50 | | -1,495.00 |
| Check | 11/10/2009 | 2947 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Gillespie J&G LNL 782 | WELLS FARGO BASE - 8459 | 747.50 | | -747.50 |
| Check | 11/10/2009 | 2947 | Gallagher Financial Group, Inc. | Commissions | AP Gillespie J&G LFG 566 | WELLS FARGO BASE - 8459 | 747.50 | | -0.00 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,370.00 | -6,370.00 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | Client: Rex Walthers-IRA (6781-194) | AP Walthers,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 707.78 | | -5,662.22 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | Total $ Amount: 49,000.00 | AP Walthers,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 707.78 | | -4,954.44 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Walthers,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 707.78 | | -4,246.66 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | Commission | AP Walthers,R-IRA ING 263 | WELLS FARGO BASE - 8459 | 707.78 | | -3,538.88 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | AP Walthers,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 707.78 | | -2,831.10 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | AP Walthers,R-IRA WPL 982 | WELLS FARGO BASE - 8459 | 707.78 | | -2,123.32 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | AP Walthers,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 707.78 | | -1,415.54 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | AP Walthers,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 707.78 | | -707.76 |
| Check | 11/11/2009 | 2984 | Gallagher Financial Group, Inc. | | AP Walthers,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 707.76 | | -0.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,550.00 | -4,550.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | Client: Betty L. Dorman-IRA (6781-351) | AP Dorman,B-IRA HLI 814 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | Total $ Amount: 35,000.00 | AP Dorman,B-IRA LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Dorman,B-IRA AXA 146 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | Commission | AP Dorman,B-IRA ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | | AP Dorman,B-IRA ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | | AP Dorman,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 11/11/2009 | 2994 | Gallagher Financial Group, Inc. | | AP Dorman,B-IRA LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -0.00 |
| Check | 11/11/2009 | 2999 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,172.48 | -1,172.48 |
| Check | 11/11/2009 | 2999 | Gallagher Financial Group, Inc. | Client: Roger Macleod-IRA (6781-444) | AP Macleod,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 586.24 | | -586.24 |
| Check | 11/11/2009 | 2999 | Gallagher Financial Group, Inc. | Total $ Amount: 9,019.11 | AP Macleod,R-IRA AGL 062 | WELLS FARGO BASE - 8459 | 586.24 | | -0.00 |
| Check | 11/12/2009 | 3016 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 780.00 | -780.00 |
| Check | 11/12/2009 | 3016 | Gallagher Financial Group, Inc. | Client: Kip Souza-IRA (6781-203) | AP Souza,K-IRA LFG 566 | WELLS FARGO BASE - 8459 | 780.00 | | -0.00 |
| Check | 11/12/2009 | 3023 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 780.00 | -780.00 |
| Check | 11/12/2009 | 3023 | Gallagher Financial Group, Inc. | Client: Meira Souza-IRA (6781-203A) | AP Souza,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 780.00 | | -0.00 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,437.44 | -5,437.44 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | Client: Phillip Leslie Johnson-IRA (6781-350) | AP Johnson,P-IRA LLI 899 | WELLS FARGO BASE - 8459 | 906.24 | | -4,531.20 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | Total $ Amount: 33,084.00 | AP Johnson,P-IRA AXA 804 | WELLS FARGO BASE - 8459 | 906.24 | | -3,624.96 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (18.00%) | AP Johnson,P-IRA AXA 146 | WELLS FARGO BASE - 8459 | 906.24 | | -2,718.72 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | Commission | AP Johnson,P-IRA LNL 740 | WELLS FARGO BASE - 8459 | 906.24 | | -1,812.48 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | | AP Johnson,P-IRA ING 201 | WELLS FARGO BASE - 8459 | 906.24 | | -906.24 |
| Check | 11/12/2009 | 3034 | Gallagher Financial Group, Inc. | | AP Johnson,P-IRA ING 036 | WELLS FARGO BASE - 8459 | 906.24 | | -0.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | Client: William Clark (6781-390) | AP Clark, W AXA 804 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP Clark, W LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Clark, W LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | Commission | AP Clark, W ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W PLI 930 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W AGL 062 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W AXA 146 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 11/12/2009 | 3047 | Gallagher Financial Group, Inc. | | AP Clark, W HLI 814 | WELLS FARGO BASE - 8459 | 650.00 | | -0.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | Client: Robert & Yvonne Killen (6781-391) | AP Killen R&Y LNL 740 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP Killen R&Y LNL 782 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Killen R&Y PLI 930 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | Commission | AP Killen R&Y LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 11/12/2009 | 3052 | Gallagher Financial Group, Inc. | | AP Killen R&Y AGL 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -0.00 |
| Check | 11/12/2009 | 3057 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,377.13 | -4,377.13 |
| Check | 11/12/2009 | 3057 | Gallagher Financial Group, Inc. | Client: Julie K. Gardner (6781-392) | AP Gardner, J AGL 062 | WELLS FARGO BASE - 8459 | 2,188.56 | | -2,188.57 |
| Check | 11/12/2009 | 3057 | Gallagher Financial Group, Inc. | Total $ Amount: 33,670.23 | AP Gardner, J ANI 521 | WELLS FARGO BASE - 8459 | 2,188.57 | | -0.00 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,772.89 | -11,772.89 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | Client: Rebecca Manion-IRA (6781-386) | AP Manion,R-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,177.29 | | -10,595.79 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | Total $ Amount: 73,561.18 | AP Manion,R-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,177.29 | | -9,418.41 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Manion,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,177.29 | | -8,241.12 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | Commission | AP Manion,R-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,177.29 | | -7,063.83 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,177.29 | | -5,886.54 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,177.29 | | -4,709.25 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,177.29 | | -3,531.96 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,177.29 | | -2,354.67 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,177.29 | | -1,177.38 |
| Check | 11/13/2009 | 3102 | Gallagher Financial Group, Inc. | | AP Manion,R-IRA ING 936 | WELLS FARGO BASE - 8459 | 1,177.38 | | 0.00 |
| Check | 11/16/2009 | 3144 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,160.00 | -6,160.00 |
| Check | 11/16/2009 | 3144 | Gallagher Financial Group, Inc. | Client: Ralph C. Redenbaugh (6781-367) | AP Redenbaugh,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,053.34 | | -4,106.66 |
| Check | 11/16/2009 | 3144 | Gallagher Financial Group, Inc. | Total $ amount $35,500 | AP Redenbaugh,R-IRA ANI 652 | WELLS FARGO BASE - 8459 | 2,053.33 | | -2,053.33 |
| Check | 11/16/2009 | 3144 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP Redenbaugh,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 2,053.33 | | 0.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | Client: Betty Jean King (6781-407) | AP King,B LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP King,B LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP King,B LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | Commission | AP King,B AGL 062 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | | AP King,B ANI 521 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 11/17/2009 | 3215 | Gallagher Financial Group, Inc. | | AP King,B PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 11/19/2009 | 3256 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 11/19/2009 | 3256 | Gallagher Financial Group, Inc. | Client: Gary K. Cain (6781-428) | AP Cain,G AGL 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 11/19/2009 | 3256 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP Cain,G LBL 771 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 11/19/2009 | 3256 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Cain,G PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,659.48 | -16,659.48 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | Client: Julie K. Gardner-IRA (6781-392A) | AP Gardner,J-IRA LLI 699 | WELLS FARGO BASE - 8459 | 2,379.80 | | -14,279.58 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | Total $ amount $128,349.69 | AP Gardner,J-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,379.93 | | -11,899.65 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3%) | AP Gardner,J-IRA LNL 26A | WELLS FARGO BASE - 8459 | 2,379.93 | | -9,519.72 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | Commissions | AP Gardner,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 2,379.93 | | -7,139.79 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | | AP Gardner,J-IRA LNL 782 | WELLS FARGO BASE - 8459 | 2,379.93 | | -4,759.86 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | | AP Gardner,J-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,379.93 | | -2,379.93 |
| Check | 11/20/2009 | 3291 | Gallagher Financial Group, Inc. | | AP Gardner,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 2,379.93 | | 0.00 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 63,206.15 | -63,206.15 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | Client: James Garfield King (6781-240C) | AP King,James IRA LLI 699 | WELLS FARGO BASE - 8459 | 6,320.62 | | -56,885.53 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | Total $ amount $395,038.44 | AP King,James IRA LNL 740 | WELLS FARGO BASE - 8459 | 6,320.62 | | -50,564.91 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP King,James IRA LNL 26A | WELLS FARGO BASE - 8459 | 6,320.62 | | -44,244.29 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | Commissions | AP King,James IRA JPI 062 | WELLS FARGO BASE - 8459 | 6,320.62 | | -37,923.67 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA LNL 782 | WELLS FARGO BASE - 8459 | 6,320.62 | | -31,603.05 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA ING 201 | WELLS FARGO BASE - 8459 | 6,320.62 | | -25,282.43 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA AXA 597 | WELLS FARGO BASE - 8459 | 6,320.62 | | -18,961.81 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA AGL 062 | WELLS FARGO BASE - 8459 | 6,320.62 | | -12,641.19 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA LBL 771 | WELLS FARGO BASE - 8459 | 6,320.62 | | -6,320.57 |
| Check | 11/23/2009 | 3330 | Gallagher Financial Group, Inc. | | AP King,James IRA LFG 566 | WELLS FARGO BASE - 8459 | 6,320.57 | | 0.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,100.00 | -9,100.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | Client: Sherry North (6781-451) | AP North,S JPI 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -7,800.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | Total $ amount $70,000 | AP North,S LNL 782 | WELLS FARGO BASE - 8459 | 1,300.00 | | -6,500.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP North,S PLI 880 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | Commissions | AP North,S AXA 597 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | | AP North,S AGL 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | | AP North,S LBL 771 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 12/3/2009 | 3465 | Gallagher Financial Group, Inc. | | AP North,S PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,983.75 | -12,983.75 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | Client: Mark Jones-IRA (6781-412) | AP Jones,M-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,622.96 | | -11,360.79 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | Total $ Amount: $59,875.00 | AP Jones,M-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,622.97 | | -9,737.82 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Jones,M-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,622.97 | | -8,114.85 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | Commission | AP Jones,M-IRA PLI 880 | WELLS FARGO BASE - 8459 | 1,622.97 | | -6,491.88 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | | AP Jones,M-IRA JPI 183 | WELLS FARGO BASE - 8459 | 1,622.97 | | -4,868.91 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | | AP Jones,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,622.97 | | -3,245.94 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | | AP Jones,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,622.97 | | -1,622.97 |
| Check | 12/3/2009 | 3528 | Gallagher Financial Group, Inc. | | AP Jones,M-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,622.97 | | 0.00 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,619.02 | -10,619.02 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | Client: Paula Robertson-IRA (6781-485) | AP Robertson,P-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,061.82 | | -9,557.10 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | Total $ Amount: 66,356.87 | AP Robertson,P-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,061.90 | | -8,495.20 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Robertson,P-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,061.90 | | -7,433.30 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | Commission | AP Robertson,P-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,061.90 | | -6,371.40 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,061.90 | | -5,309.50 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA PLI 880 | WELLS FARGO BASE - 8459 | 1,061.80 | | -4,247.60 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,061.90 | | -3,185.70 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,061.90 | | -2,123.80 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,061.90 | | -1,061.90 |
| Check | 12/3/2009 | 3535 | Gallagher Financial Group, Inc. | | AP Robertson,P-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,061.90 | | 0.00 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,467.11 | -13,467.11 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | Client: Harry Hardy-IRA (6781-447) | AP Hardy,H-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,346.72 | | -12,120.39 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | Total $ Amount: 103,593.12 | AP Hardy,H-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,346.71 | | -10,773.68 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Hardy,H-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,346.71 | | -9,426.97 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | Commission | AP Hardy,H-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,346.71 | | -8,080.26 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,346.71 | | -6,733.55 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA PLI 880 | WELLS FARGO BASE - 8459 | 1,346.71 | | -5,386.84 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,346.71 | | -4,040.13 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,346.71 | | -2,693.42 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,346.71 | | -1,346.71 |
| Check | 12/3/2009 | 3539 | Gallagher Financial Group, Inc. | | AP Hardy,H-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,346.71 | | 0.00 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,570.08 | -9,570.08 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | Client: Buford Darrell Gotcher-IRA (6781-490A) | AP Gotcher,BD-IRA LLI 899 | WELLS FARGO BASE - 8459 | 956.99 | | -8,613.09 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | Total $ Amount: 73,615.95 | AP Gotcher,BD-IRA JPI 062 | WELLS FARGO BASE - 8459 | 957.01 | | -7,656.08 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Gotcher,BD-IRA LNL 26A | WELLS FARGO BASE - 8459 | 957.01 | | -6,699.07 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | Commission | AP Gotcher,BD-IRA AXA 826 | WELLS FARGO BASE - 8459 | 957.01 | | -5,742.06 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA LNL 782 | WELLS FARGO BASE - 8459 | 957.01 | | -4,785.05 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA PLI 980 | WELLS FARGO BASE - 8459 | 957.01 | | -3,828.04 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA JPI 163 | WELLS FARGO BASE - 8459 | 957.01 | | -2,871.03 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA AGL 062 | WELLS FARGO BASE - 8459 | 957.01 | | -1,914.02 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA ANI 521 | WELLS FARGO BASE - 8459 | 957.01 | | -957.01 |
| Check | 12/3/2009 | 3543 | Gallagher Financial Group, Inc. | | AP Gotcher,BD-IRA PLI 140 | WELLS FARGO BASE - 8459 | 957.01 | | 0.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,600.00 | -5,600.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | Client: Janice & Charles Van Norman (6781-166C) | AP Van Norman,J&C LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | Total $ Amount: 35,000.00 | AP VanNorman,J&C JPI 062 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Van Norman,J&C LNL 26A | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | Commission | AP VanNorman,J&C LNL 782 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | | AP VanNorman,J&C AGL 062 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | | AP VanNorman,J&C LBL 771 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 12/3/2009 | 3547 | Gallagher Financial Group, Inc. | | AP VanNorman,J&C PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,550.00 | -4,550.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | Client: Carol Ann Sherratt (6781-483) | AP Sherratt PLI 980 | WELLS FARGO BASE - 8459 | 910.00 | | -3,640.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | Total $ Amount: 35,000.00 | AP Sherratt AXA 597 | WELLS FARGO BASE - 8459 | 910.00 | | -2,730.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Sherratt AGL 062 | WELLS FARGO BASE - 8459 | 910.00 | | -1,820.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | Commission | AP Sherratt LBL 771 | WELLS FARGO BASE - 8459 | 910.00 | | -910.00 |
| Check | 12/3/2009 | 3574 | Gallagher Financial Group, Inc. | | AP Sherratt PLI 140 | WELLS FARGO BASE - 8459 | 910.00 | | 0.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 24,440.00 | -24,440.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | Client: Samuel & Nancy Shewmaker Trust (6781-484) | AP Shewmaker LLI 899 | WELLS FARGO BASE - 8459 | 2,444.00 | | -21,996.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | Total $ Amount: 188,000.00 | AP Shewmaker JPI 062 | WELLS FARGO BASE - 8459 | 2,444.00 | | -19,552.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Shewmaker LNL 26A | WELLS FARGO BASE - 8459 | 2,444.00 | | -17,108.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | Commission | AP Shewmaker AXA 826 | WELLS FARGO BASE - 8459 | 2,444.00 | | -14,664.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker LNL 782 | WELLS FARGO BASE - 8459 | 2,444.00 | | -12,220.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker PLI 980 | WELLS FARGO BASE - 8459 | 2,444.00 | | -9,776.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker JPI 163 | WELLS FARGO BASE - 8459 | 2,444.00 | | -7,332.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker AGL 062 | WELLS FARGO BASE - 8459 | 2,444.00 | | -4,888.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker LBL 771 | WELLS FARGO BASE - 8459 | 2,444.00 | | -2,444.00 |
| Check | 12/3/2009 | 3578 | Gallagher Financial Group, Inc. | | AP Shewmaker PLI 140 | WELLS FARGO BASE - 8459 | 2,444.00 | | 0.00 |
| Check | 12/4/2009 | 3588 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 780.00 | -780.00 |
| Check | 12/4/2009 | 3588 | Gallagher Financial Group, Inc. | Client: Marilyn Wheeler-IRA (6781-165B) | AP Wheeler,Marilyn-IRA LFG 566 | WELLS FARGO BASE - 8459 | 780.00 | | 0.00 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,873.75 | -10,873.75 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | Client: Sandra L. Franklin-IRA (6781-335) | AP Franklin,S-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,087.33 | | -9,786.42 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | Total $ Amount: 67,960.95 | AP Franklin,S-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,087.38 | | -8,699.04 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Franklin,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,087.38 | | -7,611.66 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | Commission | AP Franklin,S-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,087.38 | | -6,524.28 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,087.38 | | -5,436.90 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,087.38 | | -4,349.52 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,087.38 | | -3,262.14 |
| Check | 12/4/2010 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,087.38 | | -2,174.76 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,087.38 | | -1,087.38 |
| Check | 12/4/2009 | 3596 | Gallagher Financial Group, Inc. | | AP Franklin,S-IRA AGL 68L | WELLS FARGO BASE - 8459 | 1,087.38 | | 0.00 |
| Check | 12/10/2009 | 3639 | Gallagher Financial Group, Inc. | Buford & Barbara Gotcher (6781-490) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,711.70 | -2,711.70 |
| Check | 12/10/2009 | 3639 | Gallagher Financial Group, Inc. | Commission | AP Gotcher JPI 163 | WELLS FARGO BASE - 8459 | 677.91 | | -2,033.79 |
| Check | 12/10/2009 | 3639 | Gallagher Financial Group, Inc. | Commission | AP Gotcher AGL 062 | WELLS FARGO BASE - 8459 | 677.93 | | -1,355.86 |
| Check | 12/10/2009 | 3639 | Gallagher Financial Group, Inc. | Commission | AP Gotcher LBL 771 | WELLS FARGO BASE - 8459 | 677.93 | | -677.93 |
| Check | 12/10/2009 | 3639 | Gallagher Financial Group, Inc. | Commission | AP Gotcher PLI 140 | WELLS FARGO BASE - 8459 | 677.93 | | 0.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,000.00 | -13,000.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | Client: Dennis C. Bryan (6781-489) | AP Bryan LLI 899 | WELLS FARGO BASE - 8459 | 1,300.00 | | -11,700.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | Total $ amount $100,000 | AP Bryan JPI 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -10,400.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Bryan LNL 26A | WELLS FARGO BASE - 8459 | 1,300.00 | | -9,100.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | Commissions | AP Bryan AXA 826 | WELLS FARGO BASE - 8459 | 1,300.00 | | -7,800.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan LNL 782 | WELLS FARGO BASE - 8459 | 1,300.00 | | -6,500.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan PLI 980 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan PLI 930 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan AGL 062 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan LBL 771 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 12/10/2009 | 3642 | Gallagher Financial Group, Inc. | | AP Bryan PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 12/10/2009 | 3645 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 780.00 | -780.00 |
| Check | 12/10/2009 | 3645 | Gallagher Financial Group, Inc. | Client: Michael Wheeler (6781-165C) | AP Wheeler, D M IRA LFG 566 | WELLS FARGO BASE - 8459 | 780.00 | | 0.00 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,983.75 | -12,983.75 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | Client: Rickey Johnson IRA (6781-441) | AP Johnson,R IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,298.33 | | -11,685.42 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | Total $ amount $99,875 | AP Johnson,R IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,298.38 | | -10,387.04 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Johnson,R IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,298.38 | | -9,088.66 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | Commissions | AP Johnson,R IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,298.38 | | -7,790.28 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,298.38 | | -6,491.90 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA PLI 680 | WELLS FARGO BASE - 8459 | 1,298.38 | | -5,193.52 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,298.38 | | -3,895.14 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,298.38 | | -2,596.76 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,298.38 | | -1,298.38 |
| Check | 12/10/2009 | 3671 | Gallagher Financial Group, Inc. | | AP Johnson,R IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,298.38 | | 0.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 143,000.00 | -143,000.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | Client: Matthew & Teddie Allen Trust (6781-530) | AP Allen Chart Trust LLI 899 | WELLS FARGO BASE - 8459 | 14,300.00 | | -128,700.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | Total $ amount $1,100,000 | AP Allen Chart Trust LNL 740 | WELLS FARGO BASE - 8459 | 14,300.00 | | -114,400.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Allen Chart Trust SLA 338 | WELLS FARGO BASE - 8459 | 14,300.00 | | -100,100.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | Commissions | AP Allen Chart Trust JPI 062 | WELLS FARGO BASE - 8459 | 14,300.00 | | -85,800.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust AXA 346 | WELLS FARGO BASE - 8459 | 14,300.00 | | -71,500.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust PLI 980 | WELLS FARGO BASE - 8459 | 14,300.00 | | -57,200.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust JPI 272 | WELLS FARGO BASE - 8459 | 14,300.00 | | -42,900.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust AXA 729 | WELLS FARGO BASE - 8459 | 14,300.00 | | -28,600.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust JPI 183 | WELLS FARGO BASE - 8459 | 14,300.00 | | -14,300.00 |
| Check | 12/10/2009 | 3677 | Gallagher Financial Group, Inc. | | AP Allen Chart Trust PLI 140 | WELLS FARGO BASE - 8459 | 14,300.00 | | 0.00 |
| Check | 12/10/2009 | 3681 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 12/10/2009 | 3681 | Gallagher Financial Group, Inc. | Client: Elois Miller (6781-536) | AP MILLER,E AXA 597 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/10/2009 | 3681 | Gallagher Financial Group, Inc. | Total $ amount $20,000 | AP Miller,E AGL 062 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/10/2009 | 3681 | Gallagher Financial Group, Inc. | Licensee:Wes Davidson (3%) | AP Miller, E JPI 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/10/2009 | 3681 | Gallagher Financial Group, Inc. | Commissions | AP Miller, E PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/10/2009 | 3699 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,609.49 | -2,609.49 |
| Check | 12/10/2009 | 3699 | Gallagher Financial Group, Inc. | Client: Samuel Shewmaker IRA (6781-484C) | AP Shewmaker,S IRA JPI 183 | WELLS FARGO BASE - 8459 | 652.38 | | -1,957.11 |
| Check | 12/10/2009 | 3699 | Gallagher Financial Group, Inc. | Total $ amount $20,073 | AP Shewmaker,S IRA AGL 062 | WELLS FARGO BASE - 8459 | 652.37 | | -1,304.74 |
| Check | 12/10/2009 | 3699 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Shewmaker,S IRA LBL 771 | WELLS FARGO BASE - 8459 | 652.37 | | -652.37 |
| Check | 12/10/2009 | 3699 | Gallagher Financial Group, Inc. | Commissions | AP Shewmaker,S IRA PLI 140 | WELLS FARGO BASE - 8459 | 652.37 | | 0.00 |
| Check | 12/10/2009 | 3708 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,560.00 | -1,560.00 |
| Check | 12/10/2009 | 3708 | Gallagher Financial Group, Inc. | Client: Nancy Shewmaker IRA (6781-484A) | AP Shewmaker,N IRA LBL 771 | WELLS FARGO BASE - 8459 | 780.00 | | -780.00 |
| Check | 12/10/2009 | 3708 | Gallagher Financial Group, Inc. | Total $ amount $12,000.00 | AP Shewmaker,N IRA PLI 140 | WELLS FARGO BASE - 8459 | 780.00 | | 0.00 |
| Check | 12/10/2009 | 3709 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,560.00 | -1,560.00 |
| Check | 12/10/2009 | 3709 | Gallagher Financial Group, Inc. | Client: Nancy Shewmaker IRA (6781-484B) | AP Shewmaker,Nancy IRA LBL 771 | WELLS FARGO BASE - 8459 | 780.00 | | -780.00 |
| Check | 12/10/2009 | 3709 | Gallagher Financial Group, Inc. | Total $ amount $12,000 | AP Shewmaker,Nancy IRA PLI 140 | WELLS FARGO BASE - 8459 | 780.00 | | 0.00 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,458.00 | -3,458.00 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | Client: Samuel Shewmaker IRA (6781-484D) | AP Shewmaker,Sam IRA PLI 980 | WELLS FARGO BASE - 8459 | 691.60 | | -2,766.40 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | Total $ amount $26,600 | AP Shewmaker,Sam IRA JPI 183 | WELLS FARGO BASE - 8459 | 691.60 | | -2,074.80 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Shewmaker,Sam IRA AGL 062 | WELLS FARGO BASE - 8459 | 691.60 | | -1,383.20 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | Commissions | AP Shewmaker,Sam IRA LBL 771 | WELLS FARGO BASE - 8459 | 691.60 | | -691.60 |
| Check | 12/10/2009 | 3712 | Gallagher Financial Group, Inc. | | AP Shewmaker,Sam IRA PLI 140 | WELLS FARGO BASE - 8459 | 691.60 | | 0.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | Client: Jeremy Chambers IRA (6781-531) | AP Chambers IRA LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Chambers IRA PLI 980 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Chambers IRA PLI 930 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | Commissions | AP Chambers IRA JPI 183 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | | AP Chambers IRA ANI 521 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/17/2009 | 3741 | Gallagher Financial Group, Inc. | | AP Chambers IRA PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,200.00 | -11,200.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | Client: Charles & Ola Katlic (6781-529) | AP Katlic,C&O JPI 062 | WELLS FARGO BASE - 8459 | 1,600.00 | | -9,600.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | Total $ amount $70000 | AP Katlic,C&O LNL 782 | WELLS FARGO BASE - 8459 | 1,600.00 | | -8,000.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | Licensee:W Neil Gallagher (16%) | AP Katlic,C&O PLI 980 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | Commissions | AP Katlic,C&O JPI 183 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | | AP Katlic,C&O PLI 930 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | | AP Katlic,C&O ANI 521 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 12/17/2009 | 3744 | Gallagher Financial Group, Inc. | | AP Katlic,C&O PLI 140 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,600.00 | -5,600.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | Client: Jimmy G. Owen, Jr. IRA (6781-488) | AP Owen,J IRA LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | Total $ amount $35,000 | AP Owen,J IRA AXA 146 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | Licensee: W Neil Gallagher (16%) | AP Owen,J IRA LNL 740 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | Commissions | AP Owen,J IRA ING 201 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | | AP Owen,J IRA LNL 782 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | | AP Owen,J IRA AGL 062 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 12/17/2009 | 3763 | Gallagher Financial Group, Inc. | | AP Owen,J IRA LFG 566 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | Client: Bob & Jane Thompson (6781-545) | AP Thompson,BJ LFG 008 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | Total $ Amount: 25,000.00 | AP Thompson,BJ AXA 346 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Thompson,BJ PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | Commission | AP Thompson,BJ LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 12/23/2009 | 3800 | Gallagher Financial Group, Inc. | | AP Thompson, BJ PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 39,000.00 | -39,000.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | Client: Frank R. Marlow (6781-541) | AP Marlow,F LLI 899 | WELLS FARGO BASE - 8459 | 3,900.00 | | -35,100.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | Total $ Amount: 300,000.00 | AP Marlow,F LFG 740 | WELLS FARGO BASE - 8459 | 3,900.00 | | -31,200.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Marlow,F SLA 338 | WELLS FARGO BASE - 8459 | 3,900.00 | | -27,300.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | Commission | AP Marlow,F LFG 008 | WELLS FARGO BASE - 8459 | 3,900.00 | | -23,400.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F AXA 346 | WELLS FARGO BASE - 8459 | 3,900.00 | | -19,500.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F PLI 980 | WELLS FARGO BASE - 8459 | 3,900.00 | | -15,600.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F LFG 272 | WELLS FARGO BASE - 8459 | 3,900.00 | | -11,700.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F AXA 729 | WELLS FARGO BASE - 8459 | 3,900.00 | | -7,800.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F LFG 183 | WELLS FARGO BASE - 8459 | 3,900.00 | | -3,900.00 |
| Check | 12/23/2009 | 3815 | Gallagher Financial Group, Inc. | | AP Marlow,F PLI 140 | WELLS FARGO BASE - 8459 | 3,900.00 | | 0.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | Client: Shirley & Raul Quardos (6781-557) | AP Quadros,S LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP Quadros,S AXA 826 | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Quadros,S SLA 338 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | Commission | AP Quadros,S LFG 008 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S AXA 346 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S PLI 980 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S LFG 272 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S AXA 729 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/23/2009 | 3828 | Gallagher Financial Group, Inc. | | AP Quadros,S PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,960.00 | -11,960.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | Client: Robbie D. Shive IRA (6781-536) | AP Shive,R-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,196.00 | | -10,764.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | Total $ amount $92,000 | AP Shive,R-IRA LFG 008 | WELLS FARGO BASE - 8459 | 1,196.00 | | -9,568.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Shive,R-IRA LFG 006 | WELLS FARGO BASE - 8459 | 1,196.00 | | -8,372.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | Commissions | AP Shive,R-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,196.00 | | -7,176.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,196.00 | | -5,980.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,196.00 | | -4,784.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,196.00 | | -3,588.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,196.00 | | -2,392.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,196.00 | | -1,196.00 |
| Check | 12/23/2009 | 3844 | Gallagher Financial Group, Inc. | | AP Shive,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,196.00 | | 0.00 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,935.28 | -6,935.28 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | Client: Gloria Gillespie IRA (6781-378A) | AP Gillespie,G-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,387.04 | | -5,548.24 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | Total $ amount $53,348.31 | AP Gillespie,G-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,387.06 | | -4,161.18 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Gillespie,G-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,387.06 | | -2,774.12 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | Commissions | AP Gillespie,G-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,387.06 | | -1,387.06 |
| Check | 12/23/2009 | 3846 | Gallagher Financial Group, Inc. | | AP Gillespie,G-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,387.06 | | 0.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 31,720.00 | -31,720.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | Client: Jack W. Kemp IRA (6781-492) | AP Kemp,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 3,172.00 | | -28,548.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | Total $ amount $244,000 | AP Kemp,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 3,172.00 | | -25,376.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Kemp,J-IRA LFG 006 | WELLS FARGO BASE - 8459 | 3,172.00 | | -22,204.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | Commissions | AP Kemp,J-IRA AXA 826 | WELLS FARGO BASE - 8459 | 3,172.00 | | -19,032.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 3,172.00 | | -15,860.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 3,172.00 | | -12,688.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 3,172.00 | | -9,516.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 3,172.00 | | -6,344.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 3,172.00 | | -3,172.00 |
| Check | 12/23/2009 | 3848 | Gallagher Financial Group, Inc. | | AP Kemp,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,172.00 | | 0.00 |
| Check | 12/30/2009 | 3871 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 12/30/2009 | 3871 | Gallagher Financial Group, Inc. | Client: Ronnie M. Pope (6781-564) | AP Pope,Ron LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/30/2009 | 3871 | Gallagher Financial Group, Inc. | Total $ Amount: 20,000.00 | AP Pope,Ron LFG 740 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/30/2009 | 3871 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Pope,Ron SLC 338 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/30/2009 | 3871 | Gallagher Financial Group, Inc. | Commission | AP Pope,Ron AXA 346 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/30/2009 | 3874 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,600.00 | -2,600.00 |
| Check | 12/30/2009 | 3874 | Gallagher Financial Group, Inc. | Client: Rocky D. Pope (6781-564) | AP Pope,Roc LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/30/2009 | 3874 | Gallagher Financial Group, Inc. | Total $ Amount: 20,000.00 | AP Pope,Roc LFG 740 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/30/2009 | 3874 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Pope,Roc SLA 338 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/30/2009 | 3874 | Gallagher Financial Group, Inc. | Commission | AP Pope,Roc AXA 346 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | Client: Robert M. Mann IRA (6781-569) | AP Mann,R-IRA MMI 025 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Mann,R-IRA PLI 980 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Mann,R-IRA LFG 272 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | Commissions | AP Mann,R-IRA AXA 729 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | | AP Mann,R-IRA LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/30/2009 | 3915 | Gallagher Financial Group, Inc. | | AP Mann,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,670.00 | -7,670.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | Client: Jeanette E. Madison IRA (6781-499) | AP Madison,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,534.00 | | -6,136.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | Total $ amount $59,000 | AP Madison,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,534.00 | | -4,602.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Madison,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,534.00 | | -3,068.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | Commissions | AP Madison,J-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,534.00 | | -1,534.00 |
| Check | 12/30/2009 | 3917 | Gallagher Financial Group, Inc. | | AP Madison,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,534.00 | | 0.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,680.00 | -17,680.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Client: Jewel T & Sandra Hodges (6781-594) | AP Hodges, J&S LLI 899 | WELLS FARGO BASE - 8459 | 1,768.00 | | -15,912.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Total $ amount $136,000 | AP Hodges, J&S HLI 814 | WELLS FARGO BASE - 8459 | 1,768.00 | | -14,144.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Hodges, J&S SLA 338 | WELLS FARGO BASE - 8459 | 1,768.00 | | -12,376.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Commissions | AP Hodges, J&S LFG 008 | WELLS FARGO BASE - 8459 | 1,768.00 | | -10,608.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S MMI 025 | WELLS FARGO BASE - 8459 | 1,768.00 | | -8,840.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S PLI 980 | WELLS FARGO BASE - 8459 | 1,768.00 | | -7,072.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S LFG 272 | WELLS FARGO BASE - 8459 | 1,768.00 | | -5,304.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S AXA 729 | WELLS FARGO BASE - 8459 | 1,768.00 | | -3,536.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S LFG 183 | WELLS FARGO BASE - 8459 | 1,768.00 | | -1,768.00 |
| Check | 1/7/2010 | 3944 | Gallagher Financial Group, Inc. | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S PLI 140 | WELLS FARGO BASE - 8459 | 1,768.00 | | 0.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Allen, David L. (6781-512) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Client: David L. Allen (6781-612) | AP Allen,D LFG 782 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Total $ amount $25,000 | AP Allen,D PLI 980 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3%) | AP Allen,D AXA 729 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Commissions | AP Allen,D LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 1/7/2010 | 3960 | Gallagher Financial Group, Inc. | Allen, David L. (6781-512) Commissions | AP Allen,D PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,150.00 | -7,150.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | Client: Katherine Marlow IRA (6781-601) | AP Marlow, K-IRA | WELLS FARGO BASE - 8459 | 715.00 | | -6,435.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | Total $ amount $55,000 | AP Marlow,K-IRA SLA 338 | WELLS FARGO BASE - 8459 | 715.00 | | -5,720.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Marlow,K-IRA LFG 008 | WELLS FARGO BASE - 8459 | 715.00 | | -5,005.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | Commissions | AP Marlow,K-IRA MMI 025 | WELLS FARGO BASE - 8459 | 715.00 | | -4,290.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA PLI 980 | WELLS FARGO BASE - 8459 | 715.00 | | -3,575.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA LFG 272 | WELLS FARGO BASE - 8459 | 715.00 | | -2,860.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA AXA 729 | WELLS FARGO BASE - 8459 | 715.00 | | -2,145.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA ING 15J | WELLS FARGO BASE - 8459 | 715.00 | | -1,430.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA LFG 183 | WELLS FARGO BASE - 8459 | 715.00 | | -715.00 |
| Check | 1/7/2010 | 3977 | Gallagher Financial Group, Inc. | | AP Marlow,K-IRA PLI 140 | WELLS FARGO BASE - 8459 | 715.00 | | 0.00 |
| Check | 1/7/2010 | 3984 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,080.27 | -1,080.27 |
| Check | 1/7/2010 | 3984 | Gallagher Financial Group, Inc. | Client: Mark Jones IRA (6781-412A) | AP Jones,Mark-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,080.27 | | 0.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 61,620.00 | -61,620.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | Client: Lucian Marquez IRA (6781-604) | AP Marquez,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 6,162.00 | | -55,458.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | Total $ amount $474,000 | AP Marquez,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 6,162.00 | | -49,296.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Marquez,L-IRA SLA 338 | WELLS FARGO BASE - 8459 | 6,162.00 | | -43,134.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | Commissions | AP Marquez,L-IRA LFG 008 | WELLS FARGO BASE - 8459 | 6,162.00 | | -36,972.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA LFG 782 | WELLS FARGO BASE - 8459 | 6,162.00 | | -30,810.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA MMI 025 | WELLS FARGO BASE - 8459 | 6,162.00 | | -24,646.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA PLI 980 | WELLS FARGO BASE - 8459 | 6,162.00 | | -18,486.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA AXA 729 | WELLS FARGO BASE - 8459 | 6,162.00 | | -12,324.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA LFG 183 | WELLS FARGO BASE - 8459 | 6,162.00 | | -6,162.00 |
| Check | 1/7/2010 | 3998 | Gallagher Financial Group, Inc. | | AP Marquez,L-IRA PLI 140 | WELLS FARGO BASE - 8459 | 6,162.00 | | 0.00 |
| Check | 1/7/2010 | 4016 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,276.56 | -2,276.56 |
| Check | 1/7/2010 | 4016 | Gallagher Financial Group, Inc. | Client: Lynn C. Johnson IRA (6781-350A) | AP Johnson,L-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,138.28 | | -1,138.28 |
| Check | 1/7/2010 | 4016 | Gallagher Financial Group, Inc. | Total $ amount $14,228.49 | AP Johnson,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,138.28 | | 0.00 |
| Check | 1/14/2010 | 4026 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,326.24 | -1,326.24 |
| Check | 1/14/2010 | 4026 | Gallagher Financial Group, Inc. | Client: Stephen B. Cain IRA (6781-439) | AP Cain,S-IRA LBL 771 | WELLS FARGO BASE - 8459 | 663.12 | | -663.12 |
| Check | 1/14/2010 | 4026 | Gallagher Financial Group, Inc. | Total $ amount $10,201.07 | AP Cain,S-IRA PLI 140 | WELLS FARGO BASE - 8459 | 663.12 | | 0.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,000.00 | -13,000.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | Client: Hugh Dunn-IRA (6781-595) | AP Dunn,H-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,300.00 | | -11,700.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | Total $ Amount: 100,000.00 | AP Dunn,H-IRA SLA 336 | WELLS FARGO BASE - 8459 | 1,300.00 | | -10,400.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Dunn,H-IRA LFG 008 | WELLS FARGO BASE - 8459 | 1,300.00 | | -9,100.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | Commission | AP Dunn,H-IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,300.00 | | -7,800.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,300.00 | | -6,500.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA ING 15J | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 1/14/2010 | 4059 | Gallagher Financial Group, Inc. | | AP Dunn,H-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 35,710.95 | -35,710.95 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | Client: Carleen J. Felix-Traditional IRA (6781-589) | AP Felix,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 3,571.05 | | -32,139.90 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | Total $ amount $223,193.44 | AP Felix,C-TRAD IRA SLA 336 | WELLS FARGO BASE - 8459 | 3,571.10 | | -28,568.80 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP Felix,C-TRAD IRA ANI 065 | WELLS FARGO BASE - 8459 | 3,571.10 | | -24,997.70 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | Commissions | AP Felix,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 3,571.10 | | -21,426.60 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 3,571.10 | | -17,855.50 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 3,571.10 | | -14,284.40 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 3,571.10 | | -10,713.30 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 3,571.10 | | -7,142.20 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 3,571.10 | | -3,571.10 |
| Check | 1/21/2010 | 4106 | Gallagher Financial Group, Inc. | | AP Felix,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,571.10 | | 0.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 52,000.00 | -52,000.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | Client: Richard W. Stafford-Traditional IRA 6781-611 | AP Stafford-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 5,200.00 | | -46,800.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | Total $ amount $400,000 | AP Stafford-TRAD IRA SLA 336 | WELLS FARGO BASE - 8459 | 5,200.00 | | -41,600.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3%) | AP Stafford-TRAD IRA ANI 065 | WELLS FARGO BASE - 8459 | 5,200.00 | | -36,400.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | Commissions | AP Stafford-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 5,200.00 | | -31,200.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 5,200.00 | | -26,000.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 5,200.00 | | -20,800.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 5,200.00 | | -15,600.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 5,200.00 | | -10,400.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 5,200.00 | | -5,200.00 |
| Check | 1/21/2010 | 4109 | Gallagher Financial Group, Inc. | | AP Stafford-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 5,200.00 | | 0.00 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,899.69 | -9,899.69 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | Client: Charles C. Van Norman Trad IRA (6781-188D) | AP VanNorman,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,649.84 | | -8,249.75 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | Total $ amount $61,873.04 | AP VanNorman,C-TRAD IRA AXA 9... | WELLS FARGO BASE - 8459 | 1,649.95 | | -6,599.80 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP VanNorman,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,649.95 | | -4,949.85 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | Commissions | AP VanNorman,C-TRAD IRA AXA 7... | WELLS FARGO BASE - 8459 | 1,649.95 | | -3,299.90 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | | AP VanNorman,C-TRAD IRA LFG 1... | WELLS FARGO BASE - 8459 | 1,649.95 | | -1,649.95 |
| Check | 1/21/2010 | 4114 | Gallagher Financial Group, Inc. | | AP VanNorman,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,649.95 | | 0.00 |
| Check | 1/28/2010 | 4189 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 1/28/2010 | 4189 | Gallagher Financial Group, Inc. | Client: Andrew M. Kozusko Trad IRA (6781-534) | AP Kozusko,A-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 1/28/2010 | 4189 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Kozusko,A-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 1/28/2010 | 4189 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3%) | AP Kozusko,A-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 1/28/2010 | 4215 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,950.00 | -1,950.00 |
| Check | 1/28/2010 | 4215 | Gallagher Financial Group, Inc. | Client: Darlene G. Irwin Trad IRA (6781-704) | AP Irwin,D-TRAC IRA AXA 091 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 1/28/2010 | 4215 | Gallagher Financial Group, Inc. | Total $ amount $15,000 | AP Irwin,D-TRAC IRA LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 1/28/2010 | 4215 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Irwin,D-TRAC IRA PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 2/4/2010 | 4284 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,952.34 | -2,952.34 |
| Check | 2/4/2010 | 4284 | Gallagher Financial Group, Inc. | Client: Judith A. Purvis-Traditional IRA (6781-272) | AP Purvis,J-IRA ING 201 | WELLS FARGO BASE - 8459 | 738.07 | | -2,214.27 |
| Check | 2/4/2010 | 4284 | Gallagher Financial Group, Inc. | Total $ Amount: 22,710.28 | AP Purvis,J-IRA ANI 852 | WELLS FARGO BASE - 8459 | 738.09 | | -1,476.18 |
| Check | 2/4/2010 | 4284 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3.00%) | AP Purvis,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 738.09 | | -738.09 |
| Check | 2/4/2010 | 4284 | Gallagher Financial Group, Inc. | Commission | AP Purvis,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 738.09 | | 0.00 |
| Check | 2/11/2010 | 4325 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,800.00 | -7,800.00 |
| Check | 2/11/2010 | 4325 | Gallagher Financial Group, Inc. | Client: William & Marie Reis (6781-730) | AP Reis W&M AXA 091 | WELLS FARGO BASE - 8459 | 1,950.00 | | -5,850.00 |
| Check | 2/11/2010 | 4325 | Gallagher Financial Group, Inc. | Total $ amount $60,000 | AP Reis W&M LFG 183 | WELLS FARGO BASE - 8459 | 1,950.00 | | -3,900.00 |
| Check | 2/11/2010 | 4325 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Reis W&M PLI 140 | WELLS FARGO BASE - 8459 | 1,950.00 | | -1,950.00 |
| Check | 2/11/2010 | 4325 | Gallagher Financial Group, Inc. | Commissions | AP Reis W&M AGL 130 | WELLS FARGO BASE - 8459 | 1,950.00 | | 0.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 26,000.00 | -26,000.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | Client: Joseph E. Staley TRAD IRA (6781-711) | AP Staley,J-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,600.00 | | -23,400.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | Total $ amount $200,000 | AP Staley,J-TRAD IRA LFG 246 | WELLS FARGO BASE - 8459 | 2,600.00 | | -20,800.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Staley,J-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,600.00 | | -18,200.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | Commissions | AP Staley,J-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 2,600.00 | | -15,600.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 2,600.00 | | -13,000.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA GFG 088 | WELLS FARGO BASE - 8459 | 2,600.00 | | -10,400.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,600.00 | | -7,800.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,600.00 | | -5,200.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,600.00 | | -2,600.00 |
| Check | 2/11/2010 | 4354 | Gallagher Financial Group, Inc. | | AP Staley,J-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,600.00 | | 0.00 |
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | Client: Janith Faye Mansell Roth IRA (6781-726) | AP Mansell,JF-ROTH IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | Total $ amount $50,000 | AP Mansell,JF-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | Licensee: W Neil Gallagher (15%) | AP Mansell,JF-ROTH IRA AGL 76L | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | Commissions | AP Mansell,JF-ROTH IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 2/11/2010 | 4362 | Gallagher Financial Group, Inc. | | AP Mansell,JF-ROTH IRA GFG 089 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,013.81 | -3,013.81 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | Client: Trista C. Collins Trad IRA (6781-452) | AP Collins,T-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 602.77 | | -2,411.04 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | Total $ amount $23,183.13 | AP Collins,T-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 602.76 | | -1,808.28 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson (3%) | AP Collins,T-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 602.76 | | -1,205.52 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | Commissions | AP Collins,T-TRAD IRA AXA 626 | WELLS FARGO BASE - 8459 | 602.76 | | -602.76 |
| Check | 2/18/2010 | 4382 | Gallagher Financial Group, Inc. | | AP Collins,T-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 602.76 | | 0.00 |
| Check | 2/18/2010 | 4387 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 633.09 | -633.09 |
| Check | 2/18/2010 | 4387 | Gallagher Financial Group, Inc. | Client: Jewel Thomas Hodges ROTH IRA (6781-594A) | AP Hodges,JT-ROTH IRA LLI 899 | WELLS FARGO BASE - 8459 | 211.03 | | -422.06 |
| Check | 2/18/2010 | 4387 | Gallagher Financial Group, Inc. | Total $ Amount: 31,554.45 | AP Hodges,JT-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 211.03 | | -211.03 |
| Check | 2/18/2010 | 4387 | Gallagher Financial Group, Inc. | Licensee: Wes Davidson - (12.00%) | AP Hodges,JT-ROTH IRA AXA 994 | WELLS FARGO BASE - 8459 | 211.03 | | 0.00 |
| Check | 2/18/2010 | 4406 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 633.09 | -633.09 |
| Check | 2/18/2010 | 4406 | Gallagher Financial Group, Inc. | Client: Sandra McCoy Hodges Roth IRA (6781-594B) | AP Hodges,SM-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 211.03 | | -422.06 |
| Check | 2/18/2010 | 4406 | Gallagher Financial Group, Inc. | Total $ amount $31,554.56 | AP Hodges,SM-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 211.03 | | -211.03 |
| Check | 2/18/2010 | 4406 | Gallagher Financial Group, Inc. | Licensee: Wes Davidsonh/High Level Solutions LLC (12%) | AP Hodges,SM-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 211.03 | | 0.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | Client: Vivian B. Martin (6781-766) | AP Martin,V GFG 089 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | Total $ Amount: 25,000.00 | AP Martin,V AXA 091 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman | AP Martin,V LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | Commission | AP Martin,V PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 2/18/2010 | 4419 | Gallagher Financial Group, Inc. | | AP Martin,V AGL 130 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | Client: Peter Marvin (6781-767) | AP Marvin,P PLI 980 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | Total $ Amount: 30,000.00 | AP Marvin,P GFG 089 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3.00%) | AP Marvin,P AXA 091 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | Commission | AP Marvin,P LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | | AP Marvin,P PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 2/18/2010 | 4421 | Gallagher Financial Group, Inc. | | AP Marvin,P AGL 130 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | Client: Bryan & Rose Todd (6781-703) | AP Todd, B&R LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -7,200.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | Total $ Amount: 50,000.00 | AP Todd, B&R LFG 248 | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16.00%) | AP Todd, B&R AXA 994 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | Commission | AP Todd, B&R AGL 76L | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R GFG 089 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R AXA 091 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 2/18/2010 | 4431 | Gallagher Financial Group, Inc. | | AP Todd, B&R AGL 130 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,910.00 | -13,910.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | Client: Roberta M. Wright Trad IRA (6781-712) | AP Wright,R-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,391.00 | | -12,519.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | Total $ amount $107,000 | AP Wright,R-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,391.00 | | -11,128.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Wright,R-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,391.00 | | -9,737.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | Commissions | AP Wright,R-TRAD IRA AGL 75L | WELLS FARGO BASE - 8459 | 1,391.00 | | -8,346.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,391.00 | | -6,955.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,391.00 | | -5,564.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,391.00 | | -4,173.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,391.00 | | -2,782.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,391.00 | | -1,391.00 |
| Check | 2/18/2010 | 4446 | Gallagher Financial Group, Inc. | | AP Wright,R-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 1,391.00 | | 0.00 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,116.78 | -12,116.78 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | Client: Ann K. Smith Bene IRA (6781-685) | AP Smith,AK-BENE IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,019.46 | | -10,097.30 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | Total $ Amount: 93,206.00 | AP Smith,AK-BENE IRA LBL 361 | WELLS FARGO BASE - 8459 | 2,019.46 | | -8,077.84 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Smith,AK-BENE IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,019.46 | | -6,058.38 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | Commission | AP Smith,AK-BENE IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,019.46 | | -4,038.92 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | | AP Smith,AK-BENE IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,019.46 | | -2,019.46 |
| Check | 2/25/2010 | 4488 | Gallagher Financial Group, Inc. | | AP Smith,AK-BENE IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,019.46 | | 0.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,000.00 | -13,000.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | Client: Michael E. McNulty (6781-795) | AP McNulty, M LLI 899 | WELLS FARGO BASE - 8459 | 1,300.00 | | -11,700.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | Total $ amount $100,000 | AP McNulty, M LFG 081 | WELLS FARGO BASE - 8459 | 1,300.00 | | -10,400.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP McNulty, M LBL 361 | WELLS FARGO BASE - 8459 | 1,300.00 | | -9,100.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | Commissions | AP McNulty, M LFG 117 | WELLS FARGO BASE - 8459 | 1,300.00 | | -7,800.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M LFG 248 | WELLS FARGO BASE - 8459 | 1,300.00 | | -6,500.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M AXA 994 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M AXA 091 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M LFG 183 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 2/25/2010 | 4509 | Gallagher Financial Group, Inc. | | AP McNulty, M AGL 130 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,685.00 | -9,685.00 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | Client: Barbara Jones Trad IRA (6781-799) | AP Jones,B-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 968.50 | | -8,716.50 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | Total $ amount $74,500 | AP Jones,B-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 968.50 | | -7,748.00 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Jones,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 968.50 | | -6,779.50 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | Commissions | AP Jones,B-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 968.50 | | -5,811.00 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 968.50 | | -4,842.50 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 968.50 | | -3,874.00 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 968.50 | | -2,905.50 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 968.50 | | -1,937.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 968.50 | | -968.50 |
| Check | 2/25/2010 | 4511 | Gallagher Financial Group, Inc. | | AP Jones,B-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 968.50 | | 0.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,800.00 | -12,800.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | Client: Jack George (6781-806) | AP George,J LLI 899 | WELLS FARGO BASE - 8459 | 1,280.00 | | -11,520.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | Total $ amount $80,000 | AP George,J LFG 081 | WELLS FARGO BASE - 8459 | 1,280.00 | | -10,240.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP George,J LBL 361 | WELLS FARGO BASE - 8459 | 1,280.00 | | -8,960.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | Commissions | AP George,J LFG 117 | WELLS FARGO BASE - 8459 | 1,280.00 | | -7,680.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J LFG 248 | WELLS FARGO BASE - 8459 | 1,280.00 | | -6,400.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J AXA 994 | WELLS FARGO BASE - 8459 | 1,280.00 | | -5,120.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J AXA 091 | WELLS FARGO BASE - 8459 | 1,280.00 | | -3,840.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J LFG 183 | WELLS FARGO BASE - 8459 | 1,280.00 | | -2,560.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J PLI 140 | WELLS FARGO BASE - 8459 | 1,280.00 | | -1,280.00 |
| Check | 3/4/2010 | 4597 | Gallagher Financial Group, Inc. | | AP George,J AGL 130 | WELLS FARGO BASE - 8459 | 1,280.00 | | 0.00 |
| Check | 3/4/2010 | 4599 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 3/4/2010 | 4599 | Gallagher Financial Group, Inc. | Client: Jack George (6781-806A) | AP George,Jack AGL 130 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | Client: Claire L. Hennemann (6781-807) | AP Hennemann,C LLI 899 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | Total $ amount $75,000 | AP Hennemann,C LFG 081 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP Hennemann,C LBL 361 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | Commissions | AP Hennemann,C LFG 117 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C LFG 248 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C AXA 994 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C AXA 091 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C LFG 183 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 3/4/2010 | 4601 | Gallagher Financial Group, Inc. | | AP Hennemann,C AGL 130 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,800.00 | -7,800.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | Client: Judith B. Purvis (6781-272B) | AP Purvis,Judith LFG 117 | WELLS FARGO BASE - 8459 | 1,300.00 | | -6,500.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | Total $ amount $60,000 | AP Purvis,Judith LFG 248 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Purvis,Judith AXA 091 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | Commissions | AP Purvis,Judith LFG 183 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | | AP Purvis,Judith PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 3/4/2010 | 4604 | Gallagher Financial Group, Inc. | | AP Purvis,Judith AGL 130 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 34,780.26 | -34,780.26 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | Client: Richard W. VanName Trad IRA (6781-723) | AP VanName,RW-TRAD IRA LFG 0... | WELLS FARGO BASE - 8459 | 3,478.01 | | -31,302.27 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | Total $ amount $217,376.76 | AP VanName,RW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 3,478.03 | | -27,824.24 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP VanName,RW-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 3,478.03 | | -24,346.21 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | Commissions | AP VanName,RW-TRAD IRA AXA 3... | WELLS FARGO BASE - 8459 | 3,478.03 | | -20,868.18 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA LFG 1... | WELLS FARGO BASE - 8459 | 3,478.03 | | -17,390.15 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA LFG 2... | WELLS FARGO BASE - 8459 | 3,478.03 | | -13,912.12 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA AXA 0... | WELLS FARGO BASE - 8459 | 3,478.03 | | -10,434.09 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA LFG 1... | WELLS FARGO BASE - 8459 | 3,478.03 | | -6,956.06 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,478.03 | | -3,478.03 |
| Check | 3/4/2010 | 4608 | Gallagher Financial Group, Inc. | | AP VanName,RW-TRAD IRA AGL 1... | WELLS FARGO BASE - 8459 | 3,478.03 | | 0.00 |
| Check | 3/4/2010 | 4648 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,944.02 | -1,944.02 |
| Check | 3/4/2010 | 4648 | Gallagher Financial Group, Inc. | Client: Judith A. Purvis-Beneficiary IRA (6781-272C) | AP Purvis,J-BENE IRA LFG 183 | WELLS FARGO BASE - 8459 | 972.01 | | -972.01 |
| Check | 3/4/2010 | 4648 | Gallagher Financial Group, Inc. | Total $ Amount: 14,954.00 | AP Purvis,J-BENE IRA PLI 140 | WELLS FARGO BASE - 8459 | 972.01 | | 0.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,000.00 | -16,000.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | Client: Mitchell McCumber Trad IRA (6781-875) | AP McCumber,M-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 1,600.00 | | -14,400.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | Total $ amount $100,000 | AP McCumber,M-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 1,600.00 | | -12,800.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | Licensee: W. Neil Gallagher (16%) | AP McCumber,M-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,600.00 | | -11,200.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | Commissions | AP McCumber,M-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,600.00 | | -9,600.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 1,600.00 | | -8,000.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 3/11/2010 | 4697 | Gallagher Financial Group, Inc. | | AP McCumber,M-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,483.75 | -32,483.75 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | Client: Wilber K. Baker Trad IRA (6781-902) | AP Baker,W-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 3,248.42 | | -29,235.33 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | Total $ amount $249,875 | AP Baker,W-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 3,248.37 | | -25,986.96 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Baker,W-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 3,248.37 | | -22,738.59 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | Commissions | AP Baker,W-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 3,248.37 | | -19,490.22 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 3,248.37 | | -16,241.85 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 3,248.37 | | -12,993.48 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 3,248.37 | | -9,745.11 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 3,248.37 | | -6,496.74 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,248.37 | | -3,248.37 |
| Check | 3/11/2010 | 4703 | Gallagher Financial Group, Inc. | | AP Baker,W-TRAD IRA JHL633 | WELLS FARGO BASE - 8459 | 3,248.37 | | 0.00 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,223.11 | -21,223.11 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | Client: Peggy J. Miller-Traditional IRA (6781-685) | AP Miller,P-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 424.47 | | -20,798.64 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | Total $ Amount: 163,254.69 | AP Miller,P-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 2,599.83 | | -18,198.81 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | Licensee: Ronald R. Coleman (3.00%) | AP Miller,P-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,599.83 | | -15,598.98 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | Commission | AP Miller,P-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,599.83 | | -12,999.15 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | AP Miller,P-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,599.83 | | -10,399.32 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | AP Miller,P-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,599.83 | | -7,799.49 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | AP Miller,P-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,599.83 | | -5,199.66 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | AP Miller,P-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,599.83 | | -2,599.83 |
| Check | 3/11/2010 | 4722 | Gallagher Financial Group, Inc. | | AP Miller,P-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,599.83 | | 0.00 |
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,887.00 | -3,887.00 |
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | Client: Margaret P. Jones Trad IRA (6781-860) | AP Jones,MP-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,295.66 | | -2,591.34 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | Total $ amount $29,900 | AP Jones,MP-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,295.87 | | -1,295.87 |
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Jones,MP-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,295.87 | | 0.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | Client: Jack & Linde Hicks (6781-904) | AP Hicks,J&L LFG 117 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Hicks,J&L LFG 246 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | Licensee: Steven Focken (3%) | AP Hicks,J&L AXA 091 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | Commissions | AP Hicks,J&L AVL 180 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | | AP Hicks,J&L PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 3/18/2010 | 4778 | Gallagher Financial Group, Inc. | | AP Hicks,J&L JHL 633 | WELLS FARGO BASE - 8459 | 650.00 | | -0.50 |
| Check | 3/18/2010 | 4795 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 601.22 | -601.22 |
| Check | 3/18/2010 | 4795 | Gallagher Financial Group, Inc. | Client: Sarah F. Harris Trad IRA (6781-819) | AP Harris,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 601.22 | | 0.00 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,987.00 | -12,987.00 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | Client: Jodene C. Robinson Trad IRA (6781-727) | AP Robinson,JC-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 1,298.70 | | -11,688.30 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | Total $ amount $99,900 | AP Robinson,JC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 1,298.70 | | -10,389.60 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Robinson,JC-TRAD IRA LBL 381 | WELLS FARGO BASE - 8459 | 1,298.70 | | -9,090.90 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | Commissions | AP Robinson,JC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,298.70 | | -7,792.20 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 1,298.70 | | -6,493.50 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,298.70 | | -5,194.80 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA JHL 363 | WELLS FARGO BASE - 8459 | 1,298.70 | | -3,896.10 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 1,298.70 | | -2,597.40 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,298.70 | | -1,298.70 |
| Check | 3/18/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,298.70 | | 0.00 |
| Check | 3/18/2010 | 4846 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 797.50 | -797.50 |
| Check | 3/18/2010 | 4846 | Gallagher Financial Group, Inc. | Client: Sephen R. Mullet Trad IRA (6781-656) | AP Mullett SR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 199.38 | | -598.14 |
| Check | 3/18/2010 | 4846 | Gallagher Financial Group, Inc. | Total $ amount $39,875 | AP Mullett SR-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 199.38 | | -398.76 |
| Check | 3/18/2010 | 4846 | Gallagher Financial Group, Inc. | Licensee: Ronnie Pope (8%) | AP Mullett SR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 199.38 | | -199.38 |
| Check | 3/18/2010 | 4846 | Gallagher Financial Group, Inc. | Commissions | AP Mullett SR-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 199.38 | | 0.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,920.00 | -10,920.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Client: Leah B. Robbins Trad IRA (6781-710) | AP Robbins,L-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 1,820.00 | | -9,100.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Total $ amount $84,000 | AP Robbins,L-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,820.00 | | -7,280.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Robbins,L-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,820.00 | | -5,460.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Commissions | AP Robbins,L-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 1,820.00 | | -3,640.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | AP Robbins,L-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 1,820.00 | | -1,820.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | AP Robbins,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,820.00 | | 0.00 |
| **Total Gallagher Financial Group, Inc.** | | | | | | | **1,413,114.40** | **1,413,114.40** | **0.00** |
| | | | **Gary J. Lenahan** | | | | | | |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,500.00 | -32,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Client: Robert Hansen (6781-253A) | AP Hansen, R AXA 604 | WELLS FARGO BASE - 8459 | 3,250.00 | | -29,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Total $ Amount: $25,000.00 | AP Hansen, R LLI 899 | WELLS FARGO BASE - 8459 | 3,250.00 | | -26,000.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Licensee: Gary J. Lenahan (10.00%) | AP Hansen, R LNL 740 | WELLS FARGO BASE - 8459 | 3,250.00 | | -22,750.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Commission | AP Hansen, R ING 201 | WELLS FARGO BASE - 8459 | 3,250.00 | | -19,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R LNL 782 | WELLS FARGO BASE - 8459 | 3,250.00 | | -16,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R LFG 566 | WELLS FARGO BASE - 8459 | 3,250.00 | | -13,000.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R AGL 062 | WELLS FARGO BASE - 8459 | 3,250.00 | | -9,750.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R ANI 521 | WELLS FARGO BASE - 8459 | 3,250.00 | | -6,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R PLI 140 | WELLS FARGO BASE - 8459 | 3,250.00 | | -3,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R PLI 140 | WELLS FARGO BASE - 8459 | 3,250.00 | | 0.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Client: Robert Hansen-IRA (6781-253) | AP Hansen,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Total $ Amount: 24,300.00 | AP Hansen,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Licensee: Gary J. Lenahan (10.00%) | AP Hansen,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Commission | AP Hansen,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed commis... | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Client: Carl Raymond Douglas (6781-617) | AP Douglas,C LFG 081 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Total $ amount $35,000 | AP Douglas,C LBL 361 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Licensee: Gary Lenahan (10%) | AP Douglas,C AXA 994 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Commissions | AP Douglas,C LFG 117 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed commis... | AP Douglas,C AXA 091 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed commis... | AP Douglas,C LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed commis... | AP Douglas,C PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Client: Thomas C. DeYoung (6781-832) | AP DeYoung,T LFG 081 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Total $ amount $150,000 | AP DeYoung,T LBL 361 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Licensee: Gary Lenahan (10%) | AP DeYoung,T LBL 916 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Commissions | AP DeYoung,T AXA 335 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 117 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 246 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T AXA 091 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T AGL 130 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Thomas C. DeYoung (6781-832) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,000.00 | -15,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 081 | WELLS FARGO BASE - 8459 | 1,500.00 | | -13,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LBL 361 | WELLS FARGO BASE - 8459 | 1,500.00 | | -12,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LBL 916 | WELLS FARGO BASE - 8459 | 1,500.00 | | -10,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T AXA 335 | WELLS FARGO BASE - 8459 | 1,500.00 | | -9,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 117 | WELLS FARGO BASE - 8459 | 1,500.00 | | -7,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 246 | WELLS FARGO BASE - 8459 | 1,500.00 | | -6,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T AXA 091 | WELLS FARGO BASE - 8459 | 1,500.00 | | -4,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 163 | WELLS FARGO BASE - 8459 | 1,500.00 | | -3,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Sid E. Evans** | | | | | | | | | |
| Check | 1/14/2010 | 4049 | Sid E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/14/2010 | 4049 | Sid E. Evans | Client: Sidney E. Evans (6781-645) | AP Evans,S MMI 025 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/14/2010 | 4049 | Sid E. Evans | Total $ amount $25,000 | AP Evans,S PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/14/2010 | 4049 | Sid E. Evans | Licensee: Sid E. Evans (10%) | AP Evans,S ING 15J | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/14/2010 | 4049 | Sid E. Evans | Commissions | AP Evans,S LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/14/2010 | 4049 | Sid E. Evans | | AP Evans,S PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | Client: Donald W. Duszynski-Traditional IRA (6781-628) | AP Duszynski,D-TRAD IRA LLI 599 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | Total $ Amount: 25,000.00 | AP Duszynski,D-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | Licensee: Sid E. Evans (10.00%) | AP Duszynski,D-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | Commission | AP Duszynski,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/28/2010 | 4155 | Sid E. Evans | | AP Duszynski,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | Client: Jane H. Crappell Trad IRA (6781-647A) | AP Crappell,J-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | Total $ amount $25,000 | AP Crappell,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | Licensee: Sid E. Evans (10%) | AP Crappell,J-TRAD IRA PLI 930 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | Commissions | AP Crappell,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/28/2010 | 4208 | Sid E. Evans | | AP Crappell,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | Client: Donald W. Duszynski (6781-628A) | AP Duszynski,DW AGL 76L | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | Total $ Amount: 25,000.00 | AP Duszynski,DW PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | Licensee: Sid E. Evans (10.00%) | AP Duszynski,DW AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | Commission | AP Duszynski,DW LFG 163 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 2/4/2010 | 4257 | Sid E. Evans | | AP Duszynski,DW PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | Client: Lawrence J. Crappell Trad IRA (6781-047) | AP Crappell,L-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | Total $ amount $25,000 | AP Crappell,L-TRAD IRA AXA 146 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | Licensee: Sid E. Evans (10%) | AP Crappell,L-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | Commissions | AP Crappell,L-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 2/4/2010 | 4277 | Sid E. Evans | | AP Crappell,L-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Sid E. Evans** | | | | | | | 12,500.00 | 12,500.00 | 0.00 |
| **Sr. Retirement Planners, LLC** | | | | | | | | | |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Client: Thomas & Sharon Brady | AP Brady AGL 73L | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Total $ Amount: 50,000.00 | AP Brady AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC | AP Brady ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady LNL 177 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady LNL 591 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady OML 446 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady ING 283 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady AGL 86L | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady TRA 281 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 8/7/2009 | 1304 | Sr. Retirement Planners, LLC | Brady(6781-54)Commission | AP Brady ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,400.00 | -32,400.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Client: Glenda Teague-IRA | AP Teague-IRA LNL 177 | WELLS FARGO BASE - 8459 | 3,240.00 | | -29,160.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Total $ Amount: 270,000.00 | AP Teague-IRA AGL 73L | WELLS FARGO BASE - 8459 | 3,240.00 | | -25,920.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC | AP Teague-IRA AXA 804 | WELLS FARGO BASE - 8459 | 3,240.00 | | -22,680.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA MAM 060 | WELLS FARGO BASE - 8459 | 3,240.00 | | -19,440.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA AGL 58L | WELLS FARGO BASE - 8459 | 3,240.00 | | -16,200.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA TRA 281 | WELLS FARGO BASE - 8459 | 3,240.00 | | -12,960.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA ANI 852 | WELLS FARGO BASE - 8459 | 3,240.00 | | -9,720.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA ING 201 | WELLS FARGO BASE - 8459 | 3,240.00 | | -6,480.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA ING 283 | WELLS FARGO BASE - 8459 | 3,240.00 | | -3,240.00 |
| Check | 8/21/2009 | 1457 | Sr. Retirement Planners, LLC | Teague-IRA(6781-59) Commission | AP Teague-IRA OML 446 | WELLS FARGO BASE - 8459 | 3,240.00 | | 0.00 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Gardner-IRA(6781-55) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,852.44 | -11,852.44 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Client: Robert A. Gardner-IRA | AP Gardner-IRA LBL 165 | WELLS FARGO BASE - 8459 | 2,370.49 | | -9,481.95 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Total $ Amount: 98,770.35 | AP Gardner-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,370.49 | | -7,111.46 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Gardner-IRA LNL 032 | WELLS FARGO BASE - 8459 | 2,370.49 | | -4,740.97 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Gardner-IRA(6781-55) Commission | AP Gardner-IRA ING 283 | WELLS FARGO BASE - 8459 | 2,370.49 | | -2,370.48 |
| Check | 8/26/2009 | 1481 | Sr. Retirement Planners, LLC | Gardner-IRA(6781-55) Commission | AP Gardner-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,370.48 | | 0.00 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 92,284.68 | -92,284.68 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Client: Barbara G. Atkins IRA | AP Atkins, B-IRA LNL 177 | WELLS FARGO BASE - 8459 | 9,228.54 | | -83,056.14 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Total $ Amount: 769,038.98 | AP Atkins, B-IRA AGL 73L | WELLS FARGO BASE - 8459 | 9,228.46 | | -73,827.68 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners LLC (12.00%) | AP Atkins, B-IRA AXA 804 | WELLS FARGO BASE - 8459 | 9,228.46 | | -64,599.22 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA MAM 860 | WELLS FARGO BASE - 8459 | 9,228.46 | | -55,370.76 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA LNL 740 | WELLS FARGO BASE - 8459 | 9,228.46 | | -46,142.30 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA TRA 281 | WELLS FARGO BASE - 8459 | 9,228.46 | | -36,913.84 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA ANI 852 | WELLS FARGO BASE - 8459 | 9,228.46 | | -27,685.38 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA ING 201 | WELLS FARGO BASE - 8459 | 9,228.46 | | -18,456.92 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA ING 283 | WELLS FARGO BASE - 8459 | 9,228.46 | | -9,228.46 |
| Check | 9/16/2009 | 1745 | Sr. Retirement Planners, LLC | Atkins-IRA (6781-111) Commission | AP Atkins, B-IRA OML 446 | WELLS FARGO BASE - 8459 | 9,228.46 | | 0.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Hellstern (6781-216) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Client: John R. Hellstern | AP Hellstern LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Total $ Amount: 25,000.00 | AP Hellstern ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Hellstern ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Hellstern (6781-216) Commission | AP Hellstern LFG 596 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 9/24/2009 | 1870 | Sr. Retirement Planners, LLC | Hellstern (6781-216) Commission | AP Hellstern ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Eason IRA (6781-233) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Client: Eldon R. Eason | AP Eason IRA ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Total $ amount $25,000 | AP Eason IRA ING 283 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC(12%) | AP Eason IRA ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Eason IRA (6781-233) commission | AP Eason IRA LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/1/2009 | 1981 | Sr. Retirement Planners, LLC | Eason IRA (6781-233) commission | AP Eason IRA ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,521.16 | -12,521.16 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Client: Michael R. Spears | AP Spears IRA MET 650 | WELLS FARGO BASE - 8459 | 1,252.12 | | -11,269.04 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Total $ amount $104,343 | AP Spears IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,252.12 | | -10,016.92 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners LLC (12%) | AP Spears IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,252.12 | | -8,764.00 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,252.12 | | -7,512.68 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,252.12 | | -6,260.56 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA ING 201 | WELLS FARGO BASE - 8459 | 1,252.12 | | -5,008.44 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA WPL 982 | WELLS FARGO BASE - 8459 | 1,252.12 | | -3,756.32 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,252.12 | | -2,504.20 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,252.12 | | -1,252.08 |
| Check | 10/1/2009 | 1996 | Sr. Retirement Planners, LLC | Spears IRA (6781-207) commission | AP Spears IRA ING 036 | WELLS FARGO BASE - 8459 | 1,252.08 | | 0.00 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 39,004.56 | -39,004.56 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Client: John Schneider IRA | AP Schneider-IRA MET 650 | WELLS FARGO BASE - 8459 | 3,900.46 | | -35,104.10 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Total $ Amount: 325,038.00 | AP Schneider-IRA AGL 73L | WELLS FARGO BASE - 8459 | 3,900.46 | | -31,203.64 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Schneider-IRA AXA 804 | WELLS FARGO BASE - 8459 | 3,900.46 | | -27,303.18 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA MAM 650 | WELLS FARGO BASE - 8459 | 3,900.46 | | -23,402.72 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA LNL 740 | WELLS FARGO BASE - 8459 | 3,900.46 | | -19,502.26 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA ING 201 | WELLS FARGO BASE - 8459 | 3,900.46 | | -15,601.80 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA WPL 982 | WELLS FARGO BASE - 8459 | 3,900.46 | | -11,701.34 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA ANI 852 | WELLS FARGO BASE - 8459 | 3,900.46 | | -7,800.88 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA LFG 566 | WELLS FARGO BASE - 8459 | 3,900.42 | | -3,900.42 |
| Check | 10/2/2009 | 2028 | Sr. Retirement Planners, LLC | Schneider-IRA (6781-206) Commission | AP Schneider-IRA ING 036 | WELLS FARGO BASE - 8459 | 3,900.42 | | 0.00 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 29,904.00 | -29,904.00 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Client: Theodore C. Callender-IRA | AP Callender-IRA MET 650 | WELLS FARGO BASE - 8459 | 2,990.40 | | -26,913.60 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Total $ Amount: 249,200.00 | AP Callender-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,990.40 | | -23,923.20 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Callender-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,990.40 | | -20,932.80 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA AXA 146 | WELLS FARGO BASE - 8459 | 2,990.40 | | -17,942.40 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,990.40 | | -14,952.00 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,990.40 | | -11,961.60 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA LNL 782 | WELLS FARGO BASE - 8459 | 2,990.40 | | -8,971.20 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,990.40 | | -5,980.80 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA LFG 566 | WELLS FARGO BASE - 8459 | 2,990.40 | | -2,990.40 |
| Check | 10/19/2009 | 2342 | Sr. Retirement Planners, LLC | Callender-IRA (6781-246) Commission | AP Callender-IRA ING 036 | WELLS FARGO BASE - 8459 | 2,990.40 | | 0.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | Client: Dennis R. Wyrick (6781-311) | AP Wyrick HLI 814 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | Total $ Amount: 100,000.00 | AP Wyrick LNL 761 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Wyrick AXA 804 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | Commission | AP Wyrick AXA 146 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick LNL 740 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick ING 201 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick ANI 852 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick LNL 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 10/21/2009 | 2409 | Sr. Retirement Planners, LLC | | AP Wyrick ING 036 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,386.30 | -2,386.30 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | Client: Stuart Ferguson-IRA (6781-236) | AP Ferguson,S-IRA MET 650 | WELLS FARGO BASE - 8459 | 238.63 | | -2,147.67 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | Total $ Amount: 119,314.85 | AP Ferguson,S-IRA AGL 73L | WELLS FARGO BASE - 8459 | 238.63 | | -1,909.04 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | Licensee: Marie Petry (10.00%) | AP Ferguson,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 238.63 | | -1,670.41 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | Commission | AP Ferguson,S-IRA AGL 88L | WELLS FARGO BASE - 8459 | 238.63 | | -1,431.78 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA LNL 740 | WELLS FARGO BASE - 8459 | 238.63 | | -1,193.15 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA ING 201 | WELLS FARGO BASE - 8459 | 238.63 | | -954.52 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA ANI 852 | WELLS FARGO BASE - 8459 | 238.63 | | -715.89 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA OML 446 | WELLS FARGO BASE - 8459 | 238.63 | | -477.26 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA LFG 566 | WELLS FARGO BASE - 8459 | 238.63 | | -238.63 |
| Check | 10/21/2009 | 2430 | Sr. Retirement Planners, LLC | | AP Ferguson,S-IRA ING 036 | WELLS FARGO BASE - 8459 | 238.63 | | 0.00 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 29,772.00 | -29,772.00 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | Client: Charles D. Atkins (6781-109) | AP Atkins,C-IRA LNL 177 | WELLS FARGO BASE - 8459 | 2,977.20 | | -26,794.80 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | Total $ amount $248,100 | AP Atkins,C-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,977.20 | | -23,817.60 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | Licensee: James Poe Sr/Retirement Planners LLC (12%) | AP Atkins,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,977.20 | | -20,840.40 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | Commission | AP Atkins,C-IRA MAM 650 | WELLS FARGO BASE - 8459 | 2,977.20 | | -17,863.20 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,977.20 | | -14,886.00 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA TRA 261 | WELLS FARGO BASE - 8459 | 2,977.20 | | -11,908.80 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,977.20 | | -8,931.60 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,977.20 | | -5,954.40 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA ING 283 | WELLS FARGO BASE - 8459 | 2,977.20 | | -2,977.20 |
| Check | 10/22/2009 | 2478 | Sr. Retirement Planners, LLC | | AP Atkins,C-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,977.20 | | 0.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | Client: William H. Walker III Living Trust (6781-326) | AP Walker Living Trust HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | Total $ amount $50,000 | AP Walker Living Trust LNL 761 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | Licensee:James Poe, Sr. Retirement Planners (12%) | AP Walker Living Trust AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | Commissions | AP Walker Living Trust AXA 146 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/26/2009 | 2530 | Sr. Retirement Planners, LLC | | AP Walker Living Trust ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | Client: William H. Walker V (6781-316) | AP Walker ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | Total $ amount $25,000 | AP Walker ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners LLC (12%) | AP Walker LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | Commissions | AP Walker LNL 568 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/27/2009 | 2585 | Sr. Retirement Planners, LLC | | AP Walker ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | Client: Deborah D. Collier (6781-374) | AP Collier, D HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | Total $ Amount: 50,000.00 | AP Collier, D LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners, LLC (12.00%) | AP Collier, D AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | Commission | AP Collier, D AXA 146 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D LFG 568 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/5/2009 | 2886 | Sr. Retirement Planners, LLC | | AP Collier, D ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,562.69 | -5,562.69 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | Client: Cheryl Rosaly-IRA (6781-330) | AP Rosaly,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 656.26 | | -5,906.43 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | Total $ Amount: 54,689.09 | AP Rosaly,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 656.27 | | -5,250.16 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | Licensee: James Poe/Sr. Retirement Planners LLC (6781-330) | AP Rosaly,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 656.27 | | -4,593.89 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | Commission | AP Rosaly,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 656.27 | | -3,937.62 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 656.27 | | -3,281.35 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 656.27 | | -2,625.08 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA ANI 852 | WELLS FARGO BASE - 8459 | 656.27 | | -1,968.81 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 656.27 | | -1,312.54 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA LFG 568 | WELLS FARGO BASE - 8459 | 656.27 | | -656.27 |
| Check | 11/13/2009 | 3087 | Sr. Retirement Planners, LLC | | AP Rosaly,C-IRA ING 036 | WELLS FARGO BASE - 8459 | 656.27 | | 0.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | Client: Larry G. Collier- IRA (6781-374A) | AP Collier,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | Total $ amount $100,000 | AP Collier,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | Licensee:Joe Poe/Sr. Retirement Planners LLC (12%) | AP Collier,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | Commissions | AP Collier,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA LFG 568 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 11/18/2009 | 3227 | Sr. Retirement Planners, LLC | | AP Collier,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | WELLS FARGO BASE - 8459 | -SPLIT- | | 14,400.00 | -14,400.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LLI 699 | WELLS FARGO BASE - 8459 | 1,440.00 | | -12,960.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,440.00 | | -11,520.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,440.00 | | -10,080.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,440.00 | | -8,640.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,440.00 | | -7,200.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LFG 568 | WELLS FARGO BASE - 8459 | 1,440.00 | | -5,760.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,440.00 | | -4,320.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,440.00 | | -2,880.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,440.00 | | -1,440.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Larose IRA 6781-443 | AP Larose,M-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,440.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Edith Spears-IRA 6781-207A | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,643.36 | -5,643.36 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears LLI 899 | WELLS FARGO BASE - 8459 | 627.06 | | -5,016.32 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA LNL 740 | WELLS FARGO BASE - 8459 | 627.04 | | -4,389.28 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA LNL 26A | WELLS FARGO BASE - 8459 | 627.04 | | -3,762.24 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA AXA 146 | WELLS FARGO BASE - 8459 | 627.04 | | -3,135.20 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA LNL 782 | WELLS FARGO BASE - 8459 | 627.04 | | -2,508.16 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA PLI 880 | WELLS FARGO BASE - 8459 | 627.04 | | -1,881.12 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA AXA 597 | WELLS FARGO BASE - 8459 | 627.04 | | -1,254.08 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA AGL 062 | WELLS FARGO BASE - 8459 | 627.04 | | -627.04 |
| Check | 12/3/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Spears,E-IRA LBL 771 | WELLS FARGO BASE - 8459 | 627.04 | | 0.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Robert Vanderpoel (6781-491) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Vanderpoel PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Vanderpoel AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Vanderpoel LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Vanderpoel JPI 183 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Vanderpoel PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Beck, Larry (6781-551) | WELLS FARGO BASE - 8459 | -SPLIT- | | 42,000.00 | -42,000.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L LLI 899 | WELLS FARGO BASE - 8459 | 4,200.00 | | -37,800.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L AXA 526 | WELLS FARGO BASE - 8459 | 4,200.00 | | -33,600.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L SLA 338 | WELLS FARGO BASE - 8459 | 4,200.00 | | -29,400.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L JPI 062 | WELLS FARGO BASE - 8459 | 4,200.00 | | -25,200.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L AXA 346 | WELLS FARGO BASE - 8459 | 4,200.00 | | -21,000.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L PLI 980 | WELLS FARGO BASE - 8459 | 4,200.00 | | -16,800.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L JPI 272 | WELLS FARGO BASE - 8459 | 4,200.00 | | -12,600.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L AXA 729 | WELLS FARGO BASE - 8459 | 4,200.00 | | -8,400.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L JPI 183 | WELLS FARGO BASE - 8459 | 4,200.00 | | -4,200.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commissions | AP Beck,L PLI 140 | WELLS FARGO BASE - 8459 | 4,200.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Gunn,Sandra M IRA (6781-475) | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,471.56 | -4,471.56 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,S IRA PLI 980 | WELLS FARGO BASE - 8459 | 894.32 | | -3,577.24 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,S IRA AGL 062 | WELLS FARGO BASE - 8459 | 894.31 | | -2,682.93 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,S IRA LBL 771 | WELLS FARGO BASE - 8459 | 894.31 | | -1,788.62 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,S IRA AXA 597 | WELLS FARGO BASE - 8459 | 894.31 | | -894.31 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,S IRA PLI 140 | WELLS FARGO BASE - 8459 | 894.31 | | 0.00 |
| Check | 12/10/2009 | EFT | Gr. Retirement Planners, LLC | Gunn,Steven C IRA (6781-475A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,969.77 | -8,969.77 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA LLI 899 | WELLS FARGO BASE - 8459 | 896.95 | | -8,072.82 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA AXA 826 | WELLS FARGO BASE - 8459 | 896.98 | | -7,175.84 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA LNL 26A | WELLS FARGO BASE - 8459 | 896.98 | | -6,278.86 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA JPI 062 | WELLS FARGO BASE - 8459 | 896.98 | | -5,381.88 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA LNL 782 | WELLS FARGO BASE - 8459 | 896.98 | | -4,484.90 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA PLI 680 | WELLS FARGO BASE - 8459 | 896.98 | | -3,587.92 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA AGL 062 | WELLS FARGO BASE - 8459 | 896.98 | | -2,690.94 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA LBL 771 | WELLS FARGO BASE - 8459 | 896.98 | | -1,793.96 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA AXA 597 | WELLS FARGO BASE - 8459 | 896.98 | | -896.98 |
| Check | 12/10/2009 | EFT | Sr. Retirement Planners, LLC | Commission | AP Gunn,SC IRA PLI 140 | WELLS FARGO BASE - 8459 | 896.98 | | 0.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Rizzuto,Amico J. (6781-596) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Rizzuto,A PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Rizzuto,A LFG 272 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Rizzuto,A AXA 729 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Rizzuto,A LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Rizzuto,A PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Thomas,Danny R IRA (6781-72) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 35,760.00 | -35,760.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA LFG 177 | WELLS FARGO BASE - 8459 | 3,576.00 | | -32,184.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA AGL 73L | WELLS FARGO BASE - 8459 | 3,576.00 | | -28,608.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA AXA 804 | WELLS FARGO BASE - 8459 | 3,576.00 | | -25,032.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA LFG 591 | WELLS FARGO BASE - 8459 | 3,576.00 | | -21,456.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA AGL 66L | WELLS FARGO BASE - 8459 | 3,576.00 | | -17,880.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA TRA 281 | WELLS FARGO BASE - 8459 | 3,576.00 | | -14,304.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA ANI 852 | WELLS FARGO BASE - 8459 | 3,576.00 | | -10,728.00 |
| Check | 1/14/2010 | EFT | Gr. Retirement Planners, LLC | Commission | AP Thomas-IRA ING 201 | WELLS FARGO BASE - 8459 | 3,576.00 | | -7,152.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA ING 283 | WELLS FARGO BASE - 8459 | 3,576.00 | | -3,576.00 |
| Check | 1/14/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Thomas-IRA CML 446 | WELLS FARGO BASE - 8459 | 3,576.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Chandler Family Trust (6781-883) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Chandler Trust PLI 980 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Chandler Trust AXA 729 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Chandler Trust ING 15J | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Chandler Trust LFG 183 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 1/28/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Chandler Trust PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Stafford,Penny A-Traditional IRA (6781-555) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,327.11 | -7,327.11 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 732.72 | | -6,594.39 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 732.71 | | -5,861.68 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA AXA 894 | WELLS FARGO BASE - 8459 | 732.71 | | -5,128.97 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 732.71 | | -4,396.26 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 732.71 | | -3,663.55 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 732.71 | | -2,930.84 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 732.71 | | -2,198.13 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 732.71 | | -1,465.42 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 732.71 | | -732.71 |
| Check | 2/4/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stafford,P-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 732.71 | | 0.00 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Mitchell,Robert N. - Traditional IRA (6781-736) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,151.80 | -6,151.80 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Mitchell,R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,230.36 | | -4,921.44 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Mitchell,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,230.36 | | -3,691.08 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Mitchell,R-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,230.36 | | -2,460.72 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Mitchell,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,230.36 | | -1,230.36 |
| Check | 2/18/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Mitchell,R-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 1,230.36 | | 0.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Miguel A & Nancy Domenech (6781-775) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Domenech,M&N LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Domenech,M&N PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Domenech,M&N AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Wms Trust, Ben David & Sandra Hanna Wms (6781-792) Com... | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Wms Trust AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Wms Trust AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Wms Trust LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Wms Trust PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Wms Trust AGL 130 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Jay M. Stauffer Trad IRA (6781-738) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,152.68 | -32,152.68 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 3,215.25 | | -28,937.43 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LBL 381 | WELLS FARGO BASE - 8459 | 3,215.27 | | -25,722.16 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LBL 916 | WELLS FARGO BASE - 8459 | 3,215.27 | | -22,506.89 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 3,215.27 | | -19,291.62 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 3,215.27 | | -16,076.35 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 3,215.27 | | -12,861.08 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 3,215.27 | | -9,645.81 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 3,215.27 | | -6,430.54 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,215.27 | | -3,215.27 |
| Check | 2/25/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Stauffer,J-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 3,215.27 | | 0.00 |
| Check | 3/11/2010 | EFT | Sr. Retirement Planners, LLC | Lopez, Raul E. (6781-571) Commission | WELLS FARGO BASE - 8459 | AP Lopez,R JHL 633 | | 3,000.00 | -3,000.00 |
| Check | 3/11/2010 | EFT | Sr. Retirement Planners, LLC | Commission | AP Lopez,R JHL 633 | WELLS FARGO BASE - 8459 | 3,000.00 | | 0.00 |
| | | | **Total Sr. Retirement Planners, LLC** | | | | **485,564.13** | **485,564.13** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Eric Lopez** | | | | | | | | | |
| Check | 2/25/2010 | EFT | Eric Lopez | Homero Lopez Trad IRA (6781-763) Commissione | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,516.98 | -19,516.98 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 2,168.58 | | -17,348.40 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 2,168.55 | | -15,179.85 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,168.55 | | -13,011.30 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,168.55 | | -10,842.75 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,168.55 | | -8,674.20 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,168.55 | | -6,505.65 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,168.55 | | -4,337.10 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,168.55 | | -2,168.55 |
| Check | 2/25/2010 | EFT | Eric Lopez | Commission | AP Lopez,H-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,168.55 | | 0.00 |
| **Total Eric Lopez** | | | | | | | 19,516.98 | 19,516.98 | 0.00 |
| **Estate Protection Planning Corporation** | | | | | | | | | |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | Client: James & Catherine Walsh (6781-427) | AP Walsh,J&C LLI 899 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | Total $ Amount: 510,416.98 | AP Walsh,J&C LFG 740 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | Licensee: Estate Protection Planning (10.00%) | AP Walsh,J&C LFG 006 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 008 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C LFG 782 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C LFG 566 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C PLI 930 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C AGL 062 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C LBL 771 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | 3839 | Estate Protection Planning Corporation | VOID: | AP Walsh,J&C PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Walsh, James & Catherine (6781-427) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 51,041.70 | -51,041.70 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LLI 899 | WELLS FARGO BASE - 8459 | 5,104.17 | | -45,937.53 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 740 | WELLS FARGO BASE - 8459 | 5,104.17 | | -40,833.36 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 006 | WELLS FARGO BASE - 8459 | 5,104.17 | | -35,729.19 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 008 | WELLS FARGO BASE - 8459 | 5,104.17 | | -30,625.02 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 782 | WELLS FARGO BASE - 8459 | 5,104.17 | | -25,520.85 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LFG 566 | WELLS FARGO BASE - 8459 | 5,104.17 | | -20,416.68 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C PLI 930 | WELLS FARGO BASE - 8459 | 5,104.17 | | -15,312.51 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C AGL 062 | WELLS FARGO BASE - 8459 | 5,104.17 | | -10,208.34 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C LBL 771 | WELLS FARGO BASE - 8459 | 5,104.17 | | -5,104.17 |
| Check | 12/23/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Walsh,J&C PLI 140 | WELLS FARGO BASE - 8459 | 5,104.17 | | 0.00 |
| Check | 12/30/2009 | EFT | Estate Protection Planning Corporation | Kessler,Delores IRA (6781-422) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,150.00 | -3,150.00 |
| Check | 12/30/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 787.50 | | -2,362.50 |
| Check | 12/30/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,D-IRA AGL 062 | WELLS FARGO BASE - 8459 | 787.50 | | -1,575.00 |
| Check | 12/30/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 787.50 | | -787.50 |
| Check | 12/30/2009 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 787.50 | | 0.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Peterson, Audrey IRA (6781-510) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,500.00 | -21,500.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,150.00 | | -19,350.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA AXA 828 | WELLS FARGO BASE - 8459 | 2,150.00 | | -17,200.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 006 | WELLS FARGO BASE - 8459 | 2,150.00 | | -15,050.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 008 | WELLS FARGO BASE - 8459 | 2,150.00 | | -12,900.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 782 | WELLS FARGO BASE - 8459 | 2,150.00 | | -10,750.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA PLI 980 | WELLS FARGO BASE - 8459 | 2,150.00 | | -8,600.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 272 | WELLS FARGO BASE - 8459 | 2,150.00 | | -6,450.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA AXA 729 | WELLS FARGO BASE - 8459 | 2,150.00 | | -4,300.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,150.00 | | -2,150.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,150.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Peterson, Audrey IRA (6781-510) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,150.00 | -2,150.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 215.00 | | -1,935.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA AXA 828 | WELLS FARGO BASE - 8459 | 215.00 | | -1,720.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 006 | WELLS FARGO BASE - 8459 | 215.00 | | -1,505.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 008 | WELLS FARGO BASE - 8459 | 215.00 | | -1,290.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 782 | WELLS FARGO BASE - 8459 | 215.00 | | -1,075.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA PLI 980 | WELLS FARGO BASE - 8459 | 215.00 | | -860.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 272 | WELLS FARGO BASE - 8459 | 215.00 | | -645.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA AXA 729 | WELLS FARGO BASE - 8459 | 215.00 | | -430.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA LFG 183 | WELLS FARGO BASE - 8459 | 215.00 | | -215.00 |
| Check | 1/14/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 215.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Morris, Shirley A (6781-507) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 28,905.28 | -28,905.28 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LLI 899 | WELLS FARGO BASE - 8459 | 2,890.51 | | -26,014.77 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S AXA 828 | WELLS FARGO BASE - 8459 | 2,890.53 | | -23,124.24 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LFG 006 | WELLS FARGO BASE - 8459 | 2,890.53 | | -20,233.71 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LFG 008 | WELLS FARGO BASE - 8459 | 2,890.53 | | -17,343.18 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LFG 782 | WELLS FARGO BASE - 8459 | 2,890.53 | | -14,452.65 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S PLI 980 | WELLS FARGO BASE - 8459 | 2,890.53 | | -11,562.12 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LFG 272 | WELLS FARGO BASE - 8459 | 2,890.53 | | -8,671.59 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S AXA 729 | WELLS FARGO BASE - 8459 | 2,890.53 | | -5,781.06 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,S LFG 183 | WELLS FARGO BASE - 8459 | 2,890.53 | | -2,890.53 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commissions | AP Morris,R PLI 140 | WELLS FARGO BASE - 8459 | 2,890.53 | | 0.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Ohara, Rita (6781-621) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 20,000.00 | -20,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R LLI 699 | WELLS FARGO BASE - 8459 | 2,000.00 | | -18,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R SLA 338 | WELLS FARGO BASE - 8459 | 2,000.00 | | -16,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R LFG 008 | WELLS FARGO BASE - 8459 | 2,000.00 | | -14,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R AXA 994 | WELLS FARGO BASE - 8459 | 2,000.00 | | -12,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R MMI 025 | WELLS FARGO BASE - 8459 | 2,000.00 | | -10,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R PLI 980 | WELLS FARGO BASE - 8459 | 2,000.00 | | -8,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R AXA 729 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R ING 15J | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R LFG 183 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Ohara,R PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Kessler, Joseph C. Roth IRA (6781-422B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,J-ROTH IRA LFG 586 | WELLS FARGO BASE - 8459 | 625.00 | | -1,875.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,J-ROTH IRA AGL 06L | WELLS FARGO BASE - 8459 | 625.00 | | -1,250.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,J-ROTH IRA LBL 771 | WELLS FARGO BASE - 8459 | 625.00 | | -625.00 |
| Check | 1/21/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Kessler,J-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 625.00 | | 0.00 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Minamoto,Norimi (6781-620) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 49,084.93 | -49,084.93 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N LLI 699 | WELLS FARGO BASE - 8459 | 4,908.52 | | -44,176.41 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N GLG 089 | WELLS FARGO BASE - 8459 | 4,908.49 | | -39,267.92 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N ANI 065 | WELLS FARGO BASE - 8459 | 4,908.49 | | -34,359.43 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N AXA 994 | WELLS FARGO BASE - 8459 | 4,908.49 | | -29,450.94 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N MMI 025 | WELLS FARGO BASE - 8459 | 4,908.49 | | -24,542.45 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N PLI 580 | WELLS FARGO BASE - 8459 | 4,908.49 | | -19,633.96 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N AXA 091 | WELLS FARGO BASE - 8459 | 4,908.49 | | -14,725.47 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N ING 15J | WELLS FARGO BASE - 8459 | 4,908.49 | | -9,816.98 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N LFG 183 | WELLS FARGO BASE - 8459 | 4,908.49 | | -4,908.49 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Minamoto, N PLI 140 | WELLS FARGO BASE - 8459 | 4,908.49 | | 0.00 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Bernhardt,Thelma (6781-622) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 48,437.83 | -48,437.83 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T LLI 699 | WELLS FARGO BASE - 8459 | 4,843.81 | | -43,594.02 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T SLA 335 | WELLS FARGO BASE - 8459 | 4,843.78 | | -38,750.24 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T ANI 065 | WELLS FARGO BASE - 8459 | 4,843.78 | | -33,906.46 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T AXA 994 | WELLS FARGO BASE - 8459 | 4,843.78 | | -29,062.68 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T MMI 025 | WELLS FARGO BASE - 8459 | 4,843.78 | | -24,218.90 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T PLI 980 | WELLS FARGO BASE - 8459 | 4,843.78 | | -19,375.12 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T AGL 06L | WELLS FARGO BASE - 8459 | 4,843.78 | | -14,531.34 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T ING 15J | WELLS FARGO BASE - 8459 | 4,843.75 | | -9,687.56 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T LFG 183 | WELLS FARGO BASE - 8459 | 4,843.78 | | -4,843.78 |
| Check | 1/26/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Bernhardt,T PLI 140 | WELLS FARGO BASE - 8459 | 4,843.78 | | 0.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Peterson, Audrey Trad IRA (6781-510A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,300.00 | -2,300.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,150.00 | | -1,150.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,150.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Peterson, Audrey Trad IRA (6781-510A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 230.00 | -230.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 115.00 | | -115.00 |
| Check | 2/18/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Peterson,A TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 115.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Rizzuto,Charles Traditional IRA (6781-687) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 20,000.00 | -20,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,000.00 | | -18,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 2,000.00 | | -16,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 2,000.00 | | -14,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,000.00 | | -12,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,000.00 | | -10,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,000.00 | | -8,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,C-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Rizzuto,Fara-Traditional IRA (6781-687A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LFG 081 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LFG 117 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LFG 248 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA AXA 994 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 2/25/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Rizzuto,F TRAD-IRA AGL 130 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Cassese,Helen (6781-619) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 53,883.53 | -53,883.53 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LFG 081 | WELLS FARGO BASE - 8459 | 5,388.38 | | -48,495.15 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LBL 361 | WELLS FARGO BASE - 8459 | 5,388.35 | | -43,106.80 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LBL 918 | WELLS FARGO BASE - 8459 | 5,388.35 | | -37,718.45 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H AXA 335 | WELLS FARGO BASE - 8459 | 5,388.35 | | -32,330.10 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LFG 117 | WELLS FARGO BASE - 8459 | 5,388.35 | | -26,941.75 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LFG 248 | WELLS FARGO BASE - 8459 | 5,388.35 | | -21,553.40 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H AXA 091 | WELLS FARGO BASE - 8459 | 5,388.35 | | -16,165.05 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H LFG 183 | WELLS FARGO BASE - 8459 | 5,388.35 | | -10,776.70 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H PLI 140 | WELLS FARGO BASE - 8459 | 5,388.35 | | -5,388.35 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Cassese,H AGL 130 | WELLS FARGO BASE - 8459 | 5,388.35 | | 0.00 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Gloria M. Piccolella (6781-628) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,153.58 | -5,153.58 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G LFG 081 | WELLS FARGO BASE - 8459 | 572.62 | | -4,580.96 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G LBL 361 | WELLS FARGO BASE - 8459 | 572.62 | | -4,008.34 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G AXA 335 | WELLS FARGO BASE - 8459 | 572.62 | | -3,435.72 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G LFG 117 | WELLS FARGO BASE - 8459 | 572.62 | | -2,863.10 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G LFG 248 | WELLS FARGO BASE - 8459 | 572.62 | | -2,290.48 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G AXA 091 | WELLS FARGO BASE - 8459 | 572.62 | | -1,717.86 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G LFG 183 | WELLS FARGO BASE - 8459 | 572.62 | | -1,145.24 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G PLI 140 | WELLS FARGO BASE - 8459 | 572.62 | | -572.62 |
| Check | 3/4/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Piccolella,G AGL 130 | WELLS FARGO BASE - 8459 | 572.62 | | 0.00 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Ohara,Rita Traditional IRA (6781-621A)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,522.78 | -21,522.78 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LU 699 | WELLS FARGO BASE - 8459 | 2,152.28 | | -19,370.52 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 2,152.28 | | -17,218.24 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LBL 361 | WELLS FARGO BASE - 8450 | 2,152.28 | | -15,065.96 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,152.28 | | -12,913.68 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,152.28 | | -10,761.40 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,152.28 | | -8,609.12 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,152.28 | | -6,456.84 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA LFG 163 | WELLS FARGO BASE - 8459 | 2,152.28 | | -4,304.56 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,152.28 | | -2,152.28 |
| Check | 3/11/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Chara,Rita-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,152.28 | | 0.00 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Burian, John E. (876107936) Commissions & Mar. Bonus | WELLS FARGO BASE - 8459 | -SPLIT- | | 53,729.48 | -53,729.48 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E AXA 036 | WELLS FARGO BASE - 8459 | 5,372.93 | | -48,356.55 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E LFG 735 | WELLS FARGO BASE - 8459 | 5,372.95 | | -42,983.60 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E LBL 361 | WELLS FARGO BASE - 8459 | 5,372.95 | | -37,610.65 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E AXA 335 | WELLS FARGO BASE - 8459 | 5,372.95 | | -32,237.70 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E LFG 311 | WELLS FARGO BASE - 8459 | 5,372.95 | | -26,864.75 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E AXA 091 | WELLS FARGO BASE - 8459 | 5,372.95 | | -21,491.80 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E JHL 383 | WELLS FARGO BASE - 8459 | 5,372.95 | | -16,118.85 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E AVL 180 | WELLS FARGO BASE - 8459 | 5,372.95 | | -10,745.90 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E PLI 140 | WELLS FARGO BASE - 8459 | 5,372.95 | | -5,372.95 |
| Check | 3/16/2010 | EFT | Estate Protection Planning Corporation | Commission | AP Burian,John E JHL 633 | WELLS FARGO BASE - 8459 | 5,372.95 | | 0.00 |
| **Total Estate Protection Planning Corporation** | | | | | | | **388,589.11** | **388,589.11** | **0.00** |
| **Fellowship Financial LLC** | | | | | | | | | |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,000.00 | -16,000.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni LNL 177 | WELLS FARGO BASE - 8459 | 1,600.00 | | -14,400.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni AGL73L | WELLS FARGO BASE - 8459 | 1,600.00 | | -12,800.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni AXA804 | WELLS FARGO BASE - 8459 | 1,600.00 | | -11,200.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni JHL920 | WELLS FARGO BASE - 8459 | 1,600.00 | | -9,600.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni LNL 591 | WELLS FARGO BASE - 8459 | 1,600.00 | | -8,000.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni LBL165 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni MML222 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni LBL165 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni OML446 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 5/14/2009 | 1013 | Fellowship Financial LLC | Commission | AP Digiovanni PAL113 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney LNL 177 | WELLS FARGO BASE - 8459 | 800.00 | | -7,200.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney AGL 73L | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney AXA 804 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney JHL 920 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney LNL 591 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney LBL 165 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney MML 222 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney LNL 789 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney OML 446 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 6/1/2009 | 1021 | Fellowship Financial LLC | Commission | AP Mahoney PAL 113 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.15 | -8,000.15 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer LNL 177 | WELLS FARGO BASE - 8459 | 800.15 | | -7,200.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer AGL 73L | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer AXA 804 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer JHL 920 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer LNL 591 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer LBL 165 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer MML 222 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer LNL 789 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer OML 446 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 6/1/2009 | 1024 | Fellowship Financial LLC | Commission | AP Palmer PAL 113 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks LNL177 | WELLS FARGO BASE - 8459 | 800.00 | | -7,200.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks AGL73L | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks AXA 804 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks JHL 920 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks LNL 591 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks LBL 165 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks MML 222 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks LNL 789 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks OML 446 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 6/8/2009 | 1026 | Fellowship Financial LLC | Commission | AP Marks PAL 113 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,489.81 | 10,489.81 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,048.98 | | -9,440.83 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,048.96 | | -8,391.85 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,048.98 | | -7,342.87 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA JHL 920 | WELLS FARGO BASE - 8459 | 1,048.98 | | -6,293.89 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,048.98 | | -5,244.91 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA LBL 165 | WELLS FARGO BASE - 8459 | 1,048.98 | | -4,195.93 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA MML 222 | WELLS FARGO BASE - 8459 | 1,048.98 | | -3,146.95 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA LNL 789 | WELLS FARGO BASE - 8459 | 1,048.98 | | -2,097.97 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,048.98 | | -1,048.99 |
| Check | 6/12/2009 | 1034 | Fellowship Financial LLC | Commission | AP Peterson-IRA PAL 113 | WELLS FARGO BASE - 8459 | 1,048.99 | | 0.00 |
| Check | 6/12/2009 | 1037 | Fellowship Financial LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,840.74 | -19,840.74 |
| Check | 6/12/2009 | 1037 | Fellowship Financial LLC | Commission | AP Nichols-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,984.07 | | -17,856.67 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Ryan Carr** | | | | | | | | | |
| Check | 3/25/2010 | 4932 | Ryan Carr | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Client: Robert Prickett-Traditional IRA (6781-873) | AP Prickett,R-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Total $ Amount: 50,000.00 | AP Prickett,R-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Licensee: Ryan Carr (10.00%) | AP Prickett,R-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Commission | AP Prickett,R-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA PLJ 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,977.50 | -9,977.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Client: Tara Khan Trad IRA (6781-670) | AP Khan,Tara-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 997.75 | | -8,979.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Total $ amount $99,775 | AP Khan,Tara-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 997.75 | | -7,982.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Licensee: Ryan Carr (10%) | AP Khan,Tara-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 997.75 | | -6,984.25 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Commissions | AP Khan,Tara-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 997.75 | | -5,986.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 997.75 | | -4,988.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 997.75 | | -3,991.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 997.75 | | -2,993.25 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 997.75 | | -1,995.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA PLJ 140 | WELLS FARGO BASE - 8459 | 997.75 | | -997.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 997.75 | | 0.00 |
| **Total Ryan Carr** | | | | | | | 14,977.50 | 14,977.50 | 0.00 |
| **Sam Hensley** | | | | | | | | | |
| Check | 11/5/2009 | 2872 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 542.68 | -542.68 |
| Check | 11/5/2009 | 2872 | Sam Hensley | Client: Dan Diffenderfer (6781-312) | AP Diffenderfer,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 542.68 | | 0.00 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,703.35 | -16,703.35 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Client: Marsha Diffenderfer-IRA (6781-312A) | AP Diffenderfer,M-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,670.34 | | -15,033.01 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Total $ amount $119,309.63 | AP Diffenderfer,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,670.34 | | -13,362.67 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Licensee: Sam Hensley (14%) | AP Diffenderfer,M-IRA AXA 604 | WELLS FARGO BASE - 8459 | 1,670.34 | | -11,692.33 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Commissions | AP Diffenderfer,M-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,670.34 | | -10,021.99 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,670.34 | | -8,351.65 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,670.34 | | -6,681.31 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,670.34 | | -5,010.97 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,670.34 | | -3,340.63 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LFG 968 | WELLS FARGO BASE - 8459 | 1,670.34 | | -1,670.29 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,670.29 | | 0.00 |
| Check | 3/25/2010 | 4901 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | 4901 | Sam Hensley | Client: Rogert & Tammie Luckenbach (6781-939) | AP Luckenbach,R&T PLJ 140 | WELLS FARGO BASE - 8459 | 750.00 | | 0.00 |
| Check | 3/25/2010 | 4905 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/25/2010 | 4905 | Sam Hensley | Client: Dayton E. Hohmann(6781-940) | AP Hohmann,D PLJ 140 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| **Total Sam Hensley** | | | | | | | 19,496.03 | 19,496.03 | 0.00 |
| **Secured Financial Strategies,LLC** | | | | | | | | | |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | AP Sanda Ranch Partnership SLA | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | AP Sanda Ranch Partnership ING | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 7/2/2009 | 1098 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/2/2009 | 1098 | Secured Financial Strategies,LLC | Commission | AP Guerra LBL 165 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 7/2/2009 | 1098 | Secured Financial Strategies,LLC | Commission | AP Guerra ING 283 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership SLA534 | WELLS FARGO BASE - 8459 | 360.00 | | -1,440.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership LBL165 | WELLS FARGO BASE - 8459 | 360.00 | | -1,080.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership LNL032 | WELLS FARGO BASE - 8459 | 360.00 | | -720.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership ING283 | WELLS FARGO BASE - 8459 | 360.00 | | -360.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership OML446 | WELLS FARGO BASE - 8459 | 360.00 | | 0.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | AP Williams-ROTH LBL 165 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | AP Williams-ROTH OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/13/2009 | 1371 | Secured Financial Strategies,LLC | Plate(6781-89) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 8/13/2009 | 1371 | Secured Financial Strategies,LLC | Client: Kathleen Plate | AP Plate OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Williams-IRA(6781-44) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Client: Karl Williams | AP Williams-IRA ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Total $ Amount 30,000.00 | AP Williams IRA ING 283 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,920.00 | -17,920.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Client: Kathy Ueoka-IRA | AP Ueoka-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,792.00 | | -16,128.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Total $ Amount: 112,000.00 | AP Ueoka-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,792.00 | | -14,336.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Licensee: SFS/Reid Thorburn | AP Ueoka-IRA AXA 604 | WELLS FARGO BASE - 8459 | 1,792.00 | | -12,544.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA AGL 66L | WELLS FARGO BASE - 8459 | 1,792.00 | | -10,752.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,792.00 | | -8,960.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,792.00 | | -7,168.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA LNL 891 | WELLS FARGO BASE - 8459 | 1,792.00 | | -5,376.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,792.00 | | -3,584.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,792.00 | | -1,792.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,792.00 | | 0.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Whitaker-IRA(6781-100) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Client: Joel E. Whitaker-IRA | AP Whitaker-IRA ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Total $ Amount: 30,000.00 | AP Whitaker-IRA ING 283 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Licensee: Pamela Friske (14.00%) | AP Whitaker-IRA OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 8/27/2009 | 1507 | Secured Financial Strategies,LLC | Amato (6781-139) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 8/27/2009 | 1507 | Secured Financial Strategies,LLC | Client: Angelo Joseph Amato, Jr. | AP Amato AGL 73L | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 8/27/2009 | 1507 | Secured Financial Strategies,LLC | Total $ Amount $200,000 | AP Amato AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 8/27/2009 | 1507 | Secured Financial Strategies,LLC | Licensee: Don Forrest Wissner (10%) | AP Amato ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 8/27/2009 | 1507 | Secured Financial Strategies,LLC | Amato (6781-139) Commission | AP Amato LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 9/15/2009 | 1713 | Secured Financial Strategies,LLC | Gordiany (6781-174) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,620.00 | -1,620.00 |
| Check | 9/15/2009 | 1713 | Secured Financial Strategies,LLC | Client: Rosie M. Gordiany | AP Gordiany AGL 73L | WELLS FARGO BASE - 8459 | 540.00 | | -1,080.00 |
| Check | 9/15/2009 | 1713 | Secured Financial Strategies,LLC | Total $ Amount $1,000.00 | AP Gordiany AXA 804 | WELLS FARGO BASE - 8459 | 540.00 | | -540.00 |
| Check | 9/15/2009 | 1713 | Secured Financial Strategies,LLC | Licensee: Emil L. Laskowski, Jr. | AP Gordiany MAM 860 | WELLS FARGO BASE - 8459 | 540.00 | | 0.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,000.00 | -7,000.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Client: Jack & Dorothy Ballentine | AP Ballentine MET 850 | WELLS FARGO BASE - 8459 | 700.00 | | -6,300.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Total $ Amount: 350,000.00 | AP Ballentine AGL 73L | WELLS FARGO BASE - 8459 | 700.00 | | -5,600.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Licensee: James Strizak (5.00%) | AP Ballentine AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -4,900.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine MAM 860 | WELLS FARGO BASE - 8459 | 700.00 | | -4,200.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine LNL 740 | WELLS FARGO BASE - 8459 | 700.00 | | -3,500.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine ING 201 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine WPL 982 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine ANI 852 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 9/16/2009 | 1729 | Secured Financial Strategies,LLC | Ballentine (6781-163) Commission | AP Ballentine ING 036 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 9/18/2009 | 1762 | Secured Financial Strategies,LLC | Hernandez (6781-188) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 9/18/2009 | 1762 | Secured Financial Strategies,LLC | Client: Manuel & Rachel Hernandez | AP Hernandez AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 9/18/2009 | 1762 | Secured Financial Strategies,LLC | Total $ Amount: 40,000.00 | AP Hernandez AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/18/2009 | 1762 | Secured Financial Strategies,LLC | Licensee: Emil L. Laskowski, Jr. (10.00%) | AP Hernandez LNL 740 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/18/2009 | 1762 | Secured Financial Strategies,LLC | Hernandez (6781-188) Commission | AP Hernandez OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/18/2009 | 1782 | Secured Financial Strategies,LLC | Stanton IRA (6781-141) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 321.72 | -321.72 |
| Check | 9/18/2009 | 1782 | Secured Financial Strategies,LLC | Client: Dwayne Stanton IRA | AP Stanton IRA ING 036 | WELLS FARGO BASE - 8459 | 321.72 | | 0.00 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,414.84 | -15,414.84 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Client: Elmer Soefje IRA | AP Soefje(Elmer)-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,541.48 | | -13,873.36 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Total $ Amount: 96,342.73 | AP Soefje(Elmer)-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,541.48 | | -12,331.88 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Licensee: SFS-Reid Thorburn (16.00%) | AP Soefje(Elmer)-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,541.48 | | -10,790.40 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA AGL 66L | WELLS FARGO BASE - 8459 | 1,541.48 | | -9,248.92 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,541.48 | | -7,707.44 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,541.48 | | -6,165.96 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,541.48 | | -4,624.48 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,541.48 | | -3,083.00 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,541.48 | | -1,541.52 |
| Check | 9/22/2009 | 1803 | Secured Financial Strategies,LLC | Elmer Soefje IRA (6781-81) Commission | AP Soefje(Elmer)-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,541.52 | | 0.00 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,739.81 | -21,739.81 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Client: Elsie M. Sofeje IRA | AP Soefje (Elise)-IRA LNL 177 | WELLS FARGO BASE - 8459 | 2,173.98 | | -19,565.83 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Total $ Amount: 135,873.84 | AP Soefje(Elsie)-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,173.98 | | -17,391.85 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Licensee: SFS-Reid Thorburn (16.00%) | AP Soefje(Elsie)-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,173.98 | | -15,217.87 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie)-IRA AGL 66L | WELLS FARGO BASE - 8459 | 2,173.98 | | -13,043.89 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie)-IRA TRA 281 | WELLS FARGO BASE - 8459 | 2,173.98 | | -10,869.91 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie)-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,173.98 | | -8,695.93 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie) LNL 591 | WELLS FARGO BASE - 8459 | 2,173.98 | | -6,521.95 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie)-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,173.98 | | -4,347.97 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie) ING 283 | WELLS FARGO BASE - 8459 | 2,173.98 | | -2,173.99 |
| Check | 9/23/2009 | 1818 | Secured Financial Strategies,LLC | Soefje-IRA (6781-82) Commission | AP Soefje(Elsie)-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,173.99 | | 0.00 |
| Check | 9/24/2009 | 1887 | Secured Financial Strategies,LLC | Bette Akers Leimer Trust(6781-213) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 9/24/2009 | 1887 | Secured Financial Strategies,LLC | Client: Bette Akers Leimer Trust | AP BetteAkersLeimer MET 650 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/24/2009 | 1887 | Secured Financial Strategies,LLC | Total $ Amount: 30,000.00 | AP BetteAkersLeimer ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/24/2009 | 1887 | Secured Financial Strategies,LLC | Licensee: Don Forrest Wissner (10.00%) | AP BetteAkersLeimer Tr ANI 85 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/28/2009 | 1887 | Secured Financial Strategies,LLC | Yates IRA (6781-221) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 9/28/2009 | 1887 | Secured Financial Strategies,LLC | Client: Robert G. Yates | AP Yates ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/28/2009 | 1887 | Secured Financial Strategies,LLC | Total $ Amount $30,000 | AP Yates LFG 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/28/2009 | 1887 | Secured Financial Strategies,LLC | Licensee: William E. Evans (14%) | AP Yates LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/29/2009 | 1925 | Secured Financial Strategies,LLC | Hill IRA (6781-179) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 249.20 | -249.20 |
| Check | 9/29/2009 | 1925 | Secured Financial Strategies,LLC | Client: Raymond Hill | AP Hill IRA WPL 982 | WELLS FARGO BASE - 8459 | 124.60 | | -124.60 |
| Check | 9/29/2009 | 1925 | Secured Financial Strategies,LLC | Total $ amount $12,460.20 | AP Hill IRA ING 036 | WELLS FARGO BASE - 8459 | 124.60 | | 0.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Nelson-IRA (6781-192) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Client: Jon E. Nelson IRA | AP Nelson-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Total $ Amount: 25,000.00 | AP Nelson-IRA AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Licensee: Pamela Friske (14.00%) | AP Nelson-IRA WPL 982 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Nelson-IRA (6781-192) Commission | AP Nelson-IRA LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/5/2009 | 2041 | Secured Financial Strategies,LLC | Nelson-IRA (6781-192) Commission | AP Nelson-IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Dunn IRA (6781-95) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 676.00 | -676.00 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Client: Lou Ann Dunn IRA | AP Dunn-IRA LNL 177 | WELLS FARGO BASE - 8459 | 135.20 | | -540.80 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Total $ Amount: 33,800.00 | AP Dunn-IRA AGL 66L | WELLS FARGO BASE - 8459 | 135.20 | | -405.60 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Licensee: Capitol Financial Group/James Dunn (10.00%) | AP Dunn-IRA LNL 591 | WELLS FARGO BASE - 8459 | 135.20 | | -270.40 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Dunn IRA (6781-95) Commission | AP Dunn-IRA ING 283 | WELLS FARGO BASE - 8459 | 135.20 | | -135.20 |
| Check | 10/7/2009 | 2083 | Secured Financial Strategies,LLC | Dunn IRA (6781-95) Commission | AP Dunn-IRA OML 446 | WELLS FARGO BASE - 8459 | 135.20 | | 0.00 |
| Check | 10/7/2009 | 2122 | Secured Financial Strategies,LLC | Beadle-IRA (6781-287) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 10/7/2009 | 2122 | Secured Financial Strategies,LLC | Client: Gary Beadle-IRA | AP Beadle-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/7/2009 | 2122 | Secured Financial Strategies,LLC | Total $ Amount: 20,000.00 | AP Beadle-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/7/2009 | 2122 | Secured Financial Strategies,LLC | Licensee: Gary Beadle (6.00%) | AP Beadle-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/7/2009 | 2122 | Secured Financial Strategies,LLC | Beadle-IRA (6781-287) Commission | AP Beadle-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/9/2009 | 2162 | Secured Financial Strategies,LLC | Baldwin-IRA (6781-152) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -266.67 |
| Check | 10/9/2009 | 2162 | Secured Financial Strategies,LLC | Client: Victoria Baldwin - IRA | AP Baldwin-IRA LNL 177 | WELLS FARGO BASE - 8459 | 133.33 | | -133.34 |
| Check | 10/9/2009 | 2162 | Secured Financial Strategies,LLC | Total $ Amount: 20,000.00 | AP Baldwin-IRA LFG 566 | WELLS FARGO BASE - 8459 | 133.33 | | -133.34 |
| Check | 10/9/2009 | 2162 | Secured Financial Strategies,LLC | Licensee: Pamela Friske (14.00%) | AP Baldwin-IRA ING 036 | WELLS FARGO BASE - 8459 | 133.34 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | Client:Luzern LLC (6781-339) | AP Luzern LLC HLI 814 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | Total $ amount $500,000 | AP Luzern LLC LNL 761 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | Licensee: William Evans (1%) | AP Luzern LLC AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | Commission | AP Luzern LLC AXA 146 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC LNL 740 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 10/22/2009 | 2446 | Secured Financial Strategies,LLC | | AP Luzern LLC ING 036 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 10/22/2009 | 2467 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/22/2009 | 2467 | Secured Financial Strategies,LLC | Client: William J. Nester | AP Nester AGL 73L | WELLS FARGO BASE - 8459 | 166.67 | | -333.33 |
| Check | 10/22/2009 | 2467 | Secured Financial Strategies,LLC | Total $ amount $25,000 | AP Nester AXA 804 | WELLS FARGO BASE - 8459 | 166.67 | | -166.66 |
| Check | 10/22/2009 | 2467 | Secured Financial Strategies,LLC | Licensee: Emil Laskowski, Jr. (10%) | AP Nester AGL 66L | WELLS FARGO BASE - 8459 | 166.66 | | 0.00 |
| Check | 10/23/2009 | 2492 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/23/2009 | 2492 | Secured Financial Strategies,LLC | Client: Alton W. Schmidt (6781-314) | AP Schmidt ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/23/2009 | 2492 | Secured Financial Strategies,LLC | Total $ amount $30,000 | AP Schmidt LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/23/2009 | 2492 | Secured Financial Strategies,LLC | Licensee: Emil Laskowski, Jr. (10%) | AP Schmidt LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | Client: Timothy E. Kolenda-IRA (6781-333) | AP Kolenda,T-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | Total $ amount $25,000 | AP Kolenda,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | Licensee: David Rice (5%) | AP Kolenda,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | Commission | AP Kolenda,T-IRA LNL 762 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/29/2009 | 2681 | Secured Financial Strategies,LLC | | AP Kolenda,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,118.51 | -1,118.51 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | Client: Lauren Otto-IRA (6781-320) | AP Otto,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 111.84 | | -1,006.66 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | Total $ Amount: 55,926.41 | AP Otto,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 111.85 | | -894.81 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | Licensee: Christine Rodgers (8.00%) | AP Otto,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 111.85 | | -782.96 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | Commission | AP Otto,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 111.85 | | -671.11 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 111.85 | | -559.26 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 111.85 | | -447.41 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 111.85 | | -335.56 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 111.85 | | -223.71 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 111.85 | | -111.86 |
| Check | 10/29/2009 | 2700 | Secured Financial Strategies,LLC | | AP Otto,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 111.86 | | 0.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | Client: Sheral Sicsik (6781-358) | AP Sicsik,S HLI 814 | WELLS FARGO BASE - 8459 | 800.00 | | -7,200.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | Total $ Amount: 200,000.00 | AP Sicsik,S LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | Licensee: Michael Morrow (10.00%) | AP Sicsik,S AXA 804 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | Commission | AP Sicsik,S AXA 146 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,B LNL 740 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,S ING 201 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,S ANI 852 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,S LNL 782 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,S LFG 566 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 11/3/2009 | 2821 | Secured Financial Strategies,LLC | | AP Sicsik,S ING 036 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 11/3/2009 | 2826 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/3/2009 | 2826 | Secured Financial Strategies,LLC | Client: Mary Randall-IRA (5781-377) | AP Randall,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 11/3/2009 | 2826 | Secured Financial Strategies,LLC | Total $ Amount: 30,000.00 | AP Randall,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 11/3/2009 | 2826 | Secured Financial Strategies,LLC | Licensee: Reid Thorburn (12.00%) | AP Randall,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,590.69 | -5,590.69 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | Client: Kolleen C. Hironaka (6781-318) | AP Hironaka,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 559.07 | | -5,031.62 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | Total $ Amount: 93,178.10 | AP Hironaka,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 559.07 | | -4,472.55 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | Licensee: Dennis Ueoka (10.00%) | AP Hironaka,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 559.07 | | -3,913.48 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | Commission | AP Hironaka,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 559.07 | | -3,354.41 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 559.07 | | -2,795.34 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 559.07 | | -2,236.27 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA ANI 852 | WELLS FARGO BASE - 8459 | 559.07 | | -1,677.20 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 559.07 | | -1,118.13 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 559.07 | | -559.06 |
| Check | 11/4/2009 | 2836 | Secured Financial Strategies,LLC | | AP Hironaka,C-IRA ING 036 | WELLS FARGO BASE - 8459 | 559.06 | | 0.00 |
| Check | 11/13/2009 | 3099 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 361.48 | -361.48 |
| Check | 11/13/2009 | 3099 | Secured Financial Strategies,LLC | Client: Scott R. Fesler-IRA (6781-360) | AP Fesler,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 180.74 | | -180.74 |
| Check | 11/13/2009 | 3099 | Secured Financial Strategies,LLC | Total $ Amount: 18,074.00 | AP Fesler,S-IRA AXA 146 | WELLS FARGO BASE - 8459 | 180.74 | | 0.00 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,646.29 | -15,646.29 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | Client: Robert J. Woloss-IRA (6781-416) | AP Woloss,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,564.63 | | -14,081.66 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | Total $ Amount: 156,462.90 | AP Woloss,R-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,564.63 | | -12,517.03 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | Licensee: Robert J. Woloss (10.00%) | AP Woloss,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,564.63 | | -10,952.40 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | Commission | AP Woloss,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,564.63 | | -9,387.77 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,564.63 | | -7,823.14 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,564.63 | | -6,258.51 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,564.63 | | -4,693.88 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,564.63 | | -3,129.25 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,564.63 | | -1,564.62 |
| Check | 11/13/2009 | 3110 | Secured Financial Strategies,LLC | | AP Woloss,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,564.62 | | 0.00 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies,LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,040.83 | -7,040.83 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies,LLC | Client: Robert J. Woloss-IRA (6781-416) | AP Woloss,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 704.08 | | -6,336.75 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies,LLC | Total $ Amount: 156,462.90 | AP Woloss,R-IRA LLI 899 | WELLS FARGO BASE - 8459 | 704.08 | | -5,632.67 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies,LLC | Licensee: Robert J. Woloss (10.00%) | AP Woloss,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 704.08 | | -4,928.59 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies,LLC | Commission | AP Woloss,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 704.08 | | -4,224.51 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 704.08 | | -3,520.43 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA PLI 930 | WELLS FARGO BASE - 8459 | 704.08 | | -2,816.35 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 704.08 | | -2,112.27 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA AGL 062 | WELLS FARGO BASE - 8459 | 704.08 | | -1,408.19 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA ANI 521 | WELLS FARGO BASE - 8459 | 704.08 | | -704.11 |
| Check | 11/13/2009 | 3113 | Secured Financial Strategies, LLC | | AP Woloss,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 704.11 | | 0.00 |
| Check | 11/13/2009 | 3123 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/13/2009 | 3123 | Secured Financial Strategies, LLC | Client: Jamie & Lawrence Leimer (6781-397) | AP Leimer,J&L LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/13/2009 | 3123 | Secured Financial Strategies, LLC | Total $ amount $30000 | AP Leimer,J&L ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/13/2009 | 3123 | Secured Financial Strategies, LLC | Licensee: Don Forrest Wissner (10%) | AP Leimer,J&L LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 11/13/2009 | 3137 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 240.00 | -240.00 |
| Check | 11/13/2009 | 3137 | Secured Financial Strategies, LLC | Client: Cornelia Louise Agent (6781-400) | AP Agent,C LFG 566 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 11/13/2009 | 3137 | Secured Financial Strategies, LLC | Total $ amount $12,000 | AP Agent,C AGL 062 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 11/17/2009 | 3176 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,200.00 | -3,200.00 |
| Check | 11/17/2009 | 3176 | Secured Financial Strategies, LLC | Client: Sherel Stoalk (6781-359A) | AP Stoalk,Sherel LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 11/17/2009 | 3176 | Secured Financial Strategies, LLC | Total $ Amount $0,000.00 | AP Stoalk,Sherel AXA 597 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 11/17/2009 | 3176 | Secured Financial Strategies, LLC | Licensee: Michael Morrow (10.00%) | AP Stoalk,Sherel AGL 062 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 11/17/2009 | 3176 | Secured Financial Strategies, LLC | Commission | AP Stoalk,Sherel LBL 771 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,409.85 | -4,409.85 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | Client: Cornelia Louise Agent (6781-400A) | AP Agent,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 440.94 | | -3,968.91 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | Total $ amount $220,492.50 | AP Agent,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 440.99 | | -3,527.92 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | Licensee: Don Forrest Wissner (10%) | AP Agent,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 440.99 | | -3,086.93 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | Commissions | AP Agent,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 440.99 | | -2,645.94 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 440.99 | | -2,204.95 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 440.99 | | -1,763.96 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 440.99 | | -1,322.97 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 440.99 | | -881.98 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA AXA 148 | WELLS FARGO BASE - 8459 | 440.99 | | -440.99 |
| Check | 11/20/2009 | 3298 | Secured Financial Strategies, LLC | | AP Agent,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 440.99 | | 0.00 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 854.07 | -854.07 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | Client: Ann Hussa IRA (6781-319) | AP Hussa,A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 85.41 | | -768.66 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | Total $ amount $42,703.56 | AP Hussa,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 85.41 | | -683.25 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | Licensee: Christina Rodgers (5%) | AP Hussa,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 85.41 | | -597.84 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | Commissions | AP Hussa,A-IRA AXA 148 | WELLS FARGO BASE - 8459 | 85.41 | | -512.43 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA LNL 740 | WELLS FARGO BASE - 8459 | 85.41 | | -427.02 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 85.41 | | -341.61 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA ANI 952 | WELLS FARGO BASE - 8459 | 85.41 | | -256.20 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 85.41 | | -170.79 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 85.41 | | -85.38 |
| Check | 11/24/2009 | 3359 | Secured Financial Strategies, LLC | | AP Hussa,A-IRA ING 036 | WELLS FARGO BASE - 8459 | 85.38 | | 0.00 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 700.00 | -700.00 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | Client: Doris J. Fresch IRA (6781-473) | AP Fresch,D-IRA LNL 26A | WELLS FARGO BASE - 8459 | 116.65 | | -583.35 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | Total $ amount $35,000 | AP Fresch,D-IRA AXA 828 | WELLS FARGO BASE - 8459 | 116.67 | | -466.68 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | Licensee: Pamela Friske (14%) | AP Fresch,D-IRA PLI 680 | WELLS FARGO BASE - 8459 | 116.67 | | -350.01 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | Commissions | AP Fresch,D-IRA AXA 597 | WELLS FARGO BASE - 8459 | 116.67 | | -233.34 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | | AP Fresch,D-IRA AGL 062 | WELLS FARGO BASE - 8459 | 116.67 | | -116.67 |
| Check | 11/24/2009 | 3379 | Secured Financial Strategies, LLC | | AP Fresch,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 116.67 | | 0.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | Client: Sherel Stoalk (6781-359B) | AP Stoalk,S AXA 826 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | Total $ amount $120,000 | AP Stoalk,S LNL 26A | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | Licensee: Michael Morrow (10%) | AP Stoalk,S JPI 062 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | Commissions | AP Stoalk,S PLI 680 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | | AP Stoalk,S AXA 597 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 11/25/2009 | 3387 | Secured Financial Strategies, LLC | | AP Stoalk,S LBL 771 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 11/25/2009 | 3402 | Secured Financial Strategies, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/25/2009 | 3402 | Secured Financial Strategies, LLC | Client: Wade & Dorothy Bailey (6781-453) | AP Bailey,W&D JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/25/2009 | 3402 | Secured Financial Strategies, LLC | Total $ amount $30,000 | AP Bailey,W&D LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/25/2009 | 3402 | Secured Financial Strategies, LLC | Licensee: Don Forrest Wissner (10%) | AP Bailey,W&D PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,250.00 | -1,250.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | AP Banfe,A LNL 782 | WELLS FARGO BASE - 8459 | 250.00 | | -1,000.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | AP Banfe,A JPI 183 | WELLS FARGO BASE - 8459 | 250.00 | | -750.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | AP Banfe,A AGL 062 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | AP Banfe,A LBL 771 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Banfe Jr. 6781-468 | AP Banfe,A PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Virginia Neighbors (6781-479) | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Neighbors JPI 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Neighbors LBL 771 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Neighbors PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Luella Shaw (6781-482) | WELLS FARGO BASE - 8459 | AP Shaw PLI 140 | | 500.00 | -500.00 |
| Check | 12/3/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Shaw PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Lauren Annette Otic IRA (6781-320A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 472.52 | -472.52 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Otto,Lauren-IRA ING 201 | WELLS FARGO BASE - 8459 | 118.13 | | -354.39 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Otto,Lauren-IRA ANI 952 | WELLS FARGO BASE - 8459 | 118.13 | | -236.26 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Otto,Lauren-IRA LNL 782 | WELLS FARGO BASE - 8459 | 118.13 | | -118.13 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Otto,Lauren-IRA LFG 566 | WELLS FARGO BASE - 8459 | 118.13 | | 0.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Terry Thompson IRA (6781-414) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,319.91 | -2,319.91 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA AXA 804 | WELLS FARGO BASE - 8459 | 232.00 | | -2,087.91 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA LLI 899 | WELLS FARGO BASE - 8459 | 231.99 | | -1,855.92 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA LNL 740 | WELLS FARGO BASE - 8459 | 231.99 | | -1,623.93 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA ING 201 | WELLS FARGO BASE - 8459 | 231.99 | | -1,391.94 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA LNL 782 | WELLS FARGO BASE - 8459 | 231.99 | | -1,159.95 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA PLI 930 | WELLS FARGO BASE - 8459 | 231.99 | | -927.96 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA LFG 566 | WELLS FARGO BASE - 8459 | 231.99 | | -695.97 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA AGL 062 | WELLS FARGO BASE - 8459 | 231.99 | | -463.98 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA ANI 521 | WELLS FARGO BASE - 8459 | 231.99 | | -231.99 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T IRA PLI 140 | WELLS FARGO BASE - 8459 | 231.99 | | 0.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Kolenda, Timothy E. IRA (6781-333A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,TE IRA JPI 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,TE IRA AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,TE IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Kolenda, Timothy E. IRA (6781-333B) | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,T IRA AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,T IRA LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Perucca, Anthony&Lynette (6781-520) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L LNL 740 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L AXA 146 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L PLI 930 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L ANI 521 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Perucca, A&L PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Meijerink, R & S, (6781-518) | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S LLI 899 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S JPI 062 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S LNL 26A | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S AXA 826 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S PLI 980 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S JPI 183 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S PLI 930 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S ANI 521 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 12/17/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Meijerink, R&S PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Thompson, Terry (6781-414A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,377.59 | -1,377.59 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T AXA 804 | WELLS FARGO BASE - 8459 | 172.19 | | -1,205.40 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T LLI 899 | WELLS FARGO BASE - 8459 | 172.20 | | -1,033.20 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T LFG 740 | WELLS FARGO BASE - 8459 | 172.20 | | -861.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T LFG 782 | WELLS FARGO BASE - 8459 | 172.20 | | -688.80 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T PLI 930 | WELLS FARGO BASE - 8459 | 172.20 | | -516.60 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T LFG 566 | WELLS FARGO BASE - 8459 | 172.20 | | -344.40 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T AGL 062 | WELLS FARGO BASE - 8459 | 172.20 | | -172.20 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Thompson,T ANI 521 | WELLS FARGO BASE - 8459 | 172.20 | | 0.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Cambridge Mont Prtns Ltd (6781-556) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Client: Cambridge Mont Prtns Ltd (6781-556) | AP Cambridge Mont Ptnr PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Total $ Amount: 50,000.00 | AP Cambridge Mont Ptnr LFG 272 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Licensee: Hal Partenheimer (8.00%) | AP Cambridge Mont Ptnr AXA 729 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Cambridge Mont Ptnr LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/23/2009 | EFT | Secured Financial Strategies, LLC | Cambridge Mont Prtns Ltd (6781-556) Commission | AP Cambridge Mont Ptnr PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Gist, Johnnie-IRA (6781-513) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,299.24 | -2,299.24 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 328.46 | | -1,970.78 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA AXA 826 | WELLS FARGO BASE - 8459 | 328.46 | | -1,642.30 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 328.46 | | -1,313.84 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 328.46 | | -985.38 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA LFG 183 | WELLS FARGO BASE - 8459 | 328.46 | | -656.92 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 328.46 | | -328.46 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Gist,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 328.46 | | 0.00 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Kennedy, Tracie-IRA (6781-533) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,160.00 | -2,160.00 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA AXA 826 | WELLS FARGO BASE - 8459 | 308.58 | | -1,851.42 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA SLA 338 | WELLS FARGO BASE - 8459 | 308.57 | | -1,542.85 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA LFG 008 | WELLS FARGO BASE - 8459 | 308.57 | | -1,234.28 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA AXA 346 | WELLS FARGO BASE - 8459 | 308.57 | | -925.71 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA PLI 980 | WELLS FARGO BASE - 8459 | 308.57 | | -617.14 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA LFG 272 | WELLS FARGO BASE - 8459 | 308.57 | | -308.57 |
| Check | 12/30/2009 | EFT | Secured Financial Strategies, LLC | Commission | AP Kennedy,T-IRA AXA 729 | WELLS FARGO BASE - 8459 | 308.57 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | VOID: Yates,Robert G (6781-221A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Yates,R ANI 521 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Yates,R LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Yates,R AXA 597 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Gusdorff,Elizabeth (6781-605) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Gusdorff,E LFG 272 | WELLS FARGO BASE - 8459 | 166.66 | | -333.34 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Gusdorff,E LFG 183 | WELLS FARGO BASE - 8459 | 166.67 | | -166.67 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Gusdorff,E PLI 140 | WELLS FARGO BASE - 8459 | 166.67 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Koehler, Elwin&Priscilla (6781-606) Commission | WELLS FARGO BASE - 8459 | AP Koehler,E&P PLI 140 | | 2,000.00 | -2,000.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Koehler,E&P PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Romero, Carlos A IRA (6781-448) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,306.15 | -3,306.15 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Romero,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 551.03 | | -2,755.15 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Romero,C-IRA AXA 597 | WELLS FARGO BASE - 8459 | 551.03 | | -2,204.12 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Romero,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 551.03 | | -1,653.09 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Romero,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 551.03 | | -1,102.06 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Romero,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 551.03 | | -551.03 |

# RETIREMENT VALUE, LLC - KPKF Books

## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Romero,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 551.03 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Griffith, Bernard Ray IRA (6781-603) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,076.80 | -6,076.80 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,BR-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,215.36 | | -4,861.44 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,BR-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,215.36 | | -3,646.08 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,BR-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,215.36 | | -2,430.72 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,BR-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,215.36 | | -1,215.36 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,BR-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,215.36 | | 0.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Jones, Daniel IRA (6781-641) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Yates,Robert G. (6781-221A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -6,000.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Yates,R AXA 597 | WELLS FARGO BASE - 8459 | 200.00 | | -5,800.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Yates,R ANI 521 | WELLS FARGO BASE - 8459 | 200.00 | | -5,600.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Yates,R LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -5,400.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA AGL 761 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA GFG 089 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA AXA 097 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Jones,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Bigham, Nell (6781-627) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham,N LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham,N MMI026 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham,N PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham,N LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham,N PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Medin Jr., Oscar (6781-638) Commission | WELLS FARGO BASE - 8459 | AP Medin,O PLI 140 | | 2,000.00 | -2,000.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,O PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Ward,Miralee Jean-IRA (6781-572) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,600.00 | -5,600.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA LLI 899 | WELLS FARGO BASE - 8459 | 560.00 | | -5,040.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA SLA 338 | WELLS FARGO BASE - 8459 | 560.00 | | -4,480.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA LFG 008 | WELLS FARGO BASE - 8459 | 560.00 | | -3,920.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA MMI 025 | WELLS FARGO BASE - 8459 | 560.00 | | -3,360.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA PLI 980 | WELLS FARGO BASE - 8459 | 560.00 | | -2,800.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA AXA 729 | WELLS FARGO BASE - 8459 | 560.00 | | -2,240.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA AXA 597 | WELLS FARGO BASE - 8459 | 560.00 | | -1,680.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA ING 15J | WELLS FARGO BASE - 8459 | 560.00 | | -1,120.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA LFG 183 | WELLS FARGO BASE - 8459 | 560.00 | | -560.00 |
| Check | 1/14/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Ward,MJ-IRA PLI 140 | WELLS FARGO BASE - 8459 | 560.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Gusdorff, Elizabeth (6781-605A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz LLI 899 | WELLS FARGO BASE - 8459 | 120.00 | | -1,080.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz SLA 338 | WELLS FARGO BASE - 8459 | 120.00 | | -960.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz ANI 065 | WELLS FARGO BASE - 8459 | 120.00 | | -840.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz AXA 994 | WELLS FARGO BASE - 8459 | 120.00 | | -720.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz MMI 025 | WELLS FARGO BASE - 8459 | 120.00 | | -600.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz PLI 980 | WELLS FARGO BASE - 8459 | 120.00 | | -480.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz AXA 729 | WELLS FARGO BASE - 8459 | 120.00 | | -360.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz ING 15J | WELLS FARGO BASE - 8459 | 120.00 | | -240.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz LFG 183 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Gusdorff,Eliz PLI 140 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Cummings, Elnora P. (6781-655) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cummings,E SLA 338 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cummings,E PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Roemer, Alan R. IRA (6781-476) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 845.35 | -845.35 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Roemer,A-IRA PLI 980 | WELLS FARGO BASE - 8459 | 169.07 | | -676.28 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Roemer,A-IRA AXA 597 | WELLS FARGO BASE - 8459 | 169.07 | | -507.21 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Roemer,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 169.07 | | -338.14 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Roemer,A-IRA LBL 771 | WELLS FARGO BASE - 8459 | 169.07 | | -169.07 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Roemer,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 169.07 | | 0.00 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Medin, Oscar Jr. Roth IRA (6781-642) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,717.83 | -2,717.83 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,Oscar-IRA LLI 899 | WELLS FARGO BASE - 8459 | 543.55 | | -2,174.28 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,O-IRA SLA 338 | WELLS FARGO BASE - 8459 | 543.57 | | -1,630.71 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,O-IRA LFG 008 | WELLS FARGO BASE - 8459 | 543.57 | | -1,087.14 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,O-IRA MMI 025 | WELLS FARGO BASE - 8459 | 543.57 | | -543.57 |
| Check | 1/21/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Medin,O-IRA PLI 980 | WELLS FARGO BASE - 8459 | 543.57 | | 0.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Griffith, Norma K. (6781-603A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,N PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,N AXA 597 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,N ING 15J | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,N LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Griffith,N PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Schmidt,Alton W. (6781-314A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Schmidt,A LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Schmidt,A ANI 065 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Schmidt,A MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Schmidt,A AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Schmidt,A ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Pratt, Connie Jo (6781-666) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 1/26/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Pratt,C LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Pratt,C SLA 338 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Pratt,C LFG 006 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Pratt,C PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Hohweiler, Randa Lea (6781-650) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,800.00 | -2,800.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R LLI 899 | WELLS FARGO BASE - 8459 | 280.00 | | -2,520.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R SLA 338 | WELLS FARGO BASE - 8459 | 280.00 | | -2,240.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R ANI 065 | WELLS FARGO BASE - 8459 | 280.00 | | -1,960.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R AXA 994 | WELLS FARGO BASE - 8459 | 280.00 | | -1,680.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R MMI 025 | WELLS FARGO BASE - 8459 | 280.00 | | -1,400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R PLI 980 | WELLS FARGO BASE - 8459 | 280.00 | | -1,120.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R LFG 782 | WELLS FARGO BASE - 8459 | 280.00 | | -840.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R ING 15J | WELLS FARGO BASE - 8459 | 280.00 | | -560.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R LFG 183 | WELLS FARGO BASE - 8459 | 280.00 | | -280.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hohweiler,R PLI 140 | WELLS FARGO BASE - 8459 | 280.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Hernandez, Rachel Trad IRA (6781-185B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hernandez Rac-TRDIRA ANI 065 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hernandez Rac-TRDIRA AXA 994 | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Hernandez, Manuel Trad IRA (6781-185A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hernandez Man-TRDIRA PLI 980 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Hernandez Man-TRDIRA ING 15J | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Tenney, Paul D. Trad IRA (6781-650) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Tenney,P-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Tenney,P-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Tenney,P-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Tenney,P-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Winston, Lorelei D Benef IRA (6781-651) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA GLG 089 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Winston,L Bene IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Renert, Scott Trad IRA (6781-662) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Renert,S-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Steinkamp, Kay Roth IRA (6781-664) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Steinkamp,K-ROTH IRA PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Steinkamp,K-ROTH IRA LFG 782 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Steinkamp,K-ROTH IRA ING 15J | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Steinkamp,K-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Steinkamp,K-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Kessler, Rhea H. (6781-724) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,600.00 | -15,600.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R LLI 899 | WELLS FARGO BASE - 8459 | 1,560.00 | | -14,040.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R LFG 248 | WELLS FARGO BASE - 8459 | 1,560.00 | | -12,480.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R AXA 994 | WELLS FARGO BASE - 8459 | 1,560.00 | | -10,920.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R MMI 025 | WELLS FARGO BASE - 8459 | 1,560.00 | | -9,360.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R PLI 980 | WELLS FARGO BASE - 8459 | 1,560.00 | | -7,800.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R GLG 089 | WELLS FARGO BASE - 8459 | 1,560.00 | | -6,240.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R AXA 091 | WELLS FARGO BASE - 8459 | 1,560.00 | | -4,680.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R LFG 183 | WELLS FARGO BASE - 8459 | 1,560.00 | | -3,120.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R PLI 140 | WELLS FARGO BASE - 8459 | 1,560.00 | | -1,560.00 |
| Check | 1/28/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kessler,R AGL 130 | WELLS FARGO BASE - 8459 | 1,560.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Acquart,Florencia (6781-625) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,582.17 | -3,582.17 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F LLI 899 | WELLS FARGO BASE - 8459 | 358.19 | | -3,223.98 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F LFG 740 | WELLS FARGO BASE - 8459 | 358.22 | | -2,865.76 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F LFG 248 | WELLS FARGO BASE - 8459 | 358.22 | | -2,507.54 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F AXA 994 | WELLS FARGO BASE - 8459 | 358.22 | | -2,149.32 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F GLG 089 | WELLS FARGO BASE - 8459 | 358.22 | | -1,791.10 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F AGL 76L | WELLS FARGO BASE - 8459 | 358.22 | | -1,432.88 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F PLI 980 | WELLS FARGO BASE - 8459 | 358.22 | | -1,074.66 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F AXA 091 | WELLS FARGO BASE - 8459 | 358.22 | | -716.44 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F LFG 183 | WELLS FARGO BASE - 8459 | 358.22 | | -358.22 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Acquart,F PLI 140 | WELLS FARGO BASE - 8459 | 358.22 | | 0.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Flugrath, Nathan & Patricia (6781-700) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Flugrath,N&P LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Flugrath,N&P PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Flugrath,N&P AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Flugrath,N&P LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Flugrath,N&P PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Bigham, Neil (6781-627A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham, Neil AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham, Neil AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham, Neil LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Bigham, Nell PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Cohen,Charles D. Traditional IRA (6781-652) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,012.95 | -1,012.95 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 101.25 | | -911.70 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 101.30 | | -810.40 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 101.30 | | -709.10 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 101.30 | | -607.80 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 101.30 | | -506.50 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 101.30 | | -405.20 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 101.30 | | -303.90 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 101.30 | | -202.60 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 101.30 | | -101.30 |
| Check | 2/11/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Cohen,C-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 101.30 | | 0.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Banfe Rev. Liv. Trust (8781-468A) Commisions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,250.00 | -1,250.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Banfe Trust PLI 980 | WELLS FARGO BASE - 8459 | 250.00 | | -1,000.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Banfe Trust AXA 091 | WELLS FARGO BASE - 8459 | 250.00 | | -750.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Banfe Trust LFG 183 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Banfe Trust PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Banfe Trust AGL 130 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Garbo,Jr. John R. "Jack" (6781-746) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Garbo,J PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Garbo,J AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Garbo,J LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Garbo,J PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Garbo,J AGL 130 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Julie-Beth Alfonso Trad IRA (6781-745) Commisions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Alfonso,JB TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Alfonso,JB TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Alfonso,JB TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Alfonso,JB TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Alfonso,JB TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | B&B Long Term Investments (6781-781) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP B&B LongTerm Invest LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP B&B LongTerm Invest LFG 117 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP B&B LongTerm Invest LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP B&B LongTerm Invest AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP B&B LongTerm Invest PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Meier,Anita F. (6781-760) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,A AXA 994 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,A AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,A LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,A PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,A AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Jerry A. & Joann Peterson (6781-736)Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LFG 061 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LBL 361 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LFG 117 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Peterson,J&J AGL 130 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Andrew R & Shelia S. Parker (6781-769) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LLI 899 | WELLS FARGO BASE - 8459 | 225.00 | | -2,025.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LFG 081 | WELLS FARGO BASE - 8459 | 225.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LBL 381 | WELLS FARGO BASE - 8459 | 225.00 | | -1,575.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LFG 117 | WELLS FARGO BASE - 8459 | 225.00 | | -1,350.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LFG 248 | WELLS FARGO BASE - 8459 | 225.00 | | -1,125.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S AXA 994 | WELLS FARGO BASE - 8459 | 225.00 | | -900.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S AXA 091 | WELLS FARGO BASE - 8459 | 225.00 | | -675.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S LFG 183 | WELLS FARGO BASE - 8459 | 225.00 | | -450.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S PLI 140 | WELLS FARGO BASE - 8459 | 225.00 | | -225.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Parker,A&S AGL 130 | WELLS FARGO BASE - 8459 | 225.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Susan J. Balsamo Trad IRA (6781-752A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,498.00 | -1,498.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Balsamo,SJ-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 299.60 | | -1,198.40 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Balsamo,SJ-TRAD IRA LBL361 | WELLS FARGO BASE - 8459 | 299.60 | | -898.80 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 299.60 | | -599.20 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 299.60 | | -299.60 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Balsamo,SJ-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 299.60 | | 0.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Anita F. Meier Roth IRA (6781-760A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,120.00 | -5,120.00 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH LLI 899 | WELLS FARGO BASE - 8459 | 1,003.52 | | -4,116.48 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH LFG 081 | WELLS FARGO BASE - 8459 | 1,003.52 | | -3,112.96 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH LBL 361 | WELLS FARGO BASE - 8459 | 1,003.52 | | -2,109.44 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH LFG 117 | WELLS FARGO BASE - 8459 | 1,003.52 | | -1,105.92 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH LFG 248 | WELLS FARGO BASE - 8459 | 102.40 | | -1,003.52 |
| Check | 2/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Meier,AF-ROTH AXA 994 | WELLS FARGO BASE - 8459 | 1,003.52 | | 0.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies,LLC | John P. Engerman & Jayene E. Muirhead (6781-804) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Engerman&Muirhead LLI 899 | WELLS FARGO BASE - 8459 | 240.00 | | -2,160.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Engerman&Muirhead AXA 994 | WELLS FARGO BASE - 8459 | 240.00 | | -1,920.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Engerman&Muirhead LFG 081 | WELLS FARGO BASE - 8459 | 240.00 | | -1,680.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead LBL 361 | WELLS FARGO BASE - 8459 | 240.00 | | -1,440.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead LFG 117 | WELLS FARGO BASE - 8459 | 240.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead LFG 240 | WELLS FARGO BASE - 8459 | 240.00 | | -960.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead AXA 091 | WELLS FARGO BASE - 8459 | 240.00 | | -720.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead LFG 183 | WELLS FARGO BASE - 8459 | 240.00 | | -480.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead PLI 140 | WELLS FARGO BASE - 8459 | 240.00 | | -240.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Engerman&Muirhead AGL 130 | WELLS FARGO BASE - 8459 | 240.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Marc Seeger (6781-831) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Seeger,M LFG 117 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Seeger,M AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Seeger,M LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Seeger,M PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Seeger,M AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Kolenda,Timothy E Traditional IRA (6781-333C) | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,Tim-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 133.34 | | -266.66 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,Tim-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 133.33 | | -133.33 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kolenda,Tim-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 133.33 | | 0.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Eugene C. Balsamo Trad IRA (6781-752) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Balsamo,E-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Balsamo,E-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Balsamo,E-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Balsamo,E-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Balsamo,E-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Needham,Ruthie M Traditional IRA (6781-731) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LLI 889 | WELLS FARGO BASE - 8459 | 240.00 | | -2,160.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 240.00 | | -1,920.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 240.00 | | -1,680.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 240.00 | | -1,440.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LFG-117 | WELLS FARGO BASE - 8459 | 240.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 240.00 | | -960.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 240.00 | | -720.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 240.00 | | -480.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 240.00 | | -240.00 |
| Check | 3/4/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Needham,RM-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 240.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Mikels, Vernie F. (6781-681A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,740.00 | -3,740.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 374.00 | | -3,366.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 374.00 | | -2,992.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 374.00 | | -2,618.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 374.00 | | -2,244.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 374.00 | | -1,870.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 374.00 | | -1,496.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 374.00 | | -1,122.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 374.00 | | -748.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 374.00 | | -374.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,V-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 374.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Mikels, Mary L. Trad IRA (6781-681) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,220.00 | -1,220.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 122.00 | | -1,098.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 122.00 | | -976.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 122.00 | | -854.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 122.00 | | -732.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 122.00 | | -610.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 122.00 | | -488.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 122.00 | | -366.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 122.00 | | -244.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 122.00 | | -122.00 |
| Check | 3/11/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Mikels,M-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 122.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Hentschel, Michael Trad IRA (6781-855) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,712.00 | -2,712.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 452.00 | | -2,260.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 452.00 | | -1,808.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 452.00 | | -1,356.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 452.00 | | -904.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 452.00 | | -452.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Hentschel,M-TRAD IRA JHL 533 | WELLS FARGO BASE - 8459 | 452.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Moody,Donna D-ROTH IRA (6781-783) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,844.96 | -1,844.96 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH LFG 735 | WELLS FARGO BASE - 8459 | 263.54 | | -1,581.42 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH LBL 918 | WELLS FARGO BASE - 8459 | 263.57 | | -1,317.85 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH LBL 361 | WELLS FARGO BASE - 8459 | 263.57 | | -1,054.28 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH AXA 335 | WELLS FARGO BASE - 8459 | 263.57 | | -790.71 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH LFG 117 | WELLS FARGO BASE - 8459 | 263.57 | | -527.14 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH LFG 311 | WELLS FARGO BASE - 8459 | 263.57 | | -263.57 |
| Check | 3/18/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Moody, DD-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 263.57 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Garoutte Trust (6781-932) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Garoutte Trust LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Garoutte Trust AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Garoutte Trust AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Garoutte Trust PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Garoutte Trust JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Solito,Daniel & Rhonda (6781-841) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R AXA 056 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Solito,D&R JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | White Family Trust (6781-976) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 18,237.00 | -18,237.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust LFG 311 | WELLS FARGO BASE - 8459 | 3,039.50 | | -15,197.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust AXA 091 | WELLS FARGO BASE - 8459 | 3,039.50 | | -12,158.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust JHL 383 | WELLS FARGO BASE - 8459 | 3,039.50 | | -9,118.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust AVL 180 | WELLS FARGO BASE - 8459 | 3,039.50 | | -6,079.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 3,039.50 | | -3,039.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP White Family Trust JHL 633 | WELLS FARGO BASE - 8459 | 3,039.50 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Voneiff, James F. Trad IRA (6781-908) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,617.08 | -1,617.08 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 161.69 | | -1,455.39 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD LFG 735 | WELLS FARGO BASE - 8459 | 161.71 | | -1,293.68 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 161.71 | | -1,131.97 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD AXA 335 | WELLS FARGO BASE - 8459 | 161.71 | | -970.26 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD LFG 311 | WELLS FARGO BASE - 8459 | 161.71 | | -808.55 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 161.71 | | -646.84 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD JHL 383 | WELLS FARGO BASE - 8459 | 161.71 | | -485.13 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD AVL 180 | WELLS FARGO BASE - 8459 | 161.71 | | -323.42 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 161.71 | | -161.71 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Voneiff,J-TRAD JHL 633 | WELLS FARGO BASE - 8459 | 161.71 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Kiburz, Mark Trad IRA (6781-924) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 597.21 | -597.21 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 99.51 | | -497.70 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.54 | | -398.16 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 99.54 | | -298.62 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 99.54 | | -199.08 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.54 | | -99.54 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.54 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Drennan, Jerry L. Simple IRA (6781-928) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Drennan,J-SIMPLE IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Drennan,J-SIMPLE IRA JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Drennan, Billy Simple IRA (6781-929) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Drennan,B-SIMPLE IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Drennan,B-SIMPLE IRA JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Larson, Paul (6781-952) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,697.39 | -11,697.39 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul LFG 735 | WELLS FARGO BASE - 8459 | 1,169.73 | | -10,527.66 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul LBL 918 | WELLS FARGO BASE - 8459 | 1,169.74 | | -9,357.92 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul LBL 361 | WELLS FARGO BASE - 8459 | 1,169.74 | | -8,188.18 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 1,169.74 | | -7,018.44 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 1,169.74 | | -5,848.70 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 1,169.74 | | -4,678.96 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 1,169.74 | | -3,509.22 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul AVL 180 | WELLS FARGO BASE - 8459 | 1,169.74 | | -2,339.48 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 1,169.74 | | -1,169.74 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 1,169.74 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Muse, George W.-Traditional IRA (6781-924A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,480.00 | -1,480.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 148.00 | | -1,332.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 148.00 | | -1,184.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 148.00 | | -1,036.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 148.00 | | -888.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 148.00 | | -740.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.00 | | -592.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 148.00 | | -444.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 148.00 | | -296.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.00 | | -148.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies,LLC | Commission | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 148.00 | | 0.00 |
| **Total Secured Financial Strategies,LLC** | | | | | | | **300,782.47** | **300,782.47** | **0.00** |
| | | | **Senior Texan Estate Planning Services LLC** | | | | | | |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 55,000.00 | -55,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Client:Luzem LLC (6781-339) | AP Luzem LLC HLI 814 | WELLS FARGO BASE - 8459 | 5,500.00 | | -49,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Total $ amount $500,000 | AP Luzem LLC LNL 761 | WELLS FARGO BASE - 8459 | 5,500.00 | | -44,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Licensee: William Evans (1%) | AP Luzem LLC AXA 804 | WELLS FARGO BASE - 8459 | 5,500.00 | | -38,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Commission | AP Luzem LLC AXA 148 | WELLS FARGO BASE - 8459 | 5,500.00 | | -33,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LNL 740 | WELLS FARGO BASE - 8459 | 5,500.00 | | -27,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ING 201 | WELLS FARGO BASE - 8459 | 5,500.00 | | -22,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ANI 852 | WELLS FARGO BASE - 8459 | 5,500.00 | | -16,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LNL 782 | WELLS FARGO BASE - 8459 | 5,500.00 | | -11,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LFG 566 | WELLS FARGO BASE - 8459 | 5,500.00 | | -5,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ING 036 | WELLS FARGO BASE - 8459 | 5,500.00 | | 0.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Client: Alton W. Schmidt (6781-314) | AP Schmidt ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Total $ amount $30,000 | AP Schmidt LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Licensee: Emil Leskowski, Jr. (10%) | AP Schmidt LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Client: Timothy E. Kolenda-IRA (6781-333) | AP Kolenda,T-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Total $ amount $25,000 | AP Kolenda,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 498.05 | | -2,490.25 |
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 498.05 | | -1,992.20 |
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 498.05 | | -1,494.15 |
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA AVL 160 | WELLS FARGO BASE - 8459 | 498.05 | | -996.10 |
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 498.05 | | -498.05 |
| Check | 3/18/2010 | 4873 | Real Talk Network | | AP Kitt,TT-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 498.05 | | 0.00 |
| Check | 3/18/2010 | 4876 | Real Talk Network | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,818.39 | -1,818.39 |
| Check | 3/18/2010 | 4876 | Real Talk Network | Client: Timothy T. Kitt Roth IRA (6781-863B) | AP Kitt,Tim-ROTH IRA LFG 735 | WELLS FARGO BASE - 8459 | 606.13 | | -1,212.26 |
| Check | 3/18/2010 | 4876 | Real Talk Network | total $ amount $18,183.85 | AP Kitt,Tim-ROTH IRA JHL 383 | WELLS FARGO BASE - 8459 | 606.13 | | -606.13 |
| Check | 3/18/2010 | 4876 | Real Talk Network | Licensee: Real Talk Network-Douglas B. Mittelstadt (10%) | AP Kitt,Tim-ROTH IRA AVL 160 | WELLS FARGO BASE - 8459 | 606.13 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | VOID: Reissued | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | Client: Dwight Pullen Trad IRA (6781-842) | AP Pullen,D-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | Total $ amount $34,335.99 | AP Pullen,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | Licensee: Real Talk Network-Eric Sale (10%) | AP Pullen,D-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | Commissions | AP Pullen,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4983 | Real Talk Network | VOID: Reissued | AP Pullen,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/25/2010 | 4994 | Real Talk Network | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,433.60 | -3,433.50 |
| Check | 3/25/2010 | 4994 | Real Talk Network | Client: Dwight Pullen Trad IRA (6781-842) | AP Pullen,D-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 686.72 | | -2,746.88 |
| Check | 3/25/2010 | 4994 | Real Talk Network | Total $ amount $34,335.99 | AP Pullen,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 686.72 | | -2,060.16 |
| Check | 3/25/2010 | 4994 | Real Talk Network | Licensee: Real Talk Network-Eric Sale (10%) | AP Pullen,D-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 686.72 | | -1,373.44 |
| Check | 3/25/2010 | 4994 | Real Talk Network | Commissions | AP Pullen,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 686.72 | | -686.72 |
| Check | 3/25/2010 | 4994 | Real Talk Network | | AP Pullen,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 686.72 | | 0.00 |
| **Total Real Talk Network** | | | | | | | 29,762.38 | 29,762.38 | 0.00 |
| **Reid Thorburn** | | | | | | | | | |
| Check | 7/7/2009 | 1111 | Reid Thorburn | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 667.00 | -667.00 |
| Check | 7/7/2009 | 1111 | Reid Thorburn | Commission | AP Thorton-IRA AGL 73L | WELLS FARGO BASE - 8459 | 333.50 | | -333.50 |
| Check | 7/7/2009 | 1111 | Reid Thorburn | Commission | AP THORNTON-IRA ANI 862 | WELLS FARGO BASE - 8459 | 333.50 | | 0.00 |
| Check | 11/3/2009 | 2827 | Reid Thorburn | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,600.00 | -3,600.00 |
| Check | 11/3/2009 | 2827 | Reid Thorburn | Client: Mary Randall-IRA (6781-377) | AP Randall,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 11/3/2009 | 2827 | Reid Thorburn | Total $ Amount: 30,000.00 | AP Randall,M-IRA LNL 792 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 11/3/2009 | 2827 | Reid Thorburn | Licensee: Reid Thorburn (12.00%) | AP Randall,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 1/7/2010 | 3955 | Reid Thorburn | Koehler,Elwin&Priscilla (6781-606) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 1/7/2010 | 3955 | Reid Thorburn | Client: Elwin & Priscilla Koehler (6781-606) | AP Koehler,E&P PLI 140 | WELLS FARGO BASE - 8459 | 5,000.00 | | 0.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | Client: Nathan & Patricia Flugrath (6781-700) | AP Flugrath,N&P LFG 246 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | Total $ Amount: 25,000.00 | AP Flugrath,N&P PLI 580 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | Licensee: Kathleen M. Stevens (10.00%) | AP Flugrath,N&P AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | Commission | AP Flugrath,N&P LFG 163 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/4/2010 | 4264 | Reid Thorburn | | AP Flugrath,N&P PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| **Total Reid Thorburn** | | | | | | | 11,267.00 | 11,267.00 | 0.00 |
| **Richard Brasmer** | | | | | | | | | |
| Check | 12/3/2009 | 3495 | Richard Brasmer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 12/3/2009 | 3495 | Richard Brasmer | Client: ECA Century Inc (6781-469) | AP ECA Century PLI 580 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 12/3/2009 | 3495 | Richard Brasmer | Total $ amount $50,000 | AP ECA Century AXA 597 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 12/3/2009 | 3495 | Richard Brasmer | Licensee: Richard Brasmer (10%) | AP ECA Century AGL 062 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 12/3/2009 | 3495 | Richard Brasmer | Commissions | AP ECA Century LBL 771 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 12/3/2009 | 3495 | Richard Brasmer | | AP ECA Century PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | Client: Jack C. Schillen 6781-470 | AP Schillen,J PLI 580 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | Total $ amount $25,000 | AP Schillen,J AXA 597 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | Licensee: Richard Brasmer (10%) | AP Schillen,J AGL 062 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | Commissions | AP Schillen,J LBL 771 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/3/2009 | 3498 | Richard Brasmer | | AP Schillen,J PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/7/2010 | 4019 | Richard Brasmer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,540.09 | -1,540.09 |
| Check | 1/7/2010 | 4019 | Richard Brasmer | Client: Nancy K. Handeland IRA (6781-588) | AP Handeland,N-IRA PLI 580 | WELLS FARGO BASE - 8459 | 513.37 | | -1,026.72 |
| Check | 1/7/2010 | 4019 | Richard Brasmer | Total $ amount $15,400.93 | AP Handeland,N-IRA AXA 729 | WELLS FARGO BASE - 8459 | 513.36 | | -513.36 |
| Check | 1/7/2010 | 4019 | Richard Brasmer | Licensee: Richard Brasmer (10%) | AP Handeland,N-IRA PLI 140 | WELLS FARGO BASE - 8459 | 513.36 | | 0.00 |
| Check | 1/14/2010 | 4056 | Richard Brasmer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 1/14/2010 | 4056 | Richard Brasmer | Client: Reed M. Fothergill-IRA (6781-523) | AP Fothergill,R-IRA AXA 825 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/14/2010 | 4056 | Richard Brasmer | Total $ Amount: 15,000.00 | AP Fothergill,R-IRA LFG 163 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/14/2010 | 4056 | Richard Brasmer | Licensee: Richard Brasmer (10.00%) | AP Fothergill,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/21/2010 | 4099 | Richard Brasmer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,199.16 | -1,199.16 |
| Check | 1/21/2010 | 4099 | Richard Brasmer | Client: Matson, Kathy A Roth IRA (6781-526) | AP Matson,K-Roth IRA LFG 163 | WELLS FARGO BASE - 8459 | 599.58 | | -599.58 |
| Check | 1/21/2010 | 4099 | Richard Brasmer | Total $ amount $11,991.46 | AP Matson,K-Roth IRA ANI 521 | WELLS FARGO BASE - 8459 | 599.58 | | 0.00 |
| **Total Richard Brasmer** | | | | | | | 11,739.25 | 11,739.25 | 0.00 |

**Filed
13 May 1 P6:29
Amalia Rodriguez-Mendoza
District Clerk** 78701
**Travis District**.COM
**D-1-GV-10-000454**



GEORGE BROTHERS
KINCAID & HORTON LLP

1100 NORWOOD TOWER | 114 WEST 7TH ~~District Clerk~~x 78701
512.495.1400 | FAX 512.499.0094 | JMCCONNELL@GBKH.COM~~Travis District~~.COM

May 1, 2013

***Via Electronic E-File System***          D-1-GN-14-001582
Travis County District Court
1000 Guadalupe St.
Austin, Texas 78701

      Re:          Cause No. D-1-GV-10-000454; *State of Texas vs. Retirement Value,*
      *LLC, et al*;     126th Judicial District Court, Travis County, Texas

Dear Clerk:

     This cover letter serves as notification that the attached are additional exhibits to Receiver's Motion for Partial Summary Judgment as to Licensee Defendants e-filed 5/01/2013 at 6:10:43 submission #ED227J017462843:

     Exhibits 4C-2, 4C-3, 4C-4, 5, 6, 7, 8, 9, 10, 11, and 12.

                               Yours sincerely,

                               Evelyn Garnett
                               Paralegal to John W. Thomas

cc:     All Counsel and *pro se* parties

337

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Tauchert, Robin Gail Trad IRA (6781-779) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Asset Growth & Protection | Commission | AP Tauchert,RG-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| **Total Asset Growth & Protection** | | | | | | | **55,083.33** | **55,083.33** | **0.00** |
| **Brenda Kay Martin** | | | | | | | | | |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Thornton, Ashlee L. (6781-694) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,125.00 | -5,125.00 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A LLI 399 | WELLS FARGO BASE - 8459 | 512.50 | | -4,612.50 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A AXA 146 | WELLS FARGO BASE - 8459 | 512.50 | | -4,100.00 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A LFG 008 | WELLS FARGO BASE - 8459 | 512.50 | | -3,587.50 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A AXA 994 | WELLS FARGO BASE - 8459 | 512.50 | | -3,075.00 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A LFG 782 | WELLS FARGO BASE - 8459 | 512.50 | | -2,562.50 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A AGL 76L | WELLS FARGO BASE - 8459 | 512.50 | | -2,050.00 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A PLI 980 | WELLS FARGO BASE - 8459 | 512.50 | | -1,537.50 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A AXA 091 | WELLS FARGO BASE - 8459 | 512.50 | | -1,025.00 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A LFG 103 | WELLS FARGO BASE - 8459 | 512.50 | | -512.50 |
| Check | 2/4/2010 | EFT | Brenda Kay Martin | Commission | AP Thornton,A PLI 140 | WELLS FARGO BASE - 8459 | 512.50 | | 0.00 |
| **Total Brenda Kay Martin** | | | | | | | **5,125.00** | **5,125.00** | **0.00** |
| **Brian R. Cervenka** | | | | | | | | | |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,520.00 | -9,520.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling AXA 804 | WELLS FARGO BASE - 8459 | 1,360.00 | | -8,160.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling LNL 591 | WELLS FARGO BASE - 8459 | 1,360.00 | | -6,800.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Virginia Keeling LBL 165 | WELLS FARGO BASE - 8459 | 1,360.00 | | -5,440.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling MML 222 | WELLS FARGO BASE - 8459 | 1,360.00 | | -4,080.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling LNL 768 | WELLS FARGO BASE - 8459 | 1,360.00 | | -2,720.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling OML 446 | WELLS FARGO BASE - 8459 | 1,360.00 | | -1,360.00 |
| Check | 5/28/2009 | 1017 | Brian R. Cervenka | Commission | AP Keeling PAL 113 | WELLS FARGO BASE - 8459 | 1,360.00 | | 0.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | AP Burcham-IRA LNL 177 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | AP Burcham-IRA LBL 155 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | AP Burcham SLA 534 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | AP Burcham LNL 032 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 6/17/2009 | 1050 | Brian R. Cervenka | Commission | AP Burcham ING 283 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,040.00 | -1,040.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA AXA 804 | WELLS FARGO BASE - 8459 | 130.00 | | -910.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA JHL 920 | WELLS FARGO BASE - 8459 | 130.00 | | -780.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA LNL 591 | WELLS FARGO BASE - 8459 | 130.00 | | -650.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA LBL 165 | WELLS FARGO BASE - 8459 | 130.00 | | -520.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA SLA 534 | WELLS FARGO BASE - 8459 | 130.00 | | -390.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA LNL 032 | WELLS FARGO BASE - 8459 | 130.00 | | -260.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA OML 446 | WELLS FARGO BASE - 8459 | 130.00 | | -130.00 |
| Check | 6/19/2009 | 1058 | Brian R. Cervenka | Commission | AP Farrow-IRA ING 283 | WELLS FARGO BASE - 8459 | 130.00 | | 0.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 510.00 | -510.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | AP Lemon-IRA AGL 73L | WELLS FARGO BASE - 8459 | 102.00 | | -408.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | AP Lemon-IRA LBL 165 | WELLS FARGO BASE - 8459 | 102.00 | | -306.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | AP Lemon-IRA LNL 032 | WELLS FARGO BASE - 8459 | 102.00 | | -204.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | AP Lemon-IRA ING 283 | WELLS FARGO BASE - 8459 | 102.00 | | -102.00 |
| Check | 6/23/2009 | 1064 | Brian R. Cervenka | Commission | AP Lemon-IRA OML 446 | WELLS FARGO BASE - 8459 | 102.00 | | 0.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo SLA 534 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo LNL 591 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo LBL 165 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo JHL 920 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 6/25/2009 | 1070 | Brian R. Cervenka | Commission | AP Pardo OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 6/29/2009 | 1085 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 6/29/2009 | 1085 | Brian R. Cervenka | Commission | AP DaVinci-IRA ING 283 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 6/29/2009 | 1085 | Brian R. Cervenka | Commission | AP DaVinci-IRA OML 446 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | AP Lottridge LNL 177 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | AP Lottridge AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | AP Lottridge LNL 591 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |

tabbies
EXHIBIT C-2
338

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | AP Lottridge ING 283 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 7/2/2009 | 1106 | Brian R. Cervenka | Commission | AP Lottridge OML 446 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust SLA 534 | WELLS FARGO BASE - 8459 | 166.70 | | -833.30 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust LBL 165 | WELLS FARGO BASE - 8459 | 166.66 | | -666.64 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust ANI 852 | WELLS FARGO BASE - 8459 | 166.66 | | -499.98 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust LNL 032 | WELLS FARGO BASE - 8459 | 166.66 | | -333.32 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust ING 283 | WELLS FARGO BASE - 8459 | 166.66 | | -166.66 |
| Check | 7/13/2009 | 1129 | Brian R. Cervenka | Commission | AP Minn-Shong Chi Trust OML 446 | WELLS FARGO BASE - 8459 | 166.66 | | 0.00 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,740.00 | -5,740.00 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA LNL 177 | WELLS FARGO BASE - 8459 | 717.50 | | -5,022.50 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA AXA 804 | WELLS FARGO BASE - 8459 | 717.50 | | -4,305.00 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA LNL 591 | WELLS FARGO BASE - 8459 | 717.50 | | -3,587.50 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA SLA 534 | WELLS FARGO BASE - 8459 | 717.50 | | -2,870.00 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA LBL 165 | WELLS FARGO BASE - 8459 | 717.50 | | -2,152.50 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA ANI 852 | WELLS FARGO BASE - 8459 | 717.50 | | -1,435.00 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA LNL 032 | WELLS FARGO BASE - 8459 | 717.50 | | -717.50 |
| Check | 7/17/2009 | 1143 | Brian R. Cervenka | Commission | AP White-IRA ING 283 | WELLS FARGO BASE - 8459 | 717.50 | | 0.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | AP Bomhoff-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | AP Bomhoff-IRA LBL 165 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | AP Bomhoff-IRA LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | AP Bomhoff-IRA ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/22/2009 | 1176 | Brian R. Cervenka | Commission | AP Bomhoff-IRA OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,522.38 | -17,522.38 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron LNL 177 | WELLS FARGO BASE - 8459 | 2,920.39 | | -14,601.97 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron AGL 73L | WELLS FARGO BASE - 8459 | 2,920.41 | | -11,681.56 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron AXA 804 | WELLS FARGO BASE - 8459 | 2,920.39 | | -8,761.17 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron LNL 591 | WELLS FARGO BASE - 8459 | 2,920.39 | | -5,840.78 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron SLA 534 | WELLS FARGO BASE - 8459 | 2,920.39 | | -2,920.39 |
| Check | 7/27/2009 | 1200 | Brian R. Cervenka | Commission | AP Grospiron AGL 66L | WELLS FARGO BASE - 8459 | 2,920.39 | | 0.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Client: Lisabeth Moore | AP Moore AXA 804 | WELLS FARGO BASE - 8459 | 125.00 | | -875.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Moore ANI 852 | WELLS FARGO BASE - 8459 | 125.00 | | -750.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Licensee: FCFP/Paul Brost | AP Moore LNL 591 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | AP Moore OML 446 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | AP Moore ING 283 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | AP Moore AGL 66L | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | AP Moore TRA 281 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 8/11/2009 | 1328 | Brian R. Cervenka | Moore(6781-73) Commission | AP Moore ING 201 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Donald S. Wu Family Trust(6781-124) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Client: Donald S.Wu Family Trust | AP Donald Wu Trust AGL 66L | WELLS FARGO BASE - 8459 | 428.58 | | -2,571.42 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Total $ Amount: 150,000.00 | AP Donald Wu Trust TRA 281 | WELLS FARGO BASE - 8459 | 428.57 | | -2,142.85 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Licensee: FCFP/Paul Brost | AP Donald Wu Trust ING 201 | WELLS FARGO BASE - 8459 | 428.57 | | -1,714.28 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Donald S. Wu Family Trust(6781-124) Commission | AP Donald Wu Trust MAM 806 | WELLS FARGO BASE - 8459 | 428.57 | | -1,285.71 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Donald S. Wu Family Trust(6781-124) Commission | AP Donald Wu Trust ANI 852 | WELLS FARGO BASE - 8459 | 428.57 | | -857.14 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Donald S. Wu Family Trust(6781-124) Commission | AP Donald Wu Trust ING 283 | WELLS FARGO BASE - 8459 | 428.57 | | -428.57 |
| Check | 8/18/2009 | 1394 | Brian R. Cervenka | Donald S. Wu Family Trust(6781-124) Commission | AP Donald Wu Trust OML 446 | WELLS FARGO BASE - 8459 | 428.57 | | 0.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Client: Darrell Eckermann | AP Eckermann LNL 177 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Eckermann AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Licensee: Michael A. Castellano | AP Eckermann AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 8/19/2009 | 1404 | Brian R. Cervenka | Eckermann(6781-123)Commission | AP Eckermann ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Client: Diane Karson-IRA | AP Karson-IRA AXA 804 | WELLS FARGO BASE - 8459 | 125.00 | | -875.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Karson-IRA AGL 66L | WELLS FARGO BASE - 8459 | 125.00 | | -750.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Licensee: FCFP/Paul Brost | AP Karson-IRA TRA 281 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | AP Karson-IRA ING 201 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | AP Karson-IRA LNL 591 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | AP Karson-IRA ANI 852 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | AP Karson-IRA ING 283 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 8/20/2009 | 1422 | Brian R. Cervenka | Karson-IRA(6781-64) Commission | AP Karson-IRA OML 446 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,829.60 | -6,829.60 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Client: Molly Lottridge-IRA | AP Lottridge-IRA AGL 73L | WELLS FARGO BASE - 8459 | 758.84 | | -6,070.76 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Total $ Amount: 48,782.84 | AP Lottridge-IRA AXA 804 | WELLS FARGO BASE - 8459 | 758.84 | | -5,311.92 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Licensee: Brian R. Cervenka | AP Lottridge-IRA LNL 591 | WELLS FARGO BASE - 8459 | 758.84 | | -4,553.08 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA ANI 852 | WELLS FARGO BASE - 8459 | 758.84 | | -3,794.24 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA ING 283 | WELLS FARGO BASE - 8459 | 758.84 | | -3,035.40 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA OML 446 | WELLS FARGO BASE - 8459 | 758.88 | | -2,276.52 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA TRA 281 | WELLS FARGO BASE - 8459 | 758.84 | | -1,517.68 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA ING 201 | WELLS FARGO BASE - 8459 | 758.84 | | -758.84 |
| Check | 8/21/2009 | 1443 | Brian R. Cervenka | Lottridge-IRA(6781-83) Commission | AP Lottridge-IRA AGL 66L | WELLS FARGO BASE - 8459 | 758.84 | | 0.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Client: Henry B. Correll Trust | AP Correll Trust AXA 804 | WELLS FARGO BASE - 8459 | 125.00 | | -875.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Correll Trust LNL 740 | WELLS FARGO BASE - 8459 | 125.00 | | -750.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Licensee: FCFP/Paul Drost | AP Correll Trust TRA 281 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | AP Correll Trust ING 201 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | AP Correll Trust MAM 860 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | AP Correll Trust ANI 852 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | AP Correll Trust LFG 566 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 8/21/2009 | 1453 | Brian R. Cervenka | Correll Trust(6781-145) Commission | AP Correll Trust OML 446 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,000.00 | -7,000.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Client: Deborah Kristen | AP Kristen LNL 177 | WELLS FARGO BASE - 8459 | 700.00 | | -6,300.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Kristen AGL 73L | WELLS FARGO BASE - 8459 | 700.00 | | -5,600.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Licensee: Brian R. Cervenka (14.00%) | AP Kristen AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -4,900.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen MAM 860 | WELLS FARGO BASE - 8459 | 700.00 | | -4,200.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen TRA 281 | WELLS FARGO BASE - 8459 | 700.00 | | -3,500.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen ING 201 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen LNL 740 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen ANI 852 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 8/25/2009 | 1477 | Brian R. Cervenka | Kristen(6781-144) Commission | AP Kristen OML 446 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Client: Phil P. Hansel | AP Hansel AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Total $ Amount: 45,000.00 | AP Hansel AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Licensee: FCFP/PaulDrost | AP Hansel MAM 860 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel TRA 281 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 9/9/2009 | 1578 | Brian R. Cervenka | Hansel (6781-143) Commission | AP Hansel OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,300.00 | -6,300.00 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Client: Norman Landry | AP Landry AXA 804 | WELLS FARGO BASE - 8459 | 787.50 | | -5,512.50 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Total $ Amount: 45,000.00 | AP Landry MAM 860 | WELLS FARGO BASE - 8459 | 787.50 | | -4,725.00 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Licensee: Brian Cervenka (14.00%) | AP Landry TRA 281 | WELLS FARGO BASE - 8459 | 787.50 | | -3,937.50 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | AP Landry ING 201 | WELLS FARGO BASE - 8459 | 787.50 | | -3,150.00 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | AP Landry AGL 66L | WELLS FARGO BASE - 8459 | 787.50 | | -2,362.50 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | AP Landry ANI 852 | WELLS FARGO BASE - 8459 | 787.50 | | -1,575.00 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | AP Landry ING 283 | WELLS FARGO BASE - 8459 | 787.50 | | -787.50 |
| Check | 9/10/2009 | 1614 | Brian R. Cervenka | Landry (6781-101) Commission | AP Landry OML 446 | WELLS FARGO BASE - 8459 | 787.50 | | 0.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | Edwards IRA (6781-156) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,100.00 | -5,100.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | client: Donald A. Edwards | AP Edwards IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,020.00 | | -4,080.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | Total $ amount $51,000 | AP Edwards IRA ING 201 | WELLS FARGO BASE - 8459 | 1,020.00 | | -3,060.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | Licensee Donald A. Edwards (10%) | AP Edwards IRA MAM 860 | WELLS FARGO BASE - 8459 | 1,020.00 | | -2,040.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | Edwards IRA (6781-156) commission | AP Edwards IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,020.00 | | -1,020.00 |
| Check | 9/30/2009 | 1952 | Brian R. Cervenka | Edwards IRA (6781-156) commission | AP Edwards IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,020.00 | | 0.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Edwards IRA (6781-156) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,040.00 | -2,040.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Client: Donald A. Edwards | AP Edwards IRA TRA 281 | WELLS FARGO BASE - 8459 | 408.00 | | -1,632.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Total $ amount $51,000 | AP Edwards IRA ING 201 | WELLS FARGO BASE - 8459 | 408.00 | | -1,224.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Licensee: Donald A. Edwards (10%) | AP Edwards IRA MAM 860 | WELLS FARGO BASE - 8459 | 408.00 | | -816.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Edwards IRA (6781-156) commission | AP Edwards IRA ANI 852 | WELLS FARGO BASE - 8459 | 408.00 | | -408.00 |
| Check | 9/30/2009 | 1953 | Brian R. Cervenka | Edwards IRA (6781-156) commission | AP Edwards IRA LFG 566 | WELLS FARGO BASE - 8459 | 408.00 | | 0.00 |
| Check | 9/30/2009 | 1971 | Brian R. Cervenka | Davind IRA (6781-31A) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 290.00 | -290.00 |
| Check | 9/30/2009 | 1971 | Brian R. Cervenka | Client: Anthony P. Davind | AP Davind IRA LFG 566 | WELLS FARGO BASE - 8459 | 145.00 | | -145.00 |
| Check | 9/30/2009 | 1971 | Brian R. Cervenka | Total $ amount $14,500 | AP Davind IRA ING 283 | WELLS FARGO BASE - 8459 | 145.00 | | 0.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Zelsberg IRA (6781-210) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Client: Mark D. Zelsberg | AP Zelsberg IRA LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Total $ amount $30,000 | AP Zelsberg IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Licensee: FCFP/Paul Drost (11%) | AP Zelsberg IRA WPL 862 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Zelsberg IRA (6781-210) commission | AP Zelsberg IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Zelsberg IRA (6781-210) commission | AP Zelsberg IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/1/2009 | 1977 | Brian R. Cervenka | Zelsberg IRA (6781-210) commission | AP Zelsberg IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Client: Barry & Linda Edelstein | AP Edelstein MET 650 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Total $ Amount:40,000.00 | AP Edelstein AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Licensee: FCFP/Paul Drost (11.00%) | AP Edelstein AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | AP Edelstein LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | AP Edelstein ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | AP Edelstein ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | AP Edelstein LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/6/2009 | 2073 | Brian R. Cervenka | Edelstein (6781-258) Commission | AP Edelstein ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,232.00 | -6,232.00 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Client: Louis Schelske IRA | AP Schelske-IRA MET 650 | WELLS FARGO BASE - 8459 | 623.20 | | -5,608.80 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Total $ Amount: 155,800.00 | AP Schelske-IRA AGL 73L | WELLS FARGO BASE - 8459 | 623.20 | | -4,985.60 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Licensee: Granite Pacific Financial, Inc/JR Ranheffer (10.00%) | AP Schelske-IRA AXA 804 | WELLS FARGO BASE - 8459 | 623.20 | | -4,362.40 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA TRA 281 | WELLS FARGO BASE - 8459 | 623.20 | | -3,739.20 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA LNL 740 | WELLS FARGO BASE - 8459 | 623.20 | | -3,116.00 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA ING 201 | WELLS FARGO BASE - 8459 | 623.20 | | -2,492.80 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA MAM 860 | WELLS FARGO BASE - 8459 | 623.20 | | -1,869.60 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA ANI 852 | WELLS FARGO BASE - 8459 | 623.20 | | -1,246.40 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA LFG 566 | WELLS FARGO BASE - 8459 | 623.20 | | -623.20 |
| Check | 10/8/2009 | 2126 | Brian R. Cervenka | Schelske-IRA (6781-161) Commission | AP Schelske-IRA ING 036 | WELLS FARGO BASE - 8459 | 623.20 | | 0.00 |
| Check | 10/15/2009 | 2282 | Brian R. Cervenka | Gibson-IRA (6781-340) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 395.81 | -395.81 |
| Check | 10/15/2009 | 2282 | Brian R. Cervenka | Client: Patricia Kay Gibson-IRA | AP Gibson-IRA ANI 852 | WELLS FARGO BASE - 8459 | 197.90 | | -197.91 |
| Check | 10/15/2009 | 2282 | Brian R. Cervenka | Total $ Amount: 19,790.25 | AP Gibson-IRA LFG 566 | WELLS FARGO BASE - 8459 | 197.91 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | Client: Flora Berk Trust (6781-313) | AP Berke Trust HLI 814 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Berke Trust ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke Trust ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | Commission | AP Berke Trust LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/21/2009 | 2415 | Brian R. Cervenka | | AP Berke Trust ING 036 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | Client: Flora E. Berke (6781-313A) | AP Berke,F HLI 814 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Berke,F LNL 761 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,F AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | Commission | AP Berke,F AXA 146 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/21/2009 | 2420 | Brian R. Cervenka | | AP Berke,F LNL 740 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | Client: Douglas Berke (6781-313B) | AP Berke,D HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Berke,D ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,D ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | Commission | AP Berke,D LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/21/2009 | 2425 | Brian R. Cervenka | | AP Berke,D ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,460.00 | -1,460.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | Client: Yow Yee Chiou-IRA (6781-247) | AP Chiou,Y-IRA MET 650 | WELLS FARGO BASE - 8459 | 146.00 | | -1,314.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | Total $ Amount: 73,000.00 | AP Chiou,Y-IRA AGL 73L | WELLS FARGO BASE - 8459 | 146.00 | | -1,168.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Chiou,Y-IRA AXA 804 | WELLS FARGO BASE - 8459 | 146.00 | | -1,022.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | Commission | AP Chiou,Y-IRA AXA 146 | WELLS FARGO BASE - 8459 | 146.00 | | -876.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA LNL 740 | WELLS FARGO BASE - 8459 | 146.00 | | -730.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA ING 201 | WELLS FARGO BASE - 8459 | 146.00 | | -584.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA ANI 852 | WELLS FARGO BASE - 8459 | 146.00 | | -438.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA LNL 782 | WELLS FARGO BASE - 8459 | 146.00 | | -292.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA LFG 566 | WELLS FARGO BASE - 8459 | 146.00 | | -146.00 |
| Check | 10/23/2009 | 2506 | Brian R. Cervenka | | AP Chiou,Y-IRA ING 036 | WELLS FARGO BASE - 8459 | 146.00 | | 0.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | Client: Richard D. Honeywell (6781-331) | AP Honeywell HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | Total $ amount $25,000 | AP Honeywell AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni ((10%) | AP Honeywell ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | Commissions | AP Honeywell ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/27/2009 | 2581 | Brian R. Cervenka | | AP Honeywell ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | Client: Raymond Miranda, Sr (6781-246) | AP Miranda LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Miranda AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Miranda AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | Commission | AP Miranda LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda MET 650 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/28/2009 | 2630 | Brian R. Cervenka | | AP Miranda LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | Client: Dorothy J. Egger (6781-347) | AP Egger, D HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | Total $ amount $50,000 | AP Egger, D LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | Licensee: John Champion (10%) | AP Egger, D AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | Commissions | AP Egger, D AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/30/2009 | 2706 | Brian R. Cervenka | | AP Egger, D ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | Client: Karl & Deborah Kozuh (6781-348) | AP Kozuh, K&D HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | Total $ amount $40,000 | AP Kozuh, K&D LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | Licensee: FGFP/Paul Brost (11%) | AP Kozuh, K&D AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | Commissions | AP Kozuh, K&D LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | | AP Kozuh, K&D ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | | AP Kozuh, K&D ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | | AP Kozuh, K&D LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/30/2009 | 2720 | Brian R. Cervenka | | AP Kozuh, K&D ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,215.75 | -1,215.75 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | Client: Rosalie Lane Beechler (6781-259) | AP Beechler,R-IRA MET 650 | WELLS FARGO BASE - 8459 | 202.63 | | -1,013.12 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | Total $ Amount $60,787.34 | AP Beechler,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 202.63 | | -810.49 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12%) | AP Beechler,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 202.63 | | -607.86 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | Commissions | AP Beechler,R-IRA AXA 146 | WELLS FARGO BASE - 8459 | 202.63 | | -405.23 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | | AP Beechler,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 202.63 | | -202.60 |
| Check | 10/30/2009 | 2725 | Brian R. Cervenka | | AP Beechler,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 202.60 | | 0.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,420.00 | -2,420.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | Client: Frank Spagnola-IRA (6781-146) | AP Spagnola,F-IRA HLI 814 | WELLS FARGO BASE - 8459 | 242.00 | | -2,178.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | Total $ Amount: 121,000.00 | AP Spagnola,F-IRA LLI 899 | WELLS FARGO BASE - 8459 | 242.00 | | -1,936.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Spagnola,F-IRA AXA 804 | WELLS FARGO BASE - 8459 | 242.00 | | -1,694.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | Commission | AP Spagnola,F-IRA AXA 146 | WELLS FARGO BASE - 8459 | 242.00 | | -1,452.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA LNL 740 | WELLS FARGO BASE - 8459 | 242.00 | | -1,210.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA ING 201 | WELLS FARGO BASE - 8459 | 242.00 | | -968.00 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA ANI 852 | WELLS FARGO BASE - 8459 | 242.00 | | -726.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA LNL 782 | WELLS FARGO BASE - 8459 | 242.00 | | -484.60 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA LFG 566 | WELLS FARGO BASE - 8459 | 242.00 | | -242.80 |
| Check | 11/3/2009 | 2779 | Brian R. Cervenka | | AP Spagnola,F-IRA ING 036 | WELLS FARGO BASE - 8459 | 242.00 | | 0.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | Client: John & Florence Pasquale (6781-340) | AP Pasquale J&F HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Pasquale J&F ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Pasquale J&F ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | Commission | AP Pasquale J&F LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/3/2009 | 2799 | Brian R. Cervenka | | AP Pasquale J&F LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | Client: Mary Eng Trust (6781-349) | AP Mary Eng Trust HLI 814 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | Total $ Amount: 200,000.00 | AP Mary Eng Trust LLI 899 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | Licensee: James Lorin Beile (10.00%) | AP Mary Eng Trust AXA 804 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | Commission | AP Mary Eng Trust AXA 146 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust LNL 740 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust ING 201 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust ANI 852 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust LFG 566 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 11/3/2009 | 2806 | Brian R. Cervenka | | AP Mary Eng Trust ING 036 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | Client: Betty & Charles Spady (6781-361) | AP Spady B&C HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Spady B&C LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Spady B&C AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | Commission | AP Spady B&C AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/4/2009 | 2842 | Brian R. Cervenka | | AP Spady B&C ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | Client: Wes & Gwen Burchfield (6781-371) | AP Burchfield, W&G HLI 814 | WELLS FARGO BASE - 8459 | 160.00 | | -1,440.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | Total $ Amount: 80,000.00 | AP Burchfield, W&G LLI 809 | WELLS FARGO BASE - 8459 | 160.00 | | -1,280.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | Licensee: FCFP/Paul Brost (11.00%) | AP Burchfield, W&G AXA 804 | WELLS FARGO BASE - 8459 | 160.00 | | -1,120.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | Commission | AP Burchfield, W&G AXA 146 | WELLS FARGO BASE - 8459 | 160.00 | | -960.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G LNL 740 | WELLS FARGO BASE - 8459 | 160.00 | | -800.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G ING 201 | WELLS FARGO BASE - 8459 | 160.00 | | -640.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G ANI 852 | WELLS FARGO BASE - 8459 | 160.00 | | -480.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G LNL 782 | WELLS FARGO BASE - 8459 | 160.00 | | -320.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G LFG 566 | WELLS FARGO BASE - 8459 | 160.00 | | -160.00 |
| Check | 11/4/2009 | 2861 | Brian R. Cervenka | | AP Burchfield, W&G ING 036 | WELLS FARGO BASE - 8459 | 160.00 | | 0.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,780.00 | -1,780.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | Client: Maria A. Munoz-IRA (6781-383) | AP Munoz,M-IRA HLI 814 | WELLS FARGO BASE - 8459 | 178.00 | | -1,602.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | Total $ amount $89,000. | AP Munoz,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 178.00 | | -1,424.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | Licensee: John Champion (10%) | AP Munoz,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 178.00 | | -1,246.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | Commissions | AP Munoz,M-IRA AXA 146 | WELLS FARGO BASE - 8459 | 178.00 | | -1,068.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 178.00 | | -890.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 178.00 | | -712.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA PLI 930 | WELLS FARGO BASE - 8459 | 178.00 | | -534.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 178.00 | | -356.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 178.00 | | -178.00 |
| Check | 11/10/2009 | 2966 | Brian R. Cervenka | | AP Munoz,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 178.00 | | 0.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,180.00 | -2,180.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | Client: David James Butler-IRA (6781-250) | AP Butler,D-IRA MET 850 | WELLS FARGO BASE - 8459 | 218.00 | | -1,962.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | Total $ Amount: 109,000.00 | AP Butler,D-IRA AGL 731 | WELLS FARGO BASE - 8459 | 218.00 | | -1,744.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Butler,D-IRA AXA 804 | WELLS FARGO BASE - 8459 | 218.00 | | -1,526.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | Commission | AP Butler,D-IRA AXA 146 | WELLS FARGO BASE - 8459 | 218.00 | | -1,308.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA LNL 740 | WELLS FARGO BASE - 8459 | 218.00 | | -1,090.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 218.00 | | -872.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA ANI 852 | WELLS FARGO BASE - 8459 | 218.00 | | -654.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA LNL 782 | WELLS FARGO BASE - 8459 | 218.00 | | -436.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 218.00 | | -218.00 |
| Check | 11/12/2009 | 3006 | Brian R. Cervenka | | AP Butler,D-IRA ING 036 | WELLS FARGO BASE - 8459 | 218.00 | | 0.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | Client: Robert Hansen (6781-253A) | AP Hansen, R AXA 804 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | Total $ Amount: 325,000.00 | AP Hansen, R LLI 899 | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | Licensee: Gary J. Lenahan (10.00%) | AP Hansen, R LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | Commission | AP Hansen, R ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R PLI 930 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R AGL 062 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R ANI 521 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 11/12/2009 | 3013 | Brian R. Cervenka | | AP Hansen, R PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | Client: Richard D. Honeywell (6781-331A) | AP Honeywell, R LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Honeywell, R PLI 930 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Honeywell, R LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | Commission | AP Honeywell, R AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/12/2009 | 3030 | Brian R. Cervenka | | AP Honeywell, R ANI 521 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/13/2009 | 3076 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 480.00 | -480.00 |
| Check | 11/13/2009 | 3076 | Brian R. Cervenka | Client: Robert Hansen-IRA (6781-253) | AP Hansen,R-RA ING 201 | WELLS FARGO BASE - 8459 | 120.00 | | -360.00 |
| Check | 11/13/2009 | 3076 | Brian R. Cervenka | Total $ Amount: 24,000.00 | AP Hansen,R-RA ANI 852 | WELLS FARGO BASE - 8459 | 120.00 | | -240.00 |
| Check | 11/13/2009 | 3076 | Brian R. Cervenka | Licensee: Gary J. Lenahan (10.00%) | AP Hansen,R-RA LNL 782 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 11/13/2009 | 3076 | Brian R. Cervenka | Commission | AP Hansen,R-RA LFG 566 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | Client: Craig E. Marquis (6781-436) | AP Marquis,C LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Marquis,C LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | Licensee: Jeff Marquis (9.00%) | AP Marquis,C LNL 26A | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | Commission | AP Marquis,C JPI 062 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C PLI 680 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/23/2009 | 3326 | Brian R. Cervenka | | AP Marquis,C PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | Client: Alvin H. Gerbermann IRA (6781-382) | AP Gerbermann,A-IRA HLI 314 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | Total $ amount $25,000 | AP Gerbermann,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | Licensee: John Champion (10%) | AP Gerbermann,A-IRA PLI 930 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | Commissions | AP Gerbermann,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/23/2009 | 3337 | Brian R. Cervenka | | AP Gerbermann,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | Client: Henry Abreu & Joanna Lambert (6781-393) | AP Abreu&Lambert LNL 26A | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | Total $ amount $40,000 | AP Abreu&Lambert JPI 062 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | Licensee: FCFP/Paul Brost (11%) | AP Abreu&Lambert LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | Commissions | AP Abreu&Lambert PLI 680 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | | AP Abreu&Lambert AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | | AP Abreu&Lambert AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | | AP Abreu&Lambert LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/24/2009 | 3369 | Brian R. Cervenka | | AP Abreu&Lambert PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/3/2009 | 3448 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/3/2009 | 3448 | Brian R. Cervenka | Client: William L. Lehmann (6781-466) | AP Lehmann,W LLI 899 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 12/3/2009 | 3448 | Brian R. Cervenka | Total $ amount $25,000 | AP Lehmann,W LNL 26A | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,468.20 | -1,468.20 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | Client: Troy Laman-IRA (6781-201) | AP Laman,T-IRA MET 550 | WELLS FARGO BASE - 8459 | 146.82 | | -1,321.38 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | Total $ Amount: 73,498.78 | AP Laman,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 146.82 | | -1,174.56 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | Licensee: Colin Bodicker (10.00%) | AP Laman,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 146.82 | | -1,027.74 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | Commission | AP Laman,T-IRA LNL 740 | WELLS FARGO BASE - 8459 | 146.82 | | -880.92 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA WPL 982 | WELLS FARGO BASE - 8459 | 146.82 | | -734.10 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 146.82 | | -587.28 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA MAM 860 | WELLS FARGO BASE - 8459 | 146.82 | | -440.46 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 146.82 | | -293.64 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 146.82 | | -146.82 |
| Check | 12/4/2009 | 3593 | Brian R. Cervenka | | AP Laman,T-IRA ING 036 | WELLS FARGO BASE - 8459 | 146.82 | | 0.00 |
| Check | 12/4/2009 | 3615 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/4/2009 | 3615 | Brian R. Cervenka | Client: Barbara K. Stanford (6781-509) | AP Stanford,B PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | Client: James & Carol Bello (6781-396) | AP Bello,J&C AP LLI 899 | WELLS FARGO BASE - 8459 | 461.52 | | -5,538.48 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | Total $ amount $300,000 | AP Bello,J&C LNL 740 | WELLS FARGO BASE - 8459 | 461.54 | | -5,076.94 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | Licensee: James Lorin Bello (10%) | AP Bello,J&C AXA 826 | WELLS FARGO BASE - 8459 | 461.54 | | -4,615.40 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | Commissions | AP Bello,J&C LNL 782 | WELLS FARGO BASE - 8459 | 461.54 | | -4,153.86 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C PLI 930 | WELLS FARGO BASE - 8459 | 461.54 | | -3,692.32 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C LFG 566 | WELLS FARGO BASE - 8459 | 461.54 | | -3,230.78 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C AGL 062 | WELLS FARGO BASE - 8459 | 461.54 | | -2,769.24 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C ANI 521 | WELLS FARGO BASE - 8459 | 461.54 | | -2,307.70 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C LBL 771 | WELLS FARGO BASE - 8459 | 461.54 | | -1,846.16 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C LNL 26A | WELLS FARGO BASE - 8459 | 461.54 | | -1,384.62 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C JPI 062 | WELLS FARGO BASE - 8459 | 461.54 | | -923.08 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C PLI 930 | WELLS FARGO BASE - 8459 | 461.54 | | -461.54 |
| Check | 12/10/2009 | 3626 | Brian R. Cervenka | | AP Bello,J&C PLI 140 | WELLS FARGO BASE - 8459 | 461.54 | | 0.00 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 932.23 | -932.23 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | Client: Addie Ruth Good IRA (6781-524) | AP Good,A IRA LLI 899 | WELLS FARGO BASE - 8459 | 103.59 | | -828.64 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | Total $ amount $46,611.47 | AP Good,A IRA AXA 826 | WELLS FARGO BASE - 8459 | 103.58 | | -725.06 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12%) | AP Good,A IRA 036 | WELLS FARGO BASE - 8459 | 103.58 | | -621.48 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | Commissions | AP Good,A IRA JPI 183 | WELLS FARGO BASE - 8459 | 103.58 | | -517.90 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | AP Good,A IRA LNL 782 | WELLS FARGO BASE - 8459 | 103.58 | | -414.32 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | AP Good,A IRA PLI 930 | WELLS FARGO BASE - 8459 | 103.58 | | -310.74 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | AP Good,A IRA PLI 930 | WELLS FARGO BASE - 8459 | 103.58 | | -207.16 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | AP Good,A JPI 062 | WELLS FARGO BASE - 8459 | 103.58 | | -103.58 |
| Check | 12/17/2009 | 3758 | Brian R. Cervenka | | AP Good,A IRA PLI 140 | WELLS FARGO BASE - 8459 | 103.58 | | 0.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | Client: Pamela K. O'Neal-IRA (6781-142) | AP O'Neal,P-IRA LNL 177 | WELLS FARGO BASE - 8459 | 250.00 | | -2,250.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | Total $ Amount: $25,000.00 | AP O'Neal,P-IRA AGL 73L | WELLS FARGO BASE - 8459 | 250.00 | | -2,000.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | Licensee: Colin Bodicker (10.00%) | AP O'Neal,P-IRA AXA 804 | WELLS FARGO BASE - 8459 | 250.00 | | -1,750.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | Commission | AP O'Neal,P-IRA LNL 740 | WELLS FARGO BASE - 8459 | 250.00 | | -1,500.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA TRA 261 | WELLS FARGO BASE - 8459 | 250.00 | | -1,250.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA ING 201 | WELLS FARGO BASE - 8459 | 250.00 | | -1,000.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA MAM 860 | WELLS FARGO BASE - 8459 | 250.00 | | -750.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA ANI 852 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA LFG 566 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/17/2009 | 3771 | Brian R. Cervenka | | AP O'Neal,P-IRA ING 036 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | Client: Adele Louise Parsons-IRA (6781-363) | AP Parsons,A-IRA PLI 680 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Parsons,A-IRA AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Parsons,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | Commission | AP Parsons,A-IRA LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/17/2009 | 3774 | Brian R. Cervenka | | AP Parsons,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | Client: April J. Eng Trust (6781-536) | AP Eng,A PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Eng,A AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | Licensee: James Lorin Bello (10.00%) | AP Eng,A ANI 521 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | Commission | AP Eng,A LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/23/2009 | 3809 | Brian R. Cervenka | | AP Eng, A PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,208.34 | -10,208.34 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | Client: James & Catherine Walsh (6781-427) | AP Walsh,J&C LLI 899 | WELLS FARGO BASE - 8459 | 1,020.87 | | -9,187.47 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | Total $ Amount: $10,416.98 | AP Walsh,J&C LFG 740 | WELLS FARGO BASE - 8459 | 1,020.83 | | -8,166.64 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | Licensee: Estate Protection Planning (10.00%) | AP Walsh,J&C LFG 006 | WELLS FARGO BASE - 8459 | 1,020.83 | | -7,145.81 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | Commission | AP Walsh,J&C LFG 008 | WELLS FARGO BASE - 8459 | 1,020.83 | | -6,124.98 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C LFG 782 | WELLS FARGO BASE - 8459 | 1,020.83 | | -5,104.15 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C LFG 566 | WELLS FARGO BASE - 8459 | 1,020.83 | | -4,083.32 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C PLI 930 | WELLS FARGO BASE - 8459 | 1,020.83 | | -3,062.49 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C AGL 062 | WELLS FARGO BASE - 8459 | 1,020.83 | | -2,041.66 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C LBL 771 | WELLS FARGO BASE - 8459 | 1,020.83 | | -1,020.83 |
| Check | 12/23/2009 | 3841 | Brian R. Cervenka | | AP Walsh,J&C PLI 140 | WELLS FARGO BASE - 8459 | 1,020.83 | | 0.00 |
| Check | 12/23/2009 | 3858 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 12/23/2009 | 3858 | Brian R. Cervenka | Client: Jua Jimenez IRA (5781-532) | AP Jimenez,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 375.00 | | -1,125.00 |
| Check | 12/23/2009 | 3858 | Brian R. Cervenka | Total $ amount $50,000 | AP Jimenez,J-IRA AXA 826 | WELLS FARGO BASE - 8459 | 375.00 | | -750.00 |
| Check | 12/23/2009 | 3858 | Brian R. Cervenka | Licensee: Carlos Trevino (10%) | AP Jimenez,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 375.00 | | -375.00 |
| Check | 12/23/2009 | 3858 | Brian R. Cervenka | Commissions | AP Jimenez,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 375.00 | | 0.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,280.00 | -1,280.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | Client: Judith Kay Robinson-IRA (6781-364A) | AP Robinson,JK-IRA LLI 899 | WELLS FARGO BASE - 8459 | 128.00 | | -1,152.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | Total $ Amount: 64,000.00 | AP Robinson,JK-IRA AXA 146 | WELLS FARGO BASE - 8459 | 128.00 | | -1,024.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | Licensee: Joseph T. Donnantuoni (10.00%) | AP Robinson,JK-IRA SLA 338 | WELLS FARGO BASE - 8459 | 128.00 | | -896.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | Commission | AP Robinson,JK-IRA LFG 008 | WELLS FARGO BASE - 8459 | 128.00 | | -768.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA AXA 345 | WELLS FARGO BASE - 8459 | 128.00 | | -640.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA PLI 980 | WELLS FARGO BASE - 8459 | 128.00 | | -512.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA LFG 272 | WELLS FARGO BASE - 8459 | 128.00 | | -384.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA AXA 726 | WELLS FARGO BASE - 8459 | 128.00 | | -256.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA LFG 183 | WELLS FARGO BASE - 8459 | 128.00 | | -128.00 |
| Check | 12/30/2009 | 3862 | Brian R. Cervenka | | AP Robinson,JK-IRA PLI 140 | WELLS FARGO BASE - 8459 | 128.00 | | 0.00 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,140.00 | -1,140.00 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | Client: James W. Ritter IRA (6781-503) | AP Ritter,J-IRA LFG 006 | WELLS FARGO BASE - 8459 | 142.50 | | -997.50 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | Total $ amount $57,000 | AP Ritter,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 142.50 | | -855.00 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | Licensee: FGPP/Paul Brost (11%) | AP Ritter,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 142.50 | | -712.50 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | Commissions | AP Ritter,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 142.50 | | -570.00 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | | AP Ritter,J-IRA PLI 930 | WELLS FARGO BASE - 8459 | 142.50 | | -427.50 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | | AP Ritter,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 142.50 | | -285.00 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | | AP Ritter,J-IRA LBL 771 | WELLS FARGO BASE - 8459 | 142.50 | | -142.50 |
| Check | 12/30/2009 | 3905 | Brian R. Cervenka | | AP Ritter,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 142.50 | | 0.00 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | Client: Kelly T. Wuthrich IRA (6781-511) | AP Wuthrich,K-IRA LFG 177 | WELLS FARGO BASE - 8459 | 107.16 | | -642.84 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | Total $ amount $37,500 | AP Wuthrich,K-IRA LLI 899 | WELLS FARGO BASE - 8459 | 107.14 | | -535.70 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | Licensee: Michael Castellano for Kelly Wuthrich (10%) | AP Wuthrich,K-IRA SLA 338 | WELLS FARGO BASE - 8459 | 107.14 | | -428.56 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | Commissions | AP Wuthrich,K-IRA LFG 008 | WELLS FARGO BASE - 8459 | 107.14 | | -321.42 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | | AP Wuthrich,K-IRA MMI 025 | WELLS FARGO BASE - 8459 | 107.14 | | -214.28 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | | AP Wuthrich,K-IRA PLI 980 | WELLS FARGO BASE - 8459 | 107.14 | | -107.14 |
| Check | 12/30/2009 | 3913 | Brian R. Cervenka | | AP Wuthrich,K-IRA LFG 272 | WELLS FARGO BASE - 8459 | 107.14 | | 0.00 |
| Check | 12/30/2009 | 3920 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 630.00 | -630.00 |
| Check | 12/30/2009 | 3920 | Brian R. Cervenka | Client: Delores Kessler IRA (6781-422) | AP Kessler,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 157.50 | | -472.50 |
| Check | 12/30/2009 | 3920 | Brian R. Cervenka | Total $ amount $31,500 | AP Kessler,D-IRA AGL 062 | WELLS FARGO BASE - 8459 | 157.50 | | -315.00 |
| Check | 12/30/2009 | 3920 | Brian R. Cervenka | Licensee: Est Protection Planning/A Kirsten Gallardo (10%) | AP Kessler,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 157.50 | | -157.50 |
| Check | 12/30/2009 | 3920 | Brian R. Cervenka | Commissions | AP Kessler,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 157.50 | | 0.00 |
| Check | 1/7/2010 | 3949 | Brian R. Cervenka | Scott, Durward L. (6781-599) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,400.00 | -4,400.00 |
| Check | 1/7/2010 | 3949 | Brian R. Cervenka | Client: Durward L. Scott (6781-599) | AP Scott,D LLI 899 | WELLS FARGO BASE - 8459 | 1,100.00 | | -3,300.00 |
| Check | 1/7/2010 | 3949 | Brian R. Cervenka | Total $ amount $220,500 | AP Scott,D SLA 338 | WELLS FARGO BASE - 8459 | 1,100.00 | | -2,200.00 |
| Check | 1/7/2010 | 3949 | Brian R. Cervenka | Licensee: Jeff Mejia (10%) | AP Scott,D MMI 025 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 1/7/2010 | 3949 | Brian R. Cervenka | Commissions | AP Scott,D LFG 272 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,300.00 | -4,300.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | Client: Audrey Peterson IRA (6781-510) | AP Peterson,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 430.00 | | -3,870.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | Total $ amount $215,000 | AP Peterson,A-IRA AXA 826 | WELLS FARGO BASE - 8459 | 430.00 | | -3,440.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | Licensee: Estate Protection Planning Corp-RS (10%) | AP Peterson,A-IRA LFG 006 | WELLS FARGO BASE - 8459 | 430.00 | | -3,010.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | Commissions | AP Peterson,A-IRA LFG 008 | WELLS FARGO BASE - 8459 | 430.00 | | -2,580.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA LFG 782 | WELLS FARGO BASE - 8459 | 430.00 | | -2,150.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA PLI 980 | WELLS FARGO BASE - 8459 | 430.00 | | -1,720.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA LFG 272 | WELLS FARGO BASE - 8459 | 430.00 | | -1,290.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA AXA 729 | WELLS FARGO BASE - 8459 | 430.00 | | -860.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA LFG 183 | WELLS FARGO BASE - 8459 | 430.00 | | -430.00 |
| Check | 1/14/2010 | 4028 | Brian R. Cervenka | | AP Peterson,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 430.00 | | 0.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | Client: Eugene E. Gavito (6781-626) | AP Gavito,E LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | Total $ amount $50,000 | AP Gavito,E SLA 338 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | Licensee: John Champion (10%) | AP Gavito,E LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | Commissions | AP Gavito,E MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/14/2010 | 4037 | Brian R. Cervenka | | AP Gavito,E PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,255.50 | -5,255.50 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | Client: Shirley A. Morris (6781-507) | AP Morris,S LLI 899 | WELLS FARGO BASE - 8459 | 525.55 | | -4,729.95 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | Total $ amount $262,775.19 | AP Morris,S AXA 826 | WELLS FARGO BASE - 8459 | 525.55 | | -4,204.40 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | Licensee: Estate Protection Planning Corp-RS (11%) | AP Morris,S LFG 008 | WELLS FARGO BASE - 8459 | 525.55 | | -3,678.85 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | Commissions | AP Morris,S LFG 008 | WELLS FARGO BASE - 8459 | 525.55 | | -3,153.30 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S LFG 782 | WELLS FARGO BASE - 8459 | 525.55 | | -2,627.75 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S PLI 980 | WELLS FARGO BASE - 8459 | 525.55 | | -2,102.20 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S LFG 272 | WELLS FARGO BASE - 8459 | 525.55 | | -1,576.65 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S AXA 729 | WELLS FARGO BASE - 8459 | 525.55 | | -1,051.10 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S LFG 183 | WELLS FARGO BASE - 8459 | 525.55 | | -525.55 |
| Check | 1/21/2010 | 4081 | Brian R. Cervenka | | AP Morris,S PLI 140 | WELLS FARGO BASE - 8459 | 525.55 | | 0.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | Client: Rita Ohara (6781-621) | AP Ohara,R LLI 899 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | Total $ amount $200,000 | AP Ohara,R SLA 338 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | Licensee: Estate Protection Planning-SMI (10%) | AP Ohara,R LFG 008 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | Commissions | AP Ohara,R AXA 994 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R MMI 025 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R PLI 980 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R AXA 729 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R ING 15J | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 1/21/2010 | 4087 | Brian R. Cervenka | | AP Ohara,R PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 1/21/2010 | 4094 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/21/2010 | 4094 | Brian R. Cervenka | Client: Kessler, Joseph C, Roth IRA (6781-422B) | AP Kessler,J-ROTH IRA LFG 566 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 1/21/2010 | 4094 | Brian R. Cervenka | Total $ amount $25,000 | AP Kessler,J-ROTH IRA AGL 06L | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 1/21/2010 | 4094 | Brian R. Cervenka | Licensee: Estate Protection Planning/A Kristen Gallardo (10%) | AP Kessler,J-ROTH IRA LBL 771 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 1/21/2010 | 4094 | Brian R. Cervenka | Commissions | AP Kessler,J-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,100.00 | -1,100.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | Client: Douglas Berke Traditional IRA (6781-313C) | AP Berke,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 110.00 | | -990.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | Total $ Amount: 55,000.00 | AP Berke,D-TRAD IRA SLA 338 | WELLS FARGO BASE - 8459 | 110.00 | | -880.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,D-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 110.00 | | -770.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | Commission | AP Berke,D-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 110.00 | | -660.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 110.00 | | -550.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 110.00 | | -440.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 110.00 | | -330.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 110.00 | | -220.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 110.00 | | -110.00 |
| Check | 1/21/2010 | 4123 | Brian R. Cervenka | | AP Berke,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 110.00 | | 0.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | Client: Joseph B. Myers-Traditional IRA (6781-578) | AP Myers,J TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Myers,J TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | Licensee: Granite Pacific Financial, LLC – | AP Myers,J TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | – John Ranhoffer (10.00%) | AP Myers,J TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/21/2010 | 4138 | Brian R. Cervenka | Commission | AP Myers,J TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,816.99 | -9,816.99 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | Client: Norimi Minamoto (6781-620) | AP Minamoto, N LLI 899 | WELLS FARGO BASE - 8459 | 981.69 | | -8,835.30 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | Total $ Amount: 490,849.30 | AP Minamoto, N GLG 089 | WELLS FARGO BASE - 8459 | 981.70 | | -7,853.60 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | Licensee: Estate Protection Planning-SMI (10.00%) | AP Minamoto, N ANI 065 | WELLS FARGO BASE - 8459 | 981.70 | | -6,871.90 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | Commission | AP Minamoto, N AXA 994 | WELLS FARGO BASE - 8459 | 981.70 | | -5,890.20 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N MMI 025 | WELLS FARGO BASE - 8459 | 981.70 | | -4,908.50 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N PLI 980 | WELLS FARGO BASE - 8459 | 981.70 | | -3,926.80 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N AXA 091 | WELLS FARGO BASE - 8459 | 981.70 | | -2,945.10 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N ING 15J | WELLS FARGO BASE - 8459 | 981.70 | | -1,963.40 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N LFG 183 | WELLS FARGO BASE - 8459 | 981.70 | | -981.70 |
| Check | 1/28/2010 | 4148 | Brian R. Cervenka | | AP Minamoto, N PLI 140 | WELLS FARGO BASE - 8459 | 981.70 | | 0.00 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,687.57 | -9,687.57 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | Client: Thelma Bernhardt (6781-622) | AP Bernhardt,T LLI 899 | WELLS FARGO BASE - 8459 | 968.73 | | -8,718.84 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | Total $ Amount: 484,378.31 | AP Bernhardt,T SLA 338 | WELLS FARGO BASE - 8459 | 968.75 | | -7,750.09 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | Licensee: Estate Protection Planning-SMI (10.00%) | AP Bernhardt,T ANI 065 | WELLS FARGO BASE - 8459 | 968.75 | | -6,781.32 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | Commission | AP Bernhardt,T AXA 994 | WELLS FARGO BASE - 8459 | 968.75 | | -5,812.56 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T MMI 025 | WELLS FARGO BASE - 8459 | 968.76 | | -4,843.80 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T PLI 980 | WELLS FARGO BASE - 8459 | 968.76 | | -3,875.04 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T AGL 06L | WELLS FARGO BASE - 8459 | 968.76 | | -2,906.28 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T ING 15J | WELLS FARGO BASE - 8459 | 968.76 | | -1,937.52 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T LFG 183 | WELLS FARGO BASE - 8459 | 968.76 | | -968.76 |
| Check | 1/28/2010 | 4153 | Brian R. Cervenka | | AP Bernhardt,T PLI 140 | WELLS FARGO BASE - 8459 | 968.76 | | 0.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | Client: Terry Denend (6781-658) | AP Denend,T LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | Total $ Amount: 25,000.00 | AP Denend,T LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | Licensee: James Lorin Bello (10.00%) | AP Denend,T AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | Commission | AP Denend,T PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | 4161 | Brian R. Cervenka | | AP Denend,T LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | Client: Evelene Fay Nour Spec Needs Trust (6781-682) | AP Nour Trust LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | Total $ amount $50,000 | AP Nour Trust SLA 336 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | Licensee: Michael Murphy 12% | AP Nour Trust ANI 065 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | Commissions | AP Nour Trust AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | 4177 | Brian R. Cervenka | | AP Nour Trust PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | 4220 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,586.51 | -1,586.51 |
| Check | 1/28/2010 | 4220 | Brian R. Cervenka | Client: Reid Curtis Rasmussen TRAD IRA (6781-502) | AP Rasmussen,R-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 528.85 | | -1,057.88 |
| Check | 1/28/2010 | 4220 | Brian R. Cervenka | Total $ Amount: 78,325.74 | AP Rasmussen,R-TRAD IRA LFG C... | WELLS FARGO BASE - 8459 | 528.83 | | -528.83 |
| Check | 1/28/2010 | 4220 | Brian R. Cervenka | Licensee: Raymon G. Chadwick, Jr (12.00%) | AP Rasmussen,R-TRAD IRA AXA 6... | WELLS FARGO BASE - 8459 | 528.83 | | 0.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | Client: Debra L. Lachloo TRAD IRA (6781-688) | AP Lachloo,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 120.00 | | -480.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | Total $ Amount: 30,000.00 | AP Lachloo,D-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 120.00 | | -360.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | Licensee: John Champion (10.00%) | AP Lachloo,D-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 120.00 | | -240.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | Commission | AP Lachloo,D-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 1/28/2010 | 4227 | Brian R. Cervenka | | AP Lachloo,D-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | Client: Frank Brunette (6781-713) | AP Brunette,F LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | Total $ amount $30,000 | AP Brunette,F AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | Licensee: Richard W. Anselmo (6%) | AP Brunette,F AGL 76L | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | Commissions | AP Brunette,F PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | | AP Brunette,F LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/4/2010 | 4239 | Brian R. Cervenka | | AP Brunette,F PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | Client: David W. Light III (6781-718) | AP Light, DW LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | Total $ amount $50,000 | AP Light, DW ING 036 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | Licensee: Douglas Lotridge (10%) | AP Light, DW LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | Commissions | AP Light, DW AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW GLG 069 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/4/2010 | 4242 | Brian R. Cervenka | | AP Light, DW PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | Client: Kauffman, Jean H. (#1) (6781-719) | AP Kaufman,J LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | Total $ Amount $75,000 | AP Kaufman,J ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | Licensee: Larry Lowder (8%) | AP Kaufman,J LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | Commissions | AP Kaufman,J AXA 994 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J GLG 069 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J AGL 76L | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/4/2010 | 4246 | Brian R. Cervenka | | AP Kaufman,J PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | Client: Ann B. Ciges (6781-701) | AP Ciges,A LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | Total $ Amount: 50,000.00 | AP Ciges,A AXA 146 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | Licensee: Larry Lowder (8.00%) | AP Ciges,A LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | Commission | AP Ciges,A AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A GLG 069 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/4/2010 | 4268 | Brian R. Cervenka | | AP Ciges,A PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | Client: Kauffman, Jean H. (6781-719A) | AP Kaufman,JH LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | Total $ Amount $75,000 | AP Kaufman,JH ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | Licensee: Larry Lowder (8%) | AP Kaufman,JH LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | Commissions | AP Kaufman,JH AXA 994 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH GLG 069 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH AGL 76L | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/4/2010 | 4250 | Brian R. Cervenka | | AP Kaufman,JH PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | Client: Ruth Ann Dobson (6781-751) | AP Dobson,Ruth Ann AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | Total $ amount $40,000 | AP Dobson,Ruth Ann AGL 76L | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | Licensee: FCFP;Paul Brost (11%) | AP Dobson,Ruth Ann PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | Commissions | AP Dobson,Ruth Ann GFG 069 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | | AP Dobson,Ruth Ann AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | | AP Dobson,Ruth Ann LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | | AP Dobson,Ruth Ann PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/11/2010 | 4380 | Brian R. Cervenka | | AP Dobson,Ruth Ann AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/16/2010 | EFT | Brian R. Cervenka | Petersen, Audrey Trad IRA (6781-610A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 480.00 | -480.00 |

346

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Peterson,A TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 230.00 | | -230.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Peterson,A TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 230.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Murdock, Robert D. (8781-744) Commission. | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,800.00 | -5,800.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R LLI 899 | WELLS FARGO BASE - 8459 | 580.00 | | -5,220.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R LFG 248 | WELLS FARGO BASE - 8459 | 580.00 | | -4,640.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R AXA 994 | WELLS FARGO BASE - 8459 | 580.00 | | -4,060.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R AGL 76L | WELLS FARGO BASE - 8459 | 580.00 | | -3,480.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R PLI 980 | WELLS FARGO BASE - 8459 | 580.00 | | -2,900.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R GFG 089 | WELLS FARGO BASE - 8459 | 580.00 | | -2,320.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R AXA 091 | WELLS FARGO BASE - 8459 | 580.00 | | -1,740.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R LFG 183 | WELLS FARGO BASE - 8459 | 580.00 | | -1,160.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R PLI 140 | WELLS FARGO BASE - 8459 | 580.00 | | -580.00 |
| Check | 2/18/2010 | EFT | Brian R. Cervenka | Commission | AP Murdock,R AGL 130 | WELLS FARGO BASE - 8459 | 580.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Rizzuto,Charles Traditional IRA (8781-687) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,C-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Rizzuto,Fara-Traditional IRA (8781-687A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LFG 081 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Rizzuto,F TRAD-IRA AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Julie L. Peschel Trad IRA (8781-729) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Peschel,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Minn-Shong Chi Rev Trust (8781-46A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Minn-Shon,Chi Trust LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Minn-Shon,Chi Trust LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Minn-Shon,Chi Trust PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Brian R. Cervenka | Commission | AP Minn-Shon,Chi Trust AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Carl Raymond Douglass (8781-817) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 700.00 | -700.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C LFG 081 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Douglass,C PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Cassese,Helen (8781-619) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,776.71 | -10,776.71 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LFG 081 | WELLS FARGO BASE - 8459 | 1,077.08 | | -9,699.03 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LBL 361 | WELLS FARGO BASE - 8459 | 1,077.67 | | -8,621.36 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LBL 918 | WELLS FARGO BASE - 8459 | 1,077.67 | | -7,543.69 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H AXA 335 | WELLS FARGO BASE - 8459 | 1,077.67 | | -6,466.02 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LFG 117 | WELLS FARGO BASE - 8459 | 1,077.67 | | -5,388.35 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LFG 248 | WELLS FARGO BASE - 8459 | 1,077.67 | | -4,310.68 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H AXA 091 | WELLS FARGO BASE - 8459 | 1,077.67 | | -3,233.01 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H LFG 183 | WELLS FARGO BASE - 8459 | 1,077.67 | | -2,155.34 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H PLI 140 | WELLS FARGO BASE - 8459 | 1,077.67 | | -1,077.67 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Cassese,H AGL 130 | WELLS FARGO BASE - 8459 | 1,077.67 | | 0.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Gloria M. Piccolella (8781-828) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,030.72 | -1,030.72 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G LFG 081 | WELLS FARGO BASE - 8459 | 114.56 | | -916.16 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G LBL 361 | WELLS FARGO BASE - 8459 | 114.52 | | -801.64 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G AXA 335 | WELLS FARGO BASE - 8459 | 114.52 | | -687.12 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G LFG 117 | WELLS FARGO BASE - 8459 | 114.52 | | -572.60 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G LFG 248 | WELLS FARGO BASE - 8459 | 114.52 | | -458.08 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G AXA 091 | WELLS FARGO BASE - 8459 | 114.52 | | -343.56 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G LFG 183 | WELLS FARGO BASE - 8459 | 114.52 | | -229.04 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G PLI 140 | WELLS FARGO BASE - 8459 | 114.52 | | -114.52 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Piccolella,G AGL 130 | WELLS FARGO BASE - 8459 | 114.52 | | 0.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Thomas C. DeYoung (8781-632) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LFG 081 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |

348

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LBL 361 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LBL 918 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T AXA 335 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP DeYoung,T AGL 130 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | David B. Roskind Trad IRA (6781-757) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 700.00 | -700.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Roskind,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 175.00 | | -525.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Roskind,D-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 175.00 | | -350.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Roskind,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 175.00 | | -175.00 |
| Check | 3/4/2010 | EFT | Brian R. Cervenka | Commission | AP Roskind,D-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 175.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Berke, Douglas B.-Traditional IRA (6781-313D) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,100.00 | -1,100.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA LBL 771 | WELLS FARGO BASE - 8459 | 110.00 | | -990.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 110.00 | | -880.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 110.00 | | -770.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 110.00 | | -660.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 110.00 | | -550.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 110.00 | | -440.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 110.00 | | -330.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA AGL 06L | WELLS FARGO BASE - 8459 | 110.00 | | -220.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA ANI 821 | WELLS FARGO BASE - 8459 | 110.00 | | -110.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Berke,Doug-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 110.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Burchfield,Wes-Traditional IRA (6781-371A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LFG 081 | WELLS FARGO BASE - 8459 | 350.00 | | -3,150.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LBL 361 | WELLS FARGO BASE - 8459 | 350.00 | | -2,800.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LBL 918 | WELLS FARGO BASE - 8459 | 350.00 | | -2,450.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA AXA 335 | WELLS FARGO BASE - 8459 | 350.00 | | -2,100.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LFG 117 | WELLS FARGO BASE - 8459 | 350.00 | | -1,750.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LFG 248 | WELLS FARGO BASE - 8459 | 350.00 | | -1,400.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA AXA 091 | WELLS FARGO BASE - 8459 | 350.00 | | -1,050.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA LFG 566 | WELLS FARGO BASE - 8459 | 350.00 | | -700.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA PLI 140 | WELLS FARGO BASE - 8459 | 350.00 | | -350.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,W-TRADIRA JHL 633 | WELLS FARGO BASE - 8459 | 350.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Burchfield,Gwendolyn-Traditional IRA(6781-317B) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LFG 081 | WELLS FARGO BASE - 8459 | 350.00 | | -3,150.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LBL 361 | WELLS FARGO BASE - 8459 | 350.00 | | -2,800.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LBL 918 | WELLS FARGO BASE - 8459 | 350.00 | | -2,450.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA AXA 335 | WELLS FARGO BASE - 8459 | 350.00 | | -2,100.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LFG 117 | WELLS FARGO BASE - 8459 | 350.00 | | -1,750.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LFG 248 | WELLS FARGO BASE - 8459 | 350.00 | | -1,400.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA AXA 091 | WELLS FARGO BASE - 8459 | 350.00 | | -1,050.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA LFG 566 | WELLS FARGO BASE - 8459 | 350.00 | | -700.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA PLI 140 | WELLS FARGO BASE - 8459 | 350.00 | | -350.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Burchfield,G-TRADIRA JHL 633 | WELLS FARGO BASE - 8459 | 350.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Sanders Family Trust96781-839) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LFG 081 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LBL 918 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust AXA 335 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LFG 117 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Sanders Family Trust JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Ohara,Rita Traditional IRA (6781-621A)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,304.56 | -4,304.56 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 430.42 | | -3,874.14 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 430.46 | | -3,443.68 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 430.46 | | -3,013.22 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 430.46 | | -2,582.76 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 430.46 | | -2,152.30 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 430.46 | | -1,721.84 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 430.46 | | -1,291.38 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 430.46 | | -860.92 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 430.46 | | -430.46 |
| Check | 3/11/2010 | EFT | Brian R. Cervenka | Commission | AP Ohara,Rita-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 430.46 | | 0.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Hansen, Robert (6781-253B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,890.24 | -3,890.24 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert LFG 081 | WELLS FARGO BASE - 8459 | 389.06 | | -3,501.18 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert LBL 361 | WELLS FARGO BASE - 8459 | 389.02 | | -3,112.16 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert LBL 918 | WELLS FARGO BASE - 8459 | 389.02 | | -2,723.14 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert AXA 335 | WELLS FARGO BASE - 8459 | 389.02 | | -2,334.12 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert LFG 117 | WELLS FARGO BASE - 8459 | 389.02 | | -1,945.10 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert LFG 248 | WELLS FARGO BASE - 8459 | 389.02 | | -1,556.08 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert AXA 091 | WELLS FARGO BASE - 8459 | 389.02 | | -1,167.06 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert AVL 180 | WELLS FARGO BASE - 8459 | 389.02 | | -778.04 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert PLI 140 | WELLS FARGO BASE - 8459 | 389.02 | | -389.02 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Hansen,Robert JHL 633 | WELLS FARGO BASE - 8459 | 389.02 | | 0.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Sabol, Carole A (6781-876) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |

349

10:40 AM
02/23/10
Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Sabel,Carole LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Sabel,Carole AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Sabel,Carole AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Sabel,Carole PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Sabel,Carole JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Burlan, John E. (878107938) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,789.00 | -8,789.00 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E AXA 036 | WELLS FARGO BASE - 8459 | 976.90 | | -8,792.10 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E LFG 735 | WELLS FARGO BASE - 8459 | 976.90 | | -7,815.20 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E LBL 361 | WELLS FARGO BASE - 8459 | 976.90 | | -6,838.30 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E AXA 336 | WELLS FARGO BASE - 8459 | 976.90 | | -5,861.40 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E LFG 311 | WELLS FARGO BASE - 8459 | 976.90 | | -4,884.50 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E AXA 091 | WELLS FARGO BASE - 8459 | 976.90 | | -3,907.60 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E JHL 383 | WELLS FARGO BASE - 8459 | 976.90 | | -2,930.70 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E AVL 180 | WELLS FARGO BASE - 8459 | 976.90 | | -1,953.80 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E PLI 140 | WELLS FARGO BASE - 8459 | 976.90 | | -976.90 |
| Check | 3/18/2010 | EFT | Brian R. Cervenka | Commission | AP Burlan,John E JHL 633 | WELLS FARGO BASE - 8459 | 976.90 | | 0.00 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Douglas, Carl Raymond-ROTH (6781-617A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 583.87 | -583.87 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Commission | AP Douglas,CR-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 116.79 | | -467.08 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Commission | AP Douglas,CR-ROTH JHL 383 | WELLS FARGO BASE - 8459 | 116.77 | | -350.31 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Commission | AP Douglas,CR-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 116.77 | | -233.54 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Commission | AP Douglas,CR-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 116.77 | | -116.77 |
| Check | 3/25/2010 | EFT | Brian R. Cervenka | Commission | AP Douglas,CR-ROTH JHL 633 | WELLS FARGO BASE - 8459 | 116.77 | | 0.00 |
| **Total Brian R. Cervenka** | | | | | | | **261,825.96** | **261,825.96** | **0.00** |
| **Capitol Financial Group** | | | | | | | | | |
| Check | 9/29/2009 | 1921 | Capitol Financial Group | Hill IRA (6781-179) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,246.02 | -1,246.02 |
| Check | 9/29/2009 | 1921 | Capitol Financial Group | Client: Raymond Hill | AP Hill IRA WPL 962 | WELLS FARGO BASE - 8459 | 623.01 | | -623.01 |
| Check | 9/29/2009 | 1921 | Capitol Financial Group | Total $ amount $12,460.20 | AP Hill IRA ING 036 | WELLS FARGO BASE - 8459 | 623.01 | | 0.00 |
| Check | 9/29/2009 | 1922 | Capitol Financial Group | Hill IRA (6781-179) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 124.60 | -124.60 |
| Check | 9/29/2009 | 1922 | Capitol Financial Group | Client Raymond Hill | AP Hill IRA WPL 962 | WELLS FARGO BASE - 8459 | 62.30 | | -62.30 |
| Check | 9/29/2009 | 1922 | Capitol Financial Group | Total $ amount $12,460.20 | AP Hill IRA ING 036 | WELLS FARGO BASE - 8459 | 62.30 | | 0.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Dunn IRA (6781-95) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,380.00 | -3,380.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Client: Lou Ann Dunn IRA | AP Dunn-IRA LNL 177 | WELLS FARGO BASE - 8459 | 676.00 | | -2,704.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Total $ Amount 53,800.00 | AP Dunn-IRA AGL 66L | WELLS FARGO BASE - 8459 | 676.00 | | -2,028.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Licensee: Capitol Financial Group/James Dunn (10.00%) | AP Dunn-IRA LNL 591 | WELLS FARGO BASE - 8459 | 676.00 | | -1,352.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Dunn IRA (6781-95) Commission | AP Dunn-IRA ING 283 | WELLS FARGO BASE - 8459 | 676.00 | | -676.00 |
| Check | 10/7/2009 | 2080 | Capitol Financial Group | Dunn IRA (6781-95) Commission | AP Dunn-IRA OML 446 | WELLS FARGO BASE - 8459 | 676.00 | | 0.00 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,118.51 | -1,118.51 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | Client: Lauren Otto-IRA (6781-320) | AP Otto,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 111.85 | | -1,006.66 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | Total $ Amount: 55,925.41 | AP Otto,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 111.85 | | -894.81 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | Licensee: Christina Rodgers (8.00%) | AP Otto,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 111.85 | | -782.96 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | Commission | AP Otto,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 111.85 | | -671.11 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 111.85 | | -559.26 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 111.85 | | -447.41 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 111.85 | | -335.56 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 111.85 | | -223.71 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 111.85 | | -111.85 |
| Check | 10/29/2009 | 2697 | Capitol Financial Group | | AP Otto,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 111.85 | | 0.00 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | WELLS FARGO BASE - 8459 | -SPLIT- | | 654.07 | -654.07 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | Client: Ann Hussa IRA (6781-319) | AP Hussa,A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 65.41 | | -768.66 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | Total $ amount $42,703.56 | AP Hussa,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 65.41 | | -683.25 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | Licensee: Christine Rodgers (8%) | AP Hussa,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 65.41 | | -597.84 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | Commissions | AP Hussa,A-IRA AXA 146 | WELLS FARGO BASE - 8459 | 65.41 | | -512.43 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA LNL 740 | WELLS FARGO BASE - 8459 | 65.41 | | -427.02 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 65.41 | | -341.61 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA ANI 852 | WELLS FARGO BASE - 8459 | 65.41 | | -256.20 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 65.41 | | -170.79 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 65.41 | | -85.38 |
| Check | 11/24/2009 | 3356 | Capitol Financial Group | | AP Hussa,A-IRA ING 036 | WELLS FARGO BASE - 8459 | 85.38 | | 0.00 |
| Check | 12/10/2009 | EFT | Capitol Financial Group | Lauren Annette Otto IRA (6781-320A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 472.52 | -472.52 |
| Check | 12/10/2009 | EFT | Capitol Financial Group | Commission | AP Otto,Lauren-IRA ING 201 | WELLS FARGO BASE - 8459 | 118.13 | | -354.39 |
| Check | 12/10/2009 | EFT | Capitol Financial Group | Commission | AP Otto,Lauren-IRA ANI 852 | WELLS FARGO BASE - 8459 | 118.13 | | -236.26 |
| Check | 12/10/2009 | EFT | Capitol Financial Group | Commission | AP Otto,Lauren-IRA LNL 782 | WELLS FARGO BASE - 8459 | 118.13 | | -118.13 |
| Check | 12/10/2009 | EFT | Capitol Financial Group | Commission | AP Otto,Lauren-IRA LFG 566 | WELLS FARGO BASE - 8459 | 118.13 | | 0.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Winston, Lorelei D Benef IRA (6781-651) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA LFG 006 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA PLI 080 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA GLG 089 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Winston,L Bene IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Renert, Scott Trad IRA (6781-582) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA PLI 080 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Capitol Financial Group | Commission | AP Renert,S-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |

Page 17

10:40 AM
02/23/13
Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/10/2009 | 2938 | Neil Campbell | Total $ amount $150,000 | AP Campbell D&L AGL 062 | WELLS FARGO BASE - 8459 | 6,000.00 | | -6,000.00 |
| Check | 11/10/2009 | 2938 | Neil Campbell | Licensee: Neil Campbell (12%) | AP Campbell D&L ANI 521 | WELLS FARGO BASE - 8459 | 6,000.00 | | 0.00 |
| **Total Neil Campbell** | | | | | | | 46,000.00 | 46,000.00 | 0.00 |
| **Niche Investment, LLC** | | | | | | | | | |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | Client: Lois Greil IRA (6761-474) | AP Greil,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | Total $ amount $100,000 | AP Greil,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | Licensee:Stonehurst Securities/Holly Nicholas 210 (11%) | AP Greil,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | Commissions | AP Greil,L-IRA AXA 826 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/25/2009 | 3421 | Niche Investment, LLC | | AP Greil,L-IRA JPI 183 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/3/2009 | ACH | Niche Investment, LLC | Titmus 6761-456 | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,580.00 | -2,580.00 |
| Check | 12/3/2009 | ACH | Niche Investment, LLC | Commission | AP Titmus,S LBL 771 | WELLS FARGO BASE - 8459 | 1,290.00 | | -1,290.00 |
| Check | 12/3/2009 | ACH | Niche Investment, LLC | Commission | AP Titmus,S PLI 140 | WELLS FARGO BASE - 8459 | 1,290.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-468 | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-469 | AP ECA Century PLI 680 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-469 | AP ECA Century AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-469 | AP ECA Century AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-469 | AP ECA Century LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | ECA Century Inc 6761-469 | AP ECA Century PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | AP Schillen,J PLI 680 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | AP Schillen,J AXA 597 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | AP Schillen,J AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | AP Schillen,J LBL 771 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Schillen 6761-470 | AP Schillen,J 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM LLI 899 | WELLS FARGO BASE - 8459 | 420.00 | | -3,780.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM JPI 062 | WELLS FARGO BASE - 8459 | 420.00 | | -3,360.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM LNL 26A | WELLS FARGO BASE - 8459 | 420.00 | | -2,940.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM AXA 826 | WELLS FARGO BASE - 8459 | 420.00 | | -2,520.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM LNL 782 | WELLS FARGO BASE - 8459 | 420.00 | | -2,100.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM PLI 680 | WELLS FARGO BASE - 8459 | 420.00 | | -1,680.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM JPI 183 | WELLS FARGO BASE - 8459 | 420.00 | | -1,260.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM AGL 062 | WELLS FARGO BASE - 8459 | 420.00 | | -840.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM LBL 771 | WELLS FARGO BASE - 8459 | 420.00 | | -420.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Wayne & Elaine Richards Trust (6761-434A) | AP Richards Trust EM PLI 140 | WELLS FARGO BASE - 8459 | 420.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Manuel L. Fries (6761-478) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries AXA 826 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries PLI 680 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries JPI 183 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries AGL 062 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries LBL 771 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Fries PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Garland E. & Margaret J. Olesen (6761-480) | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Olesen LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Olesen LNL 26A | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Olesen AXA 826 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Olesen PLI 680 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Olesen LBL 771 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Alfonso & Jean Tennariello (6761-486) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Tennariello PLI 680 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Tennariello AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Tennariello AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Tennariello LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Tennariello PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Leben S. Walcheff-IRA (6761-415) | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA PLI 680 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA LFG 586 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 12/3/2009 | EFT | Niche Investment, LLC | Commission | AP Walcheff,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Yo Han Kim-IRA (6761-442) | WELLS FARGO BASE - 8459 | -SPLIT- | | 510.00 | -510.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Commission | AP Kim,YoHan-IRA LLI 899 | WELLS FARGO BASE - 8459 | 170.00 | | -340.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Commission | AP Kim,YoHan-IRA LBL 771 | WELLS FARGO BASE - 8459 | 170.00 | | -170.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Commission | AP Kim,YoHan-IRA PLI 140 | WELLS FARGO BASE - 8459 | 170.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6761-451) | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Client: Bonnie M. Catania-IRA (6761-451) | AP Catania,B-IRA LLI 899 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | 1% Escrow Fee | AP Catania,B-IRA LNL 740 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6761-451) | AP Catania,B-IRA LNL 26A | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6761-451) | AP Catania,B-IRA JPI 062 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA PLI 680 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA AXA 597 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA AGL 062 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LBL 771 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Maroslawa Anna Krusinski (6781-465) | WELLS FARGO BASE - 8459 | -SPLIT- | | 418.27 | -418.27 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Commission | AP Krusinski,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 209.13 | | -209.14 |
| Check | 12/4/2009 | EFT | Niche Investment, LLC | Commission | AP Krusinski,M-IRA AXA 826 | WELLS FARGO BASE - 8459 | 209.14 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Bernstein, Ruth (6781-514) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R JPI 183 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R PLI 939 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R ANI 521 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Bernstein,R PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | D Matthews Liv Trust (6781-517) | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust LLI 899 | WELLS FARGO BASE - 8459 | 450.00 | | -4,050.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust AXA 826 | WELLS FARGO BASE - 8459 | 450.00 | | -3,600.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust SLA 338 | WELLS FARGO BASE - 8459 | 450.00 | | -3,150.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust JPI 062 | WELLS FARGO BASE - 8459 | 450.00 | | -2,700.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust AXA 346 | WELLS FARGO BASE - 8459 | 450.00 | | -2,250.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust PLI 980 | WELLS FARGO BASE - 8459 | 450.00 | | -1,800.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust JPI 272 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust AXA 729 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust JPI 183 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP D Matthews Trust PLI 140 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Holtsclaw, John J (6781-516) | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Holtsclaw,J PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Holtsclaw,J JPI 272 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Holtsclaw,J AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Holtsclaw,J JPI 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Holtsclaw,J PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Galliver,H&Klingensmith,M Trust (6781-252A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith JPI 062 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith LNL 26A | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith AXA 826 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith PLI 680 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith JPI 183 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith PLI 930 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith ANI 521 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | APGalliver&Klingensmith PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Nolan L. Cline-IRA (6781-437A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,181.23 | -1,181.23 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA AXA 804 | WELLS FARGO BASE - 8459 | 168.79 | | -1,012.44 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA LLI 899 | WELLS FARGO BASE - 8459 | 168.74 | | -843.70 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 168.74 | | -674.96 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 168.74 | | -506.22 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA PLI 930 | WELLS FARGO BASE - 8459 | 168.74 | | -337.48 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA LFG 596 | WELLS FARGO BASE - 8459 | 168.74 | | -168.74 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Cline,N-IRA LBL 771 | WELLS FARGO BASE - 8459 | 168.74 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Lynn Jean Content-IRA (6781-421) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,575.56 | -3,575.56 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 357.57 | | -3,218.31 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 357.59 | | -2,860.72 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 357.59 | | -2,503.13 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 357.59 | | -2,145.54 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 357.59 | | -1,787.95 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 357.59 | | -1,430.36 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 357.59 | | -1,072.77 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 357.59 | | -715.18 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 357.59 | | -357.59 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Content,L-IRA LFG 568 | WELLS FARGO BASE - 8459 | 357.59 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Carruth,Carolyn-IRA (6781-419)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,326.83 | -1,326.83 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 165.88 | | -1,160.95 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 165.85 | | -995.10 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 165.85 | | -829.25 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 165.85 | | -663.40 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 165.85 | | -497.55 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA LFG 568 | WELLS FARGO BASE - 8459 | 165.85 | | -331.70 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 165.85 | | -165.85 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,C-IRA ANI 521 | WELLS FARGO BASE - 8459 | 165.85 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Carruth,Leslie-IRA (6781-418A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,367.29 | -3,367.29 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 336.72 | | -3,030.57 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 336.73 | | -2,693.84 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 336.73 | | -2,357.11 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 336.73 | | -2,020.38 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 336.73 | | -1,683.65 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 336.73 | | -1,346.92 |

352

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 336.73 | | -1,010.19 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 336.73 | | -673.46 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 336.73 | | -336.73 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Carruth,L-IRA PLI 140 | WELLS FARGO BASE - 8459 | 336.73 | | 0.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Muller,Marvin-IRA (6781-423A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,980.00 | -1,980.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 198.00 | | -1,782.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 198.00 | | -1,584.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 198.00 | | -1,386.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 198.00 | | -1,188.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA LNL 762 | WELLS FARGO BASE - 8459 | 198.00 | | -990.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA AXA 597 | WELLS FARGO BASE - 8459 | 198.00 | | -792.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 198.00 | | -594.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 198.00 | | -396.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 198.00 | | -198.00 |
| Check | 12/17/2009 | EFT | Niche Investment, LLC | Commission | AP Muller,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 198.00 | | 0.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 840.00 | -840.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | Client: Ernest & Diana Bilodeau (6781-537) | AP Bilodeau,E&D LLI 899 | WELLS FARGO BASE - 8459 | 168.00 | | -672.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | Total $ Amount: 28,000.00 | AP Bilodeau,E&D AXA 826 | WELLS FARGO BASE - 8459 | 168.00 | | -504.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | Licensee: Douglas Berkey (10.00%) | AP Bilodeau,E&D SLA 338 | WELLS FARGO BASE - 8459 | 168.00 | | -336.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | Commission | AP Bilodeau,E&D LFG 272 | WELLS FARGO BASE - 8459 | 168.00 | | -168.00 |
| Check | 12/23/2009 | 3805 | Niche Investment, LLC | | AP Bilodeau,E&D AXA 729 | WELLS FARGO BASE - 8459 | 168.00 | | 0.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | Client: Eloy Burciaga (6781-547) | AP Burciaga AXA 826 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | Total $ Amount: 50,000.00 | AP Burciaga SLA 338 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | Licensee: Karl Kittlaus (10.00%) | AP Burciaga LFG 008 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | Commission | AP Burciaga AXA 346 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/23/2009 | 3819 | Niche Investment, LLC | | AP Burciaga LFG 272 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | Client: Catherine Lund (6781-549) | AP Lund,C LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | Total $ Amount: 25,000.00 | AP Lund,C SLA 338 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | Licensee: Karl Kittlaus (10.00%) | AP Lund,C LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | Commission | AP Lund,C LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/23/2009 | 3836 | Niche Investment, LLC | | AP Lund,C PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Stile,Brooke (6781-567) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,300.00 | -3,300.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B LLI 899 | WELLS FARGO BASE - 8459 | 330.00 | | -2,970.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B LFG 740 | WELLS FARGO BASE - 8459 | 330.00 | | -2,640.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B SLA 338 | WELLS FARGO BASE - 8459 | 330.00 | | -2,310.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B LFG 008 | WELLS FARGO BASE - 8459 | 330.00 | | -1,980.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B AXA 346 | WELLS FARGO BASE - 8459 | 330.00 | | -1,650.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B PLI 980 | WELLS FARGO BASE - 8459 | 330.00 | | -1,320.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B LFG 272 | WELLS FARGO BASE - 8459 | 330.00 | | -990.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B AXA 729 | WELLS FARGO BASE - 8459 | 330.00 | | -660.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B LFG 183 | WELLS FARGO BASE - 8459 | 330.00 | | -330.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Stile,B PLI 140 | WELLS FARGO BASE - 8459 | 330.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Jayne,Betsy (6781-580) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B LFG 740 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B SLA 338 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B AXA 346 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B LFG 272 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Jayne,B PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Watkins,Remedios M, (6781-581) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R LLI 899 | WELLS FARGO BASE - 8459 | 450.00 | | -4,050.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R LFG 740 | WELLS FARGO BASE - 8459 | 450.00 | | -3,600.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R SLA 338 | WELLS FARGO BASE - 8459 | 450.00 | | -3,150.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R LFG 008 | WELLS FARGO BASE - 8459 | 450.00 | | -2,700.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R AXA 346 | WELLS FARGO BASE - 8459 | 450.00 | | -2,250.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R PLI 980 | WELLS FARGO BASE - 8459 | 450.00 | | -1,800.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R LFG 272 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R AXA 729 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R LFG 183 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Watkins,R PLI 140 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Crooks,Stephen&Karen (6781-583) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S LLI 899 | WELLS FARGO BASE - 8459 | 250.00 | | -2,250.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S LFG 740 | WELLS FARGO BASE - 8459 | 250.00 | | -2,000.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S SLA 338 | WELLS FARGO BASE - 8459 | 250.00 | | -1,750.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S LFG 008 | WELLS FARGO BASE - 8459 | 250.00 | | -1,500.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S AXA 346 | WELLS FARGO BASE - 8459 | 250.00 | | -1,250.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S PLI 980 | WELLS FARGO BASE - 8459 | 250.00 | | -1,000.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S LFG 272 | WELLS FARGO BASE - 8459 | 250.00 | | -750.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S AXA 729 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S LFG 183 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 12/30/2009 | EFT | Niche Investment, LLC | Commission | AP Crooks,S PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Martin,James A. (6781-585) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Martin,J LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Martin,J AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Martin,J SLA 338 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |

10:43 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Caslas, Sandra M. (6781-615) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S SLA 338 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S MMI 025 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S LFG 782 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S LFG 163 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Caslas,S PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Williams, Carol J IRA (6781-563) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,977.39 | -2,977.39 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 297.73 | | -2,679.66 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA SLA 338 | WELLS FARGO BASE - 8459 | 297.74 | | -2,381.92 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA MMI 025 | WELLS FARGO BASE - 8459 | 297.74 | | -2,084.18 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 297.74 | | -1,786.44 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA LFG 782 | WELLS FARGO BASE - 8459 | 297.74 | | -1,488.70 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 297.74 | | -1,190.96 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 297.74 | | -893.22 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA AXA 728 | WELLS FARGO BASE - 8459 | 297.74 | | -595.48 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA LFG 163 | WELLS FARGO BASE - 8459 | 297.74 | | -297.74 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 297.74 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Mattison, Tanner L IRA (6781-656) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T IRA LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA LFG 272 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA LFG 782 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Mattison,T-IRA ANI 521 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Schaefer, Sioux H (6781-648) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S MMI 860 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S SLA 338 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S MMI 025 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S LFG 782 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S AXA 728 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S LFG 163 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Schaefer,S PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Brickert, Sandra L IRA (6781-552) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,138.22 | -2,138.22 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA LLI 899 | WELLS FARGO BASE - 8459 | 213.84 | | -1,924.38 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA SLA 338 | WELLS FARGO BASE - 8459 | 213.82 | | -1,710.56 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA LFG 008 | WELLS FARGO BASE - 8459 | 213.82 | | -1,496.74 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA MMI 025 | WELLS FARGO BASE - 8459 | 213.82 | | -1,282.92 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA PLI 980 | WELLS FARGO BASE - 8459 | 213.82 | | -1,069.10 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA LFG 782 | WELLS FARGO BASE - 8459 | 213.82 | | -855.28 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA AGL 062 | WELLS FARGO BASE - 8459 | 213.82 | | -641.46 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA LBL 771 | WELLS FARGO BASE - 8459 | 213.82 | | -427.64 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA LFG 183 | WELLS FARGO BASE - 8459 | 213.82 | | -213.82 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Brickert,S-IRA PLI 140 | WELLS FARGO BASE - 8459 | 213.82 | | 0.00 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Handeland, Nancy K IRA (6781-568) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 462.03 | -462.03 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Handeland,N-IRA PLI 980 | WELLS FARGO BASE - 8459 | 154.01 | | -308.02 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Handeland,N-IRA AXA 729 | WELLS FARGO BASE - 8459 | 154.01 | | -154.01 |
| Check | 1/7/2010 | EFT | Niche Investment, LLC | Commission | AP Handeland,N-IRA PLI 140 | WELLS FARGO BASE - 8459 | 154.01 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Hogan, Walter C IRA (6781-571) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,978.20 | -1,978.20 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA PLI 930 | WELLS FARGO BASE - 8459 | 219.80 | | -1,758.40 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA SLA 338 | WELLS FARGO BASE - 8459 | 219.80 | | -1,538.60 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA LFG 008 | WELLS FARGO BASE - 8459 | 219.80 | | -1,318.80 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA LFG 782 | WELLS FARGO BASE - 8459 | 219.80 | | -1,099.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA MMI 025 | WELLS FARGO BASE - 8459 | 219.80 | | -879.20 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA PLI 880 | WELLS FARGO BASE - 8459 | 219.80 | | -659.40 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA AXA 728 | WELLS FARGO BASE - 8459 | 219.80 | | -439.60 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA LFG 163 | WELLS FARGO BASE - 8459 | 219.80 | | -219.80 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Hogan,W-IRA PLI 140 | WELLS FARGO BASE - 8459 | 219.80 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Husted, Deanrie (6781-615) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,400.00 | -5,400.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D LLI 899 | WELLS FARGO BASE - 8459 | 540.00 | | -4,860.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D SLA 338 | WELLS FARGO BASE - 8459 | 540.00 | | -4,320.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D LFG 008 | WELLS FARGO BASE - 8459 | 540.00 | | -3,780.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D MMI 025 | WELLS FARGO BASE - 8459 | 540.00 | | -3,240.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D PLI 980 | WELLS FARGO BASE - 8459 | 540.00 | | -2,700.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D AXA 729 | WELLS FARGO BASE - 8459 | 540.00 | | -2,160.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D LFG 782 | WELLS FARGO BASE - 8459 | 540.00 | | -1,620.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D ING 15J | WELLS FARGO BASE - 8459 | 540.00 | | -1,080.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D LFG 163 | WELLS FARGO BASE - 8459 | 540.00 | | -540.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Husted,D PLI 140 | WELLS FARGO BASE - 8459 | 540.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Marr, Nils K (6781-635) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |

10:40 AM
02/23/13
Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Marr,N SLA 338 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Marr,N LFG 782 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Marr,N PLI 140 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Evans, Sidney E (6781-646) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Evans,S MMI 025 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Evans,S PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Evans,S ING 15J | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Evans,S LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Evans,S PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Fothergill,Reed M IRA (6781-523) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 450.00 | -450.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Fothergill,R-IRA AXA 826 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Fothergill,R-IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Fothergill,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Beeson,Jeffrey K-IRA (6781-670) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,470.00 | -1,470.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 147.00 | | -1,323.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA SLA 338 | WELLS FARGO BASE - 8459 | 147.00 | | -1,176.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 147.00 | | -1,029.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 147.00 | | -882.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 147.00 | | -735.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA LFG 568 | WELLS FARGO BASE - 8459 | 147.00 | | -588.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 147.00 | | -441.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 147.00 | | -294.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 147.00 | | -147.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Beeson,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 147.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | RLCorp401K FBO Renata Lee (6781-664)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee LFG 008 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee MMI 025 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee AXA 729 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee LFG 782 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee ING 15J | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP RLCorp401k Lee PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Novak,Linda S.-IRA (6781-610) Commission | WELLS FARGO BASE - 8459 | AP Novak,L-IRA PLI 980 | | 150.00 | -150.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Novak,L-IRA PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Miller,Erin R.-IRA (6781-679) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Miller,E-IRA AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Miller,E-IRA LFG 782 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Miller,E-IRA ING 15J | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Miller,E-IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Commission | AP Miller,E-IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Niche Investment, LLC | Dowson, Douglas A IRA (6781-522) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,387.12 | -1,387.12 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 138.73 | | -1,248.39 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA LFG 008 | WELLS FARGO BASE - 8459 | 138.71 | | -1,109.68 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA LFG 008 | WELLS FARGO BASE - 8459 | 138.71 | | -970.97 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA AXA 826 | WELLS FARGO BASE - 8459 | 138.71 | | -832.26 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA LFG 782 | WELLS FARGO BASE - 8459 | 138.71 | | -693.55 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA PLI 980 | WELLS FARGO BASE - 8459 | 138.71 | | -554.84 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 138.71 | | -416.13 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA PLI 930 | WELLS FARGO BASE - 8459 | 138.71 | | -277.42 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA ANI 521 | WELLS FARGO BASE - 8459 | 138.71 | | -138.71 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Dowson,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 138.71 | | 0.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Matson, Kathy A Roth IRA (6781-526) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 359.74 | -359.74 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Matson,K-Roth IRA LFG 183 | WELLS FARGO BASE - 8459 | 179.87 | | -179.87 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Matson,K-Roth IRA ANI 521 | WELLS FARGO BASE - 8459 | 179.87 | | 0.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Wicker, Scott & Donna (6781-658) Commission | WELLS FARGO BASE - 8459 | AP Wicker,S&D PLI 140 | | 420.00 | -420.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Wicker,S&D PLI 140 | WELLS FARGO BASE - 8459 | 420.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Carr Family Trust (6781-657) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust LLI 899 | WELLS FARGO BASE - 8459 | 420.00 | | -3,780.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust SLA 338 | WELLS FARGO BASE - 8459 | 420.00 | | -3,360.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust LFG 008 | WELLS FARGO BASE - 8459 | 420.00 | | -2,940.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust MMI 025 | WELLS FARGO BASE - 8459 | 420.00 | | -2,520.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust PLI 980 | WELLS FARGO BASE - 8459 | 420.00 | | -2,100.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust AXA 729 | WELLS FARGO BASE - 8459 | 420.00 | | -1,680.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust LFG 782 | WELLS FARGO BASE - 8459 | 420.00 | | -1,260.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust ING 15J | WELLS FARGO BASE - 8459 | 420.00 | | -840.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust LFG 183 | WELLS FARGO BASE - 8459 | 420.00 | | -420.00 |
| Check | 1/21/2010 | EFT | Niche Investment, LLC | Commission | AP Carr Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 420.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Duszynski,Donald W. Traditional IRA (6781-626) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,D-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,D-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Bushman, Orville Dean (6781-675)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O SLA 338 | WELLS FARGO BASE - 8459 | 321.42 | | -1,928.58 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O ANI 065 | WELLS FARGO BASE - 8459 | 321.43 | | -1,607.15 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O AXA 894 | WELLS FARGO BASE - 8459 | 321.43 | | -1,285.72 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O MMI 025 | WELLS FARGO BASE - 8459 | 321.43 | | -964.29 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O ING 15J | WELLS FARGO BASE - 8459 | 321.43 | | -642.86 |
| Check | 1/28/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, O LFG 183 | WELLS FARGO BASE - 8459 | 321.43 | | -321.43 |

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Bushman, D PLI 140 | WELLS FARGO BASE - 8459 | 321.43 | | 0.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Druge, Celeste L. (6781-691) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Druge,C LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Druge,C PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Crappell, Jane H. Trad IRA (6781-647A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,J-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,J-TRAD IRA PLI 930 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/26/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Duszynski,Donald W. (6781-626A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,DW AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,DW PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,DW AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,DW LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Duszynski,DW PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Thornton, Ashlee L. (6781-694) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A LFG 008 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A AXA 994 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A LFG 782 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A AGL 76L | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Thornton,A PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Sullivan, Florence Deanne (6781-705) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,350.00 | -1,350.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Sullivan,F LLI 899 | WELLS FARGO BASE - 8459 | 270.00 | | -1,080.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Sullivan,F PLI 980 | WELLS FARGO BASE - 8459 | 270.00 | | -810.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Sullivan,F AXA 091 | WELLS FARGO BASE - 8459 | 270.00 | | -540.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Sullivan,F LFG 183 | WELLS FARGO BASE - 8459 | 270.00 | | -270.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Sullivan,F PLI 140 | WELLS FARGO BASE - 8459 | 270.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Blanchard, Ronald (6781-721) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,050.00 | -1,050.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R AXA 994 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R GLG 089 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R AGL 76L | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Blanchard, R LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Crappell, Lawrence J Trad IRA (6781-647) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,L-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,L-TRAD IRA AXA 146 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,L-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,L-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crappell,L-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Gaither, Barbara J (678-591A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,B 980 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,B AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,B LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,B PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,B AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Ronald Campbell (6781-734) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,750.00 | -3,750.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron LLI 899 | WELLS FARGO BASE - 8459 | 375.00 | | -3,375.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron LFG 248 | WELLS FARGO BASE - 8459 | 375.00 | | -3,000.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron AXA 994 | WELLS FARGO BASE - 8459 | 375.00 | | -2,625.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron AGL 76L | WELLS FARGO BASE - 8459 | 375.00 | | -2,250.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron PLI 980 | WELLS FARGO BASE - 8459 | 375.00 | | -1,875.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron GLG 089 | WELLS FARGO BASE - 8459 | 375.00 | | -1,500.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron AXA 091 | WELLS FARGO BASE - 8459 | 375.00 | | -1,125.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron LFG 183 | WELLS FARGO BASE - 8459 | 375.00 | | -750.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron PLI 140 | WELLS FARGO BASE - 8459 | 375.00 | | -375.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Campbell,Ron AGL 130 | WELLS FARGO BASE - 8459 | 375.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Monaghan, John Trad IRA (6781-714) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 743.44 | -743.44 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Monaghan,J-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 148.68 | | -594.76 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Monaghan,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 148.69 | | -446.07 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Monaghan,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.69 | | -297.38 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Monaghan,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 148.69 | | -148.69 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Monaghan,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.69 | | 0.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Hodges, Ross C Jr -IRA (6781-680) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hodges, R-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 225.00 | | -675.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hodges, R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 225.00 | | -450.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hodges, R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 225.00 | | -225.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hodges, R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 225.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Walker, Brian Trad IRA (6781-687) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,400.00 | -1,400.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |

356

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/11/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Zelinski,Donna Marie-Traditional IRA (6781-570) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 660.00 | -660.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Zelinski,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 330.00 | | -330.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Zelinski,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 330.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Waechter, Sandra K. Traditional IRA (6781-742) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Waechter,S-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Waechter,S-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Waechter,S-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Waechter,S-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Waechter,S-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Olson,Leslie & Katharina (6781-743) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Olson,L&K LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Olson,L&K LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Olson,L&K GFG 089 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Olson,L&K PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Olson,L&K AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Marjorie L. Limbaugh (6781-746) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M AXA 994 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M AGL 76L | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M GLG 089 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Limbaugh,M AGL 130 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Barbara J. Gaither Roth IRA (6781-591) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,120.40 | -1,120.40 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA AGL 76L | WELLS FARGO BASE - 8459 | 160.04 | | -960.36 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA AGL 06L | WELLS FARGO BASE - 8459 | 160.06 | | -800.30 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA GFG 089 | WELLS FARGO BASE - 8459 | 160.06 | | -640.24 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 160.06 | | -480.18 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 160.06 | | -320.12 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 160.06 | | -160.06 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Gaither,BJ-ROTH IRA AGL 130 | WELLS FARGO BASE - 8459 | 160.06 | | 0.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Rosario Matamoros (6781-784) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LLI 899 | WELLS FARGO BASE - 8459 | 450.00 | | -4,050.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R ANI 521 | WELLS FARGO BASE - 8459 | 450.00 | | -3,600.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LBL 361 | WELLS FARGO BASE - 8459 | 450.00 | | -3,150.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LFG 117 | WELLS FARGO BASE - 8459 | 450.00 | | -2,700.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LFG 248 | WELLS FARGO BASE - 8459 | 450.00 | | -2,250.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R AXA 994 | WELLS FARGO BASE - 8459 | 450.00 | | -1,800.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R AXA 091 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LFG 183 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R PLI 140 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 2/18/2010 | EFT | Niche Investment, LLC | Commission | AP Matamoros,R LBL 777 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Carter Trust (6781-770) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 450.00 | -450.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Carter Trust LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Carter Trust PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Carter Trust AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Julius Harry & Lola M. Severson (6781-773) Commission | WELLS FARGO BASE - 8459 | AP Harry&Severson AGL 130 | | 1,500.00 | -1,500.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Harry&Severson AGL 130 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Jeffrey T. Christopher (6781-780) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LFG 081 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LFG 117 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J AXA 994 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Christopher,J AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Clement I. Ng Roth IRA (6781-670) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,400.00 | -1,400.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA LFG 117 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Ng,Clement-ROTH IRA AGL 130 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Patrice H. Blackman (6781-796) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 450.00 | -450.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Blackman,P AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Blackman,P LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Blackman,P PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Gilbert,Agnes M (6781-777) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,950.00 | -1,950.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Gilbert,AM LBL 361 | WELLS FARGO BASE - 8459 | 243.75 | | -1,706.25 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Gilbert,AM LBL 918 | WELLS FARGO BASE - 8459 | 243.75 | | -1,462.50 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Gilbert,AM AXA 335 | WELLS FARGO BASE - 8459 | 243.75 | | -1,218.75 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Gilbert,AM LFG 117 | WELLS FARGO BASE - 8459 | 243.75 | | -975.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Glibert,AM LFG 248 | WELLS FARGO BASE - 8459 | 243.75 | | -731.25 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Glibert,AM AXA 091 | WELLS FARGO BASE - 8459 | 243.75 | | -487.50 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Glibert,AM LFG 183 | WELLS FARGO BASE - 8459 | 243.75 | | -243.75 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP Glibert,AM PLI 140 | WELLS FARGO BASE - 8459 | 243.75 | | 0.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | McClendon,Mark Alan-Traditional IRA (5781-737) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,390.00 | -3,390.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 339.00 | | -3,051.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD LFG 081 | WELLS FARGO BASE - 8459 | 339.00 | | -2,712.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 339.00 | | -2,373.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD LFG 117 | WELLS FARGO BASE - 8459 | 339.00 | | -2,034.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD LFG 248 | WELLS FARGO BASE - 8459 | 339.00 | | -1,695.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD AXA 994 | WELLS FARGO BASE - 8459 | 339.00 | | -1,356.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 339.00 | | -1,017.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD LFG 183 | WELLS FARGO BASE - 8459 | 339.00 | | -678.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 339.00 | | -339.00 |
| Check | 2/25/2010 | EFT | Niche Investment, LLC | Commission | AP McClendon,M-TRAD AGL 130 | WELLS FARGO BASE - 8459 | 339.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Anthony Cerroni (5781-616) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,360.00 | -3,360.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A LFG 081 | WELLS FARGO BASE - 8459 | 373.36 | | -2,986.64 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A LBL 361 | WELLS FARGO BASE - 8459 | 373.33 | | -2,613.31 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A AXA 335 | WELLS FARGO BASE - 8459 | 373.33 | | -2,239.98 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A LFG 117 | WELLS FARGO BASE - 8459 | 373.33 | | -1,866.65 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A LFG 248 | WELLS FARGO BASE - 8459 | 373.33 | | -1,493.32 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A AXA 091 | WELLS FARGO BASE - 8459 | 373.33 | | -1,119.99 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A LFG 183 | WELLS FARGO BASE - 8459 | 373.33 | | -746.66 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A PLI 140 | WELLS FARGO BASE - 8459 | 373.33 | | -373.33 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Cerroni,A AGL 130 | WELLS FARGO BASE - 8459 | 373.33 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Crooks,Stephen & Karen (6781-583A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K AXA 994 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LFG 081 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LFG 117 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LFG 248 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Crooks,S&K AGL 130 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Theresa Fischer (5781-824) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,100.00 | -2,100.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LLI 899 | WELLS FARGO BASE - 8459 | 210.00 | | -1,890.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T AXA 335 | WELLS FARGO BASE - 8459 | 210.00 | | -1,680.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LFG 081 | WELLS FARGO BASE - 8459 | 210.00 | | -1,470.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LBL 361 | WELLS FARGO BASE - 8459 | 210.00 | | -1,260.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LFG 117 | WELLS FARGO BASE - 8459 | 210.00 | | -1,050.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LFG 248 | WELLS FARGO BASE - 8459 | 210.00 | | -840.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T AXA 091 | WELLS FARGO BASE - 8459 | 210.00 | | -630.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T LFG 183 | WELLS FARGO BASE - 8459 | 210.00 | | -420.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T PLI 140 | WELLS FARGO BASE - 8459 | 210.00 | | -210.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Fischer,T AGL 130 | WELLS FARGO BASE - 8459 | 210.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Lunsford & Johnnie Adams Trust (6781-803) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LFG 081 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LBL 361 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LFG 117 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Adams Trust AGL 130 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Keith O. Hill Trad IRA (6781-600) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,604.95 | -1,604.95 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 160.54 | | -1,444.41 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 160.48 | | -1,283.92 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 160.48 | | -1,123.43 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 160.49 | | -962.94 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 160.49 | | -802.45 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 160.49 | | -641.96 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 160.49 | | -481.47 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 160.49 | | -320.98 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 160.49 | | -160.49 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Hill,Keith-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 160.49 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Nancy M. Malia Trad IRA (6781-754) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,702.34 | -2,702.34 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 270.27 | | -2,432.07 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 270.23 | | -2,161.84 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 270.23 | | -1,891.61 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 270.23 | | -1,621.38 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 270.23 | | -1,351.15 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 270.23 | | -1,080.92 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 270.23 | | -810.69 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 270.23 | | -540.46 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 270.23 | | -270.23 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Malia,Nancy TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 270.23 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Nixon, Carlyle Traditional IRA (6781-547) Commission | WELLS FARGO BASE - 8459 | AP Nixon,C-TRAD IRA LFG 081 | | 865.55 | -865.55 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Nixon,C-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 665.55 | | 0.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Linda M. Woychik Trad IRA (6781-835) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Niche Investment, LLC | Commission | AP Woychik,L TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Mangeshi Family Ltd Partnership (6781-852) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Mangeshi Fam Trust LFG 248 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Mangeshi Fam Trust AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Mangeshi Fam Trust LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Mangeshi Fam Trust PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Mangeshi Fam Trust AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Heaton, BJ & Joy (6781-874) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LFG 081 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LBL 381 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy LFG 556 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Heaton,BJ&Joy JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Hole,Mary Rosary-Traditional IRA (6781-740) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LBL 381 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA LFG 556 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hole,MR-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Terrance & Evelyn Hotten Trust (6781-940) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hotten Trust LFG 081 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hotten Trust LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hotten Trust LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hotten Trust PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Hotten Trust JHL 633 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Folden, Larry L. Trad IRA (6781-934) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,200.00 | -3,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/11/2010 | EFT | Niche Investment, LLC | Commission | AP Folden,L-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Dutcher, James C (6781-900) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dutcher,James LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dutcher,James AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dutcher,James AVL 180 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dutcher,James PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dutcher,James JHL 633 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Walker, Barbara J. & Billy J. (5781-882) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B&B AXA 091 | WELLS FARGO BASE - 8459 | 187.50 | | -562.50 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B&B AVL 180 | WELLS FARGO BASE - 8459 | 187.50 | | -375.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B&B PLI 140 | WELLS FARGO BASE - 8459 | 187.50 | | -187.50 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Walker,B&B JHL 633 | WELLS FARGO BASE - 8459 | 187.50 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Anderson, Betty R (5781-901) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Anderson,Betty LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Anderson,Betty AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Anderson,Betty AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Anderson,Betty PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Anderson,Betty JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Fetty,David L. (6781-905) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Fetty,David LBL 381 | WELLS FARGO BASE - 8459 | 180.00 | | -720.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Fetty,David LFG 117 | WELLS FARGO BASE - 8459 | 180.00 | | -540.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Fetty,David AXA 091 | WELLS FARGO BASE - 8459 | 180.00 | | -360.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Fetty,David PLI 140 | WELLS FARGO BASE - 8459 | 180.00 | | -180.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Fetty,David JHL 633 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Johnson,Dennis & Betty (6781-906) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Johnson,D&B AVL 180 | WELLS FARGO BASE - 8459 | 750.00 | | -1,500.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Johnson,D&B PLI 140 | WELLS FARGO BASE - 8459 | 750.00 | | -750.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Johnson,D&B JHL 633 | WELLS FARGO BASE - 8459 | 750.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Nemeth, Milana Roth IRA (6781-861) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 821.94 | -821.94 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Nemeth,M-ROTH IRA LFG 311 | WELLS FARGO BASE - 8459 | 164.38 | | -657.56 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Nemeth,M-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 164.39 | | -493.17 |

10:40 AM
02/23/13
Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Nemeth,M-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 164.39 | | -328.78 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Nemeth,M-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 164.39 | | -164.39 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Nemeth,M-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 164.39 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Martinez, Gildardo SEP IRA (6781-575) Commission | WELLS FARGO BASE - 8459 | AP Martinez,G-SEP IRA LLI 899 | | 934.74 | -934.74 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Martinez,G-SEP IRA LLI 899 | WELLS FARGO BASE - 8459 | 934.74 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Dewley, Claudia Trad IRA (6781-778) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dewley,C-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Dellarova,Daniel V. -Traditional IRA (6781-843) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,870.00 | -3,870.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA LBL 916 | WELLS FARGO BASE - 8459 | 430.00 | | -3,440.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 430.00 | | -3,010.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 430.00 | | -2,580.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 430.00 | | -2,150.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 430.00 | | -1,720.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 430.00 | | -1,290.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 430.00 | | -860.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 430.00 | | -430.00 |
| Check | 3/18/2010 | EFT | Niche Investment, LLC | Commission | AP Dellarova,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 430.00 | | 0.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,055.00 | -2,055.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | Client: John B. Walker-Traditional IRA (6781-043) | AP Walker,JB-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 411.00 | | -1,644.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | Total $ Amount: 68,500.00 | AP Walker,JB-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 411.00 | | -1,233.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | Licensee: Doug Berkey | AP Walker,JB-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 411.00 | | -822.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | Commission | AP Walker,JB-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 411.00 | | -411.00 |
| Check | 3/18/2010 | 4878 | Niche Investment, LLC | | AP Walker,JB-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 411.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Wilkshire,Arlene-Traditional IRA (6781-883A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Wilkshire,A-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Wilkshire,A-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Wilkshire,A-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Wilkshire,A-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Wilkshire,A-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Prickett,Robert Traditional IRA(6781-873) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Prickett,R-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | McDavid,Frederick & Elizabeth (6781-968) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP McDavid,F&E LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP McDavid,F&E LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP McDavid,F&E AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP McDavid,F&E PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP McDavid,F&E JHL 533 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Jones, Minga Trad IRA (6781-930) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,681.25 | -2,681.25 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 268.08 | | -2,413.17 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 268.13 | | -2,145.04 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 268.13 | | -1,876.91 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 268.13 | | -1,608.78 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 268.13 | | -1,340.65 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 268.13 | | -1,072.52 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 268.13 | | -804.39 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 268.13 | | -536.26 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 268.13 | | -268.13 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Jones,Minga-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 268.13 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Khan, Tara Trad IRA (6781-870) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,993.25 | -2,993.25 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 299.28 | | -2,693.97 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 299.33 | | -2,394.64 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 299.33 | | -2,095.31 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 299.33 | | -1,795.98 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 299.33 | | -1,496.65 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 299.33 | | -1,197.32 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 299.33 | | -897.99 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 299.33 | | -598.66 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 299.33 | | -299.33 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Khan,Tara-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 299.33 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Kufferath, Bruce B. Trad IRA (6781-983) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,250.00 | -8,250.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 825.00 | | -7,425.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 825.00 | | -6,600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 825.00 | | -5,775.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 825.00 | | -4,950.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 825.00 | | -4,125.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 825.00 | | -3,300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 825.00 | | -2,475.00 |

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 825.00 | | -1,650.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 825.00 | | -825.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kufferath,B-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 825.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Williams, Mary Lou Trad IRA (6781-907) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Williams ML-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Williams,ML-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Williams ML-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Williams ML-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Williams ML-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Woodard, John Victor Trad IRA (6781-838) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Woodard,JV-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Lanier, David C. Trad IRA (6781-884) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Lanier,DC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Davis, Michael Clay Trad IRA (6781-857) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,240.50 | -3,240.50 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 324.05 | | -2,916.45 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 324.05 | | -2,592.40 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA AXA 825CD | WELLS FARGO BASE - 8459 | 324.05 | | -2,268.35 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 324.05 | | -1,944.30 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 324.05 | | -1,620.25 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 324.05 | | -1,296.20 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 324.05 | | -972.15 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 324.05 | | -648.10 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 324.05 | | -324.05 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Davis,MC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 324.05 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Kisling, Jr, James Boyd Trad IRA (6781-905) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 966.19 | -966.19 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 161.04 | | -805.15 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 161.03 | | -644.12 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 161.03 | | -483.09 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 161.03 | | -322.06 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 161.03 | | -161.03 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Kisling,JB-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 161.03 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Turner,Terry Glynn-Traditional IRA (6781-782) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 746.25 | -746.25 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Turner,GT-ROTH IRA AXA 335 | WELLS FARGO BASE - 8459 | 149.25 | | -597.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Turner,GT-ROTH IRA LFG 311 | WELLS FARGO BASE - 8459 | 149.25 | | -447.75 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Turner,GT-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 149.25 | | -298.50 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Turner,GT-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 149.25 | | -149.25 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Turner,GT-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 149.25 | | 0.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Schneider, John Trad IRA (6781-955) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,050.00 | -1,050.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/25/2010 | EFT | Niche Investment, LLC | Commission | AP Schneider,JR-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| **Total Niche Investment, LLC** | | | | | | | **223,526.00** | **223,526.00** | **0.00** |
| **Old Money, Inc.** | | | | | | | | | |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | Client: Lindsey Kathryn Hicks (6781-879) | AP Hicks,Lindsey K LFG 735 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | Total $ amount $100,000 | AP Hicks,Lindsey K LBL 918 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | Licensee:Old Money Inc/Ed Hicks (10%) | AP Hicks,Lindsey K LBL 361 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | Commissions | AP Hicks,Lindsey K AXA 335 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K LFG 117 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K LFG 311 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K AVL 180 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 3/18/2010 | 4812 | Old Money, Inc. | | AP Hicks,Lindsey K JHL 633 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | Client: UTMA Acct FBO Courtney Amanda Hicks (6781-879A) | AP UTMA Courtny Hicks LFG 735 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | Total $ amount $100,000 | AP UTMA Courtny Hicks LBL 918 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | Licensee: Old Money Inc/Ed Hicks (10%) | AP UTMA Courtny Hicks LBL361 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | Commissions | AP UTMA Courtny Hicks AXA 335 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | | AP UTMA Courtny Hicks LFG 117 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | | AP UTMA Courtny Hicks LFG 311 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 3/18/2010 | 4816 | Old Money, Inc. | | AP UTMA Courtny Hicks AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Solito,D&R JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | White Family Trust (6781-976) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 18,237.00 | -18,237.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust LFG 311 | WELLS FARGO BASE - 8459 | 3,039.50 | | -15,197.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust AXA 091 | WELLS FARGO BASE - 8459 | 3,039.50 | | -12,158.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust JHL 383 | WELLS FARGO BASE - 8459 | 3,039.50 | | -9,118.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust AVL 180 | WELLS FARGO BASE - 8459 | 3,039.50 | | -6,079.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 3,039.50 | | -3,039.50 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP White Family Trust JHL 633 | WELLS FARGO BASE - 8459 | 3,039.50 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Voneiff, James F. Trad IRA (6781-908) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,617.08 | -1,617.08 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 161.69 | | -1,455.39 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD LFG 735 | WELLS FARGO BASE - 8459 | 161.71 | | -1,293.68 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 161.71 | | -1,131.97 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD AXA 335 | WELLS FARGO BASE - 8459 | 161.71 | | -970.26 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD LFG 311 | WELLS FARGO BASE - 8459 | 161.71 | | -808.55 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 161.71 | | -646.84 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD JHL 383 | WELLS FARGO BASE - 8459 | 161.71 | | -485.13 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD AVL 180 | WELLS FARGO BASE - 8459 | 161.71 | | -323.42 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 161.71 | | -161.71 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Voneiff,J-TRAD JHL 633 | WELLS FARGO BASE - 8459 | 161.71 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Kiburz, Mark Trad IRA (6781-924) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 597.21 | -597.21 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 99.51 | | -497.70 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.54 | | -398.16 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 99.54 | | -298.62 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 99.54 | | -199.08 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.54 | | -99.54 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.54 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Drennan, Jerry L. Simple IRA (6781-928) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Drennan,J-SIMPLE IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Drennan,J-SIMPLE IRA JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Drennan, Billy Simple IRA (6781-929) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Drennan,B-SIMPLE IRA PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Drennan,B-SIMPLE IRA JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Larson, Paul (6781-852) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,697.39 | -11,697.39 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul LFG 735 | WELLS FARGO BASE - 8459 | 1,169.73 | | -10,527.66 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul LBL 916 | WELLS FARGO BASE - 8459 | 1,169.74 | | -9,357.92 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul LBL 361 | WELLS FARGO BASE - 8459 | 1,169.74 | | -8,188.18 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 1,169.74 | | -7,018.44 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 1,169.74 | | -5,848.70 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 1,169.74 | | -4,678.96 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 1,169.74 | | -3,509.22 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul AVL 180 | WELLS FARGO BASE - 8459 | 1,169.74 | | -2,339.48 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 1,169.74 | | -1,169.74 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 1,169.74 | | 0.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Muse, George W.-Traditional IRA (6781-624A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,480.00 | -1,480.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 148.00 | | -1,332.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 148.00 | | -1,184.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 148.00 | | -1,036.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 148.00 | | -888.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 148.00 | | -740.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.00 | | -592.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 148.00 | | -444.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 148.00 | | -296.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.00 | | -148.00 |
| Check | 3/25/2010 | EFT | Secured Financial Strategies, LLC | Commission | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 148.00 | | 0.00 |
| **Total Secured Financial Strategies, LLC** | | | | | | | 300,782.47 | 300,782.47 | 0.00 |
| **Senior Texan Estate Planning Services LLC** | | | | | | | | | |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 55,000.00 | -55,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Client:Luzem LLC (6781-339) | AP Luzem LLC HLI 814 | WELLS FARGO BASE - 8459 | 5,500.00 | | -49,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Total $ amount $500,000 | AP Luzem LLC LNL 791 | WELLS FARGO BASE - 8459 | 5,500.00 | | -44,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Licensee: William Evans (1%) | AP Luzem LLC AXA 804 | WELLS FARGO BASE - 8459 | 5,500.00 | | -38,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | Commission | AP Luzem LLC AXA 148 | WELLS FARGO BASE - 8459 | 5,500.00 | | -33,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LNL 740 | WELLS FARGO BASE - 8459 | 5,500.00 | | -27,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ING 201 | WELLS FARGO BASE - 8459 | 5,500.00 | | -22,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ANI 852 | WELLS FARGO BASE - 8459 | 5,500.00 | | -16,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LNL 762 | WELLS FARGO BASE - 8459 | 5,500.00 | | -11,000.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC LFG 566 | WELLS FARGO BASE - 8459 | 5,500.00 | | -5,500.00 |
| Check | 10/22/2009 | 2445 | Senior Texan Estate Planning Services LLC | | AP Luzem LLC ING 036 | WELLS FARGO BASE - 8459 | 5,500.00 | | 0.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Client: Alton W. Schmidt (6781-314) | AP Schmidt ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Total $ amount $30,000 | AP Schmidt LNL 762 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/23/2009 | 2491 | Senior Texan Estate Planning Services LLC | Licensee: Emil Laskowski, Jr. (1%) | AP Schmidt LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Client: Timothy E. Kolenda-IRA (6781-333) | AP Kolenda,T-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Total $ amount $25,000 | AP Kolenda,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Licensee: David Rice (8%) | AP Kolenda,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | Commissions | AP Kolenda,T-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/29/2009 | 2680 | Senior Texan Estate Planning Services LLC | | AP Kolenda,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,118.51 | -1,118.51 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | Client: Lauren Otto-IRA (5781-320) | AP Otto,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 111.85 | | -1,006.66 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | Total $ Amount: 55,925.41 | AP Otto,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 111.85 | | -894.81 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | Licensee: Christina Rodgers (8.00%) | AP Otto,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 111.85 | | -782.96 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | Commission | AP Otto,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 111.85 | | -671.11 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 111.85 | | -559.26 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 111.85 | | -447.41 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 111.85 | | -335.55 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 111.85 | | -223.71 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 111.85 | | -111.85 |
| Check | 10/29/2009 | 2699 | Senior Texan Estate Planning Services LLC | | AP Otto,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 111.86 | | 0.00 |
| Check | 11/13/2009 | 3098 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 361.48 | -361.48 |
| Check | 11/13/2009 | 3098 | Senior Texan Estate Planning Services LLC | Client: Scott R. Fesler-IRA (5781-360) | AP Fesler,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 180.74 | | -180.74 |
| Check | 11/13/2009 | 3098 | Senior Texan Estate Planning Services LLC | Total $ Amount: 18,074.00 | AP Fesler,S-IRA AXA 146 | WELLS FARGO BASE - 8459 | 180.74 | | 0.00 |
| Check | 11/13/2009 | 3122 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/13/2009 | 3122 | Senior Texan Estate Planning Services LLC | Client: Jamie & Lawrence Leimer (5781-397) | AP Leimer,J&L LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/13/2009 | 3122 | Senior Texan Estate Planning Services LLC | Total $ amount $30000 | AP Leimer,J&L ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/13/2009 | 3122 | Senior Texan Estate Planning Services LLC | Licensee: Don Forrest Wissner (10%) | AP Leimer,J&L LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 11/13/2009 | 3136 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 240.00 | -240.00 |
| Check | 11/13/2009 | 3136 | Senior Texan Estate Planning Services LLC | Client: Cornelia Louise Agent (5781-400) | AP Agent,C LFG 566 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 11/13/2009 | 3136 | Senior Texan Estate Planning Services LLC | Total $ amount $12,000 | AP Agent,C AGL 062 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,409.85 | -4,409.85 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | Client: Cornelia Louise Agent (5781-400A) | AP Agent,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 440.94 | | -3,968.91 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | Total $ amount $220,492.60 | AP Agent,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 440.99 | | -3,527.92 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | Licensee: Don Forrest Wissner (10%) | AP Agent,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 440.99 | | -3,086.93 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | Commissions | AP Agent,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 440.99 | | -2,645.94 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 440.99 | | -2,204.95 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 440.99 | | -1,763.96 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 440.99 | | -1,322.97 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 440.99 | | -881.98 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 440.99 | | -440.99 |
| Check | 11/20/2009 | 3297 | Senior Texan Estate Planning Services LLC | | AP Agent,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 440.99 | | 0.00 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 854.07 | -854.07 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | Client: Ann Hussa IRA (5781-319) | AP Hussa,A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 85.41 | | -768.66 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | Total $ amount $42,703.56 | AP Hussa,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 85.41 | | -683.25 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | Licensee: Christina Rodgers (8%) | AP Hussa,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 85.41 | | -597.84 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | Commissions | AP Hussa,A-IRA AXA 146 | WELLS FARGO BASE - 8459 | 85.41 | | -512.43 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA LNL 740 | WELLS FARGO BASE - 8459 | 85.41 | | -427.02 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 85.41 | | -341.61 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA ANI 852 | WELLS FARGO BASE - 8459 | 85.41 | | -256.20 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 85.41 | | -170.79 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 85.41 | | -85.38 |
| Check | 11/24/2009 | 3358 | Senior Texan Estate Planning Services LLC | | AP Hussa,A-IRA ING 036 | WELLS FARGO BASE - 8459 | 85.38 | | 0.00 |
| Check | 11/25/2009 | 3401 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/25/2009 | 3401 | Senior Texan Estate Planning Services LLC | Client: Wade & Dorothy Bailey (5781-453) | AP Bailey,W&D JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/25/2009 | 3401 | Senior Texan Estate Planning Services LLC | Total $ amount $30,000 | AP Bailey,W&D LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/25/2009 | 3401 | Senior Texan Estate Planning Services LLC | Licensee: Don Forrest Wissner (10%) | AP Bailey,W&D PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | 3557 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,300.00 | -3,300.00 |
| Check | 12/3/2009 | 3557 | Senior Texan Estate Planning Services LLC | Client: Virginia Neighbors (5781-479) | AP Neighbors JPI 183 | WELLS FARGO BASE - 8459 | 1,100.00 | | -2,200.00 |
| Check | 12/3/2009 | 3557 | Senior Texan Estate Planning Services LLC | Total $ Amount: 30,000.00 | AP Neighbors LBL 771 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 12/3/2009 | 3557 | Senior Texan Estate Planning Services LLC | Licensee: William E. Evans (11.00%) | AP Neighbors PLI 140 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| Check | 12/3/2009 | 3571 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/3/2009 | 3571 | Senior Texan Estate Planning Services LLC | Client: Luella Shaw (5781-462) | AP Shaw PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/10/2009 | 3657 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 472.52 | -472.52 |
| Check | 12/10/2009 | 3657 | Senior Texan Estate Planning Services LLC | Client: Laureen Annette Otto IRA (5781-320A) | AP Otto,Lauren-IRA ING 201 | WELLS FARGO BASE - 8459 | 118.13 | | -354.39 |
| Check | 12/10/2009 | 3657 | Senior Texan Estate Planning Services LLC | Total $ amount $23,626.07 | AP Otto,Lauren-IRA ANI 852 | WELLS FARGO BASE - 8459 | 118.13 | | -236.26 |
| Check | 12/10/2009 | 3657 | Senior Texan Estate Planning Services LLC | Licensee: Christina Rodgers (8%) | AP Otto,Lauren-IRA LNL 782 | WELLS FARGO BASE - 8459 | 118.13 | | -118.13 |
| Check | 12/10/2009 | 3657 | Senior Texan Estate Planning Services LLC | Commissions | AP Otto,Lauren-IRA LFG 566 | WELLS FARGO BASE - 8459 | 118.13 | | 0.00 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,759.50 | -12,759.50 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | Client: Terry Thompson IRA (5781-414) | AP Thompson,T IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,275.95 | | -11,483.55 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | Total $ amount $115,995.46 | AP Thompson,T IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,275.95 | | -10,207.60 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | Licensee: William Evans (1%) | AP Thompson,T IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,275.95 | | -8,931.65 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | Commissions | AP Thompson,T IRA ING 201 | WELLS FARGO BASE - 8459 | 1,275.95 | | -7,655.70 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,275.95 | | -6,379.75 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,275.95 | | -5,103.80 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,275.95 | | -3,827.85 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,275.95 | | -2,551.90 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,275.95 | | -1,275.95 |
| Check | 12/10/2009 | 3662 | Senior Texan Estate Planning Services LLC | | AP Thompson,T IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,275.95 | | 0.00 |
| Check | 12/10/2009 | 3687 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 12/10/2009 | 3687 | Senior Texan Estate Planning Services LLC | Client: Timothy E. Kolenda IRA (5781-333A) | AP Kolenda,TE IRA JPI 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/10/2009 | 3687 | Senior Texan Estate Planning Services LLC | Total $ amount $15,000 | AP Kolenda,TE IRA AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | 3687 | Senior Texan Estate Planning Services LLC | Licensee: David Rice (8%) | AP Kolenda,TE IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/10/2009 | 3693 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 12/10/2009 | 3693 | Senior Texan Estate Planning Services LLC | Client: Timothy E. Kolenda IRA (5781-333B) | AP Kolenda,T IRA AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | 3693 | Senior Texan Estate Planning Services LLC | Total $ amount $10,000 | AP Kolenda,T IRA LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/23/2009 | 3704 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,576.75 | -7,576.75 |
| Check | 12/23/2009 | 3704 | Senior Texan Estate Planning Services LLC | Client: Terry Thompson (5781-414A) | AP Thompson,T AXA 804 | WELLS FARGO BASE - 8459 | 947.12 | | -6,629.63 |

Page 214

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | Total $ Amount: 68,879.54 | AP Thompson,T LLI 899 | WELLS FARGO BASE - 8459 | 947.09 | | -5,682.54 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | Licensee: William Evans (1.00%) | AP Thompson,T LFG 740 | WELLS FARGO BASE - 8459 | 947.09 | | -4,735.45 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | Commission | AP Thompson,T LFG 762 | WELLS FARGO BASE - 8459 | 947.09 | | -3,788.36 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | | AP Thompson,T PLI 930 | WELLS FARGO BASE - 8459 | 947.09 | | -2,841.27 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | | AP Thompson,T LFG 566 | WELLS FARGO BASE - 8459 | 947.09 | | -1,894.18 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | | AP Thompson,T AGL 062 | WELLS FARGO BASE - 8459 | 947.09 | | -947.09 |
| Check | 12/23/2009 | 3794 | Senior Texan Estate Planning Services LLC | | AP Thompson,T ANI 521 | WELLS FARGO BASE - 8459 | 947.09 | | 0.00 |
| Check | 1/7/2010 | 3931 | Senior Texan Estate Planning Services LLC | VOID: Yates (6781-221A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 1/7/2010 | 3931 | Senior Texan Estate Planning Services LLC | Client: Robert G. Yates (6781-221A) | AP Yates,R ANI 521 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | 3931 | Senior Texan Estate Planning Services LLC | Total $ amount $30,000 | AP Yates,R LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | 3931 | Senior Texan Estate Planning Services LLC | Licensee: William E. Evans (14%) | AP Yates,R AXA 597 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 1/7/2010 | 3953 | Senior Texan Estate Planning Services LLC | Gusdorff,Elizabeth (6781-605) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/7/2010 | 3953 | Senior Texan Estate Planning Services LLC | Client: Elizabeth Gusdorff (6781-605) | AP Gusdorff,E LFG 272 | WELLS FARGO BASE - 8459 | 166.66 | | -333.34 |
| Check | 1/7/2010 | 3953 | Senior Texan Estate Planning Services LLC | Total $ amount $25,000 | AP Gusdorff,E LFG 183 | WELLS FARGO BASE - 8459 | 166.67 | | -166.67 |
| Check | 1/7/2010 | 3953 | Senior Texan Estate Planning Services LLC | Licensee: Glenn Edwards (8%) | AP Gusdorff,E PLI 140 | WELLS FARGO BASE - 8459 | 166.67 | | 0.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | Client: Daniel Jones IRA (6781-641) | AP Jones,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | Total $ amount $300,000 | AP Jones,D-IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | Licensee: Darril Beebe(9%) | AP Jones,D-IRA AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | Commission | AP Jones,D-IRA AGL 76L | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 1/7/2010 | 4022 | Senior Texan Estate Planning Services LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -7,800.00 |
| Check | 1/7/2010 | 4022 | Senior Texan Estate Planning Services LLC | Client: Robert G. Yates (6781-221A) | AP Yates,R AXA 597 | WELLS FARGO BASE - 8459 | 1,400.00 | | -6,400.00 |
| Check | 1/7/2010 | 4022 | Senior Texan Estate Planning Services LLC | Total $ Amount: 30,000.00 | AP Yates,R ANI 521 | WELLS FARGO BASE - 8459 | 1,400.00 | | -5,000.00 |
| Check | 1/7/2010 | 4022 | Senior Texan Estate Planning Services LLC | Licensee: William E. Evans (14.00%) | AP Yates,R LFG 183 | WELLS FARGO BASE - 8459 | 1,400.00 | | -3,600.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA PLI 950 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA GLG 089 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA AXA 061 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 1/7/2010 | 4007 | Senior Texan Estate Planning Services LLC | | AP Jones,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Senior Texan Estate Planning Services LLC | Medin Jr., Oscar (6781-638) Commission | WELLS FARGO BASE - 8459 | AP Medin,O PLI 140 | | 2,000.00 | -2,000.00 |
| Check | 1/14/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,O PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Gusdorff, Elizabeth (6781-605A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz LLI 899 | WELLS FARGO BASE - 8459 | 120.00 | | -1,080.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz SLA 338 | WELLS FARGO BASE - 8459 | 120.00 | | -960.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz ANI 065 | WELLS FARGO BASE - 8459 | 120.00 | | -840.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz AXA 994 | WELLS FARGO BASE - 8459 | 120.00 | | -720.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz MMI 025 | WELLS FARGO BASE - 8459 | 120.00 | | -600.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz PLI 980 | WELLS FARGO BASE - 8459 | 120.00 | | -480.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz AXA 729 | WELLS FARGO BASE - 8459 | 120.00 | | -360.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz ING 15J | WELLS FARGO BASE - 8459 | 120.00 | | -240.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz LFG 183 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Gusdorff,Eliz PLI 140 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Cumings, Elinore P. (6781-655) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cummings,E SLA 338 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cummings,E PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Roemer, Alan R. IRA (6781-478) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 845.35 | -845.35 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Roemer,A-IRA PLI 980 | WELLS FARGO BASE - 8459 | 169.07 | | -676.28 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Roemer,A-IRA AXA 597 | WELLS FARGO BASE - 8459 | 169.07 | | -507.21 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Roemer,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 169.07 | | -338.14 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Roemer,A-IRA LBL 771 | WELLS FARGO BASE - 8459 | 169.07 | | -169.07 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Roemer,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 169.07 | | 0.00 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Medin, Oscar Jr. Roth IRA (6781-642) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,717.83 | -2,717.83 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,Oscar-IRA LLI 899 | WELLS FARGO BASE - 8459 | 543.55 | | -2,174.28 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,O-IRA SLA 338 | WELLS FARGO BASE - 8459 | 543.57 | | -1,630.71 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,O-IRA LFG 008 | WELLS FARGO BASE - 8459 | 543.57 | | -1,087.14 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,O-IRA MMI 025 | WELLS FARGO BASE - 8459 | 543.57 | | -543.57 |
| Check | 1/21/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Medin,O-IRA PLI 980 | WELLS FARGO BASE - 8459 | 543.57 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Schmidt,Alton W. (6781-314A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Schmidt,A LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Schmidt,A ANI 065 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Schmidt,A MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Schmidt,A AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Schmidt,A ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Pratt, Connie Jo (6781-656) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Pratt,C LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Pratt,C SLA 338 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Pratt,C LFG 006 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Pratt,C PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Hernandez, Rachel Trad IRA (6781-166B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Hernandez Rac-TRDIRA ANI 065 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Hernandez Rac-TRDIRA AXA 994 | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Hernandez, Manuel Trad IRA (6781-166A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Hernandez Man-TRDIRA PLI 980 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Hernandez Man-TRDIRA ING 15J | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Winston, Loretel D Benef IRA (6781-651) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA GLG 089 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |

364

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Winston,L Bene IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Renert, Scott Trad IRA (6781-582) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LFG 006 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Renert,S-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Acquart,Florencia (6781-625) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,701.94 | -19,701.94 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F LLI 899 | WELLS FARGO BASE - 8459 | 1,970.23 | | -17,731.71 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F LFG 740 | WELLS FARGO BASE - 8459 | 1,970.19 | | -15,761.52 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F LFG 248 | WELLS FARGO BASE - 8459 | 1,970.19 | | -13,791.33 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F AXA 994 | WELLS FARGO BASE - 8459 | 1,970.19 | | -11,821.14 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F GLG 088 | WELLS FARGO BASE - 8459 | 1,970.19 | | -9,850.95 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F AGL 76L | WELLS FARGO BASE - 8459 | 1,970.19 | | -7,880.76 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F PLI 980 | WELLS FARGO BASE - 8459 | 1,970.19 | | -5,910.57 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F AXA 091 | WELLS FARGO BASE - 8459 | 1,970.19 | | -3,940.38 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F LFG 183 | WELLS FARGO BASE - 8459 | 1,970.19 | | -1,970.19 |
| Check | 2/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Acquart,F PLI 140 | WELLS FARGO BASE - 8459 | 1,970.19 | | 0.00 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Cohen,Charles D. Traditional IRA (6781-652) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,012.95 | -1,012.95 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 101.25 | | -911.70 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 101.30 | | -810.40 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 101.30 | | -709.10 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 101.30 | | -607.80 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 101.30 | | -506.50 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA GFG 088 | WELLS FARGO BASE - 8459 | 101.30 | | -405.20 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 101.30 | | -303.90 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 101.30 | | -202.60 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 101.30 | | -101.30 |
| Check | 2/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Cohen,C-TRAD IRA AGL 135 | WELLS FARGO BASE - 8459 | 101.30 | | 0.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Meier,Anita F. (6781-760) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,A AXA 994 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,A AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,A LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,A PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,A AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Jerry A. & Joann Peterson (6781-788) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LFG 081 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LBL 361 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LFG 117 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LFG 248 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J AXA 994 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Peterson,J&J AGL 130 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Susan J. Balsamo Trad IRA (6781-752A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,498.00 | -1,498.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,SJ-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 299.60 | | -1,198.40 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,SJ-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 299.60 | | -898.80 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 299.60 | | -599.20 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 299.60 | | -299.60 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,SJ-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 299.60 | | 0.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Anita F. Meier Roth IRA (6781-760A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,120.00 | -5,120.00 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH LLI 899 | WELLS FARGO BASE - 8459 | 1,003.52 | | -4,116.48 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH LFG 081 | WELLS FARGO BASE - 8459 | 1,003.52 | | -3,112.96 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH LBL 361 | WELLS FARGO BASE - 8459 | 1,003.52 | | -2,109.44 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH LFG 117 | WELLS FARGO BASE - 8459 | 1,003.52 | | -1,105.92 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH LFG 248 | WELLS FARGO BASE - 8459 | 102.40 | | -1,003.52 |
| Check | 2/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Meier,AF-ROTH AXA 994 | WELLS FARGO BASE - 8459 | 1,003.52 | | 0.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Kolenda,Timothy E Traditional IRA (6781-333C) | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kolenda,Tim-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 133.34 | | -266.66 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kolenda,Tim-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 133.33 | | -133.33 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kolenda,Tim-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 133.33 | | 0.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Eugene C. Balsamo Trad IRA (6781-752) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,E-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,E-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,E-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,E-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/4/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Balsamo,E-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Mikels, Vernie P. (6781-681) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,740.00 | -3,740.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikels,V-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 374.00 | | -3,366.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikels,V-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 374.00 | | -2,992.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikels,V-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 374.00 | | -2,618.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikels,V-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 374.00 | | -2,244.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikels,V-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 374.00 | | -1,870.00 |

10:40 AM

02/23/13

Accrual Basis

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,V-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 374.00 | | -1,122.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,V-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 374.00 | | -748.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,V-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 374.00 | | -374.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,V-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 374.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Mikeis, Mary L. Trad IRA (6781-861) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,220.00 | -1,220.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 122.00 | | -1,098.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 122.00 | | -976.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA LBL 816 | WELLS FARGO BASE - 8459 | 122.00 | | -854.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 122.00 | | -732.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 122.00 | | -610.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 122.00 | | -488.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 122.00 | | -366.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 122.00 | | -244.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 122.00 | | -122.00 |
| Check | 3/11/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Mikeis,M-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 122.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Solito,Daniel & Rhonda (6781-841) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R AXA 036 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Solito,D&R JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Voneiff, James F. Trad IRA (6781-908) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,617.08 | -1,617.08 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 161.69 | | -1,455.39 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD LFG 735 | WELLS FARGO BASE - 8459 | 161.71 | | -1,293.68 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 161.71 | | -1,131.97 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD AXA 335 | WELLS FARGO BASE - 8459 | 161.71 | | -970.26 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD LFG 311 | WELLS FARGO BASE - 8459 | 161.71 | | -808.55 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 161.71 | | -646.84 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD JHL 383 | WELLS FARGO BASE - 8459 | 161.71 | | -485.13 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD AVL 180 | WELLS FARGO BASE - 8459 | 161.71 | | -323.42 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 161.71 | | -161.71 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Voneiff,J-TRAD JHL 633 | WELLS FARGO BASE - 8459 | 161.71 | | 0.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Kiburz, Mark Trad IRA (6781-824) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 597.21 | -597.21 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 98.51 | | -497.70 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.54 | | -398.16 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 99.54 | | -298.62 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 99.54 | | -199.08 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.54 | | -99.54 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.54 | | 0.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Larson, Paul (6781-852) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,697.39 | -11,697.39 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul LFG 735 | WELLS FARGO BASE - 8459 | 1,169.73 | | -10,527.66 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul LBL 916 | WELLS FARGO BASE - 8459 | 1,169.74 | | -9,357.92 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul LBL 361 | WELLS FARGO BASE - 8459 | 1,169.74 | | -8,188.18 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 1,169.74 | | -7,018.44 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 1,169.74 | | -5,848.70 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 1,169.74 | | -4,678.96 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 1,169.74 | | -3,509.22 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul AVL 180 | WELLS FARGO BASE - 8459 | 1,169.74 | | -2,339.48 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 1,169.74 | | -1,169.74 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 1,169.74 | | 0.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Muse, George W.-Traditional IRA (6781-624A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,480.00 | -1,480.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 148.00 | | -1,332.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 148.00 | | -1,184.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 148.00 | | -1,036.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 148.00 | | -888.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 148.00 | | -740.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.00 | | -592.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 148.00 | | -444.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 148.00 | | -296.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.00 | | -148.00 |
| Check | 3/25/2010 | EFT | Senior Texan Estate Planning Services LLC | Commission | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 148.00 | | 0.00 |
| Total Senior Texan Estate Planning Services LLC | | | | | | | 165,735.43 | 165,735.43 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| **Mike Ahlers** | | | | | | | | | |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,273.15 | -5,273.15 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA LNL 177 | WELLS FARGO BASE - 8459 | 527.31 | | -4,745.84 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA AGL 73L | WELLS FARGO BASE - 8459 | 527.31 | | -4,218.53 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA AXA 804 | WELLS FARGO BASE - 8459 | 527.31 | | -3,691.22 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA LNL 591 | WELLS FARGO BASE - 8459 | 527.31 | | -3,163.91 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA SLA 534 | WELLS FARGO BASE - 8459 | 527.31 | | -2,636.60 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA LBL 185 | WELLS FARGO BASE - 8459 | 527.31 | | -2,109.29 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA ANI 852 | WELLS FARGO BASE - 8459 | 527.31 | | -1,581.98 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA LNL 032 | WELLS FARGO BASE - 8459 | 527.31 | | -1,054.67 |
| Check | 7/10/2009 | 1122 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA ING 283 | WELLS FARGO BASE - 8459 | 527.31 | | -527.36 |
| Check | 7/10/2009 | 1125 | Mike Ahlers | Commission | AP Vergara-Lemon-IRA OML 448 | WELLS FARGO BASE - 8459 | 527.36 | | 0.00 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,022.43 | -12,022.43 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,202.24 | | -10,820.19 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,202.24 | | -9,617.95 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,202.24 | | -8,415.71 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,202.24 | | -7,213.47 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,202.24 | | -6,011.23 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA LBL 185 | WELLS FARGO BASE - 8459 | 1,202.24 | | -4,808.99 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,202.24 | | -3,606.75 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,202.24 | | -2,404.51 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,202.24 | | -1,202.27 |
| Check | 7/10/2009 | 1126 | Mike Ahlers | Commission | AP Norton-IRA OML 448 | WELLS FARGO BASE - 8459 | 1,202.27 | | 0.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | AP Corigliano LBL 185 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | AP Corigliano ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | AP Corigliano LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | AP Corigliano ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/27/2009 | 1184 | Mike Ahlers | Commission | AP Corigliano OML 448 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | AP Kroeck Family Trust LBL 185 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | AP Kroeck Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | AP Kroeck Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | AP Kroeck Family Trust ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/27/2009 | 1191 | Mike Ahlers | Commission | AP Kroeck Family Trust OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 655.63 | -655.63 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | AP Kroeck Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 131.15 | | -524.48 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | AP Kroeck Family Trust LBL 185 | WELLS FARGO BASE - 8459 | 131.12 | | -393.36 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | AP Kroeck Family Trust OML 446 | WELLS FARGO BASE - 8459 | 131.12 | | -262.24 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | AP Kroeck Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 131.12 | | -131.12 |
| Check | 7/28/2009 | 1205 | Mike Ahlers | Additional Commission | AP Kroeck Family Trust ING 283 | WELLS FARGO BASE - 8459 | 131.12 | | 0.00 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Kim & Carlo Sammartino (6781-86) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,655.63 | -2,655.63 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Commission | AP Sammartino LNL 591 | WELLS FARGO BASE - 8459 | 531.15 | | -2,124.48 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Commission | AP Sammartino TRA 281 | WELLS FARGO BASE - 8459 | 531.12 | | -1,593.36 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Commission | AP Sammartino ING 201 | WELLS FARGO BASE - 8459 | 531.12 | | -1,062.24 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Commission | AP Sammartino ING 283 | WELLS FARGO BASE - 8459 | 531.12 | | -531.12 |
| Check | 7/30/2009 | 1264 | Mike Ahlers | Commission | AP Sammartino OML 446 | WELLS FARGO BASE - 8459 | 531.12 | | 0.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | Client: Herbert & Dianna McMillan | AP McMillan Trust LNL 177 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | Total $ Amount: 100,000.00 | AP McMillan Trust AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | Licensee: Mike & Mike | AP McMillan Trust AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust LNL 591 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust ING 283 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust 661 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 8/6/2009 | 1288 | Mike Ahlers | McMillan Trust(6781-66) Commission | AP McMillan Trust TRA 281 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Stocki-IRA(6781-104) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Client: Anthony J. Stocki-IRA | AP Stocki-IRA TRA 281 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Total $ Amount: 30,000.00 | AP Stocki-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Licensee: Mike and Mike (10.00%) | AP Stocki-IRA MAM 860 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Stocki-IRA(6781-104) Commission | AP Stocki-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Stocki-IRA(6781-104) Commission | AP Stocki-IRA ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 8/26/2009 | 1492 | Mike Ahlers | Stocki-IRA(6781-104) Commission | AP Stocki-IRA OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Client: Bill Kingrey | AP Kingrey LNL 177 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Total $ Amount: 50,000.00 | AP Kingrey AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Licensee: Paul J. Nick (10.00%) | AP Kingrey AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey LFG 568 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/3/2009 | 1535 | Mike Ahlers | Kingrey (6781-137) Commission | AP Kingrey ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/9/2009 | 1568 | Mike Ahlers | Benitez-IRA(6781-169) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 9/9/2009 | 1568 | Mike Ahlers | Client: Juan Benitez-IRA | AP Benitez-IRA AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 9/9/2009 | 1568 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Benitez-IRA MAM 860 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 9/9/2009 | 1568 | Mike Ahlers | Licensee: Juan Benitez (10.00%) | AP Benitez-IRA ING 036 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/9/2009 | 1568 | Mike Ahlers | Benitez-IRA(6781-169) Commission | AP Benitez-IRA WPL 982 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |



EXHIBIT C-3

tabbies

366

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 9/9/2009 | 1588 | Mike Ahlers | Benitez-IRA (6781-189) Commission | AP Benitez-IRA LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Benitez IRA (6781-189) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Client: Juan Benitez IRA | AP Benitez-IRA AGL 73L | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Benitez-IRA MAM 860 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Licensee: Juan Benitez (10.00%) | AP Benitez-IRA ING 036 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Benitez IRA (6781-189) Commission | AP Benitez-IRA WPL 982 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 9/18/2009 | 1784 | Mike Ahlers | Benitez IRA (6781-189) Commission | AP Benitez-IRA LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Maxfield (6781-197) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Client: Peter Maxfield | AP Maxfield AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Maxfield LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Licensee: Ron Thompson (10.00%) | AP Maxfield LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Maxfield (6781-197) Commission | AP Maxfield AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 9/23/2009 | 1837 | Mike Ahlers | Maxfield (6781-197) Commission | AP Maxfield ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | West (6781-215) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | Client: Kelly A. West | AP West AGL 73L | WELLS FARGO BASE - 8459 | 700.00 | | -3,500.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | Total $ Amount: 30,000.00 | AP West LNL 740 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | Licensee: Mike Ahlers (14.00%) | AP West ANI 852 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | West (6781-215) Commission | AP West LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | West (6781-215) Commission | AP West AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 9/24/2009 | 1880 | Mike Ahlers | West (6781-215) Commission | AP West ING 036 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Client: Harry Galliver & Margaret Klingensmith | AP Galliver&Klingensmith MET850 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Total $ Amount: 50,000.00 | AP Galliver&Klingensmith AGL73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Licensee: Greg Chick (10.00%) | AP Galliver&Klingensmith AXA804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith AXA146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LNL740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ING201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ANI852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LNL782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LFG566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/6/2009 | 2063 | Mike Ahlers | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ING036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Lyons-IRA (6781-206) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Client: Robert Lyons-IRA | AP Lyons-IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Lyons-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Licensee: Millis and Millis (10.00%) | AP Lyons-IRA LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Lyons-IRA (6781-206) Commission | AP Lyons-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/7/2009 | 2100 | Mike Ahlers | Lyons-IRA (6781-206) Commission | AP Lyons-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Client: Stephen Davis-IRA | AP Davis-IRA MET 650 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Total $ Amount: 50,000.00 | AP Davis-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Licensee: Paul J. Nick (10.00%) | AP Davis-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA WPL 982 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/7/2009 | 2106 | Mike Ahlers | Davis-IRA (6781-237) Commission | AP Davis-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Client: Peter Maxfield - IRA | AP Maxfield,P-IRA MET 650 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Total $ Amount: 200,000.00 | AP Maxfield,P-IRA AGL 73L | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Licensee: Ron Thompson (10.00%) | AP Maxfield,P-IRA AXA 804 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA LNL 740 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA ING 201 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA AXA 146 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA ANI 852 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA LFG 566 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 10/9/2009 | 2157 | Mike Ahlers | Maxfield-IRA (6781-196A) Commission | AP Maxfield,P-IRA ING 036 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Long (6781-275) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Client: Madelyn M. Long | AP Long,M AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Long,M AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Licensee: Justice C. "Jack" Titslow, Sr. (10.00%) | AP Long,M ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Long (6781-275) Commission | AP Long,M LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/13/2009 | 2211 | Mike Ahlers | Long (6781-275) Commission | AP Long,M LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Client: Herb D. Gardner | AP Gardner,H HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Total $ Amount: 50,000.00 | AP Gardner,H AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Licensee: Kenneth J. Franco (10.00%) | AP Gardner,H AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/16/2009 | 2326 | Mike Ahlers | Gardner (6781-304) Commission | AP Gardner,H ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | Client: Richard Maxfield IRA (6781-202) | AP Maxfield,R-IRA MET 650 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | Total $ amount $50,000 | AP Maxfield,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | Licensee: Ron Thompson (10%) | AP Maxfield,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | Commissions | AP Maxfield,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA MAM 860 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/27/2009 | 2574 | Mike Ahlers | | AP Maxfield,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | Client: Bobbie N. Hartenstein (6781-335) | AP Hartenstein LNL 751 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Hartenstein AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | Licensee: Randall N. Foreman (10.00%) | AP Hartenstein AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | Commission | AP Hartenstein LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/28/2009 | 2658 | Mike Ahlers | | AP Hartenstein ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | Client: Louis J. Rizzo IRA (6781-345) | AP Rizzo,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | Total $ Amount: $50,000 | AP Rizzo,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | Licensee: Nevin V Abraham (10%) | AP Rizzo,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | Commissions | AP Rizzo,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/29/2009 | 2691 | Mike Ahlers | | AP Rizzo,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | Client: Edith M. Pair (6781-357) | AP Pair,E LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | Total $ amount $25,000 | AP Pair,E AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | Licensee: Randall N. Foreman (10%) | AP Pair,E AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | Commissions | AP Pair,E LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/30/2009 | 2714 | Mike Ahlers | | AP Pair,E ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/4/2009 | 2831 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/4/2009 | 2831 | Mike Ahlers | Client: Kelly A. West (6781-215A) | AP West, K HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 11/4/2009 | 2831 | Mike Ahlers | Total $ Amount: 30,000.00 | AP West, K LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 11/4/2009 | 2831 | Mike Ahlers | Licensee: Mike Ahlers (8.00%) | AP West, K AXA 146 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/4/2009 | 2831 | Mike Ahlers | Commission | AP West, K LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | Client: Justice C. Titlow, Sr. (6781-366) | AP Titlow, J HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Titlow, J AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | Licensee:Justice C. "Jack" Titlow, Sr. (10.00%) | AP Titlow, J AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | Commission | AP Titlow, J LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/4/2009 | 2849 | Mike Ahlers | | AP Titlow, J ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | Client: Nolan L. Cline (6781-437) | AP Cline, N LNL 26A | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | Total $ Amount: 40,000.00 | AP Cline, N LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | Licensee: Stephen G. McIntyre (10.00%) | AP Cline, N LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | Commission | AP Cline, N ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | | AP Cline, N LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | | AP Cline, N PLI 930 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | | AP Cline, N AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/9/2009 | 2923 | Mike Ahlers | | AP Cline, N JPI 062 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 994.00 | -994.00 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | Client: Edie D. Pike-IRA (6781-305) | AP Pike,E-IRA HLI 814 | WELLS FARGO BASE - 8459 | 99.40 | | -894.60 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | Total $ amount $49,700 | AP Pike,E-IRA AGL 73L | WELLS FARGO BASE - 8459 | 99.40 | | -795.20 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | Alternative Solutions Ins Serv/Greg Chick (10%) | AP Pike,E-IRA AXA 804 | WELLS FARGO BASE - 8459 | 99.40 | | -695.80 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | Commissions | AP Pike,E-IRA AXA 146 | WELLS FARGO BASE - 8459 | 99.40 | | -596.40 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA LNL 740 | WELLS FARGO BASE - 8459 | 99.40 | | -497.00 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA ING 201 | WELLS FARGO BASE - 8459 | 99.40 | | -397.60 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA ANI 852 | WELLS FARGO BASE - 8459 | 99.40 | | -298.20 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA LNL 782 | WELLS FARGO BASE - 8459 | 99.40 | | -198.80 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA LFG 566 | WELLS FARGO BASE - 8459 | 99.40 | | -99.40 |
| Check | 11/10/2009 | 2973 | Mike Ahlers | | AP Pike,E-IRA ING 036 | WELLS FARGO BASE - 8459 | 99.40 | | 0.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | Client: Robert R. Skinner (8781-389) | AP Skinner, R AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Skinner, R LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | Licensee: Randall N. Foreman (10.00%) | AP Skinner, R LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | Commission | AP Skinner, R ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/12/2009 | 3042 | Mike Ahlers | | AP Skinner, R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | Client: Suzanne Keener (6781- 404) | AP Keener,S PLI 930 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | Total $ Amount: 25,000.00 | AP Keener,S LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | Licensee: Tom Keener (10.00%) | AP Keener,S AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | Commission | AP Keener,S LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/17/2009 | 3202 | Mike Ahlers | | AP Keener,S PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,250.00 | -1,250.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | Client: James & Shella Herald (6781-435) | AP Hearld,J LLI 899 | WELLS FARGO BASE - 8459 | 125.00 | | -1,125.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | Total $ Amount: 50,000.00 | AP Hearld,J LNL 740 | WELLS FARGO BASE - 8459 | 125.00 | | -1,000.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | Licensee: Randall N. Foreman (10.00%) | AP Hearld,J LNL 26A | WELLS FARGO BASE - 8459 | 125.00 | | -875.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | Commission | AP Hearld,J JPI 062 | WELLS FARGO BASE - 8459 | 125.00 | | -750.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearld,J LNL 782 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearld,J PLI 680 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearld,J AXA 597 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearld,J AGL 062 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearid,J LBL 771 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 11/23/2009 | 3320 | Mike Ahlers | | AP Hearid,J PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | Client: Lois Grell IRA (6781-474) | AP Grell,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | Total $ amount $100,000 | AP Grell,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | Licensee:Stonehurst Securities/Holly Nicholas 210 (11%) | AP Grell,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | Commissions | AP Grell,L-IRA AXA 826 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA ING 035 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/25/2009 | 3420 | Mike Ahlers | | AP Grell,L-IRA JPI 183 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Titmus 6781-458 | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,720.00 | -1,720.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Titmus,S LBL 771 | WELLS FARGO BASE - 8459 | 860.00 | | -860.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Titmus,S PLI 140 | WELLS FARGO BASE - 8459 | 860.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Garland E. & Margaret J. Olesen (6781-480) | WELLS FARGO BASE - 8459 | -SPLIT- | | 625.00 | -625.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Olesen LLI 899 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Olesen LNL 26A | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Olesen AXA 826 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Olesen PLI 680 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Olesen LBL 771 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Alfonso & Jean Tennariello (6781-485) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Tennariello PLI 680 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Tennariello AXA 597 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Tennariello AGL 062 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Tennariello LBL 771 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Tennariello PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Luben S. Walcheff-IRA (6781-415) | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA PLI 680 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/3/2009 | EFT | Mike Ahlers | Commission | AP Walcheff,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Yo Han Kim-IRA (6781-442) | WELLS FARGO BASE - 8459 | -SPLIT- | | 340.00 | -340.00 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Commission | AP Kim,YoHan-IRA LLI 899 | WELLS FARGO BASE - 8459 | 113.34 | | -226.66 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Commission | AP Kim,YoHan-IRA LBL 771 | WELLS FARGO BASE - 8459 | 113.33 | | -113.33 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Commission | AP Kim,YoHan-IRA PLI 140 | WELLS FARGO BASE - 8459 | 113.33 | | 0.00 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Maroslaws Anna Krusinski (6781-466) | WELLS FARGO BASE - 8459 | -SPLIT- | | 278.85 | -278.85 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Commission | AP Krusinski,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 139.42 | | -139.43 |
| Check | 12/4/2009 | EFT | Mike Ahlers | Commission | AP Krusinski,M-IRA AXA 826 | WELLS FARGO BASE - 8459 | 139.43 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | D Matthews Liv Trust (6781-517) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust AXA 826 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust SLA 336 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust JPI 062 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust AXA 346 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust JPI 272 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust JPI 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP D Matthews Trust PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Holtsclaw, John J (6781-516) | WELLS FARGO BASE - 8459 | -SPLIT- | | 625.00 | -625.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Holtsclaw,J PLI 980 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Holtsclaw,J JPI 272 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Holtsclaw,J AXA 729 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Holtsclaw,J JPI 183 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Holtsclaw,J PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Galliver,H&Klingensmith,M Trust (6781-252A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith AXA 826 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith JPI 183 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith PLI 930 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith ANI 521 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | APGalliver&Klingensmith PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Nolan L. Cline-IRA (6781-437A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 787.49 | -787.49 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA AXA 804 | WELLS FARGO BASE - 8459 | 112.49 | | -675.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA LLI 899 | WELLS FARGO BASE - 8459 | 112.50 | | -562.50 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 112.50 | | -450.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 112.50 | | -337.50 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA PLI 930 | WELLS FARGO BASE - 8459 | 112.50 | | -225.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA LFG 566 | WELLS FARGO BASE - 8459 | 112.50 | | -112.50 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Cline,N-IRA LBL 771 | WELLS FARGO BASE - 8459 | 112.50 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Lynn Jean Content-IRA (6781-421) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,979.90 | -2,979.90 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 297.99 | | -2,681.91 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 297.99 | | -2,383.92 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 297.99 | | -2,085.93 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 297.99 | | -1,787.94 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 297.99 | | -1,489.95 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 297.99 | | -1,191.96 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 297.99 | | -893.97 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 297.99 | | -595.98 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 297.99 | | -297.99 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Content,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 297.99 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Carruth,Carolyn-IRA (6781-419)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,105.69 | -1,105.69 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 138.22 | | -967.47 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 138.21 | | -829.26 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 138.21 | | -691.05 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 138.21 | | -552.84 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 138.21 | | -414.63 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 138.21 | | -276.42 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 138.21 | | -138.21 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,C-IRA ANI 521 | WELLS FARGO BASE - 8459 | 138.21 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Carruth,Leslie-IRA (6781-419A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,806.07 | -2,806.07 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 280.58 | | -2,525.49 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 280.61 | | -2,244.88 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 280.61 | | -1,964.27 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 280.61 | | -1,683.66 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 280.61 | | -1,403.05 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 280.61 | | -1,122.44 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 280.61 | | -841.83 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 280.61 | | -561.22 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 280.61 | | -280.61 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Carruth,L-IRA PLI 140 | WELLS FARGO BASE - 8459 | 280.61 | | 0.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Muller,Marvin-IRA (6781-423A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,650.00 | -1,650.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA AXA 604 | WELLS FARGO BASE - 8459 | 165.00 | | -1,485.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 165.00 | | -1,320.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 165.00 | | -1,155.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 165.00 | | -990.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 165.00 | | -825.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA AXA 597 | WELLS FARGO BASE - 8459 | 165.00 | | -660.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 165.00 | | -495.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 165.00 | | -330.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 165.00 | | -165.00 |
| Check | 12/17/2009 | EFT | Mike Ahlers | Commission | AP Muller,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 165.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Bilodeau,Ernest & Diana (6781-537) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 560.00 | -560.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Commission | AP Bilodeau,E&D LLI 899 | WELLS FARGO BASE - 8459 | 112.00 | | -448.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Commission | AP Bilodeau,E&D AXA 826 | WELLS FARGO BASE - 8459 | 112.00 | | -336.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Commission | AP Bilodeau,E&D SLA 338 | WELLS FARGO BASE - 8459 | 112.00 | | -224.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Commission | AP Bilodeau,E&D LFG 272 | WELLS FARGO BASE - 8459 | 112.00 | | -112.00 |
| Check | 12/23/2009 | EFT | Mike Ahlers | Commission | AP Bilodeau,E&D AXA 729 | WELLS FARGO BASE - 8459 | 112.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Stile,Brooke (6781-567) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,200.00 | -2,200.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B LLI 899 | WELLS FARGO BASE - 8459 | 220.00 | | -1,980.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B LFG 740 | WELLS FARGO BASE - 8459 | 220.00 | | -1,760.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B SLA 338 | WELLS FARGO BASE - 8459 | 220.00 | | -1,540.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B LFG 008 | WELLS FARGO BASE - 8459 | 220.00 | | -1,320.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B AXA 346 | WELLS FARGO BASE - 8459 | 220.00 | | -1,100.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B PLI 930 | WELLS FARGO BASE - 8459 | 220.00 | | -880.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B LFG 272 | WELLS FARGO BASE - 8459 | 220.00 | | -660.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B AXA 729 | WELLS FARGO BASE - 8459 | 220.00 | | -440.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B LFG 183 | WELLS FARGO BASE - 8459 | 220.00 | | -220.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Stile,B PLI 140 | WELLS FARGO BASE - 8459 | 220.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Jayne,Betsy (6781-580) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B LFG 740 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B SLA 338 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B LFG 008 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B AXA 346 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B PLI 930 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B LFG 272 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B AXA 729 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Jayne,B PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Watkins,Remedios M. (6781-581) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R LFG 740 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R SLA 338 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R AXA 346 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R PLI 930 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R LFG 272 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/30/2009 | EFT | Mike Ahlers | Commission | AP Watkins,R PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Martin,James A. (6781-585) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Martin,J LLI 899 | WELLS FARGO BASE - 8459 | 666.66 | | -1,333.34 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Martin,J AXA 604 | WELLS FARGO BASE - 8459 | 666.67 | | -666.67 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Martin,J SLA 338 | WELLS FARGO BASE - 8459 | 666.97 | | 0.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Williams, Carol J IRA (6781-563) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,481.16 | -2,481.16 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 248.08 | | -2,233.08 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA SLA 338 | WELLS FARGO BASE - 8459 | 248.12 | | -1,984.96 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA MMI 025 | WELLS FARGO BASE - 8459 | 248.12 | | -1,736.84 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 248.12 | | -1,488.72 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA LFG 782 | WELLS FARGO BASE - 8459 | 248.12 | | -1,240.60 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 248.12 | | -992.48 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 248.12 | | -744.36 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA AXA 729 | WELLS FARGO BASE - 8459 | 248.12 | | -496.24 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA LFG 183 | WELLS FARGO BASE - 8459 | 248.12 | | -248.12 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Williams,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 248.12 | | 0.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Mattison, Tanner L IRA (6781-656) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA LFG 272 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA LFG 782 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Mattison,T-IRA ANI 521 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Schaefer, Sioux H (6781-648) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S MMI 850 | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S SLA 338 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S LFG 008 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S MMI 025 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S PLI 580 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S LFG 782 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S AXA 729 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Schaefer,S PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Brickert, Sandra L. IRA (6781-552) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,781.65 | -1,781.85 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA LLI 899 | WELLS FARGO BASE - 8459 | 178.14 | | -1,603.71 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA SLA 338 | WELLS FARGO BASE - 8459 | 178.19 | | -1,425.52 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA LFG 008 | WELLS FARGO BASE - 8459 | 178.19 | | -1,247.33 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA MMI 025 | WELLS FARGO BASE - 8459 | 178.19 | | -1,069.14 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA PLI 980 | WELLS FARGO BASE - 8459 | 178.19 | | -890.95 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA LFG 782 | WELLS FARGO BASE - 8459 | 178.19 | | -712.76 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA AGL 062 | WELLS FARGO BASE - 8459 | 178.19 | | -534.57 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA LBL 771 | WELLS FARGO BASE - 8459 | 178.19 | | -356.38 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA LFG 183 | WELLS FARGO BASE - 8459 | 178.19 | | -178.19 |
| Check | 1/7/2010 | EFT | Mike Ahlers | Commission | AP Brickert,S-IRA PLI 140 | WELLS FARGO BASE - 8459 | 178.19 | | 0.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Hogan, Walter C IRA (6781-571) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,318.80 | -1,318.80 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA PLI 930 | WELLS FARGO BASE - 8459 | 146.56 | | -1,172.24 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA SLA 338 | WELLS FARGO BASE - 8459 | 146.53 | | -1,025.71 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA LFG 008 | WELLS FARGO BASE - 8459 | 146.53 | | -879.18 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA LFG 782 | WELLS FARGO BASE - 8459 | 146.53 | | -732.65 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA MMI 025 | WELLS FARGO BASE - 8459 | 146.53 | | -586.12 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA PLI 880 | WELLS FARGO BASE - 8459 | 146.53 | | -439.59 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA AXA 729 | WELLS FARGO BASE - 8459 | 146.53 | | -293.06 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA LFG 183 | WELLS FARGO BASE - 8459 | 146.53 | | -146.53 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Hogan,W-IRA PLI 140 | WELLS FARGO BASE - 8459 | 146.53 | | 0.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Husted, Deanne (6781-615) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,600.00 | -3,600.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D LLI 899 | WELLS FARGO BASE - 8459 | 360.00 | | -3,240.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D SLA 338 | WELLS FARGO BASE - 8459 | 360.00 | | -2,880.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D LFG 008 | WELLS FARGO BASE - 8459 | 360.00 | | -2,520.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D MMI 025 | WELLS FARGO BASE - 8459 | 360.00 | | -2,160.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D PLI 980 | WELLS FARGO BASE - 8459 | 360.00 | | -1,800.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D AXA 729 | WELLS FARGO BASE - 8459 | 360.00 | | -1,440.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D LFG 782 | WELLS FARGO BASE - 8459 | 360.00 | | -1,080.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D ING 15J | WELLS FARGO BASE - 8459 | 360.00 | | -720.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D LFG 183 | WELLS FARGO BASE - 8459 | 360.00 | | -360.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Husted,D PLI 140 | WELLS FARGO BASE - 8459 | 360.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Beeson, Jeffrey K IRA (6781-678) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 980.00 | -980.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 98.00 | | -882.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA SLA 338 | WELLS FARGO BASE - 8459 | 98.00 | | -784.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 98.00 | | -686.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 98.00 | | -588.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 98.00 | | -490.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 98.00 | | -392.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 98.00 | | -294.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 98.00 | | -196.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 98.00 | | -98.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Beeson,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 98.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Novak,Linda S.-IRA (6781-610) Commission | WELLS FARGO BASE - 8459 | AP Novak,L-IRA PLI 980 | | 100.00 | -100.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Novak,L-IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Miller,Erin R.-IRA (6781-679) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Miller,E-IRA AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Miller,E-IRA LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Miller,E-IRA ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Miller,E-IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/14/2010 | EFT | Mike Ahlers | Commission | AP Miller,E-IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Dowson, Douglas A IRA (6781-522) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 924.75 | -924.75 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 92.43 | | -832.32 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA LFG 008 | WELLS FARGO BASE - 8459 | 92.48 | | -739.84 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA LFG 006 | WELLS FARGO BASE - 8459 | 92.48 | | -647.36 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA AXA 826 | WELLS FARGO BASE - 8459 | 92.48 | | -554.88 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA LFG 782 | WELLS FARGO BASE - 8459 | 92.48 | | -462.40 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA PLI 980 | WELLS FARGO BASE - 8459 | 92.48 | | -369.92 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 92.48 | | -277.44 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA PLI 930 | WELLS FARGO BASE - 8459 | 92.48 | | -184.96 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA AN 521 | WELLS FARGO BASE - 8459 | 92.48 | | -92.48 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Dowson,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 92.48 | | 0.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Carr Family Trust (6781-057) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,800.00 | -2,800.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust LLI 899 | WELLS FARGO BASE - 8459 | 280.00 | | -2,520.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust SLA 338 | WELLS FARGO BASE - 8459 | 280.00 | | -2,240.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust LFG 008 | WELLS FARGO BASE - 8459 | 280.00 | | -1,960.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust MMI 025 | WELLS FARGO BASE - 8459 | 280.00 | | -1,680.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust PLI 980 | WELLS FARGO BASE - 8459 | 280.00 | | -1,400.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust AXA 729 | WELLS FARGO BASE - 8459 | 280.00 | | -1,120.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust LFG 782 | WELLS FARGO BASE - 8459 | 280.00 | | -840.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust ING 15J | WELLS FARGO BASE - 8459 | 280.00 | | -560.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust LFG 183 | WELLS FARGO BASE - 8459 | 280.00 | | -280.00 |
| Check | 1/21/2010 | EFT | Mike Ahlers | Commission | AP Carr Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 280.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Bushman, Orville Dean (6781-675)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O SLA 338 | WELLS FARGO BASE - 8459 | 214.26 | | -1,285.74 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O AN 065 | WELLS FARGO BASE - 8459 | 214.29 | | -1,071.45 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O AXA 994 | WELLS FARGO BASE - 8459 | 214.29 | | -857.16 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O MMI 025 | WELLS FARGO BASE - 8459 | 214.29 | | -642.87 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O ING 15J | WELLS FARGO BASE - 8459 | 214.29 | | -428.58 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O LFG 183 | WELLS FARGO BASE - 8459 | 214.29 | | -214.29 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Bushman, O PLI 140 | WELLS FARGO BASE - 8459 | 214.29 | | 0.00 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Druge, Celeste L. (6781-691) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Druge,C LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Mike Ahlers | Commission | AP Druge,C PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Thornton, Ashlee L. (6781-684) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,250.00 | -1,250.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A LLI 899 | WELLS FARGO BASE - 8459 | 125.00 | | -1,125.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A AXA 146 | WELLS FARGO BASE - 8459 | 125.00 | | -1,000.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A LFG 008 | WELLS FARGO BASE - 8459 | 125.00 | | -875.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A AXA 994 | WELLS FARGO BASE - 8459 | 125.00 | | -750.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A LFG 782 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A AGL 78L | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A PLI 980 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A AXA 091 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A LFG 183 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 2/4/2010 | EFT | Mike Ahlers | Commission | AP Thornton,A PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Gaither, Barbara J (678-593A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Gaither,B PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Gaither,B AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Gaither,B LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Gaither,B PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Gaither,B AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Monaghan, John Trad IRA (6781-714) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 495.63 | -495.63 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Monaghan,J-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 99.11 | | -396.52 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Monaghan,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 99.13 | | -297.39 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Monaghan,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.13 | | -198.26 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Monaghan,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 99.13 | | -99.13 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Monaghan,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.13 | | 0.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Hodges, Rose C Jr.-IRA (6781-680) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Hodges, R-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 187.50 | | -562.50 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Hodges, R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 187.50 | | -375.00 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Hodges, R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 187.50 | | -187.50 |
| Check | 2/11/2010 | EFT | Mike Ahlers | Commission | AP Hodges, R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 187.50 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Zelinski,Donna Marie-Traditional IRA (6781-570) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 440.00 | -440.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Zelinski,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 220.00 | | -220.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Zelinski,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 220.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Waechter, Sandra K. Traditional IRA (6781-742) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Waechter,S-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Waechter,S-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Waechter,S-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Waechter,S-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Waechter,S-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Olson,Leslie & Katherine (6781-743) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 625.00 | -625.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Olson,L&K LLI 899 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Olson,L&K LFG 246 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Olson,L&K GFG 089 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Olson,L&K PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Olson,L&K AGL 130 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Marjorie L. Limbaugh (6781-748) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M LLI 859 | WELLS FARGO BASE - 8459 | 250.00 | | -2,250.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M LFG 248 | WELLS FARGO BASE - 8459 | 250.00 | | -2,000.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M AXA 994 | WELLS FARGO BASE - 8459 | 250.00 | | -1,750.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M AGL 76L | WELLS FARGO BASE - 8459 | 250.00 | | -1,500.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M PLI 980 | WELLS FARGO BASE - 8459 | 250.00 | | -1,250.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M GLG 089 | WELLS FARGO BASE - 8459 | 250.00 | | -1,000.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M AXA 091 | WELLS FARGO BASE - 8459 | 250.00 | | -750.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M LFG 183 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Limbaugh,M AGL 130 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Barbara J. Gaither Roth IRA (6781-591) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 746.93 | -746.93 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA AGL 76L | WELLS FARGO BASE - 8459 | 106.73 | | -640.20 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA AGL 06L | WELLS FARGO BASE - 8459 | 106.70 | | -533.50 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA GFG 009 | WELLS FARGO BASE - 8459 | 106.70 | | -426.80 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 106.70 | | -320.10 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 106.70 | | -213.40 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 106.70 | | -106.70 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Gaither,BJ-ROTH IRA AGL 130 | WELLS FARGO BASE - 8459 | 106.70 | | 0.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Rosario Matamoros (6781-784) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R ANI 521 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LBL 361 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R AXA 994 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Mike Ahlers | Commission | AP Matamoros,R LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Carter Trust (6781-770) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Carter Trust LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Carter Trust PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Carter Trust AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Julius Harry & Lois M. Severson (6781-773) Commission | WELLS FARGO BASE - 8459 | AP Harry&Severson AGL 130 | | 1,000.00 | -1,000.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Harry&Severson AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Patrice H. Blackman (6781-795) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 225.00 | -225.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Blackman,P AXA 091 | WELLS FARGO BASE - 8459 | 75.00 | | -150.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Blackman,P LFG 183 | WELLS FARGO BASE - 8459 | 75.00 | | -75.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Blackman,P PLI 140 | WELLS FARGO BASE - 8459 | 75.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Gilbert,Agnes M (6781-777) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,300.00 | -1,300.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM LBL 361 | WELLS FARGO BASE - 8459 | 162.50 | | -1,137.50 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM LBL 916 | WELLS FARGO BASE - 8459 | 162.50 | | -975.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM AXA 335 | WELLS FARGO BASE - 8459 | 162.50 | | -812.50 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM LFG 117 | WELLS FARGO BASE - 8459 | 162.50 | | -650.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM LFG 248 | WELLS FARGO BASE - 8459 | 162.50 | | -487.50 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM AXA 091 | WELLS FARGO BASE - 8459 | 162.50 | | -325.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM LFG 183 | WELLS FARGO BASE - 8459 | 162.50 | | -162.50 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP Gilbert,AM PLI 140 | WELLS FARGO BASE - 8459 | 162.50 | | 0.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | McClendon,Mark Alan-Traditional IRA (6781-737) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,260.00 | -2,260.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 226.00 | | -2,034.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD LFG 081 | WELLS FARGO BASE - 8459 | 226.00 | | -1,808.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 226.00 | | -1,582.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD LFG 117 | WELLS FARGO BASE - 8459 | 226.00 | | -1,356.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD LFG 248 | WELLS FARGO BASE - 8459 | 226.00 | | -1,130.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD AXA 994 | WELLS FARGO BASE - 8459 | 226.00 | | -904.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 226.00 | | -678.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD LFG 183 | WELLS FARGO BASE - 8459 | 226.00 | | -452.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 226.00 | | -226.00 |
| Check | 2/25/2010 | EFT | Mike Ahlers | Commission | AP McClendon,M-TRAD AGL 130 | WELLS FARGO BASE - 8459 | 226.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Anthony Cerroni (6781-816) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,240.00 | -2,240.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A LFG 081 | WELLS FARGO BASE - 8459 | 248.89 | | -1,991.12 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A LBL 361 | WELLS FARGO BASE - 8459 | 248.89 | | -1,742.23 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A AXA 335 | WELLS FARGO BASE - 8459 | 248.89 | | -1,493.34 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A LFG 117 | WELLS FARGO BASE - 8459 | 248.89 | | -1,244.45 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A LFG 248 | WELLS FARGO BASE - 8459 | 248.89 | | -995.56 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A AXA 091 | WELLS FARGO BASE - 8459 | 248.89 | | -746.67 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A LFG 183 | WELLS FARGO BASE - 8459 | 248.89 | | -497.78 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A PLI 140 | WELLS FARGO BASE - 8459 | 248.89 | | -248.89 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Cerroni,A AGL 130 | WELLS FARGO BASE - 8459 | 248.89 | | 0.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Theresa Fischer (6781-824) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,400.00 | -1,400.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LLI 899 | WELLS FARGO BASE - 8459 | 140.00 | | -1,260.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T AXA 335 | WELLS FARGO BASE - 8459 | 140.00 | | -1,120.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LFG 081 | WELLS FARGO BASE - 8459 | 140.00 | | -980.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LBL 361 | WELLS FARGO BASE - 8459 | 140.00 | | -840.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LFG 117 | WELLS FARGO BASE - 8459 | 140.00 | | -700.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LFG 248 | WELLS FARGO BASE - 8459 | 140.00 | | -560.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T AXA 091 | WELLS FARGO BASE - 8459 | 140.00 | | -420.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T LFG 183 | WELLS FARGO BASE - 8459 | 140.00 | | -280.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T PLI 140 | WELLS FARGO BASE - 8459 | 140.00 | | -140.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Fischer,T AGL 130 | WELLS FARGO BASE - 8459 | 140.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Keith C. Hill Trad IRA (6781-600) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,069.97 | -1,069.97 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 107.06 | | -962.91 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 106.99 | | -855.92 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 106.99 | | -748.93 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 106.99 | | -641.94 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 106.99 | | -534.95 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 106.99 | | -427.95 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 106.99 | | -320.97 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 106.99 | | -213.98 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 106.99 | | -106.99 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Hill,Keith-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 106.99 | | 0.00 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Nancy M. Malia Trad IRA (6781-754) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,801.56 | -1,801.56 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 180.21 | | -1,621.35 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 180.15 | | -1,441.20 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 180.15 | | -1,261.05 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 180.15 | | -1,080.90 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 180.15 | | -900.75 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 180.15 | | -720.60 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 180.15 | | -540.45 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 180.15 | | -360.30 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 180.15 | | -180.15 |
| Check | 3/4/2010 | EFT | Mike Ahlers | Commission | AP Malia,Nancy TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 180.15 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Walker, Barbara J. & Billy J. (6781-882) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 375.00 | -375.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,B&B AXA 091 | WELLS FARGO BASE - 8459 | 93.75 | | -281.25 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,B&B AVL 180 | WELLS FARGO BASE - 8459 | 93.75 | | -187.50 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,B&B PLI 140 | WELLS FARGO BASE - 8459 | 93.75 | | -93.75 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,B&B JHL 633 | WELLS FARGO BASE - 8459 | 93.75 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Felty,David L. (6781-905) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 670.00 | -670.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Felty,David LBL 361 | WELLS FARGO BASE - 8459 | 134.00 | | -536.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Felty,David LFG 117 | WELLS FARGO BASE - 8459 | 134.00 | | -402.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Felty,David AXA 091 | WELLS FARGO BASE - 8459 | 134.00 | | -268.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Felty,David PLI 140 | WELLS FARGO BASE - 8459 | 134.00 | | -134.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Felty,David JHL 633 | WELLS FARGO BASE - 8459 | 134.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Johnson,Dennis & Betty (6781-906) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Johnson,D&B AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Johnson,D&B PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Johnson,D&B JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Nemeth, Milana Roth IRA (6781-861) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 547.96 | -547.96 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Nemeth,M-ROTH IRA LFG 311 | WELLS FARGO BASE - 8459 | 109.60 | | -438.36 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Nemeth,M-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 109.59 | | -328.77 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Nemeth,M-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 109.59 | | -219.18 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Nemeth,M-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 109.59 | | -109.59 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Nemeth,M-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 109.59 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Dawley, Claudia Trad IRA (6781-778) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dawley,C-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Dellarova,Daniel V. -Traditional IRA (6781-843) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,580.00 | -2,580.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 286.64 | | -2,293.36 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 286.67 | | -2,006.69 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 286.67 | | -1,720.02 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 286.67 | | -1,433.35 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 286.67 | | -1,146.68 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 286.67 | | -860.01 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 286.67 | | -573.34 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 286.67 | | -286.67 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Dellarova,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 286.67 | | 0.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Walker, John B. Trad IRA (6781-848) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,370.00 | -1,370.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,JB-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 274.00 | | -1,096.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,JB-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 274.00 | | -822.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,JB-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 274.00 | | -548.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,JB-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 274.00 | | -274.00 |
| Check | 3/18/2010 | EFT | Mike Ahlers | Commission | AP Walker,JB-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 274.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Wilkshire,Arlene-Traditional IRA (6781-863A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 625.00 | -625.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Wilkshire,A-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Wilkshire,A-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Wilkshire,A-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Wilkshire,A-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Wilkshire,A-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Prickett, Robert-Traditional IRA (6781-873) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA JHL 363 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Prickett,R-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | McDavid,Frederick & Elizabeth (6781-956) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP McDavid,F&E LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP McDavid,F&E LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP McDavid,F&E AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP McDavid,F&E PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP McDavid,F&E JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Jones,Minga Trad IRA (6781-930) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,145.00 | -2,145.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 214.50 | | -1,930.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 214.50 | | -1,716.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 214.50 | | -1,501.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 214.50 | | -1,287.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 214.50 | | -1,072.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 214.50 | | -858.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 214.50 | | -643.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 214.50 | | -429.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 214.50 | | -214.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Jones,Minga-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 214.50 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Khan, Tara Trad IRA (6781-870) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,995.50 | -1,995.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 199.55 | | -1,795.95 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 199.55 | | -1,596.40 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 199.55 | | -1,396.85 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 199.55 | | -1,197.30 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 199.55 | | -997.75 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 199.55 | | -798.20 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 199.55 | | -598.65 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 199.55 | | -399.10 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 199.55 | | -199.55 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Khan,Tara-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 199.55 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Kufferath, Bruce B. Trad IRA (6781-903) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,250.00 | -5,250.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 525.00 | | -4,725.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 525.00 | | -4,200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 525.00 | | -3,675.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 525.00 | | -3,150.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 525.00 | | -2,625.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 525.00 | | -2,100.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 525.00 | | -1,575.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 525.00 | | -1,050.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 525.00 | | -525.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kufferath,B-TRAD IRA JHL 833 | WELLS FARGO BASE - 8459 | 525.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Williams, Mary Lou Trad IRA (6781-907) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Williams,ML-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Williams,ML-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Williams,ML-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Williams,ML-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Williams,ML-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Woodard, John Victor Trad IRA (6781-838) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Woodard,JV-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Lanier, David C. Trad IRA (6781-864) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 125.00 | | -625.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 125.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 125.00 | | -375.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 125.00 | | -250.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Lanier,DC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Kisling Jr, James Boyd Trad IRA (6781-805) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 644.13 | -644.13 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 107.33 | | -536.80 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 107.36 | | -429.44 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 107.36 | | -322.08 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 107.36 | | -214.72 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 107.36 | | -107.36 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Kisling,JB-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 107.36 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Turner,Terry Glynn-Traditional IRA (6781-782) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 497.50 | -497.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Turner,GT-ROTH IRA AXA 335 | WELLS FARGO BASE - 8459 | 99.50 | | -398.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Turner,GT-ROTH IRA LFG 311 | WELLS FARGO BASE - 8459 | 99.50 | | -298.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Turner,GT-ROTH IRA AVL 160 | WELLS FARGO BASE - 8459 | 99.50 | | -199.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Turner,GT-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.50 | | -99.50 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Turner,GT-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.50 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Schneider, John Trad IRA (6781-955) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 700.00 | -700.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA AVL 160 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| **Total Mike Ahlers** | | | | | | | 153,169.58 | 153,169.58 | 0.00 |
| | | | | | | | | | |
| **Mike Givilancz, Jr.** | | | | | | | | | |
| Check | 9/10/2009 | 1800 | Mike Givilancz, Jr. | Rojas-IRA (6781-135) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/10/2009 | 1800 | Mike Givilancz, Jr. | Client: Jorge Rojas, Jr. - IRA | AP Rojas-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 9/10/2009 | 1800 | Mike Givilancz, Jr. | Total $ Amount: 25,000.00 | AP Rojas-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 9/10/2009 | 1800 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Rojas-IRA ING 038 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 9/10/2009 | 1805 | Mike Givilancz, Jr. | Molina-Rojas-IRA (6781-134) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,400.00 | -5,400.00 |
| Check | 9/10/2009 | 1805 | Mike Givilancz, Jr. | Client: Lorena Molina-Rojas IRA | AP Molina-Rojas-IRA MAM 680 | WELLS FARGO BASE - 8459 | 1,350.00 | | -4,050.00 |
| Check | 9/10/2009 | 1805 | Mike Givilancz, Jr. | Total $ Amount: 45,000.00 | AP Molina-Rojas-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,350.00 | | -2,700.00 |
| Check | 9/10/2009 | 1805 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Molina-Rojas-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,350.00 | | -1,350.00 |
| Check | 9/10/2009 | 1805 | Mike Givilancz, Jr. | Molina-Rojas-IRA (6781-134) Commission | AP Molina-Rojas-IRA ING 038 | WELLS FARGO BASE - 8459 | 1,350.00 | | 0.00 |
| Check | 9/10/2009 | 1835 | Mike Givilancz, Jr. | Roman-IRA (6781-130) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 515.52 | -515.52 |
| Check | 9/10/2009 | 1835 | Mike Givilancz, Jr. | Client: Isabel A. Roman IRA | AP Roman-IRA ING 038 | WELLS FARGO BASE - 8459 | 515.52 | | 0.00 |
| Check | 9/10/2009 | 1840 | Mike Givilancz, Jr. | Villarreal-IRA (6781-132) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 481.32 | -481.32 |
| Check | 9/10/2009 | 1840 | Mike Givilancz, Jr. | Client: Rebecca Villarreal IRA | AP Villarreal-IRA ING 038 | WELLS FARGO BASE - 8459 | 481.32 | | 0.00 |
| Check | 9/10/2009 | 1845 | Mike Givilancz, Jr. | Guzman-IRA (6781-131) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 462.85 | -462.85 |
| Check | 9/10/2009 | 1845 | Mike Givilancz, Jr. | Client: Patricia Guzman IRA | AP Guzman-IRA ING 038 | WELLS FARGO BASE - 8459 | 462.85 | | 0.00 |
| Check | 9/10/2009 | 1850 | Mike Givilancz, Jr. | Sanchez-IRA (6781-133) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 453.59 | -453.59 |
| Check | 9/10/2009 | 1850 | Mike Givilancz, Jr. | Client: Ana Maria Sanchez IRA | AP Sanchez-IRA ING 038 | WELLS FARGO BASE - 8459 | 453.59 | | 0.00 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 25,159.49 | -25,159.49 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Client: Albert Flores IRA | AP Flores-IRA MET 650 | WELLS FARGO BASE - 8459 | 2,515.95 | | -22,643.54 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Total $ Amount: 209,662.38 | AP Flores-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,515.95 | | -20,127.59 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Flores-IRA AXA 604 | WELLS FARGO BASE - 8459 | 2,515.95 | | -17,611.64 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA WPL 982 | WELLS FARGO BASE - 8459 | 2,515.95 | | -15,095.69 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,515.95 | | -12,579.74 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,515.95 | | -10,063.79 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA MAM 660 | WELLS FARGO BASE - 8459 | 2,515.95 | | -7,547.84 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,515.95 | | -5,031.89 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA LFG 566 | WELLS FARGO BASE - 8459 | 2,515.95 | | -2,515.94 |
| Check | 9/14/2009 | 1869 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA ING 038 | WELLS FARGO BASE - 8459 | 2,515.94 | | 0.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Client: Ricardo Arturo Gonzalez | AP Gonzalez,R HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Total $ Amount: 25,000.00 | AP Gonzalez,R AGL 73L | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Gonzalez,R AXA 604 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | AP Gonzalez,R LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/16/2009 | 2318 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | AP Gonzalez,R LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | Client: Lisa M. Garcia (6781-372) | AP Garcia,L HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | Total $ Amount: 10,000.00 | AP Garcia,L LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | Client: Madeline Garcia (6781-373) | AP Garcia,M LNL 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | Total $ Amount: 20,000.00 | AP Garcia,M LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,840.00 | -3,840.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Client: Lorena Molina Rojas-IRA (6781-134A) | AP Rojas,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,280.00 | | -2,560.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Total $ Amount: 32,000.00 | AP Rojas,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,280.00 | | -1,280.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Rojas,L-IRA ING 038 | WELLS FARGO BASE - 8459 | 1,280.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Dangelo,J PLI 660 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J AXA 597 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J LBI 771 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Sandra Prado (6781-493) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado JPI 062 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado LNL 20A | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado JPI 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Zawislak,Walter (6781-546) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak,W LFG 740 | WELLS FARGO BASE - 8459 | 960.00 | | -3,840.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak PLI 960 | WELLS FARGO BASE - 8459 | 960.00 | | -2,880.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak AXA 729 | WELLS FARGO BASE - 8459 | 960.00 | | -1,920.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak,W LFG 183 | WELLS FARGO BASE - 8459 | 960.00 | | -960.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak PLI 140 | WELLS FARGO BASE - 8459 | 960.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Langley,Olga (6781-540) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Client: Olga Langley (6781-540) | AP Langley,O LFG 740 | WELLS FARGO BASE - 8459 | 960.00 | | -3,840.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Total $ Amount: 40,000.00 | AP Langley,O PLI 960 | WELLS FARGO BASE - 8459 | 960.00 | | -2,880.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Langley,O AXA 729 | WELLS FARGO BASE - 8459 | 960.00 | | -1,920.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Langley,O LFG 183 | WELLS FARGO BASE - 8459 | 960.00 | | -960.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Langley,Olga (6781-540) Commission | AP Langley,O PLI 140 | WELLS FARGO BASE - 8459 | 960.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Kutugata, Jorge L. Roth IRA (6781-886) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,371.88 | -9,371.88 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH LFG 735 | WELLS FARGO BASE - 8459 | 1,338.84 | | -8,033.04 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AXA826CD | WELLS FARGO BASE - 8459 | 1,338.84 | | -6,694.20 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH LFG 311 | WELLS FARGO BASE - 8459 | 1,338.84 | | -5,355.36 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 1,338.84 | | -4,016.52 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AVL 140 | WELLS FARGO BASE - 8459 | 1,338.84 | | -2,677.68 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 7/22/2009 | 1178 | Paul N. Brost | Commission | AP Bomhoff-IRA ING 283 | WELLS FARGO BASE - 8459 | 550.00 | | -550.00 |
| Check | 7/22/2009 | 1178 | Paul N. Brost | Commission | AP Bomhoff-IRA OML 446 | WELLS FARGO BASE - 8459 | 550.00 | | 0.00 |
| **Total Paul N. Brost** | | | | | | | 23,925.00 | 23,925.00 | 0.00 |
| **PC&S, LLC** | | | | | | | | | |
| Check | 4/27/2009 | 1001 | PC&S, LLC | commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,000.00 | -16,000.00 |
| Check | 4/27/2009 | 1001 | PC&S, LLC | comm | AP Edmundo Vielman LBL165 | WELLS FARGO BASE - 8459 | 3,200.00 | | -12,800.00 |
| Check | 4/27/2009 | 1001 | PC&S, LLC | comm | AP Edmundo Vielman LNL789 | WELLS FARGO BASE - 8459 | 3,200.00 | | -9,600.00 |
| Check | 4/27/2009 | 1001 | PC&S, LLC | comm | AP Edmundo Vielman MML222 | WELLS FARGO BASE - 8459 | 3,200.00 | | -6,400.00 |
| Check | 4/27/2009 | 1001 | PC&S, LLC | comm | AP Edmundo Vielman OML446 | WELLS FARGO BASE - 8459 | 3,200.00 | | -3,200.00 |
| Check | 4/27/2009 | 1001 | PC&S, LLC | comm | AP Edmundo Vielman PAL 113 | WELLS FARGO BASE - 8459 | 3,200.00 | | 0.00 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,396.00 | -17,396.00 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | comm | AP Allene Dean LBL165 | WELLS FARGO BASE - 8459 | 3,479.20 | | -13,916.80 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | comm | AP Allene Dean LNL789 | WELLS FARGO BASE - 8459 | 3,479.20 | | -10,437.60 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | comm | AP Allene Dean MML222 | WELLS FARGO BASE - 8459 | 3,479.20 | | -6,958.40 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | comm | AP Allene Dean OML446 | WELLS FARGO BASE - 8459 | 3,479.20 | | -3,479.20 |
| Check | 5/4/2009 | 1003 | PC&S, LLC | comm | AP Allene Dean PAL113 | WELLS FARGO BASE - 8459 | 3,479.20 | | 0.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust LNL 177 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor AGL 73L | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust AXA804 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust JHL920 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust LNL 591 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust SLA 534 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust LBL165 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust LNL 032 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor ING 263 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 6/15/2009 | 1041 | PC&S, LLC | Commission | AP Taylor Trust OML446 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 7/1/2009 | 1091 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | AP Saenz-IRA OML 446 | | 2,586.04 | -2,586.04 |
| Check | 7/1/2009 | 1091 | PC&S, LLC | Commission | AP Saenz-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,586.04 | | 0.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | AP Werner Family Trust LBL 165 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | AP Werner Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | AP Werner Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | AP Werner Family Trust ING 283 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 7/7/2009 | 1114 | PC&S, LLC | Commission | AP Werner Family Trust OML 446 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,216.88 | -1,216.88 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA LNL 177 | WELLS FARGO BASE - 8459 | 121.68 | | -1,095.20 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA AGL 73L | WELLS FARGO BASE - 8459 | 121.68 | | -973.52 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA AXA 804 | WELLS FARGO BASE - 8459 | 121.68 | | -851.84 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA LNL 591 | WELLS FARGO BASE - 8459 | 121.68 | | -730.16 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA SLA 534 | WELLS FARGO BASE - 8459 | 121.68 | | -608.48 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA LBL 165 | WELLS FARGO BASE - 8459 | 121.68 | | -486.80 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA ANI 852 | WELLS FARGO BASE - 8459 | 121.68 | | -365.12 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA LNL 032 | WELLS FARGO BASE - 8459 | 121.68 | | -243.44 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA ING 283 | WELLS FARGO BASE - 8459 | 121.68 | | -121.76 |
| Check | 7/10/2009 | 1121 | PC&S, LLC | Commission | AP Vergara-Lemon-IRA OML 446 | WELLS FARGO BASE - 8459 | 121.76 | | 0.00 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,774.41 | -2,774.41 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA LNL 177 | WELLS FARGO BASE - 8459 | 277.44 | | -2,496.97 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA AGL 73L | WELLS FARGO BASE - 8459 | 277.44 | | -2,219.53 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA AXA 804 | WELLS FARGO BASE - 8459 | 277.44 | | -1,942.09 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA LNL 591 | WELLS FARGO BASE - 8459 | 277.44 | | -1,664.65 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA SLA 534 | WELLS FARGO BASE - 8459 | 277.44 | | -1,387.21 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA LBL 165 | WELLS FARGO BASE - 8459 | 277.44 | | -1,109.77 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA ANI 852 | WELLS FARGO BASE - 8459 | 277.44 | | -832.33 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA LNL 032 | WELLS FARGO BASE - 8459 | 277.44 | | -554.89 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA ING 283 | WELLS FARGO BASE - 8459 | 277.44 | | -277.45 |
| Check | 7/10/2009 | 1125 | PC&S, LLC | Commission | AP Norton-IRA OML 446 | WELLS FARGO BASE - 8459 | 277.45 | | 0.00 |
| Check | 7/16/2009 | 1140 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 660.00 | -660.00 |
| Check | 7/16/2009 | 1140 | PC&S, LLC | Commission | AP CB18 Investor Group ING 283 | WELLS FARGO BASE - 8459 | 330.00 | | -330.00 |
| Check | 7/16/2009 | 1140 | PC&S, LLC | Commission | AP CB19 Investor Group OML 446 | WELLS FARGO BASE - 8459 | 330.00 | | 0.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | AP Chodan-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,000.00 | | 1,000.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | WELLS FARGO BASE - 8459 | AP Chodan-IRA LNL 032 | | 1,000.00 | 0.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | AP Chodan-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,000.00 | | 1,000.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | WELLS FARGO BASE - 8459 | AP Chodan-IRA ING 283 | | 1,000.00 | 0.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | AP Chodan-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,000.00 | | 1,000.00 |
| General Journal | 7/21/2009 | 1186 | PC&S, LLC | commission | WELLS FARGO BASE - 8459 | AP Chodan-IRA OML 446 | | 1,000.00 | 0.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | AP Corigliano LBL 165 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | AP Corigliano ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | AP Corigliano LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | AP Corigliano ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/27/2009 | 1186 | PC&S, LLC | Commission | AP Corigliano OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | AP Kroeck Family Trust LBL 165 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | AP Kroeck Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | AP Kroeck Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | AP Kroeck Family Trust ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/27/2009 | 1193 | PC&S, LLC | Commission | AP Kroeck Family Trust OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/30/2009 | 1266 | PC&S, LLC | Kim & Carla Sammartino (6781-66) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,155.63 | -4,155.63 |
| Check | 7/30/2009 | 1266 | PC&S, LLC | Commission | AP Sammartino LNL 591 | WELLS FARGO BASE - 8459 | 831.15 | | -3,324.48 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 7/30/2009 | 1266 | PC&S, LLC | Commission | AP Sammartino TRA 281 | WELLS FARGO BASE - 8459 | 831.12 | | -2,493.36 |
| Check | 7/30/2009 | 1266 | PC&S, LLC | Commission | AP Sammartino ING 201 | WELLS FARGO BASE - 8459 | 831.12 | | -1,662.24 |
| Check | 7/30/2009 | 1266 | PC&S, LLC | Commission | AP Sammartino ING 283 | WELLS FARGO BASE - 8459 | 831.12 | | -831.12 |
| Check | 7/30/2009 | 1266 | PC&S, LLC | Commission | AP Sammartino OML 446 | WELLS FARGO BASE - 8459 | 831.12 | | 0.00 |
| Check | 8/5/2009 | 1281 | PC&S, LLC | Pechacek-IRA (6781-76) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 8/5/2009 | 1281 | PC&S, LLC | Client: Eric Pechacek | AP Pechacek-IRA OML 446 | WELLS FARGO BASE - 8459 | 2,400.00 | | 0.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | Client: Herbert & Dianna McMillan | AP McMillan Trust LNL 177 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | Total $ Amount: 100,000.00 | AP McMillan Trust AGL 73L | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | Licensee: Milke & Milke | AP McMillan Trust AXA 804 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust LNL 591 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust OML 446 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust ING 283 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust AGL 68L | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 8/6/2009 | 1289 | PC&S, LLC | McMillan Trust(6781-66) Commission | AP McMillan Trust TRA 281 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 8/11/2009 | 1337 | PC&S, LLC | Resendez(6781-103) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 8/11/2009 | 1337 | PC&S, LLC | Client: Josie Diaz Resendez | AP Resendez AXA 804 | WELLS FARGO BASE - 8459 | 900.00 | | -900.00 |
| Check | 8/11/2009 | 1337 | PC&S, LLC | Total $ Amount: 30,000.00 | AP Resendez LNL 591 | WELLS FARGO BASE - 8459 | 900.00 | | 0.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Washington-IRA(6781-41) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Client: Shane Washington-IRA | AP Washington-IRA SLA 534 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Total $ Amount: 50,000.00 | AP Washington-IRA LBL 165 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Licensee: Karl Kitllaus | AP Washington-IRA LNL 032 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Washington-IRA(6781-41) Commission | AP Washington-IRA ING 283 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 8/21/2009 | 1439 | PC&S, LLC | Washington-IRA(6781-41) Commission | AP Washington-IRA OML 446 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 8/26/2009 | 1486 | PC&S, LLC | Elmore-IRA(6781-32) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 8/26/2009 | 1486 | PC&S, LLC | Client: Frank J. Elmore-IRA | AP Elmore-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 8/26/2009 | 1486 | PC&S, LLC | Total $ Amount: 30,000.00 | AP Elmore-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 8/26/2009 | 1486 | PC&S, LLC | Licensee: PC&S, LLC (16.00%) | AP Elmore-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Stockl-IRA(6781-104) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Client: Anthony J. Stockl-IRA | AP Stockl-IRA TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Total $ Amount: 30,000.00 | AP Stockl-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Licensee: Milke and Milke (10.00%) | AP Stockl-IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Stockl-IRA(6781-104) Commission | AP Stockl-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Stockl-IRA(6781-104) Commission | AP Stockl-IRA ING 283 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 8/26/2009 | 1493 | PC&S, LLC | Stockl-IRA(6781-104) Commission | AP Stockl-IRA OML 446 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Client: Bill Kingrey | AP Kingrey LNL 177 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Total $ Amount: 50,000.00 | AP Kingrey AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Licensee: Paul J. Nick (10.00%) | AP Kingrey AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/3/2009 | 1536 | PC&S, LLC | Kingrey (6781-137) Commission | AP Kingrey ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Benitez-IRA(6781-189) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Client: Juan Benitez-IRA | AP Benitez-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Benitez-IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Licensee: Juan Benitez (10.00%) | AP Benitez-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Benitez-IRA(6781-189) Commission | AP Benitez-IRA WPL 982 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/9/2009 | 1589 | PC&S, LLC | Benitez-IRA(6781-189) Commission | AP Benitez-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Maxfield(6781-197) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Client: Peter Maxfield | AP Maxfield AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Maxfield LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Licensee: Ron Thompson (10.00%) | AP Maxfield LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Maxfield(6781-197) Commission | AP Maxfield AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/23/2009 | 1838 | PC&S, LLC | Maxfield(6781-197) Commission | AP Maxfield ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Client: Anson & Lillian Kee | AP Kee MET 050 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Kee AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Licensee: Clement Ng (12.00%) | AP Kee AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee MAM 860 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 9/23/2009 | 1841 | PC&S, LLC | Kee (6781-199) Commission | AP Kee ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | West (6781-215) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | Client: Kelly A. West | AP West AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | Total $ Amount: 30,000.00 | AP West AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | Licensee: Mike Ahiers (14.00%) | AP West LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | West (6781-215) Commission | AP West ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | West (6781-215) Commission | AP West LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/24/2009 | 1861 | PC&S, LLC | West (6781-215) Commission | AP West ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingesmith (6781-252) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Client: Harry Galliver & Margaret Klingesmith | AP Galliver&Klingesmith MET650 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Total $ Amount 50,000.00 | AP Galliver&Klingesmith AGL73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/6/2009 | 2064 | PC&S, LLC | Licensee: Greg Chick (10.00%) | AP Galliver&Klingensmith AXA804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith AXA148 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith LNL740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith ING201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith ANI852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith LNL782 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith LFG556 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/6/2009 | 2064 | PC&S, LLC | Galliver&Klingensmith (6781-252) Commission | AP Galliver&Klingensmith ING038 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Lyons-IRA (6781-208) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Client: Robert Lyons-IRA | AP Lyons-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Lyons-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Licensee: Milks and Milks (10.00%) | AP Lyons-IRA LNL 032 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Lyons-IRA (6781-208) Commission | AP Lyons-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/7/2009 | 2101 | PC&S, LLC | Lyons-IRA (6781-208) Commission | AP Lyons-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Client: Stephen Davis-IRA | AP Davis-IRA MET 650 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Total $ Amount: 50,000.00 | AP Davis-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Licensee: Paul J. Nick (10.00%) | AP Davis-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA WPL 582 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/7/2009 | 2107 | PC&S, LLC | Davis-IRA (6781-237) Commission | AP Davis-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Client: Peter Maxfield - IRA | AP Maxfield,P-IRA MET 650 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Total $ Amount: 200,000.00 | AP Maxfield,P-IRA AGL 73L | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Licensee: Ron Thompson (10.00%) | AP Maxfield,P-IRA AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA AXA 148 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/9/2009 | 2158 | PC&S, LLC | Maxfield-IRA (6781-198A) Commission | AP Maxfield,P-IRA ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Long (6781-275) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Client: Madelyn M. Long | AP Long,M AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Long,M AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Licensee: Justice C. "Jack" Titlow, Sr. (10.00%) | AP Long,M ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Long (6781-275) Commission | AP Long,M LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/13/2009 | 2212 | PC&S, LLC | Long (6781-275) Commission | AP Long,M LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Client: Herb D. Gardner | AP Gardner, H HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Total $ Amount: 50,000.00 | AP Gardner, H AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Licensee: Kenneth J. Franco (10.00%) | AP Gardner, H AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H AXA 148 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/16/2009 | 2327 | PC&S, LLC | Gardner (6781-304) Commission | AP Gardner, H ING 038 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/26/2009 | 2536 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/26/2009 | 2536 | PC&S, LLC | Client: Monte Meers (6781-327) | AP Meers LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 10/26/2009 | 2536 | PC&S, LLC | Total $ amount $10,000 | AP Meers ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | Client: Richard Maxfield IRA (6781-202) | AP Maxfield,R-IRA MET 650 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | Total $ amount $50,000 | AP Maxfield,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | Licensee: Ron Thompson (10%) | AP Maxfield,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | Commissions | AP Maxfield,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/27/2009 | 2575 | PC&S, LLC | | AP Maxfield,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | Client: Dale & Lynda Campbell | AP Campbell HLI 814 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | Total $ Amount: 250,000.00 | AP Campbell LNL 781 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | Licensee: Nell Campbell (12.00%) | AP Campbell AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | Commission | AP Campbell AXA 148 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell LNL 740 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 10/28/2009 | 2621 | PC&S, LLC | | AP Campbell ING 038 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 10/28/2009 | 2659 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 10/28/2009 | 2659 | PC&S, LLC | Client: Bobbie N. Hartenstein (6781-335) | AP Hartenstein LNL 761 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/28/2009 | 2659 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Hartenstein AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/28/2009 | 2859 | PC&S, LLC | Licensee: Randall N. Foreman (10.00%) | AP Hartenstein AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/28/2009 | 2859 | PC&S, LLC | Commission | AP Hartenstein LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/28/2009 | 2859 | PC&S, LLC | | AP Hartenstein ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | Client: Louis J. Rizzo IRA (6781-345) | AP Rizzo,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | Total $ Amount $50,000 | AP Rizzo,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | Licensee: Nevin V Abraham (10%) | AP Rizzo,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | Commissions | AP Rizzo,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/29/2009 | 2690 | PC&S, LLC | | AP Rizzo,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | Client: Edith M. Pair (6781-357) | AP Pair,E LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | Total $ amount $25,000 | AP Pair,E AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | Licensee: Randall N. Foreman (10%) | AP Pair,E AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | Commissions | AP Pair,E LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/30/2009 | 2715 | PC&S, LLC | | AP Pair,E ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/4/2009 | 2832 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,700.00 | -2,700.00 |
| Check | 11/4/2009 | 2832 | PC&S, LLC | Client: Kelly A. West (6781-215A) | AP West, K HLI 814 | WELLS FARGO BASE - 8459 | 675.00 | | -2,025.00 |
| Check | 11/4/2009 | 2832 | PC&S, LLC | Total $ Amount: 30,000.00 | AP West, K LLI 899 | WELLS FARGO BASE - 8459 | 675.00 | | -1,350.00 |
| Check | 11/4/2009 | 2832 | PC&S, LLC | Licensee: Mike Ahlers (8.00%) | AP West, K AXA 146 | WELLS FARGO BASE - 8459 | 675.00 | | -675.00 |
| Check | 11/4/2009 | 2832 | PC&S, LLC | Commission | AP West, K LNL 782 | WELLS FARGO BASE - 8459 | 675.00 | | 0.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | Client: Justice C. Titlow, Sr. (6781-368) | AP Titlow, J HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Titlow, J AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | Licensee:Justice C. "Jack" Titlow, Sr. (10.00%) | AP Titlow, J AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | Commission | AP Titlow, J LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/4/2009 | 2850 | PC&S, LLC | | AP Titlow, J ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | Client: Lynn Brown-IRA (67891-365) | AP Brown,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Brown,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | Licensee: Joe Francis (10.00%) | AP Brown,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | Commision | AP Brown,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/5/2009 | 2895 | PC&S, LLC | | AP Brown,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | Client: Nolen L. Cline (6781-437) | AP Cline, N LNL 26A | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | Total $ Amount: 40,000.00 | AP Cline, N LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | Licensee: Stephen G. McIntyre (10.00%) | AP Cline, N LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | Commission | AP Cline, N ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | | AP Cline, N LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | | AP Cline, N PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | | AP Cline, N ASL 062 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/9/2009 | 2924 | PC&S, LLC | | AP Cline, N JPI 062 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/10/2009 | 2939 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 11/10/2009 | 2939 | PC&S, LLC | Client: Dale & Lynda Campbell (6781-336A) | AP Campbell D&L PLI 930 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 11/10/2009 | 2939 | PC&S, LLC | Total $ amount $150,000 | AP Campbell D&L AGL 062 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 11/10/2009 | 2939 | PC&S, LLC | Licensee: Neil Campbell (12%) | AP Campbell D&L ANI 521 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | Client: Wood Family Trust (6781-360) | AP Wood Family Trust AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | Total $ amount $50,000 | AP Wood Family Trust LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | Licensee: Alliance of Prof for Bus/Neil Inscoe (12%) | AP Wood Family Trust LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | Commissions | AP Wood Family Trust ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust PLI 930 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 11/10/2009 | 2960 | PC&S, LLC | | AP Wood Family Trust HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,491.00 | -1,491.00 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | Client: Edie D. Pike-IRA (6781-305) | AP Pike,E-IRA HLI 814 | WELLS FARGO BASE - 8459 | 149.10 | | -1,341.90 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | Total $ amount $49,700 | AP Pike,E-IRA AGL 73L | WELLS FARGO BASE - 8459 | 149.10 | | -1,182.80 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | Alternative Solutions Ins Serv/Greg Chick (10%) | AP Pike,E-IRA AXA 804 | WELLS FARGO BASE - 8459 | 149.10 | | -1,043.70 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | Commissions | AP Pike,E-IRA AXA 146 | WELLS FARGO BASE - 8459 | 149.10 | | -894.60 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA LNL 740 | WELLS FARGO BASE - 8459 | 149.10 | | -745.50 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA ING 201 | WELLS FARGO BASE - 8459 | 149.10 | | -596.40 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA ANI 852 | WELLS FARGO BASE - 8459 | 149.10 | | -447.30 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA LNL 782 | WELLS FARGO BASE - 8459 | 149.10 | | -298.20 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA LFG 566 | WELLS FARGO BASE - 8459 | 149.10 | | -149.10 |
| Check | 11/10/2009 | 2974 | PC&S, LLC | | AP Pike,E-IRA ING 036 | WELLS FARGO BASE - 8459 | 149.10 | | 0.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | Client: Robert R. Skinner (6781-389) | AP Skinner, R AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Skinner, R LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | Licensee: Randall N. Foreman (10.00%) | AP Skinner, R LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | Commission | AP Skinner, R ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/12/2009 | 3043 | PC&S, LLC | | AP Skinner, R PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,200.00 | -3,200.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | Client: Thomas W. McKinley (6781-398) | AP McKinley,T AXA 804 | WELLS FARGO BASE - 8459 | 320.00 | | -2,880.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | Total $ Amount: 80,000.00 | AP McKinley,T LLI 899 | WELLS FARGO BASE - 8459 | 320.00 | | -2,560.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/12/2009 | 3063 | PC&S, LLC | Licensee: Edmond G. Brown (10.00%) | AP McKinley,T LNL 740 | WELLS FARGO BASE - 8459 | 320.00 | | -2,240.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | Commission | AP McKinley,T ING 201 | WELLS FARGO BASE - 8459 | 320.00 | | -1,920.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T LNL 782 | WELLS FARGO BASE - 8459 | 320.00 | | -1,600.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T PLI 930 | WELLS FARGO BASE - 8459 | 320.00 | | -1,280.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T LFG 566 | WELLS FARGO BASE - 8459 | 320.00 | | -960.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T AGL 062 | WELLS FARGO BASE - 8459 | 320.00 | | -640.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T ANI 521 | WELLS FARGO BASE - 8459 | 320.00 | | -320.00 |
| Check | 11/12/2009 | 3063 | PC&S, LLC | | AP McKinley,T PLI 140 | WELLS FARGO BASE - 8459 | 320.00 | | 0.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | Client: Suzanne Keener (6781-404) | AP Keener,S PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | Total $ Amount: 25,000.00 | AP Keener,S LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | Licensee: Tom Keener (10.00%) | AP Keener,S AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | Commission | AP Keener,S LBL 771 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/17/2009 | 3203 | PC&S, LLC | | AP Keener,S PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/19/2009 | 3269 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/19/2009 | 3269 | PC&S, LLC | Client: Bill Sparkman FBO Adam Sparkman (6781-433) | AP Sparkman,B FBO Adam AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/19/2009 | 3269 | PC&S, LLC | Total $ Amount: 10,000.00 | AP Sparkman,B FBO Adam PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | Client: Wayne & Elaine Richards Trust (6781-434) | AP Richards Trust LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | Total $ Amount: 40,000.00 | AP Richards Trust ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | Licensee: First Capital Advisors, LLC/Bill Sparkman | AP Richards Trust EM LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | Commission | AP Richards Trust PLI 680 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | | AP Richards Trust AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | | AP Richards Trust EM AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | | AP Richards Trust EM LNL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/19/2009 | 3273 | PC&S, LLC | | AP Richards Trust PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | Client: James & Sheila Herald (6781-435) | AP Herald,J LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | Total $ Amount: 50,000.00 | AP Herald,J LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | Licensee: Randall N. Foreman (10.00%) | AP Herald,J LNL 26A | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | Commission | AP Herald,J JPI 062 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J PLI 680 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J AXA 597 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J LBL 771 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/23/2009 | 3321 | PC&S, LLC | | AP Herald,J PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,100.00 | -2,100.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | Client: Patrick & Beverly Gordon Trust (6781-454) | AP Gordon Trust JPI 062 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | Total $ amount $35,000 | AP Gordon Trust LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | Licensee: First Capital Advisors LLC/Bill Sparkman (10%) | AP Gordon Trust PLI 680 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | Commissions | AP Gordon Trust AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | | AP Gordon Trust AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | | AP Gordon Trust LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/25/2009 | 3429 | PC&S, LLC | | AP Gordon Trust PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| **Total PC&S, LLC** | | | | | | | **132,879.96** | **132,879.96** | **0.00** |
| | | | | | | | | | |
| **Randall N. Foreman** | | | | | | | | | |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | Client: Bobbie N. Hartenstein (6781-335) | AP Hartenstein LNL 761 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | Total $ Amount: 25,000.00 | AP Hartenstein AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | Licensee: Randall N. Foreman (10.00%) | AP Hartenstein AXA 146 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | Commission | AP Hartenstein LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/28/2009 | 2654 | Randall N. Foreman | | AP Hartenstein ING 035 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | Client: Edith M. Pair (6781-357) | AP Pair,E LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | Total $ amount $25,600 | AP Pair,E AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | Licensee: Randall N. Foreman (10%) | AP Pair,E AXA 146 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | Commissions | AP Pair,E LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/30/2009 | 2710 | Randall N. Foreman | | AP Pair,E ING 035 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | Client: Robert R. Skinner (6781-389) | AP Skinner,R AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | Total $ Amount: 25,000.00 | AP Skinner,R LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | Licensee: Randall N. Foreman (10.00%) | AP Skinner,R LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | Commission | AP Skinner,R ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 11/12/2009 | 3038 | Randall N. Foreman | | AP Skinner,R PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | Client: James & Sheila Herald (6781-435) | AP Herald,J LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | Total $ Amount: 50,000.00 | AP Herald,J LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | Licensee: Randall N. Foreman (10.00%) | AP Herald,J LNL 26A | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | Commission | AP Herald,J JPI 062 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J PLI 680 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J AXA 597 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J AGL 062 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J LBL 771 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 11/23/2009 | 3317 | Randall N. Foreman | | AP Herald,J PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/25/2010 | 4930 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 3/25/2010 | 4930 | Randall N. Foreman | Client: Arlene Wilkshire-Traditions IRA (6781-863A) | AP Wilkshire,A-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/25/2010 | 4930 | Randall N. Foreman | Total $ Amount: 25,000.00 | AP Wilkshire,A-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/25/2010 | 4930 | Randall N. Foreman | Licensee: Randall N. Foreman (10.00%) | AP Wilkshire,A-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/29/2009 | 2683 | Gary Oliver | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | Client: Nelda Hammett-IRA (6781-301) | AP Hammett,N-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | Total $ amount $50,000 | AP Hammett,N-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | Licensee: Charles David Gray (13%) | AP Hammett,N-IRA AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | Commission | AP Hammett,N-IRA AXA 146 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/29/2009 | 2683 | Gary Oliver | | AP Hammett,N-IRA ING 036 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/30/2009 | 2749 | Gary Oliver | | WELLS FARGO BASE - 8459 | -SPLIT- | | 369.72 | -369.72 |
| Check | 10/30/2009 | 2749 | Gary Oliver | Client: Lance B. Hight (6781-356) | AP Hight, L LNL 782 | WELLS FARGO BASE - 8459 | 184.86 | | -184.86 |
| Check | 10/30/2009 | 2749 | Gary Oliver | Total $ amount $12,324 | AP Hight, L LFG 566 | WELLS FARGO BASE - 8459 | 184.86 | | 0.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | Client: Porter L. Bentley, Jr. (6781-379) | AP Bentley,P AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | Total $ amount $25,000 | AP Bentley,P LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | Licensee: Wayne Holmes (10%) | AP Bentley,P PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | Commissions | AP Bentley,P LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/10/2009 | 2954 | Gary Oliver | | AP Bentley,P ING 036 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | | WELLS FARGO BASE - 8459 | -SPLIT- | | 540.00 | -540.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | Client: Cynthia Diane Neal-Noble-IRA (6781-381) | AP Neal-Noble,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 108.00 | | -432.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | Total $ amount $27,000 | AP Neal-Noble,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 108.00 | | -324.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | Licensee: James "Terry" Rose (13%) | AP Neal-Noble,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 108.00 | | -216.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | Commissions | AP Neal-Noble,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 108.00 | | -108.00 |
| Check | 11/24/2009 | 3375 | Gary Oliver | | AP Neal-Noble,C-IRA ANI 521 | WELLS FARGO BASE - 8459 | 108.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Gary W. Parker IRA (6781-424) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA AXA 804 | WELLS FARGO BASE - 8459 | 225.00 | | -2,025.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA LLI 899 | WELLS FARGO BASE - 8459 | 225.00 | | -1,800.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA LNL 740 | WELLS FARGO BASE - 8459 | 225.00 | | -1,575.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA ING 201 | WELLS FARGO BASE - 8459 | 225.00 | | -1,350.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA LNL 782 | WELLS FARGO BASE - 8459 | 225.00 | | -1,125.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA PLI 930 | WELLS FARGO BASE - 8459 | 225.00 | | -900.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA LFG 566 | WELLS FARGO BASE - 8459 | 225.00 | | -675.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA AGL 062 | WELLS FARGO BASE - 8459 | 225.00 | | -450.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA ANI 521 | WELLS FARGO BASE - 8459 | 225.00 | | -225.00 |
| Check | 12/10/2009 | EFT | Gary Oliver | Commission | AP Parker,G IRA PLI 140 | WELLS FARGO BASE - 8459 | 225.00 | | 0.00 |
| Total Gary Oliver | | | | | | | 28,624.53 | 28,624.53 | 0.00 |
| **Global One Direct, LLC** | | | | | | | | | |
| Check | 8/13/2009 | 1369 | Global One Direct, LLC | Plate(6781-89) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 8/13/2009 | 1369 | Global One Direct, LLC | Client: Kathleen Plate | AP Plate OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/27/2009 | 1505 | Global One Direct, LLC | Amato (6781-139) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 8/27/2009 | 1505 | Global One Direct, LLC | Client: Angelo & Nora Amato | AP Amato AGL 73L | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 8/27/2009 | 1505 | Global One Direct, LLC | Total $ Amount $200,000 | AP Amato AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 8/27/2009 | 1505 | Global One Direct, LLC | Licensee: Don Forrest Wasner (10%) | AP Amato ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 8/27/2009 | 1505 | Global One Direct, LLC | Amato (6781-139) Commission | AP Amato LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 9/15/2009 | 1711 | Global One Direct, LLC | Gordiany (6781-174) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,620.00 | -1,620.00 |
| Check | 9/15/2009 | 1711 | Global One Direct, LLC | Client: Rosie M. Gordiany | AP Gordiany AGL 73L | WELLS FARGO BASE - 8459 | 540.00 | | -1,080.00 |
| Check | 9/15/2009 | 1711 | Global One Direct, LLC | Total $ Amount: $1,500.00 | AP Gordiany AXA 804 | WELLS FARGO BASE - 8459 | 540.00 | | -540.00 |
| Check | 9/15/2009 | 1711 | Global One Direct, LLC | Licensee: Emil Laskowski, Jr. (10.00%) | AP Gordiany MAM 660 | WELLS FARGO BASE - 8459 | 540.00 | | 0.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,000.00 | -7,000.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Client: Jack & Dorothy Ballentine | AP Ballentine MET 650 | WELLS FARGO BASE - 8459 | 700.00 | | -6,300.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Total $ Amount: 350,000.00 | AP Ballentine AGL 73L | WELLS FARGO BASE - 8459 | 700.00 | | -5,600.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Licensee: James Strizak (5.00%) | AP Ballentine AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -4,900.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine MAM 560 | WELLS FARGO BASE - 8459 | 700.00 | | -4,200.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine LNL 740 | WELLS FARGO BASE - 8459 | 700.00 | | -3,500.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine ING 201 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine WPL 882 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine ANI 852 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 9/16/2009 | 1727 | Global One Direct, LLC | Ballentine (6781-183) Commission | AP Ballentine ING 036 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Hernandez (6781-186) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Client: Manuel & Rachel Hernandez | AP Hernandez AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Total $ Amount: 40,000.00 | AP Hernandez AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Licensee: Emil L. Laskowski, Jr. (10.00%) | AP Hernandez LNL 740 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Hernandez (6781-186) Commission | AP Hernandez OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Stanton IRA (6781-141) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 321.72 | -321.72 |
| Check | 9/18/2009 | 1760 | Global One Direct, LLC | Client: Dwayne Stanton IRA | AP Stanton IRA ING 036 | WELLS FARGO BASE - 8459 | 321.72 | | 0.00 |
| Check | 9/24/2009 | 1865 | Global One Direct, LLC | Bette Akers Leimer Trust(6781-213) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 9/24/2009 | 1865 | Global One Direct, LLC | Client: Bette Akers Leimer Trust | AP BetteAkersLeimer MET 650 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/24/2009 | 1865 | Global One Direct, LLC | Total $ Amount: 30,000.00 | AP BetteAkersLeimer ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/24/2009 | 1865 | Global One Direct, LLC | Licensee: Don Forrest Wasner (10.00%) | AP BetteAkersLeimer Tr ANI 85 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/29/2009 | 1923 | Global One Direct, LLC | Hill IRA (6781-179) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 124.60 | -124.60 |
| Check | 9/29/2009 | 1923 | Global One Direct, LLC | Client: Raymond Hill | AP Hill IRA WPL 882 | WELLS FARGO BASE - 8459 | 62.30 | | -62.30 |
| Check | 9/29/2009 | 1923 | Global One Direct, LLC | Total $ amount $12,460.20 | AP Hill IRA ING 036 | WELLS FARGO BASE - 8459 | 62.30 | | 0.00 |
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Dunn IRA (6781-95) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 676.00 | -676.00 |
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Client: Lou Ann Dunn IRA | AP Dunn-IRA LNL 177 | WELLS FARGO BASE - 8459 | 135.20 | | -540.80 |
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Total $ Amount: 33,630.00 | AP Dunn-IRA AGL 66L | WELLS FARGO BASE - 8459 | 135.20 | | -405.60 |
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Licensee: Capital Financial Group/James Dunn (10.00%) | AP Dunn-IRA LNL 591 | WELLS FARGO BASE - 8459 | 135.20 | | -270.40 |
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Dunn IRA (6781-95) Commission | AP Dunn-IRA ING 263 | WELLS FARGO BASE - 8459 | 135.20 | | -135.20 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/7/2009 | 2081 | Global One Direct, LLC | Dunn IRA (6781-95) Commission | AP Dunn-IRA OML 445 | WELLS FARGO BASE - 8459 | 135.20 | | 0.00 |
| Check | 10/7/2009 | 2119 | Global One Direct, LLC | Beadle-IRA (6781-287) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 10/7/2009 | 2119 | Global One Direct, LLC | Client: Gary Beadle-IRA | AP Beadle-IRA HLI 814 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 10/7/2009 | 2119 | Global One Direct, LLC | Total $ Amount: 20,000.00 | AP Beadle-IRA AGL 73L | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 10/7/2009 | 2119 | Global One Direct, LLC | Licensee: Gary Beadle (8.00%) | AP Beadle-IRA ING 201 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 10/7/2009 | 2119 | Global One Direct, LLC | Beadle-IRA (6781-287) Commission | AP Beadle-IRA LFG 566 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 10/7/2009 | 2120 | Global One Direct, LLC | Beadle-IRA (6781-287) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 10/7/2009 | 2120 | Global One Direct, LLC | Client: Gary Beadle-IRA | AP Beadle-IRA HLI 814 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 10/7/2009 | 2120 | Global One Direct, LLC | Total $ Amount: 20,000.00 | AP Beadle-IRA AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/7/2009 | 2120 | Global One Direct, LLC | Licensee: Gary Beadle (8.00%) | AP Beadle-IRA ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/7/2009 | 2120 | Global One Direct, LLC | Beadle-IRA (6781-287) Commission | AP Beadle-IRA LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | Client:Luzem LLC (6781-338) | AP Luzem LLC HLI 814 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | Total $ amount $500,000 | AP Luzem LLC LNL 761 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | Licensee: William Evans (1%) | AP Luzem LLC AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | Commission | AP Luzem LLC AXA 146 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC LNL 740 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 10/22/2009 | 2444 | Global One Direct, LLC | | AP Luzem LLC ING 036 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 10/22/2009 | 2465 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/22/2009 | 2465 | Global One Direct, LLC | Client: William J. Nester | AP Nester AGL 73L | WELLS FARGO BASE - 8459 | 166.67 | | -333.33 |
| Check | 10/22/2009 | 2465 | Global One Direct, LLC | Total $ Amount $25,000 | AP Nester AXA 804 | WELLS FARGO BASE - 8459 | 166.67 | | -166.66 |
| Check | 10/22/2009 | 2465 | Global One Direct, LLC | Licensee: Emil Laskowski, Jr. (10%) | AP Nester AGL 66L | WELLS FARGO BASE - 8459 | 166.66 | | 0.00 |
| Check | 10/23/2009 | 2490 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/23/2009 | 2490 | Global One Direct, LLC | Client: Allen W. Schmidt (6781-314) | AP Schmidt ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 10/23/2009 | 2490 | Global One Direct, LLC | Total $ amount $30,000 | AP Schmidt LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 10/23/2009 | 2490 | Global One Direct, LLC | Licensee: Emil Laskowski, Jr. (10%) | AP Schmidt LFG 565 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | Client: Timothy E. Kolenda-IRA (6781-333) | AP Kolenda,T-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | Total $ amount $25,000 | AP Kolenda,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | Licensee: David Rice (5%) | AP Kolenda,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | Commissions | AP Kolenda,T-IRA LNL 782 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/29/2009 | 2679 | Global One Direct, LLC | | AP Kolenda,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,118.51 | -1,118.51 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | Client: Lauren Otte-IRA (6781-320) | AP Otte,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 111.85 | | -1,006.66 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | Total $ Amount: $5,925.41 | AP Otte,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 111.85 | | -894.81 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | Licensee: Christina Rodgers (8.00%) | AP Otte,L-IRA AXA 804 | WELLS FARGO BASE - 8459 | 111.85 | | -782.96 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | Commission | AP Otte,L-IRA AXA 146 | WELLS FARGO BASE - 8459 | 111.85 | | -671.11 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 111.85 | | -559.26 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 111.85 | | -447.41 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA ANI 852 | WELLS FARGO BASE - 8459 | 111.85 | | -335.56 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 111.85 | | -223.71 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 111.85 | | -111.86 |
| Check | 10/29/2009 | 2698 | Global One Direct, LLC | | AP Otte,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 111.86 | | 0.00 |
| Check | 11/13/2009 | 3097 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 361.48 | -361.48 |
| Check | 11/13/2009 | 3097 | Global One Direct, LLC | Client: Scott R. Fesler-IRA (6781-360) | AP Fesler,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 180.74 | | -180.74 |
| Check | 11/13/2009 | 3097 | Global One Direct, LLC | Total $ Amount: 18,074.00 | AP Fesler,S-IRA AXA 146 | WELLS FARGO BASE - 8459 | 180.74 | | 0.00 |
| Check | 11/13/2009 | 3121 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/13/2009 | 3121 | Global One Direct, LLC | Client: Jamie & Lawrence Leimer (6781-327) | AP Leimer,J&L LNL 26A | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/13/2009 | 3121 | Global One Direct, LLC | Total $ amount $30000 | AP Leimer,J&L ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/13/2009 | 3121 | Global One Direct, LLC | Licensee: Don Forrest Wisener (10%) | AP Leimer,J&L LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 11/13/2009 | 3135 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 240.00 | -240.00 |
| Check | 11/13/2009 | 3135 | Global One Direct, LLC | Client: Cornelia Louise Agent (6781-400) | AP Agent,C LFG 566 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 11/13/2009 | 3135 | Global One Direct, LLC | Total $ amount $12,000 | AP Agent,C AGL 662 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,409.85 | -4,409.85 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | Client: Cornelia Louise Agent (6781-400A) | AP Agent,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 440.84 | | -3,968.91 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | Total $ amount $220,492.60 | AP Agent,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 440.99 | | -3,527.92 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | Licensee: Don Forrest Wisener (10%) | AP Agent,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 440.99 | | -3,086.93 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | Commissions | AP Agent,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 440.99 | | -2,645.94 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 440.99 | | -2,204.95 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 440.99 | | -1,763.96 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 440.99 | | -1,322.97 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA AGL 002 | WELLS FARGO BASE - 8459 | 440.99 | | -881.98 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 440.99 | | -440.99 |
| Check | 11/20/2009 | 3296 | Global One Direct, LLC | | AP Agent,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 440.99 | | 0.00 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 854.07 | -854.07 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | Client: Ann Hussa IRA (6781-319) | AP Hussa,A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 85.41 | | -768.66 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | Total $ amount $42,703.55 | AP Hussa,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 85.41 | | -683.25 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | Licensee: Christina Rodgers (5%) | AP Hussa,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 85.41 | | -597.84 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | Commissions | AP Hussa,A-IRA AXA 146 | WELLS FARGO BASE - 8459 | 85.41 | | -512.43 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA LNL 740 | WELLS FARGO BASE - 8459 | 85.41 | | -427.02 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 85.41 | | -341.61 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA ANI 852 | WELLS FARGO BASE - 8459 | 85.41 | | -256.20 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 85.41 | | -170.79 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 85.41 | | -85.38 |
| Check | 11/24/2009 | 3357 | Global One Direct, LLC | | AP Hussa,A-IRA ING 036 | WELLS FARGO BASE - 8459 | 85.38 | | 0.00 |
| Check | 11/25/2009 | 3400 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 11/25/2009 | 3400 | Global One Direct, LLC | Client: Wade & Dorothy Bailey (6781-453) | AP Bailey,W&D JPI 062 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/25/2009 | 3400 | Global One Direct, LLC | Total $ amount $30,000 | AP Bailey,W&D LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/25/2009 | 3400 | Global One Direct, LLC | Licensee: Don Forrest Wasner (10%) | AP Bailey,W&D PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | 3559 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 12/3/2009 | 3559 | Global One Direct, LLC | Client: Virginia Neighbors (6781-479) | AP Neighbors JPI 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 12/3/2009 | 3559 | Global One Direct, LLC | Total $ Amount: 30,000.00 | AP Neighbors LBL 771 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 12/3/2009 | 3559 | Global One Direct, LLC | Licensee: William E. Evans (11.00%) | AP Neighbors PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 12/3/2009 | 3570 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/3/2009 | 3570 | Global One Direct, LLC | Client: Luella Shaw (6781-482) | AP Shaw PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/10/2009 | 3656 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 472.52 | -472.52 |
| Check | 12/10/2009 | 3656 | Global One Direct, LLC | Client: Laureen Annette Otto IRA (6781-320A) | AP Otto,Lauren-IRA ING 201 | WELLS FARGO BASE - 8459 | 118.13 | | -354.39 |
| Check | 12/10/2009 | 3656 | Global One Direct, LLC | Total $ amount $23,626.07 | AP Otto,Lauren-IRA ANI 852 | WELLS FARGO BASE - 8459 | 118.13 | | -236.26 |
| Check | 12/10/2009 | 3656 | Global One Direct, LLC | Licensee: Christina Rodgers (6%) | AP Otto,Lauren-IRA LNL 782 | WELLS FARGO BASE - 8459 | 118.13 | | -118.13 |
| Check | 12/10/2009 | 3656 | Global One Direct, LLC | Commissions | AP Otto,Lauren-IRA LFG 566 | WELLS FARGO BASE - 8459 | 118.13 | | 0.00 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,319.91 | -2,319.91 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | Client: Terry Thompson IRA (6781-414) | AP Thompson,T IRA AXA 804 | WELLS FARGO BASE - 8459 | 232.00 | | -2,087.91 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | Total $ amount $115,995.46 | AP Thompson,T IRA LLI 899 | WELLS FARGO BASE - 8459 | 231.99 | | -1,855.92 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | Licensee: William Evans (1%) | AP Thompson,T IRA LNL 740 | WELLS FARGO BASE - 8459 | 231.99 | | -1,623.93 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | Commissions | AP Thompson,T IRA ING 201 | WELLS FARGO BASE - 8459 | 231.99 | | -1,391.94 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA LNL 782 | WELLS FARGO BASE - 8459 | 231.99 | | -1,159.95 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA PLI 930 | WELLS FARGO BASE - 8459 | 231.99 | | -927.96 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA LFG 566 | WELLS FARGO BASE - 8459 | 231.99 | | -695.97 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA AGL 062 | WELLS FARGO BASE - 8459 | 231.99 | | -463.98 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA ANI 521 | WELLS FARGO BASE - 8459 | 231.99 | | -231.99 |
| Check | 12/10/2009 | 3661 | Global One Direct, LLC | | AP Thompson,T IRA PLI 140 | WELLS FARGO BASE - 8459 | 231.99 | | 0.00 |
| Check | 12/10/2009 | 3668 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 12/10/2009 | 3668 | Global One Direct, LLC | Client: Timothy E. Kolenda IRA (6781-333A) | AP Kolenda,TE IRA JPI 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/10/2009 | 3668 | Global One Direct, LLC | Total $ amount $15,000 | AP Kolenda,TE IRA AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | 3668 | Global One Direct, LLC | Licensee: David Rice (3%) | AP Kolenda,TE IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/10/2009 | 3692 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 12/10/2009 | 3692 | Global One Direct, LLC | Client: Timothy E. Kolenda IRA (6781-333B) | AP Kolenda,T IRA AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/10/2009 | 3692 | Global One Direct, LLC | Total $ amount $10,500 | AP Kolenda,T IRA LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,377.59 | -1,377.59 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | Client: Terry Thompson (6781-414A) | AP Thompson,T AXA 804 | WELLS FARGO BASE - 8459 | 172.19 | | -1,205.40 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | Total $ Amount: 86,879.54 | AP Thompson,T LLI 899 | WELLS FARGO BASE - 8459 | 172.20 | | -1,033.20 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | Licensee: William Evans (1.00%) | AP Thompson,T LFG 740 | WELLS FARGO BASE - 8459 | 172.20 | | -861.00 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | Commission | AP Thompson,T LFG 782 | WELLS FARGO BASE - 8459 | 172.20 | | -688.80 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | | AP Thompson,T PLI 930 | WELLS FARGO BASE - 8459 | 172.20 | | -516.60 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | | AP Thompson,T LFG 566 | WELLS FARGO BASE - 8459 | 172.20 | | -344.40 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | | AP Thompson,T AGL 062 | WELLS FARGO BASE - 8459 | 172.20 | | -172.20 |
| Check | 12/23/2009 | 3793 | Global One Direct, LLC | | AP Thompson,T ANI 521 | WELLS FARGO BASE - 8459 | 172.20 | | 0.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Gusdorff,Elizabeth (6781-605) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,E LFG 272 | WELLS FARGO BASE - 8459 | 166.66 | | -333.34 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,E LFG 183 | WELLS FARGO BASE - 8459 | 166.67 | | -166.67 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,E PLI 143 | WELLS FARGO BASE - 8459 | 166.67 | | 0.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Jones, Daniel IRA (6781-641) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA AXA 864 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA AGL 76L | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA GFG 089 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 1/7/2010 | EFT | Global One Direct, LLC | Commission | AP Jones,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Global One Direct, LLC | Medlin Jr., Oscar (6781-638) Commission | WELLS FARGO BASE - 8459 | AP Medlin,O PLI 140 | | 2,000.00 | -2,000.00 |
| Check | 1/14/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,O PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Gusdorff, Elizabeth (6781-605A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz LLI 899 | WELLS FARGO BASE - 8459 | 120.00 | | -1,080.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz SLA 338 | WELLS FARGO BASE - 8459 | 120.00 | | -960.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz ANI 065 | WELLS FARGO BASE - 8459 | 120.00 | | -840.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz AXA 894 | WELLS FARGO BASE - 8459 | 120.00 | | -720.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz MMI 025 | WELLS FARGO BASE - 8459 | 120.00 | | -600.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz PLI 980 | WELLS FARGO BASE - 8459 | 120.00 | | -480.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz AXA 729 | WELLS FARGO BASE - 8459 | 120.00 | | -360.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz ING 15J | WELLS FARGO BASE - 8459 | 120.00 | | -240.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz LFG 183 | WELLS FARGO BASE - 8459 | 120.00 | | -120.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Gusdorff,Eliz PLI 140 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Cumings, Elnore P. (6781-655) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Cummings,E SLA 338 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Cummings,E PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Roemer, Alan R. IRA (6781-476) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,381.39 | -3,381.39 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA PLI 680 | WELLS FARGO BASE - 8459 | 676.27 | | -2,705.12 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA AXA 597 | WELLS FARGO BASE - 8459 | 676.28 | | -2,028.84 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 676.28 | | -1,352.56 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA LBL 771 | WELLS FARGO BASE - 8459 | 676.28 | | -676.28 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 676.28 | | 0.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Roemer, Alan R. IRA (6781-476) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,690.69 | -1,690.69 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA PLI 680 | WELLS FARGO BASE - 8459 | 338.13 | | -1,352.56 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA AXA 597 | WELLS FARGO BASE - 8459 | 338.14 | | -1,014.42 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 338.14 | | -676.28 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA LBL 771 | WELLS FARGO BASE - 8459 | 336.14 | | -336.14 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Roemer,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 336.14 | | 0.00 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Medlin, Oscar Jr. Roth IRA (6781-642) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,717.83 | -2,717.83 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,Oscar-IRA LLI 899 | WELLS FARGO BASE - 8459 | 543.55 | | -2,174.28 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,O-IRA SLA 336 | WELLS FARGO BASE - 8459 | 543.57 | | -1,630.71 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,O-IRA LFG 008 | WELLS FARGO BASE - 8459 | 543.57 | | -1,087.14 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,O-IRA MMI 025 | WELLS FARGO BASE - 8459 | 543.57 | | -543.57 |
| Check | 1/21/2010 | EFT | Global One Direct, LLC | Commission | AP Medlin,O-IRA PLI 980 | WELLS FARGO BASE - 8459 | 543.57 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Schmidt,Alton W. (6781-314A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Schmidt,A LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Schmidt,A ANI 065 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Schmidt,A MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Schmidt,A AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Schmidt,A ING 15J | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Pratt, Connie Jo (6781-668) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Pratt,C LLI 899 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Pratt,C SLA 336 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Pratt,C LFG 008 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Pratt,C PLI 980 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Hernandez, Rachel Trad IRA (6781-186B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Hernandez Rec-TRDIRA ANI 065 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Hernandez Rec-TRDIRA AXA 994 | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Hernandez, Manuel Trad IRA (6781-186A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 397.50 | -397.50 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Hernandez Man-TRDIRA PLI 980 | WELLS FARGO BASE - 8459 | 198.75 | | -198.75 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Hernandez Man-TRDIRA ING 15J | WELLS FARGO BASE - 8459 | 198.75 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Winston, Lorele D Benef IRA (6781-651) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA GLG 089 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA LFG 163 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Winston,L Bene IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Renert, Scott Trad IRA (6781-552) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA LFG 163 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/28/2010 | EFT | Global One Direct, LLC | Commission | AP Renert,S-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Acquart,Florencia (6781-625) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,582.17 | -3,582.17 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F LLI 899 | WELLS FARGO BASE - 8459 | 358.19 | | -3,223.98 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F LFG 740 | WELLS FARGO BASE - 8459 | 358.22 | | -2,865.76 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F LFG 248 | WELLS FARGO BASE - 8459 | 358.22 | | -2,507.54 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F AXA 994 | WELLS FARGO BASE - 8459 | 358.22 | | -2,149.32 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F GLG 089 | WELLS FARGO BASE - 8459 | 358.22 | | -1,791.10 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F AGL 78L | WELLS FARGO BASE - 8459 | 358.22 | | -1,432.88 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F PLI 980 | WELLS FARGO BASE - 8459 | 358.22 | | -1,074.66 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F AXA 091 | WELLS FARGO BASE - 8459 | 358.22 | | -716.44 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F LFG 163 | WELLS FARGO BASE - 8459 | 358.22 | | -358.22 |
| Check | 2/4/2010 | EFT | Global One Direct, LLC | Commission | AP Acquart,F PLI 140 | WELLS FARGO BASE - 8459 | 358.22 | | 0.00 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Cohen,Charles D. Traditional IRA (6781-652) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,051.79 | -4,051.79 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 405.17 | | -3,646.62 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 405.18 | | -3,241.44 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 405.18 | | -2,836.26 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AGL 78L | WELLS FARGO BASE - 8459 | 405.18 | | -2,431.08 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 405.18 | | -2,025.90 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 405.18 | | -1,620.72 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 405.18 | | -1,215.54 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 405.18 | | -810.36 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 405.18 | | -405.18 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 405.18 | | 0.00 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Cohen,Charles D. Traditional IRA (6781-652) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,012.95 | -1,012.95 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 101.25 | | -911.70 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 101.30 | | -810.40 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 101.30 | | -709.10 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AGL 78L | WELLS FARGO BASE - 8459 | 101.30 | | -607.80 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 101.30 | | -506.50 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 101.30 | | -405.20 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 101.30 | | -303.90 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 101.30 | | -202.60 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 101.30 | | -101.30 |
| Check | 2/11/2010 | EFT | Global One Direct, LLC | Commission | AP Cohen,C-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 101.30 | | 0.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Meier,Anita F. (6781-760) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,A AXA 994 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,A AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,A LFG 163 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,A PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,A AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Jerry A. & Joann Peterson (6781-758) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LLI 899 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LFG 081 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LBL 381 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Peterson,J&J AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Susan J. Balsamo Trad IRA (6781-752A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,498.00 | -1,498.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,SJ-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 299.60 | | -1,198.40 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,SJ-TRAD IRA LBL361 | WELLS FARGO BASE - 8459 | 299.60 | | -898.80 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 299.60 | | -599.20 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,SJ-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 299.60 | | -299.60 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,SJ-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 299.60 | | 0.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Anita F. Meier Roth IRA (6781-760A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,120.00 | -5,120.00 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH LLI 899 | WELLS FARGO BASE - 8459 | 1,003.52 | | -4,116.48 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH LFG 081 | WELLS FARGO BASE - 8459 | 1,003.52 | | -3,112.96 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH LBL 381 | WELLS FARGO BASE - 8459 | 1,003.52 | | -2,109.44 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH LFG 117 | WELLS FARGO BASE - 8459 | 1,003.52 | | -1,105.92 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH LFG 248 | WELLS FARGO BASE - 8459 | 102.48 | | -1,003.52 |
| Check | 2/25/2010 | EFT | Global One Direct, LLC | Commission | AP Meier,AF-ROTH AXA 994 | WELLS FARGO BASE - 8459 | 1,003.52 | | 0.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Kolenda, Timothy E Traditional IRA (6781-333C) | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Kolenda,Tim-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 133.34 | | -266.66 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Kolenda,Tim-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 133.33 | | -133.33 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Kolenda,Tim-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 133.33 | | 0.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Eugene C. Balsamo Trad IRA (6781-752) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,E-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,E-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,E-TRAD IRA LFG 103 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,E-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/4/2010 | EFT | Global One Direct, LLC | Commission | AP Balsamo,E-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Mikels, Vernie F. (6781-681A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,830.00 | -16,830.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 1,683.00 | | -15,147.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,683.00 | | -13,464.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 1,683.00 | | -11,781.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,683.00 | | -10,098.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 1,683.00 | | -8,415.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,683.00 | | -6,732.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,683.00 | | -5,049.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 1,683.00 | | -3,366.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,683.00 | | -1,683.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,V-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,683.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Mikels, Mary L. Trad IRA (6781-681) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,490.00 | -5,490.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 549.00 | | -4,941.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 549.00 | | -4,392.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 549.00 | | -3,843.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 549.00 | | -3,294.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 549.00 | | -2,745.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 549.00 | | -2,196.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 549.00 | | -1,647.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 549.00 | | -1,098.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 549.00 | | -549.00 |
| Check | 3/11/2010 | EFT | Global One Direct, LLC | Commission | AP Mikels,M-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 549.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Solito,Daniel & Rhonda (6781-841) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R AXA 036 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R LFG 311 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Solito,D&R JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Voneiff, James F. Trad IRA (6781-908) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,617.08 | -1,617.08 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 161.69 | | -1,455.39 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD LFG 735 | WELLS FARGO BASE - 8459 | 161.71 | | -1,293.68 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 161.71 | | -1,131.97 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD AXA 335 | WELLS FARGO BASE - 8459 | 161.71 | | -970.26 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD LFG 311 | WELLS FARGO BASE - 8459 | 161.71 | | -808.55 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 161.71 | | -646.84 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD JHL 383 | WELLS FARGO BASE - 8459 | 161.71 | | -485.13 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD AVL 180 | WELLS FARGO BASE - 8459 | 161.71 | | -323.42 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 161.71 | | -161.71 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Voneiff,J-TRAD JHL 633 | WELLS FARGO BASE - 8459 | 161.71 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Kiburz, Mark Trad IRA (6781-924) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 597.21 | -597.21 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 99.51 | | -497.70 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.54 | | -398.16 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 99.54 | | -298.62 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 99.54 | | -199.08 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.54 | | -99.54 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.54 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Larson, Paul (5761-952) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,697.39 | -11,697.39 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 735 | WELLS FARGO BASE - 8459 | 1,169.73 | | -10,527.66 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LBL 918 | WELLS FARGO BASE - 8459 | 1,169.74 | | -9,357.92 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LBL 361 | WELLS FARGO BASE - 8459 | 1,169.74 | | -8,188.18 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 1,169.74 | | -7,018.44 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 1,169.74 | | -5,848.70 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 1,169.74 | | -4,678.96 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 1,169.74 | | -3,509.22 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AVL 180 | WELLS FARGO BASE - 8459 | 1,169.74 | | -2,339.48 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 1,169.74 | | -1,169.74 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 1,169.74 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Muse, George W.-Traditional IRA (5781-624A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,480.00 | -1,480.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 148.00 | | -1,332.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 148.00 | | -1,184.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 148.00 | | -1,036.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 148.00 | | -888.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 148.00 | | -740.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.00 | | -592.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 148.00 | | -444.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 148.00 | | -296.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.00 | | -148.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 148.00 | | 0.00 |
| **Total Global One Direct, LLC** | | | | | | | **123,957.75** | **123,957.75** | **0.00** |
| | | | | | | | | | |
| **Gloria Jane Young** | | | | | | | | | |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | WELLS FARGO BASE - 8459 | -SPLIT- | | 33,000.00 | -33,000.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Client: Brice B. Kufferath Trad IRA (5781-903) | AP Kufferath,B-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 3,300.00 | | -29,700.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Total $ amount $300,000 | AP Kufferath,B-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 3,300.00 | | -26,400.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Licensee: Gloria Young (1%) March Bonus | AP Kufferath,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 3,300.00 | | -23,100.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Gloria Young (10%) commission | AP Kufferath,B-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 3,300.00 | | -19,800.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Commissions | AP Kufferath,B-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 3,300.00 | | -16,500.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 3,300.00 | | -13,200.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 3,300.00 | | -9,900.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 3,300.00 | | -6,600.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,300.00 | | -3,300.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 3,300.00 | | 0.00 |
| **Total Gloria Jane Young** | | | | | | | **33,000.00** | **33,000.00** | **0.00** |
| | | | | | | | | | |
| **Greg Chick** | | | | | | | | | |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Client: Harry Galliver & Margaret Klingensmith | AP Galliver&Kingensmith MET650 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Total $ Amount: 50,000.00 | AP Galliver&Kingensmith AGL73L | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Licensee: Greg Chick (10.00%) | AP Galliver&Kingensmith AXA804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith AXA148 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith LNL740 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith ING201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith ANI652 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith LNL762 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith LFG566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Kingesmith (5761-252) Commission | AP Galliver&Kingensmith ING036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Greg Chick** | | | | | | | **5,000.00** | **5,000.00** | **0.00** |
| | | | | | | | | | |
| **Hal Partenheimer** | | | | | | | | | |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Client: Cambridge Mont Prtrs Ltd (5761-556) | AP Cambridge Mont Ptnr PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Total $ Amount: 50,000.00 | AP Cambridge Mont Ptnr LFG 272 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Licensee: Hal Partenheimer (8.00%) | AP Cambridge Mont Ptnr AXA 729 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Commission | AP Cambridge Mont Ptnr LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | | AP Cambridge Mont Ptnr PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,102.39 | -8,102.39 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Client: Bernard Ray Griffith IRA (5761-603) | AP Griffith,BR-IRA LFG 752 | WELLS FARGO BASE - 8459 | 1,620.47 | | -6,481.92 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | total $ amount $101,279.93 | AP Griffith,BR-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,620.48 | | -4,861.44 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Licensee: Hal Partenheimer (8%) | AP Griffith,BR-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,620.48 | | -3,240.96 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Commissions | AP Griffith,BR-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,620.48 | | -1,620.48 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | | AP Griffith,BR-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,620.48 | | 0.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Client: Norma K. Griffith (5781-603A) | AP Griffith,N PLI 980 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Total $ Amount: 100,000.00 | AP Griffith,N AXA 597 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Licensee: Hal Partenheimer (8.00%) | AP Griffith,N ING 15J | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Commission | AP Griffith,N LFG 183 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | | AP Griffith,N PLI 140 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| **Total Hal Partenheimer** | | | | | | | **20,102.39** | **20,102.39** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Steven Feeken** | | | | | | | | | |
| Check | 8/11/2009 | 1332 | Steven Feeken | Dicken (6781-75) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,050.00 | -1,050.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Client: William A. Dicken | AP Dicken AGL 66L | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Total $ Amount: 35,000.00 | AP Dicken TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Licensee: Steven Feeken | AP Dicken ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Dicken (6781-75) Commission | AP Dicken LNL 591 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Dicken (6781-75) Commission | AP Dicken ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Dicken (6781-75) Commission | AP Dicken ING 283 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 8/11/2009 | 1332 | Steven Feeken | Dicken (6781-75) Commission | AP Dicken OML 446 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Fernando,M (6781-119) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,063.90 | -1,063.90 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Client: Manel & Sumith Fernando | AP Fernando, M LNL 740 | WELLS FARGO BASE - 8459 | 151.99 | | -911.91 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Total $ Amount: 35,463.48 | AP Fernando, M TRA 281 | WELLS FARGO BASE - 8459 | 151.99 | | -759.92 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Fernando, M ING 201 | WELLS FARGO BASE - 8459 | 151.99 | | -607.93 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Fernando,M (6781-119) Commission | AP Fernando,M LNL 591 | WELLS FARGO BASE - 8459 | 151.99 | | -455.94 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Fernando,M (6781-119) Commission | AP Fernando, M ANI 852 | WELLS FARGO BASE - 8459 | 151.98 | | -303.96 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Fernando,M (6781-119) Commission | AP Fernando, M ING 036 | WELLS FARGO BASE - 8459 | 151.98 | | -151.98 |
| Check | 9/1/2009 | 1519 | Steven Feeken | Fernando,M (6781-119) Commission | AP Fernando, M LFG 566 | WELLS FARGO BASE - 8459 | 151.98 | | 0.00 |
| Check | 9/1/2009 | 1524 | Steven Feeken | Fernando,S (6781-120) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 674.29 | -674.29 |
| Check | 9/1/2009 | 1524 | Steven Feeken | Client: Sumith & Manel Fernando | AP Fernando, S ING 201 | WELLS FARGO BASE - 8459 | 168.58 | | -505.71 |
| Check | 9/1/2009 | 1524 | Steven Feeken | Total $ Amount: 22,476.44 | AP Fernando, S ANI 852 | WELLS FARGO BASE - 8459 | 168.57 | | -337.14 |
| Check | 9/1/2009 | 1524 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Fernando,S ING 036 | WELLS FARGO BASE - 8459 | 168.57 | | -168.57 |
| Check | 9/1/2009 | 1524 | Steven Feeken | Fernando,S (6781-120) Commission | AP Fernando, S LFG 566 | WELLS FARGO BASE - 8459 | 168.57 | | 0.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Client: Gary Smith-IRA | AP Smith-IRA LNL 177 | WELLS FARGO BASE - 8459 | 450.00 | | -4,050.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Total $ Amount: 150,000.00 | AP Smith-IRA AGL 73L | WELLS FARGO BASE - 8459 | 450.00 | | -3,600.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Smith-IRA AXA 804 | WELLS FARGO BASE - 8459 | 450.00 | | -3,150.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA AGL 66L | WELLS FARGO BASE - 8459 | 450.00 | | -2,700.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA TRA 281 | WELLS FARGO BASE - 8459 | 450.00 | | -2,250.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA ING 201 | WELLS FARGO BASE - 8459 | 450.00 | | -1,800.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA MAM 860 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA ANI 852 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA ING 283 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 9/9/2009 | 1582 | Steven Feeken | Smith-IRA (6781-99) Commission | AP Smith-IRA OML 446 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,580.00 | -2,580.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Client: Marilyn Wheeler IRA | AP Wheeler,M-IRA MET 650 | WELLS FARGO BASE - 8459 | 258.00 | | -2,322.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Total $ Amount: 86,000.00 | AP Wheeler,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 258.00 | | -2,064.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Wheeler,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 258.00 | | -1,806.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA TRA 281 | WELLS FARGO BASE - 8459 | 258.00 | | -1,548.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 258.00 | | -1,290.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 258.00 | | -1,032.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA MAM 860 | WELLS FARGO BASE - 8459 | 258.00 | | -774.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 258.00 | | -516.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 258.00 | | -258.00 |
| Check | 9/16/2009 | 1750 | Steven Feeken | Wheeler-IRA (6781-165A) Commission | AP Wheeler,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 258.00 | | 0.00 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Wheeler-IRA (6781-165) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 763.46 | -763.46 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Client: Michael Wheeler IRA | AP Wheeler,Micheal IRA LNL 177 | WELLS FARGO BASE - 8459 | 152.70 | | -610.76 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Total $ Amount: 25,446.57 | AP Wheeler,Micheal IRA LNL740 | WELLS FARGO BASE - 8459 | 152.69 | | -458.07 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Wheeler,Micheal IRA ANI 852 | WELLS FARGO BASE - 8459 | 152.69 | | -305.38 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Wheeler-IRA (6781-165) Commission | AP Wheeler,Micheal IRA LFG 566 | WELLS FARGO BASE - 8459 | 152.69 | | -152.69 |
| Check | 9/23/2009 | 1821 | Steven Feeken | Wheeler-IRA (6781-165) Commission | AP Wheeler,Micheal IRA ING 036 | WELLS FARGO BASE - 8459 | 152.69 | | 0.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 780.00 | -780.00 |
| Check | 9/28/2009 | 1908 | Steven Feeken | Client: Alfred Mays | AP Mays IRA MET 650 | WELLS FARGO BASE - 8459 | 78.00 | | -702.00 |
| Check | 9/28/2009 | 1908 | Steven Feeken | Total $ amount $26,000 | AP Mays IRA AGL 73L | WELLS FARGO BASE - 8459 | 78.00 | | -624.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Licensee: Steven Feeken (3%) | AP Mays IRA AXA 804 | WELLS FARGO BASE - 8459 | 78.00 | | -546.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA WPL 982 | WELLS FARGO BASE - 8459 | 78.00 | | -468.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA LNL 740 | WELLS FARGO BASE - 8459 | 78.00 | | -390.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA ING 201 | WELLS FARGO BASE - 8459 | 78.00 | | -312.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA MAM 860 | WELLS FARGO BASE - 8459 | 78.00 | | -234.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA ANI 852 | WELLS FARGO BASE - 8459 | 78.00 | | -156.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA LFG 566 | WELLS FARGO BASE - 8459 | 78.00 | | -78.00 |
| Check | 9/29/2009 | 1908 | Steven Feeken | Booth IRA (6781-195) commission | AP Mays IRA ING 036 | WELLS FARGO BASE - 8459 | 78.00 | | 0.00 |
| Check | 10/13/2009 | 2198 | Steven Feeken | Zarate (6781-273) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/13/2009 | 2198 | Steven Feeken | Client: Humberto Zarate | AP Zarate ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/13/2009 | 2198 | Steven Feeken | Total $ Amount: 20,000.00 | AP Zarate ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/13/2009 | 2198 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Zarate LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/13/2009 | 2198 | Steven Feeken | Zarate (6781-273) Commission | AP Zarate LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/16/2009 | 2304 | Steven Feeken | Rugnetta Trust (6781-299) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/16/2009 | 2304 | Steven Feeken | Client: Frank & Helen Rugnetta Rev. Trust | AP Rugnetta Trust ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/16/2009 | 2304 | Steven Feeken | Total $ Amount: 20,000.00 | AP Rugnetta Trust ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/16/2009 | 2304 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Rugnetta Trust LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/16/2009 | 2304 | Steven Feeken | Rugnetta Trust (6781-299) Commission | AP Rugnetta Trust LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | Client: Alfred & Marguerite Mays (6781-195A) | AP Mays,A HLI 814 | WELLS FARGO BASE - 8459 | 225.00 | | -2,025.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | Total $ Amount: 75,000.00 | AP Mays,A LLI 599 | WELLS FARGO BASE - 8459 | 225.00 | | -1,800.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP Mays,A AXA 804 | WELLS FARGO BASE - 8459 | 225.00 | | -1,575.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | Commission | AP Mays,A AXA 148 | WELLS FARGO BASE - 8459 | 225.00 | | -1,350.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A LNL 740 | WELLS FARGO BASE - 8459 | 225.00 | | -1,125.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A ING 201 | WELLS FARGO BASE - 8459 | 225.00 | | -900.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A ANI 852 | WELLS FARGO BASE - 8459 | 225.00 | | -675.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A LNL 782 | WELLS FARGO BASE - 8459 | 225.00 | | -450.00 |
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A LFG 566 | WELLS FARGO BASE - 8459 | 225.00 | | -225.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/3/2009 | 2783 | Steven Feeken | | AP Mays,A ING 036 | WELLS FARGO BASE - 8459 | 225.00 | | 0.00 |
| Check | 11/10/2009 | 2946 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 690.00 | -690.00 |
| Check | 11/10/2009 | 2946 | Steven Feeken | Client: John Gillespie (6781-375) | AP Gillespie J&G HLI 814 | WELLS FARGO BASE - 8459 | 172.50 | | -517.50 |
| Check | 11/10/2009 | 2946 | Steven Feeken | Total $ amount $23,000 | AP Gillespie J&G PLI 930 | WELLS FARGO BASE - 8459 | 172.50 | | -345.00 |
| Check | 11/10/2009 | 2946 | Steven Feeken | Licensee: Steven Feeken (3%) | AP Gillespie J&G LNL 782 | WELLS FARGO BASE - 8459 | 172.50 | | -172.50 |
| Check | 11/10/2009 | 2946 | Steven Feeken | Commissions | AP Gillespie J&G LFG 568 | WELLS FARGO BASE - 8459 | 172.50 | | 0.00 |
| Check | 11/11/2009 | 2996 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 270.57 | -270.57 |
| Check | 11/11/2009 | 2996 | Steven Feeken | Client: Roger Macleod-IRA (6781-444) | AP Macleod,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 135.29 | | -135.29 |
| Check | 11/11/2009 | 2996 | Steven Feeken | Total $ Amount: 9,019.11 | AP Macleod,R-IRA AGL 062 | WELLS FARGO BASE - 8459 | 135.29 | | 0.00 |
| Check | 11/12/2009 | 3017 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 180.00 | -180.00 |
| Check | 11/12/2009 | 3017 | Steven Feeken | Client: Kip Souza-IRA (6781-203) | AP Souza,K-IRA LFG 568 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 11/12/2009 | 3022 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 180.00 | -180.00 |
| Check | 11/12/2009 | 3022 | Steven Feeken | Client: Maura Souza-IRA (6781-203A) | AP Souza,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | Client: Betty Jean King (6781-407) | AP King,B LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | Total $ Amount: 30,000.00 | AP King,B LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | Licensee: Steven Feeken (3.00%) | AP King,B LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | Commission | AP King,B AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | | AP King,B ANI 521 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/17/2009 | 3217 | Steven Feeken | | AP King,B PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,100.00 | -2,100.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S JPI 062 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S PLI 660 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S AXA 597 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | 6781-461 S North | AP North,S PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Harry Hardy-IRA (6781-467) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,107.79 | -3,107.79 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA LLI 899 | WELLS FARGO BASE - 8459 | 310.77 | | -2,797.02 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA JPI 062 | WELLS FARGO BASE - 8459 | 310.76 | | -2,486.24 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA LNL 26A | WELLS FARGO BASE - 8459 | 310.76 | | -2,175.48 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA AXA 826 | WELLS FARGO BASE - 8459 | 310.76 | | -1,864.68 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA LNL 782 | WELLS FARGO BASE - 8459 | 310.76 | | -1,553.90 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA PLI 980 | WELLS FARGO BASE - 8459 | 310.76 | | -1,243.12 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA AXA 597 | WELLS FARGO BASE - 8459 | 310.76 | | -932.34 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA AGL 062 | WELLS FARGO BASE - 8459 | 310.76 | | -621.58 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA LBL 771 | WELLS FARGO BASE - 8459 | 310.76 | | -310.76 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Hardy,H-IRA PLI 140 | WELLS FARGO BASE - 8459 | 310.76 | | 0.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Buford Darrell Gotcher-IRA (6781-490A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,208.48 | -2,208.48 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA LLI 899 | WELLS FARGO BASE - 8459 | 220.83 | | -1,987.65 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA JPI 062 | WELLS FARGO BASE - 8459 | 220.85 | | -1,766.80 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA LNL 26A | WELLS FARGO BASE - 8459 | 220.85 | | -1,545.95 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA AXA 826 | WELLS FARGO BASE - 8459 | 220.85 | | -1,325.10 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA LNL 782 | WELLS FARGO BASE - 8459 | 220.85 | | -1,104.25 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA PLI 980 | WELLS FARGO BASE - 8459 | 220.85 | | -883.40 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA JPI 183 | WELLS FARGO BASE - 8459 | 220.85 | | -662.55 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA AGL 062 | WELLS FARGO BASE - 8459 | 220.85 | | -441.70 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA ANI 521 | WELLS FARGO BASE - 8459 | 220.85 | | -220.85 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Gotcher,BD-IRA PLI 140 | WELLS FARGO BASE - 8459 | 220.85 | | 0.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Carol Ann Sherratt (6781-483) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,050.00 | -1,050.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Sherratt PLI 660 | WELLS FARGO BASE - 8459 | 210.00 | | -840.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Sherratt AXA 597 | WELLS FARGO BASE - 8459 | 210.00 | | -630.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Sherratt AGL 062 | WELLS FARGO BASE - 8459 | 210.00 | | -420.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Sherratt LBL 771 | WELLS FARGO BASE - 8459 | 210.00 | | -210.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Sherratt PLI 140 | WELLS FARGO BASE - 8459 | 210.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Samuel & Nancy Shewmaker Trust (6781-484) | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,640.00 | -5,640.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker LLI 899 | WELLS FARGO BASE - 8459 | 564.00 | | -5,076.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker JPI 062 | WELLS FARGO BASE - 8459 | 564.00 | | -4,512.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker LNL 26A | WELLS FARGO BASE - 8459 | 564.00 | | -3,948.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker AXA 826 | WELLS FARGO BASE - 8459 | 564.00 | | -3,384.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker LNL 782 | WELLS FARGO BASE - 8459 | 564.00 | | -2,820.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker PLI 980 | WELLS FARGO BASE - 8459 | 564.00 | | -2,256.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker JPI 183 | WELLS FARGO BASE - 8459 | 564.00 | | -1,692.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker AGL 062 | WELLS FARGO BASE - 8459 | 564.00 | | -1,128.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker LBL 771 | WELLS FARGO BASE - 8459 | 564.00 | | -564.00 |
| Check | 12/3/2009 | EFT | Steven Feeken | Commission | AP Shewmaker PLI 140 | WELLS FARGO BASE - 8459 | 564.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Steven Feeken | Marilyn Wheeler-IRA (6781-165B) | WELLS FARGO BASE - 8459 | AP Wheeler,Marilyn-IRA LFG 566 | | 180.00 | -180.00 |
| Check | 12/4/2009 | EFT | Steven Feeken | Commission | AP Wheeler,Marilyn-IRA LFG 568 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Buford & Barbara Gotcher (6781-490) | WELLS FARGO BASE - 8459 | -SPLIT- | | 625.78 | -625.78 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Gotcher JPI 183 | WELLS FARGO BASE - 8459 | 156.43 | | -469.35 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Gotcher AGL 062 | WELLS FARGO BASE - 8459 | 156.45 | | -312.90 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Gotcher LBL 771 | WELLS FARGO BASE - 8459 | 156.45 | | -156.45 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Gotcher PLI 140 | WELLS FARGO BASE - 8459 | 156.45 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Wheeler IRA (6781-165C) | WELLS FARGO BASE - 8459 | AP Wheeler, D M IRA LFG 568 | | 180.00 | -180.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Wheeler, D M IRA LFG 568 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Allen Trust, M & T (6781-530) | WELLS FARGO BASE - 8459 | -SPLIT- | | 33,000.00 | -33,000.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust LLI 899 | WELLS FARGO BASE - 8459 | 3,300.00 | | -29,700.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust LNL 740 | WELLS FARGO BASE - 8459 | 3,300.00 | | -26,400.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust SLA 338 | WELLS FARGO BASE - 8459 | 3,300.00 | | -23,100.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust JPI 062 | WELLS FARGO BASE - 8459 | 3,300.00 | | -19,800.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust AXA 346 | WELLS FARGO BASE - 8459 | 3,300.00 | | -16,500.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust PLI 980 | WELLS FARGO BASE - 8459 | 3,300.00 | | -13,200.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust JPI 272 | WELLS FARGO BASE - 8459 | 3,300.00 | | -9,900.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust AXA 729 | WELLS FARGO BASE - 8459 | 3,300.00 | | -6,600.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust JPI 183 | WELLS FARGO BASE - 8459 | 3,300.00 | | -3,300.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Allen Chart Trust PLI 140 | WELLS FARGO BASE - 8459 | 3,300.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Shewmaker, Samuel IRA (6781-484C) | WELLS FARGO BASE - 8459 | -SPLIT- | | 602.19 | -602.19 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,S IRA JPI 183 | WELLS FARGO BASE - 8459 | 150.54 | | -451.65 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,S IRA AGL 062 | WELLS FARGO BASE - 8459 | 150.55 | | -301.10 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,S IRA LBL 771 | WELLS FARGO BASE - 8459 | 150.55 | | -150.55 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,S IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.55 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Shewmaker, Nancy IRA (6781-484A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 360.00 | -360.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,N IRA LBL 771 | WELLS FARGO BASE - 8459 | 180.00 | | -180.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,N IRA PLI 140 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Shewmaker, Nancy IRA (6781-484B) | WELLS FARGO BASE - 8459 | -SPLIT- | | 360.00 | -360.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Nancy IRA LBL 771 | WELLS FARGO BASE - 8459 | 180.00 | | -180.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Nancy IRA PLI 140 | WELLS FARGO BASE - 8459 | 180.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Shewmaker,Samuel IRA (6781-484D) | WELLS FARGO BASE - 8459 | -SPLIT- | | 798.00 | -798.00 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Sam IRA PLI 980 | WELLS FARGO BASE - 8459 | 159.60 | | -638.40 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Sam IRA JPI 183 | WELLS FARGO BASE - 8459 | 159.60 | | -478.80 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Sam IRA AGL 062 | WELLS FARGO BASE - 8459 | 159.60 | | -319.20 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Sam IRA LBL 771 | WELLS FARGO BASE - 8459 | 159.60 | | -159.60 |
| Check | 12/10/2009 | EFT | Steven Feeken | Commission | AP Shewmaker,Sam IRA PLI 140 | WELLS FARGO BASE - 8459 | 159.60 | | 0.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Shive, Robbie D IRA (6781-536) | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,760.00 | -2,760.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA LLI 899 | WELLS FARGO BASE - 8459 | 276.00 | | -2,484.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA LFG 008 | WELLS FARGO BASE - 8459 | 276.00 | | -2,208.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA LFG 006 | WELLS FARGO BASE - 8459 | 276.00 | | -1,932.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA AXA 826 | WELLS FARGO BASE - 8459 | 276.00 | | -1,656.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA LFG 782 | WELLS FARGO BASE - 8459 | 276.00 | | -1,380.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA PLI 980 | WELLS FARGO BASE - 8459 | 276.00 | | -1,104.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA LFG 183 | WELLS FARGO BASE - 8459 | 276.00 | | -828.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA PLI 930 | WELLS FARGO BASE - 8459 | 276.00 | | -552.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA ANI 521 | WELLS FARGO BASE - 8459 | 276.00 | | -276.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Shive,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 276.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Gillespie, Gloria IRA (6781-378A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.45 | -1,600.45 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Gillespie,G-IRA PLI 980 | WELLS FARGO BASE - 8459 | 320.09 | | -1,280.36 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Gillespie,G-IRA AGL 062 | WELLS FARGO BASE - 8459 | 320.09 | | -960.27 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Gillespie,G-IRA AXA 729 | WELLS FARGO BASE - 8459 | 320.09 | | -640.18 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Gillespie,G-IRA LFG 183 | WELLS FARGO BASE - 8459 | 320.09 | | -320.09 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Gillespie,G-IRA PLI 140 | WELLS FARGO BASE - 8459 | 320.08 | | 0.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Kemp, Jack W IRA (6781-492) | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,320.00 | -7,320.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 732.00 | | -6,588.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 732.00 | | -5,856.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA LFG 006 | WELLS FARGO BASE - 8459 | 732.00 | | -5,124.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA AXA 826 | WELLS FARGO BASE - 8459 | 732.00 | | -4,392.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 732.00 | | -3,660.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 732.00 | | -2,928.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 732.00 | | -2,196.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 732.00 | | -1,464.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 732.00 | | -732.00 |
| Check | 12/23/2009 | EFT | Steven Feeken | Commission | AP Kemp,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 732.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Mann, Robert M IRA (6781-569) | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA MMI 025 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA LFG 272 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Mann,R-IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Madison,Jeanette E IRA (6781-499) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,770.00 | -1,770.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Madison,J-IRA PLI 680 | WELLS FARGO BASE - 8459 | 354.00 | | -1,416.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Madison,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 354.00 | | -1,062.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Madison,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 354.00 | | -708.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Madison,J-IRA LBL 771 | WELLS FARGO BASE - 8459 | 354.00 | | -354.00 |
| Check | 12/30/2009 | EFT | Steven Feeken | Commission | AP Madison,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 354.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Marlow, Katherine IRA (6781-601) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,650.00 | -1,650.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow, K-IRA | WELLS FARGO BASE - 8459 | 165.00 | | -1,485.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA SLA 338 | WELLS FARGO BASE - 8459 | 165.00 | | -1,320.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA LFG 008 | WELLS FARGO BASE - 8459 | 165.00 | | -1,155.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA MMI 025 | WELLS FARGO BASE - 8459 | 165.00 | | -990.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA PLI 980 | WELLS FARGO BASE - 8459 | 165.00 | | -825.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA LFG 272 | WELLS FARGO BASE - 8459 | 165.00 | | -660.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA AXA 729 | WELLS FARGO BASE - 8459 | 165.00 | | -495.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA ING 15J | WELLS FARGO BASE - 8459 | 165.00 | | -330.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA LFG 183 | WELLS FARGO BASE - 8459 | 165.00 | | -165.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marlow,K-IRA PLI 140 | WELLS FARGO BASE - 8459 | 165.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Marquez, Lucian IRA (6781-604) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 14,220.00 | -14,220.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,422.00 | | -12,798.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,422.00 | | -11,376.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA SLA 338 | WELLS FARGO BASE - 8459 | 1,422.00 | | -9,954.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA LFG 008 | WELLS FARGO BASE - 8459 | 1,422.00 | | -8,532.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,422.00 | | -7,110.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,422.00 | | -5,688.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,422.00 | | -4,266.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,422.00 | | -2,844.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,422.00 | | -1,422.00 |
| Check | 1/7/2010 | EFT | Steven Feeken | Commission | AP Marquez,L-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,422.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Dunn,Hugh-IRA (6781-595) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA SLA 336 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA LFG 008 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA MMI 025 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA LFG 782 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA ING 15J | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/14/2010 | EFT | Steven Feeken | Commission | AP Dunn,H-IRA PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Steven Feeken | Irwin, Darlene G Trad IRA (6781-704) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 450.00 | -450.00 |
| Check | 1/28/2010 | EFT | Steven Feeken | Commission | AP Irwin,D-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/28/2010 | EFT | Steven Feeken | Commission | AP Irwin,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/28/2010 | EFT | Steven Feeken | Commission | AP Irwin,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Reid, William & Marie (6781-730) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Reid W&M AXA 091 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Reid W&M LFG 183 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Reid W&M PLI 140 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Reid W&M AGL 130 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Staley, Joseph E TRAD IRA (6781-711) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -4,500.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA AXA 894 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA GFG 065 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 2/11/2010 | EFT | Steven Feeken | Commission | AP Staley,J-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Marvin, Peter (6781-767) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P GFG 086 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Marvin,P AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Roberta M, Wright Trad IRA (6781-712) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,210.00 | -3,210.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 321.00 | | -2,889.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 321.00 | | -2,568.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA AXA 894 | WELLS FARGO BASE - 8459 | 321.00 | | -2,247.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 321.00 | | -1,926.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 321.00 | | -1,605.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA PLI 830 | WELLS FARGO BASE - 8459 | 321.00 | | -1,284.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 321.00 | | -963.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 321.00 | | -642.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 321.00 | | -321.00 |
| Check | 2/18/2010 | EFT | Steven Feeken | Commission | AP Wright,R-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 321.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Michael E. McNulty (6781-798) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LFG 081 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LBL 361 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M AXA 894 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP McNulty, M AGL 130 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Barbara Jones Trad IRA (6781-799) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,235.00 | -2,235.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 223.50 | | -2,011.50 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 223.50 | | -1,788.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 223.50 | | -1,564.50 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 223.50 | | -1,341.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 223.50 | | -1,117.50 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA AXA 894 | WELLS FARGO BASE - 8459 | 223.50 | | -894.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 223.50 | | -670.50 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 223.50 | | -447.00 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 223.50 | | -223.50 |
| Check | 2/25/2010 | EFT | Steven Feeken | Commission | AP Jones,B-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 223.50 | | 0.00 |
| Check | 3/18/2010 | EFT | Steven Feeken | Hicks, Jack & Linda (6781-904) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 3/18/2010 | EFT | Steven Feeken | Commission | AP Hicks,J&L LFG 117 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 3/18/2010 | EFT | Steven Feeken | Commission | AP Hicks,J&L LFG 248 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 3/18/2010 | EFT | Steven Feeken | Commission | AP Hicks,J&L AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 3/18/2010 | EFT | Steven Feeken | Commission | AP Hicks,J&L AVL 180 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/18/2010 | EFt | Steven Feeken | Commission | AP Hicks,J&L PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/18/2010 | EFt | Steven Feeken | Commission | AP Hicks,J&L JHL 633 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| **Total Steven Feeken** | | | | | | | 119,069.91 | 119,069.91 | 0.00 |
| **Steven J. Skijus** | | | | | | | | | |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Client: John J. Holtsclaw (6781-516) | AP Holtsclaw,J PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Total $ amount $25,000 | AP Holtsclaw,J JPI 272 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Holtsclaw,J AXA 729 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Commissions | AP Holtsclaw,J JPI 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | | AP Holtsclaw,J PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,919.61 | -11,919.61 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Client: Lynn Jean Content-IRA (6781-421) | AP Content,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,191.97 | | -10,727.84 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Total $ Amount: 119,196.03 | AP Content,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,191.96 | | -9,535.88 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Licensee: Steve JU. Skijus (10.00%) | AP Content,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,191.96 | | -8,343.72 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Commission | AP Content,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,191.96 | | -7,151.76 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,191.96 | | -5,959.80 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,191.96 | | -4,767.84 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,191.96 | | -3,575.88 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,191.96 | | -2,383.92 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,191.96 | | -1,191.96 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,191.96 | | 0.00 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,924.62 | -9,924.62 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Client: Carol J. Williams IRA (6781-563) | AP Williams,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 992.48 | | -8,932.14 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Total $ Amount $99,246.29 | AP Williams,C-IRA SLA 338 | WELLS FARGO BASE - 8459 | 992.48 | | -7,939.66 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Williams,C-IRA MMI 025 | WELLS FARGO BASE - 8459 | 992.48 | | -6,947.22 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Commissions | AP Williams,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 992.48 | | -5,954.76 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA LFG 782 | WELLS FARGO BASE - 8459 | 992.48 | | -4,962.30 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 992.48 | | -3,969.84 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 992.48 | | -2,977.38 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA AXA 729 | WELLS FARGO BASE - 8459 | 992.48 | | -1,984.92 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA LFG 183 | WELLS FARGO BASE - 8459 | 992.48 | | -992.46 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 992.48 | | 0.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | Client: Marjorie L. Limbaugh (6781-746) | AP Limbaugh,M LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | Total $ amount $100,000 | AP Limbaugh,M LFG 248 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Limbaugh,M AXA 994 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | Commissions | AP Limbaugh,M AGL 76L | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M PLI 980 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M GLG 089 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/18/2010 | 4403 | Steven J. Skijus | | AP Limbaugh,M AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| **Total Steven J. Skijus** | | | | | | | 34,344.23 | 34,344.23 | 0.00 |
| **Stonehurst Securities, Inc.** | | | | | | | | | |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,000.00 | -11,000.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Client: Lois Grell IRA (6781-474) | AP Grell,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,100.00 | | -9,900.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Total $ amount $100,000 | AP Grell,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,100.00 | | -8,800.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Licensee:Stonehurst Securities/Holly Nicholas 210 (11%) | AP Grell,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,100.00 | | -7,700.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Commissions | AP Grell,L-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,100.00 | | -6,600.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,100.00 | | -5,500.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,100.00 | | -4,400.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,100.00 | | -3,320.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,100.00 | | -2,230.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Grell,L-IRA JPI 183 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Mattison, Tanner L IRA (6781-656) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,500.00 | -5,500.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LLI 899 | WELLS FARGO BASE - 8459 | 550.00 | | -4,950.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 550.00 | | -4,400.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 550.00 | | -3,850.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA PLI 930 | WELLS FARGO BASE - 8459 | 550.00 | | -3,300.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 272 | WELLS FARGO BASE - 8459 | 550.00 | | -2,750.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 550.00 | | -2,200.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 550.00 | | -1,650.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 782 | WELLS FARGO BASE - 8459 | 550.00 | | -1,100.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 550.00 | | -550.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ANI 521 | WELLS FARGO BASE - 8459 | 550.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Beeson,Jeffrey K-IRA (6781-678) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,370.00 | -6,370.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 637.00 | | -5,733.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA SLA 338 | WELLS FARGO BASE - 8459 | 637.00 | | -5,096.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 637.00 | | -4,459.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 637.00 | | -3,822.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 637.00 | | -3,185.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 637.00 | | -2,548.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 637.00 | | -1,911.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 637.00 | | -1,274.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 637.00 | | -637.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 637.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Miller,Erin R.-IRA (6781-679) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |

# RETIREMENT VALUE, LLC - KPKF Books

## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/18/2010 | EFT | Ron Thompson | Commission | AP Nemeth,M-ROTH IRA PU 140 | WELLS FARGO BASE - 8459 | 547.96 | | -547.96 |
| Check | 3/18/2010 | EFT | Ron Thompson | Commission | AP Nemeth,M-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 547.96 | | 0.00 |
| Total Ron Thompson | | | | | | | 38,257.78 | 38,257.78 | 0.00 |
| **Ronald R. Coleman** | | | | | | | | | |
| Check | 8/7/2009 | 1312 | Ronald R. Coleman | Rice(6781-70) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 8/7/2009 | 1312 | Ronald R. Coleman | Client: Gene T. Rice | AP Rice ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 8/7/2009 | 1312 | Ronald R. Coleman | Total $ Amount: 30,000.00 | AP Rice OML 446 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 8/7/2009 | 1312 | Ronald R. Coleman | Licensee: Ronald R. Coleman | AP Rice ING 283 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | King(6781-68) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | Client: Teri King | AP King ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | Total $ Amount: 50,000.00 | AP King LNL 591 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | Licensee: Ronald R. Coleman | AP King ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | King(6781-68) Commission | AP King ING 283 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 8/12/2009 | 1351 | Ronald R. Coleman | King(6781-68) Commission | AP King OML 446 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Fahey-IRA (6781-69) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,496.25 | -1,496.25 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Client: Robert J. Fahey-IRA | AP Fahey-IRA TRA 281 | WELLS FARGO BASE - 8459 | 299.25 | | -1,197.00 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Total $ Amount: 49,875.00 | AP Fahey-IRA ING 201 | WELLS FARGO BASE - 8459 | 299.25 | | -897.75 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Licensee: Ronald R. Coleman | AP Fahey-IRA ANI 852 | WELLS FARGO BASE - 8459 | 299.25 | | -598.50 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Fahey-IRA (6781-69) Commission | AP Fahey-IRA ING 283 | WELLS FARGO BASE - 8459 | 299.25 | | -299.25 |
| Check | 8/24/2009 | 1403 | Ronald R. Coleman | Fahey-IRA (6781-69) Commission | AP Fahey-IRA OML 446 | WELLS FARGO BASE - 8459 | 299.25 | | 0.00 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,051.13 | -6,051.13 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Client: Stanley Prichard-IRA | AP Prichard-IRA LNL 177 | WELLS FARGO BASE - 8459 | 605.14 | | -5,445.99 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Total $ Amount: 201,704.31 | AP Prichard-IRA AGL 73L | WELLS FARGO BASE - 8459 | 605.11 | | -4,840.88 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Licensee: Ronald R. Coleman | AP Prichard-IRA AXA 804 | WELLS FARGO BASE - 8459 | 605.11 | | -4,235.77 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard AGL 86L | WELLS FARGO BASE - 8459 | 605.11 | | -3,630.66 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA TRA 281 | WELLS FARGO BASE - 8459 | 605.11 | | -3,025.55 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ING 201 | WELLS FARGO BASE - 8459 | 605.11 | | -2,420.44 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA LNL 591 | WELLS FARGO BASE - 8459 | 605.11 | | -1,815.33 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ANI 852 | WELLS FARGO BASE - 8459 | 605.11 | | -1,210.22 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA ING 283 | WELLS FARGO BASE - 8459 | 605.11 | | -605.11 |
| Check | 8/24/2009 | 1468 | Ronald R. Coleman | Prichard-IRA(6781-74) Commission | AP Prichard-IRA OML 446 | WELLS FARGO BASE - 8459 | 605.11 | | 0.00 |
| Check | 9/15/2009 | 1716 | Ronald R. Coleman | Blackman, CE (6781-176) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 9/15/2009 | 1716 | Ronald R. Coleman | Client: Clarence E. Blackman | AP Blackman, CE ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 9/15/2009 | 1716 | Ronald R. Coleman | Total $ Amount: 30,000.00 | AP Blackman, CE ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 9/15/2009 | 1716 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Blackman, CE LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 9/15/2009 | 1723 | Ronald R. Coleman | Blackman, CA (6781-177) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 9/15/2009 | 1723 | Ronald R. Coleman | Client: Clarence Blackman | AP Blackman, CA ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 9/15/2009 | 1723 | Ronald R. Coleman | Total $ Amount: 20,000.00 | AP Blackman, CA LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 9/18/2009 | 1765 | Ronald R. Coleman | Brenneman Family Trust (6781-187) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 9/18/2009 | 1765 | Ronald R. Coleman | Client: Brenneman Family Trust | AP Brenneman Trust ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 9/18/2009 | 1765 | Ronald R. Coleman | Total $ Amount: 30,000.00 | AP Brenneman Trust ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 9/18/2009 | 1765 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Brenneman Trust LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Snodgrass IRA (6781-182) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,250.00 | -2,250.00 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Client: Robert Snodgrass IRA | AP Snodgrass IRA WPL 982 | WELLS FARGO BASE - 8459 | 321.43 | | -1,928.57 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Total $ Amount: 75,000.00 | AP Snodgrass IRA LNL 740 | WELLS FARGO BASE - 8459 | 321.43 | | -1,607.14 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Snodgrass IRA ING 201 | WELLS FARGO BASE - 8459 | 321.43 | | -1,285.71 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA MAM 860 | WELLS FARGO BASE - 8459 | 321.43 | | -964.28 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA ANI 852 | WELLS FARGO BASE - 8459 | 321.43 | | -642.85 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA LFG 566 | WELLS FARGO BASE - 8459 | 321.43 | | -321.42 |
| Check | 9/18/2009 | 1766 | Ronald R. Coleman | Snodgrass IRA (6781-182) Commission | AP Snodgrass IRA ING 036 | WELLS FARGO BASE - 8459 | 321.42 | | 0.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Crespy (6781-200) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Client: Garrett J. Crespy | AP Crespy LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Total $ Amount: 100,000.00 | AP Crespy ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Crespy ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Crespy (6781-200) Commission | AP Crespy LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 9/24/2009 | 1855 | Ronald R. Coleman | Crespy (6781-200) Commission | AP Crespy ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Chacon IRA (6781-204) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,496.25 | -1,496.25 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Client: Isabel R. Chacon | AP Chacon IRA INV 201 | WELLS FARGO BASE - 8459 | 299.25 | | -1,197.00 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Total $ Amount: $49,875 | AP Chacon IRA LNL 782 | WELLS FARGO BASE - 8459 | 299.25 | | -897.75 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3%) | AP Chacon IRA ANI 852 | WELLS FARGO BASE - 8459 | 299.25 | | -598.50 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Chacon IRA (6781-204) commission | AP Chacon IRA LFG 566 | WELLS FARGO BASE - 8459 | 299.25 | | -299.25 |
| Check | 9/29/2009 | 1890 | Ronald R. Coleman | Chacon IRA (6781-204) commission | AP Chacon IRA ING 036 | WELLS FARGO BASE - 8459 | 299.25 | | 0.00 |
| Check | 10/9/2009 | 2175 | Ronald R. Coleman | R. McDonald-IRA (6781-270A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 194.21 | -194.21 |
| Check | 10/9/2009 | 2175 | Ronald R. Coleman | Client: Robert J. McDonald - IRA | AP McDonald,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 194.21 | | 0.00 |
| Check | 10/9/2009 | 2180 | Ronald R. Coleman | D. McDonald-IRA (6781-270C) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 150.00 | -150.00 |
| Check | 10/9/2009 | 2180 | Ronald R. Coleman | Client: Drucilla McDonald - IRA | AP McDonald,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/9/2009 | 2185 | Ronald R. Coleman | Fahey-IRA (6781-271) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 399.38 | -399.38 |
| Check | 10/9/2009 | 2185 | Ronald R. Coleman | Client: Barbara Fahey - IRA | AP Fahey-IRA LNL 782 | WELLS FARGO BASE - 8459 | 199.69 | | -199.69 |
| Check | 10/9/2009 | 2185 | Ronald R. Coleman | Total $ Amount: 13,312.02 | AP Fahey-IRA LFG 565 | WELLS FARGO BASE - 8459 | 199.69 | | 0.00 |
| Check | 10/15/2009 | 2261 | Ronald R. Coleman | RJ McDonald-IRA (6781-270) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 735.00 | -735.00 |
| Check | 10/15/2009 | 2261 | Ronald R. Coleman | Client: Robert J. McDonald-IRA | AP McDonald,RJ-IRA ING 201 | WELLS FARGO BASE - 8459 | 183.75 | | -551.25 |
| Check | 10/15/2009 | 2261 | Ronald R. Coleman | Total $ Amount: 24,500.00 | AP McDonald,RJ-IRA ANI 852 | WELLS FARGO BASE - 8459 | 183.75 | | -367.50 |
| Check | 10/15/2009 | 2261 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP McDonald,RJ-IRA LNL 782 | WELLS FARGO BASE - 8459 | 183.75 | | -183.75 |
| Check | 10/15/2009 | 2261 | Ronald R. Coleman | RJ McDonald-IRA (6781-270) Commission | AP McDonald,RJ-IRA LFG 566 | WELLS FARGO BASE - 8459 | 183.75 | | 0.00 |
| Check | 10/15/2009 | 2258 | Ronald R. Coleman | DJ McDonald-IRA (6781-270B) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 840.00 | -840.00 |
| Check | 10/15/2009 | 2258 | Ronald R. Coleman | Client: Drucilla J. McDonald-IRA | AP McDonald,DJ-IRA ING 201 | WELLS FARGO BASE - 8459 | 210.00 | | -630.00 |
| Check | 10/15/2009 | 2258 | Ronald R. Coleman | Total $ Amount: 28,000.00 | AP McDonald,DJ-IRA ANI 852 | WELLS FARGO BASE - 8459 | 210.00 | | -420.00 |
| Check | 10/15/2009 | 2258 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP McDonald,DJ-IRA LNL 782 | WELLS FARGO BASE - 8459 | 210.00 | | -210.00 |
| Check | 10/15/2009 | 2258 | Ronald R. Coleman | DJ McDonald-IRA (6781-270B) Commission | AP McDonald,DJ-IRA LFG 566 | WELLS FARGO BASE - 8459 | 210.00 | | 0.00 |
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | Client: Monica F. Noyes (6781-315) | AP Noyes HLI 814 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | Total $ amount $50,000 | AP Noyes ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | Licensee: Monica F. Noyes (3%) | AP Noyes ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | Commissions | AP Noyes LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 10/23/2009 | 2495 | Ronald R. Coleman | | AP Noyes LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | Client: Robert D. Ward-IRA (6781-344) | AP Ward,R-IRA HLI 814 | WELLS FARGO BASE - 8459 | 450.00 | | -4,050.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | Total $ Amount 150,000.00 | AP Ward,R-IRA LNL 781 | WELLS FARGO BASE - 8459 | 450.00 | | -3,600.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Ward,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 450.00 | | -3,150.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | Commission | AP Ward,R-IRA AXA 146 | WELLS FARGO BASE - 8459 | 450.00 | | -2,700.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 450.00 | | -2,250.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 450.00 | | -1,800.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 450.00 | | -1,350.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 450.00 | | -900.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 10/26/2009 | 2562 | Ronald R. Coleman | | AP Ward,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | Client: Tahlie M. Carter (6781-334) | AP Carter HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | Total $ Amount 25,000.00 | AP Carter ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Carter ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | Commission | AP Carter LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/28/2009 | 2649 | Ronald R. Coleman | | AP Carter LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,050.00 | -1,050.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | Client: Betty L. Dorman-IRA (6781-351) | AP Dorman,B-IRA HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | Total $ Amount 35,000.00 | AP Dorman,B-IRA LLI 889 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Dorman,B-IRA AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | Commission | AP Dorman,B-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | | AP Dorman,B-IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | | AP Dorman,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 11/11/2009 | 2993 | Ronald R. Coleman | | AP Dorman,B-IRA LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | Client: Robert & Yvonne Killan (6781-391) | AP Killan R&Y LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | Total $ Amount 50,000.00 | AP Killan R&Y LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Killan R&Y PLI 930 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | Commission | AP Killan R&Y LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/12/2009 | 3051 | Ronald R. Coleman | | AP Killan R&Y AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 11/12/2009 | 3056 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,010.11 | -1,010.11 |
| Check | 11/12/2009 | 3056 | Ronald R. Coleman | Client: Julie K. Gardner (6781-392) | AP Gardner, J AGL 062 | WELLS FARGO BASE - 8459 | 505.06 | | -505.06 |
| Check | 11/12/2009 | 3056 | Ronald R. Coleman | Total $ Amount: 33,670.23 | AP Gardner, J ANI 521 | WELLS FARGO BASE - 8459 | 505.06 | | 0.00 |
| Check | 11/19/2009 | 3255 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 11/19/2009 | 3255 | Ronald R. Coleman | Client: Gary K. Cain (6781-426) | AP Cain,G AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 11/19/2009 | 3255 | Ronald R. Coleman | Total $ Amount 30,000.00 | AP Cain,G LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 11/19/2009 | 3255 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Cain,G PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 11/25/2009 | 3290 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,844.50 | -3,844.50 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | Client: Julie K. Gardner-IRA (6781-392A) | AP Gardner,J-IRA LLI 889 | WELLS FARGO BASE - 8459 | 549.24 | | -3,295.26 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | Total $ amount $128,149.89 | AP Gardner,J-IRA LNL 740 | WELLS FARGO BASE - 8459 | 549.21 | | -2,746.05 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3%) | AP Gardner,J-IRA LNL 26A | WELLS FARGO BASE - 8459 | 549.21 | | -2,196.84 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | Commissions | AP Gardner,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 549.21 | | -1,647.63 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | | AP Gardner,J-IRA LNL 782 | WELLS FARGO BASE - 8459 | 549.21 | | -1,098.42 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | | AP Gardner,J-IRA ING 201 | WELLS FARGO BASE - 8459 | 549.21 | | -549.21 |
| Check | 11/20/2009 | 3290 | Ronald R. Coleman | | AP Gardner,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 549.21 | | 0.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,000.00 | -9,000.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | Client: Frank R. Marlow (6781-541) | AP Marlow,F LLI 898 | WELLS FARGO BASE - 8459 | 900.00 | | -8,100.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | Total $ Amount: 300,000.00 | AP Marlow,F LFG 740 | WELLS FARGO BASE - 8459 | 900.00 | | -7,200.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Marlow,F SLA 338 | WELLS FARGO BASE - 8459 | 900.00 | | -6,300.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | Commission | AP Marlow,F LFG 008 | WELLS FARGO BASE - 8459 | 900.00 | | -5,400.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F AXA 346 | WELLS FARGO BASE - 8459 | 900.00 | | -4,500.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F PLI 960 | WELLS FARGO BASE - 8459 | 900.00 | | -3,600.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F LFG 272 | WELLS FARGO BASE - 8459 | 900.00 | | -2,700.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F AXA 729 | WELLS FARGO BASE - 8459 | 900.00 | | -1,800.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F LFG 183 | WELLS FARGO BASE - 8459 | 900.00 | | -900.00 |
| Check | 12/23/2009 | 3814 | Ronald R. Coleman | | AP Marlow,F PLI 140 | WELLS FARGO BASE - 8459 | 900.00 | | 0.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Allen, David L. (6781-612) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Client: David L. Allen (6781-612) | AP Allen,D LFG 782 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Total $ amount $25,000 | AP Allen,D PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3%) | AP Allen,D AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Commissions | AP Allen,D LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 1/7/2010 | 3959 | Ronald R. Coleman | Allen, David L. (6781-612) Commissions | AP Allen,D PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 1/14/2010 | 4025 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 306.06 | -306.06 |
| Check | 1/14/2010 | 4025 | Ronald R. Coleman | Client: Stephen B. Cain IRA (6781-439) | AP Cain,S-IRA LBL 771 | WELLS FARGO BASE - 8459 | 153.03 | | -153.03 |
| Check | 1/14/2010 | 4025 | Ronald R. Coleman | Total $ amount $10,201.87 | AP Cain,S-IRA PLI 140 | WELLS FARGO BASE - 8459 | 153.03 | | 0.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | Client: Richard W. Stafford-Traditional IRA 6781-611 | AP Stafford-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | Total $ amount $400,000 | AP Stafford-TRAD IRA SLA 338 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3%) | AP Stafford-TRAD IRA ANI 065 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | Commissions | AP Stafford-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | AP Stafford-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | AP Stafford-TRAD IRA PLI 960 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | AP Stafford-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | AP Stafford-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 1/21/2010 | 4108 | Ronald R. Coleman | | AP Stafford-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/21/2010 | 4106 | Ronald R. Coleman | | AP Stafford-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 1/28/2010 | 4188 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 1/28/2010 | 4188 | Ronald R. Coleman | Client: Andrew M. Kozusko Trad IRA (6781-534) | AP Kozusko,A-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 1/28/2010 | 4188 | Ronald R. Coleman | Total $ amount $30,000 | AP Kozusko,A-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/28/2010 | 4188 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3%) | AP Kozusko,A-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | Client: Vivian B. Martin (6781-765) | AP Martin,V GFG 059 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | Total $ Amount 25,000.00 | AP Martin,V AXA 091 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | Licensee: Ronald R. Coleman | AP Martin,V LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | Commission | AP Martin,V PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 2/18/2010 | 4418 | Ronald R. Coleman | | AP Martin,V AGL 130 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,796.18 | -2,796.18 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | Client: Ann K. Smith Bene IRA (6781-565) | AP Smith,AK-BENE IRA LLI 899 | WELLS FARGO BASE - 8459 | 466.03 | | -2,330.15 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | Total $ Amount 93,206.00 | AP Smith,AK-BENE IRA LBL 361 | WELLS FARGO BASE - 8459 | 466.03 | | -1,864.12 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Smith,AK-BENE IRA LFG 117 | WELLS FARGO BASE - 8459 | 466.03 | | -1,398.09 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | Commission | AP Smith,AK-BENE IRA AXA 094 | WELLS FARGO BASE - 8459 | 466.03 | | -932.06 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | | AP Smith,AK-BENE IRA LFG 183 | WELLS FARGO BASE - 8459 | 466.03 | | -466.03 |
| Check | 2/25/2010 | 4487 | Ronald R. Coleman | | AP Smith,AK-BENE IRA PLI 140 | WELLS FARGO BASE - 8459 | 466.03 | | 0.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | Client: Judith B. Purvis (6781-272B) | AP Purvis,Judith LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | Total $ amount $60,000 | AP Purvis,Judith LFG 248 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | Licensee: Ron Coleman (3%) | AP Purvis,Judith AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | Commissions | AP Purvis,Judith LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | | AP Purvis,Judith PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/4/2010 | 4603 | Ronald R. Coleman | | AP Purvis,Judith AGL 130 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 3/4/2010 | 4647 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 448.62 | -448.62 |
| Check | 3/4/2010 | 4647 | Ronald R. Coleman | Client: Judith A. Purvis-Beneficiary IRA (6781-272C) | AP Purvis,J-BENE IRA LFG 183 | WELLS FARGO BASE - 8459 | 224.31 | | -224.31 |
| Check | 3/4/2010 | 4647 | Ronald R. Coleman | Total $ Amount 14,954.00 | AP Purvis,J-BENE IRA PLI 140 | WELLS FARGO BASE - 8459 | 224.31 | | 0.00 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,496.25 | -7,496.25 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | Client: Wilber K. Baker Trad IRA (6781-902) | AP Baker,W-TRAD IRA LFG 091 | WELLS FARGO BASE - 8459 | 749.58 | | -6,746.67 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | Total $ amount $249,875 | AP Baker,W-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 749.63 | | -5,997.04 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | Licensee: Ron Coleman (3%) | AP Baker,W-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 749.63 | | -5,247.41 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | Commissions | AP Baker,W-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 749.63 | | -4,497.78 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 749.63 | | -3,748.15 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 749.63 | | -2,998.52 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 749.63 | | -2,248.89 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 749.63 | | -1,499.26 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 749.63 | | -749.63 |
| Check | 3/11/2010 | 4702 | Ronald R. Coleman | | AP Baker,W-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 749.63 | | 0.00 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,897.64 | -4,897.64 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | Client: Peggy J. Miller-Traditional IRA (6781-685) | AP Miller,P-TRAD IRA LFG 091 | WELLS FARGO BASE - 8459 | 97.96 | | -4,799.68 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | Total $ Amount 163,254.69 | AP Miller,P-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 599.96 | | -4,199.72 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | Licensee: Ronald R. Coleman (3.00%) | AP Miller,P-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 599.96 | | -3,599.76 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | Commission | AP Miller,P-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 599.96 | | -2,999.80 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | AP Miller,P-TRAD IRA AXA 094 | WELLS FARGO BASE - 8459 | 599.96 | | -2,399.84 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | AP Miller,P-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 599.96 | | -1,799.88 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | AP Miller,P-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 599.96 | | -1,199.92 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | AP Miller,P-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 599.96 | | -599.96 |
| Check | 3/11/2010 | 4721 | Ronald R. Coleman | | AP Miller,P-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 599.96 | | 0.00 |
| Check | 3/11/2010 | 4731 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 897.00 | -897.00 |
| Check | 3/11/2010 | 4731 | Ronald R. Coleman | Client: Margaret P. Jones Trad IRA (6781-860) | AP Jones,MP-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 299.00 | | -598.00 |
| Check | 3/11/2010 | 4731 | Ronald R. Coleman | Total $ amount $29,900 | AP Jones,MP-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 299.00 | | -299.00 |
| Check | 3/11/2010 | 4731 | Ronald R. Coleman | Licensee: Ron Coleman (3%) | AP Jones,MP-TRAD IRA JHL 833 | WELLS FARGO BASE - 8459 | 299.00 | | 0.00 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,997.00 | -2,997.00 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | Client: Jodene C. Robinson Trad IRA (6781-727) | AP Robinson,JC-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 299.70 | | -2,697.30 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | Total $ amount $99,900 | AP Robinson,JC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 299.70 | | -2,397.60 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | Licensee: Ron Coleman (3%) | AP Robinson,JC-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 299.70 | | -2,097.90 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | Commissions | AP Robinson,JC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 299.70 | | -1,798.20 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 299.70 | | -1,498.50 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 299.70 | | -1,198.80 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 299.70 | | -899.10 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 299.70 | | -599.40 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 299.70 | | -299.70 |
| Check | 3/18/2010 | 4826 | Ronald R. Coleman | | AP Robinson,JC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 299.70 | | 0.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,520.00 | -2,520.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | Client: Leah B. Robbins Trad IRA (6781-710) | AP Robbins,L-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 420.00 | | -2,100.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | Total $ amount $84,000 | AP Robbins,L-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 420.00 | | -1,680.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | Licensee: Ron Coleman (3%) | AP Robbins,L-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 420.00 | | -1,260.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | Commissions | AP Robbins,L-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 420.00 | | -840.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | | AP Robbins,L-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 420.00 | | -420.00 |
| Check | 3/25/2010 | 4951 | Ronald R. Coleman | | AP Robbins,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 420.00 | | 0.00 |
| Total Ronald R. Coleman | | | | | | | 84,025.56 | 84,025.56 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | Total $ amount $29,900 | AP Jones,MP-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,295.67 | | -1,295.67 |
| Check | 3/11/2010 | 4732 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Jones,MP-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,295.67 | | 0.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | Client: Jack & Linda Hicks (6781-904) | AP Hicks,J&L LFG 117 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | Total $ amount $30,000 | AP Hicks,J&L LFG 248 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | Licensee: Steven Feeken (3%) | AP Hicks,J&L AXA 091 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | Commissions | AP Hicks,J&L AVL 180 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | | AP Hicks,J&L PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 3/16/2010 | 4779 | Gallagher Financial Group, Inc. | | AP Hicks,J&L JHL 633 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 3/16/2010 | 4795 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 601.22 | -601.22 |
| Check | 3/16/2010 | 4795 | Gallagher Financial Group, Inc. | Client: Sarah F. Harris Trad IRA (6781-819) | AP Harris,S-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 601.22 | | 0.00 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,987.00 | -12,987.00 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | Client: Jodene C. Robinson Trad IRA (6781-727) | AP Robinson,JC-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 1,298.70 | | -11,688.30 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | Total $ amount $99,900 | AP Robinson,JC-TRAD IRA LFG 736 | WELLS FARGO BASE - 8459 | 1,298.70 | | -10,389.60 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Robinson,JC-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,298.70 | | -9,090.90 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | Commissions | AP Robinson,JC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,298.70 | | -7,792.20 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 1,298.70 | | -6,493.50 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,298.70 | | -5,194.80 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 1,298.70 | | -3,896.10 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 1,298.70 | | -2,597.40 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,298.70 | | -1,298.70 |
| Check | 3/16/2010 | 4827 | Gallagher Financial Group, Inc. | | AP Robinson,JC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 1,298.70 | | 0.00 |
| Check | 3/16/2010 | 4848 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 797.50 | -797.50 |
| Check | 3/16/2010 | 4848 | Gallagher Financial Group, Inc. | Client: Sephen R. Mullet Trad IRA (6781-856) | AP Mullett,SR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 199.38 | | -598.14 |
| Check | 3/16/2010 | 4848 | Gallagher Financial Group, Inc. | Total $ amount $39,875 | AP Mullett,SR-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 199.38 | | -398.76 |
| Check | 3/16/2010 | 4848 | Gallagher Financial Group, Inc. | Licensee: Ronnie Pope (5%) | AP Mullett,SR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 199.38 | | -199.38 |
| Check | 3/16/2010 | 4848 | Gallagher Financial Group, Inc. | Commissions | AP Mullett,SR-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 199.38 | | 0.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,920.00 | -10,920.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Client: Leah B. Robbins Trad IRA (6781-710) | AP Robbins,L-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 1,820.00 | | -9,100.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Total $ amount $84,000 | AP Robbins,L-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,820.00 | | -7,280.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Licensee: Ron Coleman (3%) | AP Robbins,L-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,820.00 | | -5,460.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | Commissions | AP Robbins,L-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 1,820.00 | | -3,640.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | AP Robbins,L-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 1,820.00 | | -1,820.00 |
| Check | 3/25/2010 | 4952 | Gallagher Financial Group, Inc. | | AP Robbins,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,820.00 | | 0.00 |
| **Total Gallagher Financial Group, Inc.** | | | | | | | **1,413,114.40** | **1,413,114.40** | **0.00** |
| | | | **Gary J. Lenahan** | | | | | | |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,500.00 | -32,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Client: Robert Hansen (6781-253A) | AP Hansen, R AXA 804 | WELLS FARGO BASE - 8459 | 3,250.00 | | -29,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Total $ Amount: 325,000.00 | AP Hansen, R LLI 899 | WELLS FARGO BASE - 8459 | 3,250.00 | | -26,000.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Licensee: Gary J. Lenahan (10.00%) | AP Hansen, R LNL 740 | WELLS FARGO BASE - 8459 | 3,250.00 | | -22,750.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | Commission | AP Hansen, R ING 201 | WELLS FARGO BASE - 8459 | 3,250.00 | | -19,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R LNL 782 | WELLS FARGO BASE - 8459 | 3,250.00 | | -16,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R PLI 930 | WELLS FARGO BASE - 8459 | 3,250.00 | | -13,000.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R LFG 586 | WELLS FARGO BASE - 8459 | 3,250.00 | | -9,750.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R AGL 002 | WELLS FARGO BASE - 8459 | 3,250.00 | | -6,500.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R ANI 621 | WELLS FARGO BASE - 8459 | 3,250.00 | | -3,250.00 |
| Check | 11/12/2009 | 3010 | Gary J. Lenahan | | AP Hansen, R PLI 140 | WELLS FARGO BASE - 8459 | 3,250.00 | | 0.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Client: Robert Hansen-IRA (6781-253) | AP Hansen,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Total $ Amount: 24,000.00 | AP Hansen,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Licensee: Gary J. Lenahan (10.00%) | AP Hansen,R-IRA LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/13/2009 | 3073 | Gary J. Lenahan | Commission | AP Hansen,R-IRA LFG 586 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed comms... | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Client: Carl Raymond Douglas (6781-817) | AP Douglass,C LFG 081 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Total $ amount $35,000 | AP Douglass,C LBL 361 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Licensee: Gary Lenahan (10%) | AP Douglass,C AXA 994 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | Commissions | AP Douglass,C LFG 117 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed comms... | AP Douglass,C AXA 091 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed comms... | AP Douglass,C LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4565 | Gary J. Lenahan | VOID: Mr. Lenahan is now active in Direct Pay - changed comms... | AP Douglass,C PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Client: Thomas C. DeYoung (6781-832) | AP DeYoung,T LFG 081 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Total $ amount $150,000 | AP DeYoung,T LBL 361 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Licensee: Gary Lenahan (10%) | AP DeYoung,T LBL 918 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | Commissions | AP DeYoung,T AXA 335 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 117 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 248 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T AXA 091 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T LFG 183 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T PLI 140 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | 4583 | Gary J. Lenahan | VOID: Mr. Lenahan became active in Direct Pay - changed to EF... | AP DeYoung,T AGL 130 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Thomas C. DeYoung (6781-832) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,000.00 | -15,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 081 | WELLS FARGO BASE - 8459 | 1,500.00 | | -13,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LBL 361 | WELLS FARGO BASE - 8459 | 1,500.00 | | -12,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LBL 918 | WELLS FARGO BASE - 8459 | 1,500.00 | | -10,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T AXA 335 | WELLS FARGO BASE - 8459 | 1,500.00 | | -9,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 117 | WELLS FARGO BASE - 8459 | 1,500.00 | | -7,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 248 | WELLS FARGO BASE - 8459 | 1,500.00 | | -6,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T AXA 091 | WELLS FARGO BASE - 8459 | 1,500.00 | | -4,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T LFG 183 | WELLS FARGO BASE - 8459 | 1,500.00 | | -3,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T PLI 140 | WELLS FARGO BASE - 8459 | 1,500.00 | | -1,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP DeYoung,T AGL 130 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Carl Raymond Douglas (6781-817)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C LFG 081 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C AXA 994 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C LFG 117 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/4/2010 | EFT | Gary J. Lenahan | Commission | AP Douglass,C PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Hansen, Robert (6781-253E) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,396.30 | -21,396.30 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert LFG 081 | WELLS FARGO BASE - 8459 | 2,139.63 | | -19,256.67 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert LBL 361 | WELLS FARGO BASE - 8459 | 2,139.63 | | -17,117.04 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert LBL 918 | WELLS FARGO BASE - 8459 | 2,139.63 | | -14,977.41 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert AXA 335 | WELLS FARGO BASE - 8459 | 2,139.63 | | -12,837.78 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert LFG 117 | WELLS FARGO BASE - 8459 | 2,139.63 | | -10,698.15 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert LFG 248 | WELLS FARGO BASE - 8459 | 2,139.63 | | -8,558.52 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert AXA 091 | WELLS FARGO BASE - 8459 | 2,139.63 | | -6,418.89 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert AVL 180 | WELLS FARGO BASE - 8459 | 2,139.63 | | -4,279.26 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert PLI 140 | WELLS FARGO BASE - 8459 | 2,139.63 | | -2,139.63 |
| Check | 3/18/2010 | EFT | Gary J. Lenahan | Commission | AP Hansen,Robert JHL 533 | WELLS FARGO BASE - 8459 | 2,139.63 | | 0.00 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Douglas, Carl Raymond-ROTH (6781-817A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,919.34 | -2,919.34 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Commission | AP Douglas,CR-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 583.86 | | -2,335.48 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Commission | AP Douglas,CR-ROTH JHL 383 | WELLS FARGO BASE - 8459 | 583.87 | | -1,751.61 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Commission | AP Douglas,CR-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 583.87 | | -1,167.74 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Commission | AP Douglas,CR-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 583.87 | | -583.87 |
| Check | 3/25/2010 | EFT | Gary J. Lenahan | Commission | AP Douglas,CR-ROTH JHL 533 | WELLS FARGO BASE - 8459 | 583.87 | | 0.00 |
| **Total Gary J. Lenahan** | | | | | | | 77,715.64 | 77,715.64 | 0.00 |
| **Gary Oliver** | | | | | | | | | |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes LNL 177 | WELLS FARGO BASE - 8459 | 200.00 | | -1,800.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes AGL 75L | WELLS FARGO BASE - 8459 | 200.00 | | -1,600.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -1,400.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes LNL 591 | WELLS FARGO BASE - 8459 | 200.00 | | -1,200.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes SLA 534 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes LBL 165 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes JHL 820 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes LNL 032 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes ING 283 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 6/29/2009 | 1081 | Gary Oliver | Commission | AP Stokes OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones LNL177 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones LNL 591 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones SLA 534 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones LBL 165 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones LNL 032 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones ING 283 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 7/9/2009 | 1118 | Gary Oliver | Commission | AP Jones OML 446 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 7/21/2009 | 1171 | Gary Oliver | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 7/21/2009 | 1171 | Gary Oliver | Commission | AP White Kerry-IRA LNL 591 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 7/21/2009 | 1171 | Gary Oliver | Commission | AP White Kerry-IRA LNL 591 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Rousseau(6781-85) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Client: John F. Rousseau | AP Rousseau TRA 281 | WELLS FARGO BASE - 8459 | 160.00 | | -640.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Total $ Amount: 40,000.00 | AP Rousseau LNL 591 | WELLS FARGO BASE - 8459 | 160.00 | | -480.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Licensee: Charles David Gray | AP Rousseau ANI 852 | WELLS FARGO BASE - 8459 | 160.00 | | -320.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Rousseau(6781-85) Commission | AP Rousseau ING 283 | WELLS FARGO BASE - 8459 | 160.00 | | -160.00 |
| Check | 8/12/2009 | 1342 | Gary Oliver | Rousseau(6781-85) Commission | AP Rousseau OML 446 | WELLS FARGO BASE - 8459 | 160.00 | | 0.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Clark(6781-87) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Client: Sherry Sue Clark | AP Clark ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Total $ Amount: 50,000.00 | AP Clark LNL 591 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Licensee: Charles David Gray | AP Clark ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Clark(6781-87) Commission | AP Clark ING 283 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 8/12/2009 | 1347 | Gary Oliver | Clark(6781-87) Commission | AP Clark OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Meyer-IRA(6781-96) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.99 | -600.99 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Client: Margaret Kathleen Meyer-IRA | AP Meyer-IRA LNL 745 | WELLS FARGO BASE - 8459 | 120.20 | | -480.79 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Total $ Amount: 30,049.63 | AP Meyer-IRA TRA 281 | WELLS FARGO BASE - 8459 | 120.20 | | -360.59 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Total $ Amount: 30,049.63 | AP Meyer-IRA ING 201 | WELLS FARGO BASE - 8459 | 120.20 | | -240.39 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Licensee: Kerry Brent White | AP Meyer-IRA LNL591 | WELLS FARGO BASE - 8459 | 120.20 | | -120.19 |
| Check | 8/21/2009 | 1434 | Gary Oliver | Meyer-IRA(6781-96) Commission | AP Meyer-IRA OML 446 | WELLS FARGO BASE - 8459 | 120.19 | | 0.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Wilson-IRA(6781-108) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Client: David Wilson-IRA | AP Wilson-IRA LNL 177 | WELLS FARGO BASE - 8459 | 150.00 | | -1,350.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Total $ Amount: 50,000.00 | AP Wilson-IRA AGL 73L | WELLS FARGO BASE - 8459 | 150.00 | | -1,200.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Licensee: Joel Franklin | AP Wilson-IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -1,050.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Wilson-IRA(6781-108) Commission | AP Wilson-IRA MAM 680 | WELLS FARGO BASE - 8459 | 150.00 | | -900.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Wilson-IRA(6781-108) Commission | AP Wilson-IRA TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Wilson-IRA(6781-108) Commission | AP Wilson-IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 8/21/2009 | 1448 | Gary Oliver | Wilson-IRA(6781-108) Commission | AP Wilson-IRA AGL 06L | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA JHL 383 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | EFT | Mike Ahlers | Commission | AP Schneider,JR-TRADIRA JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| **Total Mike Ahlers** | | | | | | | 153,169.58 | 153,169.58 | 0.00 |
| | | | | | | | | | |
| **Mike Givilancz, Jr.** | | | | | | | | | |
| Check | 9/10/2009 | 1600 | Mike Givilancz, Jr. | Rojas-IRA (6781-135) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/10/2009 | 1600 | Mike Givilancz, Jr. | Client: Jorge Rojas, Jr. - IRA | AP Rojas-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 9/10/2009 | 1600 | Mike Givilancz, Jr. | Total $ Amount: 25,000.00 | AP Rojas-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 9/10/2009 | 1600 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Rojas-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 9/10/2009 | 1605 | Mike Givilancz, Jr. | Molina-Rojas-IRA (6781-134) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,400.00 | -5,400.00 |
| Check | 9/10/2009 | 1605 | Mike Givilancz, Jr. | Client: Lorena Molina-Rojas IRA | AP Molina-Rojas-IRA MAM 880 | WELLS FARGO BASE - 8459 | 1,350.00 | | -4,050.00 |
| Check | 9/10/2009 | 1605 | Mike Givilancz, Jr. | Total $ Amount: 45,000.00 | AP Molina-Rojas-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,350.00 | | -2,700.00 |
| Check | 9/10/2009 | 1605 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Molina-Rojas-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,350.00 | | -1,350.00 |
| Check | 9/10/2009 | 1605 | Mike Givilancz, Jr. | Molina-Rojas-IRA (6781-134) Commission | AP Molina-Rojas-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,350.00 | | 0.00 |
| Check | 9/10/2009 | 1635 | Mike Givilancz, Jr. | Roman-IRA (6781-130) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 515.52 | -515.52 |
| Check | 9/10/2009 | 1635 | Mike Givilancz, Jr. | Client: Isabel A. Roman IRA | AP Roman-IRA ING 036 | WELLS FARGO BASE - 8459 | 515.52 | | 0.00 |
| Check | 9/10/2009 | 1640 | Mike Givilancz, Jr. | Villarreal-IRA (8781-132) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 481.32 | -481.32 |
| Check | 9/10/2009 | 1640 | Mike Givilancz, Jr. | Client: Rebecca Villarreal IRA | AP Villarreal-IRA ING 036 | WELLS FARGO BASE - 8459 | 481.32 | | 0.00 |
| Check | 9/10/2009 | 1645 | Mike Givilancz, Jr. | Guzman-IRA (6781-131) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 462.85 | -462.85 |
| Check | 9/10/2009 | 1645 | Mike Givilancz, Jr. | Client: Patricia Guzman IRA | AP Guzman-IRA ING 036 | WELLS FARGO BASE - 8459 | 462.85 | | 0.00 |
| Check | 9/10/2009 | 1650 | Mike Givilancz, Jr. | Sanchez-IRA (6781-133) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 453.59 | -453.59 |
| Check | 9/10/2009 | 1650 | Mike Givilancz, Jr. | Client: Ana Maria Sanchez IRA | AP Sanchez-IRA ING 036 | WELLS FARGO BASE - 8459 | 453.59 | | 0.00 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 25,159.49 | -25,159.49 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Client: Albert Flores IRA | AP Flores-IRA MET 650 | WELLS FARGO BASE - 8459 | 2,515.95 | | -22,643.54 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Total $ Amount: 209,662.38 | AP Flores-IRA AGL 73L | WELLS FARGO BASE - 8459 | 2,515.95 | | -20,127.59 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Flores-IRA AXA 804 | WELLS FARGO BASE - 8459 | 2,515.95 | | -17,611.64 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA WPL 882 | WELLS FARGO BASE - 8459 | 2,515.95 | | -15,095.69 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA LNL 740 | WELLS FARGO BASE - 8459 | 2,515.95 | | -12,579.74 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-160) Commission | AP Flores-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,515.95 | | -10,063.79 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA MAM 880 | WELLS FARGO BASE - 8459 | 2,515.95 | | -7,547.84 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,515.95 | | -5,031.89 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA LFG 566 | WELLS FARGO BASE - 8459 | 2,515.95 | | -2,515.94 |
| Check | 9/14/2009 | 1669 | Mike Givilancz, Jr. | Flores-IRA (6781-168) Commission | AP Flores-IRA ING 036 | WELLS FARGO BASE - 8459 | 2,515.94 | | 0.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Client: Ricardo Arturo Gonzalez | AP Gonzalez,R HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Total $ Amount: 25,000.00 | AP Gonzalez,R AGL 73L | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Gonzalez,R AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | AP Gonzalez,R LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/16/2009 | 2316 | Mike Givilancz, Jr. | Gonzalez (6781-303) Commission | AP Gonzalez,R LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | Client: Lisa M. Garcia (6781-372) | AP Garcia,L HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/5/2009 | 2876 | Mike Givilancz, Jr. | Total $ Amount: 10,000.00 | AP Garcia,L LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | Client: Madeline Garcia (6781-373) | AP Garcia,M LNL 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 11/5/2009 | 2881 | Mike Givilancz, Jr. | Total $ Amount: 20,000.00 | AP Garcia,M LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,840.00 | -3,840.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Client: Lorena Molina Rojas-IRA (6781-134A) | AP Rojas,L-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,280.00 | | -2,560.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Total $ Amount: 32,000.00 | AP Rojas,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,280.00 | | -1,280.00 |
| Check | 11/11/2009 | 2978 | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Rojas,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,280.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Dangelo,J PLI 680 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J AXA 597 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Mike Givilancz, Jr. | D'Angelo 6781-458 commission | AP Dangelo,J PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Sandra Prado (6781-433) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado JPI 062 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado LNL 25A | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado JPI 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/10/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Prado PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Zawislak,Walter (6781-546) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak,W LFG 740 | WELLS FARGO BASE - 8459 | 960.00 | | -3,840.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak PLI 980 | WELLS FARGO BASE - 8459 | 960.00 | | -2,880.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak AXA 729 | WELLS FARGO BASE - 8459 | 960.00 | | -1,920.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak,W LFG 183 | WELLS FARGO BASE - 8459 | 960.00 | | -960.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Zawislak PLI 140 | WELLS FARGO BASE - 8459 | 960.00 | | 0.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Langley,Olga (6781-540) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,800.00 | -4,800.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Client: Olga Langley (6781-540) | AP Langley,O LFG 740 | WELLS FARGO BASE - 8459 | 960.00 | | -3,840.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Total $ Amount: 40,000.00 | AP Langley,O PLI 980 | WELLS FARGO BASE - 8459 | 960.00 | | -2,880.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Licensee: Mike Givilancz, Jr. (12.00%) | AP Langley,O AXA 729 | WELLS FARGO BASE - 8459 | 960.00 | | -1,920.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Commission | AP Langley,O LFG 183 | WELLS FARGO BASE - 8459 | 960.00 | | -960.00 |
| Check | 12/23/2009 | EFT | Mike Givilancz, Jr. | Langley,Olga (6781-540) Commission | AP Langley,O PLI 140 | WELLS FARGO BASE - 8459 | 960.00 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Kutugata, Jorge L. Roth IRA (6781-886) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,371.88 | -9,371.88 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH LFG 735 | WELLS FARGO BASE - 8459 | 1,338.84 | | -8,033.04 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AXA426CD | WELLS FARGO BASE - 8459 | 1,338.84 | | -6,694.20 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH LFG 311 | WELLS FARGO BASE - 8459 | 1,338.84 | | -5,355.36 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 1,338.84 | | -4,016.52 |
| Check | 3/25/2010 | EFT | Mike Givilancz, Jr. | Commission | AP Kutugata,Jorge-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 1,338.84 | | -2,677.68 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Jorge-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 1,338.84 | | -1,338.84 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Jorge-ROTH JHL 633 | WELLS FARGO BASE - 8459 | 1,338.84 | | 0.00 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Kutugata, Judy L. Roth IRA (5781-886A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,639.76 | -5,639.76 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH LFG 735 | WELLS FARGO BASE - 8459 | 939.96 | | -4,699.80 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH LFG 311 | WELLS FARGO BASE - 8459 | 939.96 | | -3,759.84 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 939.96 | | -2,819.88 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 939.96 | | -1,879.92 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 939.96 | | -939.96 |
| Check | 3/25/2010 | EFT | Mike Givlianoz, Jr. | Commission | AP Kutugata,Judy-ROTH JHL 633 | WELLS FARGO BASE - 8459 | 939.96 | | 0.00 |
| **Total Mike Givlianoz, Jr.** | | | | | | | **76,524.41** | **76,524.41** | **0.00** |
| **Milkie Ferguson Investments, Inc.** | | | | | | | | | |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,336.00 | -6,336.00 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA AGL 73L | WELLS FARGO BASE - 8459 | 905.14 | | -5,430.86 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA LNL 591 | WELLS FARGO BASE - 8459 | 905.14 | | -4,525.72 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA SLA 534 | WELLS FARGO BASE - 8459 | 905.14 | | -3,620.58 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA LBL 165 | WELLS FARGO BASE - 8459 | 905.14 | | -2,715.44 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA LNL 032 | WELLS FARGO BASE - 8459 | 905.14 | | -1,810.30 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA ING 283 | WELLS FARGO BASE - 8455 | 905.14 | | -905.16 |
| Check | 7/17/2009 | 1147 | Milkie Ferguson Investments, Inc. | Commission | AP Beckham-IRA OML 446 | WELLS FARGO BASE - 8459 | 905.16 | | 0.00 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,036.00 | -9,036.00 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,290.85 | | -7,745.15 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,290.85 | | -6,454.30 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA LBL 165 | WELLS FARGO BASE - 8459 | 1,290.85 | | -5,163.45 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,290.85 | | -3,872.60 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,290.85 | | -2,581.75 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,290.85 | | -1,290.85 |
| Check | 7/17/2009 | 1151 | Milkie Ferguson Investments, Inc. | Commission | AP Squier-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,290.85 | | 0.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,836.00 | -10,836.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,806.00 | | -9,030.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,806.00 | | -7,224.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA LBL 165 | WELLS FARGO BASE - 8459 | 1,806.00 | | -5,418.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,806.00 | | -3,612.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,806.00 | | -1,806.00 |
| Check | 7/17/2009 | 1155 | Milkie Ferguson Investments, Inc. | Commission | AP Mathews-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,806.00 | | 0.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 18,000.00 | -18,000.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,800.00 | | -16,200.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,800.00 | | -14,400.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,800.00 | | -12,600.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,800.00 | | -10,800.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,800.00 | | -9,000.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA LBL 165 | WELLS FARGO BASE - 8459 | 1,800.00 | | -7,200.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,800.00 | | -5,400.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA LNL 032 | WELLS FARGO BASE - 8459 | 1,800.00 | | -3,600.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,800.00 | | -1,800.00 |
| Check | 7/17/2009 | 1159 | Milkie Ferguson Investments, Inc. | Commission | AP Stanton-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,800.00 | | 0.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,000.00 | -9,000.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust LNL 177 | WELLS FARGO BASE - 8459 | 900.00 | | -8,100.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust AGL 73L | WELLS FARGO BASE - 8459 | 900.00 | | -7,200.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust AXA 804 | WELLS FARGO BASE - 8459 | 900.00 | | -6,300.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust LNL 591 | WELLS FARGO BASE - 8459 | 900.00 | | -5,400.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust SLA 534 | WELLS FARGO BASE - 8459 | 900.00 | | -4,500.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust LBL 165 | WELLS FARGO BASE - 8459 | 900.00 | | -3,600.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 900.00 | | -2,700.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 900.00 | | -1,800.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust ING 283 | WELLS FARGO BASE - 8459 | 900.00 | | -900.00 |
| Check | 7/27/2009 | 1196 | Milkie Ferguson Investments, Inc. | Commission | AP Laska Family Trust OML 446 | WELLS FARGO BASE - 8459 | 900.00 | | 0.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,600.00 | -12,600.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl LNL 177 | WELLS FARGO BASE - 8459 | 1,800.00 | | -10,800.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl AGL 73L | WELLS FARGO BASE - 8459 | 1,800.00 | | -9,000.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl AXA 804 | WELLS FARGO BASE - 8459 | 1,800.00 | | -7,200.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl LNL 591 | WELLS FARGO BASE - 8459 | 1,800.00 | | -5,400.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl SLA 534 | WELLS FARGO BASE - 8459 | 1,800.00 | | -3,600.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl TRA 281 | WELLS FARGO BASE - 8459 | 1,800.00 | | -1,800.00 |
| Check | 7/29/2009 | 1211 | Milkie Ferguson Investments, Inc. | Commission | AP Bohl ANI 852 | WELLS FARGO BASE - 8459 | 1,800.00 | | 0.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Kurt Bell-IRA (5781-67) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,000.00 | -9,000.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Commission | AP Bell-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,800.00 | | -7,200.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Commission | AP Bell IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,800.00 | | -5,400.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Commission | AP Bell IRA LBL 165 | WELLS FARGO BASE - 8459 | 1,800.00 | | -3,600.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Commission | AP Bell-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,800.00 | | -1,800.00 |
| Check | 7/30/2009 | 1258 | Milkie Ferguson Investments, Inc. | Commission | AP Bell IRA OML 446 | WELLS FARGO BASE - 8459 | 1,800.00 | | 0.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Ivy-IRA(5781-66) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,500.00 | -4,500.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Client: Lloyd M. Ivy, Jr.(IRA) | AP Ivy IRA LBL 165 | WELLS FARGO BASE - 8459 | 900.00 | | -3,600.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Total $ Amount: 25,000.00 | AP Ivy IRA ANI 852 | WELLS FARGO BASE - 8459 | 900.00 | | -2,700.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Licensee: Marco Lopez-157 | AP Ivy IRA LNL 032 | WELLS FARGO BASE - 8459 | 900.00 | | -1,800.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Ivy-IRA(5781-66)Commission | AP Ivy IRA ING 283 | WELLS FARGO BASE - 8459 | 900.00 | | -900.00 |
| Check | 8/7/2009 | 1293 | Milkie Ferguson Investments, Inc. | Ivy-IRA(5781-66)Commission | AP Ivy IRA OML 446 | WELLS FARGO BASE - 8459 | 900.00 | | 0.00 |
| Check | 8/7/2009 | 1296 | Milkie Ferguson Investments, Inc. | Krautkramer-IRA(5781-91)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,000.00 | -9,000.00 |
| Check | 8/7/2009 | 1296 | Milkie Ferguson Investments, Inc. | Client: Kelly Rae Krautkramer | AP Krautkramer-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,125.00 | | -7,875.00 |
| Check | 8/7/2009 | 1296 | Milkie Ferguson Investments, Inc. | Total $ Amount: 50,000.00 | AP Krautkramer-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,125.00 | | -6,750.00 |
| Check | 8/7/2009 | 1296 | Milkie Ferguson Investments, Inc. | Licensee: Marco Lopez-186 | AP Krautkramer-IRA SLA 534 | WELLS FARGO BASE - 8459 | 1,125.00 | | -5,625.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/25/2010 | EFT | Martha A. Lepere | Commission | AP Stuckey,P PLI 140 | WELLS FARGO BASE - 8459 | 759.15 | | -759.15 |
| Check | 2/25/2010 | EFT | Martha A. Lepere | Commission | AP Stuckey,P AGL 130 | WELLS FARGO BASE - 8459 | 759.15 | | 0.00 |
| **Total Martha A. Lepere** | | | | | | | 22,334.08 | 22,334.08 | 0.00 |
| **Michael A. Castellano** | | | | | | | | | |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 64,248.66 | -64,248.66 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron LNL 177 | WELLS FARGO BASE - 8459 | 10,708.11 | | -53,540.55 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron AGL 73L | WELLS FARGO BASE - 8459 | 10,708.11 | | -42,832.44 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron AXA 804 | WELLS FARGO BASE - 8459 | 10,708.11 | | -32,124.33 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron LNL 591 | WELLS FARGO BASE - 8459 | 10,708.11 | | -21,416.22 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron SLA 534 | WELLS FARGO BASE - 8459 | 10,708.11 | | -10,708.11 |
| Check | 7/27/2009 | 1203 | Michael A. Castellano | Commission | AP Grospiron AGL 65L | WELLS FARGO BASE - 8459 | 10,708.11 | | 0.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Client: Darrell Eckermann | AP Eckermann LNL 177 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Total $ Amount: 50,000.00 | AP Eckermann AGL 73L | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Licensee: Michael A. Castellano | AP Eckermann AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann TRA 281 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann MAM 860 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 8/19/2009 | 1402 | Michael A. Castellano | Eckermann(8781-123) Commission | AP Eckermann ING 036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,750.00 | -3,750.00 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | Client: Kelly T. Wuthrich IRA (8781-511) | AP Wuthrich,K-IRA LFG 177 | WELLS FARGO BASE - 8459 | 535.74 | | -3,214.26 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | Total $ amount $37,500 | AP Wuthrich,K-IRA LLI 899 | WELLS FARGO BASE - 8459 | 535.71 | | -2,678.55 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | Licensee: Michael Castellano for Kelly Wuthrich (10%) | AP Wuthrich,K-IRA SLA 338 | WELLS FARGO BASE - 8459 | 535.71 | | -2,142.84 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | Commissions | AP Wuthrich,K-IRA LFG 008 | WELLS FARGO BASE - 8459 | 535.71 | | -1,607.13 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | | AP Wuthrich,K-IRA MMI 025 | WELLS FARGO BASE - 8459 | 535.71 | | -1,071.42 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | | AP Wuthrich,K-IRA PLI 980 | WELLS FARGO BASE - 8459 | 535.71 | | -535.71 |
| Check | 12/30/2009 | 3911 | Michael A. Castellano | | AP Wuthrich,K-IRA LFG 272 | WELLS FARGO BASE - 8459 | 535.71 | | 0.00 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | | WELLS FARGO BASE - 8459 | -SPLIT- | | 375.00 | -375.00 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | Client: Kelly T. Wuthrich IRA (8781-511) | AP Wuthrich,K-IRA LFG 177 | WELLS FARGO BASE - 8459 | 53.58 | | -321.42 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | Total $ amount $37,500 | AP Wuthrich,K-IRA LLI 899 | WELLS FARGO BASE - 8459 | 53.57 | | -267.85 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | Licensee: Michael Castellano for Kelly Wuthrich (10%) | AP Wuthrich,K-IRA SLA 338 | WELLS FARGO BASE - 8459 | 53.57 | | -214.28 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | Commissions | AP Wuthrich,K-IRA LFG 008 | WELLS FARGO BASE - 8459 | 53.57 | | -160.71 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | | AP Wuthrich,K-IRA MMI 025 | WELLS FARGO BASE - 8459 | 53.57 | | -107.14 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | | AP Wuthrich,K-IRA PLI 980 | WELLS FARGO BASE - 8459 | 53.57 | | -53.57 |
| Check | 12/30/2009 | 3912 | Michael A. Castellano | | AP Wuthrich,K-IRA LFG 272 | WELLS FARGO BASE - 8459 | 53.57 | | 0.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Julie L. Peschel Trad IRA (8781-729) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 450.00 | -450.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 50.00 | | -400.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 50.00 | | -350.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LBL 916 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/25/2010 | EFT | Michael A. Castellano | Commission | AP Peschel,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| **Total Michael A. Castellano** | | | | | | | 73,823.66 | 73,823.66 | 0.00 |
| **Michael Don Morrow** | | | | | | | | | |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | WELLS FARGO BASE - 8459 | -SPLIT- | | 20,000.00 | -20,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | Client: Sherel Stosik (8781-359) | AP Stosik,S HLI 814 | WELLS FARGO BASE - 8459 | 2,000.00 | | -18,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | Total $ Amount: 200,000.00 | AP Stosik,S LLI 899 | WELLS FARGO BASE - 8459 | 2,000.00 | | -16,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | Licensee: Michael Morrow (10.00%) | AP Stosik,S AXA 804 | WELLS FARGO BASE - 8459 | 2,000.00 | | -14,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | Commission | AP Stosik,S AXA 146 | WELLS FARGO BASE - 8459 | 2,000.00 | | -12,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S LNL 740 | WELLS FARGO BASE - 8459 | 2,000.00 | | -10,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S ING 201 | WELLS FARGO BASE - 8459 | 2,000.00 | | -8,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S ANI 852 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S LNL 782 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S LFG 565 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 11/3/2009 | 2816 | Michael Don Morrow | | AP Stosik,S ING 036 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 11/17/2009 | 3171 | Michael Don Morrow | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 11/17/2009 | 3171 | Michael Don Morrow | Client: Sherel Stosik (8781-359A) | AP Stosik,Sherel LLI 899 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 11/17/2009 | 3171 | Michael Don Morrow | Total $ Amount: 80,000.00 | AP Stosik,Sherel AXA 597 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 11/17/2009 | 3171 | Michael Don Morrow | Licensee: Michael Morrow (10.00%) | AP Stosik,Sherel AGL 062 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 11/17/2009 | 3171 | Michael Don Morrow | Commission | AP Stosik,Sherel LBL 771 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | Client: Sherel Stosik (8781-359B) | AP Stosik,S AXA 826 | WELLS FARGO BASE - 8459 | 2,000.00 | | -10,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | Total $ amount $120,000 | AP Stosik,S LNL 26A | WELLS FARGO BASE - 8459 | 2,000.00 | | -8,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | Licensee: Michael Morrow (10%) | AP Stosik,S JPI 062 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | Commissions | AP Stosik,S PLI 830 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | | AP Stosik,S AXA 597 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 11/25/2009 | 3382 | Michael Don Morrow | | AP Stosik,S LBL 771 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| **Total Michael Don Morrow** | | | | | | | 40,000.00 | 40,000.00 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/7/2010 | 4001 | David Dolph | Total $ amount $25,000 | AP Lasquete,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 1/7/2010 | 4001 | David Dolph | Licensee: Michael Sylkatis (10%) | AP Lasquete,J-IRA ING 15J | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 1/7/2010 | 4001 | David Dolph | Commissions | AP Lasquete,J-IRA LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 1/7/2010 | 4001 | David Dolph | | AP Lasquete,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 1/14/2010 | EFT | David Dolph | Hogan, Jean Michele-IRA (6781-540) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 835.00 | -835.00 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA LLI 899 | WELLS FARGO BASE - 8459 | 139.15 | | -695.85 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA SLA 338 | WELLS FARGO BASE - 8459 | 139.17 | | -556.68 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA MMI 025 | WELLS FARGO BASE - 8459 | 139.17 | | -417.51 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA AXA 729 | WELLS FARGO BASE - 8459 | 139.17 | | -278.34 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA LFG 183 | WELLS FARGO BASE - 8459 | 139.17 | | -139.17 |
| Check | 1/14/2010 | EFT | David Dolph | Commission | AP Hogan,JM-IRA PLI 140 | WELLS FARGO BASE - 8459 | 139.17 | | 0.00 |
| Check | 1/28/2010 | EFT | David Dolph | Lozes, Timothy Roth IRA (6781-525A) Commission | WELLS FARGO BASE - 8459 | AP Lozes,Timothy-ROTH PLI 140 | | 500.00 | -500.00 |
| Check | 1/28/2010 | EFT | David Dolph | Commission | AP Lozes,Timothy-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 2/11/2010 | EFT | David Dolph | Robert J. Cipriani (6781-755) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 2/11/2010 | EFT | David Dolph | Commission | AP Cipriani,R AXA 091 | WELLS FARGO BASE - 8459 | 75.00 | | -225.00 |
| Check | 2/11/2010 | EFT | David Dolph | Commission | AP Cipriani,R LFG 183 | WELLS FARGO BASE - 8459 | 75.00 | | -150.00 |
| Check | 2/11/2010 | EFT | David Dolph | Commission | AP Cipriani,R PLI 140 | WELLS FARGO BASE - 8459 | 75.00 | | -75.00 |
| Check | 2/11/2010 | EFT | David Dolph | Commission | AP Cipriani,R AGL 130 | WELLS FARGO BASE - 8459 | 75.00 | | 0.00 |
| Check | 3/18/2010 | EFT | David Dolph | Green, William E. (6781-678) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/18/2010 | EFT | David Dolph | Commission | AP Greven,William AVL 189 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/18/2010 | EFT | David Dolph | Commission | AP Greven,William PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/18/2010 | EFT | David Dolph | Commission | AP Greven,William JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total David Dolph** | | | | | | | **98,794.34** | **98,794.34** | **0.00** |
| | | | **David Rice** | | | | | | |
| Check | 10/29/2009 | 2677 | David Rice | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 10/29/2009 | 2677 | David Rice | Client: Timothy E. Kolenda-IRA (6781-333) | AP Kolenda,T-IRA HLI 814 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 10/29/2009 | 2677 | David Rice | Total $ amount $25,000 | AP Kolenda,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 10/29/2009 | 2677 | David Rice | Licensee: David Rice (8%) | AP Kolenda,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 10/29/2009 | 2677 | David Rice | Commissions | AP Kolenda,T-IRA LNL 782 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 10/29/2009 | 2677 | David Rice | | AP Kolenda,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 12/10/2009 | EFT | David Rice | Kolenda, Timothy E. IRA (6781-333A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 12/10/2009 | EFT | David Rice | Commission | AP Kolenda,TE IRA JPI 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 12/10/2009 | EFT | David Rice | Commission | AP Kolenda,TE IRA AGL 062 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 12/10/2009 | EFT | David Rice | Commission | AP Kolenda,TE IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 12/10/2009 | EFT | David Rice | Kolenda, Timothy E. IRA (6781-333B) | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 12/10/2009 | EFT | David Rice | Commission | AP Kolenda,T IRA AXA 597 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 12/10/2009 | EFT | David Rice | Commission | AP Kolenda,T IRA LBL 771 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/4/2010 | EFT | David Rice | Kolenda, Timothy E Traditional IRA (6781-333C) | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 3/4/2010 | EFT | David Rice | Commission | AP Kolenda,Tim-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 533.34 | | -1,066.66 |
| Check | 3/4/2010 | EFT | David Rice | Commission | AP Kolenda,Tim-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 533.33 | | -533.33 |
| Check | 3/4/2010 | EFT | David Rice | Commission | AP Kolenda,Tim-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 533.33 | | 0.00 |
| **Total David Rice** | | | | | | | **5,600.00** | **5,600.00** | **0.00** |
| | | | **Dennis Ueoka** | | | | | | |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,317.81 | -9,317.81 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | Client: Kolleen O. Hironaka (6781-316) | AP Hironaka,C-IRA HLI 814 | WELLS FARGO BASE - 8459 | 931.78 | | -8,386.03 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | Total $ Amount: $3,178.10 | AP Hironaka,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 931.78 | | -7,454.25 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | Licensee: Dennis Ueoka (10.00%) | AP Hironaka,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 931.78 | | -6,522.47 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | Commission | AP Hironaka,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 931.78 | | -5,590.69 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 931.78 | | -4,658.91 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 931.78 | | -3,727.13 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA ANI 852 | WELLS FARGO BASE - 8459 | 931.78 | | -2,795.35 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 931.78 | | -1,863.57 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 931.78 | | -931.79 |
| Check | 11/4/2009 | 2835 | Dennis Ueoka | | AP Hironaka,C-IRA ING 035 | WELLS FARGO BASE - 8459 | 931.79 | | 0.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | Client: Julie-Beth Alfonso Trad IRA (6781-745) | AP Alfonso,JB TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | Total $ amount $25,000 | AP Alfonso,JB TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | Licensee: Dennis Ueoka (10%) | AP Alfonso,JB TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | Commissions | AP Alfonso,JB TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 2/18/2010 | 4451 | Dennis Ueoka | | AP Alfonso,JB TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Dennis Ueoka** | | | | | | | **11,817.81** | **11,817.81** | **0.00** |
| | | | **Don Forrest Wissner** | | | | | | |
| Check | 8/27/2009 | 1504 | Don Forrest Wissner | Amato (6781-139) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 20,000.00 | -20,000.00 |
| Check | 8/27/2009 | 1504 | Don Forrest Wissner | Client: Angelo & Nora Amato | AP Amato AGL 73L | WELLS FARGO BASE - 8459 | 5,000.00 | | -15,000.00 |
| Check | 8/27/2009 | 1504 | Don Forrest Wissner | Total $ Amount $200,000 | AP Amato AXA 804 | WELLS FARGO BASE - 8459 | 5,000.00 | | -10,000.00 |
| Check | 8/27/2009 | 1504 | Don Forrest Wissner | Licensee: Don Forrest Wissner (10%) | AP Amato ANI 852 | WELLS FARGO BASE - 8459 | 5,000.00 | | -5,000.00 |
| Check | 8/27/2009 | 1504 | Don Forrest Wissner | Amato (6781-139) Commission | AP Amato LFG 566 | WELLS FARGO BASE - 8459 | 5,000.00 | | 0.00 |
| Check | 9/24/2009 | 1864 | Don Forrest Wissner | Bette Akers Leimer Trust(6781-213) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/24/2009 | 1864 | Don Forrest Wissner | Client: Bette Akers Leimer Trust | AP BetteAkersLeimer MET 650 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 9/24/2009 | 1864 | Don Forrest Wissner | Total $ Amount: 30,000.00 | AP BetteAkersLeimer ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 9/24/2009 | 1864 | Don Forrest Wissner | Licensee: Don Forrest Wissner (10.00%) | AP BetteAkersLeimer Tr ANI 85 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 11/13/2009 | 3125 | Don Forrest Wissner | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 11/13/2009 | 3125 | Don Forrest Wissner | Client: Jamie & Lawrence Leimer (6781-397) | AP Leimer,J&L LNL 26A | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 11/13/2009 | 3125 | Don Forrest Wissner | Total $ amount $30,000 | AP Leimer,J&L ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 11/13/2009 | 3125 | Don Forrest Wissner | Licensee: Don Forrest Wissner (10%) | AP Leimer,J&L LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 11/13/2009 | 3134 | Don Forrest Wissner | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/13/2009 | 3134 | Don Forrest Wissner | Client: Cornelia Louise Agent (6781-400) | AP Agent,C LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/13/2009 | 3134 | Don Forrest Wissner | Total $ amount $12,000 | AP Agent,C AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Alliance of Professions for Business** | | | | | | | | | |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | Client: Wood Family Trust (6781-380) | AP Wood Family Trust AXA 804 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | Total $ amount $50,000 | AP Wood Family Trust LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | Licensee: Alliance of Prof for Bus/Neil Insace (12%) | AP Wood Family Trust LNL 740 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | Commissions | AP Wood Family Trust ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust PLI 930 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust AXA 146 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 11/10/2009 | 2957 | Alliance of Professions for Business | | AP Wood Family Trust HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Bernstein, Ruth (6781-514) | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R JPI 062 | WELLS FARGO BASE - 8459 | 750.00 | | -5,250.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R LNL 26A | WELLS FARGO BASE - 8459 | 750.00 | | -4,500.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R LNL 782 | WELLS FARGO BASE - 8459 | 750.00 | | -3,750.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R PLI 980 | WELLS FARGO BASE - 8459 | 750.00 | | -3,000.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R JPI 183 | WELLS FARGO BASE - 8459 | 750.00 | | -2,250.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R PLI 930 | WELLS FARGO BASE - 8459 | 750.00 | | -1,500.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R ANI 521 | WELLS FARGO BASE - 8459 | 750.00 | | -750.00 |
| Check | 12/17/2009 | EFT | Alliance of Professions for Business | Commission | AP Bernstein,R PLI 140 | WELLS FARGO BASE - 8459 | 750.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | RLCorp401K FBO Renate Lee (6781-684)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,600.00 | -9,600.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee LFG 008 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee MMI 025 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee PLI 980 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee AXA 729 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee LFG 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee ING 15J | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee LFG 183 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 1/14/2010 | EFT | Alliance of Professions for Business | Commission | AP RLCorp401k Lee PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Mangeshi Family Ltd Partnership (6781-652) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Mangeshi Fam Trust LFG 248 | WELLS FARGO BASE - 8459 | 2,400.00 | | -9,600.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Mangeshi Fam Trust AXA 091 | WELLS FARGO BASE - 8459 | 2,400.00 | | -7,200.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Mangeshi Fam Trust LFG 183 | WELLS FARGO BASE - 8459 | 2,400.00 | | -4,800.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Mangeshi Fam Trust PLI 140 | WELLS FARGO BASE - 8459 | 2,400.00 | | -2,400.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Mangeshi Fam Trust AGL 130 | WELLS FARGO BASE - 8459 | 2,400.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Folden, Larry L. Trad IRA (6781-934) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,200.00 | -19,200.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 2,400.00 | | -16,800.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 2,400.00 | | -14,400.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 2,400.00 | | -12,000.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA LFG 245 | WELLS FARGO BASE - 8459 | 2,400.00 | | -9,600.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,400.00 | | -7,200.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA AVL 169 | WELLS FARGO BASE - 8459 | 2,400.00 | | -4,800.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,400.00 | | -2,400.00 |
| Check | 3/11/2010 | EFT | Alliance of Professions for Business | Commission | AP Folden,L-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 2,400.00 | | 0.00 |
| **Total Alliance of Professions for Business** | | | | | | | 52,800.00 | 52,800.00 | 0.00 |
| **Alternative Solutions Insurance Services,** | | | | | | | | | |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,218.50 | -5,218.50 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | Client: Edie D. Pike-IRA (6781-305) | AP Pike,E-IRA HLI 814 | WELLS FARGO BASE - 8459 | 521.85 | | -4,696.65 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | Total $ amount $49,700 | AP Pike,E-IRA AGL 73L | WELLS FARGO BASE - 8459 | 521.85 | | -4,174.80 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | Alternative Solutions Ins Serv/Greg Chick (10%) | AP Pike,E-IRA AXA 804 | WELLS FARGO BASE - 8459 | 521.85 | | -3,652.95 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | Commissions | AP Pike,E-IRA AXA 146 | WELLS FARGO BASE - 8459 | 521.85 | | -3,131.10 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA LNL 740 | WELLS FARGO BASE - 8459 | 521.85 | | -2,609.25 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA ING 201 | WELLS FARGO BASE - 8459 | 521.85 | | -2,087.40 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA ANI 852 | WELLS FARGO BASE - 8459 | 521.85 | | -1,565.55 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA LNL 782 | WELLS FARGO BASE - 8459 | 521.85 | | -1,043.70 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA LFG 566 | WELLS FARGO BASE - 8459 | 521.85 | | -521.85 |
| Check | 11/10/2009 | 2970 | Alternative Solutions Insurance Services, | | AP Pike,E-IRA ING 036 | WELLS FARGO BASE - 8459 | 521.85 | | 0.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Garland & Margaret Olesen (6781-480) | WELLS FARGO BASE - 8459 | -SPLIT- | | 125.00 | -125.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olesen LLI 899 | WELLS FARGO BASE - 8459 | 25.00 | | -100.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olesen LNL 26A | WELLS FARGO BASE - 8459 | 25.00 | | -75.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olesen AXA 826 | WELLS FARGO BASE - 8459 | 25.00 | | -50.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olesen PLI 680 | WELLS FARGO BASE - 8459 | 25.00 | | -25.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olesen LBL 771 | WELLS FARGO BASE - 8459 | 25.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Luben S. Walchef-IRA (6781-415) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,150.00 | -3,150.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 525.00 | | -2,625.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 525.00 | | -2,100.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 525.00 | | -1,575.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA PLI 680 | WELLS FARGO BASE - 8459 | 525.00 | | -1,050.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 525.00 | | -525.00 |
| Check | 12/3/2009 | EFT | Alternative Solutions Insurance Services, | Commission | AP Walchef,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 525.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Galliver,H&Klingensmith,M Trust (6781-252A) | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,500.00 | -10,500.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith LLI 899 | WELLS FARGO BASE - 8459 | 1,050.00 | | -9,450.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith JPI 062 | WELLS FARGO BASE - 8459 | 1,050.00 | | -8,400.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith LNL 26A | WELLS FARGO BASE - 8459 | 1,050.00 | | -7,350.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith AXA 826 | WELLS FARGO BASE - 8459 | 1,050.00 | | -6,300.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith LNL 782 | WELLS FARGO BASE - 8459 | 1,050.00 | | -5,250.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith PLI 980 | WELLS FARGO BASE - 8459 | 1,050.00 | | -4,200.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith JPI 183 | WELLS FARGO BASE - 8459 | 1,050.00 | | -3,150.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGalliver&Klingensmith PLI 935 | WELLS FARGO BASE - 8459 | 1,050.00 | | -2,100.00 |

403

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGelliver&Kingensmith ANI 521 | WELLS FARGO BASE - 8459 | 1,050.00 | | -1,050.00 |
| Check | 12/17/2009 | EFT | Alternative Solutions Insurance Services, | Commission | APGelliver&Kingensmith PLI 140 | WELLS FARGO BASE - 8459 | 1,050.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Carr Family Trust (6781-657) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 14,700.00 | -14,700.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust LLI 699 | WELLS FARGO BASE - 8459 | 1,470.00 | | -13,230.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust SLA 338 | WELLS FARGO BASE - 8459 | 1,470.00 | | -11,760.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust LFG 008 | WELLS FARGO BASE - 8459 | 1,470.00 | | -10,290.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust MMI 025 | WELLS FARGO BASE - 8459 | 1,470.00 | | -8,820.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust PLI 980 | WELLS FARGO BASE - 8459 | 1,470.00 | | -7,350.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust AXA 729 | WELLS FARGO BASE - 8459 | 1,470.00 | | -5,880.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust LFG 782 | WELLS FARGO BASE - 8459 | 1,470.00 | | -4,410.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust ING 15J | WELLS FARGO BASE - 8459 | 1,470.00 | | -2,940.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust LFG 183 | WELLS FARGO BASE - 8459 | 1,470.00 | | -1,470.00 |
| Check | 1/21/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Carr Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 1,470.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Olson,Leslie & Katherine (6781-743) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 125.00 | -125.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olson,L&K LLI 699 | WELLS FARGO BASE - 8459 | 25.00 | | -100.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olson,L&K LFG 248 | WELLS FARGO BASE - 8459 | 25.00 | | -75.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olson,L&K GFG 089 | WELLS FARGO BASE - 8459 | 25.00 | | -50.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olson,L&K PLI 140 | WELLS FARGO BASE - 8459 | 25.00 | | -25.00 |
| Check | 2/18/2010 | EFT | Alternative Solutions Insurance Services, | Commission | AP Olson,L&K AGL 130 | WELLS FARGO BASE - 8459 | 25.00 | | 0.00 |
| Total Alternative Solutions Insurance Services, | | | | | | | 33,618.50 | 33,618.50 | 0.00 |
| **Anthony W. Heuermann** | | | | | | | | | |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Crooks,Stephen&Karen (6781-583) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S LLI 699 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S LFG 740 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S SLA 338 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S LFG 008 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S AXA 348 | WELLS FARGO BASE - 8459 | 500.00 | | -2,550.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S LFG 272 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S AXA 729 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S LFG 163 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/30/2009 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Crooks,Stephen & Karen (6781-583A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LLI 699 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K AXA 994 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LFG 081 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LBL 361 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LFG 117 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LFG 248 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 3/4/2010 | EFT | Anthony W. Heuermann | Commission | AP Crooks,S&K AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Total Anthony W. Heuermann | | | | | | | 15,000.00 | 15,000.00 | 0.00 |
| **Arvin Gowens** | | | | | | | | | |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 32,200.00 | -32,200.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Client Dana Faust | AP Faust IRA MET 650 | WELLS FARGO BASE - 8459 | 3,220.00 | | -28,980.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Total $ amount $322,000 | AP Faust IRA AGL 73L | WELLS FARGO BASE - 8459 | 3,220.00 | | -25,760.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Licensee: Arvin Gowen (10%) | AP Faust IRA AXA 804 | WELLS FARGO BASE - 8459 | 3,220.00 | | -22,540.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA AXA 148 | WELLS FARGO BASE - 8459 | 3,220.00 | | -19,320.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA LNL 782 | WELLS FARGO BASE - 8459 | 3,220.00 | | -16,100.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA LNL 740 | WELLS FARGO BASE - 8459 | 3,220.00 | | -12,880.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA ANI 852 | WELLS FARGO BASE - 8459 | 3,220.00 | | -9,660.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA ING 201 | WELLS FARGO BASE - 8459 | 3,220.00 | | -6,440.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA LFG 566 | WELLS FARGO BASE - 8459 | 3,220.00 | | -3,220.00 |
| Check | 9/29/2009 | 1895 | Arvin Gowens | Faust IRA (6781-225) Commission | AP Faust IRA ING 036 | WELLS FARGO BASE - 8459 | 3,220.00 | | 0.00 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Wolfe-IRA (6781-171) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,600.00 | -3,600.00 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Client Lisa Wolfe IRA | AP Wolfe IRA MET 650 | WELLS FARGO BASE - 8459 | 514.29 | | -3,085.71 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Total $ Amount: 36,000.00 | AP Wolfe IRA AGL 73L | WELLS FARGO BASE - 8459 | 514.29 | | -2,571.42 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Licensee: Arvin Gowens (10.00%) | AP Wolfe IRA AXA 804 | WELLS FARGO BASE - 8459 | 514.29 | | -2,057.13 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA MAM 860 | WELLS FARGO BASE - 8459 | 514.29 | | -1,542.84 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA WPL 982 | WELLS FARGO BASE - 8459 | 514.29 | | -1,028.55 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA LNL 740 | WELLS FARGO BASE - 8459 | 514.29 | | -514.26 |
| Check | 10/2/2009 | 2017 | Arvin Gowens | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA ING 036 | WELLS FARGO BASE - 8459 | 514.26 | | 0.00 |
| Check | 12/30/2009 | EFT | Arvin Gowens | Rathmann Trust (6781-579) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 12/30/2009 | EFT | Arvin Gowens | Commission | AP Rathmann Trust PLI 980 | WELLS FARGO BASE - 8459 | 250.00 | | -500.00 |
| Check | 12/30/2009 | EFT | Arvin Gowens | Commission | AP Rathmann Trust LFG 183 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 12/30/2009 | EFT | Arvin Gowens | Commission | AP Rathmann Trust PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Arvin Gowens | Rathmann,Joan Marie-ROTH (6781-579A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 553.69 | -553.69 |
| Check | 2/11/2010 | EFT | Arvin Gowens | Commission | AP Rathmann,JM-ROTH IRA LFG 2.. | WELLS FARGO BASE - 8459 | 276.85 | | -276.84 |
| Check | 2/11/2010 | EFT | Arvin Gowens | Commission | AP Rathmann,JM-ROTH IRA AXA 7.. | WELLS FARGO BASE - 8459 | 276.84 | | 0.00 |
| Check | 3/4/2010 | EFT | Arvin Gowens | Conrad,Eric SEP IRA (6781-521) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,150.00 | -1,150.00 |
| Check | 3/4/2010 | EFT | Arvin Gowens | Commission | AP Conrad,E-SEP IRA AXA 091 | WELLS FARGO BASE - 8459 | 287.50 | | -862.50 |
| Check | 3/4/2010 | EFT | Arvin Gowens | Commission | AP Conrad,E-SEP IRA LFG 183 | WELLS FARGO BASE - 8459 | 287.50 | | -575.00 |
| Check | 3/4/2010 | EFT | Arvin Gowens | Commission | AP Conrad,E-SEP IRA PLI 140 | WELLS FARGO BASE - 8459 | 287.50 | | -287.50 |
| Check | 3/4/2010 | EFT | Arvin Gowens | Commission | AP Conrad,E-SEP IRA AGL 130 | WELLS FARGO BASE - 8459 | 287.50 | | 0.00 |
| Check | 3/18/2010 | EFT | Arvin Gowens | Cagglano, Jedi A. Trad IRA (6781-835) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,096.15 | -5,096.15 |
| Check | 3/18/2010 | EFT | Arvin Gowens | Commission | AP Cagglano,JA-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 566.23 | | -4,529.92 |
| Check | 3/18/2010 | EFT | Arvin Gowens | Commission | AP Cagglano,JA-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 566.24 | | -3,963.68 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 99.54 | | -398.16 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 99.54 | | -298.62 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 99.54 | | -199.08 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 99.54 | | -99.54 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 99.54 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Larson, Paul (6781-952) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | -11,697.39 | -11,697.39 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 735 | WELLS FARGO BASE - 8459 | 1,169.73 | | -10,527.66 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LSL 916 | WELLS FARGO BASE - 8459 | 1,169.74 | | -9,357.92 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LBL 361 | WELLS FARGO BASE - 8459 | 1,169.74 | | -8,188.18 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 1,169.74 | | -7,018.44 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 1,169.74 | | -5,848.70 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 1,169.74 | | -4,678.96 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 1,169.74 | | -3,509.22 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul AVL 180 | WELLS FARGO BASE - 8459 | 1,169.74 | | -2,339.48 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 1,169.74 | | -1,169.74 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 1,169.74 | | 0.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Muse, George W.-Traditional IRA (6781-624A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,480.00 | -1,480.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 148.00 | | -1,332.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 148.00 | | -1,184.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 148.00 | | -1,036.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 148.00 | | -888.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 148.00 | | -740.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 148.00 | | -592.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 148.00 | | -444.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 148.00 | | -296.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 148.00 | | -148.00 |
| Check | 3/25/2010 | EFT | Global One Direct, LLC | Commission | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 148.00 | | 0.00 |
| **Total Global One Direct, LLC** | | | | | | | **123,957.75** | **123,957.75** | **0.00** |
| **Gloria Jane Young** | | | | | | | | | |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | WELLS FARGO BASE - 8459 | -SPLIT- | | 33,000.00 | -33,000.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Client: Bruce B. Kufferath Trad IRA (5781-903) | AP Kufferath,B-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 3,300.00 | | -29,700.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Total $ amount $300,000 | AP Kufferath,B-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 3,300.00 | | -26,400.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Licensee: Gloria Young (1%) March Bonus | AP Kufferath,B-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 3,300.00 | | -23,100.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Gloria Young (10%) commission | AP Kufferath,B-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 3,300.00 | | -19,800.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | Commissions | AP Kufferath,B-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 3,300.00 | | -16,500.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 3,300.00 | | -13,200.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 3,300.00 | | -9,900.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 3,300.00 | | -6,600.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 3,300.00 | | -3,300.00 |
| Check | 3/25/2010 | 4957 | Gloria Jane Young | | AP Kufferath,B-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 3,300.00 | | 0.00 |
| **Total Gloria Jane Young** | | | | | | | **33,000.00** | **33,000.00** | **0.00** |
| **Greg Chick** | | | | | | | | | |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Client: Harry Galliver & Margaret Klingensmith | AP Galliver&Klingensmith MET650 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Total $ Amount: 50,000.00 | AP Galliver&Klingensmith AGL73L | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Licensee: Greg Chick (10.00%) | AP Galliver&Klingensmith AXA804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith AXA146 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LNL740 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ING201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ANI852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LNL702 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith LFG566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/6/2009 | 2060 | Greg Chick | Galliver&Klingesmith (6781-252) Commission | AP Galliver&Klingensmith ING036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Greg Chick** | | | | | | | **5,000.00** | **5,000.00** | **0.00** |
| **Hal Partenheimer** | | | | | | | | | |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Client: Cambridge Mont Prtns Ltd (6781-556) | AP Cambridge Mont Ptnr PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Total $ Amount: 50,000.00 | AP Cambridge Mont Ptnr LFG 272 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Licensee: Hal Partenheimer (8.00%) | AP Cambridge Mont Ptnr AXA 729 | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | Commission | AP Cambridge Mont Ptnr LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 12/23/2009 | 3830 | Hal Partenheimer | | AP Cambridge Mont Ptnr PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,102.39 | -8,102.39 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Client: Bernard Ray Griffith IRA (6781-603) | AP Griffith,BR-IRA LFG 762 | WELLS FARGO BASE - 8459 | 1,620.47 | | -6,481.92 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | total $ amount $101,279.83 | AP Griffith,BR-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,620.48 | | -4,861.44 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Licensee: Hal Partenheimer (8%) | AP Griffith,BR-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,620.48 | | -3,240.96 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | Commissions | AP Griffith,BR-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,620.48 | | -1,620.48 |
| Check | 1/7/2010 | 3995 | Hal Partenheimer | | AP Griffith,BR-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,620.48 | | 0.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Client: Norma K. Griffith (6781-603A) | AP Griffith,N PLI 980 | WELLS FARGO BASE - 8459 | 1,600.00 | | -6,400.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Total $ Amount: 100,000.00 | AP Griffith,N AXA 597 | WELLS FARGO BASE - 8459 | 1,600.00 | | -4,800.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Licensee: Hal Partenheimer (8.00%) | AP Griffith,N ING 15J | WELLS FARGO BASE - 8459 | 1,600.00 | | -3,200.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | Commission | AP Griffith,N LFG 183 | WELLS FARGO BASE - 8459 | 1,600.00 | | -1,600.00 |
| Check | 1/28/2010 | 4144 | Hal Partenheimer | | AP Griffith,N PLI 140 | WELLS FARGO BASE - 8459 | 1,600.00 | | 0.00 |
| **Total Hal Partenheimer** | | | | | | | **20,102.39** | **20,102.39** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Colin Boddicker** | | | | | | | | | |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,340.96 | -7,340.96 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | Client: Troy Laman-IRA (6781-201) | AP Laman,T-IRA MET 850 | WELLS FARGO BASE - 8459 | 734.06 | | -6,606.90 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | Total $ Amount 73,496.76 | AP Laman,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 734.10 | | -5,872.80 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | Licensee: Colin Boddicker (10.00%) | AP Laman,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 734.10 | | -5,138.70 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | Commission | AP Laman,T-IRA LNL 740 | WELLS FARGO BASE - 8459 | 734.10 | | -4,404.60 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA WPL 982 | WELLS FARGO BASE - 8459 | 734.10 | | -3,670.50 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 734.10 | | -2,936.40 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA MAM 860 | WELLS FARGO BASE - 8459 | 734.10 | | -2,202.30 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 734.10 | | -1,468.20 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 734.10 | | -734.10 |
| Check | 12/4/2009 | 3591 | Colin Boddicker | | AP Laman,T-IRA ING 036 | WELLS FARGO BASE - 8459 | 734.10 | | 0.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,500.00 | -12,500.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | Client: Pamela K. O'Neal-IRA (6781-142) | AP O'Neal,P-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,250.00 | | -11,250.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | Total $ Amount: 125,000.00 | AP O'Neal,P-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,250.00 | | -10,000.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | Licensee: Colin Boddicker (10.00%) | AP O'Neal,P-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,250.00 | | -8,750.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | Commission | AP O'Neal,P-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,250.00 | | -7,500.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,250.00 | | -6,250.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,250.00 | | -5,000.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA MAM 860 | WELLS FARGO BASE - 8459 | 1,250.00 | | -3,750.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,250.00 | | -2,500.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,250.00 | | -1,250.00 |
| Check | 12/17/2009 | 3770 | Colin Boddicker | | AP O'Neal,P-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,250.00 | | 0.00 |
| **Total Colin Boddicker** | | | | | | | 19,840.96 | 19,840.96 | 0.00 |
| **Creative Wealth Designs, LLC** | | | | | | | | | |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 14,000.00 | -14,000.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | Client: Miralee Jean Ward-IRA (6781-572) | AP Ward,MJ-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,400.00 | | -12,600.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | Total $ Amount: 140,000.00 | AP Ward,MJ-IRA SLA 338 | WELLS FARGO BASE - 8459 | 1,400.00 | | -11,200.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | Licensee: Walter Young of | AP Ward,MJ-IRA LFG 008 | WELLS FARGO BASE - 8459 | 1,400.00 | | -9,800.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | Creative Wealth Designs, LLC (10.00%) | AP Ward,MJ-IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,400.00 | | -8,400.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | Commission | AP Ward,MJ-IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,400.00 | | -7,000.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | AP Ward,MJ-IRA AXA 726 | WELLS FARGO BASE - 8459 | 1,400.00 | | -5,600.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | AP Ward,MJ-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,400.00 | | -4,200.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | AP Ward,MJ-IRA ING 15J | WELLS FARGO BASE - 8459 | 1,400.00 | | -2,800.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | AP Ward,MJ-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,400.00 | | -1,400.00 |
| Check | 1/14/2010 | 4068 | Creative Wealth Designs, LLC | | AP Ward,MJ-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,400.00 | | 0.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 39,000.00 | -39,000.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | Client: Rhea H. Kessler (6781-724) | AP Kessler,R LLI 899 | WELLS FARGO BASE - 8459 | 3,900.00 | | -35,100.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | Total $ amount $390,000 | AP Kessler,R LFG 248 | WELLS FARGO BASE - 8459 | 3,900.00 | | -31,200.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | Licensee: Walter Young/Creative Wealth Designs, LLC (10%) | AP Kessler,R AXA 994 | WELLS FARGO BASE - 8459 | 3,900.00 | | -27,300.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | Commissions | AP Kessler,R MMI 025 | WELLS FARGO BASE - 8459 | 3,900.00 | | -23,400.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R PLI 980 | WELLS FARGO BASE - 8459 | 3,900.00 | | -19,500.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R GLG 089 | WELLS FARGO BASE - 8459 | 3,900.00 | | -15,600.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R AXA 001 | WELLS FARGO BASE - 8459 | 3,900.00 | | -11,700.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R LFG 183 | WELLS FARGO BASE - 8459 | 3,900.00 | | -7,800.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R PLI 140 | WELLS FARGO BASE - 8459 | 3,900.00 | | -3,900.00 |
| Check | 1/28/2010 | 4217 | Creative Wealth Designs, LLC | | AP Kessler,R AGL 130 | WELLS FARGO BASE - 8459 | 3,900.00 | | 0.00 |
| **Total Creative Wealth Designs, LLC** | | | | | | | 53,000.00 | 53,000.00 | 0.00 |
| **Dan Glazier** | | | | | | | | | |
| Check | 1/7/2010 | 3967 | Dan Glazier | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,690.00 | -6,690.00 |
| Check | 1/7/2010 | 3967 | Dan Glazier | Client: Ted Moore IRA (6781-527) | AP Moore,T-IRA PLI 930 | WELLS FARGO BASE - 8459 | 2,230.00 | | -4,460.00 |
| Check | 1/7/2010 | 3967 | Dan Glazier | Total $ amount $55,750 | AP Moore,T-IRA ANI 521 | WELLS FARGO BASE - 8459 | 2,230.00 | | -2,230.00 |
| Check | 1/7/2010 | 3967 | Dan Glazier | Licensee: Dan Glazier (12%) | AP Moore,T-IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,230.00 | | 0.00 |
| Check | 3/18/2010 | 4781 | Dan Glazier | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 3/18/2010 | 4781 | Dan Glazier | Client: Ted Moore (6781-527A) | AP Moore,Ted LFG 117 | WELLS FARGO BASE - 8459 | 6,000.00 | | 0.00 |
| **Total Dan Glazier** | | | | | | | 12,690.00 | 12,690.00 | 0.00 |
| **Darril S. BeeBe** | | | | | | | | | |
| Check | 12/3/2009 | EFT | Darril S. BeeBe | Luella Shaw (6781-482) | WELLS FARGO BASE - 8459 | AP Shaw PLI 140 | | 2,250.00 | -2,250.00 |
| Check | 12/3/2009 | EFT | Darril S. BeeBe | Commission | AP Shaw PLI 140 | WELLS FARGO BASE - 8459 | 2,250.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Jones, Daniel IRA (6781-641) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 27,000.00 | -27,000.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,700.00 | | -24,300.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,700.00 | | -21,600.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA AXA 994 | WELLS FARGO BASE - 8459 | 2,700.00 | | -18,900.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA AGL 76L | WELLS FARGO BASE - 8459 | 2,700.00 | | -16,200.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA PLI 980 | WELLS FARGO BASE - 8459 | 2,700.00 | | -13,500.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA GFG 089 | WELLS FARGO BASE - 8459 | 2,700.00 | | -10,800.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,700.00 | | -8,100.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,700.00 | | -5,400.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,700.00 | | -2,700.00 |
| Check | 1/7/2010 | EFT | Darril S. BeeBe | Commission | AP Jones,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 2,700.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Darril S. BeeBe | Medlin Jr., Oscar (6781-638) Commission | WELLS FARGO BASE - 8459 | AP Medlin,O PLI 140 | | 9,000.00 | -9,000.00 |
| Check | 1/14/2010 | EFT | Darril S. BeeBe | Commission | AP Medlin,O PLI 140 | WELLS FARGO BASE - 8459 | 9,000.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Cumings, Elnore P. (6781-655) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,200.00 | -7,200.00 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Commission | AP Cumings,E SLA 338 | WELLS FARGO BASE - 8459 | 3,600.00 | | -3,600.00 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Commission | AP Cumings,E PLI 140 | WELLS FARGO BASE - 8459 | 3,600.00 | | 0.00 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Medlin, Oscar Jr. Roth IRA (6781-642) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,230.24 | -12,230.24 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Commission | AP Medlin,Oscar-IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,446.04 | | -9,784.20 |
| Check | 1/21/2010 | EFT | Darril S. BeeBe | Commission | AP Medlin,O-IRA SLA 338 | WELLS FARGO BASE - 8459 | 2,446.05 | | -7,338.15 |



EXHIBIT C-y

tabbies

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Fredrick William Rust** | | | | | | | | | |
| Check | 9/23/2009 | 1846 | Fredrick William Rust | Schonfeld-IRA (6781-228) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 171.23 | -171.23 |
| Check | 9/23/2009 | 1846 | Fredrick William Rust | Client: Nancy Schonfeld IRA | AP Schonfeld-IRA LFG 566 | WELLS FARGO BASE - 8459 | 171.23 | | 0.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Booth IRA (6781-229) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 672.00 | -672.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | client: Francis N. Booth | AP Booth IRA LNL 740 | WELLS FARGO BASE - 8459 | 112.00 | | -560.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Total $ amount $33,600 | AP Booth IRA ING 201 | WELLS FARGO BASE - 8459 | 112.00 | | -448.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Licensee: Mark J. Smith (10%) | AP Booth IRA ANI 852 | WELLS FARGO BASE - 8459 | 112.00 | | -336.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Booth IRA (6781-229) commission | AP Booth IRA WPL 982 | WELLS FARGO BASE - 8459 | 112.00 | | -224.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Booth IRA (6781-229) commission | AP Booth IRA LFG 566 | WELLS FARGO BASE - 8459 | 112.00 | | -112.00 |
| Check | 9/29/2009 | 1903 | Fredrick William Rust | Booth IRA (6781-229) commission | AP Booth IRA ING 036 | WELLS FARGO BASE - 8459 | 112.00 | | 0.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Ahrens (6781-216) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Client: Dan & Rebecca Ahrens | AP Ahrens LNL 740 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Total $ amount $25,000 | AP Ahrens ING 201 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Licensee: Corbin Intl, Inc (10%) | AP Ahrens OML 446 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Ahrens (6781-216) Commission | AP Ahrens LFG 566 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 9/30/2009 | 1939 | Fredrick William Rust | Ahrens (6781-216) Commission | AP Ahrens ING 036 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 10/1/2009 | 1988 | Fredrick William Rust | Hatcher IRA (6781-230) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 120.00 | -120.00 |
| Check | 10/1/2009 | 1988 | Fredrick William Rust | Client: Kyoko Hatcher | AP Hatcher IRA LFG 566 | WELLS FARGO BASE - 8459 | 120.00 | | 0.00 |
| Check | 10/19/2009 | 2360 | Fredrick William Rust | Holden-IRA (6781-231) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 10/19/2009 | 2360 | Fredrick William Rust | Client: Stephen H. Holden-IRA | AP Holden-IRA ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/19/2009 | 2360 | Fredrick William Rust | Total $ Amount: 15,000.00 | AP Holden-IRA LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/19/2009 | 2360 | Fredrick William Rust | Licensee: Frederick William Rust (12.00%) | AP Holden-IRA LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 10/22/2009 | 2438 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 10/22/2009 | 2438 | Fredrick William Rust | Client: Mark A. Mathews-IRA (6781-282) | AP Mathews, M-IRA HLI 814 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 10/22/2009 | 2438 | Fredrick William Rust | Total $ Amount: 45,000.00 | AP Mathews, M-IRA ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 10/22/2009 | 2438 | Fredrick William Rust | Licensee: Thomas Chrisman (10.00%) | AP Mathews, M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | Client: Acanthia L. Norman-IRA (6781-358) | AP Norman, A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 200.00 | | -1,000.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | Total $ Amount: 60,000.00 | AP Norman, A-IRA ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | Licensee: Mark J. Smith (10.00%) | AP Norman, A-IRA ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | Commission | AP Norman, A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | | AP Norman, A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 11/3/2009 | 2811 | Fredrick William Rust | | AP Norman, A-IRA ING 036 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 11/13/2009 | 3116 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 11/13/2009 | 3116 | Fredrick William Rust | Client: Dan Brashear (6781-310A) | AP Brashear,D AGL 062 | WELLS FARGO BASE - 8459 | 1,800.00 | | 0.00 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,123.09 | -11,123.09 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | Client: Dan Brashear-IRA (6781-310) | AP Brashear,D4RA HLI 814 | WELLS FARGO BASE - 8459 | 1,112.30 | | -10,010.79 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | Total $ amount $92,692.46 | AP Brashear,D-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,112.31 | | -8,898.48 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | Licensee: Fredrick William Rust (12%) | AP Brashear,D-IRA AXA 604 | WELLS FARGO BASE - 8459 | 1,112.31 | | -7,786.17 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | Commissions | AP Brashear,D-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,112.31 | | -6,673.86 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,112.31 | | -5,561.55 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,112.31 | | -4,449.24 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,112.31 | | -3,336.93 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,112.31 | | -2,224.62 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,112.31 | | -1,112.31 |
| Check | 11/18/2009 | 3222 | Fredrick William Rust | | AP Brashear,D-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,112.31 | | 0.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | Client: Orchard Breeze Partners, LLC (6781-462) | AP Orchard Breeze Ptrs PLI 680 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | Total $ amount $25,000 | AP Orchard Breezn Ptrs AXA 597 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | Licensee: Orchard Breeze Capital LLC/David Tanner (10%) | AP Orchard Breeze Ptrs AGL 062 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | Commissions | AP Orchard Breeze Ptrs LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/3/2009 | 3470 | Fredrick William Rust | | AP Orchard Breeze Ptrs PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/28/2010 | 4230 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 399.60 | -399.60 |
| Check | 1/28/2010 | 4230 | Fredrick William Rust | Client: Cheryl LeMmon TRAD IRA (6781-688) | AP LeMmon,C-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 99.90 | | -299.70 |
| Check | 1/28/2010 | 4230 | Fredrick William Rust | Total $ Amount: 39,960.00 | AP LeMmon,C-TRAD IRA LFG 740 | WELLS FARGO BASE - 8459 | 99.90 | | -199.80 |
| Check | 1/28/2010 | 4230 | Fredrick William Rust | Licensee: Carl V. Gottuso (10.00%) | AP LeMmon,C-TRAD IRA MMI 026 | WELLS FARGO BASE - 8459 | 99.90 | | -99.90 |
| Check | 1/28/2010 | 4230 | Fredrick William Rust | Commission | AP LeMmon,C-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 99.90 | | 0.00 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 329.67 | -329.67 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | Client: Yasuko Kamimura (6781-707) | AP Kamimura,Y LLI 899 | WELLS FARGO BASE - 8459 | 65.95 | | -263.72 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | Total $ amount $32,967.44 | AP Kamimura,Y AGL 73L | WELLS FARGO BASE - 8459 | 65.93 | | -197.79 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | Licensee: Carl V. Gottuso (10%) | AP Kamimura,Y AGL 76L | WELLS FARGO BASE - 8459 | 65.93 | | -131.86 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | Commissions | AP Kamimura,Y PLI 980 | WELLS FARGO BASE - 8459 | 65.93 | | -65.93 |
| Check | 2/4/2010 | 4235 | Fredrick William Rust | | AP Kamimura,Y AXA 091 | WELLS FARGO BASE - 8459 | 65.93 | | 0.00 |
| Check | 2/4/2010 | 4269 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 147.75 | -147.75 |
| Check | 2/4/2010 | 4269 | Fredrick William Rust | Client: Jerry Dilahunty Traditional IRA (6781-472) | AP Dilahunty,J-TRADIRA PLI 980 | WELLS FARGO BASE - 8459 | 49.25 | | -98.50 |
| Check | 2/4/2010 | 4269 | Fredrick William Rust | Total $ Amount: 14,775.00 | AP Dilahunty,J-TRADIRA LBL 771 | WELLS FARGO BASE - 8459 | 49.25 | | -49.25 |
| Check | 2/4/2010 | 4269 | Fredrick William Rust | Licensee: Jonthan Stanley (10.00%) | AP Dilahunty,J-TRADIRA ANI 521 | WELLS FARGO BASE - 8459 | 49.25 | | 0.00 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 249.76 | -249.76 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | Client: Commerford Inspection, Inc PSP (6781-705) | AP Commerford Insp PSP LLI 899 | WELLS FARGO BASE - 8459 | 49.96 | | -199.80 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | Total $ Amount: 24,976.40 | AP Commerford Insp PSP LFG 248 | WELLS FARGO BASE - 8459 | 49.95 | | -149.85 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | Licensee: James R. Trifletti (13.00%) | AP Commerford Insp PSP AXA 694 | WELLS FARGO BASE - 8459 | 49.95 | | -99.90 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | Commission | AP Commerford Insp PSP AGL 76L | WELLS FARGO BASE - 8459 | 49.95 | | -49.95 |
| Check | 2/11/2010 | 4366 | Fredrick William Rust | | AP Commerford Insp PSP PLI 140 | WELLS FARGO BASE - 8459 | 49.95 | | 0.00 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,853.83 | -1,853.83 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | Client: Matthew B. Bustilos Traditional IRA (6781-718) | AP Bustilos,M-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 185.41 | | -1,668.42 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | Total $ Amount: 155,383.35 | AP Bustilos,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 185.38 | | -1,483.04 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | Licensee: Martha A. Lepere (10.00%) | AP Bustilos,M-TRAD IRA AXA 694 | WELLS FARGO BASE - 8459 | 185.38 | | -1,297.66 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | Commission | AP Bustilos,M-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 185.38 | | -1,112.28 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustilos,M-TRAD IRA PLI 960 | WELLS FARGO BASE - 8459 | 185.38 | | -926.90 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustilos,M-TRAD IRA GFG 036 | WELLS FARGO BASE - 8459 | 185.38 | | -741.52 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustilos,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 185.38 | | -556.14 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustillos,M-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 185.38 | | -370.76 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustillos,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 185.38 | | -185.38 |
| Check | 2/11/2010 | 4373 | Fredrick William Rust | | AP Bustillos,M-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 185.38 | | 0.00 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 390.00 | -390.00 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | Client: Garvey & Pauline Todd (6781-590) | AP Todd,G&P LLI 899 | WELLS FARGO BASE - 8459 | 48.75 | | -341.25 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | Total $ Amount: 39,000.00 | AP Todd,G&P LFG 248 | WELLS FARGO BASE - 8459 | 48.75 | | -292.50 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | Licensee: Leonard W. Fox (10.00%) | AP Todd,G&P AXA 994 | WELLS FARGO BASE - 8459 | 48.75 | | -243.75 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | Commission | AP Todd,G&P AGL 76L | WELLS FARGO BASE - 8459 | 48.75 | | -195.00 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | | AP Todd,G&P PLI 990 | WELLS FARGO BASE - 8459 | 48.75 | | -146.25 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | | AP Todd,G&P GFG 089 | WELLS FARGO BASE - 8459 | 48.75 | | -97.50 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | | AP Todd,G&P LFG 183 | WELLS FARGO BASE - 8459 | 48.75 | | -48.75 |
| Check | 2/18/2010 | 4384 | Fredrick William Rust | | AP Todd,G&P PLI 140 | WELLS FARGO BASE - 8459 | 48.75 | | 0.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | Client: Martha S. Pittman (6781-776) | AP Pittman,M AGL 36L | WELLS FARGO BASE - 8459 | 50.00 | | -350.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | Total $ amount $40,000 | AP Pittman,M LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | Licensee: Malcom I. Campbell (10%) | AP Pittman,M LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | Commissions | AP Pittman,M AXA 994 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | | AP Pittman,M AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | | AP Pittman,M LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | | AP Pittman,M PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/25/2010 | 4470 | Fredrick William Rust | | AP Pittman,M AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 379.57 | -379.57 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | Client: Patricia A. Stuckey (6781-800) | AP Stuckey,P LBL 771 | WELLS FARGO BASE - 8459 | 75.93 | | -303.64 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | Total $ amount $37,957.40 | AP Stuckey,P AXA 091 | WELLS FARGO BASE - 8459 | 75.91 | | -227.73 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | Licensee: Martha A. Lepere (10%) | AP Stuckey,P LFG 183 | WELLS FARGO BASE - 8459 | 75.91 | | -151.82 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | Commissions | AP Stuckey,P PLI 140 | WELLS FARGO BASE - 8459 | 75.91 | | -75.91 |
| Check | 2/25/2010 | 4514 | Fredrick William Rust | | AP Stuckey,P AGL 130 | WELLS FARGO BASE - 8459 | 75.91 | | 0.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | Client: Orchard Breeze Partners, LLC (6781-462A) | AP Orchard Breeze LLC AXA 994 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | Total $ Amount: 25,000.00 | AP Orchard Breeze LLC AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | Licensee: Orchard Breeze Capital, LLC – | AP Orchard Breeze LLC LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | – David Tanner. | AP Orchard Breeze LLC PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/4/2010 | 4587 | Fredrick William Rust | Commission | AP Orchard Breeze LLC AGL 130 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/4/2010 | 4638 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 150.00 | -150.00 |
| Check | 3/4/2010 | 4638 | Fredrick William Rust | Client: Patricia A. Mena (6781-826A) | AP Mena,P LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/4/2010 | 4638 | Fredrick William Rust | Total $ amount $15,000 | AP Mena,P AXA 994 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/4/2010 | 4638 | Fredrick William Rust | Licensee: Carl V. Gottuso (10%) | AP Mena,P PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/11/2010 | 4700 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 3/11/2010 | 4700 | Fredrick William Rust | Client: John Charles Gordon (6781-680) | AP Gordon,John C LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/11/2010 | 4700 | Fredrick William Rust | Total $ amount $30,000 | AP Gordon,John C PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/11/2010 | 4700 | Fredrick William Rust | Licensee: Joseph Wiggins (13%) | AP Gordon,John C JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | Client: Patricia A. Mena Trad IRA (6781-826) | AP Mena,P-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | Total $ amount $25,000 | AP Mena,P-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | Licensee: Carl V. Gottuso (10%) | AP Mena,P-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | Commissions | AP Mena,P-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/11/2010 | 4735 | Fredrick William Rust | | AP Mena,P-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | Client: Jane K. Chung Trad IRA (6781-853) | AP Chung,JK-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | Total $ amount $25,000 | AP Chung,JK-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | Licensee: Carl V. Gottuso (10%) | AP Chung,JK-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | Commissions | AP Chung,JK-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/11/2010 | 4746 | Fredrick William Rust | | AP Chung,JK-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 249.00 | -249.00 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | Client: Irving R. Katz Trad IRA (6781-794) | AP Katz,IR-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 49.80 | | -199.20 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | Total $ amount $24,900 | AP Katz,IR-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 49.80 | | -149.40 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | Licensee: Irving Katz (10%) | AP Katz,IR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 49.80 | | -99.60 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | Commissions | AP Katz,IR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 49.80 | | -49.80 |
| Check | 3/18/2010 | 4830 | Fredrick William Rust | | AP Katz,IR-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 49.80 | | 0.00 |
| Check | 3/25/2010 | 4884 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 3/25/2010 | 4884 | Fredrick William Rust | Client: Glenn A & Linda K Commons, Trustees | AP Commons Trust LFG 117 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 3/25/2010 | 4884 | Fredrick William Rust | Commons Trust (6781-922A) | AP Commons Trust PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 3/25/2010 | 4884 | Fredrick William Rust | Total $ Amount: 30,000.00 | AP Commons Trust JHL 633 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | Client: Robin Gail Tauchert Trad IRA (6781-779) | AP Tauchert,RG-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 50.00 | | -450.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | Total $ amount $50,000 | AP Tauchert,RG-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 50.00 | | -400.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | Licensee: Leonard Tauchert (10%) | AP Tauchert,RG-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 50.00 | | -350.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | Commissions | AP Tauchert,RG-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA JHL 363 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/25/2010 | 4965 | Fredrick William Rust | | AP Tauchert,RG-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| | | | Total Fredrick William Rust | | | | 25,465.50 | 25,465.50 | 0.00 |

## RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| **Harry J. Vance** | | | | | | | | | |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,300.00 | -11,300.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | Client: Mark Alan McClendon-Traditional IRA (6781-737) | AP McClendon,M-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,130.00 | | -10,170.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | Total $ Amount: 113,000.00 | AP McClendon,M-TRAD LFG 081 | WELLS FARGO BASE - 8459 | 1,130.00 | | -9,040.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | Licensee: Harry J. Vance (10.00%) | AP McClendon,M-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 1,130.00 | | -7,910.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | Commission | AP McClendon,M-TRAD LFG 117 | WELLS FARGO BASE - 8459 | 1,130.00 | | -6,780.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD LFG 246 | WELLS FARGO BASE - 8459 | 1,130.00 | | -5,650.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD AXA 994 | WELLS FARGO BASE - 8459 | 1,130.00 | | -4,520.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 1,130.00 | | -3,390.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD LFG 183 | WELLS FARGO BASE - 8459 | 1,130.00 | | -2,260.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 1,130.00 | | -1,130.00 |
| Check | 2/25/2010 | 4526 | Harry J. Vance | | AP McClendon,M-TRAD AGL 130 | WELLS FARGO BASE - 8459 | 1,130.00 | | 0.00 |
| **Total Harry J. Vance** | | | | | | | 11,300.00 | 11,300.00 | 0.00 |
| **Harvest Planning, LLC** | | | | | | | | | |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,992.00 | -5,992.00 |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | Client: Susan J. Balsamo Trad IRA (6781-752A) | AP Balsamo,SJ-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,198.40 | | -4,793.60 |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | Total $ amount $74,900 | AP Balsamo,SJ-TRAD IRA LBL361 | WELLS FARGO BASE - 8459 | 1,198.40 | | -3,595.20 |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | Licensee: Harvest Planning LLC/Andrew D-Agostino (8%) | AP Balsamo,SJ-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 1,198.40 | | -2,396.80 |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | Commissions | AP Balsamo,SJ-TRAD IRA LFG 246 | WELLS FARGO BASE - 8459 | 1,198.40 | | -1,198.40 |
| Check | 2/25/2010 | 4516 | Harvest Planning, LLC | | AP Balsamo,SJ-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,198.40 | | 0.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | Client: Eugene C. Balsamo Trad IRA (6781-752) | AP Balsamo,E-TRAD IRA LFG 246 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | Total $ amount $25,000 | AP Balsamo,E-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | Licensee: Harvest Planning LLC/Andrew D-Agostino (8%) | AP Balsamo,E-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | Commissions | AP Balsamo,E-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/4/2010 | 4659 | Harvest Planning, LLC | | AP Balsamo,E-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | Client: Daniel & Rhonda Solito (6781-841) | AP Solito,D&R AXA 036 | WELLS FARGO BASE - 8459 | 400.00 | | -3,600.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | Total $ Amount: 50,000.00 | AP Solito,D&R LFG 735 | WELLS FARGO BASE - 8459 | 400.00 | | -3,200.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | Licensee: Harvest Planning, LLC -- | AP Solito,D&R LBL 361 | WELLS FARGO BASE - 8459 | 400.00 | | -2,800.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | --Andrew D'Agostino (8.00%) | AP Solito,D&R AXA 335 | WELLS FARGO BASE - 8459 | 400.00 | | -2,400.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | Commission | AP Solito,D&R LFG 311 | WELLS FARGO BASE - 8459 | 400.00 | | -2,000.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | AP Solito,D&R AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | AP Solito,D&R JHL 383 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | AP Solito,D&R AVL 180 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | AP Solito,D&R PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/25/2010 | 4928 | Harvest Planning, LLC | | AP Solito,D&R JHL 633 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,468.30 | -6,468.30 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | Client: James F. Voneiff Trad IRA (6781-908) | AP Voneiff,J-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 646.83 | | -5,821.47 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | Total $ amount $80,853.78 | AP Voneiff,J-TRAD LFG 735 | WELLS FARGO BASE - 8459 | 646.83 | | -5,174.64 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | Licensee: Harvest Planning/Andrew D'Agostino (8%) | AP Voneiff,J-TRAD LBL 361 | WELLS FARGO BASE - 8459 | 646.83 | | -4,527.81 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | Commissions | AP Voneiff,J-TRAD AXA 335 | WELLS FARGO BASE - 8459 | 646.83 | | -3,880.98 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD LFG 311 | WELLS FARGO BASE - 8459 | 646.83 | | -3,234.15 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD AXA 091 | WELLS FARGO BASE - 8459 | 646.83 | | -2,587.32 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD JHL 383 | WELLS FARGO BASE - 8459 | 646.83 | | -1,940.49 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD AVL 180 | WELLS FARGO BASE - 8459 | 646.83 | | -1,293.66 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD PLI 140 | WELLS FARGO BASE - 8459 | 646.83 | | -646.83 |
| Check | 3/25/2010 | 4939 | Harvest Planning, LLC | | AP Voneiff,J-TRAD JHL 633 | WELLS FARGO BASE - 8459 | 646.83 | | 0.00 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,388.85 | -2,388.85 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | Client: Mark Kiburz Trad IRA (6781-924) | AP Kiburz,Mark-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 398.15 | | -1,990.70 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | Total $ amount $29,860.63 | AP Kiburz,Mark-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 398.14 | | -1,592.56 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | Licensee: Harvest Planning LLC/Andrew D'Agostino (8%) | AP Kiburz,Mark-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 398.14 | | -1,194.42 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | Commissions | AP Kiburz,Mark-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 398.14 | | -796.28 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | | AP Kiburz,Mark-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 398.14 | | -398.14 |
| Check | 3/25/2010 | 4941 | Harvest Planning, LLC | | AP Kiburz,Mark-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 398.14 | | 0.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,920.00 | -5,920.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | Client: George W. Muse-Traditional IRA (6781-924A) | AP Muse,GW-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 592.00 | | -5,328.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | Total $ Amount: 74,000.00 | AP Muse,GW-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 592.00 | | -4,736.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | Licensee: Harvest Planning, LLC -- | AP Muse,GW-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 592.00 | | -4,144.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | -- Andrew D'Agostino (8.00%) | AP Muse,GW-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 592.00 | | -3,552.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | Commission | AP Muse,GW-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 592.00 | | -2,960.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | AP Muse,GW-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 592.00 | | -2,368.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | AP Muse,GW-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 592.00 | | -1,776.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | AP Muse,GW-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 592.00 | | -1,184.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | AP Muse,GW-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 592.00 | | -592.00 |
| Check | 3/25/2010 | 4991 | Harvest Planning, LLC | | AP Muse,GW-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 592.00 | | 0.00 |
| **Total Harvest Planning, LLC** | | | | | | | 26,769.15 | 26,769.15 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **James Craig Orr** | | | | | | | | | |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,120.00 | -15,120.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Client: James W. Weaver, Sr. | AP Weaver LNL 177 | WELLS FARGO BASE - 8459 | 1,512.00 | | -13,608.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Total $ Amount: 108,000.00 | AP Weaver AGL 73L | WELLS FARGO BASE - 8459 | 1,512.00 | | -12,096.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Licensee: James Craig Orr (14.00%) | AP Weaver AXA 804 | WELLS FARGO BASE - 8459 | 1,512.00 | | -10,584.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver LNL 740 | WELLS FARGO BASE - 8459 | 1,512.00 | | -9,072.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver TRA 281 | WELLS FARGO BASE - 8459 | 1,512.00 | | -7,560.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver ING 201 | WELLS FARGO BASE - 8459 | 1,512.00 | | -6,048.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver AGL 66L | WELLS FARGO BASE - 8459 | 1,512.00 | | -4,536.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver ANI 852 | WELLS FARGO BASE - 8459 | 1,512.00 | | -3,024.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver ING 036 | WELLS FARGO BASE - 8459 | 1,512.00 | | -1,512.00 |
| Check | 10/7/2009 | 2110 | James Craig Orr | Weaver (6781-227) Commission | AP Weaver LFG 566 | WELLS FARGO BASE - 8459 | 1,512.00 | | 0.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,060.00 | -11,060.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Client: Michael Lawrence Fisher-IRA | AP Fisher-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,106.00 | | -9,954.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Total $ Amount: 158,000.00 | AP Fisher-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,106.00 | | -8,848.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Licensee: Jerry Neal Orr (7.00%) | AP Fisher-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,106.00 | | -7,742.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,106.00 | | -6,636.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,106.00 | | -5,530.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,106.00 | | -4,424.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,106.00 | | -3,318.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,106.00 | | -2,212.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,106.00 | | -1,106.00 |
| Check | 10/15/2009 | 2272 | James Craig Orr | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,106.00 | | 0.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,000.00 | -7,000.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | Client: RJ&JC Stoessel Trust (6781-405) | AP Stoessel Trust AXA 804 | WELLS FARGO BASE - 8459 | 700.00 | | -6,300.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | Total $ Amount: 50,000.00 | AP Stoessel Trust LLI 599 | WELLS FARGO BASE - 8459 | 700.00 | | -5,600.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | Licensee: James Craig Orr (14.00%) | AP Stoessel Trust LNL 740 | WELLS FARGO BASE - 8459 | 700.00 | | -4,900.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | Commission | AP Stoessel Trust ING 201 | WELLS FARGO BASE - 8459 | 700.00 | | -4,200.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust LNL 782 | WELLS FARGO BASE - 8459 | 700.00 | | -3,500.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust PLI 930 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust AGL 562 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust LBL 771 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 11/17/2009 | 3206 | James Craig Orr | | AP Stoessel Trust AXA 146 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 3/4/2010 | EFT | James Craig Orr | Scoggins,Henry M. ROTH IRA (6781-662) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,959.75 | -5,959.75 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA LBL 918 | WELLS FARGO BASE - 8459 | 744.96 | | -5,214.79 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA AXA 335 | WELLS FARGO BASE - 8459 | 744.97 | | -4,469.82 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA LFG 117 | WELLS FARGO BASE - 8459 | 744.97 | | -3,724.85 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 744.97 | | -2,979.88 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 744.97 | | -2,234.91 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 744.97 | | -1,489.94 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 744.97 | | -744.97 |
| Check | 3/4/2010 | EFT | James Craig Orr | Commission | AP Scoggins,H-ROTH IRA AGL 130 | WELLS FARGO BASE - 8459 | 744.97 | | 0.00 |
| **Total James Craig Orr** | | | | | | | 39,139.75 | 39,139.75 | 0.00 |
| **James Strizak** | | | | | | | | | |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,500.00 | -17,500.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Client: Jack & Dorothy Ballentine | AP Ballentine MET 550 | WELLS FARGO BASE - 8459 | 1,750.00 | | -15,750.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Total $ Amount: 350,000.00 | AP Ballentine AGL 73L | WELLS FARGO BASE - 8459 | 1,750.00 | | -14,000.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Licensee: James Strizak (5.00%) | AP Ballentine AXA 804 | WELLS FARGO BASE - 8459 | 1,750.00 | | -12,250.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine MAM 860 | WELLS FARGO BASE - 8459 | 1,750.00 | | -10,500.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine LNL 740 | WELLS FARGO BASE - 8459 | 1,750.00 | | -8,750.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine ING 201 | WELLS FARGO BASE - 8459 | 1,750.00 | | -7,000.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine WPL 982 | WELLS FARGO BASE - 8459 | 1,750.00 | | -5,250.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine ANI 852 | WELLS FARGO BASE - 8459 | 1,750.00 | | -3,500.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine LFG 566 | WELLS FARGO BASE - 8459 | 1,750.00 | | -1,750.00 |
| Check | 9/16/2009 | 1726 | James Strizak | Ballentine (6781-183) Commission | AP Ballentine ING 036 | WELLS FARGO BASE - 8459 | 1,750.00 | | 0.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,610.00 | -5,610.00 |
| Check | 3/11/2010 | 4737 | James Strizak | Client: Vernie F. Mikels (6781-651A) | AP Mikels,V-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 561.00 | | -5,049.00 |
| Check | 3/11/2010 | 4737 | James Strizak | Total $ amount $187,000 | AP Mikels,V-TRAD IRA LBL 351 | WELLS FARGO BASE - 8459 | 561.00 | | -4,488.00 |
| Check | 3/11/2010 | 4737 | James Strizak | Licensee: James Strizak (3%) | AP Mikels,V-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 561.00 | | -3,927.00 |
| Check | 3/11/2010 | 4737 | James Strizak | Commissions | AP Mikels,V-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 561.00 | | -3,366.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 561.00 | | -2,805.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 561.00 | | -2,244.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 561.00 | | -1,683.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 561.00 | | -1,122.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 561.00 | | -561.00 |
| Check | 3/11/2010 | 4737 | James Strizak | | AP Mikels,V-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 561.00 | | 0.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,830.00 | -1,830.00 |
| Check | 3/11/2010 | 4739 | James Strizak | Client: Mary L. Mikels Trad IRA (6781-651) | AP Mikels,M-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 183.00 | | -1,647.00 |
| Check | 3/11/2010 | 4739 | James Strizak | Total $ amount $61,000 | AP Mikels,M-TRAD IRA LBL 351 | WELLS FARGO BASE - 8459 | 183.00 | | -1,464.00 |
| Check | 3/11/2010 | 4739 | James Strizak | Licensee: James Strizak (3%) | AP Mikels,M-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 183.00 | | -1,281.00 |
| Check | 3/11/2010 | 4739 | James Strizak | Commissions | AP Mikels,M-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 183.00 | | -1,098.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 183.00 | | -915.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 183.00 | | -732.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 183.00 | | -549.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 183.00 | | -366.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 183.00 | | -183.00 |
| Check | 3/11/2010 | 4739 | James Strizak | | AP Mikels,M-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 183.00 | | 0.00 |
| **Total James Strizak** | | | | | | | 24,940.00 | 24,940.00 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books

## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Jeff Mejia** | | | | | | | | | |
| Check | 12/3/2009 | 3486 | Jeff Mejia | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/3/2009 | 3486 | Jeff Mejia | Client: William L. Lehmann (6781-455) | AP Lehmann,W LLI 899 | WELLS FARGO BASE - 8459 | 1,250.00 | | -1,250.00 |
| Check | 12/3/2009 | 3486 | Jeff Mejia | Total $ amount $25,000 | AP Lehmann,W LNL 26A | WELLS FARGO BASE - 8459 | 1,250.00 | | 0.00 |
| Check | 1/7/2010 | 3947 | Jeff Mejia | Scott, Durward L. (6781-599) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 22,000.00 | -22,000.00 |
| Check | 1/7/2010 | 3947 | Jeff Mejia | Client: Durward L. Scott (6781-599) | AP Scott,D LLI 899 | WELLS FARGO BASE - 8459 | 5,500.00 | | -16,500.00 |
| Check | 1/7/2010 | 3947 | Jeff Mejia | Total $ amount $220,000 | AP Scott,D SLA 338 | WELLS FARGO BASE - 8459 | 5,500.00 | | -11,000.00 |
| Check | 1/7/2010 | 3947 | Jeff Mejia | Licensee: Jeff Mejia (10%) | AP Scott,D MMI 025 | WELLS FARGO BASE - 8459 | 5,500.00 | | -5,500.00 |
| Check | 1/7/2010 | 3947 | Jeff Mejia | Commissions | AP Scott,D LFG 272 | WELLS FARGO BASE - 8459 | 5,500.00 | | 0.00 |
| **Total Jeff Mejia** | | | | | | | 24,500.00 | 24,500.00 | 0.00 |
| **Jerry Neal Orr** | | | | | | | | | |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,060.00 | -11,060.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Client: Michael Lawrence Fisher-IRA | AP Fisher-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,106.00 | | -9,954.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Total $ Amount: 158,000.00 | AP Fisher-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,106.00 | | -8,848.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Licensee: Jerry Neal Orr (7.00%) | AP Fisher-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,106.00 | | -7,742.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,106.00 | | -6,636.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,106.00 | | -5,530.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,106.00 | | -4,424.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,106.00 | | -3,318.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,106.00 | | -2,212.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,106.00 | | -1,106.00 |
| Check | 10/15/2009 | 2271 | Jerry Neal Orr | Fisher-IRA (6781-276) Commission | AP Fisher-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,106.00 | | 0.00 |
| **Total Jerry Neal Orr** | | | | | | | 11,060.00 | 11,060.00 | 0.00 |
| **Joanne P. Kleppe** | | | | | | | | | |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Arlaigohar, Jahangir Roth IRA (6781-592) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,100.00 | -2,100.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-ROTH MET 550 | WELLS FARGO BASE - 8459 | 525.00 | | -1,575.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-ROTH AXA 597 | WELLS FARGO BASE - 8459 | 525.00 | | -1,050.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-ROTH AGL 06L | WELLS FARGO BASE - 8459 | 525.00 | | -525.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-ROTH LBL 771 | WELLS FARGO BASE - 8459 | 525.00 | | 0.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Arlaigohar, Jahangir SEP (6781-592A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,575.00 | -1,575.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-SEP IRA LFG 006 | WELLS FARGO BASE - 8459 | 525.00 | | -1,050.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-SEP IRA LFG 743 | WELLS FARGO BASE - 8459 | 525.00 | | -525.00 |
| Check | 1/28/2010 | EFT | Joanne P. Kleppe | Commission | AP Arlaigohar,J-SEP IRA LFG 566 | WELLS FARGO BASE - 8459 | 525.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Bakshandeh,Houshang Eli ROTH (6781-669) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,034.41 | -2,034.41 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-ROTHIRA LFG 5... | WELLS FARGO BASE - 8459 | 678.13 | | -1,356.28 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-ROTHIRA AGL 0... | WELLS FARGO BASE - 8459 | 678.14 | | -678.14 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-ROTHIRA LBL 771 | WELLS FARGO BASE - 8459 | 678.14 | | 0.00 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Bakshandeh,Houshang Eli-IRA (6781-669A)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,417.09 | -1,417.09 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-TRADIRA PLI 930 | WELLS FARGO BASE - 8459 | 472.37 | | -944.72 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-TRADIRA ANI 521 | WELLS FARGO BASE - 8459 | 472.36 | | -472.36 |
| Check | 2/11/2010 | EFT | Joanne P. Kleppe | Commission | AP Bakshandeh,E-TRADIRA LFG 272 | WELLS FARGO BASE - 8459 | 472.36 | | 0.00 |
| **Total Joanne P. Kleppe** | | | | | | | 7,126.50 | 7,126.50 | 0.00 |
| **Joel Franklin** | | | | | | | | | |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Client: David Wilson-IRA | AP Wilson-IRA LNL 177 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Total $ Amount: 50,000.00 | AP Wilson-IRA AGL 73L | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Licensee: Joel Franklin | AP Wilson-IRA AXA 804 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA MAM 880 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA TRA 281 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA AGL 66L | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA ING 283 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 8/21/2009 | 1447 | Joel Franklin | Wilson-IRA(6781-108) Commission | AP Wilson-IRA OWL 446 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 19,500.00 | -19,500.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Client: Benjamin Barr IRA | AP Barr-IRA LNL 177 | WELLS FARGO BASE - 8459 | 1,950.00 | | -17,550.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Total $ Amount: 150,000.00 | AP Barr-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,950.00 | | -15,600.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Licensee: Joel Franklin (13.00%) | AP Barr-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,950.00 | | -13,650.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA MAM 880 | WELLS FARGO BASE - 8459 | 1,950.00 | | -11,700.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,950.00 | | -9,750.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,950.00 | | -7,800.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,950.00 | | -5,850.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,950.00 | | -3,900.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,950.00 | | -1,950.00 |
| Check | 9/16/2009 | 1741 | Joel Franklin | Barr-IRA (6781-190) Commission | AP Barr-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,950.00 | | 0.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | Client: Max Haskins (6781-455) | AP Haskins,M PLI 680 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | Total $ amount $25,000 | AP Haskins,M AXA 597 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | Licensee: Joel Franklin (13%) | AP Haskins,M AGL 062 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | Commissions | AP Haskins,M LBL 771 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 11/25/2009 | 3415 | Joel Franklin | | AP Haskins,M PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Crews, Dwayne (6781-505) | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D AXA 346 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D PLI 930 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D JPI 272 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D AXA 729 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D JPI 153 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 12/10/2009 | EFT | Joel Franklin | Commission | AP Crews,D PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/7/2010 | EFT | Joel Franklin | Richardson, Felicia Ann (6781-613) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F PLI 980 | WELLS FARGO BASE - 8459 | 850.00 | | -3,250.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F LFG 782 | WELLS FARGO BASE - 8459 | 850.00 | | -2,600.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F AXA 729 | WELLS FARGO BASE - 8459 | 850.00 | | -1,950.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F ING 15J | WELLS FARGO BASE - 8459 | 850.00 | | -1,300.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,F PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Richardson, David Jean (6781-614) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,450.00 | -8,450.00 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ MMI 025 | WELLS FARGO BASE - 8459 | 1,207.16 | | -7,242.84 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ PLI 980 | WELLS FARGO BASE - 8459 | 1,207.14 | | -6,035.70 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ LFG 782 | WELLS FARGO BASE - 8459 | 1,207.14 | | -4,828.56 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ AXA 729 | WELLS FARGO BASE - 8459 | 1,207.14 | | -3,621.42 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ ING 15J | WELLS FARGO BASE - 8459 | 1,207.14 | | -2,414.28 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ LFG 183 | WELLS FARGO BASE - 8459 | 1,207.14 | | -1,207.14 |
| Check | 1/7/2010 | EFT | Joel Franklin | Commission | AP Richardson,DJ PLI 140 | WELLS FARGO BASE - 8459 | 1,207.14 | | 0.00 |
| Check | 2/4/2010 | EFT | Joel Franklin | Morgan,Jerry-Traditional IRA (6781-632)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,750.00 | -9,750.00 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA LFG 246 | WELLS FARGO BASE - 8459 | 1,218.75 | | -8,531.25 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,218.75 | | -7,312.50 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 1,218.75 | | -6,093.75 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,218.75 | | -4,875.00 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 1,218.75 | | -3,656.25 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,218.75 | | -2,437.50 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,218.75 | | -1,218.75 |
| Check | 2/4/2010 | EFT | Joel Franklin | Commission | AP Morgan,J-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,218.75 | | 0.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Williams, Endrene M. (6781-654) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Commission | AP Williams,EM LFG 246 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Commission | AP Williams,EM AXA 091 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Commission | AP Williams,EM LFG 183 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Commission | AP Williams,EM PLI 140 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 3/11/2010 | EFT | Joel Franklin | Commission | AP Williams,EM LBL 771 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| **Total Joel Franklin** | | | | | | | **61,750.00** | **61,750.00** | **0.00** |
| **John "Todd" Reagan** | | | | | | | | | |
| Check | 10/16/2009 | 2299 | John "Todd" Reagan | Hernandez (6781-293) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,100.00 | -2,100.00 |
| Check | 10/16/2009 | 2299 | John "Todd" Reagan | Client: Carlos Hernandez | AP Hernandez,C ANI 852 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 10/16/2009 | 2299 | John "Todd" Reagan | Total $ Amount 15,000.00 | AP Hernandez,C LNL 782 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 10/16/2009 | 2299 | John "Todd" Reagan | Licensee: John "Todd" Reagan (14.00%) | AP Hernandez,C LFG 566 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,702.93 | -4,702.93 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | Client: Gayle L. Florio-IRA (6781-294) | AP Florio,G-IRA MET 650 | WELLS FARGO BASE - 8459 | 470.29 | | -4,232.64 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | Total $ Amount: 33,592.38 | AP Florio,G-IRA AGL 73L | WELLS FARGO BASE - 8459 | 470.29 | | -3,762.35 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | Licensee: John "Todd" Reagan (14.00%) | AP Florio,G-IRA AXA 804 | WELLS FARGO BASE - 8459 | 470.29 | | -3,292.06 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | Commission | AP Florio,G-IRA AXA 148 | WELLS FARGO BASE - 8459 | 470.29 | | -2,821.77 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA LNL 740 | WELLS FARGO BASE - 8459 | 470.29 | | -2,351.48 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA ING 201 | WELLS FARGO BASE - 8459 | 470.29 | | -1,881.19 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA ANI 852 | WELLS FARGO BASE - 8459 | 470.29 | | -1,410.90 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA LNL 782 | WELLS FARGO BASE - 8459 | 470.29 | | -940.61 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA LFG 566 | WELLS FARGO BASE - 8459 | 470.29 | | -470.32 |
| Check | 10/23/2009 | 2510 | John "Todd" Reagan | | AP Florio,G-IRA ING 036 | WELLS FARGO BASE - 8459 | 470.32 | | 0.00 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,728.00 | -7,728.00 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | Client: Kathleen K. Petrovic-IRA (6781-232) | AP Petrovic,K-IRA LNL 177 | WELLS FARGO BASE - 8459 | 772.80 | | -6,955.20 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | Total $ amount $55,200 | AP Petrovic,K-IRA AGL 73L | WELLS FARGO BASE - 8459 | 772.80 | | -6,182.40 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | Licensee: John "Todd" Reagan (14%) | AP Petrovic,K-IRA AXA 804 | WELLS FARGO BASE - 8459 | 772.80 | | -5,409.60 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | Commissions | AP Petrovic,K-IRA MAM 860 | WELLS FARGO BASE - 8459 | 772.80 | | -4,636.80 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA LNL 740 | WELLS FARGO BASE - 8459 | 772.80 | | -3,864.00 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA ING 201 | WELLS FARGO BASE - 8459 | 772.80 | | -3,091.20 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA ANI 852 | WELLS FARGO BASE - 8459 | 772.80 | | -2,318.40 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA TRA 281 | WELLS FARGO BASE - 8459 | 772.80 | | -1,545.60 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA ING 036 | WELLS FARGO BASE - 8459 | 772.80 | | -772.80 |
| Check | 10/30/2009 | 2729 | John "Todd" Reagan | | AP Petrovic,K-IRA LFG 566 | WELLS FARGO BASE - 8459 | 772.80 | | 0.00 |
| Check | 10/30/2009 | 2739 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,277.50 | -1,277.50 |
| Check | 10/30/2009 | 2739 | John "Todd" Reagan | Client: Carlos Hernandez IRA (6781-293A) | AP Hernandez,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,277.50 | | 0.00 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 13,273.81 | -13,273.81 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | | -11,946.42 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | Client: Ann Harris Shamleffer (6781-170) | AP Shamleffer,A-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,327.39 | | -10,619.04 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | Total $ amount $94,812.95 | AP Shamleffer,A-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,327.38 | | -9,291.66 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | Licensee: John "Todd" Reagan (14%) | AP Shamleffer,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,327.38 | | -7,964.28 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | Commissions | AP Shamleffer,A-IRA MAM 860 | WELLS FARGO BASE - 8459 | 1,327.38 | | -6,636.90 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,327.38 | | -5,309.52 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,327.38 | | -3,982.14 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,327.38 | | -2,654.76 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA TRA 281 | WELLS FARGO BASE - 8459 | 1,327.38 | | -1,327.38 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,327.38 | | 0.00 |
| Check | 11/20/2009 | 3285 | John "Todd" Reagan | | AP Shamleffer,A-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,327.38 | | 0.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | Client: Lindsey Kathryn Hicks (6781-879) | AP Hicks,Lindsey K LFG 735 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | Total $ amount $100,000 | AP Hicks,Lindsey K LBL 918 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | Licensee:Old Money Inc/Ed Hicks (10%) | AP Hicks,Lindsey K LBL 361 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | Commissions | AP Hicks,Lindsey K AXA 335 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K LFG 311 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K AVL 180 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/18/2010 | 4814 | John "Todd" Reagan | | AP Hicks,Lindsey K JHL 633 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | Client: UTMA Acct FBO Courtney Amanda Hicks (6781-879A) | AP UTMA Courtney Hicks LFG 735 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | Total $ amount $100,000 | AP UTMA Courtney Hicks LBL 918 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | Licensee: Old Money Inc/Ed Hicks (10%) | AP UTMA Courtney Hicks LBL361 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | Commissions | AP UTMA Courtney Hicks AXA 335 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks LFG 117 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks LFG 311 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks AXA 981 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks AVL 180 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 3/18/2010 | 4818 | John "Todd" Reagan | | AP UTMA Courtney Hicks JHL 633 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| **Total John "Todd" Reagan** | | | | | | | **35,082.24** | **35,082.24** | **0.00** |
| **John Champion** | | | | | | | | | |
| Check | 10/30/2009 | 2703 | John Champion | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/30/2009 | 2703 | John Champion | Client: Dorothy J. Egger (6781-347) | AP Egger, D HLI 814 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 10/30/2009 | 2703 | John Champion | Total $ amount $50,000 | AP Egger, D LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 10/30/2009 | 2703 | John Champion | Licensee: John Champion (10%) | AP Egger, D AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 10/30/2009 | 2703 | John Champion | Commissions | AP Egger, D AXA 148 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/30/2009 | 2703 | John Champion | | AP Egger, D ING 036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 11/10/2009 | 2963 | John Champion | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,900.00 | -8,900.00 |
| Check | 11/10/2009 | 2963 | John Champion | Client: Maria A. Munoz-IRA (6781-383) | AP Munoz,M-IRA HLI 814 | WELLS FARGO BASE - 8459 | 890.00 | | -8,010.00 |
| Check | 11/10/2009 | 2963 | John Champion | Total $ amount $89,000 | AP Munoz,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 890.00 | | -7,120.00 |
| Check | 11/10/2009 | 2963 | John Champion | Licensee: John Champion (10%) | AP Munoz,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 890.00 | | -6,230.00 |
| Check | 11/10/2009 | 2963 | John Champion | Commissions | AP Munoz,M-IRA AXA 148 | WELLS FARGO BASE - 8459 | 890.00 | | -5,340.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 890.00 | | -4,450.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 890.00 | | -3,560.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA PLI 930 | WELLS FARGO BASE - 8459 | 890.00 | | -2,670.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 890.00 | | -1,780.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 890.00 | | -890.00 |
| Check | 11/10/2009 | 2963 | John Champion | | AP Munoz,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 890.00 | | 0.00 |
| Check | 11/23/2009 | 3334 | John Champion | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 11/23/2009 | 3334 | John Champion | Client: Alvin H. Gerbermann IRA (6781-382) | AP Gerbermann,A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 11/23/2009 | 3334 | John Champion | Total $ amount $25,000 | AP Gerbermann,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 11/23/2009 | 3334 | John Champion | Licensee: John Champion (10%) | AP Gerbermann,A-IRA PLI 930 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 11/23/2009 | 3334 | John Champion | Commissions | AP Gerbermann,A-IRA LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 11/23/2009 | 3334 | John Champion | | AP Gerbermann,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/14/2010 | 4035 | John Champion | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 1/14/2010 | 4035 | John Champion | Client: Eugene E. Gavito (6781-526) | AP Gavito,E LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 1/14/2010 | 4035 | John Champion | Total $ amount $50,000 | AP Gavito,E SLA 338 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 1/14/2010 | 4035 | John Champion | Licensee: John Champion (10%) | AP Gavito,E LFG 008 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 1/14/2010 | 4035 | John Champion | Commissions | AP Gavito,E MMI 025 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E PLI 930 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E AXA 729 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E LFG 782 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E ING 15J | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/14/2010 | 4035 | John Champion | | AP Gavito,E PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/28/2010 | 4225 | John Champion | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/28/2010 | 4225 | John Champion | | | | 600.00 | | -2,400.00 |
| Check | 1/28/2010 | 4225 | John Champion | Client: Debra L. Lachico TRAD IRA (6781-686) | AP Lachico,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 1/28/2010 | 4225 | John Champion | Total $ Amount 30,000.00 | AP Lachico,D-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 1/28/2010 | 4225 | John Champion | Licensee: John Champion (10.00%) | AP Lachico,D-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 1/28/2010 | 4225 | John Champion | Commission | AP Lachico,D-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 1/28/2010 | 4225 | John Champion | | AP Lachico,D-TRAD IRA PLI 930 | WELLS FARGO BASE - 8459 | | | |
| **Total John Champion** | | | | | | | **24,400.00** | **24,400.00** | **0.00** |
| **John E. Hodge** | | | | | | | | | |
| Check | 12/10/2009 | EFT | John E. Hodge | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,480.00 | -12,480.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Hurst, William A. IRA (6781-454) | AP Hurst IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,248.00 | | -11,232.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA AXA 820 | WELLS FARGO BASE - 8459 | 1,248.00 | | -9,984.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,248.00 | | -8,736.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA JP 062 | WELLS FARGO BASE - 8459 | 1,248.00 | | -7,488.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,248.00 | | -6,240.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA PLI 680 | WELLS FARGO BASE - 8459 | 1,248.00 | | -4,992.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA AXA 587 | WELLS FARGO BASE - 8459 | 1,248.00 | | -3,744.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,248.00 | | -2,496.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,248.00 | | -1,248.00 |
| Check | 12/10/2009 | EFT | John E. Hodge | Commission | AP Hurst IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,248.00 | | 0.00 |
| **Total John E. Hodge** | | | | | | | **12,480.00** | **12,480.00** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| **John E. Hoskins** | | | | | | | | | |
| Check | 2/25/2010 | 4499 | John E. Hoskins | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 2/25/2010 | 4499 | John E. Hoskins | Client: Thomas W. Brown (6781-790) | AP Brown,Thomas LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/25/2010 | 4499 | John E. Hoskins | Total $ amount $25,000 | AP Brown,Thomas LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/25/2010 | 4499 | John E. Hoskins | Licensee: Thomas W. Brown (6%) | AP Brown,Thomas AGL 061 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/25/2010 | 4499 | John E. Hoskins | Commissions | AP Brown,Thomas LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/25/2010 | 4499 | John E. Hoskins | | AP Brown,Thomas AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Guiseppe & Holly A. Bommarito (6781-821) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,172.11 | -5,172.11 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LFG 061 | WELLS FARGO BASE - 8459 | 517.22 | | -4,654.89 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LBL 361 | WELLS FARGO BASE - 8459 | 517.21 | | -4,137.68 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LBL 918 | WELLS FARGO BASE - 8459 | 517.21 | | -3,620.47 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H AXA 335 | WELLS FARGO BASE - 8459 | 517.21 | | -3,103.26 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LFG 117 | WELLS FARGO BASE - 8459 | 517.21 | | -2,586.05 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LFG 248 | WELLS FARGO BASE - 8459 | 517.21 | | -2,068.84 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H AXA 091 | WELLS FARGO BASE - 8459 | 517.21 | | -1,551.63 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H LFG 183 | WELLS FARGO BASE - 8459 | 517.21 | | -1,034.42 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H PLI 140 | WELLS FARGO BASE - 8459 | 517.21 | | -517.21 |
| Check | 3/4/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G&H AGL 130 | WELLS FARGO BASE - 8459 | 517.21 | | 0.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Moran, William F. Trad IRA (6781-823) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP Moran,WF-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 400.00 | | -1,600.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP Moran,WF-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 400.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP Moran,WF-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 400.00 | | -800.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP Moran,WF-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP Moran,WF-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | McGartland, Robert M. Roth IRA (6781-801) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 125.00 | -125.00 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-ROTHIRA LFG 117 | WELLS FARGO BASE - 8459 | 62.50 | | -62.50 |
| Check | 3/11/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-ROTHIRA AXA 091 | WELLS FARGO BASE - 8459 | 62.50 | | 0.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | McGartland, Robert M. Trad IRA (6781-801A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 442.48 | -442.48 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA LBL 918 | WELLS FARGO BASE - 8459 | 55.31 | | -387.17 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA AXA 335 | WELLS FARGO BASE - 8459 | 55.31 | | -331.86 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA LFG 117 | WELLS FARGO BASE - 8459 | 55.31 | | -276.55 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA LFG 248 | WELLS FARGO BASE - 8459 | 55.31 | | -221.24 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA AXA 091 | WELLS FARGO BASE - 8459 | 55.31 | | -165.93 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA AVL 180 | WELLS FARGO BASE - 8459 | 55.31 | | -110.62 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA PLI 140 | WELLS FARGO BASE - 8459 | 55.31 | | -55.31 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP McGartland,R-TRADIRA JHL 633 | WELLS FARGO BASE - 8459 | 55.31 | | 0.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Bommarito, Guiseppe Roth IRA (6781-821A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,374.98 | -3,374.98 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G-ROTH IRA LFG 735 | WELLS FARGO BASE - 8459 | 674.98 | | -2,700.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 675.00 | | -2,025.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 675.00 | | -1,350.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 675.00 | | -675.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,G-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 675.00 | | 0.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Bommarito, Holly A. Roth IRA (6781-821B) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,596.88 | -2,596.88 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA LFG 735 | WELLS FARGO BASE - 8459 | 432.83 | | -2,164.05 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA LBL 918 | WELLS FARGO BASE - 8459 | 432.81 | | -1,731.24 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA LBL 361 | WELLS FARGO BASE - 8459 | 432.81 | | -1,298.43 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA LFG 117 | WELLS FARGO BASE - 8459 | 432.81 | | -865.62 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 432.81 | | -432.81 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Bommarito,H-ROTH IRA JHL 633 | WELLS FARGO BASE - 8459 | 432.81 | | 0.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Coogan, Daniel Trad IRA (6781-822) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,910.00 | -1,910.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 191.00 | | -1,719.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 191.00 | | -1,528.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 191.00 | | -1,337.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 191.00 | | -1,146.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 191.00 | | -955.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 191.00 | | -764.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 191.00 | | -573.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 191.00 | | -382.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA PLI 145 | WELLS FARGO BASE - 8459 | 191.00 | | -191.00 |
| Check | 3/18/2010 | EFT | John E. Hoskins | Commission | AP Coogan,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 191.00 | | 0.00 |
| **Total John E. Hoskins** | | | | | | | 15,671.45 | 15,671.45 | 0.00 |
| **John P. Fish** | | | | | | | | | |
| Check | 12/30/2009 | 3888 | John P. Fish | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | Client: Betsy L. Jayne (6781-560) | AP Jayne,B LLI 659 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | Total $ Amount: 100,000.00 | AP Jayne,B LFG 740 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | Licensee: John Fish (10.00%) | AP Jayne,B SLA 338 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | Commission | AP Jayne,B LFG 608 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B AXA 346 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B PLI 980 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B LFG 272 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B AXA 729 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 12/30/2009 | 3888 | John P. Fish | | AP Jayne,B PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,000.00 | -15,000.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | Client: Remedios M. Watkins (6781-561) | AP Watkins,R LLI 659 | WELLS FARGO BASE - 8459 | 1,500.00 | | -13,500.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | Total $ Amount: 150,000.00 | AP Watkins,R LFG 740 | WELLS FARGO BASE - 8459 | 1,500.00 | | -12,000.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | Licensee: John Fish (10.00%) | AP Watkins,R SLA 338 | WELLS FARGO BASE - 8459 | 1,500.00 | | -10,500.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | Commission | AP Watkins,R LFG 608 | WELLS FARGO BASE - 8459 | 1,500.00 | | -9,000.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | | AP Watkins,R AXA 346 | WELLS FARGO BASE - 8459 | 1,500.00 | | -7,500.00 |
| Check | 12/30/2009 | 3891 | John P. Fish | | AP Watkins,R PLI 980 | WELLS FARGO BASE - 8459 | 1,500.00 | | -6,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/28/2010 | 4222 | Justin Martin | Commission | AP Miles,L TRAD IRA AXA 094 | WELLS FARGO BASE - 8459 | 1,800.00 | | -10,800.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,800.00 | | -9,000.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,800.00 | | -7,200.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA GLG 089 | WELLS FARGO BASE - 8459 | 1,800.00 | | -5,400.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA AGL 06L | WELLS FARGO BASE - 8459 | 1,800.00 | | -3,600.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,800.00 | | -1,800.00 |
| Check | 1/28/2010 | 4222 | Justin Martin | | AP Miles,L-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,800.00 | | 0.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | Client: Louise W. Ballman (6781-750) | AP Ballman,L AGL 76L | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | Total $ amount $25,000 | AP Ballman,L AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | Licensee: Dan Charles Ballmann (7%) | AP Ballman,L LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | Commissions | AP Ballman,L PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/18/2010 | 4412 | Justin Martin | | AP Ballman,L AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | WELLS FARGO BASE - 8459 | -SPLIT- | | 27,000.00 | -27,000.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | Client: Larry L. Miles Trad IRA (6781-672A) | AP Miles,Larry-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 2,700.00 | | -24,300.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | Total $ amount $300,000 | AP Miles,Larry-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 2,700.00 | | -21,600.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | Licensee: Justin Martin (9%) | AP Miles,Larry-TRAD IRA AXA 094 | WELLS FARGO BASE - 8459 | 2,700.00 | | -18,900.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | Commissions | AP Miles,Larry-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 2,700.00 | | -16,200.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 2,700.00 | | -13,500.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 2,700.00 | | -10,800.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 2,700.00 | | -8,100.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 2,700.00 | | -5,400.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 2,700.00 | | -2,700.00 |
| Check | 2/18/2010 | 4425 | Justin Martin | | AP Miles,Larry-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 2,700.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Justin Martin | Homero Lopez Trad IRA (6781-763) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,439.62 | -2,439.62 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 271.06 | | -2,168.56 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 271.07 | | -1,897.49 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 271.07 | | -1,626.42 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 271.07 | | -1,355.35 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA AXA 094 | WELLS FARGO BASE - 8459 | 271.07 | | -1,084.28 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 271.07 | | -813.21 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 271.07 | | -542.14 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 271.07 | | -271.07 |
| Check | 2/25/2010 | EFT | Justin Martin | Commission | AP Lopez,H-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 271.07 | | 0.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Barbara Jean Blaisdell Trad IRA (6781-850) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/4/2010 | EFT | Justin Martin | Commission | AP Blaisdell,B-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| **Total Justin Martin** | | | | | | | **56,689.82** | **56,689.82** | **0.00** |
| **Kathaleen J. Hensley** | | | | | | | | | |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,444.59 | -12,444.59 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | Client: Christopher Hensley-IRA | AP Hensley,C-IRA HLI 514 | WELLS FARGO BASE - 8459 | 1,244.49 | | -11,200.40 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | Total $ Amount: 77,780.58 | AP Hensley,C-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,244.49 | | -9,955.91 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | Licensee: Kathaleen J. Hensley (16.00%) | AP Hensley,C-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,244.49 | | -8,711.42 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | Commission | AP Hensley,C-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,244.49 | | -7,466.93 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,244.49 | | -6,222.44 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,244.49 | | -4,977.95 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA ANI 652 | WELLS FARGO BASE - 8459 | 1,244.49 | | -3,733.46 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,244.49 | | -2,488.97 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA LFG 568 | WELLS FARGO BASE - 8459 | 1,244.49 | | -1,244.48 |
| Check | 10/23/2009 | 2500 | Kathaleen J. Hensley | | AP Hensley,C-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,244.48 | | 0.00 |
| **Total Kathaleen J. Hensley** | | | | | | | **12,444.39** | **12,444.59** | **0.00** |
| **Kenneth J. Franco** | | | | | | | | | |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Client: Herb D. Gardner | AP Gardner, H HLI 514 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Total $ Amount: 50,000.00 | AP Gardner, H AGL 73L | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Licensee: Kenneth J. Franco (10.00%) | AP Gardner, H AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H AXA 146 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H ANI 652 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/16/2009 | 2323 | Kenneth J. Franco | Gardner (6781-304) Commission | AP Gardner, H ING 036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/3/2009 | 3446 | Kenneth J. Franco | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,600.00 | -8,600.00 |
| Check | 12/3/2009 | 3446 | Kenneth J. Franco | Client: Shirley J. Titmus | AP Titmus,S LBL 771 | WELLS FARGO BASE - 8459 | 4,300.00 | | -4,300.00 |
| Check | 12/3/2009 | 3446 | Kenneth J. Franco | Total $ Amount: 86,000.00 | AP Titmus,S PLI 140 | WELLS FARGO BASE - 8459 | 4,300.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Kenneth J. Franco | Martin,James A. (6781-585) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 1/7/2010 | EFT | Kenneth J. Franco | Commission | AP Martin,J LLI 899 | WELLS FARGO BASE - 8459 | 3,333.34 | | -6,666.66 |
| Check | 1/7/2010 | EFT | Kenneth J. Franco | Commission | AP Martin,J AXA 804 | WELLS FARGO BASE - 8459 | 3,333.33 | | -3,333.33 |
| Check | 1/7/2010 | EFT | Kenneth J. Franco | Commission | AP Martin,J SLA 338 | WELLS FARGO BASE - 8459 | 3,333.33 | | 0.00 |
| Check | 1/28/2010 | EFT | Kenneth J. Franco | Druge, Celeste L. (6781-691) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,000.00 | -2,000.00 |
| Check | 1/28/2010 | EFT | Kenneth J. Franco | Commission | AP Druge,C LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 1/28/2010 | EFT | Kenneth J. Franco | Commission | AP Druge,C PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Kenneth J. Franco | Zelinski,Donna Marie-Traditional IRA (6781-570) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,200.00 | -2,200.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 2/18/2010 | EFT | Kenneth J. Franco | Commission | AP Zelinski,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 2/18/2010 | EFT | Kenneth J. Franco | Commission | AP Zelinski,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| **Total Kenneth J. Franco** | | | | | | | 27,500.00 | 27,500.00 | 0.00 |
| **Kenneth P. Petticolas** | | | | | | | | | |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | | WELLS FARGO BASE - 8459 | -SPLIT- | | 50,151.75 | -50,151.75 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | Client: White Family Trust (6781-976) | AP White Family Trust LFG 311 | WELLS FARGO BASE - 8459 | 8,358.80 | | -41,793.15 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | Total $ Amount: 422,925.00 | AP White Family Trust AXA 091 | WELLS FARGO BASE - 8459 | 8,358.63 | | -33,434.52 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | Licensee: Kenneth P. Petticolas (10.00%) | AP White Family Trust JHL 383 | WELLS FARGO BASE - 8459 | 8,358.63 | | -25,075.89 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | Commission | AP White Family Trust AVL 180 | WELLS FARGO BASE - 8459 | 8,358.63 | | -16,717.26 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | | AP White Family Trust PLI 140 | WELLS FARGO BASE - 8459 | 8,358.63 | | -8,358.63 |
| Check | 3/25/2010 | 4937 | Kenneth P. Petticolas | | AP White Family Trust JHL 633 | WELLS FARGO BASE - 8459 | 8,358.63 | | 0.00 |
| **Total Kenneth P. Petticolas** | | | | | | | 50,151.75 | 50,151.75 | 0.00 |
| **Kip Hartman** | | | | | | | | | |
| Check | 1/21/2010 | EFT | Kip Hartman | Robinson,C. Lyn-ROTH IRA (6781-634) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,032.79 | -2,032.79 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,CL-RothIRA AXA 994 | WELLS FARGO BASE - 8459 | 677.59 | | -1,355.20 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,CL-RothIRA MMI 025 | WELLS FARGO BASE - 8459 | 677.60 | | -677.60 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,CL-RothIRA ING 15J | WELLS FARGO BASE - 8459 | 677.60 | | 0.00 |
| Check | 1/21/2010 | EFT | Kip Hartman | Robinson,Dean S.-SEP IRA (6781-634A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,563.42 | -5,563.42 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA ANI 065 | WELLS FARGO BASE - 8459 | 794.60 | | -4,768.82 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA AXA 994 | WELLS FARGO BASE - 8459 | 794.77 | | -3,973.65 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA MMI 025 | WELLS FARGO BASE - 8459 | 794.77 | | -3,178.08 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA PLI 980 | WELLS FARGO BASE - 8459 | 794.77 | | -2,384.31 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA ING 15J | WELLS FARGO BASE - 8459 | 794.77 | | -1,589.54 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA LFG 183 | WELLS FARGO BASE - 8459 | 794.77 | | -794.77 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D SEP IRA PLI 140 | WELLS FARGO BASE - 8459 | 794.77 | | 0.00 |
| Check | 1/21/2010 | EFT | Kip Hartman | Robinson,Dean S.-ROTH IRA (6781-634B) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,032.96 | -2,032.96 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D ROTH IRA SLA 336 | WELLS FARGO BASE - 8459 | 677.66 | | -1,355.30 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D ROTH IRA ANI 065 | WELLS FARGO BASE - 8459 | 677.65 | | -677.65 |
| Check | 1/21/2010 | EFT | Kip Hartman | Commission | AP Robinson,D ROTH IRA ING 15J | WELLS FARGO BASE - 8459 | 677.65 | | 0.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Kettle, Marl G. Trad IRA (6781-661) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,500.00 | | -10,500.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,500.00 | | -9,000.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,500.00 | | -7,500.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA GLG 089 | WELLS FARGO BASE - 8459 | 1,500.00 | | -6,000.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,500.00 | | -4,500.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,500.00 | | -3,000.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,500.00 | | -1,500.00 |
| Check | 1/28/2010 | EFT | Kip Hartman | Commission | AP Kettle,M-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Kip Hartman | Gillet, Leslie T. (6781-695) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L AXA 994 | WELLS FARGO BASE - 8459 | 1,714.26 | | -10,285.74 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L AGL 76L | WELLS FARGO BASE - 8459 | 1,714.29 | | -8,571.45 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L PLI 980 | WELLS FARGO BASE - 8459 | 1,714.29 | | -6,857.16 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L GFG 089 | WELLS FARGO BASE - 8459 | 1,714.29 | | -5,142.87 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L AXA 091 | WELLS FARGO BASE - 8459 | 1,714.29 | | -3,428.58 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L PLI 140 | WELLS FARGO BASE - 8459 | 1,714.29 | | -1,714.29 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Gillet,L AGL 130 | WELLS FARGO BASE - 8459 | 1,714.29 | | 0.00 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,000.00 | -15,000.00 |
| Check | 2/4/2010 | EFT | Kip Hartman | Client: C Lyn & Dean Robinson (6781-634C) | AP Robinson, C&D LFG 248 | WELLS FARGO BASE - 8459 | 1,666.64 | | -13,333.36 |
| Check | 2/4/2010 | EFT | Kip Hartman | Total $ Amount: 125,000.00 | AP Robinson, C&D AXA 994 | WELLS FARGO BASE - 8459 | 1,666.67 | | -11,666.69 |
| Check | 2/4/2010 | EFT | Kip Hartman | Licensee: Kip Hartman (12.00%) | AP Robinson, C&D AGL 76L | WELLS FARGO BASE - 8459 | 1,666.67 | | -10,000.02 |
| Check | 2/4/2010 | EFT | Kip Hartman | Commission | AP Robinson, C&D PLI 980 | WELLS FARGO BASE - 8459 | 1,666.67 | | -8,333.35 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | AP Robinson, C&D GFG 089 | WELLS FARGO BASE - 8459 | 1,666.68 | | -6,666.68 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | AP Robinson, C&D AXA 091 | WELLS FARGO BASE - 8459 | 1,666.67 | | -5,000.01 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | AP Robinson, C&D LFG 183 | WELLS FARGO BASE - 8459 | 1,666.67 | | -3,333.34 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | AP Robinson, C&D PLI 140 | WELLS FARGO BASE - 8459 | 1,666.67 | | -1,666.67 |
| Check | 2/4/2010 | EFT | Kip Hartman | Robinson,C Lyn & Dean (6781-634C) Commission | AP Robinson, C&D AGL 130 | WELLS FARGO BASE - 8459 | 1,666.67 | | 0.00 |
| Check | 2/18/2010 | EFT | Kip Hartman | Didion Trust (6781-747) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 21,756.06 | -21,756.06 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust LFG 248 | WELLS FARGO BASE - 8459 | 2,417.36 | | -19,338.72 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust AXA 994 | WELLS FARGO BASE - 8459 | 2,417.34 | | -16,921.38 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust AGL 76L | WELLS FARGO BASE - 8459 | 2,417.34 | | -14,504.04 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust PLI 980 | WELLS FARGO BASE - 8459 | 2,417.34 | | -12,086.70 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust GLG 089 | WELLS FARGO BASE - 8459 | 2,417.34 | | -9,669.36 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust AXA 091 | WELLS FARGO BASE - 8459 | 2,417.34 | | -7,252.02 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust LFG 183 | WELLS FARGO BASE - 8459 | 2,417.34 | | -4,834.68 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust PLI 140 | WELLS FARGO BASE - 8459 | 2,417.34 | | -2,417.34 |
| Check | 2/18/2010 | EFT | Kip Hartman | Commission | AP Didion Trust AGL 130 | WELLS FARGO BASE - 8459 | 2,417.34 | | 0.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Pogue, Gwen Cecilia (6781-845) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,480.00 | -3,480.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Commission | AP Pogue,GC AXA 335 | WELLS FARGO BASE - 8459 | 696.00 | | -2,784.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Commission | AP Pogue,GC AXA 091 | WELLS FARGO BASE - 8459 | 696.00 | | -2,088.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Commission | AP Pogue,GC AVL 180 | WELLS FARGO BASE - 8459 | 696.00 | | -1,392.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Commission | AP Pogue,GC PLI 140 | WELLS FARGO BASE - 8459 | 696.00 | | -696.00 |
| Check | 3/24/2010 | EFT | Kip Hartman | Commission | AP Pogue,GC JHL 633 | WELLS FARGO BASE - 8459 | 696.00 | | 0.00 |
| **Total Kip Hartman** | | | | | | | 73,885.25 | 73,885.25 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Leonard W. Fox** | | | | | | | | | |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Kawamoto, Robert T. (6781-457) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Commission | AP Kawamoto LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Commission | AP Kawamoto LFG 006 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Commission | AP Kawamoto LFG 008 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Commission | AP Kawamoto AXA 597 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/30/2009 | EFT | Leonard W. Fox | Commission | AP Kawamoto PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Todd, Garvey & Pauline (6781-590) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P LLI 899 | WELLS FARGO BASE - 8459 | 487.50 | | -3,412.50 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P LFG 245 | WELLS FARGO BASE - 8459 | 487.50 | | -2,925.00 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P AXA 994 | WELLS FARGO BASE - 8459 | 487.50 | | -2,437.50 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P AGL 76L | WELLS FARGO BASE - 8459 | 487.50 | | -1,950.00 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P PLI 980 | WELLS FARGO BASE - 8459 | 487.50 | | -1,462.50 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P GFG 089 | WELLS FARGO BASE - 8459 | 487.50 | | -975.00 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P LFG 183 | WELLS FARGO BASE - 8459 | 487.50 | | -487.50 |
| Check | 2/18/2010 | EFT | Leonard W. Fox | Commission | AP Todd,G&P PLI 140 | WELLS FARGO BASE - 8459 | 487.50 | | 0.00 |
| **Total Leonard W. Fox** | | | | | | | 6,400.00 | 6,400.00 | 0.00 |
| **Life Assurance, LLC** | | | | | | | | | |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Wong (6781-154) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Client: Wilfred & Amy Wong | AP Wong MET 850 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Total $ Amount: 25,000.00 | AP Wong AXA 604 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Licensee: Leona Chock (8.00%) | AP Wong LNL 740 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Wong (6781-154) Commission | AP Wong ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 9/10/2009 | 1623 | Life Assurance, LLC | Wong (6781-154) Commission | AP Wong TRA 281 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 9/23/2009 | 1826 | Life Assurance, LLC | Nakano-IRA (6781-191) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,804.78 | -10,804.78 |
| Check | 9/23/2009 | 1826 | Life Assurance, LLC | Client: Betsy Nakano-IRA | AP Nakano-IRA MAM 860 | WELLS FARGO BASE - 8459 | 2,701.20 | | -8,103.58 |
| Check | 9/23/2009 | 1826 | Life Assurance, LLC | Total $ Amount: 120,053.13 | AP Nakano-IRA WPL 952 | WELLS FARGO BASE - 8459 | 2,701.20 | | -5,402.38 |
| Check | 9/23/2009 | 1826 | Life Assurance, LLC | Licensee: Life Assurance, LLC/Stan Morikawa (9.00%) | AP Nakano-IRA ING 201 | WELLS FARGO BASE - 8459 | 2,701.20 | | -2,701.18 |
| Check | 9/23/2009 | 1826 | Life Assurance, LLC | Nakano-IRA (6781-191) Commission | AP Nakano-IRA ANI 852 | WELLS FARGO BASE - 8459 | 2,701.18 | | 0.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Chock (6781-249) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Client: Owen & Leona Chock | AP Chock AXA 604 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Total $ Amount: 25,000.00 | AP Chock LNL 740 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Licensee: Leona Chock (8.00%) | AP Chock ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Chock (6781-249) Commission | AP Chock LFG 566 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 10/2/2009 | 2009 | Life Assurance, LLC | Chock (6781-249) Commission | AP Chock ING 036 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 10/16/2009 | 2310 | Life Assurance, LLC | Wong (6781-302) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 10/16/2009 | 2310 | Life Assurance, LLC | Client: Ming Lan V. Wong | AP Wong, M ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 10/16/2009 | 2310 | Life Assurance, LLC | Total $ Amount: 30,000.00 | AP Wong, M ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,400.00 | -5,400.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | Client: K&R Sugimoto Trust (6781-336) | AP K&R Sugimoto Trust HLI 814 | WELLS FARGO BASE - 8459 | 540.00 | | -4,860.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | Total $ Amount: 60,000.00 | AP K&R Sugimoto Trust LNL 761 | WELLS FARGO BASE - 8459 | 540.00 | | -4,320.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | Licensee: Life Assurance/Stan Morikawa (9.00%) | AP K&R Sugimoto Trust AXA 604 | WELLS FARGO BASE - 8459 | 540.00 | | -3,780.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | Commission | AP K&R Sugimoto Trust AXA 146 | WELLS FARGO BASE - 8459 | 540.00 | | -3,240.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust LNL 740 | WELLS FARGO BASE - 8459 | 540.00 | | -2,700.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust ING 201 | WELLS FARGO BASE - 8459 | 540.00 | | -2,160.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust ANI 852 | WELLS FARGO BASE - 8459 | 540.00 | | -1,620.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust LNL 782 | WELLS FARGO BASE - 8459 | 540.00 | | -1,080.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust LFG 566 | WELLS FARGO BASE - 8459 | 540.00 | | -540.00 |
| Check | 10/28/2009 | 2605 | Life Assurance, LLC | | AP K&R Sugimoto Trust ING 036 | WELLS FARGO BASE - 8459 | 540.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Life Assurance, LLC | Kobayashi, Hideo (6781-637) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 1/14/2010 | EFT | Life Assurance, LLC | Commission | AP Kobayashi,H LFG 183 | WELLS FARGO BASE - 8459 | 125.00 | | -125.00 |
| Check | 1/14/2010 | EFT | Life Assurance, LLC | Commission | AP Kobayashi,H PLI 140 | WELLS FARGO BASE - 8459 | 125.00 | | 0.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | BMH Pacific, Inc (6781-706) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | Commission | AP BMH Pacific, Inc LFG 245 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | Commission | AP BMH Pacific, Inc AXA 994 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | Commission | AP BMH Pacific, Inc AGL 76L | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | Commission | AP BMH Pacific, Inc PLI 980 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/4/2010 | EFT | Life Assurance, LLC | Commission | AP BMH Pacific, Inc AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| **Total Life Assurance, LLC** | | | | | | | 17,504.78 | 17,504.78 | 0.00 |
| **Lighthouse Capital Preservation** | | | | | | | | | |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,600.00 | -1,600.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | Client: Thomas W. McKinley (6781-398) | AP McKinley,T AXA 604 | WELLS FARGO BASE - 8459 | 160.00 | | -1,440.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | Total $ Amount: 80,000.00 | AP McKinley,T LLI 899 | WELLS FARGO BASE - 8459 | 160.00 | | -1,280.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | Licensee: Edmond G. Brown (10.00%) | AP McKinley,T LNL 740 | WELLS FARGO BASE - 8459 | 160.00 | | -1,120.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | Commission | AP McKinley,T ING 201 | WELLS FARGO BASE - 8459 | 160.00 | | -960.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T LNL 782 | WELLS FARGO BASE - 8459 | 160.00 | | -800.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T PLI 930 | WELLS FARGO BASE - 8459 | 160.00 | | -640.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T LFG 566 | WELLS FARGO BASE - 8459 | 160.00 | | -480.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T AGL 062 | WELLS FARGO BASE - 8459 | 160.00 | | -320.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T ANI 521 | WELLS FARGO BASE - 8459 | 160.00 | | -160.00 |
| Check | 11/12/2009 | 3062 | Lighthouse Capital Preservation | | AP McKinley,T PLI 140 | WELLS FARGO BASE - 8459 | 160.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Manuel L. Fries (6781-478) | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries JPI 062 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries LNL 26A | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries AXA 826 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries LNL 782 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries PLI 880 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries JPI 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries AGL 062 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/3/2009 | EFT | Lighthouse Capital Preservation | Commission | AP Fries PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Client: Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | 1% Escrow Fee | AP Catania,B-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA PLI 650 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 12/4/2009 | EFT | Lighthouse Capital Preservation | Bonnie M. Catania-IRA (6781-451) | AP Catania,B-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Walker, Brian Trad IRA (6781-687) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA PLI 650 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 2/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Walker,B-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Clement I, Ng Roth IRA (6781-670) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA LFG 117 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 2/25/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Ng,Clement-ROTH IRA AGL 130 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Hole,Mary Rosary-Traditional IRA (6781-740) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,000.00 | -12,000.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 1,200.00 | | -10,800.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 1,200.00 | | -9,600.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 1,200.00 | | -8,400.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 1,200.00 | | -7,200.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 1,200.00 | | -6,000.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 3/11/2010 | EFT | Lighthouse Capital Preservation | Commission | AP Hole,MR-TRAD IRA JHL 533 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| **Total Lighthouse Capital Preservation** | | | | | | | **40,000.00** | **40,000.00** | **0.00** |
| **Malcolm I. Campbell** | | | | | | | | | |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | Client: Martha S. Pittman (6781-770) | AP Pittman,M AGL 05L | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | Total $ amount $40,000 | AP Pittman,M LFG 117 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | Licensee: Malcom I. Campbell (10%) | AP Pittman,M LFG 248 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | Commissions | AP Pittman,M AXA 994 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | | AP Pittman,M AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | | AP Pittman,M LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | | AP Pittman,M PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 2/25/2010 | 4469 | Malcolm I. Campbell | | AP Pittman,M AGL 130 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Malcolm I. Campbell** | | | | | | | **4,000.00** | **4,000.00** | **0.00** |
| **Marie Petry** | | | | | | | | | |
| Check | 10/21/2009 | 2429 | Marie Petry | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,931.49 | -11,931.49 |
| Check | 10/21/2009 | 2429 | Marie Petry | Client: Stuart Ferguson-IRA (6781-239) | AP Ferguson,S-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,193.15 | | -10,738.34 |
| Check | 10/21/2009 | 2429 | Marie Petry | Total $ Amount: 119,314.86 | AP Ferguson,S-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,193.15 | | -9,545.19 |
| Check | 10/21/2009 | 2429 | Marie Petry | Licensee: Marie Petry (10.00%) | AP Ferguson,S-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,193.15 | | -8,352.04 |
| Check | 10/21/2009 | 2429 | Marie Petry | Commission | AP Ferguson,S-IRA AGL 65L | WELLS FARGO BASE - 8459 | 1,193.15 | | -7,158.89 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,193.15 | | -5,965.74 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,193.15 | | -4,772.59 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,193.15 | | -3,579.44 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA CML 446 | WELLS FARGO BASE - 8459 | 1,193.15 | | -2,386.29 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,193.15 | | -1,193.14 |
| Check | 10/21/2009 | 2429 | Marie Petry | | AP Ferguson,S-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,193.14 | | 0.00 |
| **Total Marie Petry** | | | | | | | **11,931.49** | **11,931.49** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2016

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 8/12/2009 | 1346 | Charles David Gray | Rousseau(6781-85) Commission | AP Rousseau OML 446 | WELLS FARGO BASE - 8459 | 1,040.00 | | 0.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Clark(6781-87) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Client: Sherry Sue Clark | AP Clark ING 201 | WELLS FARGO BASE - 8459 | 1,300.00 | | -5,200.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Total $ Amount: 50,000.00 | AP Clark LNL 591 | WELLS FARGO BASE - 8459 | 1,300.00 | | -3,900.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Licensee: Charles David Gray | AP Clark ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Clark(6781-87) Commission | AP Clark ING 263 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 8/12/2009 | 1346 | Charles David Gray | Clark(6781-87) Commission | AP Clark OML 446 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Client: Kenneth Hale | AP Hale MET 650 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Total $ Amount: 50,000.00 | AP Hale AGL 73L | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Licensee: Charles David Gray (13.00%) | AP Hale AXA 604 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale AXA 146 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/8/2009 | 2143 | Charles David Gray | Hale (6781-263) Commission | AP Hale ING 036 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Gray Ant Corp (6781-276) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Client: The Gray Ant Corporation | AP Gray Ant Corp ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Total $ Amount: 25,000.00 | AP Gray Ant Corp ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Licensee: Charles David Gray (13.00%) | AP Gray Ant Corp LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Gray Ant Corp (6781-276) Commission | AP Gray Ant Corp LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/13/2009 | 2215 | Charles David Gray | Gray Ant Corp (6781-276) Commission | AP Gray Ant Corp ING 036 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | Client: Neida Hammett-IRA (6781-301) | AP Hammett,N-IRA HLI 814 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | Total $ amount $50,000 | AP Hammett,N-IRA AGL 73L | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | Licensee: Charles David Gray (13%) | AP Hammett,N-IRA AXA 604 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | Commission | AP Hammett,N-IRA AXA 146 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA ING 201 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA LFG 566 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 10/29/2009 | 2662 | Charles David Gray | | AP Hammett,N-IRA ING 036 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | WELLS FARGO BASE - 8459 | -SPLIT- | | 28,600.00 | -28,600.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | Client: Ella Osborn Rev. Living Trust (6781-519) | AP E Osborn Trust AXA 826 | WELLS FARGO BASE - 8459 | 2,860.00 | | -25,740.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | Total $ amount $220,000 | AP E Osborn Trust LLI 899 | WELLS FARGO BASE - 8459 | 2,860.00 | | -22,880.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | Licensee: Charles David Gray (13%) | AP E Osborn Trust LNL 740 | WELLS FARGO BASE - 8459 | 2,860.00 | | -20,020.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | Commissions | AP E Osborn Trust JPI 062 | WELLS FARGO BASE - 8459 | 2,860.00 | | -17,160.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust LNL 782 | WELLS FARGO BASE - 8459 | 2,860.00 | | -14,300.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust PLI 930 | WELLS FARGO BASE - 8459 | 2,860.00 | | -11,440.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust PLI 980 | WELLS FARGO BASE - 8459 | 2,860.00 | | -8,580.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust JPI 183 | WELLS FARGO BASE - 8459 | 2,860.00 | | -5,720.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust ANI 521 | WELLS FARGO BASE - 8459 | 2,860.00 | | -2,860.00 |
| Check | 12/17/2009 | 3746 | Charles David Gray | | AP E Osborn Trust PLI 140 | WELLS FARGO BASE - 8459 | 2,860.00 | | 0.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,400.00 | -10,400.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | Client: Ann Gossett IRA (6781-411) | AP Gossett,A-IRA AXA 604 | WELLS FARGO BASE - 8459 | 1,040.00 | | -9,360.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | Total $ amount $80,000 | AP Gossett,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,040.00 | | -8,320.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | Licensee: Charles David Gray (13%) | AP Gossett,A-IRA LFG 740 | WELLS FARGO BASE - 8459 | 1,040.00 | | -7,280.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | Commissions | AP Gossett,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,040.00 | | -6,240.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA LFG 782 | WELLS FARGO BASE - 8459 | 1,040.00 | | -5,200.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,040.00 | | -4,160.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,040.00 | | -3,120.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,040.00 | | -2,080.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,040.00 | | -1,040.00 |
| Check | 12/30/2009 | 3902 | Charles David Gray | | AP Gossett,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,040.00 | | 0.00 |
| Check | 2/11/2010 | 4376 | Charles David Gray | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,280.83 | -1,280.83 |
| Check | 2/11/2010 | 4376 | Charles David Gray | The Gray Ant Corporation PSP (6781-276A) | AP Gray Ant Corp PSP LLI 899 | WELLS FARGO BASE - 8459 | 640.42 | | -640.41 |
| Check | 2/11/2010 | 4376 | Charles David Gray | Total $ Amount: 9,852.55 | AP Gray Ant Corp PSP ING 201 | WELLS FARGO BASE - 8459 | 640.41 | | 0.00 |
| **Total Charles David Gray** | | | | | | | **81,230.83** | **81,230.83** | **0.00** |
| **Clement Ng** | | | | | | | | | |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Client: Anson & Lillan Kee | AP Kee MET 650 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Total $ Amount: 25,000.00 | AP Kee AGL 73L | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Licensee: Clement Ng (12.00%) | AP Kee AXA 604 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee MAM 660 | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee LNL 740 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 9/23/2009 | 1842 | Clement Ng | Kee (6781-199) Commission | AP Kee ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| **Total Clement Ng** | | | | | | | **3,000.00** | **3,000.00** | **0.00** |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Mark J. Smith** | | | | | | | | | |
| Check | 9/23/2009 | 1845 | Mark J. Smith | Schonfeld-IRA (6781-228) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 656.14 | -656.14 |
| Check | 9/23/2009 | 1845 | Mark J. Smith | Client: Nancy Schonfeld IRA | AP Schonfeld-IRA LFG 566 | WELLS FARGO BASE - 8459 | 656.14 | | 0.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Booth IRA (6781-229) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,360.00 | -3,360.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Client: Francis N. Booth | AP Booth IRA LNL 740 | WELLS FARGO BASE - 8459 | 560.00 | | -2,800.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Total $ amount $33,600 | AP Booth IRA ING 201 | WELLS FARGO BASE - 8459 | 560.00 | | -2,240.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Licensee: Mark J. Smith (10%) | AP Booth IRA ANI 652 | WELLS FARGO BASE - 8459 | 560.00 | | -1,680.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Booth IRA (6781-229) commissions | AP Booth IRA WPL 982 | WELLS FARGO BASE - 8459 | 560.00 | | -1,120.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Booth IRA (6781-229) commissions | AP Booth IRA LFG 566 | WELLS FARGO BASE - 8459 | 560.00 | | -560.00 |
| Check | 9/29/2009 | 1902 | Mark J. Smith | Booth IRA (6781-229) commissions | AP Booth IRA ING 038 | WELLS FARGO BASE - 8459 | 560.00 | | 0.00 |
| Check | 10/1/2009 | 1987 | Mark J. Smith | Hatcher IRA (6781-230) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 10/1/2009 | 1987 | Mark J. Smith | Client: Mark J. Smith | AP Hatcher IRA LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | Client: Acanthia L. Norman-IRA (6781-358) | AP Norman, A-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | Total $ Amount: 60,000.00 | AP Norman, A-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | Licensee: Mark J. Smith (10.00%) | AP Norman, A-IRA ANI 652 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | Commission | AP Norman, A-IRA LNL 762 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | | AP Norman, A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 11/3/2009 | 2810 | Mark J. Smith | | AP Norman, A-IRA ING 038 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 1/7/2010 | 3973 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 1/7/2010 | 3973 | Mark J. Smith | Client: Robert J. Whitmire (6781-558) | AP Whitmire,R PLI 980 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 1/7/2010 | 3973 | Mark J. Smith | Total $ amount $40,000 | AP Whitmire,R AXA 729 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 1/7/2010 | 3973 | Mark J. Smith | Licensee: Stephen Horn (10%) | AP Whitmire,R LFG 183 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 1/7/2010 | 3973 | Mark J. Smith | Commissions | AP Whitmire,R PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | Client: Byron D. Smith (6781-597) | AP Smith,B SLA 338 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | Total $ amount $30,000 | AP Smith,B LFG 008 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | Licensee: Stephen Horn (10%) | AP Smith,B MMI 025 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | Commissions | AP Smith,B PLI 980 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | | AP Smith,B LFG 272 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 1/7/2010 | 3975 | Mark J. Smith | | AP Smith,B AXA 729 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | Client: Kelly Armstrong ROTH IRA (6781-732) | AP Armstrong,K-ROTH IRA LLI 899 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | Total $ Amount: 25,000.00 | AP Armstrong,K-ROTH IRA LFG 248 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | Licensee: Stephen Horn (10.00%) | AP Armstrong,K-ROTH IRA AXA 994 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | Commission | AP Armstrong,K-ROTH IRA AGL 76L | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/25/2010 | 4490 | Mark J. Smith | | AP Armstrong,K-ROTH IRA GFG 089 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 759.13 | -759.13 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | Client: Herbert Timothy Harkins Trad IRA (6781-762) | AP Harkins,HT-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 75.94 | | -683.19 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | Total $ amount $75,912.96 | AP Harkins,HT-TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 75.91 | | -607.28 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | Licensee: Stephen Horn (10%) | AP Harkins,HT-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 75.91 | | -531.37 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | Commissions | AP Harkins,HT-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 75.91 | | -455.46 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 75.91 | | -379.55 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 75.91 | | -303.64 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 75.91 | | -227.73 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 75.91 | | -151.82 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 75.91 | | -75.91 |
| Check | 3/11/2010 | 4741 | Mark J. Smith | | AP Harkins,HT-TRAD IRA JHL 833 | WELLS FARGO BASE - 8459 | 75.91 | | 0.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 350.00 | -350.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | Client: Todd J. Svane Trad IRA (6781-759) | AP Svane,TJ-TRAD IRA AXA 038 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | Total $ amount $35,000 | AP Svane,TJ-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | Licensee: Stephen Horn (10%) | AP Svane,TJ-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | Commissions | AP Svane,TJ-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | | AP Svane,TJ-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | | AP Svane,TJ-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/18/2010 | 4829 | Mark J. Smith | | AP Svane,TJ-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | Client: Steven F. Kolb-Traditional IRA (6781-758) | AP Kolb,Steven-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | Total $ Amount: 25,000.00 | AP Kolb,Steven-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | Licensee: Stephen Horn (10.00%) | AP Kolb,Steven-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | Commission | AP Kolb,Steven-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 3/25/2010 | 4949 | Mark J. Smith | | AP Kolb,Steven-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| **Total Mark J. Smith** | | | | | | | 13,125.27 | 13,125.27 | 0.00 |
| **Martha A. Lepere** | | | | | | | | | |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Bustiloe,Matthew B. Traditional IRA (6781-716) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 18,538.34 | -18,538.34 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,853.87 | | -16,684.47 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 1,853.83 | | -14,830.64 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 1,853.83 | | -12,976.81 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA AGL 76L | WELLS FARGO BASE - 8459 | 1,853.83 | | -11,122.98 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 1,853.83 | | -9,269.15 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA GFG 089 | WELLS FARGO BASE - 8459 | 1,853.83 | | -7,415.32 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 1,853.83 | | -5,561.49 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,853.83 | | -3,707.66 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,853.83 | | -1,853.83 |
| Check | 2/11/2010 | EFT | Martha A. Lepere | Commission | AP Bustiloe,M-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 1,853.83 | | 0.00 |
| Check | 2/25/2010 | EFT | Martha A. Lepere | Patricia A. Stuckey (6781-800) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,795.74 | -3,795.74 |
| Check | 2/25/2010 | EFT | Martha A. Lepere | Commission | AP Stuckey,P LBL 771 | WELLS FARGO BASE - 8459 | 759.14 | | -3,036.60 |
| Check | 2/25/2010 | EFT | Martha A. Lepere | Commission | AP Stuckey,P AXA 091 | WELLS FARGO BASE - 8459 | 759.15 | | -2,277.45 |
| Check | 2/25/2010 | EFT | Martha A. Lepere | Commission | AP Stuckey,P LFG 183 | WELLS FARGO BASE - 8459 | 759.15 | | -1,518.30 |

420

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | EFT | Michael McDermott | Kutugata, Judy L. Roth IRA (6781-685A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 939.96 | 10.04 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH LFG 735 | WELLS FARGO BASE - 8459 | 156.66 | | 166.70 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH LFG 311 | WELLS FARGO BASE - 8459 | 156.66 | | 323.36 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 156.66 | | 480.02 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 156.66 | | 636.68 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 156.66 | | 793.34 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Kutugata,Judy-ROTH JHL 633 | WELLS FARGO BASE - 8459 | 156.66 | | 950.00 |
| Check | 3/25/2010 | EFT | Michael McDermott | Pullen, Dwight Trad IRA (6781-842) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 515.04 | 434.96 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Pullen,D-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 103.00 | | 537.96 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Pullen,D-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 103.01 | | 640.97 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Pullen,D-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 103.01 | | 743.98 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Pullen,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 103.01 | | 846.99 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Pullen,D-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 103.01 | | 950.00 |
| Check | 3/25/2010 | EFT | Michael McDermott | Lewis, Beverly D Roth IRA (6781-872A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,411.43 | -461.43 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Lewis,BD-ROTH LFG 248 | WELLS FARGO BASE - 8459 | 42.34 | | -419.09 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Lewis,BD-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 342.28 | | -76.81 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Lewis,BD-ROTH AVL 180 | WELLS FARGO BASE - 8459 | 342.27 | | 265.46 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Lewis,BD-ROTH PLI 140 | WELLS FARGO BASE - 8459 | 342.27 | | 607.73 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Lewis,BD-ROTH JHL 633 | WELLS FARGO BASE - 8459 | 342.27 | | 950.00 |
| Check | 3/25/2010 | EFT | Michael McDermott | Rathmann, Joan Marie Roth IRA (6781-579B) Commission | WELLS FARGO BASE - 8459 | AP Rathmann,JM-ROTH AXA 091 | | 75.00 | 875.00 |
| Check | 3/25/2010 | EFT | Michael McDermott | Commission | AP Rathmann,JM-ROTH AXA 091 | WELLS FARGO BASE - 8459 | 75.00 | | 950.00 |
| **Total Michael McDermott** | | | | | | | 1,000,979.30 | 1,000,029.30 | 950.00 |
| **Michael William Sylkatis** | | | | | | | | | |
| Check | 10/8/2009 | 2130 | Michael William Sylkatis | Bodnar (6781-260) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 10/8/2009 | 2130 | Michael William Sylkatis | Client: Michael S. Bodnar | AP Bodnar ING 201 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 10/8/2009 | 2130 | Michael William Sylkatis | Total $ Amount: 60,000.00 | AP Bodnar LNL 782 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 10/8/2009 | 2130 | Michael William Sylkatis | Licensee: Michael Sylkatis (10.00%) | AP Bodnar LFG 566 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Bettison-IRA (6781-267) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Client: Steven J. Bettison-IRA | AP Bettison-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Total $ Amount: 50,000.00 | AP Bettison-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Licensee: Michael Sylkatis (10.00%) | AP Bettison-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Bettison-IRA (6781-267) Commission | AP Bettison-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 10/19/2009 | 2353 | Michael William Sylkatis | Bettison-IRA (6781-257) Commission | AP Bettison-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 10/20/2009 | 2394 | Michael William Sylkatis | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,250.00 | -1,250.00 |
| Check | 10/20/2009 | 2394 | Michael William Sylkatis | Client: Elaine S. Traylor-IRA (6781-269) | AP Traylor-IRA AGL 73L | WELLS FARGO BASE - 8459 | 416.68 | | -833.32 |
| Check | 10/20/2009 | 2394 | Michael William Sylkatis | Total $ Amount: 12,500.00 | AP Traylor-IRA LNL 782 | WELLS FARGO BASE - 8459 | 416.66 | | -416.66 |
| Check | 10/20/2009 | 2394 | Michael William Sylkatis | Licensee: Michael Sylkatis (10.00%) | AP Traylor-IRA LFG 566 | WELLS FARGO BASE - 8459 | 416.66 | | 0.00 |
| Check | 10/26/2009 | 2547 | Michael William Sylkatis | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/26/2009 | 2547 | Michael William Sylkatis | Client: Jason C. Traylor-IRA (6781-269A) | AP Traylor,J-IRA AGL 73L | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/26/2009 | 2547 | Michael William Sylkatis | Total $ Amount: 15,000.00 | AP Traylor,J-IRA LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/26/2009 | 2547 | Michael William Sylkatis | Licensee: Michael Sylkatis (10.00%) | AP Traylor,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Chitsey, Carrie IRA (6781-576) | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,700.00 | -7,700.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Commission | AP Chitsey,C IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,540.00 | | -6,160.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Commission | AP Chitsey,C IRA AXA 346 | WELLS FARGO BASE - 8459 | 1,540.00 | | -4,620.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Commission | AP Chitsey,C AXA 728 | WELLS FARGO BASE - 8459 | 1,540.00 | | -3,080.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Commission | AP Chitsey,C IRA JPI 183 | WELLS FARGO BASE - 8459 | 1,540.00 | | -1,540.00 |
| Check | 12/17/2009 | EFT | Michael William Sylkatis | Commission | AP Chitsey,C PLI 140 | WELLS FARGO BASE - 8459 | 1,540.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Lasquete, Josh IRA (6781-630) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Commission | AP Lasquete,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Commission | AP Lasquete,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Commission | AP Lasquete,J-IRA ING 151 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Commission | AP Lasquete,J-IRA LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/7/2010 | EFT | Michael William Sylkatis | Commission | AP Lasquete,J-IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Hogan, Jean Michele-IRA (6781-540) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,350.00 | -8,350.00 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,391.66 | | -6,958.35 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA SLA 338 | WELLS FARGO BASE - 8459 | 1,391.67 | | -5,566.68 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA MMI 025 | WELLS FARGO BASE - 8459 | 1,391.67 | | -4,175.01 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA AXA 729 | WELLS FARGO BASE - 8459 | 1,391.67 | | -2,783.34 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA LFG 183 | WELLS FARGO BASE - 8459 | 1,391.67 | | -1,391.67 |
| Check | 1/14/2010 | EFT | Michael William Sylkatis | Commission | AP Hogan,JM-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,391.67 | | 0.00 |
| Check | 2/11/2010 | EFT | Michael William Sylkatis | Robert J. Cipriani (6781-765) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 2/11/2010 | EFT | Michael William Sylkatis | Commission | AP Cipriani,R AXA 091 | WELLS FARGO BASE - 8459 | 750.00 | | -2,250.00 |
| Check | 2/11/2010 | EFT | Michael William Sylkatis | Commission | AP Cipriani,R LFG 183 | WELLS FARGO BASE - 8459 | 750.00 | | -1,500.00 |
| Check | 2/11/2010 | EFT | Michael William Sylkatis | Commission | AP Cipriani,R PLI 140 | WELLS FARGO BASE - 8459 | 750.00 | | -750.00 |
| Check | 2/11/2010 | EFT | Michael William Sylkatis | Commission | AP Cipriani,R AGL 130 | WELLS FARGO BASE - 8459 | 750.00 | | 0.00 |
| **Total Michael William Sylkatis** | | | | | | | 35,300.00 | 35,300.00 | 0.00 |
| **Michael Woods** | | | | | | | | | |
| Check | 3/25/2010 | 4888 | Michael Woods | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 3/25/2010 | 4888 | Michael Woods | Client: Gene & Norene Garoutte Trust (6781-932) | AP Garoutte Trust LFG 311 | WELLS FARGO BASE - 8459 | 700.00 | | -2,800.00 |
| Check | 3/25/2010 | 4888 | Michael Woods | Total $ Amount: 25,000.00 | AP Garoutte Trust AXA 091 | WELLS FARGO BASE - 8459 | 700.00 | | -2,100.00 |
| Check | 3/25/2010 | 4888 | Michael Woods | Licensee: Michael Woods (14.00%) | AP Garoutte Trust AVL 180 | WELLS FARGO BASE - 8459 | 700.00 | | -1,400.00 |
| Check | 3/25/2010 | 4888 | Michael Woods | Commission | AP Garoutte Trust PLI 140 | WELLS FARGO BASE - 8459 | 700.00 | | -700.00 |
| Check | 3/25/2010 | 4888 | Michael Woods | | AP Garoutte Trust JHL 633 | WELLS FARGO BASE - 8459 | 700.00 | | 0.00 |
| **Total Michael Woods** | | | | | | | 3,500.00 | 3,500.00 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2008 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | Client: Joseph Ball | AP Ball,Joseph LFG 735 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | Total $ Amount: 50,000.00 | AP Ball,Joseph LBL 318 | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | Licensee: Scott Schroeder-178 (16.00%) | AP Ball,Joseph LBL 361 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | Commission | AP Ball,Joseph AXA 335 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph LFG 117 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph LFG 248 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph AXA 091 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph AVL 180 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 3/25/2010 | 4881 | Milkie Ferguson Investments, Inc. | | AP Ball,Joseph JHL 633 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,343.20 | -4,343.20 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | Client: Diane Rumnes Smith (6781-937) | AP Smith,Diane LFG 117 | WELLS FARGO BASE - 8459 | 868.64 | | -3,474.56 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | Total $ Amount: 27,145.00 | AP Smith,Diane LFG 248 | WELLS FARGO BASE - 8459 | 868.84 | | -2,605.92 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | Licensee: Philip Smith #3004 (16.00%) | AP Smith,Diane AVL 180 | WELLS FARGO BASE - 8459 | 868.64 | | -1,737.28 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | Commission | AP Smith,Diane PLI 149 | WELLS FARGO BASE - 8459 | 868.84 | | -868.64 |
| Check | 3/25/2010 | 4896 | Milkie Ferguson Investments, Inc. | | AP Smith,Diane JHL 633 | WELLS FARGO BASE - 8459 | 868.64 | | 0.00 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 542.90 | -542.90 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | Client: Diane Rumnes Smith (6781-937) | AP Smith,Diane LFG 117 | WELLS FARGO BASE - 8459 | 108.58 | | -434.32 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | Total $ Amount: 27,145.00 | AP Smith,Diane LFG 248 | WELLS FARGO BASE - 8459 | 108.58 | | -325.74 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | Licensee: Philip Smith #3004 (16.00%) | AP Smith,Diane AVL 180 | WELLS FARGO BASE - 8459 | 108.58 | | -217.16 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | Commission | AP Smith,Diane PLI 140 | WELLS FARGO BASE - 8459 | 108.58 | | -108.58 |
| Check | 3/25/2010 | 4897 | Milkie Ferguson Investments, Inc. | | AP Smith,Diane JHL 633 | WELLS FARGO BASE - 8459 | 108.58 | | 0.00 |
| **Total Milkie Ferguson Investments, Inc.** | | | | | | | 1,729,342.82 | 1,729,342.82 | 0.00 |
| **Milkie and Milks, Inc.** | | | | | | | | | |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | AP Corigliano LBL 165 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | AP Corigliano ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | AP Corigliano LNL 032 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | AP Corigliano ING 283 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 7/27/2009 | 1182 | Milks and Milks, Inc. | Commission | AP Corigliano OML 446 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | AP Kroeck Family Trust LBL 165 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | AP Kroeck Family Trust ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | AP Kroeck Family Trust LNL 032 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | AP Kroeck Family Trust ING 283 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 7/27/2009 | 1189 | Milks and Milks, Inc. | Commission | AP Kroeck Family Trust OML 446 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Kim & Carlo Sammartino (6781-08) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Commission | AP Sammartino LNL 591 | WELLS FARGO BASE - 8459 | 2,000.00 | | -8,000.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Commission | AP Sammartino TRA 281 | WELLS FARGO BASE - 8459 | 2,000.00 | | -6,000.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Commission | AP Sammartino ING 201 | WELLS FARGO BASE - 8459 | 2,000.00 | | -4,000.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Commission | AP Sammartino ING 283 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 7/30/2009 | 1262 | Milks and Milks, Inc. | Commission | AP Sammartino OML 446 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Stock-IRA(6781-104) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Client: Anthony J. Stock-IRA | AP Stock-IRA TRA 281 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Total $ Amount: 30,000.00 | AP Stock-IRA ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Licensee: Milks and Milks (10.00%) | AP Stock-IRA MAM 860 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Stock-IRA(6781-104) Commission | AP Stock-IRA ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Stock-IRA(6781-104) Commission | AP Stock-IRA ING 283 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 8/26/2009 | 1489 | Milks and Milks, Inc. | Stock-IRA(6781-104) Commission | AP Stock-IRA OML 446 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Lyons-IRA (6781-208) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Client: Robert Lyons-IRA | AP Lyons-IRA ING 038 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Total $ Amount: 25,000.00 | AP Lyons-IRA ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Licensee: Milks and Milks (10.00%) | AP Lyons-IRA LNL 032 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Lyons-IRA (6781-208) Commission | AP Lyons-IRA ANI 852 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/7/2009 | 2097 | Milks and Milks, Inc. | Lyons-IRA (6781-208) Commission | AP Lyons-IRA LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Alfonso & Jean Tennariello (6781-485) | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,375.00 | -5,375.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Commission | AP Tennariello PLI 660 | WELLS FARGO BASE - 8459 | 1,075.00 | | -4,300.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Commission | AP Tennariello AXA 597 | WELLS FARGO BASE - 8459 | 1,075.00 | | -3,225.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Commission | AP Tennariello AGL 082 | WELLS FARGO BASE - 8459 | 1,075.00 | | -2,150.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Commission | AP Tennariello LBL 771 | WELLS FARGO BASE - 8459 | 1,075.00 | | -1,075.00 |
| Check | 12/3/2009 | EFT | Milks and Milks, Inc. | Commission | AP Tennariello PLI 140 | WELLS FARGO BASE - 8459 | 1,075.00 | | 0.00 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Holtsclaw, John J (6781-516) | WELLS FARGO BASE - 8459 | -SPLIT- | | 187.50 | -187.50 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Holtsclaw,J PLI 960 | WELLS FARGO BASE - 8459 | 37.50 | | -150.00 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Holtsclaw,J JPI 272 | WELLS FARGO BASE - 8459 | 37.50 | | -112.50 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Holtsclaw,J AXA 729 | WELLS FARGO BASE - 8459 | 37.50 | | -75.00 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Holtsclaw,J JPI 183 | WELLS FARGO BASE - 8459 | 37.50 | | -37.50 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Holtsclaw,J PLI 140 | WELLS FARGO BASE - 8459 | 37.50 | | 0.00 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Lynn Jean Content-IRA (6781-421) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 893.97 | -893.97 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA LLI 699 | WELLS FARGO BASE - 8459 | 89.37 | | -804.60 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 89.40 | | -715.20 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 89.40 | | -625.80 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 89.40 | | -536.40 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 89.40 | | -447.00 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 89.40 | | -357.60 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 89.40 | | -268.20 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 89.40 | | -178.80 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 89.40 | | -89.40 |
| Check | 12/17/2009 | EFT | Milks and Milks, Inc. | Commission | AP Content,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 89.40 | | 0.00 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Williams, Carol J IRA (6781-563) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 744.35 | -744.35 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA LLI 699 | WELLS FARGO BASE - 8459 | 74.39 | | -669.96 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA SLA 338 | WELLS FARGO BASE - 8459 | 74.44 | | -595.52 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA MMI 025 | WELLS FARGO BASE - 8459 | 74.44 | | -521.08 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 74.44 | | -446.64 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA LFG 782 | WELLS FARGO BASE - 8459 | 74.44 | | -372.20 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 74.44 | | -297.76 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 74.44 | | -223.32 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA AXA 729 | WELLS FARGO BASE - 8459 | 74.44 | | -148.88 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA LFG 183 | WELLS FARGO BASE - 8459 | 74.44 | | -74.44 |
| Check | 1/7/2010 | EFT | Milks and Milks, Inc. | Commission | AP Williams,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 74.44 | | 0.00 |
| Check | 1/14/2010 | EFT | Milks and Milks, Inc. | Novak,Linda S.-IRA (6781-510) Commission | WELLS FARGO BASE - 8459 | AP Novak,L-IRA PLI 980 | | 537.50 | -537.50 |
| Check | 1/14/2010 | EFT | Milks and Milks, Inc. | Commission | AP Novak,L-IRA PLI 980 | WELLS FARGO BASE - 8459 | 537.50 | | 0.00 |
| Check | 2/11/2010 | EFT | Milks and Milks, Inc. | Hodges, Ross C Jr.-IRA (6781-580) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 375.00 | -375.00 |
| Check | 2/11/2010 | EFT | Milks and Milks, Inc. | Commission | AP Hodges, R-TRAD IRA AGL 761 | WELLS FARGO BASE - 8459 | 93.75 | | -281.25 |
| Check | 2/11/2010 | EFT | Milks and Milks, Inc. | Commission | AP Hodges, R-TRAD IRA PLI 980 | WELLS FARGO BASE - 8459 | 93.75 | | -187.50 |
| Check | 2/11/2010 | EFT | Milks and Milks, Inc. | Commission | AP Hodges, R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 93.75 | | -93.75 |
| Check | 2/11/2010 | EFT | Milks and Milks, Inc. | Commission | AP Hodges, R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 93.75 | | 0.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Marjorie L. Limbaugh (6781-748) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M LLI 899 | WELLS FARGO BASE - 8459 | 75.00 | | -675.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M LFG 248 | WELLS FARGO BASE - 8459 | 75.00 | | -600.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M AXA 994 | WELLS FARGO BASE - 8459 | 75.00 | | -525.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M AGL 761 | WELLS FARGO BASE - 8459 | 75.00 | | -450.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M PLI 980 | WELLS FARGO BASE - 8459 | 75.00 | | -375.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M GLG 089 | WELLS FARGO BASE - 8459 | 75.00 | | -300.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M AXA 091 | WELLS FARGO BASE - 8459 | 75.00 | | -225.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M LFG 183 | WELLS FARGO BASE - 8459 | 75.00 | | -150.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M PLI 140 | WELLS FARGO BASE - 8459 | 75.00 | | -75.00 |
| Check | 2/18/2010 | EFT | Milks and Milks, Inc. | Commission | AP Limbaugh,M AGL 130 | WELLS FARGO BASE - 8459 | 75.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Anthony Cerroni (6781-616) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,040.00 | -12,040.00 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A LFG 051 | WELLS FARGO BASE - 8459 | 1,337.76 | | -10,702.24 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A LBL 361 | WELLS FARGO BASE - 8459 | 1,337.76 | | -9,364.48 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A AXA 335 | WELLS FARGO BASE - 8459 | 1,337.76 | | -8,026.66 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A LFG 117 | WELLS FARGO BASE - 8459 | 1,337.76 | | -6,688.90 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A LFG 248 | WELLS FARGO BASE - 8459 | 1,337.76 | | -5,351.12 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A AXA 091 | WELLS FARGO BASE - 8459 | 1,337.78 | | -4,013.34 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A LFG 183 | WELLS FARGO BASE - 8459 | 1,337.76 | | -2,675.56 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A PLI 140 | WELLS FARGO BASE - 8459 | 1,337.78 | | -1,337.78 |
| Check | 3/4/2010 | EFT | Milks and Milks, Inc. | Commission | AP Cerroni,A AGL 130 | WELLS FARGO BASE - 8459 | 1,337.78 | | 0.00 |
| **Total Milks and Milks, Inc.** | | | | | | | **41,403.32** | **41,403.32** | **0.00** |
| **Nates Investments, Inc.** | | | | | | | | | |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Stile,Brooke (6781-567) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,000.00 | -11,000.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B LLI 899 | WELLS FARGO BASE - 8459 | 1,100.00 | | -9,900.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B LFG 740 | WELLS FARGO BASE - 8459 | 1,100.00 | | -8,800.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B SLA 338 | WELLS FARGO BASE - 8459 | 1,100.00 | | -7,700.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B LFG 008 | WELLS FARGO BASE - 8459 | 1,100.00 | | -6,600.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B AXA 346 | WELLS FARGO BASE - 8459 | 1,100.00 | | -5,500.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B PLI 980 | WELLS FARGO BASE - 8459 | 1,100.00 | | -4,400.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B LFG 272 | WELLS FARGO BASE - 8459 | 1,100.00 | | -3,300.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B AXA 729 | WELLS FARGO BASE - 8459 | 1,100.00 | | -2,200.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B LFG 183 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 12/30/2009 | EFT | Nates Investments, Inc. | Commission | AP Stile,B PLI 140 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| **Total Nates Investments, Inc.** | | | | | | | **11,000.00** | **11,000.00** | **0.00** |
| **Neil Campbell** | | | | | | | | | |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | WELLS FARGO BASE - 8459 | -SPLIT- | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | Client: Dale & Lynda Campbell | AP Campbell HLI 814 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | Total $ Amount: 250,000.00 | AP Campbell LNL 761 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | Licensee: Neil Campbell (12.00%) | AP Campbell AXA 804 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | Commission | AP Campbell AXA 146 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell LNL 740 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell ING 201 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell ANI 852 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell LNL 782 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell LFG 566 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 10/26/2009 | 2620 | Neil Campbell | VOID:Stop Payment Place and check re-issued. | AP Campbell ING 036 | WELLS FARGO BASE - 8459 | 0.00 | | 0.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | WELLS FARGO BASE - 8459 | -SPLIT- | | 30,000.00 | -30,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | Client: Dale & Lynda Campbell (6781-336) | AP Campbell HLI 814 | WELLS FARGO BASE - 8459 | 3,000.00 | | -27,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | Total $ Amount: 300,000.00 | AP Campbell LLI 899 | WELLS FARGO BASE - 8459 | 3,000.00 | | -24,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | Licensee: Neil Campbell (12.00%) | AP Campbell AXA 804 | WELLS FARGO BASE - 8459 | 3,000.00 | | -21,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | Commission | AP Campbell AXA 146 | WELLS FARGO BASE - 8459 | 3,000.00 | | -18,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell LNL 740 | WELLS FARGO BASE - 8459 | 3,000.00 | | -15,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell ING 201 | WELLS FARGO BASE - 8459 | 3,000.00 | | -12,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell ANI 852 | WELLS FARGO BASE - 8459 | 3,000.00 | | -9,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell LNL 782 | WELLS FARGO BASE - 8459 | 3,000.00 | | -6,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell LFG 566 | WELLS FARGO BASE - 8459 | 3,000.00 | | -3,000.00 |
| Check | 11/2/2009 | 2751 | Neil Campbell | | AP Campbell ING 036 | WELLS FARGO BASE - 8459 | 3,000.00 | | 0.00 |
| Check | 11/10/2009 | 2935 | Neil Campbell | | WELLS FARGO BASE - 8459 | -SPLIT- | | 18,000.00 | -18,000.00 |
| Check | 11/10/2009 | 2935 | Neil Campbell | Client: Dale & Lynda Campbell (6781-336A) | AP Campbell D&L PLI 930 | WELLS FARGO BASE - 8459 | 6,000.00 | | -12,000.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 3/25/2010 | 4830 | Randall N. Foreman | Commission | AP Wilkshire,A-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/25/2010 | 4830 | Randall N. Foreman | | AP Wilkshire,A-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | Client: David C. Lanier Trad IRA (6781-664) | AP Lanier,DC-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | Total $ amount $30,000 | AP Lanier,DC-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | Licensee: Randall N. Foreman (10%) | AP Lanier,DC-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | Commissions | AP Lanier,DC-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | | AP Lanier,DC-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/25/2010 | 4970 | Randall N. Foreman | | AP Lanier,DC-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| **Total Randall N. Foreman** | | | | | | | **15,000.00** | **15,000.00** | **0.00** |
| | | | **Randall N. Foreman & Associates, LLC** | | | | | | |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Carruth,Carolyn-IRA (6781-419)Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,422.78 | -4,422.78 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 552.83 | | -3,869.95 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA LNL 740 | WELLS FARGO BASE - 8459 | 552.85 | | -3,317.10 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 552.85 | | -2,764.25 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA LNL 782 | WELLS FARGO BASE - 8459 | 552.85 | | -2,211.40 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA PLI 930 | WELLS FARGO BASE - 8459 | 552.85 | | -1,658.55 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA LFG 566 | WELLS FARGO BASE - 8459 | 552.85 | | -1,105.70 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA AGL 062 | WELLS FARGO BASE - 8459 | 552.85 | | -552.85 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,C-IRA ANI 521 | WELLS FARGO BASE - 8459 | 552.85 | | 0.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Carruth,Leslie-IRA (6781-419A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,224.20 | -11,224.20 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,122.41 | | -10,101.67 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,122.43 | | -8,979.44 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,122.43 | | -7,857.01 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,122.43 | | -6,734.58 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,122.43 | | -5,612.15 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,122.43 | | -4,489.72 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,122.43 | | -3,367.29 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,122.43 | | -2,244.86 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,122.43 | | -1,122.43 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Carruth,L-IRA PLI 140 | WELLS FARGO BASE - 8459 | 1,122.43 | | 0.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Muller,Marvin-IRA (6781-423A) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,600.00 | -6,600.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 660.00 | | -5,940.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA LLI 899 | WELLS FARGO BASE - 8459 | 660.00 | | -5,280.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 660.00 | | -4,620.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 660.00 | | -3,960.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 660.00 | | -3,300.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA AXA 597 | WELLS FARGO BASE - 8459 | 660.00 | | -2,640.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 660.00 | | -1,980.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 660.00 | | -1,320.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 660.00 | | -660.00 |
| Check | 12/17/2009 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Muller,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 660.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Brickert, Sandra L. IRA (6781-552) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,127.41 | -7,127.41 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA LLI 899 | WELLS FARGO BASE - 8459 | 712.75 | | -6,414.66 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA SLA 336 | WELLS FARGO BASE - 8459 | 712.74 | | -5,701.92 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA LFG 008 | WELLS FARGO BASE - 8459 | 712.74 | | -4,989.18 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA MMI 025 | WELLS FARGO BASE - 8459 | 712.74 | | -4,276.44 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA PLI 990 | WELLS FARGO BASE - 8459 | 712.74 | | -3,563.70 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA LFG 782 | WELLS FARGO BASE - 8459 | 712.74 | | -2,850.96 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA AGL 062 | WELLS FARGO BASE - 8459 | 712.74 | | -2,138.22 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA LBL 771 | WELLS FARGO BASE - 8459 | 712.74 | | -1,425.48 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA LFG 183 | WELLS FARGO BASE - 8459 | 712.74 | | -712.74 |
| Check | 1/7/2010 | EFT | Randall N. Foreman & Associates, LLC | Commission | AP Brickert,S-IRA PLI 140 | WELLS FARGO BASE - 8459 | 712.74 | | 0.00 |
| **Total Randall N. Foreman & Associates, LLC** | | | | | | | **29,374.47** | **29,374.47** | **0.00** |
| | | | **Raymon G. Chadwick, Jr.** | | | | | | |
| Check | 10/15/2009 | 2281 | Raymon G. Chadwick, Jr. | Gibson-IRA (6781-346) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,374.83 | -2,374.83 |
| Check | 10/15/2009 | 2281 | Raymon G. Chadwick, Jr. | Client: Patricia Kay Gibson-IRA | AP Gibson-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,187.42 | | -1,187.41 |
| Check | 10/15/2009 | 2281 | Raymon G. Chadwick, Jr. | Total $ Amount: 19,790.25 | AP Gibson-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,187.41 | | 0.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | Client: Flora Berk Trust (6781-313) | AP Berke Trust HLI 814 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | Total $ Amount: 50,000.00 | AP Berke Trust ING 201 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke Trust ANI 852 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | Commission | AP Berke Trust LFG 566 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 10/21/2009 | 2414 | Raymon G. Chadwick, Jr. | | AP Berke Trust ING 036 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | Client: Flora E. Berke (6781-313A) | AP Berke,F HLI814 | WELLS FARGO BASE - 8459 | 1,200.00 | | -4,800.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | Total $ Amount: 50,000.00 | AP Berke,F LNL 761 | WELLS FARGO BASE - 8459 | 1,200.00 | | -3,600.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,F AXA 804 | WELLS FARGO BASE - 8459 | 1,200.00 | | -2,400.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | Commission | AP Berke,F AXA 146 | WELLS FARGO BASE - 8459 | 1,200.00 | | -1,200.00 |
| Check | 10/21/2009 | 2419 | Raymon G. Chadwick, Jr. | | AP Berke,F LNL 740 | WELLS FARGO BASE - 8459 | 1,200.00 | | 0.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | Client: Douglas Berke (6781-313B) | AP Berke,D HLI 814 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | Total $ Amount: 25,000.00 | AP Berke,D ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,D ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | Commission | AP Berke,D LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 10/21/2009 | 2424 | Raymon G. Chadwick, Jr. | | AP Berke,D ING 036 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 7,294.47 | -7,294.47 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | Client: Roselle Lane Beechler (6781-259) | AP Beechler,R-IRA MET 650 | WELLS FARGO BASE - 8459 | 1,215.75 | | -6,078.72 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | Total $ Amount $60,787.34 | AP Beechler,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,215.75 | | -4,862.97 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12%) | AP Beechler,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,215.75 | | -3,647.22 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | Commissions | AP Beechler,R-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,215.75 | | -2,431.47 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | | AP Beechler,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,215.75 | | -1,215.72 |
| Check | 10/30/2009 | 2724 | Raymon G. Chadwick, Jr. | | AP Beechler,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,215.72 | | 0.00 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,593.38 | -5,593.38 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | Client: Adele Ruth Good IRA (6781-524) | AP Good,A IRA LLI 699 | WELLS FARGO BASE - 8459 | 621.46 | | -4,971.92 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | Total $ amount $46,611.47 | AP Good,A IRA AXA 826 | WELLS FARGO BASE - 8459 | 621.49 | | -4,350.43 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12%) | AP Good,A IRA 036 | WELLS FARGO BASE - 8459 | 621.49 | | -3,728.94 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | Commissions | AP Good,A IRA JPI 183 | WELLS FARGO BASE - 8459 | 621.49 | | -3,107.45 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | AP Good,A IRA LNL 782 | WELLS FARGO BASE - 8459 | 621.49 | | -2,485.96 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | AP Good,A IRA PLI 580 | WELLS FARGO BASE - 8459 | 621.49 | | -1,864.47 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | AP Good,A IRA PLI 930 | WELLS FARGO BASE - 8459 | 621.49 | | -1,242.98 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | AP Good,A JPI 062 | WELLS FARGO BASE - 8459 | 621.49 | | -621.49 |
| Check | 12/17/2009 | 3757 | Raymon G. Chadwick, Jr. | | AP Good,A IRA PLI 140 | WELLS FARGO BASE - 8459 | 621.49 | | 0.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,600.00 | -6,600.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | Client: Douglas Berke Traditional IRA (6781-313C) | AP Berke,D-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 660.00 | | -5,940.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | Total $ Amount: 55,000.00 | AP Berke,D-TRAD IRA SLA 336 | WELLS FARGO BASE - 8459 | 660.00 | | -5,280.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,D-TRAD IRA LFG 008 | WELLS FARGO BASE - 8459 | 660.00 | | -4,620.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | Commission | AP Berke,D-TRAD IRA MMI 025 | WELLS FARGO BASE - 8459 | 660.00 | | -3,960.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA PLI 960 | WELLS FARGO BASE - 8459 | 660.00 | | -3,300.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA AXA 729 | WELLS FARGO BASE - 8459 | 660.00 | | -2,640.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA LFG 782 | WELLS FARGO BASE - 8459 | 660.00 | | -1,980.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA ING 15J | WELLS FARGO BASE - 8459 | 660.00 | | -1,320.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 660.00 | | -660.00 |
| Check | 1/21/2010 | 4122 | Raymon G. Chadwick, Jr. | | AP Berke,D-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 660.00 | | 0.00 |
| Check | 1/28/2010 | 4219 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,519.09 | -9,519.09 |
| Check | 1/28/2010 | 4219 | Raymon G. Chadwick, Jr. | Client: Reid Curtis Rasmussen TRAD IRA (6781-502) | AP Rasmussen,R-TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 3,173.03 | | -6,346.06 |
| Check | 1/28/2010 | 4219 | Raymon G. Chadwick, Jr. | Total $ Amount: 79,325.74 | AP Rasmussen,R-TRAD IRA LFG 0... | WELLS FARGO BASE - 8459 | 3,173.03 | | -3,173.03 |
| Check | 1/28/2010 | 4219 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr (12.00%) | AP Rasmussen,R-TRAD IRA AXA 8... | WELLS FARGO BASE - 8459 | 3,173.03 | | 0.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,600.00 | -6,600.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | Client: Douglas S. Berke-Traditional IRA (6781-313D) | AP Berke,Doug-TRAD IRA LSL 771 | WELLS FARGO BASE - 8459 | 660.00 | | -5,940.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | Total $ Amount: 55,000.00 | AP Berke,Doug-TRAD IRA LFG 081 | WELLS FARGO BASE - 8459 | 660.00 | | -5,280.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | Licensee: Raymon G. Chadwick, Jr. (12.00%) | AP Berke,Doug-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 660.00 | | -4,620.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | Commission | AP Berke,Doug-TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 660.00 | | -3,960.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA LFG 246 | WELLS FARGO BASE - 8459 | 660.00 | | -3,300.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA AXA 994 | WELLS FARGO BASE - 8459 | 660.00 | | -2,640.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 660.00 | | -1,980.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA AGL 06L | WELLS FARGO BASE - 8459 | 660.00 | | -1,320.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA ANI 521 | WELLS FARGO BASE - 8459 | 660.00 | | -660.00 |
| Check | 3/11/2010 | 4705 | Raymon G. Chadwick, Jr. | | AP Berke,Doug-TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 660.00 | | 0.00 |
| **Total Raymon G. Chadwick, Jr.** | | | | | | | **52,981.77** | **52,981.77** | **0.00** |
| | | | **Raymond Hill** | | | | | | |
| Check | 2/25/2010 | 4476 | Raymond Hill | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | Client: Jerry & Joann Peterson (6781-788) | AP Peterson,J&J LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | Total $ amount $100,000 | AP Peterson,J&J LFG 081 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | Licensee: Raymond Hill (10%) | AP Peterson,J&J LBL 361 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | Commissions | AP Peterson,J&J LFG 117 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J LFG 246 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J AXA 994 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/25/2010 | 4476 | Raymond Hill | | AP Peterson,J&J AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| **Total Raymond Hill** | | | | | | | **10,000.00** | **10,000.00** | **0.00** |
| | | | **Razor Financial Services, LLC** | | | | | | |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Wong (6781-154) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Client: Wilfred & Amy Wong | AP Wong MET 850 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Total $ Amount: 25,000.00 | AP Wong AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Licensee: Leona Chock (8.00%) | AP Wong LNL 740 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Wong (6781-154) Commission | AP Wong ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 9/10/2009 | 1625 | Razor Financial Services, LLC | Wong (6781-154) Commission | AP Wong TRA 281 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 36,000.00 | -36,000.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Client: Kenneth & Andrea Abernathy | AP Abernathy MET 650 | WELLS FARGO BASE - 8459 | 3,600.00 | | -32,400.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Total $ Amount: 300,000.00 | AP Abernathy AGL 73L | WELLS FARGO BASE - 8459 | 3,600.00 | | -28,800.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Licensee: Razor Financial Services, LLC (12.00%) | AP Abernathy AXA 804 | WELLS FARGO BASE - 8459 | 3,600.00 | | -25,200.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy AXA 146 | WELLS FARGO BASE - 8459 | 3,600.00 | | -21,600.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy LNL 782 | WELLS FARGO BASE - 8459 | 3,600.00 | | -18,000.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy LNL 740 | WELLS FARGO BASE - 8459 | 3,600.00 | | -14,400.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy ANI 852 | WELLS FARGO BASE - 8459 | 3,600.00 | | -10,800.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy ING 201 | WELLS FARGO BASE - 8459 | 3,600.00 | | -7,200.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy LFG 566 | WELLS FARGO BASE - 8459 | 3,600.00 | | -3,600.00 |
| Check | 9/11/2009 | 1660 | Razor Financial Services, LLC | Abernathy (6781-217) Commission | AP Abernathy ING 036 | WELLS FARGO BASE - 8459 | 3,600.00 | | 0.00 |
| Check | 9/15/2009 | 1696 | Razor Financial Services, LLC | LaCour (6781-180) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,400.00 | -2,400.00 |
| Check | 9/15/2009 | 1696 | Razor Financial Services, LLC | Client: Connie LaCour | AP LaCour WPI 962 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 9/15/2009 | 1696 | Razor Financial Services, LLC | Total $ Amount: 60,000.00 | AP LaCour ING 201 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 9/15/2009 | 1696 | Razor Financial Services, LLC | Licensee: Justin Merth (9.00%) | AP LaCour ANI 852 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 9/15/2009 | 1696 | Razor Financial Services, LLC | LaCour (6781-180) Commission | AP LaCour LFG 566 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 9/23/2009 | 1828 | Razor Financial Services, LLC | Nakano-IRA (6781-191) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,401.06 | -2,401.06 |
| Check | 9/23/2009 | 1828 | Razor Financial Services, LLC | Client: Betsy Nakano-IRA | AP Nakano-IRA MAM 660 | WELLS FARGO BASE - 8459 | 600.27 | | -1,800.79 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| **Richard Evans** | | | | | | | | | |
| Check | 10/22/2009 | 2443 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | Client:Luzern LLC (6781-339) | AP Luzern LLC HLI 814 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | Total $ amount $500,000 | AP Luzern LLC LNL 761 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | Licensee: William Evans (1%) | AP Luzern LLC AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | Commission | AP Luzern LLC AXA 148 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC ING 201 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC ANI 652 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 10/22/2009 | 2443 | Richard Evans | | AP Luzern LLC ING 036 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/3/2009 | 3558 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 300.00 | -300.00 |
| Check | 12/3/2009 | 3558 | Richard Evans | Client: Virginia Neighbors (6781-475) | AP Neighbors JPI 183 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 12/3/2009 | 3558 | Richard Evans | Total $ Amount: 30,000.00 | AP Neighbors LBL 771 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 12/3/2009 | 3558 | Richard Evans | Licensee: William E. Evans (11.00%) | AP Neighbors PLI 140 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 12/3/2009 | 3569 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 12/3/2009 | 3569 | Richard Evans | Client: Luella Shaw (6781-482) | AP Shaw PLI 140 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,159.95 | -1,159.95 |
| Check | 12/10/2009 | 3660 | Richard Evans | Client: Terry Thompson IRA (6781-414) | AP Thompson,T IRA AXA 804 | WELLS FARGO BASE - 8459 | 115.95 | | -1,044.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | Total $ amount $115,995.46 | AP Thompson,T IRA LLI 899 | WELLS FARGO BASE - 8459 | 116.00 | | -928.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | Licensee: William Evans (1%) | AP Thompson,T IRA LNL 740 | WELLS FARGO BASE - 8459 | 116.00 | | -812.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | Commissions | AP Thompson,T IRA ING 201 | WELLS FARGO BASE - 8459 | 116.00 | | -696.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA LNL 782 | WELLS FARGO BASE - 8459 | 116.00 | | -580.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA PLI 930 | WELLS FARGO BASE - 8459 | 116.00 | | -464.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA LFG 566 | WELLS FARGO BASE - 8459 | 116.00 | | -348.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA AGL 062 | WELLS FARGO BASE - 8459 | 116.00 | | -232.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA ANI 521 | WELLS FARGO BASE - 8459 | 116.00 | | -116.00 |
| Check | 12/10/2009 | 3660 | Richard Evans | | AP Thompson,T IRA PLI 140 | WELLS FARGO BASE - 8459 | 116.00 | | 0.00 |
| Check | 12/23/2009 | 3792 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 688.80 | -688.80 |
| Check | 12/23/2009 | 3792 | Richard Evans | Client: Terry Thompson (6781-414A) | AP Thompson,T AXA 804 | WELLS FARGO BASE - 8459 | 86.10 | | -602.70 |
| Check | 12/23/2009 | 3792 | Richard Evans | Total $ Amount: 68,879.54 | AP Thompson,T LLI 899 | WELLS FARGO BASE - 8459 | 86.10 | | -516.60 |
| Check | 12/23/2009 | 3792 | Richard Evans | Licensee: William Evans (1.00%) | AP Thompson,T LFG 740 | WELLS FARGO BASE - 8459 | 86.10 | | -430.50 |
| Check | 12/23/2009 | 3792 | Richard Evans | Commission | AP Thompson,T LFG 782 | WELLS FARGO BASE - 8459 | 86.10 | | -344.40 |
| Check | 12/23/2009 | 3792 | Richard Evans | | AP Thompson,T PLI 930 | WELLS FARGO BASE - 8459 | 86.10 | | -258.30 |
| Check | 12/23/2009 | 3792 | Richard Evans | | AP Thompson,T LFG 566 | WELLS FARGO BASE - 8459 | 86.10 | | -172.20 |
| Check | 12/23/2009 | 3792 | Richard Evans | | AP Thompson,T AGL 062 | WELLS FARGO BASE - 8459 | 86.10 | | -86.10 |
| Check | 12/23/2009 | 3792 | Richard Evans | | AP Thompson,T ANI 521 | WELLS FARGO BASE - 8459 | 86.10 | | 0.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -3,000.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | Client: Daniel Jones IRA (6781-641) | AP Jones,D-IRA LFG 899 | WELLS FARGO BASE - 8459 | 300.00 | | -2,700.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | Total $ amount $300,000 | AP Jones,D-IRA 248 | WELLS FARGO BASE - 8459 | 300.00 | | -2,400.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | Licensee: Darril Beebe(9%) | AP Jones,D-IRA AXA 894 | WELLS FARGO BASE - 8459 | 300.00 | | -2,100.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | Commission | AP Jones,D-IRA AGL 76L | WELLS FARGO BASE - 8459 | 300.00 | | -1,800.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA PLI 930 | WELLS FARGO BASE - 8459 | 300.00 | | -1,500.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA GFG 089 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA AXA 091 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA LFG 183 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 1/7/2010 | 4006 | Richard Evans | | AP Jones,D-IRA LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 1/14/2010 | 4061 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 1/14/2010 | 4061 | Richard Evans | Client: Oscar Medlin, Jr. (6781-638) | AP Medlin,O PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 1/21/2010 | 4089 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 1/21/2010 | 4089 | Richard Evans | Client: Elinore P. Cumings (6781-653) | AP Cummings,E SLA 338 | WELLS FARGO BASE - 8459 | 400.00 | | -400.00 |
| Check | 1/21/2010 | 4089 | Richard Evans | Total $ amount $80,000 | AP Cummings,E PLI 140 | WELLS FARGO BASE - 8459 | 400.00 | | 0.00 |
| Check | 1/21/2010 | 4102 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,358.91 | -1,358.91 |
| Check | 1/21/2010 | 4102 | Richard Evans | Client: Oscar Medlin, Jr. Roth IRA (6781-642) | AP Medlin,Oscar-IRA LLI 899 | WELLS FARGO BASE - 8459 | 271.78 | | -1,087.12 |
| Check | 1/21/2010 | 4102 | Richard Evans | Total $ amount $135,891.48 | AP Medlin,O-IRA SLA 338 | WELLS FARGO BASE - 8459 | 271.78 | | -815.34 |
| Check | 1/21/2010 | 4102 | Richard Evans | Licensee: Darril Beebe (9%) | AP Medlin,O-IRA LFG 005 | WELLS FARGO BASE - 8459 | 271.78 | | -543.56 |
| Check | 1/21/2010 | 4102 | Richard Evans | Commissions | AP Medlin,O-IRA MMI 025 | WELLS FARGO BASE - 8459 | 271.78 | | -271.78 |
| Check | 1/21/2010 | 4102 | Richard Evans | | AP Medlin,O-IRA PLI 930 | WELLS FARGO BASE - 8459 | 271.78 | | 0.00 |
| Check | 2/4/2010 | 4255 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,791.08 | -1,791.08 |
| Check | 2/4/2010 | 4255 | Richard Evans | Client: Florencia Acquart (6781-625) | AP Acquart,F LLI 899 | WELLS FARGO BASE - 8459 | 179.09 | | -1,611.99 |
| Check | 2/4/2010 | 4255 | Richard Evans | Total $ Amount: 179190.53 | AP Acquart,F LFG 740 | WELLS FARGO BASE - 8459 | 179.11 | | -1,432.88 |
| Check | 2/4/2010 | 4255 | Richard Evans | Licensee: William Evans/STEP,,LLC (11.00%) | AP Acquart,F LFG 248 | WELLS FARGO BASE - 8459 | 179.11 | | -1,253.77 |
| Check | 2/4/2010 | 4255 | Richard Evans | Commission | AP Acquart,F AXA 894 | WELLS FARGO BASE - 8459 | 179.11 | | -1,074.66 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F GLG 089 | WELLS FARGO BASE - 8459 | 179.11 | | -895.55 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F AGL 76L | WELLS FARGO BASE - 8459 | 179.11 | | -716.44 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F PLI 930 | WELLS FARGO BASE - 8459 | 179.11 | | -537.33 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F AXA 091 | WELLS FARGO BASE - 8459 | 179.11 | | -358.22 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F LFG 183 | WELLS FARGO BASE - 8459 | 179.11 | | -179.11 |
| Check | 2/4/2010 | 4255 | Richard Evans | | AP Acquart,F PLI 140 | WELLS FARGO BASE - 8459 | 179.11 | | 0.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | Client: Anita F. Meier | AP Meier,A AXA 894 | WELLS FARGO BASE - 8459 | 200.00 | | -800.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | Total $ Amount: 100,000.00 | AP Meier,A AXA 091 | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | Licensee: Darril Beebe (9.00%) | AP Meier,A LFG 183 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | Commission | AP Meier,A PLI 140 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 2/25/2010 | 4492 | Richard Evans | | AP Meier,A AGL 130 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 2/25/2010 | 4519 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,560.00 | -2,560.00 |
| Check | 2/25/2010 | 4519 | Richard Evans | Client: Anita F. Meier Roth IRA (6781-760A) | AP Meier,AF-ROTH LLI 899 | WELLS FARGO BASE - 8459 | 501.76 | | -2,058.24 |
| Check | 2/25/2010 | 4519 | Richard Evans | Total $ amount $256,000 | AP Meier,AF-ROTH LFG 081 | WELLS FARGO BASE - 8459 | 501.76 | | -1,556.48 |
| Check | 2/25/2010 | 4519 | Richard Evans | Licensee: Darril Beebe (9%) | AP Meier,AF-ROTH LBL 381 | WELLS FARGO BASE - 8459 | 501.76 | | -1,054.72 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 2/25/2010 | 4519 | Richard Evans | Commissions | AP Meier,AF-ROTH LFG 117 | WELLS FARGO BASE - 8459 | 501.76 | | -552.96 |
| Check | 2/25/2010 | 4519 | Richard Evans | | AP Meier,AF-ROTH LFG 248 | WELLS FARGO BASE - 8459 | 51.20 | | -501.76 |
| Check | 2/25/2010 | 4519 | Richard Evans | | AP Meier,AF-ROTH AXA 894 | WELLS FARGO BASE - 8459 | 501.76 | | 0.00 |
| Check | 3/25/2010 | 4980 | Richard Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,848.69 | -5,848.69 |
| Check | 3/25/2010 | 4980 | Richard Evans | Client: Paul Larson (6781-952) | AP Larson,Paul LFG 736 | WELLS FARGO BASE - 8459 | 584.86 | | -6,263.83 |
| Check | 3/25/2010 | 4980 | Richard Evans | Total $ amount $584,689.45 | AP Larson,Paul LBL 918 | WELLS FARGO BASE - 8459 | 584.87 | | -4,678.96 |
| Check | 3/25/2010 | 4980 | Richard Evans | Licensee: Darril BeeBe (9%) | AP Larson,Paul LBL 381 | WELLS FARGO BASE - 8459 | 584.87 | | -4,094.09 |
| Check | 3/25/2010 | 4980 | Richard Evans | Commissions | AP Larson,Paul AXA 335 | WELLS FARGO BASE - 8459 | 584.87 | | -3,509.22 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul LFG 117 | WELLS FARGO BASE - 8459 | 584.87 | | -2,924.35 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul LFG 248 | WELLS FARGO BASE - 8459 | 584.87 | | -2,339.48 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul AXA 091 | WELLS FARGO BASE - 8459 | 584.87 | | -1,754.61 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul AVL 160 | WELLS FARGO BASE - 8459 | 584.87 | | -1,169.74 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul PLI 140 | WELLS FARGO BASE - 8459 | 584.87 | | -584.87 |
| Check | 3/25/2010 | 4980 | Richard Evans | | AP Larson,Paul JHL 633 | WELLS FARGO BASE - 8459 | 584.87 | | 0.00 |
| **Total Richard Evans** | | | | | | | 24,757.43 | 24,757.43 | 0.00 |
| | | | **Robert F. Knox** | | | | | | |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,000.00 | -1,000.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes LNL 177 | WELLS FARGO BASE - 8459 | 100.00 | | -900.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -800.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes AXA 804 | WELLS FARGO BASE - 8459 | 100.00 | | -700.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes LNL 591 | WELLS FARGO BASE - 8459 | 100.00 | | -600.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes SLA 534 | WELLS FARGO BASE - 8459 | 100.00 | | -500.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes LBL 165 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes JHL 920 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes LNL 032 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 6/29/2009 | 1082 | Robert F. Knox | Commission | AP Stokes OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,500.00 | -6,500.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones LNL177 | WELLS FARGO BASE - 8459 | 650.00 | | -5,850.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones AGL 73L | WELLS FARGO BASE - 8459 | 650.00 | | -5,200.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones AXA 804 | WELLS FARGO BASE - 8459 | 650.00 | | -4,550.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones LNL 591 | WELLS FARGO BASE - 8459 | 650.00 | | -3,900.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones SLA 534 | WELLS FARGO BASE - 8459 | 650.00 | | -3,250.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones LBL 165 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones ANI 852 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones LNL 032 | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones ING 283 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 7/9/2009 | 1117 | Robert F. Knox | Commission | AP Jones OML 446 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Rousseau(6781-65) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Client: John F. Rousseau | AP Rousseau TRA 251 | WELLS FARGO BASE - 8459 | 80.00 | | -320.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Total $ Amount: 40,000.00 | AP Rousseau LNL 591 | WELLS FARGO BASE - 8459 | 80.00 | | -240.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Licensee: Charles David Gray | AP Rousseau ANI 852 | WELLS FARGO BASE - 8459 | 80.00 | | -160.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Rousseau(6781-65) Commission | AP Rousseau ING 283 | WELLS FARGO BASE - 8459 | 80.00 | | -80.00 |
| Check | 8/12/2009 | 1343 | Robert F. Knox | Rousseau(6781-65) Commission | AP Rousseau OML 446 | WELLS FARGO BASE - 8459 | 80.00 | | 0.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Clark(6781-67) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Client: Sherry Sue Clark | AP Clark ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -400.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Total $ Amount: 50,000.00 | AP Clark LNL 591 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Licensee: Charles David Gray | AP Clark ANI 852 | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Clark(6781-67) Commission | AP Clark ING 283 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 8/12/2009 | 1348 | Robert F. Knox | Clark(6781-67) Commission | AP Clark OML 446 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 9/3/2009 | 1566 | Robert F. Knox | Amey-IRA (6781-151) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,470.00 | -2,470.00 |
| Check | 9/3/2009 | 1566 | Robert F. Knox | Client: John Amey-IRA | AP Amey-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,235.00 | | -1,235.00 |
| Check | 9/3/2009 | 1566 | Robert F. Knox | Total $ Amount: 19,000.00 | AP Amey-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,235.00 | | 0.00 |
| Check | 9/18/2009 | 1791 | Robert F. Knox | Sawyer IRA (6781-209) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,356.55 | -2,356.55 |
| Check | 9/18/2009 | 1791 | Robert F. Knox | Client: John Sawyer IRA | AP Sawyer IRA ING 201 | WELLS FARGO BASE - 8459 | 589.16 | | -1,767.39 |
| Check | 9/18/2009 | 1791 | Robert F. Knox | Total $ Amount: 18,127.30 | AP Sawyer IRA LFG 566 | WELLS FARGO BASE - 8459 | 589.13 | | -1,178.26 |
| Check | 9/18/2009 | 1791 | Robert F. Knox | Licensee: Bob Knox (13.00%) | AP Sawyer IRA ANI 852 | WELLS FARGO BASE - 8459 | 589.13 | | -589.13 |
| Check | 9/18/2009 | 1791 | Robert F. Knox | Sawyer IRA (6781-209) Commission | AP Sawyer IRA WPL 932 | WELLS FARGO BASE - 8459 | 589.13 | | 0.00 |
| Check | 10/7/2009 | 2039 | Robert F. Knox | Amey-IRA(6781-150) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,900.00 | -3,900.00 |
| Check | 10/7/2009 | 2039 | Robert F. Knox | Client: Fredda Amey-IRA | AP Amey,F-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,300.00 | | -2,600.00 |
| Check | 10/7/2009 | 2039 | Robert F. Knox | Total $ Amount: 30,000.00 | AP Amey,F-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,300.00 | | -1,300.00 |
| Check | 10/7/2009 | 2039 | Robert F. Knox | Licensee: Bob Knox (13.00%) | AP Amey,F-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,300.00 | | 0.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Client: Kenneth Hale | AP Hale MET 650 | WELLS FARGO BASE - 8459 | 50.00 | | -450.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Total $ Amount: 50,000.00 | AP Hale AGL 73L | WELLS FARGO BASE - 8459 | 50.00 | | -400.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Licensee: Charles David Gray (13.00%) | AP Hale AXA 804 | WELLS FARGO BASE - 8459 | 50.00 | | -350.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale AXA 148 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale LNL 740 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale ING 201 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale LNL 782 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale LFG 566 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 10/8/2009 | 2145 | Robert F. Knox | Hale (6781-263) Commission | AP Hale ING 036 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Gray Ant Corp (6781-276) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Client: The Gray Ant Corporation | AP Gray Ant Corp ING 201 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Total $ Amount: 25,000.00 | AP Gray Ant Corp ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Licensee: Charles David Gray (13.00%) | AP Gray Ant Corp LNL 762 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Gray Ant Corp (6781-276) Commission | AP Gray Ant Corp LFG 565 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 10/13/2009 | 2217 | Robert F. Knox | Gray Ant Corp (6781-276) Commission | AP Gray Ant Corp ING 036 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/29/2009 | 2664 | Robert F. Knox | Client: Nelda Hammett-IRA (6781-301) | AP Hammett,N-IRA HLI 814 | WELLS FARGO BASE - 8459 | 50.00 | | -450.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | Total $ amount $50,000 | AP Hammett,N-IRA AGL 73L | WELLS FARGO BASE - 8459 | 50.00 | | -400.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | Licensee: Charles David Gray (13%) | AP Hammett,N-IRA AXA 804 | WELLS FARGO BASE - 8459 | 50.00 | | -350.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | Commission | AP Hammett,N-IRA AXA 146 | WELLS FARGO BASE - 8459 | 50.00 | | -300.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA LNL 740 | WELLS FARGO BASE - 8459 | 50.00 | | -250.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA ING 201 | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA LNL 782 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA LFG 566 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 10/29/2009 | 2664 | Robert F. Knox | | AP Hammett,N-IRA ING 036 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 10/30/2009 | 2748 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,602.12 | -1,602.12 |
| Check | 10/30/2009 | 2748 | Robert F. Knox | Client: Lance B. Hight (6781-356) | AP Hight, L LNL 782 | WELLS FARGO BASE - 8459 | 801.06 | | -801.06 |
| Check | 10/30/2009 | 2748 | Robert F. Knox | Total $ amount $12,324 | AP Hight, L LFG 566 | WELLS FARGO BASE - 8459 | 801.06 | | 0.00 |
| Check | 12/10/2009 | 3696 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,200.00 | -1,200.00 |
| Check | 12/10/2009 | 3696 | Robert F. Knox | Client: Lance B. Hight IRA (6781-356A) | AP Hight,LB IRA LBL 771 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 12/10/2009 | 3696 | Robert F. Knox | Total $ amount $8,000 | AP Hight,LB IRA PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,200.00 | -2,200.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | Client: Ella Osborn Rev. Living Trust (6781-519) | AP E Osborn Trust AXA 826 | WELLS FARGO BASE - 8459 | 220.00 | | -1,980.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | Total $ amount $220,000 | AP E Osborn Trust LLI 899 | WELLS FARGO BASE - 8459 | 220.00 | | -1,760.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | Licensee: Charles David Gray (13%) | AP E Osborn Trust LNL 740 | WELLS FARGO BASE - 8459 | 220.00 | | -1,540.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | Commissions | AP E Osborn Trust JPI 062 | WELLS FARGO BASE - 8459 | 220.00 | | -1,320.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust LNL 782 | WELLS FARGO BASE - 8459 | 220.00 | | -1,100.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust PLI 930 | WELLS FARGO BASE - 8459 | 220.00 | | -880.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust PLI 980 | WELLS FARGO BASE - 8459 | 220.00 | | -660.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust JPI 183 | WELLS FARGO BASE - 8459 | 220.00 | | -440.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust ANI 521 | WELLS FARGO BASE - 8459 | 220.00 | | -220.00 |
| Check | 12/17/2009 | 3747 | Robert F. Knox | | AP E Osborn Trust PLI 140 | WELLS FARGO BASE - 8459 | 220.00 | | 0.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | Client: Ann Gossett IRA (6781-411) | AP Gossett,A-IRA AXA 804 | WELLS FARGO BASE - 8459 | 80.00 | | -720.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | Total $ amount $80,000 | AP Gossett,A-IRA LLI 899 | WELLS FARGO BASE - 8459 | 80.00 | | -640.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | Licensee: Charles David Gray (13%) | AP Gossett,A-IRA LFG 740 | WELLS FARGO BASE - 8459 | 80.00 | | -560.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | Commissions | AP Gossett,A-IRA ING 201 | WELLS FARGO BASE - 8459 | 80.00 | | -480.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA LFG 782 | WELLS FARGO BASE - 8459 | 80.00 | | -400.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA PLI 930 | WELLS FARGO BASE - 8459 | 80.00 | | -320.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA LFG 566 | WELLS FARGO BASE - 8459 | 80.00 | | -240.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA AGL 062 | WELLS FARGO BASE - 8459 | 80.00 | | -160.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA ANI 521 | WELLS FARGO BASE - 8459 | 80.00 | | -80.00 |
| Check | 12/30/2009 | 3903 | Robert F. Knox | | AP Gossett,A-IRA PLI 140 | WELLS FARGO BASE - 8459 | 80.00 | | 0.00 |
| Check | 2/11/2010 | 4377 | Robert F. Knox | | WELLS FARGO BASE - 8459 | -SPLIT- | | 98.53 | -98.53 |
| Check | 2/11/2010 | 4377 | Robert F. Knox | The Gray Ant Corporation PSP (6781-276A) | AP Gray Ant Corp PSP LLI 899 | WELLS FARGO BASE - 8459 | 49.27 | | -49.26 |
| Check | 2/11/2010 | 4377 | Robert F. Knox | Total $ Amount: 9,882.55 | AP Gray Ant Corp PSP ING 201 | WELLS FARGO BASE - 8459 | 49.26 | | 0.00 |
| Total Robert F. Knox | | | | | | | 24,277.20 | 24,277.20 | 0.00 |
| **Robert Leroy Kleppe** | | | | | | | | | |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,220.00 | -3,220.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Client:Dana Faust | AP Faust IRA MET 650 | WELLS FARGO BASE - 8459 | 322.00 | | -2,898.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Total $ amount $322,000 | AP Faust IRA AGL 73L | WELLS FARGO BASE - 8459 | 322.00 | | -2,576.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Licensee: Arvin Gowen (10%) | AP Faust IRA AXA 804 | WELLS FARGO BASE - 8459 | 322.00 | | -2,254.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA AXA 146 | WELLS FARGO BASE - 8459 | 322.00 | | -1,932.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA LNL 782 | WELLS FARGO BASE - 8459 | 322.00 | | -1,610.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA LNL 740 | WELLS FARGO BASE - 8459 | 322.00 | | -1,288.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA ANI 852 | WELLS FARGO BASE - 8459 | 322.00 | | -966.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA ING 201 | WELLS FARGO BASE - 8459 | 322.00 | | -644.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA LFG 566 | WELLS FARGO BASE - 8459 | 322.00 | | -322.00 |
| Check | 9/29/2009 | 1896 | Robert Leroy Kleppe | Faust IRA (6781-225) commission | AP Faust IRA ING 036 | WELLS FARGO BASE - 8459 | 322.00 | | 0.00 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Wolfe-IRA (6781-171) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 360.00 | -360.00 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Client: Lisa Wolfe IRA | AP Wolfe IRA MET 650 | WELLS FARGO BASE - 8459 | 51.43 | | -308.57 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Total $ Amount: 36,000.00 | AP Wolfe IRA AGL 73L | WELLS FARGO BASE - 8459 | 51.43 | | -257.14 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Licensee: Arvin Gowen (10.00%) | AP Wolfe IRA AXA 804 | WELLS FARGO BASE - 8459 | 51.43 | | -205.71 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA MAM 860 | WELLS FARGO BASE - 8459 | 51.43 | | -154.28 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA WPL 982 | WELLS FARGO BASE - 8459 | 51.43 | | -102.85 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA LNL 740 | WELLS FARGO BASE - 8459 | 51.43 | | -51.42 |
| Check | 10/2/2009 | 2018 | Robert Leroy Kleppe | Wolfe-IRA (6781-171) Commission | AP Wolfe IRA ING 036 | WELLS FARGO BASE - 8459 | 51.42 | | 0.00 |
| Check | 12/30/2009 | EFT | Robert Leroy Kleppe | Rathmann Trust (6781-679) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 150.00 | -150.00 |
| Check | 12/30/2009 | EFT | Robert Leroy Kleppe | Commission | AP Rathmann Trust PLI 890 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 12/30/2009 | EFT | Robert Leroy Kleppe | Commission | AP Rathmann Trust LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 12/30/2009 | EFT | Robert Leroy Kleppe | Commission | AP Rathmann Trust PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Koska, Joseph S. IRA (6781-280) Commission | WELLS FARGO BASE - 8459 | AP Koska,J-IRA AGL 73L | | 85.52 | -85.52 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Commission | AP Koska,J-IRA AGL 73L | WELLS FARGO BASE - 8459 | 85.52 | | 0.00 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Clark, Reginald M IRA (6781-561) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,514.95 | -1,514.95 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Commission | AP Clark,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 504.99 | | -1,009.96 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Commission | AP Clark,R-IRA PLI 930 | WELLS FARGO BASE - 8459 | 504.98 | | -504.98 |
| Check | 1/7/2010 | EFT | Robert Leroy Kleppe | Commission | AP Clark,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 504.98 | | 0.00 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Arisighar, Jahangir-Roth IRA (6781-592) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 210.00 | -210.00 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-ROTH MET 650 | WELLS FARGO BASE - 8459 | 52.50 | | -157.50 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-ROTH AXA 597 | WELLS FARGO BASE - 8459 | 52.50 | | -105.00 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-ROTH AGL 06L | WELLS FARGO BASE - 8459 | 52.50 | | -52.50 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-ROTH LBL 771 | WELLS FARGO BASE - 8459 | 52.50 | | 0.00 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Arisighar, Jahangir SEP (6781-592A) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 157.50 | -157.50 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-SEP IRA LFG 006 | WELLS FARGO BASE - 8459 | 52.50 | | -105.00 |
| Check | 1/28/2010 | EFT | Robert Leroy Kleppe | Commission | AP Arisighar,J-SEP IRA LFG 740 | WELLS FARGO BASE - 8459 | 52.50 | | -52.50 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Ryan Carr** | | | | | | | | | |
| Check | 3/25/2010 | 4932 | Ryan Carr | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Client: Robert Prickett-Traditional IRA (6781-873) | AP Prickett,R-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Total $ Amount: 50,000.00 | AP Prickett,R-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Licensee: Ryan Carr (10.00%) | AP Prickett,R-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | Commission | AP Prickett,R-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 3/25/2010 | 4932 | Ryan Carr | | AP Prickett,R-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,977.50 | -9,977.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Client: Tara Khan Trad IRA (6781-870) | AP Khan,Tara-TRAD IRA AXA 036 | WELLS FARGO BASE - 8459 | 997.75 | | -8,979.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Total $ amount $99,775 | AP Khan,Tara-TRAD IRA LFG 735 | WELLS FARGO BASE - 8459 | 997.75 | | -7,982.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Licensee: Ryan Carr (10%) | AP Khan,Tara-TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 997.75 | | -6,984.25 |
| Check | 3/25/2010 | 4954 | Ryan Carr | Commissions | AP Khan,Tara-TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 997.75 | | -5,986.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA LFG 311 | WELLS FARGO BASE - 8459 | 997.75 | | -4,988.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 997.75 | | -3,991.00 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA JHL 383 | WELLS FARGO BASE - 8459 | 997.75 | | -2,993.25 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA AVL 180 | WELLS FARGO BASE - 8459 | 997.75 | | -1,995.50 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 997.75 | | -997.75 |
| Check | 3/25/2010 | 4954 | Ryan Carr | | AP Khan,Tara-TRAD IRA JHL 633 | WELLS FARGO BASE - 8459 | 997.75 | | 0.00 |
| **Total Ryan Carr** | | | | | | | 14,977.50 | 14,977.50 | 0.00 |
| **Sam Hensley** | | | | | | | | | |
| Check | 11/5/2009 | 2872 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 542.68 | -542.68 |
| Check | 11/5/2009 | 2872 | Sam Hensley | Client: Dan Daffenderfer (6781-312) | AP Diffenderfer,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 542.68 | | 0.00 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 16,703.35 | -16,703.35 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Client: Marsha Diffenderfer-IRA (6781-312A) | AP Diffenderfer,M-IRA HLI 814 | WELLS FARGO BASE - 8459 | 1,870.34 | | -15,033.01 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Total $ amount $119,309.63 | AP Diffenderfer,M-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,870.34 | | -13,362.67 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Licensee: Sam Hensley (14%) | AP Diffenderfer,M-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,870.34 | | -11,692.33 |
| Check | 11/19/2009 | 3281 | Sam Hensley | Commissions | AP Diffenderfer,M-IRA AXA 146 | WELLS FARGO BASE - 8459 | 1,870.34 | | -10,021.99 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,870.34 | | -8,351.65 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,870.34 | | -6,681.31 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,870.34 | | -5,010.97 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,870.34 | | -3,340.63 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,870.34 | | -1,670.29 |
| Check | 11/19/2009 | 3281 | Sam Hensley | | AP Diffenderfer,M-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,670.29 | | 0.00 |
| Check | 3/25/2010 | 4901 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 750.00 | -750.00 |
| Check | 3/25/2010 | 4901 | Sam Hensley | Client: Rogert & Tommie Luckenbach (6781-939) | AP Luckenbach,R&T PLI 140 | WELLS FARGO BASE - 8459 | 750.00 | | 0.00 |
| Check | 3/25/2010 | 4905 | Sam Hensley | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 3/25/2010 | 4905 | Sam Hensley | Client: Dayton E. Hohmann(6781-940) | AP Hohmann,D PLI 140 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| **Total Sam Hensley** | | | | | | | 19,496.03 | 19,496.03 | 0.00 |
| **Secured Financial Strategies,LLC** | | | | | | | | | |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | AP Sandia Ranch Partnership SLA | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 7/2/2009 | 1095 | Secured Financial Strategies,LLC | Commission | AP Sandia Ranch Partnership ING | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 7/2/2009 | 1099 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 7/2/2009 | 1099 | Secured Financial Strategies,LLC | Commission | AP Guerra LBL 165 | WELLS FARGO BASE - 8459 | 250.00 | | -250.00 |
| Check | 7/2/2009 | 1099 | Secured Financial Strategies,LLC | Commission | AP Guerra ING 283 | WELLS FARGO BASE - 8459 | 250.00 | | 0.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | -1,800.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership SLA534 | WELLS FARGO BASE - 8459 | 360.00 | | -1,440.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership LBL165 | WELLS FARGO BASE - 8459 | 360.00 | | -1,080.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership LNL032 | WELLS FARGO BASE - 8459 | 360.00 | | -720.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership ING283 | WELLS FARGO BASE - 8459 | 360.00 | | -360.00 |
| Check | 7/2/2009 | 1103 | Secured Financial Strategies,LLC | Commission | AP RR Guerra Partnership OML446 | WELLS FARGO BASE - 8459 | 360.00 | | 0.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | AP Williams-ROTH LBL 165 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 7/29/2009 | 1216 | Secured Financial Strategies,LLC | Commission | AP Williams-ROTH OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/13/2009 | 1371 | Secured Financial Strategies,LLC | Plate(6781-89) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 8/13/2009 | 1371 | Secured Financial Strategies,LLC | Client: Kathleen Plate | AP Plate OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Williams-IRA(6781-44) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Client: Karl Williams | AP Williams-IRA ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 8/20/2009 | 1409 | Secured Financial Strategies,LLC | Total $ Amount: 30,000.00 | AP Williams IRA ING 283 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 17,920.00 | -17,920.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Client: Kathy Ueoka-IRA | AP Ueoka-IRA LNL 17 | WELLS FARGO BASE - 8459 | 1,792.00 | | -16,128.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Total $ Amount: 112,000.00 | AP Ueoka-IRA AGL 73L | WELLS FARGO BASE - 8459 | 1,792.00 | | -14,336.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Licensee: SFS/Reid Thorburn | AP Ueoka-IRA AXA 804 | WELLS FARGO BASE - 8459 | 1,792.00 | | -12,544.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA AGL 661 | WELLS FARGO BASE - 8459 | 1,792.00 | | -10,752.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA TRA 291 | WELLS FARGO BASE - 8459 | 1,792.00 | | -8,960.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,792.00 | | -7,168.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA LNL 591 | WELLS FARGO BASE - 8459 | 1,792.00 | | -5,376.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ANI 852 | WELLS FARGO BASE - 8459 | 1,792.00 | | -3,584.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA ING 283 | WELLS FARGO BASE - 8459 | 1,792.00 | | -1,792.00 |
| Check | 8/20/2009 | 1426 | Secured Financial Strategies,LLC | Ueoka-IRA (6781-97) Commission | AP Ueoka-IRA OML 446 | WELLS FARGO BASE - 8459 | 1,792.00 | | 0.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Whitaker-IRA(6781-100) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Client: Joel E. Whitaker-IRA | AP Whitaker-IRA ANI 852 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Total $ Amount: 30,000.00 | AP Whitaker-IRA ING 283 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 8/25/2009 | 1474 | Secured Financial Strategies,LLC | Licensee: Pamela Friske (14.00%) | AP Whitaker-IRA OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 3/18/2010 | EFt | Steven Feeken | Commission | AP Hicks,J&L PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 3/18/2010 | EFt | Steven Feeken | Commission | AP Hicks,J&L JHL 833 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| **Total Steven Feeken** | | | | | | | 118,009.91 | 118,009.91 | 0.00 |
| **Steven J. Skijus** | | | | | | | | | |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Client: John J. Hortsclaw (6781-516) | AP Hortsclaw,J PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Total $ amount $25,000 | AP Hortsclaw,J JPI 272 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Hortsclaw,J AXA 729 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | Commissions | AP Hortsclaw,J JPI 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/17/2009 | 3755 | Steven J. Skijus | | AP Hortsclaw,J PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,919.61 | -11,919.61 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Client: Lynn Jean Content-IRA (6781-421) | AP Content,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,191.97 | | -10,727.64 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Total $ Amount: 119,196.03 | AP Content,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,191.96 | | -9,535.68 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Licensee: Steve J.J. Skijus (10.00%) | AP Content,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,191.96 | | -8,343.72 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | Commission | AP Content,L-IRA JPI 062 | WELLS FARGO BASE - 8459 | 1,191.96 | | -7,151.76 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,191.96 | | -5,959.80 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA ING 201 | WELLS FARGO BASE - 8459 | 1,191.96 | | -4,767.84 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA PLI 930 | WELLS FARGO BASE - 8459 | 1,191.96 | | -3,575.88 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,191.96 | | -2,383.92 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA ANI 521 | WELLS FARGO BASE - 8459 | 1,191.96 | | -1,191.96 |
| Check | 12/17/2009 | 3784 | Steven J. Skijus | | AP Content,L-IRA LFG 566 | WELLS FARGO BASE - 8459 | 1,191.96 | | 0.00 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,924.62 | -9,924.62 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Client: Carol J. Williams IRA (6781-563) | AP Williams,C-IRA LLI 899 | WELLS FARGO BASE - 8459 | 992.46 | | -8,932.14 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Total $ Amount $99,245.29 | AP Williams,C-IRA SLA 338 | WELLS FARGO BASE - 8459 | 992.46 | | -7,939.68 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Williams,C-IRA MMI 025 | WELLS FARGO BASE - 8459 | 992.46 | | -6,947.22 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | Commissions | AP Williams,C-IRA LFG 008 | WELLS FARGO BASE - 8459 | 992.46 | | -5,954.76 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA LFG 782 | WELLS FARGO BASE - 8459 | 992.46 | | -4,962.30 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA ING 201 | WELLS FARGO BASE - 8459 | 992.46 | | -3,969.84 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA PLI 980 | WELLS FARGO BASE - 8459 | 992.46 | | -2,977.38 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA AXA 729 | WELLS FARGO BASE - 8459 | 992.46 | | -1,984.92 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA LFG 183 | WELLS FARGO BASE - 8459 | 992.46 | | -992.46 |
| Check | 1/7/2010 | 3969 | Steven J. Skijus | | AP Williams,C-IRA PLI 140 | WELLS FARGO BASE - 8459 | 992.46 | | 0.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | Client: Marjorie L. Limbaugh (6781-748) | AP Limbaugh,M LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | Total $ amount $100,000 | AP Limbaugh,M LFG 246 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | Licensee: Steven J. Skijus (10%) | AP Limbaugh,M AXA 994 | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | Commissions | AP Limbaugh,M AGL 76L | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M PLI 980 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M GLG 089 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/18/2010 | 4408 | Steven J. Skijus | | AP Limbaugh,M AGL 130 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| **Total Steven J. Skijus** | | | | | | | 34,344.23 | 34,344.23 | 0.00 |
| **Stonehurst Securities, Inc.** | | | | | | | | | |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | WELLS FARGO BASE - 8459 | -SPLIT- | | 11,000.00 | -11,000.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Client: Lois Greil IRA (6781-474) | AP Greil,L-IRA LLI 899 | WELLS FARGO BASE - 8459 | 1,100.00 | | -9,900.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Total $ amount $100,000. | AP Greil,L-IRA LNL 740 | WELLS FARGO BASE - 8459 | 1,100.00 | | -8,800.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Licensee:Stonehurst Securities/Holly Nicholas 210 (11%) | AP Greil,L-IRA LNL 26A | WELLS FARGO BASE - 8459 | 1,100.00 | | -7,700.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | Commissions | AP Greil,L-IRA AXA 826 | WELLS FARGO BASE - 8459 | 1,100.00 | | -6,600.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA LNL 782 | WELLS FARGO BASE - 8459 | 1,100.00 | | -5,500.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA ING 036 | WELLS FARGO BASE - 8459 | 1,100.00 | | -4,400.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA AXA 597 | WELLS FARGO BASE - 8459 | 1,100.00 | | -3,300.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA AGL 062 | WELLS FARGO BASE - 8459 | 1,100.00 | | -2,200.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA LBL 771 | WELLS FARGO BASE - 8459 | 1,100.00 | | -1,100.00 |
| Check | 11/25/2009 | 3419 | Stonehurst Securities, Inc. | | AP Greil,L-IRA JPI 183 | WELLS FARGO BASE - 8459 | 1,100.00 | | 0.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Mattison, Tanner L IRA (6781-656) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,500.00 | -5,500.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LLI 899 | WELLS FARGO BASE - 8459 | 550.00 | | -4,950.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA AGL 73L | WELLS FARGO BASE - 8459 | 550.00 | | -4,400.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA AXA 804 | WELLS FARGO BASE - 8459 | 550.00 | | -3,850.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA PLI 930 | WELLS FARGO BASE - 8459 | 550.00 | | -3,300.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 272 | WELLS FARGO BASE - 8459 | 550.00 | | -2,750.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ING 201 | WELLS FARGO BASE - 8459 | 550.00 | | -2,200.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ANI 852 | WELLS FARGO BASE - 8459 | 550.00 | | -1,650.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 782 | WELLS FARGO BASE - 8459 | 550.00 | | -1,100.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA LFG 566 | WELLS FARGO BASE - 8459 | 550.00 | | -550.00 |
| Check | 1/7/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Mattison,T-IRA ANI 521 | WELLS FARGO BASE - 8459 | 550.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Beeson,Jeffrey K-IRA (6781-678) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,370.00 | -6,370.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LLI 899 | WELLS FARGO BASE - 8459 | 637.00 | | -5,733.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA SLA 338 | WELLS FARGO BASE - 8459 | 637.00 | | -5,096.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 008 | WELLS FARGO BASE - 8459 | 637.00 | | -4,459.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA MMI 025 | WELLS FARGO BASE - 8459 | 637.00 | | -3,822.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA PLI 980 | WELLS FARGO BASE - 8459 | 637.00 | | -3,185.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 637.00 | | -2,548.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 637.00 | | -1,911.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA AXA 597 | WELLS FARGO BASE - 8459 | 637.00 | | -1,274.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA AGL 062 | WELLS FARGO BASE - 8459 | 637.00 | | -637.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Beeson,J-IRA ANI 521 | WELLS FARGO BASE - 8459 | 637.00 | | 0.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Miller, Erin R.-IRA (6781-679) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,250.00 | -3,250.00 |

# RETIREMENT VALUE, LLC - KPKF Books
# Payments to Licensee Defendants

### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Miller,E-IRA AXA 729 | WELLS FARGO BASE - 8459 | 650.00 | | -2,600.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Miller,E-IRA LFG 782 | WELLS FARGO BASE - 8459 | 650.00 | | -1,950.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Miller,E-IRA ING 15J | WELLS FARGO BASE - 8459 | 650.00 | | -1,300.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Miller,E-IRA LFG 183 | WELLS FARGO BASE - 8459 | 650.00 | | -650.00 |
| Check | 1/14/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Miller,E-IRA PLI 140 | WELLS FARGO BASE - 8459 | 650.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Stonehurst Securities, Inc. | Julius Harry & Lois M. Severson (6781-773) Commission | WELLS FARGO BASE - 8459 | AP Harry&Severson AGL 130 | | 6,500.00 | -6,500.00 |
| Check | 2/25/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Harry&Severson AGL 130 | WELLS FARGO BASE - 8459 | 6,500.00 | | 0.00 |
| Check | 3/18/2010 | EFT | Stonehurst Securities, Inc. | Johnson,Dennis & Betty (6781-906) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,750.00 | -9,750.00 |
| Check | 3/18/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Johnson,D&B AVL 180 | WELLS FARGO BASE - 8459 | 3,250.00 | | -6,500.00 |
| Check | 3/18/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Johnson,D&B PLI 140 | WELLS FARGO BASE - 8459 | 3,250.00 | | -3,250.00 |
| Check | 3/18/2010 | EFT | Stonehurst Securities, Inc. | Commission | AP Johnson,D&B JHL 833 | WELLS FARGO BASE - 8459 | 3,250.00 | | 0.00 |
| **Total Stonehurst Securities, Inc.** | | | | | | | **42,370.00** | **42,370.00** | **0.00** |
| **Susan R. Black** | | | | | | | | | |
| Check | 1/14/2010 | 4042 | Susan R. Black | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,500.00 | -2,500.00 |
| Check | 1/14/2010 | 4042 | Susan R. Black | Client: Neil Bigham (6781-627) | AP Bigham,N LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 1/14/2010 | 4042 | Susan R. Black | Total $ amount $25,000 | AP Bigham,N MMI025 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 1/14/2010 | 4042 | Susan R. Black | Licensee: Susan R. Black (10%) | AP Bigham,N PLI 980 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 1/14/2010 | 4042 | Susan R. Black | Commissions | AP Bigham,N LFG 183 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 1/14/2010 | 4042 | Susan R. Black | | AP Bigham,N PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 2/11/2010 | 4312 | Susan R. Black | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 2/11/2010 | 4312 | Susan R. Black | Client: Neil Bigham (6781-627A) | AP Bigham, Neil AGL 761 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 2/11/2010 | 4312 | Susan R. Black | Total $ amount $40,000 | AP Bigham, Neil AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/11/2010 | 4312 | Susan R. Black | Licensee: Susan R. Black (10%) | AP Bigham, Neil LFG 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/11/2010 | 4312 | Susan R. Black | Commissions | AP Bigham, Neil PLI 140 | WELLS FARGO BASS - 8459 | 1,000.00 | | 0.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | B&B Long Term Investments (6781-781) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | Commission | AP B&B LongTerm Invest LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | Commission | AP B&B LongTerm Invest LFG 117 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | Commission | AP B&B LongTerm Invest LFG 248 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | Commission | AP B&B LongTerm Invest AXA 091 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 2/25/2010 | EFT | Susan R. Black | Commission | AP B&B LongTerm Invest PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| **Total Susan R. Black** | | | | | | | **11,500.00** | **11,500.00** | **0.00** |
| **T.C. Weston** | | | | | | | | | |
| Check | 1/28/2010 | 4168 | T.C. Weston | | WELLS FARGO BASE - 8459 | -SPLIT- | | 8,000.00 | -8,000.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | Client: James L. Bothe (6781-676) | AP Bothe, J LLI 899 | WELLS FARGO BASE - 8459 | 800.00 | | -7,200.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | Total $ Amount: 100,000.00 | AP Bothe, J SLA 338 | WELLS FARGO BASE - 8459 | 800.00 | | -6,400.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | Licensee: T.C. Weston ( 8.00%) | AP Bothe, J ANI 065 | WELLS FARGO BASE - 8459 | 800.00 | | -5,600.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | Commission | AP Bothe, J AXA 994 | WELLS FARGO BASE - 8459 | 800.00 | | -4,800.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J MMI 025 | WELLS FARGO BASE - 8459 | 800.00 | | -4,000.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J PLI 980 | WELLS FARGO BASE - 8459 | 800.00 | | -3,200.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J AXA 597 | WELLS FARGO BASE - 8459 | 800.00 | | -2,400.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J ING 15J | WELLS FARGO BASE - 8459 | 800.00 | | -1,600.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J LFG 183 | WELLS FARGO BASE - 8459 | 800.00 | | -800.00 |
| Check | 1/28/2010 | 4168 | T.C. Weston | | AP Bothe, J PLI 140 | WELLS FARGO BASE - 8459 | 800.00 | | 0.00 |
| Check | 1/28/2010 | 4172 | T.C. Weston | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 1/28/2010 | 4172 | T.C. Weston | Client: Amma Lynn Jones (6781-677) | AP Jones,Amma LFG 183 | WELLS FARGO BASE - 8459 | 2,000.00 | | -2,000.00 |
| Check | 1/28/2010 | 4172 | T.C. Weston | Total $ Amount: 50,000.00 | AP Jones,Amma PLI 140 | WELLS FARGO BASE - 8459 | 2,000.00 | | 0.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | | WELLS FARGO BASE - 8459 | -SPLIT- | | 250.00 | -250.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | Client: Louise W. Ballman (6781-750) | AP Ballman,L AGL 76L | WELLS FARGO BASE - 8459 | 50.00 | | -200.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | Total $ amount $25,000 | AP Ballman,L AXA 091 | WELLS FARGO BASE - 8459 | 50.00 | | -150.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | Licensee: Dan Charles Ballmann (7%) | AP Ballman,L LFG 183 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | Commissions | AP Ballman,L PLI 140 | WELLS FARGO BASE - 8459 | 50.00 | | -50.00 |
| Check | 2/18/2010 | 4411 | T.C. Weston | | AP Ballman,L AGL 130 | WELLS FARGO BASE - 8459 | 50.00 | | 0.00 |
| **Total T.C. Weston** | | | | | | | **12,250.00** | **12,250.00** | **0.00** |
| **Terrence R. Pipenhagen** | | | | | | | | | |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,080.00 | -1,080.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Client: James W. Weaver, Sr. | AP Weaver LNL 177 | WELLS FARGO BASE - 8459 | 108.00 | | -972.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Total $ Amount: 108,000.00 | AP Weaver AGL 73L | WELLS FARGO BASE - 8459 | 108.00 | | -864.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Licensee: James Craig Orr (14.00%) | AP Weaver AXA 804 | WELLS FARGO BASE - 8459 | 108.00 | | -756.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver LNL 740 | WELLS FARGO BASE - 8459 | 108.00 | | -648.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver TRA 261 | WELLS FARGO BASE - 8459 | 108.00 | | -540.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver ING 201 | WELLS FARGO BASE - 8459 | 108.00 | | -432.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver AGL 66L | WELLS FARGO BASE - 8459 | 108.00 | | -324.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver ANI 852 | WELLS FARGO BASE - 8459 | 108.00 | | -216.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver ING 036 | WELLS FARGO BASE - 8459 | 108.00 | | -108.00 |
| Check | 10/7/2009 | 2112 | Terrence R. Pipenhagen | Weaver (6781-227) Commission | AP Weaver LFG 568 | WELLS FARGO BASE - 8459 | 108.00 | | 0.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,580.00 | -1,580.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Client: Michael Lawrence Fisher-IRA | AP Fisher-IRA LNL 591 | WELLS FARGO BASE - 8459 | 158.00 | | -1,422.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Total $ Amount: 158,000.00 | AP Fisher-IRA AGL 73L | WELLS FARGO BASE - 8459 | 158.00 | | -1,264.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Licensee: Jerry Neal Orr (7.00%) | AP Fisher-IRA AXA 804 | WELLS FARGO BASE - 8459 | 158.00 | | -1,106.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA AXA 146 | WELLS FARGO BASE - 8459 | 158.00 | | -948.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LNL 740 | WELLS FARGO BASE - 8459 | 158.00 | | -790.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ING 201 | WELLS FARGO BASE - 8459 | 158.00 | | -632.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ANI 852 | WELLS FARGO BASE - 8459 | 158.00 | | -474.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LNL 782 | WELLS FARGO BASE - 8459 | 158.00 | | -316.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA LFG 568 | WELLS FARGO BASE - 8459 | 158.00 | | -158.00 |
| Check | 10/15/2009 | 2274 | Terrence R. Pipenhagen | Fisher-IRA (6781-278) Commission | AP Fisher-IRA ING 036 | WELLS FARGO BASE - 8459 | 158.00 | | 0.00 |
| Check | 10/16/2009 | 2301 | Terrence R. Pipenhagen | Hernandez (6781-293) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 150.00 | -150.00 |
| Check | 10/16/2009 | 2301 | Terrence R. Pipenhagen | Client: Carlos Hernandez | AP Hernandez,C ANI 852 | WELLS FARGO BASE - 8459 | 50.00 | | -100.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Walter C. Young** | | | | | | | | | |
| Check | 12/17/2009 | 3737 | Walter C. Young | | WELLS FARGO BASE - 8459 | -SPLIT- | | 5,000.00 | -5,000.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | Client: Anthony J. Perucca (6781-52C) | AP Perucca, A&L LLI 899 | WELLS FARGO BASE - 8459 | 500.00 | | -4,500.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | Total $ amount $50,000 | AP Perucca, A&L AXA 804 | WELLS FARGO BASE - 8459 | 500.00 | | -4,000.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | Licensee: Walter Young (10%) | AP Perucca, A&L LNL 26A | WELLS FARGO BASE - 8459 | 500.00 | | -3,500.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | Commissions | AP Perucca, A&L LNL 740 | WELLS FARGO BASE - 8459 | 500.00 | | -3,000.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L LNL 782 | WELLS FARGO BASE - 8459 | 500.00 | | -2,500.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L AXA 146 | WELLS FARGO BASE - 8459 | 500.00 | | -2,000.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L LFG 566 | WELLS FARGO BASE - 8459 | 500.00 | | -1,500.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L PLI 930 | WELLS FARGO BASE - 8459 | 500.00 | | -1,000.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L ANI 521 | WELLS FARGO BASE - 8459 | 500.00 | | -500.00 |
| Check | 12/17/2009 | 3737 | Walter C. Young | | AP Perucca, A&L PLI 140 | WELLS FARGO BASE - 8459 | 500.00 | | 0.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | WELLS FARGO BASE - 8459 | -SPLIT- | | 10,000.00 | -10,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | Client: Ronsusus & Susan Meijerink (6781-518) | AP Meijerink, R&S LLI 899 | WELLS FARGO BASE - 8459 | 1,000.00 | | -9,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | Total $ amount $100,000 | AP Meijerink, R&S JPI 062 | WELLS FARGO BASE - 8459 | 1,000.00 | | -8,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | Licensee: Walter Young (10%) | AP Meijerink, R&S LNL 26A | WELLS FARGO BASE - 8459 | 1,000.00 | | -7,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | Commissions | AP Meijerink, R&S AXA 826 | WELLS FARGO BASE - 8459 | 1,000.00 | | -6,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S LNL 782 | WELLS FARGO BASE - 8459 | 1,000.00 | | -5,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S PLI 980 | WELLS FARGO BASE - 8459 | 1,000.00 | | -4,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S JPI 183 | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S PLI 930 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S ANI 521 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 12/17/2009 | 3749 | Walter C. Young | | AP Meijerink, R&S PLI 140 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | WELLS FARGO BASE - 8459 | -SPLIT- | | 6,000.00 | -6,000.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | Client: John P. Engerman & Jayne E. Muirhead (6781-804) | AP Engerman&Muirhead LLI 899 | WELLS FARGO BASE - 8459 | 600.00 | | -5,400.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | Total $ amount $60,000 | AP Engerman&Muirhead AXA 994 | WELLS FARGO BASE - 8459 | 600.00 | | -4,800.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | Licensee: Walter Young (10%) | AP Engerman&Muirhead LFG 081 | WELLS FARGO BASE - 8459 | 600.00 | | -4,200.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | Commissions | AP Engerman&Muirhead LBL 361 | WELLS FARGO BASE - 8459 | 600.00 | | -3,600.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead LFG 117 | WELLS FARGO BASE - 8459 | 600.00 | | -3,000.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead LFG 248 | WELLS FARGO BASE - 8459 | 600.00 | | -2,400.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead AXA 091 | WELLS FARGO BASE - 8459 | 600.00 | | -1,800.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead LFG 183 | WELLS FARGO BASE - 8459 | 600.00 | | -1,200.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead PLI 140 | WELLS FARGO BASE - 8459 | 600.00 | | -600.00 |
| Check | 3/4/2010 | 4594 | Walter C. Young | | AP Engerman&Muirhead AGL 130 | WELLS FARGO BASE - 8459 | 600.00 | | 0.00 |
| **Total Walter C. Young** | | | | | | | 21,000.00 | 21,000.00 | 0.00 |
| **Wealth Integrated Network LLC** | | | | | | | | | |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | WELLS FARGO BASE - 8459 | -SPLIT- | | 15,000.00 | -15,000.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | Client: David H. Matthews Trust (6781-517) | AP D Matthews Trust LLI 899 | WELLS FARGO BASE - 8459 | 1,500.00 | | -13,500.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | Total $ amount $150,000 | AP D Matthews Trust AXA 826 | WELLS FARGO BASE - 8459 | 1,500.00 | | -12,000.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | Licensee:Wealth Integrated Network/Gary Martin (10%) | AP D Matthews Trust SLA 338 | WELLS FARGO BASE - 8459 | 1,500.00 | | -10,500.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | Commissions | AP D Matthews Trust JPI 062 | WELLS FARGO BASE - 8459 | 1,500.00 | | -9,000.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust AXA 346 | WELLS FARGO BASE - 8459 | 1,500.00 | | -7,500.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust PLI 980 | WELLS FARGO BASE - 8459 | 1,500.00 | | -6,000.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust JPI 272 | WELLS FARGO BASE - 8459 | 1,500.00 | | -4,500.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust AXA 729 | WELLS FARGO BASE - 8459 | 1,500.00 | | -3,000.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust JPI 183 | WELLS FARGO BASE - 8459 | 1,500.00 | | -1,500.00 |
| Check | 12/17/2009 | 3752 | Wealth Integrated Network LLC | | AP D Matthews Trust PLI 140 | WELLS FARGO BASE - 8459 | 1,500.00 | | 0.00 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Nancy M. Malia Trad IRA (6781-754) commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 9,007.82 | -9,007.82 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LLI 899 | WELLS FARGO BASE - 8459 | 900.80 | | -8,107.02 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LBL 361 | WELLS FARGO BASE - 8459 | 900.78 | | -7,206.24 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LBL 918 | WELLS FARGO BASE - 8459 | 900.78 | | -6,305.46 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA AXA 335 | WELLS FARGO BASE - 8459 | 900.78 | | -5,404.68 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LFG 117 | WELLS FARGO BASE - 8459 | 900.78 | | -4,503.90 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LFG 248 | WELLS FARGO BASE - 8459 | 900.78 | | -3,603.12 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA AXA 091 | WELLS FARGO BASE - 8459 | 900.78 | | -2,702.34 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA LFG 183 | WELLS FARGO BASE - 8459 | 900.78 | | -1,801.56 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA PLI 140 | WELLS FARGO BASE - 8459 | 900.78 | | -900.78 |
| Check | 3/4/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Malia,Nancy TRAD IRA AGL 130 | WELLS FARGO BASE - 8459 | 900.78 | | 0.00 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Turner,Terry Glynn-Traditional IRA (6781-782) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 248.75 | -248.75 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Turner,GT-ROTH IRA AXA 335 | WELLS FARGO BASE - 8459 | 49.75 | | -199.00 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Turner,GT-ROTH IRA LFG 311 | WELLS FARGO BASE - 8459 | 49.75 | | -149.25 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Turner,GT-ROTH IRA AVL 180 | WELLS FARGO BASE - 8459 | 49.75 | | -99.50 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Turner,GT-ROTH IRA PLI 140 | WELLS FARGO BASE - 8459 | 49.75 | | -49.75 |
| Check | 3/25/2010 | EFT | Wealth Integrated Network LLC | Commission | AP Turner,GT-ROTH IRA JHL 833 | WELLS FARGO BASE - 8459 | 49.75 | | 0.00 |
| **Total Wealth Integrated Network LLC** | | | | | | | 24,256.57 | 24,256.57 | 0.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Wesley Davidson** | | | | | | | | | |
| Check | 7/29/2009 | 1207 | Wesley Davidson | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 7/29/2009 | 1207 | Wesley Davidson | Commission | AP Pavlak LNL 177 | WELLS FARGO BASE - 8459 | 375.00 | | -1,125.00 |
| Check | 7/29/2009 | 1207 | Wesley Davidson | Commission | AP Pavlak AGL 73L | WELLS FARGO BASE - 8459 | 375.00 | | -750.00 |
| Check | 7/29/2009 | 1207 | Wesley Davidson | Commission | AP Pavlak LBL 165 | WELLS FARGO BASE - 8459 | 375.00 | | -375.00 |
| Check | 7/29/2009 | 1207 | Wesley Davidson | Commission | AP Pavlak ING 283 | WELLS FARGO BASE - 8459 | 375.00 | | 0.00 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,550.00 | -2,550.00 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Client: Beck Revocable Trust | AP Beck Trust AGL 73L | WELLS FARGO BASE - 8459 | 283.33 | | -2,266.67 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Total $ Amount: $5,000.00 | AP Beck Trust AXA 804 | WELLS FARGO BASE - 8459 | 283.33 | | -1,983.34 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Beck Trust LNL 740 | WELLS FARGO BASE - 8459 | 283.33 | | -1,700.01 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust MAM 860 | WELLS FARGO BASE - 8459 | 283.33 | | -1,416.68 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ING 201 | WELLS FARGO BASE - 8459 | 283.33 | | -1,133.35 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust WPL 982 | WELLS FARGO BASE - 8459 | 283.33 | | -850.02 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ANI 852 | WELLS FARGO BASE - 8459 | 283.33 | | -566.68 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ING 036 | WELLS FARGO BASE - 8459 | 283.34 | | -283.34 |
| Check | 9/14/2009 | 1677 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust LFG 566 | WELLS FARGO BASE - 8459 | 283.34 | | 0.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Jones IRA (6761-148) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Client: James Jones | AP Jones IRA AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | -750.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Total $ amount $30,000 | AP Jones IRA LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | -600.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Jones IRA MAM 860 | WELLS FARGO BASE - 8459 | 150.00 | | -450.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Jones IRA (6761-148) commission | AP Jones IRA ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | -300.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Jones IRA (6761-148) commission | AP Jones IRA TRA 281 | WELLS FARGO BASE - 8459 | 150.00 | | -150.00 |
| Check | 9/30/2009 | 1947 | Wesley Davidson | Jones IRA (6761-148) commission | AP Jones IRA ANI 852 | WELLS FARGO BASE - 8459 | 150.00 | | 0.00 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,550.00 | -2,550.00 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Client: Beck Revocable Trust | AP Beck Trust AGL 73L | WELLS FARGO BASE - 8459 | 283.33 | | -2,266.67 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Total $ Amount: $5,000.00 | AP Beck Trust AXA 804 | WELLS FARGO BASE - 8459 | 283.33 | | -1,983.34 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Beck Trust LNL 740 | WELLS FARGO BASE - 8459 | 283.33 | | -1,700.01 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust MAM 860 | WELLS FARGO BASE - 8459 | 283.33 | | -1,416.68 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ING 201 | WELLS FARGO BASE - 8459 | 283.33 | | -1,133.35 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust WPL 982 | WELLS FARGO BASE - 8459 | 283.33 | | -850.02 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ANI 852 | WELLS FARGO BASE - 8459 | 283.34 | | -566.68 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust ING 036 | WELLS FARGO BASE - 8459 | 283.34 | | -283.34 |
| Check | 10/12/2009 | 2189 | Wesley Davidson | Beck Revocable Trust (6761-162) Commission | AP Beck Trust LFG 566 | WELLS FARGO BASE - 8459 | 283.34 | | 0.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Loftin (6761-274) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | -1,500.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Client: Leslie & Donna Loftin | AP Loftin ING 201 | WELLS FARGO BASE - 8459 | 300.00 | | -1,200.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Total $ Amount: 50,000.00 | AP Loftin ANI 852 | WELLS FARGO BASE - 8459 | 300.00 | | -900.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Licensee: Wesley Davidson (3.00%) | AP Loftin LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | -600.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Loftin (6761-274) Commission | AP Loftin LFG 566 | WELLS FARGO BASE - 8459 | 300.00 | | -300.00 |
| Check | 10/13/2009 | 2203 | Wesley Davidson | Loftin (6761-274) Commission | AP Loftin ING 036 | WELLS FARGO BASE - 8459 | 300.00 | | 0.00 |
| Check | 10/27/2009 | 2590 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | -900.00 |
| Check | 10/27/2009 | 2590 | Wesley Davidson | Client: Samuel & Ruth Pavlak (6761-52A) | AP Pavlak HLI 814 | WELLS FARGO BASE - 8459 | 450.00 | | -450.00 |
| Check | 10/27/2009 | 2590 | Wesley Davidson | Total $ amount $30,000 | AP Pavlak ING 036 | WELLS FARGO BASE - 8459 | 450.00 | | 0.00 |
| Deposit | 10/27/2009 | Deposit | Wesley Davidson | Overpayment on Beck commission. | WELLS FARGO BASE - 8459 | -SPLIT- | 2,550.00 | | 2,550.00 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,395.86 | 154.14 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | Client: Deborah Jones-IRA (6761-309) | AP Jones,D-IRA HLI 814 | WELLS FARGO BASE - 8459 | 239.59 | | 393.73 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | Total $ amount $79,862.12 | AP Jones,D-IRA AGL 73L | WELLS FARGO BASE - 8459 | 239.59 | | 633.32 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Jones,D-IRA AXA 804 | WELLS FARGO BASE - 8459 | 239.59 | | 872.91 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | Commissions | AP Jones,D-IRA AXA 148 | WELLS FARGO BASE - 8459 | 239.59 | | 1,112.50 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA LNL 740 | WELLS FARGO BASE - 8459 | 239.59 | | 1,352.09 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA ING 201 | WELLS FARGO BASE - 8459 | 239.59 | | 1,591.68 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA ANI 852 | WELLS FARGO BASE - 8459 | 239.59 | | 1,831.27 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA LNL 782 | WELLS FARGO BASE - 8459 | 239.59 | | 2,070.86 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA LFG 566 | WELLS FARGO BASE - 8459 | 239.59 | | 2,310.45 |
| Check | 10/29/2009 | 2684 | Wesley Davidson | | AP Jones,D-IRA ING 036 | WELLS FARGO BASE - 8459 | 239.55 | | 2,550.00 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,504.69 | 45.31 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | Client: Barbara D. Cook-IRA (6761-365) | AP Cook,B-IRA HLI 814 | WELLS FARGO BASE - 8459 | 250.47 | | 295.78 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | Total $ amount $83,489.68 | AP Cook,B-IRA LLI 899 | WELLS FARGO BASE - 8459 | 250.47 | | 546.25 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Cook,B-IRA AXA 804 | WELLS FARGO BASE - 8459 | 250.47 | | 796.72 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | Commissions | AP Cook,B-IRA AXA 148 | WELLS FARGO BASE - 8459 | 250.47 | | 1,047.19 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA LNL 740 | WELLS FARGO BASE - 8459 | 250.47 | | 1,297.66 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA ING 201 | WELLS FARGO BASE - 8459 | 250.47 | | 1,548.13 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA ANI 852 | WELLS FARGO BASE - 8459 | 250.47 | | 1,798.60 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA LNL 782 | WELLS FARGO BASE - 8459 | 250.47 | | 2,049.07 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA LFG 566 | WELLS FARGO BASE - 8459 | 250.47 | | 2,299.54 |
| Check | 10/30/2009 | 2734 | Wesley Davidson | | AP Cook,B-IRA ING 036 | WELLS FARGO BASE - 8459 | 250.46 | | 2,550.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,800.00 | 750.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | Client: Deborah Jones (6761-309) | AP Jones,D HLI 814 | WELLS FARGO BASE - 8459 | 180.00 | | 930.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | Total $ Amount: 60,000.00 | AP Jones,D LLI 899 | WELLS FARGO BASE - 8459 | 180.00 | | 1,110.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Jones,D AXA 804 | WELLS FARGO BASE - 8459 | 180.00 | | 1,290.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | Commission | AP Jones,D AXA 148 | WELLS FARGO BASE - 8459 | 180.00 | | 1,470.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D LNL 740 | WELLS FARGO BASE - 8459 | 180.00 | | 1,650.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D ING 201 | WELLS FARGO BASE - 8459 | 180.00 | | 1,830.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D ANI 852 | WELLS FARGO BASE - 8459 | 180.00 | | 2,010.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D LNL 782 | WELLS FARGO BASE - 8459 | 180.00 | | 2,190.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D LFG 566 | WELLS FARGO BASE - 8459 | 180.00 | | 2,370.00 |
| Check | 11/3/2009 | 2791 | Wesley Davidson | | AP Jones,D ING 036 | WELLS FARGO BASE - 8459 | 180.00 | | 2,550.00 |
| Check | 11/9/2009 | 2927 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,072.69 | 1,477.31 |
| Check | 11/9/2009 | 2927 | Wesley Davidson | Client: Diane Carrington (6761-332) | AP Carrington HLI 814 | WELLS FARGO BASE - 8459 | 214.54 | | 1,691.85 |
| Check | 11/9/2009 | 2927 | Wesley Davidson | Total $ Amount: 35,756.21 | AP Carrington ING 201 | WELLS FARGO BASE - 8459 | 214.54 | | 1,906.39 |
| Check | 11/9/2009 | 2927 | Wesley Davidson | Licensee: Wesley Davidson (3.00%) | AP Carrington ANI 852 | WELLS FARGO BASE - 8459 | 214.54 | | 2,120.93 |
| Check | 11/9/2009 | 2927 | Wesley Davidson | Commission | AP Carrington LNL 782 | WELLS FARGO BASE - 8459 | 214.54 | | 2,335.47 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 11/9/2009 | 2927 | Wesley Davidson | | AP Carrington LFG 566 | WELLS FARGO BASE - 8459 | 214.53 | | 2,550.00 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,470.00 | 1,080.00 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | Client: Rex Walthers-IRA (6781-194) | AP Walthers,R-IRA AGL 73L | WELLS FARGO BASE - 8459 | 163.33 | | 1,243.33 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | Total $ Amount: 49,000.00 | AP Walthers,R-IRA AXA 804 | WELLS FARGO BASE - 8459 | 163.33 | | 1,406.66 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Walthers,R-IRA LNL 740 | WELLS FARGO BASE - 8459 | 163.33 | | 1,569.99 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | Commission | AP Walthers,R-IRA ING 283 | WELLS FARGO BASE - 8459 | 163.33 | | 1,733.32 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | AP Walthers,R-IRA ING 201 | WELLS FARGO BASE - 8459 | 163.33 | | 1,896.65 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | AP Walthers,R-IRA WPL 982 | WELLS FARGO BASE - 8459 | 163.33 | | 2,059.98 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | AP Walthers,R-IRA ANI 852 | WELLS FARGO BASE - 8459 | 163.33 | | 2,223.31 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | AP Walthers,R-IRA ING 036 | WELLS FARGO BASE - 8459 | 163.33 | | 2,386.64 |
| Check | 11/11/2009 | 2983 | Wesley Davidson | | AP Walthers,R-IRA LFG 566 | WELLS FARGO BASE - 8459 | 163.36 | | 2,550.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | 1,050.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | Client: William Clark (6781-390) | AP Clark, W AXA 804 | WELLS FARGO BASE - 8459 | 150.00 | | 1,200.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | Total $ Amount: 50,000.00 | AP Clark, W LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | 1,350.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Clark, W LNL 740 | WELLS FARGO BASE - 8459 | 150.00 | | 1,500.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | Commission | AP Clark, W ING 201 | WELLS FARGO BASE - 8459 | 150.00 | | 1,650.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | 1,800.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | 1,950.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W LFG 566 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W AXA 146 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 11/12/2009 | 3046 | Wesley Davidson | | AP Clark, W HLI 814 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,996.25 | -446.25 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | Client: Mark Jones-IRA (6781-412) | AP Jones,M-IRA JPI 062 | WELLS FARGO BASE - 8459 | 374.54 | | -71.71 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | Total $ Amount: $99,875.00 | AP Jones,M-IRA LNL 26A | WELLS FARGO BASE - 8459 | 374.53 | | 302.82 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Jones,M-IRA AXA 826 | WELLS FARGO BASE - 8459 | 374.53 | | 677.35 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | Commission | AP Jones,M-IRA PLI 680 | WELLS FARGO BASE - 8459 | 374.53 | | 1,051.88 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | | AP Jones,M-IRA JPI 183 | WELLS FARGO BASE - 8459 | 374.53 | | 1,426.41 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | | AP Jones,M-IRA AGL 062 | WELLS FARGO BASE - 8459 | 374.53 | | 1,800.94 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | | AP Jones,M-IRA LBL 771 | WELLS FARGO BASE - 8459 | 374.53 | | 2,175.47 |
| Check | 12/3/2009 | 3529 | Wesley Davidson | | AP Jones,M-IRA PLI 140 | WELLS FARGO BASE - 8459 | 374.53 | | 2,550.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,000.00 | -450.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | Client: Dennis C. Bryan (6781-489) | AP Bryan LLI 899 | WELLS FARGO BASE - 8459 | 300.00 | | -150.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | Total $ amount $100,000 | AP Bryan JPI 062 | WELLS FARGO BASE - 8459 | 300.00 | | 150.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Bryan LNL 26A | WELLS FARGO BASE - 8459 | 300.00 | | 450.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | Commissions | AP Bryan AXA 826 | WELLS FARGO BASE - 8459 | 300.00 | | 750.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan LNL 782 | WELLS FARGO BASE - 8459 | 300.00 | | 1,050.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan PLI 980 | WELLS FARGO BASE - 8459 | 300.00 | | 1,350.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan PLI 930 | WELLS FARGO BASE - 8459 | 300.00 | | 1,650.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan AGL 062 | WELLS FARGO BASE - 8459 | 300.00 | | 1,950.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan LBL 771 | WELLS FARGO BASE - 8459 | 300.00 | | 2,250.00 |
| Check | 12/10/2009 | 3641 | Wesley Davidson | | AP Bryan PLI 140 | WELLS FARGO BASE - 8459 | 300.00 | | 2,550.00 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 2,996.25 | -446.25 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | Client: Rickey Johnson IRA (6781-441) | AP Johnson,R IRA LLI 899 | WELLS FARGO BASE - 8459 | 299.58 | | -146.67 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | Total $ amount $99,875 | AP Johnson,R IRA LNL 740 | WELLS FARGO BASE - 8459 | 299.63 | | 152.96 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Johnson,R IRA LNL 26A | WELLS FARGO BASE - 8459 | 299.63 | | 452.59 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | Commissions | AP Johnson,R IRA JPI 062 | WELLS FARGO BASE - 8459 | 299.63 | | 752.22 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA LNL 782 | WELLS FARGO BASE - 8459 | 299.63 | | 1,051.85 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA PLI 680 | WELLS FARGO BASE - 8459 | 299.63 | | 1,351.48 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA AXA 597 | WELLS FARGO BASE - 8459 | 299.63 | | 1,651.11 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA AGL 062 | WELLS FARGO BASE - 8459 | 299.63 | | 1,950.74 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA LBL 771 | WELLS FARGO BASE - 8459 | 299.63 | | 2,250.37 |
| Check | 12/10/2009 | 3670 | Wesley Davidson | | AP Johnson,R IRA LFG 566 | WELLS FARGO BASE - 8459 | 299.63 | | 2,550.00 |
| Check | 12/10/2009 | 3680 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | 1,950.00 |
| Check | 12/10/2009 | 3680 | Wesley Davidson | Client: Elois Miller (6781-506) | AP MILLER, E AXA 597 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 12/10/2009 | 3680 | Wesley Davidson | Total $ amount $20,000 | AP Miller, E AGL 062 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 12/10/2009 | 3680 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Miller, E JPI 183 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 12/10/2009 | 3680 | Wesley Davidson | Commissions | AP Miller, E PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 900.00 | 1,650.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | Client: Jeremy Chambers IRA (6781-531) | AP Chambers IRA LNL 782 | WELLS FARGO BASE - 8459 | 150.00 | | 1,800.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | Total $ amount $30,000 | AP Chambers IRA PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | 1,950.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Chambers IRA PLI 930 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | Commissions | AP Chambers IRA JPI 183 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | | AP Chambers IRA ANI 521 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 12/17/2009 | 3740 | Wesley Davidson | | AP Chambers IRA PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,500.00 | 1,050.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | Client: Shirley & Raul Quardos (6781-557) | AP Quadros,S LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | 1,200.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | Total $ Amount: 50,000.00 | AP Quadros,S AXA 826 | WELLS FARGO BASE - 8459 | 150.00 | | 1,350.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Quadros,S SLA 336 | WELLS FARGO BASE - 8459 | 150.00 | | 1,500.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | Commission | AP Quadros,S LFG 008 | WELLS FARGO BASE - 8459 | 150.00 | | 1,650.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S AXA 346 | WELLS FARGO BASE - 8459 | 150.00 | | 1,800.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S PLI 980 | WELLS FARGO BASE - 8459 | 150.00 | | 1,950.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S LFG 272 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S AXA 729 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S LFG 183 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 12/23/2009 | 3827 | Wesley Davidson | | AP Quadros,S PLI 140 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |
| Check | 12/30/2009 | 3870 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | 1,950.00 |
| Check | 12/30/2009 | 3870 | Wesley Davidson | Client: Ronnie M. Pope (6781-564) | AP Pope,Ron LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 12/30/2009 | 3870 | Wesley Davidson | Total $ Amount: 20,000.00 | AP Pope, Ron LFG 740 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 12/30/2009 | 3870 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Pope, Ron SLC 338 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 12/30/2009 | 3870 | Wesley Davidson | Commission | AP Pope,Ron AXA 346 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/30/2009 | 3873 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | 1,950.00 |
| Check | 12/30/2009 | 3873 | Wesley Davidson | Client: Rocky D. Pope (6781-554) | AP Pope,Roc LLI 899 | WELLS FARGO BASE - 8459 | 150.00 | | 2,100.00 |
| Check | 12/30/2009 | 3873 | Wesley Davidson | Total $ Amount: 20,000.00 | AP Pope,Roc LFG 749 | WELLS FARGO BASE - 8459 | 150.00 | | 2,250.00 |
| Check | 12/30/2009 | 3873 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Pope,Roc SLA 336 | WELLS FARGO BASE - 8459 | 150.00 | | 2,400.00 |
| Check | 12/30/2009 | 3873 | Wesley Davidson | Commission | AP Pope,Roc AXA 346 | WELLS FARGO BASE - 8459 | 150.00 | | 2,550.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,080.00 | -1,530.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Client: Jewel T & Sandra Hodges (6781-594) | AP Hodges, J&S LLI 899 | WELLS FARGO BASE - 8459 | 408.00 | | -1,122.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Total $ amount $136,000 | AP Hodges, J&S HLI 814 | WELLS FARGO BASE - 8459 | 408.00 | | -714.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Licensee: Wes Davidson (3%) | AP Hodges, J&S SLA 336 | WELLS FARGO BASE - 8459 | 408.00 | | -306.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Commissions | AP Hodges, J&S LFG 008 | WELLS FARGO BASE - 8459 | 408.00 | | 102.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S MMI 025 | WELLS FARGO BASE - 8459 | 408.00 | | 510.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S PLI 980 | WELLS FARGO BASE - 8459 | 408.00 | | 918.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S LFG 272 | WELLS FARGO BASE - 8459 | 408.00 | | 1,326.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S AXA 729 | WELLS FARGO BASE - 8459 | 408.00 | | 1,734.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S LFG 183 | WELLS FARGO BASE - 8459 | 408.00 | | 2,142.00 |
| Check | 1/7/2010 | 3943 | Wesley Davidson | Hodges, Jewel T&Sandra (6781-594) Commissions | AP Hodges, J&S PLI 140 | WELLS FARGO BASE - 8459 | 408.00 | | 2,550.00 |
| Check | 1/7/2010 | 3985 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 249.29 | 2,300.71 |
| Check | 1/7/2010 | 3985 | Wesley Davidson | Client: Mark Jones IRA (5781-412A) | AP Jones,Mark-IRA LFG 183 | WELLS FARGO BASE - 8459 | 249.29 | | 2,550.00 |
| Check | 2/4/2010 | 4283 | Wesley Davidson | | WELLS FARGO BASE - 8459 | -SPLIT- | | 681.31 | 1,868.69 |
| Check | 2/4/2010 | 4283 | Wesley Davidson | Client: Judith A. Purvis-Traditional IRA (6781-272) | AP Purvis,J-IRA ING 201 | WELLS FARGO BASE - 8459 | 170.32 | | 2,039.01 |
| Check | 2/4/2010 | 4283 | Wesley Davidson | Total $ Amount: 22,710.28 | AP Purvis,J-IRA ANI 852 | WELLS FARGO BASE - 8459 | 170.33 | | 2,209.34 |
| Check | 2/4/2010 | 4283 | Wesley Davidson | Licensee: Wes Davidson (3.00%) | AP Purvis,J-IRA LFG 782 | WELLS FARGO BASE - 8459 | 170.33 | | 2,379.67 |
| Check | 2/4/2010 | 4283 | Wesley Davidson | Commission | AP Purvis,J-IRA LFG 566 | WELLS FARGO BASE - 8459 | 170.33 | | 2,550.00 |
| **Total Wesley Davidson** | | | | | | | **41,396.34** | **38,846.34** | **2,550.00** |
| | | | **William E. Evans** | | | | | | |
| Check | 7/2/2009 | 1094 | William E. Evans | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 7/2/2009 | 1094 | William E. Evans | Commission | AP Sandia Ranch Partnership SLA | WELLS FARGO BASE - 8459 | 1,750.00 | | -1,750.00 |
| Check | 7/2/2009 | 1094 | William E. Evans | Commission | AP Sandia Ranch Partnership ING | WELLS FARGO BASE - 8459 | 1,750.00 | | 0.00 |
| Check | 7/2/2009 | 1098 | William E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 3,500.00 | -3,500.00 |
| Check | 7/2/2009 | 1098 | William E. Evans | Commission | AP Guerra LBL 165 | WELLS FARGO BASE - 8459 | 1,750.00 | | -1,750.00 |
| Check | 7/2/2009 | 1098 | William E. Evans | Commission | AP Guerra ING 283 | WELLS FARGO BASE - 8459 | 1,750.00 | | 0.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 12,600.00 | -12,600.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | AP RR Guerra Partnership SLA634 | WELLS FARGO BASE - 8459 | 2,520.00 | | -10,080.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | AP RR Guerra Partnership LBL165 | WELLS FARGO BASE - 8459 | 2,520.00 | | -7,560.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | AP RR Guerra Partnership LNL032 | WELLS FARGO BASE - 8459 | 2,520.00 | | -5,040.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | AP RR Guerra Partnership ING283 | WELLS FARGO BASE - 8459 | 2,520.00 | | -2,520.00 |
| Check | 7/2/2009 | 1102 | William E. Evans | Commission | AP RR Guerra Partnership OML446 | WELLS FARGO BASE - 8459 | 2,520.00 | | 0.00 |
| Check | 8/13/2009 | 1370 | William E. Evans | Plate(6781-89) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 200.00 | -200.00 |
| Check | 8/13/2009 | 1370 | William E. Evans | Client: Kathleen Plate | AP Plate OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 8/27/2009 | 1506 | William E. Evans | Amato (6781-139) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,000.00 | -4,000.00 |
| Check | 8/27/2009 | 1506 | William E. Evans | Client: Angelo & Nora Amato | AP Amato AGL 73L | WELLS FARGO BASE - 8459 | 1,000.00 | | -3,000.00 |
| Check | 8/27/2009 | 1506 | William E. Evans | Total $ Amount $200,000 | AP Amato AXA 804 | WELLS FARGO BASE - 8459 | 1,000.00 | | -2,000.00 |
| Check | 8/27/2009 | 1506 | William E. Evans | Licensee: Don Forrest Wisener (10%) | AP Amato ANI 852 | WELLS FARGO BASE - 8459 | 1,000.00 | | -1,000.00 |
| Check | 8/27/2009 | 1506 | William E. Evans | Amato (6781-139) Commission | AP Amato LFG 566 | WELLS FARGO BASE - 8459 | 1,000.00 | | 0.00 |
| Check | 9/15/2009 | 1712 | William E. Evans | Gordiany (6781-174) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 1,620.00 | -1,620.00 |
| Check | 9/15/2009 | 1712 | William E. Evans | Client: Rosie M. Gordiany | AP Gordiany AGL 73L | WELLS FARGO BASE - 8459 | 540.00 | | -1,080.00 |
| Check | 9/15/2009 | 1712 | William E. Evans | Total $ Amount: $1,000.00 | AP Gordiany AXA 804 | WELLS FARGO BASE - 8459 | 540.00 | | -540.00 |
| Check | 9/15/2009 | 1712 | William E. Evans | Licensee: Emil L. Laskowski, Jr. (10.00%) | AP Gordiany MAM 860 | WELLS FARGO BASE - 8459 | 540.00 | | 0.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 24,500.00 | -24,500.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Client: Jack & Dorothy Ballentine | AP Ballentine MET 650 | WELLS FARGO BASE - 8459 | 2,450.00 | | -22,050.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Total $ Amount: 350,000.00 | AP Ballentine AGL 73L | WELLS FARGO BASE - 8459 | 2,450.00 | | -19,600.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Licensee: James Strizak (5.00%) | AP Ballentine AXA 804 | WELLS FARGO BASE - 8459 | 2,450.00 | | -17,150.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine MAM 860 | WELLS FARGO BASE - 8459 | 2,450.00 | | -14,700.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine LNL 740 | WELLS FARGO BASE - 8459 | 2,450.00 | | -12,250.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine ING 201 | WELLS FARGO BASE - 8459 | 2,450.00 | | -9,800.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine WPL 982 | WELLS FARGO BASE - 8459 | 2,450.00 | | -7,350.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine ANI 852 | WELLS FARGO BASE - 8459 | 2,450.00 | | -4,900.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine LFG 566 | WELLS FARGO BASE - 8459 | 2,450.00 | | -2,450.00 |
| Check | 9/16/2009 | 1728 | William E. Evans | Ballentine (6781-183) Commission | AP Ballentine ING 036 | WELLS FARGO BASE - 8459 | 2,450.00 | | 0.00 |
| Check | 9/18/2009 | 1761 | William E. Evans | Hernandez (6781-186) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 800.00 | -800.00 |
| Check | 9/18/2009 | 1761 | William E. Evans | Client: Manuel & Rachel Hernandez | AP Hernandez AGL 73L | WELLS FARGO BASE - 8459 | 200.00 | | -600.00 |
| Check | 9/18/2009 | 1761 | William E. Evans | Total $ Amount: 40,000.00 | AP Hernandez AXA 804 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/18/2009 | 1761 | William E. Evans | Licensee: Emil L. Laskowski, Jr. (10.00%) | AP Hernandez LNL 740 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/18/2009 | 1761 | William E. Evans | Hernandez (6781-186) Commission | AP Hernandez OML 446 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/18/2009 | 1781 | William E. Evans | Stanton IRA (6781-141) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 321.72 | -321.72 |
| Check | 9/18/2009 | 1781 | William E. Evans | Client Dwayne Stanton IRA | AP Stanton IRA ING 036 | WELLS FARGO BASE - 8459 | 321.72 | | 0.00 |
| Check | 9/24/2009 | 1866 | William E. Evans | Bette Akers Leimer Trust(6781-213) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 600.00 | -600.00 |
| Check | 9/24/2009 | 1866 | William E. Evans | Client: Bette Akers Leimer Trust | AP BetteAkersLeimer MET 650 | WELLS FARGO BASE - 8459 | 200.00 | | -400.00 |
| Check | 9/24/2009 | 1866 | William E. Evans | Total $ Amount: 30,000.00 | AP BetteAkersLeimer ING 201 | WELLS FARGO BASE - 8459 | 200.00 | | -200.00 |
| Check | 9/24/2009 | 1866 | William E. Evans | Licensee: Don Forrest Wisener (10.00%) | AP BetteAkersLeimer Tr ANI 85 | WELLS FARGO BASE - 8459 | 200.00 | | 0.00 |
| Check | 9/29/2009 | 1886 | William E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 4,200.00 | -4,200.00 |
| Check | 9/29/2009 | 1886 | William E. Evans | Client: Robert G. Yates | AP Yates ANI 852 | WELLS FARGO BASE - 8459 | 1,400.00 | | -2,800.00 |
| Check | 9/29/2009 | 1886 | William E. Evans | Total $ Amount $30,000 | AP Yates LFG 782 | WELLS FARGO BASE - 8459 | 1,400.00 | | -1,400.00 |
| Check | 9/29/2009 | 1886 | William E. Evans | Licensee: William E. Evans | AP Yates LFG 566 | WELLS FARGO BASE - 8459 | 1,400.00 | | 0.00 |
| Check | 9/29/2009 | 1924 | William E. Evans | Hill IRA (6781-179) commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 249.20 | -249.20 |
| Check | 9/29/2009 | 1924 | William E. Evans | Client:Raymond Hill | AP Hill IRA WPL 982 | WELLS FARGO BASE - 8459 | 124.60 | | -124.60 |
| Check | 9/29/2009 | 1924 | William E. Evans | Total $ amount $12,460.20 | AP Hill IRA ING 036 | WELLS FARGO BASE - 8459 | 124.60 | | 0.00 |
| Check | 10/7/2009 | 2082 | William E. Evans | Dunn IRA (6781-95) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 676.00 | -676.00 |
| Check | 10/7/2009 | 2082 | William E. Evans | Client: Lou Ann Dunn IRA | AP Dunn-IRA LNL 177 | WELLS FARGO BASE - 8459 | 135.20 | | -540.80 |
| Check | 10/7/2009 | 2082 | William E. Evans | Total $ Amount: 33,800.00 | AP Dunn-IRA AGL 66L | WELLS FARGO BASE - 8459 | 135.20 | | -405.60 |

# RETIREMENT VALUE, LLC - KPKF Books
## Payments to Licensee Defendants
### March 2009 through March 2010

| Type | Date | Num | Name | Memo | Account | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-------|-------|--------|---------|
| Check | 10/7/2009 | 2082 | William E. Evans | Licensee: Capitol Financial Group/James Dunn (10.00%) | AP Dunn-IRA LNL 591 | WELLS FARGO BASE - 8459 | 135.20 | | -270.40 |
| Check | 10/7/2009 | 2082 | William E. Evans | Dunn IRA (6781-95) Commission | AP Dunn-IRA ING 263 | WELLS FARGO BASE - 8459 | 135.20 | | -135.20 |
| Check | 10/7/2009 | 2082 | William E. Evans | Dunn IRA (6781-95) Commission | AP Dunn-IRA OML 446 | WELLS FARGO BASE - 8459 | 135.20 | | 0.00 |
| Check | 10/7/2009 | 2121 | William E. Evans | Beadle-IRA (6781-287) Commission | WELLS FARGO BASE - 8459 | -SPLIT- | | 400.00 | -400.00 |
| Check | 10/7/2009 | 2121 | William E. Evans | Client: Gary Beadle-IRA | AP Beadle-IRA HLI 814 | WELLS FARGO BASE - 8459 | 100.00 | | -300.00 |
| Check | 10/7/2009 | 2121 | William E. Evans | Total $ Amount: 20,000.00 | AP Beadle-IRA AGL 73L | WELLS FARGO BASE - 8459 | 100.00 | | -200.00 |
| Check | 10/7/2009 | 2121 | William E. Evans | Licensee: Gary Beadle (5.00%) | AP Beadle-IRA ING 201 | WELLS FARGO BASE - 8459 | 100.00 | | -100.00 |
| Check | 10/7/2009 | 2121 | William E. Evans | Beadle-IRA (6781-287) Commission | AP Beadle-IRA LFG 566 | WELLS FARGO BASE - 8459 | 100.00 | | 0.00 |
| Check | 10/22/2009 | 2466 | William E. Evans | | WELLS FARGO BASE - 8459 | -SPLIT- | | 500.00 | -500.00 |
| Check | 10/22/2009 | 2466 | William E. Evans | Client: William J. Nester | AP Nester AGL 73L | WELLS FARGO BASE - 8459 | 166.67 | | -333.33 |
| Check | 10/22/2009 | 2466 | William E. Evans | Total $ Amount $25,000 | AP Nester AXA 804 | WELLS FARGO BASE - 8459 | 166.67 | | -166.66 |
| Check | 10/22/2009 | 2466 | William E. Evans | Licensee: Emil Laskowski, Jr. (10%) | AP Nester AGL 66L | WELLS FARGO BASE - 8459 | 166.65 | | 0.00 |
| Total William E. Evans | | | | | | | 57,066.92 | 57,066.92 | 0.00 |
| TOTAL | | | | | | | 10,564,069.46 | 10,560,569.46 | 3,500.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TRANSCRIPTION OF AUDIO RECORDING

## RE: STATE OF TEXAS V. RETIREMENT VALUE, LLC, et al.


## CONFERENCE CALL RECORDING

## October 27, 2009

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT

**5**

438

62

those that I would never have appointed. Which he said it more politely than that, but that was the bottom line. You know, who do we have here that we really don't want, that we shouldn't have had in the first place?

MR. BAKER: Now, a conversation, once engaged, that I will need to have will be with the law firm.

MR. RICHARD GRAY: Okay.

MR. BAKER: Okay. The nature of the escrow agreement and how funds are disbursed out of it will need to change somewhat. Okay. I haven't reviewed that yet --

MR. RICHARD GRAY: Okay.

MR. BAKER: -- the agreement. But I'm inferring some things from the other agreements based on what I've seen. And so I think those inferences are safe. So the escrow agreement will need to change its nature and who is authorizing what.

MR. RICHARD GRAY: Okay.

MR. BAKER: Okay.

MR. RICHARD GRAY: Now, as a matter of fact, that highlights an obvious thing. You know, Brent Free was standing by to come. And I think I just assumed that he knew the meeting was here about 1:00.

63

And I haven't heard from him so he may have been waiting. It's probably just as well, we've got --

MR. BAKER: It's probably better that he -- he wasn't here, because he's one of the to-dos.

MR. RICHARD GRAY: Okay.

MR. BAKER: So that's -- you know, that's probably better. That was providential.

MR. RICHARD GRAY: Now, just if I -- again, you may not have -- you may not have the model ready to be shared. But what I hear you saying is: Changes in the escrow agent and then the irrevocable co-beneficiary was a little problematic to use a word. What we thought was a solution, you see as a problem. So that's going to change as well.

MR. BAKER: Yes. You know, the securitization of a life insurance policy is exacerbated by ownership, the way that you've got it structured, and the co -- the single co-beneficiary on the life insurance policy, where, then, the people on the subaccount have receivables from the beneficiary. Okay. That two-tiering process is problematic.

MR. RICHARD GRAY: Okay.

MR. BAKER: I came here prepared to ask different questions up front. And God, pretty obviously, has gone before me here. I thought I was

64

going to ask questions about what do you think they're really buying when they're sending you money? And you guys know. So, I mean, this is -- I was expecting, you know, to spend an hour talking about those things. And, I mean, we're not there. We're somewhere else. Which is a very good thing. I'm greatly encouraged by that. And so that's a good thing. But they need to understand that -- what it is that they're buying and what authority and control they have over it. I think these are positive marketing things. In the age of Bernie Madoff. Okay. You want things separate-accounted, you want things transparent, and you want the investor to have as many triggers and controls as they can have. And if you do that, it just so happens that you don't have very much legal liability. So if you do the right thing from the marketing standpoint, it just so happens that it works out very well legally.

MR. RICHARD GRAY: Now, what do we do looking backwards to the $26 million already collected from 271 people?

MR. BAKER: That's going to be rehab work and that's going to take the most amount of my time. We're going to have some rehab work to do there. So new agreements, changes to agreements, mods, things like that. And I'm going to have to dodge the issue of

65

specifics on that until I understand more about who those people are, how they came to be, who the business was written through, all of those kinds of things.

MR. RICHARD GRAY: I would say 70 percent of that was qualified. Although, lately, our model has been producing mostly 70 percent nonqualified.

MR. BAKER: This is why the non-securitized model is so important to your marketing strategy. It's not the reasons why you think. Once you go securitized, you can't take more than 20 -- 25 percent of your capital in your fund, be it from a list of sources. Because if you do, you become an asset manager or fiduciary of the plan under Section 101 and 103 of ERISA. Okay. So you need a non-securitized model.

MS. ROGERS: Uh-huh.

MR. RICHARD GRAY: Okay.

MR. BAKER: The sanitization works both ways.

MR. RICHARD GRAY: If I don't put the next issue on the table and let you go back to Dallas not knowing this, wonder what else you did for me. The model has grown so quickly that in the purchasing -- and this was news to Bruce too. The model has grown so quickly that in the buying of policies, the disbursement

66

of client funds, I would describe as a leaning — a financial Leaning Tower of Pisa. That's another way of saying, if somebody came in right now from a regulator and took a photograph of our operation and all the bottom lines and all numbers and all the policy and all the subaccounts, they would call us a Ponzi scheme.

MR. BAKER: You're going to have to flesh that out for me.

MR. RICHARD GRAY: Okay. We did an audit -- we did an audit a couple of weeks ago. And the fully subscribed policies that have already been removed from the bouquet -- I think we're now up to 16.

MR. BAKER: I thought it was $26 million at face.

MR. RICHARD GRAY: Well, out of the total 26 million at face -- no, no, no. Out of the 26 million in client money that's been received -- we can -- we can give you the tally of what we -- either we have purchased or we have in motion for sale right now, 71 million at face. And I would say, you know, in rough numbers, 40 million has been pulled off. I'm guessing. Katy can get it for you exact. But what I —

MR. BAKER: Okay. But that -- that line of demarcation is important to me. How much has been issued and is -- and is titled to RV?

67

MR. RICHARD GRAY: How many policies do we have on our own? Maybe 14 or 16. We can get the list for you.

MR. JEREMY GRAY: Oh, no, it's — you mean --

MR. RICHARD GRAY: Ownership.

MR. JEREMY GRAY: — ownership? It's probably 19.

MR. RICHARD GRAY: Nineteen with ownership.

But not only the ones --

MR. BAKER: Why don't you put your best estimate on that, Jeremy. Take a little (unintelligible).

MR. JEREMY GRAY: I could have come prepared had I known.

Some are 850; some are five. I'd say, ballpark, three million base on average. Would you think that's --

MR. RICHARD GRAY: Yeah, because some a little lower. Because some of our more -- some of our recent policies have been five and six million.

MR. JEREMY GRAY: Yeah.

MR. RICHARD GRAY: So I would -- I would say --

68

MR. JEREMY GRAY: Somewhere down the middle. Two to three million, on average, times --

MR. BAKER: So we have 19 policyholders and we're going to assume three million. So we have 57 million at face.

MR. RICHARD GRAY: It's probably a little less than that.

But anyway, we -- the point is -- the point is that when -- you know, by definition, when a policy is fully subscribed and the payments have been made and commissions have been dispersed, then the premium account -- and we've advertised the premium account should be in place for life expectancy plus 24 months, that's our model. And so when we get an audit and we took into account the money that Kiesling has in those subaccounts right now --

MR. BAKER: For those 19 policies.

MR. RICHARD GRAY: -- for those — well, for the fully subscribed policies, yes.

MR. JEREMY GRAY: And they're not all -- of those 19, they're not all fully subscribed.

MR. RICHARD GRAY: No, I would say you've got -- see we own some that are still in the bouquet being sold.

MR. BAKER: Okay. So what you're telling

69

me is: You're buying policies. And you're using funds to buy those policies that have been remitted in advance prior to the policy -- a decision being made to purchase it. And then after the policy is purchased, you're continuing to raise money for that policy and that subaccount.

MR. RICHARD GRAY: Right. Which is -- which is the model.

MR. BAKER: Uh-huh.

MR. RICHARD GRAY: The difference -- the problem, though, is that we've grown so quickly that we've been spending money so rapidly to buy more policies to keep the model intact with ten at a time. And not doing the life partners model of getting it all in one place and then going shopping. But when we do an audit on the premium accounts for the fully subscribed policies, the money that Kiesling has on hand and the inbound money that was dedicated only to those policies --

MR. BAKER: Let's not talk about those. Let's just talk about the amount that they have on hand.

MR. RICHARD GRAY: Well, except — except that even the accounting firm is saying, if there's money inbound that is dedicated to only those policies, that -- that's put into the mix. When you do that and

| From: | tmoss@retirementvalue.com |
|---|---|
| Sent: | Friday, November 13, 2009 7:21 AM |
| To: | Dick Gray <rgray@retirementvalue.com> |
| Cc: | wrogers@retirementvalue.com; sendmegoodnews@yahoo.com; 'Sansing Edmond' <eddy@thesafeinvestment.com>; bcollins@retirementvalue.com |
| Subject: | RE: FW: Research |

So everyone is up to speed. This is a prospective licensee doing some research before the meeting next week in Seattle. I emailed him back that he should should defer to the licensee inviting him and that the owner of the company and myself will be there in person next week to answer any and all questions he may have. This licensee was recruited by Al Green with a very generic email he sent out that was approved. Any questions, call me.

The agenda for next week will follow soon.

Thank you,
Tracy

Tracy E. Moss, LUTCF
Director of Sales & Marketing
Retirement Value, LLC
457 Landa St., Suite B
New Braunfels, Texas 78130
T: (830) 624-8858
C: (210) 373-9707
F: (866) 778-9981
tmoss@retirementvalue.com

CONFIDENTIALITY NOTICE -- The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC that is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the employee of agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of federal criminal law.

-------- Original Message --------
Subject: FW: Research
From: "Dick Gray" <rgray@retirementvalue.com>
Date: Fri, November 13, 2009 5:12 am
To: <bcollins@retirementvalue.com>, <tmoss@retirementvalue.com>
Cc: <wrogers@retirementvalue.com>, <sendmegoodnews@yahoo.com>,
"'Sansing Edmond'" <eddy@thesafeinvestment.com>

With special thanks to Wendy for her thoughtful follow-up... This needs to be fixed immediately. As of this e-mail, it seems we do not know where the language in this specific event invitation originated. As soon as we find out, schedule a public flogging Tracy and I can witness as soon as we arrive in Seattle.



EXHIBIT

6

RVR020617
441

Dick Gray
President / CEO
Retirement Value, LLC
457 Landa Street, Suite B, New Braunfels, TX 78130
P.O. Box 310635, New Braunfels, TX 78131-0635
(830) 624-8858 ofc (866) 498-4644 fax (210) 392-3550 mobile
rgray@retirementvalue.com

CONFIDENTIALITY NOTICE -- The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

-----Original Message-----
From: Wendy Rogers [mailto:wrogers@retirementvalue.com]
Sent: Thursday, November 12, 2009 9:42 PM
To: bcollins@retirementvalue.com
Cc: 'Dick Gray'; tmoss@retirementvalue.com
Subject: FW: Research

Below is an email that I requested Mr. Harter to send me after our conversation today. He had mentioned that there was a sentence in the email he had received for the invitation to the event on the 17th that caused him some concern. I will clarify with him who it was sent by, since I believe both Al Green and Victor Cruz were sending invitations out. Maybe Tracy can help us narrow it down to who sent the invitation...

Thanks!

Wendy Rogers
Vice President, Administration & Services
(830) 624-8858 office
(210) 363-2910 cell

CONFIDENTIALITY NOTICE -- The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

-----Original Message-----
From: Richard Harter [mailto:r.harter@comcast.net]
Sent: Thursday, November 12, 2009 6:32 PM
To: Wendy Rogers
Subject: Re: Research

Wendy,

Thank you for taking the time to have a discussion with me this afternoon.

RVR020618
442

As you know, impressions are everything. We can send out the wrong impressions even when it may be appropriate to use certain language, or at least language the seems to be compliant.

Here is the language in the invitation that caused my antenna to go up. I assume this phrase is approved by your compliance department because the top of the invitation has your logo. This is just my observation.

"Low investment minimum of 25K. Traditionally available only to institutions, city/state pensions, and accredited investors . . . it has only recently become available to the general public."

In your case, all of that may be true. If you look at the phrase it is a take away phrase. A phrase of exclusivity. A phrase to pull someone in that perhaps should not be pulled in. It is a phrase that would indicate there is a return "investment" on the dollars invested. It says that only "accredited investors" have had access to the product. Most people do not know what a "accredited investor" is or what the qualifications are to be one. It does not say, minimum premiums $25,000, it says "minimum investment." It would lead me to believe it is a product that is supervised by the SEC and the NASD and it has a prospectus I can read, when in fact it is not a securities. It is supervised, I would assume, by the Insurance Commissioner of each state beings it is insurance based and only requires an insurance license to sell.

To me it is misleading. ". . . it has only recently become available to the general public" might be true, but it is a typical phrase I have seen used with ponzi schemes and such. A phrase that was used the put a lot of people in jail.

What I tell my agents is to never pump up the great product that we have. It is good enough and has no need to be pumped up.

I may be over sensitive to this terminology because I looked at and investigated, the company, legal firms and the escrow company for an investment product that looked like it was a good product. For me I declined participating in the sale of the product because I could not follow the money all the way in and back out to the investor. There were too many things hidden behind closed doors. They used the phrase, "traditionally available to . . . and now available to you" as well.

When you are dealing with regulatory agencies, we need to be careful about the language that we use so that we are not recategorized in a way that makes life more difficult. I would assume you do not want your product to be a security.

I am looking forward to next week. Just some of my thoughts.

Best Regards,

M/DRP Marketing Services, Inc.
Richard L. Harter, CPM, CSM, CRES
President/CEO
206-478-3507
www.rh.LEBAmerica.com
----- Original Message -----
From: "Wendy Rogers" <wrogers@retirementvalue.com>
To: <r.harter@comcast.net>
Sent: Thursday, November 12, 2009 11:01 AM

RVR020619
443

Subject: RE: Research

Will get back with you later this afternoon. Talk to you soon!

Wendy Rogers
Vice President, Administration & Services
(830) 624-8858 office
(210) 363-2910 cell

CONFIDENTIALITY NOTICE -- The documents and information accompanying this
electronic transmission contain information belonging to Retirement Value,
LLC which is confidential and/or legally privileged under Federal privacy
laws. It is intended only for the exclusive use of the addressee. If the
reader of the message is not the intended recipient, or the agent or
employee of an agent responsible for delivering it to the intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited by law. If you have
received this communication in error, please notify us by telephone
immediately. Unauthorized interception of this electronic transmission is a
violation of Federal criminal law.

-----Original Message-----
From: r.harter@comcast.net [mailto:r.harter@comcast.net]
Sent: Thursday, November 12, 2009 8:25 AM
To: wrogers@retirementvalue.com; r.harter@comcast.net
Subject: RE: Research

Wendy,

I appreciate your response. I am looking forward to your phone call. I
will be available this afternoon after 3:00 pm. My morning is booked.

Best regards . . . Richard Harter 206-478-3507

----------
Sent from my Verizon Wireless mobile phone

------Original Message------
From: Wendy Rogers <wrogers@retirementvalue.com>
To: <r.harter@comcast.net>
Date: Thu, Nov 12, 12:14 AM -0600
Subject: RE: Research

Mr. Harter,


I appreciate your inquiry and the fact that you would like to attend the
meeting on 17th fully prepared. At the moment we do not provide
information online to the general public due to the highly regulated
environment we operate in.


I was cc'd on an email by Tracy Moss on her response to your email, as she
and Dick Gray will be assisting and presenting at the meeting in Washington.
However, as one of the owners of Retirement Value, I would like to take the

RVR020620

opportunity to speak to you via telephone to answer your questions prior to the meeting. Going back and forth via email with questions and answers will probably not be an efficient use of your time.

I will give you a call tomorrow late morning to answer your questions.

Have a great evening!

Wendy Rogers

Vice President, Administration & Services

(830) 624-8858 office

(210) 363-2910 cell

CONFIDENTIALITY NOTICE -- The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

From: Richard Harter [mailto:r.harter@comcast.net]
Sent: Wednesday, November 11, 2009 10:10 AM
To: rv@retirementvalue.com
Subject: Research

As you know your Retirement Value LLC site is only for those that have the password, etc. What do you have available on-line to do some due diligence, both on your organization and on the product that you are promoting?

I plan on attending a presentation in Seattle on the 17th and would like some due diligence and the ability to get up to speed some before that meeting.

Best Regards,

M/DRP Marketing Services, Inc.
Richard L. Harter, CPM, CSM, CRES
President/CEO
206-478-3507
www.rh.LEBAmerica.com

RVR020622
446

| From: | Dick Gray. | | Sent:1/11/2010 5:18 AM. |
| --- | --- | --- | --- |
| To: | Nick@FreestoneCapital.com. | | |
| Cc: | mike@mabrio.com. | | |
| Bcc: | Wendy Rogers; Bruce Collins; Casie Morales. | | |
| Subject: | Actionable e-mail comments. | | |

Nick:

I already know what my attorneys are going to say: they'll believe a useful preliminary process would be for you to visit with me directly and personally about the comments in your e-mail below. That will allow you to explain your position and points of view about us – and why you feel justified expressing such untrue and damaging views about us so openly in such a public way. Such an exchange also will give me a chance to tell you directly the truth about Retirement Value versus the incorrect information you now possess from whatever secondary sources.

The preliminary visit(s) you and I have will determine what additional steps Retirement Value will be compelled to take to protect its reputation from falsehoods such as yours.

I am easily reached by e-mail @ rgray@retirementvalue.com or by phone @ (210) 392-3550. What happens next is largely your "call" (no pun intended) but if I were you I would not linger very long on this matter.

Dick Gray

President / CEO

Retirement Value, LLC

457 Landa Street, Suite B, New Braunfels, TX 78130

P.O. Box 310635, New Braunfels, TX 78131-0635

(830) 624-8858 ofc (866) 498-4644 fax (210) 392-3550 mobile

rgray@retirementvalue.com

_____

CONFIDENTIALITY NOTICE – The documents and information accompanying this electronic transmission contain information belonging to Retirement Value, LLC which is confidential and/or legally privileged under Federal privacy laws. It is intended only for the exclusive use of the addressee. If the reader of the message is not the intended recipient, or the agent or employee of an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify us by telephone immediately. Unauthorized interception of this electronic transmission is a violation of Federal criminal law.

From:Nick Cicero [mailto:Nick@FreestoneCapital.com]
Sent: Friday, January 08, 2010 4:38 PM
To: Michael Sommers
Cc: Bob Mellon
Subject: RE: Referral from



EXHIBIT
7
tabbies'

RVR016335
447

Because "Retirement Value is very shady. At best, it's less than fair. At worst, it's a ponzi scheme/outright fraud. I'm surprised someone felt confident enough to approach a firm of our stature and integrity with such a clearly deceitful offering.

Nick Cicero, CAIA
Senior Portfolio Manager - Alternative Investments

———

From: Michael Sommers [mailto:mike@mabrio.com]
Sent: Friday, January 08, 2010 1:50 PM
To: Nick Cicero
Subject: RE: Referral from Bob Mellon

Any particular reason?

Mike Sommers- President

Email - Mike@Mabrio.com

Web - www.mabrio.com

Mobile - 503.502.6879

From: Nick Cicero [mailto:Nick@FreestoneCapital.com]
Sent: Friday, January 08, 2010 1:45 PM
To: Michael Sommers
Subject: RE: Referral from Bob Mellon

Sorry, Mike, it's a pass for us.

RVR016336

Nick Cicero, CAIA
Senior Portfolio Manager – Alternative Investments

———

From:Michael Sommers [mailto:mike@mabrio.com]
Sent: Friday, January 08, 2010 1:43 PM
To: Nick Cicero
Subject: RE: Referral from Bob Mellon

Nick – Any questions about the data I sent over?

Mike Sommers- President

Email - Mike@Mabrio.com

Web - www.mabrio.com

Mobile - 503.502.6879

From:Nick Cicero [mailto:Nick@FreestoneCapital.com]
Sent: Monday, December 21, 2009 3:39 PM
To: Micheal Sommers
Subject: RE: Referral from Bob Mellon

Mike – I will review and revert in the next few weeks. Nick

Nick Cicero, CAIA
Senior Portfolio Manager - Alternative Investments

———

RVR016337
449

From:Micheal Sommers [mailto:mike@mabrio.com]
Sent: Thursday, December 17, 2009 9:38 AM
To: Nick Cicero
Subject: RE: Referral from Bob Mellon

Nick - Understandable. I've attached a few basic marketing pieces. Shall I follow up with you at a later date?

Mike

From:Nick Cicero [mailto:Nick@FreestoneCapital.com]
Sent: Thursday, December 17, 2009 9:29 AM
To: Micheal Sommers
Subject: RE: Referral from Bob Mellon

Michael —Thanks for reaching out. Could you please send me more information first? I receive multiple unsolicited investment offers daily and don't have time to sort through them all. Nick

Nick Cicero, CAIA
Senior Portfolio Manager – Alternative Investments

———

From:Micheal Sommers [mailto:mike@mabrio.com]
Sent: Wednesday, December 16, 2009 2:18 PM
To: Nick Cicero
Subject: Referral from Bob Mellon

Nick,

I had a conversation with Bob Mellon last week about a non-market correlated alternative investment product I've been working with recently. He informed me the returns and non-correlated nature of the asset were in the target area of what several of his clients were looking for and asked me to speak with you regarding the product and its specifics.

Is there a time we can get together to discuss it?

Regards,

Michael Sommers

RVR016338

Partner, Business Director

Email | mike@mabrio.com

Mobile | 503.502.6879

www.mabrio.com

RVR016339

IN THE DISTRICT COURT OF
TRAVIS COUNTY, TEXAS
-------------------------------------------x
STATE OF TEXAS,

              Plaintiff,

                            Cause No.
   vs.                      D-1-GV-10-000454

RETIREMENT VALUE, LLC, et al.,


              Defendants.

JAMES SETTLEMENT SERVICES, LLC, et al.

              Third-Party
              Defendants
-------------------------------------------x
                    DATE: January 25, 2013

                    TIME: 9:07 a.m.


Videotaped Deposition of:

            JEREMY GRAY

            VOLUME I

called for oral examination by counsel for

Third-Party Defendants, pursuant to Notice, held at

the office of BUCHANAN INGERSOLL, Two Liberty Place,

50 South 16th Street, Suite 3200, Philadelphia,

Pennsylvania, before CORINNE J. BLAIR, a CRR, CCR,

RPR, CLR, of AcuScribe Court Reporters, and a Notary

Public for the Commonwealth of Pennsylvania.

AcuScribe Court Reporters, Inc.
(800) 497-0277



c4a5               453 414

Page 94

be me and Katie, or me and -- we brought on an assistant to help me with the policies, the payment of the policies, so I could start architecting the app.

And so these meetings became more increasingly absent of Dick and Wendy.

And Brent and I both shared the same concern, and talked about it on more than one occasion. I mean, that we need to have money from policy A that comes in. That's the only money that goes to pay for the purchase price of policy A, not X and Y coming over here and -- it was very confusing. And it just seemed -- it seemed ridiculous. And I challenged them on it, and said, well -- I challenged Dick and Wendy on it, and said -- this is right around that December million-dollar payment. And they were stressed out of their mind. Ron was putting a lot of pressure on them. He was saying, we're going to pull this policy if you don't get me a check right now, and pay the money for this. So Brent and I were on the same page, for sure.

I asked Dick and Wendy. I said, we've got to start taking money from policy A, and that's the only money that goes to pay for the

Page 95

purchase price of policy A. And the answer I was given from the owners was, we owe Ron a lot of money on this line of credit. We can't rock the boat and start dictating to Ron how we're going to run our business.

Q   Okay. The -- was the concern -- tell me -- well, was this consistent or inconsistent with what the investors were told those sub-escrow accounts would be used for?

MR. SMITH: Object to the form.

MR. GALANT: Objection to form.

MR. THOMAS: Strike that.

BY MR. THOMAS:

Q   Did this cause you any concern, vis-a-vis the investors, using the money this way?

A   Well, if I was an investor, which I wasn't, I would be a little concerned that some of the money coming in was going off to pay -- even though it would balance out when all the policies were fully subscribed, in the interim, I would be concerned that that money would be going to a different policy's purchase price, yes.

Q   And were --

MR. SMITH: Objection. Non-responsive.

BY MR. THOMAS:

Page 96

Q   Were the investors being told that when they paid their money -- well, strike that.

What were the investors being told would happen to their money and what it would be used for, in terms of policies, once they sent it in to RV?

MR. SMITH: Object to the form.

MR. GALANT: Objection to form.

THE WITNESS: It's probably not a question for -- up my alley. But I -- my perspective on it was that the investors were being told that their money would go into a separate, segregated sub-escrow account that would remain in there for the payment of the premiums for that policy, solely that policy.

BY MR. THOMAS:

Q   Okay. Let -- I might have used the wrong word, "told" instead of "understood." Ask the same question slightly different.

What did you understand was supposed to happen with that money in a particular sub-escrow account, vis-a-vis, what policies it could be used for?

A   Well, I guess my understanding would be that -- well, like I said, I don't know if -- let me

Page 97

see how to phrase this.

It was my understanding that the investors were told that the money in the sub-escrow account for that policy that they had participated in would be used only for the premium payment of that policy.

Q   Okay.

A   I don't know if that answers your question.

Q   Yes. And so was part of the reason you -- well, why did Mr. -- what did Mr. -- what did you understand Mr. Free's concerns were?

A   He and I were very much on the same page. I saw it -- dare I use the word Ponzi. That was not their intent.

I believe -- I truly believe this was just ignorance, but you start crossing lines when you have money that's supposed to be going, you know, from an investor for this policy and using that money in the interim to pay for anything else. That, to me, was a violation of just basic, you know, 101. You know, investment 101.

Q   Okay.

A   That just -- you don't do that, I guess, in my -- in my mind, at least.

25 (Pages 94 to 97)

c4a5cb66-6ddd-4347-af3d-aa9134c4a414
454

Page 230

something in the material for that. And I, you know, received a lot of pressure, I guess. You know -- you know, we don't want to -- at that time, I don't even think RV had a backup plan should these run long.

So, um, I -- where do you begin with that? I mean, it's -- they didn't even have legal documentation on how they were going to collect that money, how they were going to enforce.

I remember conversations with Dick and Wendy saying, well, what if RV were to buy them back if nobody wants to carry those policies. What if we just buy them back and get them off the hook. You know, that's something we can do.

So it was -- it was really all over the place.

BY MR. THOMAS:

Q   Okay. What --

MR. THOMAS: Let's go ahead and mark that real quick. And then I'll ...

(Exhibit-6, E-mail, was received and marked for identification at this time.)

BY MR. THOMAS:

Q   In summary, I'm not going to ask you any

Page 231

questions on it, really. I just want to get it in the record.

Is Exhibit 6 an e-mail where you're explaining this exponential growth and the premium costs to Wendy Rogers?

A   Okay. So this -- this part here?

Q   Yeah. I think the whole thing is she starts out asking you questions on how it works and stuff, and then the end of it is you're explaining it up there at the top.

A   Can I take a minute to read it?

Q   Sure.

A   Okay.

Q   Is Exhibit 6 an e-mail from you to Wendy Rogers and to Dick Gray and Marissa Kane explain -- I'm sorry. That's right.

Is that an exhibit explaining to them how the cost of the premiums will increase over time?

A   Yes. I believe -- yes, to answer your question.

Q   Okay. And it will increase a little more than they otherwise would, because RV was trying to engage in what's called premium optimization; is that right?

Page 232

A   Correct.

Q   Okay. And so, do you remember that the average LE on the RV portfolio was roughly 54 months?

A   That sounds about right, sure.

Q   Okay. And so if AVS and 21st or, let's say, if that's 200 percent too short, then that would bump that up to, you know, being from four-and-a-half years to nine or more years?

A   Correct.

Q   And then there still wouldn't be -- there wouldn't be a 95 percent chance that the person would be dead by nine years. It would be a 50/50 chance; is that right?

MR. GALANT: Objection to form.

MR. BENNETT: Object to the form.

THE WITNESS: Based on AVS or 24 -- or the longer LEs, yes, that would be correct.

BY MR. THOMAS:

Q   Let me say it a different way.

So, you know, under that example, what would be the chance of somebody dying in that ninth year?

A   Based on which LE?

Q   AVS and 21st.

Page 233

A   Coin toss.

Q   Okay. And so under the RV model, if Midwest is short and it lasts more -- not the four-and-a-half years, as RV said, but nine or more years, then the premium reserve from RV will have run out several years before the 50/50 chance of the person dying. Is that what you're saying?

MR. SMITH: Objection. Form.

THE WITNESS: Yes.

BY MR. THOMAS:

Q   Okay. And so if the LEs are that much short, what do you think the chances are, given your knowledge of how premiums increase, that these policies would get in a position that they were losing money?

MR. GALANT: Objection to form.

THE WITNESS: Can you restate the question?

BY MR. THOMAS:

Q   Yeah.

If the Midwest LEs were really, you know, give or take, four or five years short --

A   Okay.

Q   -- what would be the chances of the investors, you know, after having to pay their

AcuScribe Court Reporters, Inc.
(800) 497-0277

Page 234

premiums at these escalating rates, getting a positive return, in your view?

MR. GALANT: Objection to form.

THE WITNESS: I can say this; that there's a very high likelihood that the return, the expected return, baseline standard, or whatever you want to call it, it was 16 percent or so. I could say with certainty that that would -- very high likelihood that that would be substantially less.

And I guess the term in the industry is tails. If you have a policy that, you know, based on the law of large numbers, runs a tail or extends out and runs really long, then there's a very good likelihood that, you know, the original capital can be depleted.

BY MR. THOMAS:

Q Okay. All right. I think this is the last little -- two little things here and we might be done.

(Exhibit-7, E-mail, dated September 24, 2009, was received and marked for identification at this time.)

BY MR. THOMAS:

Q Let me hand you Exhibit 7, and I'll give

Page 235

you a chance to review it. You can review all of it that you want, but I'm just going to ask you questions about the -- what's in the first two bullet points there.

Are you finished reviewing that?

A Yes.

Q Okay. Is Exhibit 7 an e-mail from Dick Gray to -- it says Dick Gray, but it's also got a BCC to yourself, Ron James, Don James and Mike Beste.

A And Kendal, Marissa, Mike McDermott. You mean this whole thing here?

Q Yeah. But I just -- there's Mr. Beste and --

A Okay. Don, sure.

Q -- Ron -- Ron and John down there.

MR. BENNETT: Object to the form.

BY MR. THOMAS:

Q Is Exhibit 7 an e-mail from Dick Gray that's got a blind carbon copy to yourself, Ron James, Don James, Mike Beste, among others?

A Yes.

Q And what's the date of this e-mail?

A September 24th.

Q What year?

Page 236

A 2009.

Q And is Mr. Gray telling you all about the -- that the -- and I'm looking down here at the -- I guess it's maybe the next to the last sentence in the first bullet point that qualified money already is structured as a loan, because of IRS prohibitation of -- prohibition against qualified money owning an insurance contract. That's 65 to 75 percent of our volume. So what about the up to 35 percent of our cases that are not qualified action. We will revert to the, quote, loan, closed quote, language we always used under another company name. All participants will be making loans as tenders and earning interest income to be taxed as ordinary income.

Do you see that?

A Yes.

Q Was that your understanding that the way the program was structured, that the investors were loaning Retirement Value to buy the -- the money to buy the policies with?

A To the best of my knowledge, that was my understanding of it, yes.

Q And this e-mail is -- makes that point; is that fair to say?

Page 237

A Yes.

Q And it's copied to Ron James, John -- Don James and Mike Beste?

A Yes.

MR. BENNETT: Object to the form.

BY MR. THOMAS:

Q Okay. All right.

MR. THOMAS: Last exhibit.

(Exhibit-8, E-mail, dated December 12, 2009, was received and marked for identification at this time.)

BY MR. THOMAS:

Q The court reporter's handed you what is Exhibit 8. It's several e-mails in this chain, but the only one I have a question about for you is the one from Michael Beste there at the top that you're copied on.

A Okay.

Q So feel free to review whatever you would like, and let me know when you're done, and I'll ask you a question.

A And this is the Focus?

Q Yes, sir.

Do you want me to review all of this or just --

60 (Pages 234 to 237)

c4a5cb66-6ddd-4347-af3d-aa9184c4a414

Page 310

credit.

Q So those two tweaks to the system, if you will, could have been made, or could have been followed at the outset, or could have been made to the system at the outset to -- to prevent the pressure that you were receiving from Ron concerning slow payment --

A You mean sooner?

Q Yes.

A Oh, yeah. That could have been that way from day one.

Q Yeah, from day one.

A I mean, since they were already violating escrow account rules, you know, they could have been structured that way from the onset to, you know, make it a whole lot smoother.

Yes, I would agree.

Q Right. So if Dick and Wendy had made those adjustments, or at least set it up that way in the beginning to make sure that there was no mixing and matching of investor escrow money, then you wouldn't have had the mixing and matching of escrow money --

A Yes.

Q -- nor would you have had the financial

Page 311

pressure from Ron James to get the money for his policies.

A And that was my next suggestion. You could probably verify that with Brent.

Like I said before, towards the end, he and I were very much -- and Kristin, I believe her name was, at Keisling. We were all very concerned with the commingling, you know, using this premium to pay that purchase price.

And so you really could have set it up so that policy X money goes right to policy X purchase price. You could have still used the same model that I suggested for you. You build up a reserve, and then you pay Ron. And then you continue building a reserve when he was paid.

So at the end, you still have all the premium money that should have been there. You just do it in little chunks, you know --

Q Right.

A -- instead of linear, it becomes more -- kind of expedientially.

Q So RV, working with Keisling Porter, could have set up that process at the outset, which would have avoided the ultimate problem of using one investor's money to pay for another investor's

Page 312

policy?

A Yes.

Q And that system could have been set up through the coordination between RV and Keisling Porter?

A Yes.

Q Didn't need Ron James' consent or not to that?

A Correct.

Q And if that system had been set up from the outset, then the payment of policies from Ron James would have gone more smoothly, and there would have been no allocation of one investor's money to another investor's policy?

A Correct.

Q And again, all of that could have been accomplished if it was set up that way by RV and Keisling Porter from the very beginning?

A I would say that's accurate, yes.

Q And when it was determined that it wasn't set up that way, and there was a misallocation of monies within the escrow account, after that was known to Keisling Porter, did Keisling Porter continue to wire money out of one escrow account for the benefit of another investor's policy?

Page 313

A Yes. That was never misunderstood by anybody.

Q Misunderstood -- by misunderstood, you mean everybody knew that that was not the right thing to do?

A Yes, that would be accurate. And it was known that that was happening. It wasn't malicious or intentional. It was -- you know -- the theory, again, that Ron James had said to me is, well, it doesn't really matter, because once that last dollar for that policy crosses the threshold, you know, I'm paid. There's full premium reserves. And it all balances out in theory. And I understand that argument, but I also understand the, you know, so-called Ponzi scheme, where you're using funds from somebody else's investment to pay for a policy that they're not even a part of.

Q Right.

A So I do see it from both sides, but I would agree with you.

Q But Ron is not setting up the Ponzi scheme. The Ponzi scheme could have been eliminated from the very beginning if the proper approach had been established from the outset.

MR. THOMAS: Objection. Form.

79 (Pages 310 to 313)

c4a5cb66-6ddd-4347-af3d-aa9134e4a414
457

MICHAEL WOODS  Non-Confidential
TEXAS vs. RETIREMENT VALUE

February 12, 2013
1–4

## Page 1

NO. D-1-GV-10-000454

STATE OF TEXAS ) IN THE 126TH JUDICIAL
)
VS. )
)
Retirement Value, LLC, )
RICHARD H. "DICK" GRAY, )
HILL COUNTRY FUNDING,LLC,)
A Texas Limited Liability)
Company, HILL COUNTRY )
FUNDING, a Nevada Limited)
Liability Company, and )
WENDY ROGERS )
)
VS. ) DISTRICT COURT OF
)
JAMES SETTLEMENT SERVICES)
LLC, et al ) TRAVIS COUNTY, TEXAS

*********************************************
NON-CONFIDENTIAL PORTION OF THE
ORAL AND VIDEOTAPED DEPOSITION OF
MICHAEL WOODS
FEBRUARY 12, 2013
*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL WOODS, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 12th of February, 2013, from 9:00 a.m. to 8:17 p.m., before Janalyn Reeves, CSR in and for the State of Texas, reported by method of machine shorthand, at the offices of Fulbright & Jaworski, 98 San Jacinto, Suite 1100, Austin, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

## Page 2

APPEARANCES

FOR THE WITNESS:
RENTEA & ASSOCIATES
By: MR. BOGDAN RENTEA
1002 Rio Grande
Austin, Texas 78701

FOR THE DEFENDANT, WELLS FARGO:
FULBRIGHT & JAWORSKI
By: MR. RON SMITH
300 Convent Street
Suite 2200
San Antonio, Texas 78205
PH: (210) 270-7186

FOR THE RECEIVER:
GEORGE BROTHERS KINCAID & HORTON
By: MR. JOHN R. McCONNELL
114 West 7th Street
Suite 1100
Austin, Texas 78701
PH: (512) 495-1400

FOR JAMES SETTLEMENT:
McGINNIS, LOCHRIDGE & KILGORE, LLP
By: MR. CARL R. GALANT
600 Congress Avenue
Suite 2100
Austin, Texas 78701
PH: (512) 495-6081

ALSO PRESENT:
Mr. Gabe Seymour (Videographer)

## Page 3

INDEX

PAGE

Appearances ........................... 2

MICHAEL WOODS
Examination by Mr. Smith............. 6
Examination by Mr. McConnell......... 162
Examination by Mr. Galant............. 370
Further Examination by Mr. Smith..... 409
Further Examination by Mr. McConnell.. 441
Further Examination by Mr. Galant..... 446

Signature and Changes ................... 448

Reporter's Certificate................... 450

PORTIONS OF THE TRANSCRIPT HAVE BEEN DESIGNATED AND ARE BOUND SEPERATELY

## Page 4

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Online Personal Profile | 49 |
| 2 | Mr. And Mrs. Upline Article | 54 |
| 3 | Discovery Repsonses. | 58 |
| 4 | Letter | 87 |
| 5 | License Agreement | 87 |
| 6 | License Agreement | 90 |
| 7 | Letter | 94 |
| 8 | Letter | 98 |
| 9 | Loan Agreement | 102 |
| 10 | Loan Agreement | 113 |
| 11 | Email | 123 |
| 12 | Email | 128 |
| 13 | Email | 131 |
| 14 | Email | 136 |
| 15 | Email | 140 |
| 16 | Email | 143 |
| 17 | Email | 150 |
| 18 | Investor Questionnaire | 154 |
| 19 | Re-Sale Life Insurance Policy Article | 164 |
| 20 | Brochure | 168 |
| 21 | SEC Article | 187 |
| 22 | Lunch Meeting Transcript | 199 |
| 23 | Email | 223 |



EXHIBIT
9
458

MICHAEL WOODS  Non-Confidential
TEXAS vs. RETIREMENT VALUE

February 12, 2013
53–56

Page 53

after they sign up with Amway, stays involved with the business?

A. I don't know the averages.

Q. Never heard any statistic like that?

A. I have, but I don't recall.

Q. What is a diamond?

A. That is somebody whose helped other people achieve successful levels. So that platinum level we just referred to, you've helped six individuals hit that platinum level.

Q. So you've helped to be -- just make sure I've got. To be a platinum independent business owner, you need to help six other people become platinum?

A. To be a diamond you have to have six people hit the platinum level.

Q. And to be a platinum, it's just on production?

A. It's on production.

Q. Did you ever become a diamond?

A. I did.

Q. Are you a diamond currently?

A. No.

Q. How does one lose one's diamond status?

A. The people that went platinum go un-platinum.

Q. Go un-platinum. Okay. So prior to working with Retirement Value, you are very familiar already with

Page 54

this multilevel marketing and up-line terms, correct?

A. Yes.

Q. So you felt pretty comfortable with how Retirement Value did a similar type setup for compensation, right?

A. Yes.

Q. Now, I'm going to hand you Exhibit No. 2. This is just something that's out there on the internet which references your name.

(Exhibit No. 2 was marked.)

Q. (By Mr. Smith) You may have already seen it before. But this is something that someone decided to put out there called Mr. and Mrs. Upline. Have you seen this before?

A. I have.

Q. I don't want to go through this thing. It's very long. I want to focus on something at the end of Page 3, going on to Page 4. It says, "I recall attending a function while Mike was giving the introductory message to receive the offering during the Sunday morning service. He basically quoted a scripture in Malachi that reads, 'The gods would bless you if you give, but you have to give to get.' Then he openly dropped his envelope in the bucket announcing to everyone that it contained $1,000." Did that actually happen?

Page 55

A. Yes.

Q. So is that something you did -- something -- things like that relatively frequently at gatherings with Amway potential sales people or actual sales people?

MR. RENTEA: Objection; form.

A. In the large arena events, there was a voluntary nondenominational Christian service on Sunday mornings.

Q. (By Mr. Smith) Okay. And during those -- and in those services, did you frequently make donations and announce the amount of your donation to crowd?

A. Not that I can recall.

Q. But on one occasion you did at least?

A. Yes.

Q. So but that is accurate?

A. I believe so.

Q. Okay.

A. My recollection is that I gave more. But that's fine.

Q. You may have given more than that?

A. Uh-huh.

Q. Yes?

A. I may have given more than that.

Q. And you would have announced that number to the crowd?

Page 56

A. I don't -- well, I did not always announce how much I gave.

Q. But sometimes you did?

A. I know for sure one time I did.

Q. Okay. When you addressed the group of licensees at Retirement Value, sometimes you would talk about your success in business past to start off your presentations, correct?

A. Correct.

Q. I believe you would talk about a Hawaiian home that you purchased with cash --

A. No, not with cash.

Q. You didn't purchase it with cash?

A. No, I never said that I did.

Q. Okay. Great. Well, that's why we're here. We want to make sure that we get things right. And if you didn't say it, then that's fine and thanks for correcting me.

But you discussed a Hawaiian home you purchased when you were pretty young, I believe?

A. Yes.

Q. Maybe in your 20s?

A. 20s, 30s. Yeah.

Q. And why did you feel it was important to discuss your Hawaiian home with the group?



MICHAEL WOODS  Non-Confidential
TEXAS vs. RETIREMENT VALUE

February 12, 2013
291–294

Page 291

Q. You don't recall whether it was James or RV or anybody?

A. I don't know if it was Dick Gray or Wendy Rogers or Reid Thorburn. I had very limited contact with Don James, as I said. I met him one time and kind of over coffee in line we visited.

MR. McCONNELL: Let's go ahead and take a break.

VIDEOGRAPHER: We're off the record at 4:14 p.m.

(Brief recess.)

VIDEOGRAPHER: We are back on record at 4:25 p.m.

(Exhibit Nos. 36-37 was marked.)

BY MR. McCONNELL:

Q. The e-mail on top, RVR111457 is Exhibit 36. And then the attachment to that e-mail is Exhibit 37. It's a PowerPoint presentation. Exhibit 36, Mr. Woods, is an e-mail from Tracy Moss to Reid Thorburn and Wendy Rogers. I guess you're not actually copied on this e-mail anywhere. So I won't ask you about it. But Exhibit 37, do you recognize this document?

A. Yes.

Q. And is this the PowerPoint presentation that Secured Financial Strategies created?

Page 292

A. I can't remember if we used it in this form or with different graphics. But, yes, this is a PowerPoint that Secured Financial Strategies created.

Q. Okay. Do you know whether you used this PowerPoint presentation in marketing the Retirement Value product to potential licensees or investors?

A. I can't recall.

Q. Do you know if you used the content of this PowerPoint or substantially similar content as in this PowerPoint?

A. I'm sure it was a substantially similar.

Q. And I will – to be fair, the e-mail from Tracy to Reid says that, "The PowerPoint looks good except for the word 'life settlement' at the end that needs to come out." Do you see that?

A. Yes. Yes.

Q. So do you recall one way or the other whether that word "life settlement" was taken out?

A. I don't recall.

Q. If you look on Page 10 of the PowerPoint, it looks likes it's scratched out and it says, "award" instead of "life settlement"?

A. Okay.

Q. If you go to Page 7 of this PowerPoint, it says that, "The participant becomes in irrevocable

Page 293

co-beneficiary on record of the escrow agent." Do you see that?

A. I do.

Q. And this is a reputation that you were making to potential investors and potential licensees, correct?

A. I think to potential licensees.

Q. So this PowerPoint presentation, at least the content of it or substantially similar content, was a presentation for substantially potential licensees?

A. Correct.

Q. It says further down that "All funds are held in escrow. Retirement Value LLC never handles the money." Do you see that?

A. I do.

Q. And is that the escrow account that we were discussing with regards to Wells Fargo?

A. It's Wells Fargo and Keisling together.

Q. Okay. And I think you made that clear earlier in your testimony. But that's what you're referring to in that section?

A. Yes.

Q. Page 9 provides a list of percentages of commission and overrides that a licensee might expect, correct?

A. Yes.

Page 294

Q. And as far as marketing this product to potential licensees, do you believe the commission percentage that Retirement Value was offering was important in licensees' decision to participate in the product?

MR. SMITH: Objection; form.

A. I'm sure it what a bearing.

Q. (By Mr. McConnell) Was it a competitive commission that Retirement Value was offering to licensees?

A. I think so.

Q. Was the commission that was being offered part of the reason that you decided to participate in Retirement Value?

A. That they were going to pay me, yes.

Q. Right. Of course. The potential for a multilevel marketing organization where you would earn an override on people in your downline, was that also a consideration for you in deciding to participate?

A. It was a fascinating revelation for me to find out the similarities in the insurance industry as there was a multilevel. I didn't know it existed. I found that out earlier and this just continued.

Q. And you had been really successful in Amway under the same sort of situation?

A. Correct.



CAUSE NO. D-1-GV-10-000454

| | | |
|---|---|---|
| STATE OF TEXAS, | ) ( | IN THE DISTRICT COURT OF |
|   Plaintiff, | ) ( | |
| | ) ( | |
| VS. | ) ( | |
| | ) ( | |
| RETIREMENT VALUE, LLC, | ) ( | |
| ET AL., | ) ( | TRAVIS COUNTY, TEXAS |
|   Defendants, | ) ( | |
| | ) ( | |
| JAMES SETTLEMENT | ) ( | |
| SERVICES, LLC, ET AL., | ) ( | |
|   Third-Party Defendants | ) ( | 126TH JUDICIAL DISTRICT |

---

VIDEOTAPED ORAL DEPOSITION OF

DANNY JOE WAKIN

VOLUME 1

JANUARY 31, 2013

---

VIDEOTAPED ORAL DEPOSITION OF DANNY JOE WAKIN, produced as a witness at the instance of the Receiver of Retirement Value, and duly sworn, was taken in the above-styled and -numbered cause on the 31st day of January, 2013, from 1:04 p.m. to 4:19 p.m., before Kearby Rives, Certified Shorthand Reporter No. 7203 in and for the State of Texas, reported by machine shorthand, at the law offices of Cox Smith Matthews, Inc., 1201 Elm Street, Suite 3300, Dallas, Texas 75270, pursuant to the Texas Rules of Civil Procedure and the provisions, if any, stated on the record or attached hereto.

EXHIBIT
10
461

42

Q. Is that correct?

A. That's right. That's my understanding from what I read in the press. I don't have any inside scoop or I don't know anybody at MMR, but from what I read in the press and talking to people in the industry, the opinions I shared are -- is where those opinions came from.

Q. Did you --

MR. BENNETT: Objection, nonresponsive.

Q. (BY MR. MCCONNELL) Did you come to develop an understanding whether Midwest Medical was an outlier in the industry?

MR. BENNETT: Object to the form and leading.

A. Yes.

Q. (BY MR. MCCONNELL) And what was that understanding?

MR. BENNETT: Object to the form --

A. The --

MR. BENNETT: -- leading.

A. The LE and outlier, as I understand your question, that MMR's output, their opinion as to someone's LE was generally shorter than the rest of the industry --

MR. BENNETT: Object --

43

A. -- the rest of the LE provider companies.

MR. BENNETT: Object to the form, no foundation, nonresponsive.

MR. MCCONNELL: Counsel, if you would re -- your objections to form and to the form of the question should be made after the question, not after the answer.

MR. BENNETT: Good point. So the objection was nonresponsive and no foundation.

Q. (BY MR. MCCONNELL) Did you speak with other people in the life settlement industry about Midwest Medical?

MR. BENNETT: Object to the form.

A. I had conversations with others in the business, yes.

Q. (BY MR. MCCONNELL) And did you have those conversations or some of those conversations while you were -- Surety Partners still had a business relationship with Vertical Capital Holdings?

MR. BENNETT: Same objection.

A. Yes.

Q. (BY MR. MCCONNELL) And did you -- did you learn what the reputation of Midwest Medical was among the life settlement industry?

MR. BENNETT: Object to the form; no

44

foundation.

A. Yes.

Q. (BY MR. MCCONNELL) What was that reputation --

MR. BENNETT: Same objection.

Q. (BY MR. MCCONNELL) -- that you learned?

A. That -- the things I've shared, that they -- their LEs were aggressive and that they were much shorter than the rest of the industry.

MR. BENNETT: Object to the --

Q. (BY MR. MCCONNELL) At that point --

MR. BENNETT: -- lack of foundation, and nonresponsive.

Q. (BY MR. MCCONNELL) If you knew what you know now about Midwest Medical, if you knew that back when you were deciding whether to provide funding for Vertical Capital Holdings, would you have agreed to provide such funding?

MR. BENNETT: Object to the form; leading.

A. No.

Q. (BY MR. MCCONNELL) And knowing what you know now about Midwest Medical, do you think that what Vertical Capital Holdings planned to do using Midwest Medical Review's life expectancies was ethical?

MR. BENNETT: Object to the form; no foundation.

45

MR. HAMMOND: Objection, form.

A. You know, I don't know. I -- we wouldn't do it. I wouldn't do it.

Q. (BY MR. MCCONNELL) And why -- sorry.

MR. BENNETT: Object to the form and leading.

A. Well, in my opinion it simply misrepresents the value of the policy, and I don't misrepresent valuations on policies or -- so anyway, I wouldn't do it.

MR. BENNETT: Objection, nonresponsive.

Q. (BY MR. MCCONNELL) Did you ever confront Michael Beste about the fact that he was using Midwest Medical life expectancies to try to sell these policies?

MR. BENNETT: Object to the form and leading.

A. If I understand your question meaning to confront him in a -- in a negative sort of way over the MMR, no. At that point we were -- we had lent the money to him, so it was -- it was, you know, a discussion to maybe be had before we lent the money, but -- so no.

MR. BENNETT: Objection, nonresponsive.

Q. (BY MR. MCCONNELL) Did the -- did you have an understanding as to whether the folks that Vertical Capital Holdings was trying to sell the policies to were sophisticated or unsophisticated?

| | | |
|---|---|---|
| STATE OF TEXAS, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| RETIREMENT VALUE, LLC, | § | |
| ET AL. | § | OF TRAVIS COUNTY, TEXAS |
| *Defendants,* | § | |
| | § | |
| AND | § | |
| | § | |
| JAMES SETTLEMENT SERVICES, | § | |
| LLC, *ET AL.* | § | |
| *Third-Party Defendants* | § | 126th JUDICIAL DISTRICT |

## AFFIDAVIT OF JOHN W. THOMAS

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

Before me, the undersigned authority personally appeared John W. Thomas, who, being by me duly sworn, deposed as follows:

My name is John W. Thomas. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated and they are true and correct based on my personal knowledge.

I am an attorney licensed in the State of Texas for 21 years. My practice has consisted exclusively of litigation for that entire period of time and the vast majority of my cases have been complex commercial litigation matters.

The firm I am a partner in, George & Brothers, LLP, entered into a contingent fee agreement with Eduardo S. Espinosa as temporary receiver for Retirement Value, LLC to represent the Receiver in connection with claims Retirement Value has against certain

1



EXHIBIT
11

463

defendants and third-party defendants. That agreement calls for George & Brothers, LLP to receive 37.5 % of all sums we collect.

In my opinion, a contingency fee of 37.5% is both reasonable and necessary considering the time and labor required, the novelty and difficulty of the questions involved, the level of skill required, the effect on other employment by the attorney, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the amount of money involved and the results obtained, the experience, reputation and ability of the attorneys, the undesirability of the case, the nature and length of the attorney's relationship with the client, and awards in similar cases. The fee arrangement was also submitted to and approved by this court.

The full contingency fee is payable regardless of the stage the litigation is in when the claims are resolved. Some cases are resolved early, by settlement or otherwise, while others are only resolved after many years of trial and appeals. I have had similar cases last 10 years and our firm has had similar cases last as long as 12 years. Contingency cases are also sometimes lost, in which case the attorney is not paid and is often out hundreds of thousands of dollars in expenses. The chance of a quick resolution, as well as the chances of protracted trial, appellate, and collection work, are all factored in when considering the amount of the contingency fee. In this case, the proper balance was struck at 37.5%. This is an extremely complex case with many parties. There is already one interlocutory appeal and others may be coming. This case may last several years and it is taking the vast majority of my time, and a substantial amount of time from one of my partners and paralegal.

All of the time spent on the various claims against these defendants is so intertwined that it cannot be segregated among the various causes of action or individual licensees.

- 2 -

465

Further affiant sayeth not.

_____
John W. Thomas

THE STATE OF TEXAS          §
                           §
COUNTY OF TRAVIS           §

SWORN TO AND SUBSCRIBED before me on the _30th_ day of _April_, 2012.

_____
Notary Public, State of Texas
My commission expires: _06/08/2013_

EVELYN J GARNETT
NOTARY PUBLIC
State of Texas
Comm. Exp. 06/08/2013

- 3 -

| | | |
|---|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,* | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | |
| | § | |
| RETIREMENT VALUE, LLC, | § | |
| ET AL. | § | OF TRAVIS COUNTY, TEXAS |
|     *Defendants,* | § | |
| | § | |
| AND | § | |
| | § | |
| JAMES SETTLEMENT SERVICES, | § | |
| LLC, ET AL. | § | |
|     *Third-Party Defendants* | § | 126ᵗʰ JUDICIAL DISTRICT |

## <u>AFFIDAVIT OF JOHN R. MCCONNELL</u>

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

Before me, the undersigned authority personally appeared John R. McConnell, who, being by me duly sworn, deposed as follows:

"My name is John R. McConnell. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated and they are true and correct based on my personal knowledge.

1.    I am an attorney licensed in the State of Texas. I am a partner in the law firm of George, Brothers, Kincaid & Horton, LLP, and am one of the attorneys representing Eduardo S. Espinosa, Receiver for Retirement Value, LLC in Cause No. D-1-GV-10-000454, *State of Texas v. Retirement Value, LLC, et al*, in the 126ᵗʰ Judicial District Court of Travis County, Texas.

1



EXHIBIT

12

469

2. The deposition excerpts and exhibits that are attached to the Receiver's Motion for Partial Summary Judgment as to Licensee Defendants are true and correct copies of the same, as provided to us by the court reporter.

3. The excerpt of the transcript of a Retirement Value Conference Call Recording, Ex. 5 is a true and correct copy of the same, as provide to us by the court reporter.

4. The documents with Bates stamp "RVR" attached to the motion are true and correct copies of business records that the Receiver Eduardo Espinosa acquired from Retirement Value, LLC shortly after he was appointed as Temporary Receiver of Retirement Value, LLC.

5. Attached to this affidavit as Exhibit A are spreadsheets provided to the Receiver by Milkie Ferguson Investments, Inc. ("MFI") which pertain to the commissions received by employees/agents of MFI. My staff and I used this information to calculate the commissions received by Marco Lopez, Scott Schroeder, and Dan Levin, assuming that they split commissions evenly when two or more MFI employees/agents were listed on a particular sale.

Further affiant sayeth not.

_____
John R. McConnell

**THE STATE OF TRAVIS** §
                       §
**COUNTY OF TRAVIS** §

SWORN TO AND SUBSCRIBED before me on the 1st day of May, 2013.

EVELYN J GARNETT
NOTARY PUBLIC
State of Texas
Comm. Exp. 06/08/2013

_____
Notary Public, State of Texas
My commission expires: 06/08/2013

- 2 -

470

| Date | Code | Name | Amount | % | Description |
|---|---|---|---|---|---|
| 20-Jul-09 | 167 | Levin/Lopez | $9,600.00 | 75% | Retirement Value |
| 20-Jul-09 | 167 | Levin/Lopez | $5,600.00 | 75% | Retirement Value |
| 20-Jul-09 | 20398 | Milkie House | $736.00 | | Retirement Value |
| 20-Jul-09 | 20398 | Milkie House | $1,236.00 | | Retirement Value |
| 20-Jul-09 | 20398 | Milkie House | $1,036.00 | | Retirement Value |
| 20-Jul-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 20-Jul-09 | 126 | Marco Lopez | $8,000.00 | 75% | Retirement Value |
| 20-Jul-09 | 141 | Scott Schroeder | $16,000.00 | 75% | Retirement Value |
| 28-Jul-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 28-Jul-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 30-Jul-09 | 221 | Levin/Schroeder/G Schroeder | $11,200.00 | 75% | Retirement Value |
| 30-Jul-09 | 20398 | Milkie House | $1,400.00 | | Retirement Value |
| 31-Jul-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 167 | Levin/Lopez | $8,000.00 | 75% | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 167 | Levin/Lopez | $5,600.00 | 75% | Retirement Value (recd 8-6-09) |
| 31-Jul-09 | 196 | Levin/Schroeder/Lopez | $8,000.00 | 75% | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 221 | Levin/Schroeder/G Schroeder | $8,000.00 | 75% | Retirement Value |
| 31-Jul-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 31-Jul-09 | 20398 | Milkie House | $500.00 | | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 20398 | Milkie House | $700.00 | | Retirement Value (recd 8-10-09) |
| 31-Jul-09 | 20398 | Milkie House | $4,000.00 | | Retirement Value (recd 8-11-09) |
| 31-Jul-09 | 141 | Scott Schroeder | $32,000.00 | 75% | Retirement Value(recd 8-11-09) |
| 13-Aug-09 | 178 | Levin/Schroeder | $6,400.00 | 75% | Retirement Value |
| 13-Aug-09 | 20398 | Milkie House | $800.00 | | Retirement Value |
| 13-Aug-09 | 20398 | Milkie House | $8,000.00 | | Retirement Value |
| 13-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 13-Aug-09 | 125 | Dan Levin | $32,000.00 | 75% | Retirement Value |
| 13-Aug-09 | 133 | Levin/Gann | $8,000.00 | 75% | Retirement Value |
| 14-Aug-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 14-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 17-Aug-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 17-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 17-Aug-09 | 141 | Scott Schroeder | $32,000.00 | 75% | Retirement Value |
| 19-Aug-09 | 20398 | Milkie House | $700.00 | | Retirement Value |



**EXHIBIT**

A

ts John McConnell Att 47

| Date | Number | Name | Amount | Percent | Description |
|---|---|---|---|---|---|
| 19-Aug-09 | 126 | Marco Lopez | $5,600.00 | 75% | Retirement Value |
| 20-Aug-09 | 178 | Levin/Schroeder | $19,200.00 | 75% | Retirement Value |
| 20-Aug-09 | 20398 | Milkie House | $2,400.00 | | Retirement Value |
| 21-Aug-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 21-Aug-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 21-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 21-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retiremetn Value |
| 21-Aug-09 | 100 | Manny Aizen | $6,000.00 | 70% | Retirement value |
| 21-Aug-09 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 28-Aug-09 | 221 | Levin/Schroeder/G Schroeder | $3,200.00 | 75% | Retirement Value |
| 28-Aug-09 | 20398 | Milkie House | $400.00 | | Retirement Value |
| 31-Aug-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value |
| 31-Aug-09 | 167 | Levin/Lopez | $4,800.00 | 75% | Retirement Value |
| 31-Aug-09 | 196 | Levin/Schroeder/Lopez | $4,000.00 | 75% | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $600.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 31-Aug-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 31-Aug-09 | 126 | Dan Levin | $4,000.00 | 75% | Retirement Value |
| 31-Aug-09 | 125 | Dan Levin | $8,000.00 | 75% | Retirement Value |
| 31-Aug-09 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |
| 31-Aug-09 | 133 | Levin/Gann | $2,400.00 | 75% | Retirement Value |
| 10-Sep-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 10-Sep-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 10-Sep-09 | 125 | Dan Levin | $8,000.00 | 75% | Retirement Value |
| 10-Sep-09 | 125 | Dan Levin | $8,000.00 | 75% | Retirement Value |
| 11-Sep-09 | 178 | Levin/Schroeder | $4,800.00 | 75% | Retirement Value |
| 11-Sep-09 | 20398 | Milkie House | $600.00 | | Retirement Value |
| 15-Sep-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 15-Sep-09 | 125 | Dan Levin | $4,000.00 | 75% | Retirement Value |
| 16-Sep-09 | 178 | Levin/Schroeder | $8,800.00 | 75% | Retirement Value |
| 16-Sep-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 16-Sep-09 | 20398 | Milkie House | $1,100.00 | | Retirement Value |
| 16-Sep-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 16-Sep-09 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 16-Sep-09 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 21-Sep-09 | 20398 | Milkie House | $9,500.00 | | Retirement Value |
| 21-Sep-09 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 21-Sep-09 | 125 | Dan Levin | $5,600.00 | 75% | Retiremetn Value |
| 23-Sep-09 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 23-Sep-09 | 20398 | Milkie House | $600.00 | | Retirement Value |
| 23-Sep-09 | 20398 | Milkie House | $200.00 | | Retirement Value |
| 23-Sep-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 23-Sep-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 23-Sep-09 | 125 | Dan Levin | $4,000.00 | 75% | Retirement Value |
| 23-Sep-09 | 133 | Levin/Gann | $1,600.00 | 75% | Retirement Value |
| 23-Sep-09 | 134 | Mason Gann | $4,800.00 | 75% | Retirement Value |

| Date | Num | Name | Amount | Pct | Memo |
|---|---|---|---|---|---|
| 23-Sep-09 | 141 | Scott Schroeder | $8,000.00 | 75% | Retirement Value |
| 23-Sep-09 | 141 | Scott Schroeder | $5,600.00 | 75% | Retirement Value |
| 25-Sep-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 25-Sep-09 | 20398 | Milkie House | $1,000.00 | | Retirement value |
| 25-Sep-09 | 20398 | Milkie House | $1,000.00 | | Retirements Plans |
| 25-Sep-09 | 141 | Scott Schroeder | $8,000.00 | 75% | Retirement Value |
| 30-Sep-09 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 30-Sep-09 | 133 | Levin/Gann | $5,600.00 | 75% | Retirement Value |
| 02-Oct-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 02-Oct-09 | 20398 | Milkie House | $500.00 | | retirement Value |
| 02-Oct-09 | 125 | Dan Levin | $4,000.00 | 75% | Retirement Value |
| 02-Oct-09 | 126 | Marco Lopez | $8,000.00 | 75% | Retirement Value |
| 05-Oct-09 | 20398 | Milkie House | $3,000.00 | | Retirement Value |
| 05-Oct-09 | 141 | Scott Schroeder | $24,000.00 | 75% | Retirement Value |
| 06-Oct-09 | 20398 | Milkie House | $200.00 | | Retirement Value |
| 06-Oct-09 | 141 | Scott Schroeder | $1,600.00 | 75% | Retirement Value |
| 07-Oct-09 | 178 | Levin/Schroeder | $45,085.20 | 75% | Retirement Value |
| 07-Oct-09 | 20398 | Milkie House | $5,635.65 | | Retirement Value |
| 08-Oct-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value |
| 08-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 08-Oct-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 08-Oct-09 | 133 | Levin/Gann | $8,000.00 | 75% | Retirement Value |
| 13-Oct-09 | 20398 | Milkie House | $100.00 | | Retirement Value |
| 13-Oct-09 | 133 | Levin/Gann | $800.00 | 75% | Retirement Value |
| 14-Oct-09 | 20398 | Milkie House | $1,200.00 | | Retirement Value |
| 14-Oct-09 | 133 | Levin/Gann | $9,600.00 | 75% | Retirement Value |
| 15-Oct-09 | 20398 | Milkie House | $960.00 | | Retirement Value |
| 15-Oct-09 | 125 | Dan Levin | $7,680.00 | 75% | Retirement Value |
| 16-Oct-09 | 178 | Levin/Schroeder | $5,280.00 | 75% | Retirement Value |
| 16-Oct-09 | 178 | Levin/Schroeder | $16,480.00 | 75% | Retirement Value |
| 16-Oct-09 | 20398 | Milkie House | $800.00 | | Retirement Value |
| 16-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 16-Oct-09 | 20398 | Milkie House | $660.00 | | Retirement Value |
| 16-Oct-09 | 20398 | Milkie House | $2,060.00 | | Retirement Value |
| 16-Oct-09 | 100 | Manny Aizen | $4,000.00 | 60% | Retirement Value |
| 16-Oct-09 | 133 | Levin/Gann | $6,400.00 | 75% | Retirement Value |
| 20-Oct-09 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 20-Oct-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 20-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 20-Oct-09 | 126 | Marco Lopez | $4,000.00 | 75% | Retirement Value |
| 21-Oct-09 | 178 | Levin/Schroeder | $24,000.00 | 75% | Retirement Value |
| 21-Oct-09 | 20398 | Milkie House | $3,000.00 | | Retirement Value |
| 26-Oct-09 | 167 | Levin/Lopez | $2,400.00 | 75% | Retirement Value |
| 26-Oct-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value |
| 26-Oct-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value |
| 26-Oct-09 | 181 | John Shryack | $16,000.00 | 90% | Retirement Value |
| 26-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 26-Oct-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 26-Oct-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 26-Oct-09 | 20398 | Milkie House | $500.00 | | Retiremetn Value |
| 28-Oct-09 | 178 | Levin/Schroeder | $4,000.00 | 75% | Retirement Value |
| 28-Oct-09 | 178 | Levin/Schroeder | $7,448.87 | 75% | Retirement Value |

11/20/2012 18:44 FAX 2142878605    ACKELS & ACKELS ,LLP    @004/008

| Date | ID | Name | Amount | % | Type |
|---|---|---|---|---|---|
| 28-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 28-Oct-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 28-Oct-09 | 20398 | Milkie House | $600.00 | | Retirement Value |
| 28-Oct-09 | 20398 | Milkie House | $931.11 | | Retirement Value |
| 28-Oct-09 | 126 | Marco Lopez | $4,000.00 | 75% | Retirement Value |
| 28-Oct-09 | 126 | Marco Lopez | $4,800.00 | 75% | Retirement Value |
| 29-Oct-09 | 220 | Brad Billings | $4,703.61 | 65% | Retirement Value |
| 29-Oct-09 | 220 | Brad Billings | $4,800.00 | 65% | Retirement value |
| 29-Oct-09 | 20398 | Milkie House | $600.00 | | Retirement Value |
| 29-Oct-09 | 20398 | Milkie House | $587.95 | | Retirement Value |
| 02-Nov-09 | 196 | Levin/Schroeder/Lopez | $8,000.00 | 75% | Retirement Value |
| 02-Nov-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 06-Nov-09 | 167 | Levin/Lopez | $4,000.00 | 75% | Retirement Value |
| 06-Nov-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 13-Nov-09 | 20398 | Milkie House | $634.32 | | Retirement Value |
| 13-Nov-09 | 141 | Scott Schroeder | $5,074.47 | 75% | Retirement Value |
| 16-Nov-09 | 20398 | Milkie House | $800.00 | | Retirement value |
| 16-Nov-09 | 20398 | Milkie House | $2,000.00 | | Retirement value |
| 16-Nov-09 | 121 | Carl Jones | $16,000.00 | | Retirement Value |
| 16-Nov-09 | 133 | Levin/Gann | $6,400.00 | 75% | Retirement Value |
| 18-Nov-09 | 167 | Levin/Lopez | $1,440.00 | 75% | Retirement Value |
| 18-Nov-09 | 167 | Levin/Lopez | $2,400.00 | 75% | Retirement Value |
| 18-Nov-09 | 167 | Levin/Lopez | $2,400.00 | 75% | Retirement value |
| 18-Nov-09 | 20398 | Milkie House | $180.00 | | Retirement Value |
| 18-Nov-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 18-Nov-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 18-Nov-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 18-Nov-09 | 20398 | Milkie House | $792.28 | | Retirement Value |
| 18-Nov-09 | 121 | Carl Jones | $6,336.22 | 75% | Retirement Value |
| 18-Nov-09 | 133 | Levin/Gann | $8,000.00 | 75% | Retirement Value |
| 19-Nov-09 | 178 | Levin/Schroeder | $4,000.00 | 75% | Retirement Value |
| 19-Nov-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 19-Nov-09 | 20398 | Milkie House | $302.36 | | Retirement Value |
| 19-Nov-09 | 141 | Scott Schroeder | $2,418.86 | 75% | Retirement Value |
| 20-Nov-09 | 20398 | Milkie House | $3,000.00 | | Retirement Value |
| 20-Nov-09 | 121 | Carl Jones | $24,000.00 | 75% | Retirement Value |
| 25-Nov-09 | 178 | Levin/Schroeder | $6,400.00 | 75% | Retirement Value |
| 25-Nov-09 | 20398 | Milkie House | $800.00 | | Retirement Value |
| 30-Nov-09 | 178 | Levin/Schroeder | $2,400.00 | 75% | Retirement Value |
| 30-Nov-09 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 30-Nov-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 30-Nov-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 30-Nov-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 30-Nov-09 | 121 | Carl Jones | $4,000.00 | 75% | Retirement Value |
| 30-Nov-09 | 121 | Carl Jones | $38,340.40 | 75% | Retirement Value |
| 30-Nov-09 | 121 | Carl Jones | $32,000.00 | 75% | Retirement Value |
| 04-Dec-09 | 178 | Levin/Schroeder | $1,000.00 | 75% | Retirement Value |
| 04-Dec-09 | 191 | Steve Gundy | $2,000.00 | 90% | Retirement Value |
| 04-Dec-09 | 191 | Scott Stratton | $4,000.00 | 65% | Retirement Value |
| 04-Dec-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 04-Dec-09 | 20398 | Milkie House | $4,792.55 | | Retirement Value |

ACKELS & ACKELS, LLP : 2142878605 FAX 18:44 11/20/2012

| Date | Num | Name | Amount | % | Memo |
|---|---|---|---|---|---|
| 04-Dec-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 04-Dec-09 | 121 | Carl Jones | $7,886.42 | 60% | Retirement Value |
| 04-Dec-09 | 133 | Levin/Gann | $8,000.00 | 75% | Retirement Value |
| 07-Dec-09 | 221 | Levin/Schroeder/G Schroeder | $5,600.00 | 75% | Retirement Value |
| 07-Dec-09 | 20398 | Milkie House | $300.00 | | Retirement Value |
| 07-Dec-09 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 07-Dec-09 | 20398 | Milkie House | $4,000.00 | | Retirement Value |
| 07-Dec-09 | 125 | Dan Levin | $2,400.00 | 75% | Retirement Value |
| 11-Dec-09 | 167 | Levin/Lopez | $8,000.00 | 75% | Retirement Value |
| 11-Dec-09 | 178 | Levin/Schroeder | $24,000.00 | 75% | Retirement Value |
| 11-Dec-09 | 20398 | Milkie House | $1,500.00 | | Retirement Value |
| 11-Dec-09 | 20398 | Milkie House | $3,000.00 | | Retirement Value |
| 11-Dec-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 11-Dec-09 | 20398 | Milkie House | $200.00 | | Retirement Value |
| 11-Dec-09 | 126 | Marco Lopez | $12,000.00 | 75% | Retirement Value |
| 11-Dec-09 | 133 | Levin/Gann | $1,600.00 | 75% | Retirement Value |
| 21-Dec-09 | 20398 | Milkie House | $2,000.00 | | Retirement value |
| 21-Dec-09 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 21-Dec-09 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 21-Dec-09 | 126 | Marco Lopez | $8,000.00 | 75% | Retirement Value |
| 28-Dec-09 | 178 | Levin/Schroeder | $12,000.00 | 75% | Retirement Value |
| 28-Dec-09 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 28-Dec-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 28-Dec-09 | 20398 | Milkie House | $260.00 | | Retirement Value |
| 28-Dec-09 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 28-Dec-09 | 20398 | Milkie House | $1,500.00 | | Retirement Value |
| 28-Dec-09 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |
| 28-Dec-09 | 141 | Scott Schroeder | $2,080.00 | 75% | Retirement Value |
| 31-Dec-09 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 31-Dec-09 | 196 | Levin/Schroeder/Lopez | $16,000.00 | 75% | Retirement Value |
| 31-Dec-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 31-Dec-09 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 08-Jan-10 | 178 | Levin/Schroeder | $12,800.00 | 75% | Retirement Value |
| 08-Jan-10 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 08-Jan-10 | 20398 | Milkie House | $1,600.00 | | Retirement Value |
| 08-Jan-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 11-Jan-10 | 178 | Levin/Schroeder | $1,000.00 | 75% | Retirement Value |
| 14-Jan-10 | 167 | Levin/Lopez | $7,200.00 | 75% | Retirement Value |
| 14-Jan-10 | 20398 | Milkie House | $900.00 | | Retirement Value |
| 22-Jan-10 | 167 | Levin/Lopez | $16,000.00 | 75% | Retiremen Value |
| 22-Jan-10 | 221 | Levin/Schroeder/G Schroeder | $5,600.00 | 76% | Retirement Value |
| 22-Jan-10 | 20398 | Milkie House | $3,453.49 | | Retirement value |
| 22-Jan-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 22-Jan-10 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 22-Jan-10 | 20398 | Milkie House | $700.00 | | Retirement Value |
| 22-Jan-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 22-Jan-10 | 125 | Dan Levin | $27,627.95 | 75% | Retirement value |
| 22-Jan-10 | 133 | Levin/Gann | $5,600.00 | 75% | Retirement Value |
| 22-Jan-10 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |

800/900 ☑   dTT ,SדƎꓘϽA 8 SדƎꓘϽA   Ʇ ⁏   S098Ɫ9Ɫ8Ϥⅼᄅ  XA7 ꝧꝧ:8⼃ ᄅⅼ0ᄅ/0ᄅ/⼃⼃  475

| | | | | | |
|---|---|---|---|---|---|
| 29-Jan-10 | 178 | Levin/Schroeder | $3,200.00 | 75% | Retirement Value |
| 29-Jan-10 | 20398 | Milkie House | $400.00 | | Retirement Value |
| 05-Feb-10 | 167 | Levin/Lopez | $5,088.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $56,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $28,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $20,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 178 | Levin/Schroeder | $2,035.58 | 75% | Retirement Value |
| 05-Feb-10 | 220 | Brad Billings | $4,000.00 | 50% | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $7,000.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $3,500.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $2,500.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $254.44 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $636.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 05-Feb-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 05-Feb-10 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |
| 05-Feb-10 | 146 | Chris Tynes | $16,000.00 | 75% | Retirement Value |
| 17-Feb-10 | 178 | Levin/Schroeder | $8,000.00 | 75% | Retirement Value |
| 17-Feb-10 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 17-Feb-10 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 17-Feb-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 17-Feb-10 | 125 | Dan Levin | $8,000.00 | 75% | Retirement Value |
| 17-Feb-10 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |
| 22-Feb-10 | 178 | Levin/Schroeder | $12,159.78 | 75% | Retirement Value |
| 22-Feb-10 | 178 | Levin/Schroeder | $16,000.00 | 75% | Retirement Value |
| 22-Feb-10 | 178 | Levin/Schroeder | $12,000.00 | 75% | Retirement Value |
| 22-Feb-10 | 178 | Levin/Schroeder | $16,663.71 | 75% | Retirement Value |
| 22-Feb-10 | 20398 | Milkie House | $1,994.00 | | Retirement Value |
| 22-Feb-10 | 20398 | Milkie House | $2,081.71 | | Retirement Value |
| 22-Feb-10 | 20398 | Milkie House | $1,500.00 | | Retirement Value |
| 22-Feb-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 22-Feb-10 | 20398 | Milkie House | $1,519.97 | | Retirement Value |
| 22-Feb-10 | 141 | Scott Schroeder | $15,952.00 | 75% | Retirement Value |
| 26-Feb-10 | 178 | Levin/Schroeder | $12,000.00 | 75% | Retirement Value |
| 26-Feb-10 | 220 | Brad Billings | $4,000.00 | 50% | Retirement Value |
| 26-Feb-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 26-Feb-10 | 20398 | Milkie House | $1,500.00 | | Retirement Value |
| 26-Feb-10 | 20398 | Milkie House | $435.62 | | Retirement Value |
| 26-Feb-10 | 141 | Scott Schroeder | $3,464.97 | 75% | Retirement Value |
| 05-Mar-10 | 167 | Levin/Lopez | $8,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 167 | Levin/Lopez | $16,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 178 | Levin/Schroeder | $7,200.00 | 75% | Retirement Value |
| 05-Mar-10 | 227 | Gabriel Sherman | $4,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $900.00 | | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $1,000.00 | | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $2,000.00 | | Retirement Value |

| | | | | | |
|---|---|---|---|---|---|
| 05-Mar-10 | 20398 | Milkie House | $4,000.00 | | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 05-Mar-10 | 20398 | Milkie House | $500.00 | | Retirement Value |
| 05-Mar-10 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 125 | Dan Levin | $16,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 133 | Levin/Gann | $4,000.00 | 75% | Retirement Value |
| 05-Mar-10 | 141 | Scott Schroeder | $16,000.00 | 75% | Retirement Value |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |